AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-490

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* James Morrissey
was received by me on *(date)* Feb. 6, 2025.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* Aquierius Houston, Resident, a person of suitable age and discretion who resides there,
on *(date)* Feb. 13, 2025 12:40 pm, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: Feb. 13, 2025

*Server's signature*

Charles R. Lancu, Jr.
*Printed name and title*

P.O. Box 9985
Panama City Beach, FL 32417
*Server's address*

Additional information regarding attempted service, etc: