AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-490

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **James Morrissey**
was received by me on *(date)* **Feb. 18, 2025**.

☑ I personally served the summons on the individual at *(place)* **4723 Baywood Dr. Lynn Haven, FL 32444** on *(date)* **2/18/2025 @ 11:05 AM**

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **2/18/2025**

Server's signature

Printed name and title: **Charles R. Lance, Jr. SPS 011**

Server's address: **P.O. Box 9985, Panama City Beach, FL 32417**

Additional information regarding attempted service, etc: