**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**
**In Admiralty**

| | |
|---|---|
| In the Matter of COEYMANS MARINE TOWING, LLC D/B/A CARVER MARINE TOWING as Owner and Operator of M/T Mackenzie Rose, (IMO No. 8968765) her cargo, engines, boilers, tackle, equipment, apparel, and appurtenances, etc., *in rem*, petitioning for Exoneration from or Limitation of Liability in allision with Norfolk and Portsmouth Belt Line Railroad Company Main Line Railroad Bridge occurring June 15, 2024 in and about the Elizabeth River, Virginia. | **Civil Action No: 2:24-cv-00490** |

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER AND**
**MEMORANDUM IN SUPPORT**

Claimant/Respondent Norfolk and Portsmouth Belt Line Railroad Company (the "Belt Line"), Claimant/Respondent Evanston Insurance Company ("Evanston"), and Petitioner Coeymans Marine Towing, LLC d/b/a Carver Marine Towing ("Petitioner") (collectively, the "Parties" and each individually, a "Party"), by counsel, hereby jointly move the Court for entry of the attached Stipulated Protective Order, and in support of this Joint Motion, state as follows:

In accordance with pretrial proceedings, Rules 16 and 26 of the Federal Rules of Civil Procedure, and Rule 37 of the Local Rules of Practice for the Eastern District of Virginia, the Parties have met and conferred to agree upon a protective order to handle the disclosure of confidential materials in discovery and at trial ("Proposed Stipulated Protective Order").

As a result, the Parties attach as **Exhibit 1** an electronically endorsed copy of their Proposed Stipulated Protective Order and request this Court enter that Order in this matter. The entry of the Proposed Stipulated Protective Order will streamline and make the discovery process more efficient while allowing for the disclosure and protection of confidential materials.

WHEREFORE, the Parties, by counsel, request that this Court enter the Parties' Proposed

Stipulated Protective Order attached as **Exhibit 1**.

Dated:  March 28, 2025

Respectfully jointly submitted,

**NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY**

Date: March 28, 2025

By its attorneys,

  /s/ *Mackenzie R. Pensyl*
James L. Chapman, IV, VSB No. 21983
W. Ryan Snow, VSB No. 47423
Mackenzie R. Pensyl VSB No. 100012
Crenshaw, Ware & Martin, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
mpensyl@cmw-law.com

**COEYMANS MARINE TOWING d/b/a CARVER MARINE TOWING, INC.**

Date: March 28, 2025

By its attorneys,

  /s/ *James H. Rodgers*
James H. Rodgers, Esq.
CLYDE & CO US LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Tel No.: (212) 702-6771
Fax No.: (212) 710-3950
*James.Rodgers@clydeco.us*

Harold L. Cohen. Esq.
CLYDE & CO US LLP
1221 Brickell Ave #1600
Miami, FL 33131
Tel No.: (202) 747-5108
Fax No.: (202) 747-5150
*Harry.Cohen@clydeco.us*

Michael Roman, Esq.
Dawn Johnson, Esq.
CLYDE & CO US LLP
30 S. Wacker Drive, Ste 2600
Chicago, IL 60606
Tel No.: (312) 635-6971
Fax No.: (312)635-6950
*Michael.Roman@clydeco.us*
*Dawn.Johnson@clydeco.us*

2

**EVANSTON INSURANCE COMPANY**

Date: March 28, 2025

By its attorneys,

  /s/  *Zachary M. Jett*
Mark C Nanavati, Esq. (VSB #38709)
G. Chris Jones, Jr., Esq. (VSB #82260)
SINNOT, NUCKOLS & LOGAN, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
(804) 893-3866 (Nanavati)
(804) 893-3862 (Jones)
(804) 378-2610 (Facsimile)
mnanavati@snllaw.com
cjones@snllaw.com

Zachary M. Jett, Esq. (VSB #93285)
BUTLER WEIHMULLER KATZ CRAIG
LLP
11525 North Community House Road, Suite
300
Charlotte, North Carolina 28277
(704) 543-2321 (Telephone)
(704) 543-2324 (Facsimile)
zjett@butler.legal

4