IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division
In Admiralty

| | |
|---|---|
| In the Matter of COEYMANS MARINE TOWING, LLC D/B/A CARVER MARINE TOWING as Owner and Operator of M/T Mackenzie Rose, (IMO No. 8968765), *et al*. | Civil Action No. 2:24-cv-00490-MSD-LRL |

# [PROPOSED] ORDER

THIS MATTER is before the Court on a motion to compel Petitioner Coeymans Marine Towing, LLC d/b/a Carver Marine Towing ("Carver") to provide full and complete answers and responses to the Belt Line's (1) First Set of Requests for Production of Documents ("1st RFPs"), (2) Second Set of Requests for Production of Documents ("2nd RFPs"), and (3) First Set of Interrogatories ("1st ROGs"). UPON CONSIDERATION THEREOF and the supporting and opposing briefs, it is hereby ORDERED, ADJUDGED, and DECREED that:

(1)  Carver's objections to the 1st RFPs are **STRICKEN** under EDVA Local Rule 26;

(2)  Carver's "General Objections" are **STRICKEN** under EDVA Local Rule 26;

(3)  Carver's objections to 1st RFPs 4, 16, 17, 20, 21, 22, 33, and 34; 2nd RFPs 1, 2, 3, 4, 5, 6, 7, 9, 10, 11, 12, 13, and 14; and 1st ROGs 4, 7, 11, 17, 18, 19, 20, and 21 are **OVERRULED**;

(4)  Carver's privilege objections are **OVERRULED** for lack of a privilege log;

(5)  Carver is **ORDERED** to immediately provide full and complete answers and responses to the Belt Line's 1st RFPs, 2nd RFPs, and 1st ROGs, and in no event more than 5 days from the date of this Order;

(6)  Carver is **ORDERED** to produce its complete insurance policies under Rule 26(a)(1); and

(7)   The Belt Line is **AWARDED** its costs and fees associated with this Motion, in the amount of _____.

It is so ORDERED.

ENTERED: _____     _____
                                          United States District Court Judge