| | |
|---|---|
| **From:** | Mackenzie Pensyl |
| **To:** | james.rodgers@clydeco.us; joseph.macy@clydeco.us |
| **Cc:** | James Chapman; W. Ryan Snow; Lisa Hirschman; Tressa Lucas |
| **Subject:** | RE: Carver Marine Towing/NPBL |
| **Date:** | Tuesday, February 11, 2025 10:29:00 AM |
| **Attachments:** | image002.png |
| | image005.png |
| | image004.png |
| | image006.png |
| | image007.png |

Counsel,

On January 10, 2025, the Belt Line propounded Requests for Production of Documents to Carver. Pursuant to Fed. R. Civ. P. 34, Carver had 30 days to respond, or until **February 10, 2025**. We have not received any responses and thus request that Carver provide them immediately to avoid a motion to compel. Please do not include objections, as those are waived under EDVA Local Rule 26 and Paragraph 3 of the Rule 26(f) Pretrial Order.

We look forward to receiving your responses.

My best,

Mackenzie

**Mackenzie R. Pensyl, Esquire**

**CRENSHAW, WARE & MARTIN, P.L.C.**

150 W. Main Street, Suite 1923 | Norfolk, VA 23510

**T** (757) 623-3000 | **F** (757) 623-5735 | www.cwm-law.com | mpensyl@cwm-law.com

This communication is intended only for the recipient(s) named above and may be privileged or confidential. If you are not the intended recipient, any disclosure, distribution or other use is prohibited. If you received this communication in error, please notify Crenshaw, Ware & Martin, P.L.C. at (757) 623-3000 or by return email to mpensyl@cwm-law.com.

**From:** Lisa Hirschman <lhirschman@cwm-law.com>
**Sent:** Friday, January 10, 2025 5:29 PM
**To:** james.rodgers@clydeco.us; joseph.macy@clydeco.us
**Cc:** James Chapman <jchapman@cwm-law.com>; W. Ryan Snow <wrsnow@cwm-law.com>; mnanavati@snllaw.com; zjett@butler.legal; Mackenzie Pensyl <mpensyl@cwm-law.com>; cjones@snllaw.com
**Subject:** Carver Marine Towing/NPBL

Good afternoon –

Attached please find Norfolk and Portsmouth Belt Line Railroad Company's First Request for Production of Documents to Coeymans Marine Towing, LLC d/b/a Carver Marine Towing.



EXHIBIT E

If you have any questions, please let us know.

Thank you,

**Lisa Hirschman, Legal Assistant**

**CRENSHAW, WARE & MARTIN, P.L.C.**

150 W. Main Street, Suite 1923| Norfolk, VA 23510

**D** (757) 802-9056 | **T** (757) 623-3000 | **F** (757) 623-5735 | [www.cwm-law.com](http://www.cwm-law.com) | [lhirschman@cwm-law.com](mailto:lhirschman@cwm-law.com)

This communication is intended only for the recipient(s) named above and may be privileged or confidential. If you are not the intended recipient, any disclosure, distribution or other use is prohibited. If you received this communication in error, please notify Crenshaw, Ware & Martin, P.L.C. at (757) 623-3000 or by return email to [lhirschman@cwm-law.com.](mailto:lhirschman@cwm-law.com)

| | |
|---|---|
| **From:** | W. Ryan Snow |
| **To:** | Rodgers, James; Johnson, Dawn; Roman, Michael; Werner, Rachel; Zach Jett; Mark Nanavati; James Chapman; James D. Crutchfield; Mackenzie Pensyl |
| **Subject:** | NPBL/Evanston/Carver - M/T Mackenzie Rose |
| **Date:** | Wednesday, February 19, 2025 10:24:50 AM |

All,

Good morning.  This confirms our agreement from Friday for everyone to hold the dates below for depositions while the parties check with their witnesses to fill slots.  The Belt Line and Evanston have requested from Carver the 5 crew members, plus Brian Moore and Leonard Baldassari, plus a 30(b)(6) (topics forthcoming).  We recognize Carver has said it no longer controls James Morrissey.  The Carver team can indicate its requested witnesses.

This also confirms that the Belt Line has agreed to an extension until March 4 for Carver to respond to the Belt Line's first Requests for Production.  We understand Carver intends to serve objections today, but as stated in our call on Friday, the Belt Line's position remains that these are waived.

Separately, we asked Carver to produce at its earliest opportunity the electronic data from the tug, which was missing from the 26(a)(1) production (e.g., AIS, VDR, video, etc.).  I understand Carver produced this to USCG already and has it available.  If I've misstated anything, feel free to clarify.  Thanks.

Ryan

- April 21, 22, 23 (afternoon only), 24, 25
- April 28, 29, and 30
- May 5, 7, 8, and 9
- May 19, 20, 21, 22, and 23

**W. Ryan Snow, Esquire**

**CRENSHAW, WARE & MARTIN, P.L.C.**
*Celebrating 100 Years, 1923-2023*
150 W. Main Street, Suite 1923
Norfolk, VA  23510
757-623-3000
www.cwm-law.com