# EXHIBIT A

## Roman, Michael

**From:** Rodgers, James
**Sent:** Tuesday, February 11, 2025 5:35 PM
**To:** Mackenzie Pensyl; joseph.macy@clydeco.us
**Cc:** James Chapman; W. Ryan Snow; Lisa Hirschman; Tressa Lucas; Roman, Michael; Johnson, Dawn; Werner, Rachel; Cohen, Harry
**Subject:** RE: Carver Marine Towing/NPBL [CC-US.980000.981028.FID1207794]

Mackenzie,

In addition, your request failed to be served on Harold Cohen, the sponsoring attorney of record for us in the EDVA
.

Please add Harold to your service as well Michael Roman.

Thank you,
Jim

---

**From:** Rodgers, James <James.Rodgers@clydeco.us>
**Sent:** Tuesday, February 11, 2025 6:20 PM
**To:** Mackenzie Pensyl <mpensyl@cwm-law.com>; joseph.macy@clydeco.us
**Cc:** James Chapman <jchapman@cwm-law.com>; W. Ryan Snow <wrsnow@cwm-law.com>; Lisa Hirschman <lhirschman@cwm-law.com>; Tressa Lucas <tlucas@cwm-law.com>; Rodgers, James <James.Rodgers@clydeco.us>; Roman, Michael <Michael.Roman@clydeco.us>; Johnson, Dawn <Dawn.Johnson@clydeco.us>; Werner, Rachel <Rachel.Werner@clydeco.us>
**Subject:** RE: Carver Marine Towing/NPBL [CC-US.980000.981028.FID1207794]

Mackenzie,

We have not waived objections for the following reasons:

1.  N&P served Initial RFD before Rule 26 Disclosures were due, and on the day of the Initial Conference;
2.  N&P did not serve all counsel of record at our firm (I was e-mailed, but was out of town which my auto return email would have indicated). Please add Michael Roman to your service list;
3.  The 15 day deadline cannot be enforceable as it lands on January 25th and the Order states that no party is required to respond to any discovery prior to February 4th. For clarity we will commence the fifteen days starting February 4th.  Thus, if we have any objections, we will serve by February 19th.

Notwithstanding the above, we are endeavoring to respond to all requests at this time.

If you wish to discuss, please feel free to call me.

Regards,
Jim

---

**From:** Mackenzie Pensyl <mpensyl@cwm-law.com>
**Sent:** Tuesday, February 11, 2025 10:30 AM
**To:** Rodgers, James <James.Rodgers@clydeco.us>; joseph.macy@clydeco.us

1

EXHIBIT A

**Cc:** James Chapman <jchapman@cwm-law.com>; W. Ryan Snow <wrsnow@cwm-law.com>; Lisa Hirschman <lhirschman@cwm-law.com>; Tressa Lucas <tlucas@cwm-law.com>
**Subject:** RE: Carver Marine Towing/NPBL

Counsel,

On January 10, 2025, the Belt Line propounded Requests for Production of Documents to Carver. Pursuant to Fed. R. Civ. P. 34, Carver had 30 days to respond, or until **February 10, 2025**. We have not received any responses and thus request that Carver provide them immediately to avoid a motion to compel. Please do not include objections, as those are waived under EDVA Local Rule 26 and Paragraph 3 of the Rule 26(f) Pretrial Order.

We look forward to receiving your responses.

My best,

Mackenzie

**Mackenzie R. Pensyl, Esquire**

**CRENSHAW, WARE & MARTIN, P.L.C.**



150 W. Main Street, Suite 1923 | Norfolk, VA 23510
**T** (757) 623-3000 | **F** (757) 623-5735 | www.cwm-law.com | mpensyl@cwm-law.com

This communication is intended only for the recipient(s) named above and may be privileged or confidential. If you are not the intended recipient, any disclosure, distribution or other use is prohibited. If you received this communication in error, please notify Crenshaw, Ware & Martin, P.L.C. at (757) 623-3000 or by return email to mpensyl@cwm-law.com.

**From:** Lisa Hirschman <lhirschman@cwm-law.com>
**Sent:** Friday, January 10, 2025 5:29 PM
**To:** james.rodgers@clydeco.us; joseph.macy@clydeco.us
**Cc:** James Chapman <jchapman@cwm-law.com>; W. Ryan Snow <wrsnow@cwm-law.com>; mnanavati@snllaw.com; zjett@butler.legal; Mackenzie Pensyl <mpensyl@cwm-law.com>; cjones@snllaw.com
**Subject:** Carver Marine Towing/NPBL

Good afternoon –

Attached please find Norfolk and Portsmouth Belt Line Railroad Company's First Request for Production of Documents to Coeymans Marine Towing, LLC d/b/a Carver Marine Towing.

If you have any questions, please let us know.

Thank you,



**Lisa Hirschman, Legal Assistant**
**CRENSHAW, WARE & MARTIN, P.L.C.**
150 W. Main Street, Suite 1923| Norfolk, VA 23510
**D** (757) 802-9056 | **T** (757) 623-3000 | **F** (757) 623-5735 | www.cwm-law.com | lhirschman@cwm-law.com

This communication is intended only for the recipient(s) named above and may be privileged or confidential. If you are not the intended recipient, any disclosure, distribution or other use is prohibited. If you received this communication in error, please notify Crenshaw, Ware & Martin, P.L.C. at (757) 623-3000 or by return email to lhirschman@cwm-law.com.

EXHIBIT A