# EXHIBIT B

# 9.2 NEAR MISS REPORT



| | | |
|---|---|---|
| **External Number** FRM000710 | **Effective Date** 12/01/2018 | **Tags** Near Miss |
| **Asset** Mackenzie Rose | **Filled By** Christopher (Chris) L. Miller | **Filled** 02/28/2024 07:00 |

## Form Response Items

| | Item | Value |
|---|---|---|
| 1 | 9.2 Near Miss Report | |
| 1.1 | Near Miss subject | AUTO PILOT FAILURE |
| 1.2 | Choose appropriate level for near miss: | Use Caution and Report |
| 1.3 | Location: | UW TO NY |
| 1.4 | Reported by (Optional): | Christopher (Chris) L. Miller |
| 1.5 | Description of Near Miss: | AUTO PILOT STOPPED TUG TOOK A HARD LEFT INTO OTHERN TRAFFIC LANE. |
| 1.6 | Actions Taken to Prevent Repeat of Incident: | BE VIGILANT WHILE STANDING WATCH, WATCH FOR SUDDEN HEADING CHANGES. |
| 2 | **Office Use ONLY** | Approved on 03/04/2024 07:15 |
| 2.1 | Received date: | 03/04/2024 |
| 2.2 | Received by: | Brian Moore |
| 2.3 | Lessons learned created? (employee who is approving this near miss shoreside should also complete the Lessons Learned form-9.7- in correlation with this near miss). | No |
| 2.4 | Relevant section of TSMS: | |
| 2.5 | Remedial activities or training required: | |

EXHIBIT B        CARVER 000037

| 2.6 | Risk Severity Probability: | |

EXHIBIT B        CARVER 000038

## Form Response Items

| | Item | Value |
|---|---|---|
| 1 | **9.2 Near Miss Report** | |
| 1.1 | Near Miss subject | Loss of Satellite Compass |
| 1.2 | Choose appropriate level for near miss: | Continue and Report |
| 1.3 | Location: | Cape Hatteras |
| 1.4 | Reported by (Optional): | Christopher (Chris) L. Miller |
| 1.5 | Description of Near Miss: | Satellite Compass failed, causing the Auto pilot to go into standby and Hard right to Heavy Seas. |
| 1.6 | Actions Taken to Prevent Repeat of Incident: | Stand diligent watches, maintain electronics. |
| 2 | **Office Use ONLY** | Approved on 04/19/2024 08:15 |
| 2.1 | Received date: | 04/19/2024 |
| 2.2 | Received by: | Brian Moore |
| 2.3 | Lessons learned created? (employee who is approving this near miss shoreside should also complete the Lessons Learned form-9.7- in correlation with this near miss). | No |
| 2.4 | Relevant section of TSMS: | |

**EXHIBIT B**                CARVER 000039

| | | |
|---|---|---|
| 2.5 | Remedial activities or training required: | We had technicians come in and completely swap all the electronics that's associated with the navigation. Since the replacement, all components are fully operational. |
| 2.6 | Risk Severity Probability: | |

EXHIBIT B

CARVER 000040

 Form Response Items

| | Item | Value |
|---|---|---|
| 1 | **9.2 Near Miss Report** | |
| 1.1 | Near Miss subject | LOSS STEERING RUDDER HARD OVER |
| 1.2 | Choose appropriate level for near miss: | Use Caution and Report |
| 1.3 | Location: | CAPE HATTERAS |
| 1.4 | Reported by (Optional): | Christopher (Chris) L. Miller |
| 1.5 | Description of Near Miss: | WHILE TRANSITING SOUTHBOUND THE CAPTAIN WAS ENTERING INFORMATION INTO THE ELECTRONIC LOG WHEN THE STEERING WENT INTO STANDBY AND THE RUDDER CAME HARD OVER WITHOUT ALARM. BY THE TIME THE CAPTAIN RELISED THE SITUATION WE WERE STEAMING FULL AHEAD AT THE LOADED BARGE. THE CAPTAIN PULLED BACK POWER SO THE RUDDER WOULD RESPOND AND CAME AWAY FROM THE BARGE WITH A FEW FEET TO SPARE. THE WIRE DRAGGED ON THE BOTTOM AND SUSTAINED MINIMAL DAMAGE. |
| 1.6 | Actions Taken to Prevent Repeat of Incident: | STAND A DILLIGENT WATCH BEWARE OF SYSTEM FAILURES WITHOUT ALARMS, KEEP EQUIPMENT IN PROPER WORKING ORDER. |
| 2 | **Office Use ONLY** | Approved on 05/06/2024 09:56 |
| 2.1 | Received date: | 05/06/2024 |
| 2.2 | Received by: | Brian Moore |

**EXHIBIT B**           CARVER 000041

| | | |
|---|---|---|
| 2.3 | Lessons learned created? (employee who is approving this near miss shoreside should also complete the Lessons Learned form-9.7- in correlation with this near miss). | No |
| 2.4 | Relevant section of TSMS: | |
| 2.5 | Remedial activities or training required: | |
| 2.6 | Risk Severity Probability: | |

EXHIBIT B     CARVER 000042