# EXHIBIT C

WHITE - ORIGINAL
YELLOW - VESSEL
PINK - ELECTRONIC FILE

# AYERS MARINE ELECTRONICS
638 PROSPERITY WAY
CHESAPEAKE, VA 23320
Phone: (757) 549-7477 • Fax: (757) 549-2627
ayersmarine@aol.com

35331

| CUSTOMER Coleman Mabul Carver | VESSEL Mackenzie Rose |
| ADDRESS 2170 River Road | PHONE NUMBER 1-518-708-4887 | MANUFACTURER |
| CITY Coeymans STATE NY ZIP 12045 | EQUIPMENT TYPE | SERIAL NO. |
| REQUESTED BY | P.O. NO. | MODEL NO. |
| DATE STARTED | DATE COMPLETED | COMPLAINT |

WORK PERFORMED Tested all Radios + Antennas. Found 2 Radios inop or the upper deck
house. Replaced w/ GX850 + IC-506. Added Mast I and position light.
Found upper house wena expanier broken. Replaced w/ new expander.
Test + checked all satcompass connections ILR-21/31. Tested + checked all
autopilot connections. Found autopilot backbone was @ 130Ω. Added a N2K Tee.
and terminator. Set up vessel parameters or Satcompass to improve stability
+ fine boat or two toasts to provide workability of satcompass to auto pilot

| QUAN. | PARTS DESCRIPTION | PRICE | PER | EXTENSION |
|---|---|---|---|---|
| 1 | GX850 VHF- IN 300028 | 264.01 | | 264.01 |
| 1 | IC-506N VHF- 01018991 | 457.0 | | 457.00 |
| 1 | NEMA EXPANDER | | | 255.00 |
| 1 | N2K TEE | | | 18.00 |
| 1 | N2K TERM. | | | |

LABOR/MATERIAL
AC80 2 R180 2 Approx MK2.
Repaired VHF ANT. Connector
Tested VHF + Catmigas or ANT.
Battery + Catmigas or ANT.

TOTAL PARTS

HRS S.T. 240 150 $

HRS O.T. 6 190 $

SHIPPING

OTHER CHARGES hotel 470.96

SALES TAX EXEMPT ☐

TOTAL $

MILES @ 880

AUTHORIZED SIGNATURE

An additional 1 1/2% interest on any unpaid balance after 60 days.

NOTICE TO PURCHASER: Operation of radio equipment is subject to FCC regulations and licensing requirements. Purchaser is responsible for proper licensing and/or compliance with applicable statutes and regulations. Purchaser is solely responsible for any FCC regulations and licensing requirements. Ayers Marine Electronics terms and conditions apply.

| CH'S UNIT | LABOR DATE | TRAVEL ST | OT | ON BOARD ST | OT | SHOP ST | OT | TOTAL ST | OT |
|---|---|---|---|---|---|---|---|---|---|
| B | 7/3 | | | 8 | 2 | | | | 10 |
| B | 7/4 | | | 8 | 4 | | | | 12 |
| B | 4/5 | 8 | | 8 | | | | | 8 |

OTHER EXPENSES (SPECIFY)

| DATE | | AMOUNT |
|---|---|---|
| | Hotel 2 nights | 317.86 |
| | Food | 100.00 |
| | 880 miles | |

Lbaldassare@carver companies.com

CARVER 000249

# AYERS MARINE ELECTRONICS
## 638 PROSPERITY WAY
## CHESAPEAKE, VA  23320
### Phone: (757) 549-7477 • Fax: (757) 549-2627
### ayersmarine@aol.com

**35706**

| | |
|---|---|
| CUSTOMER | Carver Marine |
| | VESSEL Mackenzie Rose |
| ADDRESS | PHONE NUMBER |
| | MANUFACTURER |
| CITY | STATE | ZIP | EQUIPMENT TYPE | MODEL NO. | SERIAL NO. |
| REQUESTED BY | | | | |
| DATE STARTED 4-10-24 | DATE COMPLETED 4-11-24 | P.O. NO. | COMPLAINT |

**WORK PERFORMED**

Weak targets on radar (TZT14 + TZT2). Replaced transmitter in radar. Good targets. Diagnose complaint that rudder wont head over underway. Checked our steering system. Updated software in autopilot. Replaced solid state relays with mechanical ones. May have cross bus issue. Fixed data output also.

| QUAN. | PARTS DESCRIPTION | PRICE | PER | EXTENSION |
|---|---|---|---|---|
| 1 | Furuno RTR-094E | 2000.⁰⁰ | | |
| | transmitter. Extra | | | |
| | | | | |
| | Fix Lower house steel VHF, bad connection | | | |
| | in coax, removed bad splice, tested ok | | | |
| | On back of 5st compass control head, plug | | | |
| | was angled bad + almost disconnected. Checked | | | |
| | + changed con bus termination. Install VPS | | | |
| | battery backup on autopilot. Upper monitor not | | | |
| | working. Found laptop lid was open causing issue. | | | |
| 2 | 24V octal relays | 40 | | 80.⁰ |
| 2 | octal relay base | 18 | | 36.0 |
| 1 | APC 900VA battery backup | | | 310.0 |
| 2 | PL259 w thick wall + PL257 helium | | | 90.0 |

**LABOR/MATERIAL**

| | HRS S.T. | 16 | 150 $ |
|---|---|---|---|
| | HRS O.T. | 10.5 | 190 $ |

TOTAL PARTS

SHIPPING _Tolls_ 340.09

OTHER CHARGES

SALES TAX/EXEMPT ☐

MILES @  720

TOTAL $

_Authorized Signature_

An additional 1 1/2% interest on any unpaid balance after 60 days.

NOTICE TO PURCHASER: Operation of radio equipment is subject to FCC regulations and licensing requirements. Purchaser is solely responsible for proper licensing and for compliance with applicable statutes and regulations. Ayers Marine Electronics terms and conditions apply.

PINK - ELECTRONIC FILE     YELLOW - VESSEL     WHITE - ORIGINAL

| HRS T. | LABOR DATE | TRAVEL ST | OT | ON BOARD ST | OT | SHOP ST | OT | TOTAL ST | OT |
|---|---|---|---|---|---|---|---|---|---|
| S | 4/10 | 6.5 | 5 | 1.5 | 5 | | | 8 | 5.5 |
| S | 4/11 | .5 | | 7.5 | | | | 8 | 7 |

**OTHER EXPENSES (SPECIFY)** | **AMOUNT**

| | |
|---|---|
| Hotel | $218.09 |
| Food | $35 |
| Tolls | |

Send spare relays to Carver 24Voctal

720 Miles

CARVER 000250

**GMT | Mackay MARINE**

Mackay Marine
Raritan Center
165 Fieldcrest Ave
Edison, NJ  088373633
Michael Matta

Phone: +1 732 651 1213
Fax: +1 732 225 2848

**PLEASE REMIT TO:**
Mackay Communications, Inc.
PO Box 60925
Charlotte, NC  28260
or
Wire Transfer to:
Wells Fargo Bank, N.A.
Raleigh, NC
Account: ▮▮▮▮▮▮▮
ABA: 121000248 (Domestic)
Swift: WFBIUS6S (International)

# INVOICE

| | |
|---|---|
| Invoice Number | 897153 |
| Invoice Date | Dec 05, 2023 |
| Due Date | Jan 04, 2024 |
| Customer ID | 231511 |
| TAX / VAT Nbr: | Not On File |

Page 1 of 3
Currency in: US Dollar

| BILL TO | VESSEL and OWNER/SHIPMANAGER | SVC CALL ID, WO# and COMPLETE DATE |
|---|---|---|
| Mickey Hilton<br>VESSEL: MACKENZIE ROSE<br>Carver Marine Towing<br>2170 River Road<br>Coeymans, NY  12045 | MACKENZIE ROSE<br>IMO: 8968765<br>Carver Marine Towing<br>Tax Registration Nbr: Not On File | GMT0388337        NA<br>November 22, 2023 |
| | **AGENT: NAME and TELEPHONE** | **SERVICE ORG and PRIMARY TECH** |
| | | Mackay - New York<br>KANDS |

| CUSTOMER ORDER NUMBER | AUTHORIZED BY: NAME and TELEPHONE | VICINITY and PORT/DOCK |
|---|---|---|
| BH13459MACROSE | CHRISTIAN<br>518-491-8420 | New Orleans, LA<br>NEW ORLEANS, LOUISIANA |

| EQUIPMENT ID | FAMILY | MANUFACTURER | MODEL | PROBLEM | CAUSE | RESOLUTION |
|---|---|---|---|---|---|---|
| | | | | | | |

**TECHNICIAN NOTES**

11/20/23-11/22/23-KANDS BOARDED VESSEL REMOVED A DEFECTIVE AP-50 SIMIRAD AUTOPILOT SYSTEM.
SUPPLIED AND INSTALLED A NEW TWO STATION AP-70MMK2 SYSTEM CONSISTS OF:
-TWO AP-70MK2 AUTOPILOT CONTROL HEADS S/N 128976442,128951490
- AC80S SIMIRAD AUTOPILOT COMPUTER S/N 108604269
-TWO FU80 SIMIRAD FOLLOW UP STEERING LEVER S/N 108599864,108599836
-RF14XU RUDDER FEEDBACK S/N 8031
-200F 6PAIR 16AWG FEEDBACK CABLE
-10M NMEA 2K CABLE CM-CGI-CF-10.0
WIRED THE TWO STEERING HYDROLIC VALVES TO AUTOPILOT AND NFU SEPERATLY
CHECKED THE AUTO PILOT FOR PROPER OPERATION ASKED CREW TO CHECK THE SETTINGS UNDERWAY

| PART NUMBER | DESCRIPTION | QUANTITY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|
| L WK ST | Work/Fishing Boat Labor Straight Time 11/20/23 | 8.00 | 145.00 | 1,160.00 |
| Technician: KANDS | | | | |
| L WK OT | Work/Fishing Boat Labor Over Time  11/20/23 | 8.00 | 195.00 | 1,560.00 |
| Technician: KANDS | | | | |
| L WK ST | Work/Fishing Boat Labor Straight Time  11/21/23 | 8.00 | 145.00 | 1,160.00 |
| Technician: KANDS | | | | |
| L WK OT | Work/Fishing Boat Labor Over Time  11/21/23 | 5.00 | 195.00 | 975.00 |
| Technician: KANDS | | | | |
| L WK ST | Work/Fishing Boat Labor Straight Time  11/22/23 | 8.00 | 145.00 | 1,160.00 |
| Technician: KANDS | | | | |
| L WK OT | Work/Fishing Boat Labor Over Time  11/22/23 | 4.00 | 195.00 | 780.00 |
| Technician: KANDS | | | | |



**INVOICE**

| | |
|---|---|
| Invoice Number | 909052 |
| Invoice Date | Mar 05, 2024 |
| Due Date | Apr 04, 2024 |
| Customer ID | 231511 |
| TAX / VAT Nbr: | Not On File |

**PLEASE REMIT TO:**
Mackay Communications, Inc.
PO Box 60925
Charlotte, NC  28260
or
Wire Transfer to:
Wells Fargo Bank, N.A.
Raleigh, NC
Account: ▮▮▮▮▮▮▮
ABA: 121000248 (Domestic)
Swift: WFBIUS6S (International)

Mackay Marine
Raritan Center
165 Fieldcrest Ave
Edison, NJ  088373633
Michael Matta

Phone: +1 732 651 1213
Fax: +1 732 225 2848

Page 1 of 1
Currency in: US Dollar

| BILL TO | VESSEL and OWNER/SHIPMANAGER | SVC CALL ID, WO# and COMPLETE DATE |
|---|---|---|
| Mickey Hilton<br>VESSEL: MACKENZIE ROSE<br>Carver Marine Towing<br>2170 River Road<br>Coeymans, NY  12045 | MACKENZIE ROSE<br>IMO: 8968765<br>Carver Marine Towing<br>Tax Registration Nbr: Not On File | GMT0402200    NA<br>March 02, 2024 |
| | **AGENT: NAME and TELEPHONE** | **SERVICE ORG and PRIMARY TECH** |
| | | Mackay - New York<br>KANDS |

| CUSTOMER ORDER NUMBER | AUTHORIZED BY: NAME and TELEPHONE | VICINITY and PORT/DOCK |
|---|---|---|
| 07-10097 | LENNY BALDASSARE | New York<br>STATEN ISLAND,  NY |

| EQUIPMENT ID | FAMILY | MANUFACTURER | MODEL | PROBLEM | CAUSE | RESOLUTION |
|---|---|---|---|---|---|---|
| | | | | | | |

**TECHNICIAN NOTES**

3/2/24 (SATURDAY)--KANDS BOARDED VESSEL CHECKED THE SIMRAD AP-70MK2. THE COMPLAINT OF AUTOPILOT SWITCH TO STBY INTERMITTENTLY, COULD NOT REPEAT THE PROBLEM BUT NOTICED THAT THE FU-80 FFU LEVER HAD LIQUID SPILLED DAMAGE, DISCONNECTED THE FU-80 FFU LEVER.
ALSO, THE COMPLAINT OF AUTOPILOT HIGH RESPONSE, CHECKED THE AUTOPILOT SETTINGS. SHOWED CREW TO SET UP THE RUDDER GAIN AND COUNTER RUDDER AND SET UP RUDDER LIMITS IF NEEDED.

| PART NUMBER | DESCRIPTION | QUANTITY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|
| L WK OT | Work/Fishing Boat Labor OVER TIME (SATURDAY 3/2/24) | 5.00 | 195.00 | 975.00 |
| Technician: KANDS | | | | |
| L MILE | Mileage | 65.00 | 1.35 | 87.75 |
| Technician: KANDS | | | | |
| L EE | Engineer's Billable Expenses/Tolls | 1.00 | 17.00 | 17.00 |
| Technician: KANDS | | | | |

Send inquiries to:
Attn: Accounts Receivable
Mackay Communications, Inc.
3691 Trust Drive
Raleigh, NC  27616-2955

*Thank you for choosing Mackay!*
Phone:  +1 919 850-3000    Fax:  +1 919 954-1707
Email: Collections@MackayComm.com
DUNS: 16-149-5775
FIN: 56-1550100
Please remit including all bank charges.
**All invoices are due by the Due Date. Interest accrues at the rate of 1.5% per month.**
Find Mackay General Terms & Conditions at: www.mackaycomm.com/terms-and-conditions/

| | | |
|---|---|---|
| Sales Total: | $ | 1,079.75 |
| TAX Total: | $ | 0.00 |
| **TOTAL** | $ | **1,079.75** |

Form: SD640

Currency in: US Dollar

CARVER 000252