IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division
In Admiralty

| | |
|---|---|
| In the Matter of COEYMANS MARINE TOWING, LLC D/B/A CARVER MARINE TOWING as Owner and Operator of M/T Mackenzie Rose, (IMO No. 8968765), *et al*. | Civil Action No. 2:24-cv-00490-MSD-LRL |

### REQUEST FOR ORAL ARGUMENT

Defendant Norfolk and Portsmouth Belt Line Railroad Company ("NPBL"), by counsel, pursuant to Local Civil Rule 7(E), hereby gives notice that it requests oral argument on NPBL's Motion in Compel Petitioner Coeymans Marine Towing, LLC d/b/a Carver Marine Towing ("Carver") to provide full and complete answers and responses to discovery requests.

Given upcoming depositions of Carver personnel noticed for April 28-30, 2025, the Belt Line seeks an expedited hearing date for the beginning of the week of April 21, 2025. The issues set forth in the Motion to Compel have been briefed by both parties, with the Belt Line to file its final reply on April 16, 2025.

Dated: April 15, 2025                NORFOLK AND PORTSMOUTH BELT LINE
                                     RAILROAD COMPANY

                                     By:        */s/ James L. Chapman*

                                         James L. Chapman, IV, VSB No. 21983
                                         W. Ryan Snow, VSB No. 47423
                                         Mackenzie R. Pensyl, VSB No. 100012
                                         CRENSHAW, WARE & MARTIN, P.L.C.
                                         150 W. Main Street, Suite 1923
                                         Norfolk, Virginia 23510
                                         Telephone: (757) 623-3000
                                         Facsimile: (757) 623-5735

1

jchapman@cwm-law.com
wrsnow@cwm-law.com
mpensyl@cmw-law.com
*Attorneys for Norfolk and Portsmouth Belt Line Railroad Company*

## CERTIFICATE OF SERVICE

I certify that on this 15th day of April 2025, I electronically filed the foregoing using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *James L. Chapman*

James L. Chapman, IV, VSB No. 21983
W. Ryan Snow, VSB No. 47423
Mackenzie R. Pensyl, VSB No. 100012
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
mpensyl@cmw-law.com
*Attorneys for Norfolk and Portsmouth Belt Line Railroad Company*