# Civil Minutes

| | |
|---|---|
| Time Set: | 10:30 a.m. |
| Start Time: | 10:37 a.m. |
| End Time: | 12:16 p.m. |

In the Matter of Coeysman Marine Towing, LLC, et al

| | |
|---|---|
| Civil Case Number: | 2:24cv490 |
| Date: | 4/25/25 |
| Presiding Judge: | Lawrence R. Leonard |
| Court Reporter: | Jody Stewart, OCR |
| Courtroom Deputy: | L. Woodcock |

**Proceedings:**

This matter came before the Court on the Motion to Compel (ECF 42). Harold Cohen and Michael Roman appeared on behalf of Coeysman Marine Towing, LLC d/b/a Carver Marine. James Chapman and Ryan Snow appeared on behalf of Consolidated Plaintiffs/Claimants.

Questions by the Court. Responses by Mr. Chapman and Mr. Roman.

The Court questions counsel as to specific discovery requests and rules from the bench. In RFP 1 requests 4, 16, 17, 20, 21, 22, 33 and 34 are Overruled for reasons outlined on the record. In RFP 2 requests 1, 2, 3, 4, 5, 6, 7, 9, 10, 11, 12, 13 and 14 are Overruled. Interrogatories 4, 7, 17, 18, 19, 20 and 21 are Overruled. Carver is required to produce documents and answer interrogatories within 14 days. To the extent any information is produced after the depositions take place, the depositions may be re-opened as to the new information only. Carver is advised to produce documents with sufficient time for review prior to depositions.

The Court addresses the language in the briefing and strongly requests the attorneys act professionally towards one another. The Court also suggests the parties make themselves familiar with the Local Rules and case specific Orders.

The Request for Attorneys' Fees is taken under advisement and will be addressed in the Order.

Court in recess.