PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

**FLAT RATE ENVELOPE**
POSTAGE REQUIRED

**UNITED STATES POSTAL SERVICE.**

Retail

**P**

**US POSTAGE PAID**

**$10.10**

Origin: 11050
05/12/25
3567800038-05

**PRIORITY MAIL®**

0 Lb 2.80 Oz

RDC 03

EXPECTED DELIVERY DAY: 05/16/25

C020

SHIP
TO:
600 GRANBY ST
NORFOLK VA 23510-1915

**USPS TRACKING® #**

9505 5138 9621 5132 8283 00

■ Expected delive

■ Most domestic

■ USPS Tracking®

■ Limited internati

■ When used inte

*Insurance does not c
Domestic Mail Manual
** See International Ma

**FLAT RA**
ONE RATE ■ A

**TRACKE**

PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

FROM:

JAMES MORRISSEY
4723 BAYWOOD DR.
LYNN HAVEN, FL 32444

U.S. MARSHALS
INSPECTED

TO:

CLERK OF THE COURT
U.S. DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
600 GRANBY STREET

NORFOLK, VA 23510

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuse may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020. All rights reserved.