**US POSTAGE PAID**
$10.10
Origin: 11050
05/12/25
3567800038-05

PRIORITY MAIL®

0 Lb 2.80 Oz
RDC 03

EXPECTED DELIVERY DAY: 05/16/25

C020

SHIP TO:
600 GRANBY ST
NORFOLK VA 23510-1915

USPS TRACKING® #
9505 5138 9621 5132 8283 00

FROM:
JAMES MORRISSEY
4723 BAYWOOD DR.
LYNN HAVEN, FL 32444

U.S. MARSHALS INSPECTED

TO:
CLERK OF THE COURT
U.S. DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
600 GRANBY STREET
NORFOLK, VA 23510