# **ATTACHMENT A**

United States District Court for the Northern District of Illinois

United States District Court for the Southern District of Illinois

United States District Court for the Central District of Illinois

United States District Court for the Northern District of Indiana

United States District Court for the Southern District of Indiana

United States District Court for the Eastern District of Missouri

United States District Court for the Western District of Missouri

United States District Court for the Western District of Texas

United States District Court for the Western District of Wisconsin

United States Bankruptcy Court for Illinois Northern Bankruptcy Court

United States Court of Appeals 7th District