UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

In the Matter of COEYMANS MARINE TOWING, LLC,
*d/b/a* CARVER MARINE TOWING AS OWNER AND
OPERATOR OF M/T MACKENZIE ROSE, (IMO No. 8968765),
Her Cargo, Engines, Boilers, Tackle, Equipment, Apparel, and
Appurtenances, etc., *in rem* petitioning for Exoneration from or
Limitation of Liability in allision with Norfolk and Portsmouth Belt
Line Railroad Company Main Line Railroad Bridge occurring June
15, 2024 in and about the Elizabeth River, Virginia.

Case No.: 2:24cv490

---

**NORFOLK AND PORTSMOUTH BELT LINE
RAILROAD COMPANY,**

    **Consolidated Plaintiff/Claimant,**

**and**

**EVANSTON INSURANCE COMPANY,**

    **Intervening Plaintiff/Claimant,**

**v.**

**JAMES MORRISEY,**

    **Defendant.**

## ORDER

A settlement conference was scheduled in this case for July 9, 2025. ECF No. 33. The parties have advised the court that they intend to engage in a private mediation with the McCammon Group on September 4, 2025. Accordingly, the settlement conference scheduled for July 9, 2025, is **CANCELED**.

The Clerk is **DIRECTED** to forward this Order to counsel for Plaintiff and to Defendant.

It is so **ORDERED**.

Norfolk, Virginia
July 2, 2025

Lawrence R. Leonard
United States Magistrate Judge

Case 2:24-cv-00490-MSD-LRL   Document 61   Filed 07/02/25   Page 2 of 2 PageID# 473