# PROPOSED AGREED ORDER

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA: NORFOLK DIVISION

------------------------------------------------------------------------x

| | |
|---|---|
| IN THE MATTER OF COEYMANS MARINE TOWING, LLC D/B/A CARVER MARINE TOWING AS OWNER AND OPERATOR OF M/T MACKENZIE ROSE, (IMO NO. 8968765), HER CARGO, ENGINES, BOILERS, TACKLE, EQUIPMENT, APPAREL, AND APPURTENCES, ETC., IN REM ("M/T MACKENZIE ROSE") PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY IN ALLISION WITH NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY MAIN LINE RAILROAD BRIDGE (THE "BRIDGE") OCCURING JUNE 15, 2024 IN AND ABOUT THE ELIZABETH RIVER, VIRGINIA | Case No. <u>2:24-cv-490</u><br><br>**In Admiralty** |

## **AGREED ORDER**

Subject to any motions now pending, Petitioner Coeymans Marine Towing, LLC dba Carver Marine Towing ("Carver Marine") and Claimants Norfolk and Portsmouth Belt Line Railroad Company ("Belt Line") and Evanston Insurance Company, upon their joint request to modify the discovery schedule set forth in the Rule 16(b) Scheduling Order [Doc. 56], as set forth below, the Court ORDERS as follows:

1.  Paragraph 2 of the Court's Rule 16(b) Scheduling Order ("Scheduling Order") [Doc. 56] is amended as follows.

> 2. The party having the burden of proof upon the primary issue to which potential Rule 702, 703 or 705 evidence is directed shall identify expert witnesses to be proffered upon such an issue by name, residence and business address, occupation and field of expertise on **June 4, 2025**. The disclosure outlined in Rule 26(a)(2)(B) shall be made on **July 2, 2025**. In addition to the disclosures required by Rule 26(a)(2)(B), the same disclosure shall be made on the same dates regarding all witnesses proffered by a party for the purpose of presenting evidence under Rules 702, 703 or 705 of the Federal Rules of Evidence, whose first direct contact with the

case or the parties occurred subsequent to the filing of this action.  Rule 702, 703 or 705 disclosures intended solely to respond to, contract or rebut evidence on the same subject matter disclosed by another party pursuant to paragraph (a)(2)(B) of Rule 26, or pursuant to this order, shall be made on **August 8, 2025**.  Any rebuttal disclosure by the party bearing the initial burden of proof shall be made on **August 22, 2025**, and shall be limited as to the source to expert witnesses previously identified.  Further rebuttal to rule 702, 703 or 705 evidence shall be permitted only by leave of court.

3. Except for the foregoing, no other changes are made to the Rule 16(b) Scheduling Order [Doc. 56].

                                                                                               _____
Mark S. Davis
Chief Judge
United States District Court

**Seen and Agreed:**

| | |
|---|---|
| *s/ Mark C. Nanavati* | *s/ Zachary M. Jett* |
| Mark C. Nanavati, Esq. (VSB No.: 38709) | Zachary M. Jett, Esq. (VSB #93285) |
| G. Christopher Jones, Jr., Esq. (VSB No.: 82260) | BUTLER WEIHMULLER KATZ, et al |
| SINNOT, NUCKOLS & LOGAN, P.C. | 11525 North Community House Road |
| 13811 Village Mill Drive | Suite 300 |
| Midlothian, Virginia 23114 | Charlotte, North Carolina 28277 |
| (804) 893-3866 (Nanavati) | (704) 543-2321 (Telephone) |
| (804) 893-3862 (Jones) | (704) 543-2324 (Facsimile) |
| (804) 378-2610 (Facsimile) | zjett@butler.legal |
| mnanavati@snllaw.com | *Counsel for Evanston Insurance Company, a/s/o Norfolk and Portsmouth Belt Line Railroad Company* |
| cjones@snllaw.com | |
| *Counsel for Evanston Insurance Company a/s/o Norfolk and Portsmouth Belt Line Railroad Company* | |
| | |
| *s/ James L. Chapman IV* | *s/ Harold L. Cohen* |
| James L. Chapman, IV, VSB No. 21983 | Harold L. Cohen (VSB No. 98148) |

| | |
|---|---|
| W. Ryan Snow, VSB No. 47423<br>Mackenzie R. Pensyl VSB No. 100012<br>CRENSHAW, WARE & MARTIN, P.L.C.<br>150 W. Main Street, Suite 1923<br>Norfolk, Virginia 23510<br>Telephone (757) 623-3000<br>Facsimile: (757) 623-5735<br>jchapman@cwm-law.com<br>wrsnow@cwm-law.com<br>mpensyl@cwm-law.com<br>*Attorneys for Norfolk and Portsmouth Belt Line Railroad Company* | CLYDE & CO US LLP<br>1221 Brickell Avenue, Suite 1600<br>Miami, FL 33131<br>Tel: 305-446-2646<br>Fax: 305-441-2374<br>Email: harry.cohen@clydeco.us<br>*Counsel for Coeymans Marine Towing LLC d/b/a Carver Marine Towing*<br><br>*s/ James H. Rodgers*<br>James H. Rodgers, *Pro Hac Vice*<br>Clyde & Co US LLP<br>45 Lexington Avenue, 16th Floor<br>New York, NY 10174<br>Phone: (212) 702-6771<br>Email: james.rodgers@clydeco.us |