IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division
In Admiralty

| | |
|---|---|
| In the Matter of COEYMANS MARINE TOWING, LLC D/B/A CARVER MARINE TOWING as Owner and Operator of M/T Mackenzie Rose, (IMO No. 8968765), *et al*. | Civil Action No. 2:24-cv-00490-MSD-LRL |

**[PROPOSED] ORDER GRANTING MOTION TO COMPEL INSPECTION OF THE M/T MACKENZIE ROSE AND FOR SANCTIONS**

This matter is before the Court on Norfolk and Portsmouth Belt Line Railroad Company and Evanston Insurance Company's Joint Motion to Compel Inspection of the M/T Mackenzie Rose and for Sanctions. Upon consideration of the Motion supporting memoranda, and being otherwise duly advised, the Court ORDERS as follows:

1.  The Court grants expedited briefing pursuant to Local Rule 37(B) as follows: Coeymans Marine Towing, LLC d/b/a Carver Marine Towing's ("Carver) brief in opposition shall be due in seven (7) days instead of fourteen (14) days and the Evanston Insurance Company ("Evanson") and Norfolk & Portsmouth Belt Line Railroad Company's ("NPBL") waive their right to reply and oral argument.

2.  Carver shall grant inspection of the M/T Mackenzie Rose within ten (10) days of the date of this order.

3.  Carver shall be responsible for all attorney fees and expenses related to this motion.

   **IT IS SO ORDERED.**

Norfolk, Virginia
July ___, 2025

_____
Lawrence R. Leonard
United States Magistrate Judge