| | |
|---|---|
| **From:** | Roman, Michael <Michael.Roman@clydeco.us> |
| **Sent:** | Thursday, May 22, 2025 9:39 AM |
| **To:** | Zach Jett |
| **Cc:** | James Chapman; Mackenzie Pensyl; Mark Nanavati; Johnson, Dawn; Werner, Rachel; Rodgers, James; W. Ryan Snow; Jennifer Huber |
| **Subject:** | Re: NPBL - Mackenzie Rose Tug Inspection |

Hi Zach,

Will work on this. I believe it will be in NY this time. Thanks.

Mike

---

**From:** Zach Jett <zjett@butler.legal>
**Sent:** Wednesday, May 21, 2025 2:09:26 PM
**To:** Roman, Michael <Michael.Roman@clydeco.us>
**Cc:** James Chapman <jchapman@cwm-law.com>; Mackenzie Pensyl <mpensyl@cwm-law.com>; Mark Nanavati <mnanavati@snllaw.com>; Johnson, Dawn <Dawn.Johnson@clydeco.us>; Werner, Rachel <Rachel.Werner@clydeco.us>; Rodgers, James <James.Rodgers@clydeco.us>; W. Ryan Snow <wrsnow@cwm-law.com>; Jennifer Huber <jhuber@butler.legal>
**Subject:** RE: NPBL - Mackenzie Rose Tug Inspection

Hi Mike,

Hope all is well.

Could you please let us know when the Tug will be available for inspection? We would like our consultant to be able to board the tug (and I think you said you wanted your consultant to do the same). If you would give us a few dates in June, we will accommodate the Tug's schedule.

Thank you,
Zach



**Zachary Jett** | Attorney
BUTLER WEIHMULLER KATZ CRAIG LLP
11525 N. Community House Road | Suite 300 | Charlotte, NC 28277
Direct 704.940.9806 | Office 704.543.2321

www.butler.legal | email | vCard | location

---

**From:** W. Ryan Snow <wrsnow@cwm-law.com>
**Sent:** Wednesday, May 21, 2025 1:42 PM
**To:** Roman, Michael <Michael.Roman@clydeco.us>
**Cc:** James Chapman <jchapman@cwm-law.com>; Mackenzie Pensyl <mpensyl@cwm-law.com>; Zach Jett <zjett@butler.legal>; Mark Nanavati <mnanavati@snllaw.com>; Johnson, Dawn <Dawn.Johnson@clydeco.us>; Werner, Rachel <Rachel.Werner@clydeco.us>; Rodgers, James <James.Rodgers@clydeco.us>
**Subject:** NPBL - Mackenzie Rose: New Deposition Dates

Mike,

This confirms our agreement to postpone the Belt Line depositions as you and I discussed. I understand your office will send new deposition notices for the following dates:

| | |
|---|---|
| Cannon Moss | Wed, June 2 at 10:00 a.m. at CWM |
| Bill O'Brien | Thur, June 3 at 10:00 a.m. at CWM |
| Adam Reeder | Fri, June 4 at 10:00 a.m. at CWM |

Separately, we've requested to take depositions of James Morrissey, Jason McGrath, and Erik Walordy on June 10, 11, and 12. I realize you don't represent James Morrissey, so we're attempting to coordinate his deposition in that time frame. Please let us know about the other two. Thanks.

Ryan

**W. Ryan Snow, Esquire**

**CRENSHAW, WARE & MARTIN, P.L.C.**
*Celebrating 100 Years, 1923-2023*
150 W. Main Street, Suite 1923
Norfolk, VA  23510
757-623-3000
www.cwm-law.com

The contents of this e-mail message and any attachments are intended for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and, if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

**If our account details change, we will notify these to you by letter, telephone or face-to-face and never by email.**

This email message and any attachments may contain legally privileged and/or confidential information intended solely for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution or copying of this message or its attachments is strictly prohibited. If you have received this email message in error, please immediately notify us by telephone, fax or email and delete the message and all attachments thereto. Thank you. Clyde & Co US LLP is a Delaware limited liability law partnership affiliated with Clyde & Co LLP, a multinational partnership regulated by The Law Society of England and Wales.

Disclosure: To ensure compliance with requirements imposed by the IRS in Circular 230, we inform you that any tax advice contained in this communication (including any attachment that does not explicitly state otherwise) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing or recommending to another party any transaction or matter addressed herein.