**From:** W. Ryan Snow <wrsnow@cwm-law.com>
**Sent:** Tuesday, June 10, 2025 11:47 AM
**To:** Roman, Michael <Michael.Roman@clydeco.us>; Mackenzie Pensyl <mpensyl@cwm-law.com>; Rodgers, James <James.Rodgers@clydeco.us>; Cohen, Harry <Harry.Cohen@clydeco.us>; mnanavati@snllaw.com; Christopher Jones <cjones@snllaw.com>; Zach Jett <zjett@butler.legal>; Werner, Rachel <Rachel.Werner@clydeco.us>; Johnson, Dawn <Dawn.Johnson@clydeco.us>; Alonzo, Jennifer <Jennifer.Alonzo@clydeco.us>; Vega, Joslin <Joslin.Vega@clydeco.us>
**Cc:** James Chapman <jchapman@cwm-law.com>; Tressa Lucas <tlucas@cwm-law.com>; Breanna Morgan <bmorgan@cwm-law.com>; Mariah Adickes <madickes@cwm-law.com>
**Subject:** RE: [External] In the Matter of Coeymans Marine Towing, LLC/NPBL - Belt Line's Objections to 2nd RFPs

Mike,

For efficiency, I've created a list of topics to add to the call today. I realize you'd like to talk about ESI.

Ryan

(1) Carver's objection to providing freight info, even though "pending freight" is included in a limitation fund;
(2) Depo requests for McGrath and Walordy;
(3) Depo of James Morrissey, which we're noticing for June 24 in Panama City;
(4) Outstanding inspection request for the tug;
(5) Carver's compliance with the Court Order;
(6) Moving the mediation date.

**W. Ryan Snow, Esquire**

**CRENSHAW, WARE & MARTIN, P.L.C.**
*Celebrating 100 Years, 1923-2023*
757-623-3000
www.cwm-law.com