**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**
**In Admiralty**

| | |
|---|---|
| In the Matter of COEYMANS MARINE TOWING, LLC D/B/A CARVER MARINE TOWING as Owner and Operator of M/T Mackenzie Rose, (IMO No. 8968765), *et al*. | **Civil Action No. 2:24-cv-00490-MSD-LRL** |

### EVANSTON INSURANCE COMPANY'S REQUEST FOR INSPECTION OF THE M/T MACKENZIE ROSE TO COEYMANS MARINE TOWING, LLC D/B/A CARVER MARINE TOWING

Claimant/Respondent Evanston Insurance Company ("Evanston"), by counsel, pursuant to Fed. R. Civ. P. Rule 34, requests of Petitioner Coeymans Marine Towing, LLC d/b/a Carver Marine Towing, Inc., permission for Evanston and its attorneys, experts, surveyors, videographers, and/or photographers from, to inspect, test measure, survey, videotape, and photograph, the M/T MACKENZIE ROSE, its tackle, electronics, engines, equipment appurtenances.

Unless otherwise agreed by counsel, the inspection will be conducted at location in the vicinity of New York Harbor or Charleston Harbor, or such other location as agreed to by the parties, and on date to be agreed upon that is on or before July 15, 2025, commencing at 9:00 a.m. or such other time as agreed to by the parties.

If the requested inspection is not commenced, or not completed on that day, the conduct thereof will be adjourned from day to day, at the same time and place until completed.

This 23rd day of June 2025.

*/s/ Zachary Jett*
Zachary M. Jett, Esq. (VSB # 93285)
BUTLER WEIHMULLER KATZ CRAIG LLP
11525 N. Community House Road, Suite 300
Charlotte, North Carolina  28277
Telephone: (704) 543-2321
Facsimile:   (704) 543-2324
Email: zjett@butler.legal

Mark C. Nanavati, Esq. (VSB # 38709)
G. Christopher Jones, Jr., Esq. (VSB # 82260)
SINNOTT, NUCKOLS & LOGAN, P.C.
13811 Village Mill Drive
Midlothian, Virginia  23114
Telephone: (804) 893-3866 (Nanavati)
Telephone: (804) 893-3864 (Jones)
Facsimile: (804) 378-2610
mnanavati@snllaw.com
cjones@snllaw.com

*Attorneys for Intervening Plaintiff / Claimant Evanston Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of June 2025 a true and correct copy of the forgoing *Evanston Insurance Company's Request for Inspection of the M/T Mackenzie Rose to Coeymans Marine Towsing, LLC d/b/a Carver Marine Towing* has been furnished to all counsel of record by electronic mail as follows:

| | |
|---|---|
| Harold L. Cohen, Esq.<br>Clyde & Co US LLP<br>1221 Brickell Avenue, Suite 1600<br>Miami, Florida  33131<br>Harry.Cohen@Clydeco.us<br><br>James H. Rodgers, Esq.<br>Clyde & Co US LLP<br>405 Lexington Avenue<br>New York, New York  10174<br>James.Rodgers@clydeco.us<br><br>Michael J. Roman, Esq.<br>Dawn L. Johnson, Esq.<br>Clyde & Co US LLP<br>30 S. Whacker Drive, Suite 2600<br>Chicago, Illinois  60606<br>Michael.Roman@clydeco.us<br>Dawn.Johnson@clydeco.us<br><br>Rachel Werner, Esq.<br>One North Central Avenue, Suite 1030<br>Phoenix, Arizona  85004<br>Rachel.Werner@clydeco.us<br><br>*Attorneys for Coeymans Marine Towing, LLC d/b/a Carver Marine Towing* | James L. Chapman, IV, Esq.<br>W. Ryan Snow, Esq.<br>Mackenzie R. Pensyl, Esq.<br>Crenshaw, Ware & Martin, P.L.C.<br>150 W. Main Street, Suite 1923<br>Norfolk, Virginia  23501<br>jchapman@cwm-law.com<br>wrsnow@cwm-law.com<br>mpensyl@cwm-law.com<br><br>*Attorneys for Norfolk and Portsmouth Belt Line Railroad Company* |

_____
Zachary M. Jett, Esq.