| From: | Rodgers, James |
|---|---|
| To: | Mackenzie Pensyl; Roman, Michael; Cohen, Harry; Werner, Rachel; Johnson, Dawn; Alonzo, Jennifer; Vega, Joslin; Murphy, Siobhan |
| Cc: | James Chapman; W. Ryan Snow; Mark Nanavati; Zach Jett; Christopher Jones; Tressa Lucas; Mariah Adickes; Rodgers, James |
| Subject: | RE: [External] In re Coeymans Marine Towing, et al. - Daily Log Production [CC-US.60032.10679176.FID4210633] |
| Date: | Monday, June 23, 2025 8:14:34 PM |
| Attachments: | image002.png |
| | image007.png |
| | image009.png |
| | image005.png |
| | image006.png |

CAUTION External Email: This email originated from outside of the CWM network. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Dear Ms. Pensyl,

I am not sure what deficiencies you are suggesting in your letter. But without any basis you are asserting that Carver is not in compliance with the Court Order. If entries do not exist in the electronic log, then they do not exist. As you know from Josef Malik's Declaration, the electronic logs were retrieved directly by TBS/Helm Connect. Entries have not been "omitted" in the production of the documents, and such an assertion by you and/or your firm, without any basis, is highly improper.

Under Rule 11, I am obligated to put you on notice that any misrepresentation to the Court by you or by members of your firm are subject to sanctions. Please withdraw these baseless allegations immediately.

As to portions of documents that you claim were "cut off" in the copying process, we will endeavor to produce full copies, assuming they were cut off in the production process.

Finally, we have not located a written or "rough" log for July 25, 2024-September 15, 2024.

Regards,
Jim Rodgers

**James Rodgers**
Senior Counsel | Clyde & Co US LLP
**Direct Dial:** +1 212 702 6771 | **Mobile:** +1 646 853 4277



The Chrysler Building | 405 Lexington Avenue | 16th Floor | New York | NY 10174 | USA
Main +1 212 710 3900 | Fax +1 212 710 3950 | **www.clydeco.us**

 Please consider the environment before printing

---

**From:** Mackenzie Pensyl <mpensyl@cwm-law.com>
**Sent:** Monday, June 23, 2025 6:53 PM
**To:** Roman, Michael <Michael.Roman@clydeco.us>; Rodgers, James <James.Rodgers@clydeco.us>; Cohen, Harry <Harry.Cohen@clydeco.us>; Werner, Rachel <rachel.werner@clydeco.us>; Johnson, Dawn <Dawn.Johnson@clydeco.us>; Alonzo, Jennifer <jennifer.alonzo@clydeco.us>; Vega, Joslin


EXHIBIT
A

<Joslin.vega@clydeco.us>; Murphy, Siobhan <Siobhan.Murphy@clydeco.us>

**Cc:** James Chapman <jchapman@cwm-law.com>; W. Ryan Snow <wrsnow@cwm-law.com>; Mark Nanavati <mnanavati@snllaw.com>; Zach Jett <zjett@butler.legal>; Christopher Jones <cjones@snllaw.com>; Tressa Lucas <tlucas@cwm-law.com>; Mariah Adickes <madickes@cwm-law.com>

**Subject:** In re Coeymans Marine Towing, et al. - Daily Log Production

Good afternoon,

Please see the attached correspondence in the above captioned matter.

Thank you,

Mackenzie

**Mackenzie R. Pensyl, Esquire**

CRENSHAW, WARE & MARTIN, P.L.C.

150 W. Main Street, Suite 1923 | Norfolk, VA 23510

T (757) 623-3000 | F (757) 623-5735 | www.cwm-law.com | mpensyl@cwm-law.com

This communication is intended only for the recipient(s) named above and may be privileged or confidential. If you are not the intended recipient, any disclosure, distribution or other use is prohibited. If you received this communication in error, please notify Crenshaw, Ware & Martin, P.L.C. at (757) 623-3000 or by return email to mpensyl@cwm-law.com.

**If our account details change, we will notify these to you by letter, telephone or face-to-face and never by email.**

This email message and any attachments may contain legally privileged and/or confidential information intended solely for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution or copying of this message or its attachments is strictly prohibited. If you have received this email message in error, please immediately notify us by telephone, fax or email and delete the message and all attachments thereto. Thank you. Clyde & Co US LLP is a Delaware limited liability law partnership affiliated with Clyde & Co LLP, a multinational partnership regulated by The Law Society of England and Wales.

Disclosure: To ensure compliance with requirements imposed by the IRS in Circular 230, we inform you that any tax advice contained in this communication (including any attachment that does not explicitly state otherwise) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing or recommending to another party any transaction or matter addressed herein.

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

LAW OFFICES
## CRENSHAW, WARE & MARTIN, P.L.C.
150 WEST MAIN STREET, SUITE 1923
NORFOLK, VIRGINIA 23510

TELEPHONE (757) 623-3000
FACSIMILE (757) 623-5735

MACKENZIE R. PENSYL
EMAIL: mpensyl@cwm-law.com

June 23, 2025

**VIA ELECTRONIC MAIL ONLY**

James H. Rodgers, Esq.
CLYDE & CO US LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Email: james.rodgers@clydeco.us

       Re:    COEYMANS MARINE TOWING, LLC d/b/a CARVER MARINE TOWING
              as Owner and Operator of M/T MACKENZIE ROSE (IMO No. 8968765), etc.
              United States District Court, Eastern District of Virginia, Case No. 2:24-cv-00490

Dear Mr. Rodgers:

       I write regarding the Daily Logs recently produced by Carver marked "1 RFP 16 CARVER TBS HELM CONNECT 000281-000731" and "1 RFP 16 CARVER 001732-1928 Standard Diary," which Carver produced in response to the Court's Order on the Belt Line's motion to compel the production of logs (smooth and rough) for the period January 1-September 15, 2024.

       In reviewing these logs, we find that the entries for February 28, April 1, May 3 are markedly different from the Daily Logs having the same dates that Carver previously produced marked CARVER 000025-000032. Specifically, the entries for the "9.2 NEAR MISS" reports on these dates (and other entries) are missing from the newly produced logs. In fact, we find no entries of "9.2 NEAR MISS" reports in these newly produced smooth logs, leading us to conclude that the newly produced logs are incomplete.

       Additionally, only the rough logs from January 1 through July 24, 2024 were produced in the documents labeled "1 RFP 16 CARVER 001732-1928 Standard Diary." The remaining logs for July 24 through September 15, 2024 were not produced. And again, the rough log pages show entries that are not included in the electronic versions from the same date, leading us to conclude that the electronic versions are incomplete.

       For example, the rough log for March 31, 2024 indicates "steering issues ongoing" and a "group email to upper management about steering issues." The rough log for April 8, 2024 states that the "Auto Pilot kicked into standby hard right." The rough log for May 8, 2024 details further work on the steering system and other tug repairs. Yet, these entries are not included in the produced smooth logs. Further, the rough log for May 12, 2024 at 22:30 states "see electronic



James H. Rodgers, Esq.
June 23, 2025
Page 2

entry" but no corresponding entry exists, only an entry that matches the rough log entry for 23:30. See CARVER 001822, CARVER 001830, CARVER 001860, and CARVER 001864, copies of which are attached. Such information is highly relevant but omitted from these logs. This is another breach of the Court's Order.

Finally, some pages in the smooth log appear to be cut off at the bottom, e.g., 1 RFP 16 CARVER TBS HELM CONNECT 000425, and others lack any entries at all, e.g., 1 RFP 16 CARVER TBS HELM CONNECT 000464.

We request immediate production of the complete Daily Logs covering January 1-September 15, 2024, and reserve our rights regarding Carver's non-compliance with the Court's Order.

Very truly yours,

Mackenzie R. Pensyl

MRP/clm
Enclosures
cc:    James L. Chapman, IV, Esq.
       W. Ryan Snow, Esq.
       Michael Roman, Esq.
       Harold L. Cohen. Esq.
       Rachel Werner, Esq.
       Dawn Johnson, Esq.
       Siobhan Murphy, Esq.



ow                    2024  91st day - 275 days follow
                      Easter                                    SUNDAY **31** MARCH

xTS        0005 - hw  Nucor Berkley — steering issues ongoing
T

202°5      0600 - group email to ~~the~~ upper Management about steering issues
t,         0700 - 34° 45.0 N   75° 56.7 W
o god im   0900   38° 38.6 N   76° 07.6 W   20/25   SEAS 5-7, clear 5.2 kts cse 246T
           2200   33° 51.6 N   77° 05.1 W   20/25   SEAS 5-6 clear, 5.6 kts cse 265T

C. Miller
D. Dipietro  B. Kuster
J. McGrath
S. Porter
N. Coffee

CARVER 001822        AT-A-GLANCE®

follow      2024  99th day - 267 days follow

**MONDAY 8 APRIL**

|  |  |
|---|---|
| | 0001 U/W YNOT 8 IN TOW BOUND FOR NY |
| /t | 0100 35°53.9'N 075°29.6'W 6.2kts, 349T, SEA 1-2, 5-10 WIND NW |
| 25kts NE | 0300 36°06.6'N 075°35.7'W 6.5kts, 351T, SEA 1-2, NW 10 kts |
| 20-25 N | 0500 36°19.2'N 075°41.1'W 7.2kts, 356T SEA 2-3, NW 10 kts |
| OVER COMP | 0530 CHANGE OF WATCH TURNOVER COMPLETE/E WALORDY RLVD BY C MILLER |
| | 0615 Auto Pilot Kicked into Standby Hard Right |
| | 0930 - 36°47.3N 75°51.3W Speed 7kts CSE 2.6 Lt winds & SEAs |
| | 1030 36°52.8N 75°49.6W Speed 6kts CSE 32°T SW 15/20 4'SEAS |
| | 1130 WATCH CHANGE GENERAL ALARMS TESTED SAT |
| ts | 1140 Shortened tow to 2 layers out. |
| 15-20 WIND | 1300 37°06.3'N, 075°42.7'W, 038°CSE, 6.0kts LT WIND/SEAS |
| 20-25 | 1500 37°16.8'N, 075°35.6W, 037°CSE, 5.7kts, SEAS 1-2NE, 5-10 South |
| Comp | 1700 37°26.1'N 075°29.2'W, 049°CSE, 6.4kts, SEAS/WIND LT |
| | 1730 WATCH CHANGE E WALORDY RELIEVED BY C MILLER |
| | 1900 37°37.8N 75°20.0W speed 6.2 SEAS Lt motion |
| | 2100 37°47.8N 75°12.1W " 6.0kts SEAS Lt motion 42T |
| | 2230 37°55.3N 75°06.4W 6.2kts SEAS 3-4 SSE 15/8 42T |
| | 2330 Watch change turnover Complete - See helm notes |

C. Miller
E. Warlordy
R. Nantista
J. Hoppe
C. Campanelli
A. Muñoz

CARVER 001830   AT-A-GLANCE

follow          2024  129th day - 237 days follow

WEDNESDAY  **8**  MAY

```
0001  VWY Not 2 BOVND IOR NORfolk
0100  36°45'.0N  075°48.8'W  5.7kts 353T
0300  36°54'.N  075°55.8'W  5.8kts 311T
0500  36°59.8'N  076°11.9'W  7.1kts 296'T
0330  WATCH TURNOVER COMP MILLER RELIEVES WALDRDY .
```

ZAS
```
0630  Coastal trader on station
0700  flop Round up into Push Gear Anchorage K.1 .
0950  Release Coastal trader All fast T Pier NorFlk
```
leto
```
1000  Shut Down Mains, work on Stering system
1130  watch change E Waldord Relieves C. Miller
1200  DAY work tug repairs Continue
1800  Done with tug repairs for today
2000  - Standly paperwork
2330  E Waldrdy Relieves C. miller  watch Turnour complete
```

SEAS

Miller

```
C. Miller
E. Warlordy
A. O'Rourke
C. Campanelli
J. Hogge
J. Morrisey
```

```
TFOB 34,446 @ 0600
L/o   482
C/o   167
H/o   483
Potable H2O 4900
```

CARVER  001860    AT-A-GLANCE®

2024   133rd day - 233 days follow
Mother's Day

SUNDAY **12** MAY

0001 V/W YND2 BOUND FOR BALTIMORE
0100  38°28.8'N 076°24.0'W 7.2kts 333°
0300  38°39.3'N 076°26.7W 7.2kts 000°T
0500 THOMAS POINT SHOAL LT. 5.8kts 004°T
0530 MILLER RELIEVES WALORDY
0730 39°08.1 ₀N 76°24.4W 6.2Kts (SE 327°T VARIS Lt chop
0900  Scott Key bridge Ivory Coast on station
0950  lst line up @ Layberth
1010  All fast @ Layberth Casin Branch Ferry pt.
1015  Release Ivory Coast.
1045  4L W NY
11:30  watch change E Warlordy Relieves C. Miller
1300 GRN II BUOY TOLCHESTER CHANNEL 6.5kts @040T Nr TSTORMS
1500 WORTON PT. 6.5kts @045 WX SCATTERD TSTORMS
1700 ARNOLD PT 6.7kts @042°T WX LT VAR
1715 GENERAL ALARM WEEKLY TEST
1730 CHRIS MILLER RELIVES ERIK WALORDY
1810  St Georges RR Bridge (n D (mal   Lt wind ripple
2100  39°23.6₀N 75°29.4W  (SE 149°T S 9.2kts SE 20, 2'chop
2230  See electronic entry
2330  Watch Turnover complete

/0     C. Miller
       E. Warlordy
       A. O'Rourke
       C. Campanelli
       J. Morrisey
       J. Hogge

TFOB 31,983 @ 0600
L/O 473.5
G/O 478 167
H/O 478
Potble H₂O 5,000

CARVER 001864