| | |
|---|---|
| **From:** | Vega, Joslin |
| **To:** | Mackenzie Pensyl; W. Ryan Snow; James Chapman; mnanavati@snllaw.com; Christopher Jones; Zach Jett; Tressa Lucas; Breanna Morgan |
| **Cc:** | Rodgers, James; Werner, Rachel; Johnson, Dawn; Roman, Michael; Cohen, Harry; Alonzo, Jennifer |
| **Subject:** | [External] In the Matter of Coeymans Marine Towing, LLC/NPBL - Carver"s Sixth Supplemental Responses |
| **Date:** | Thursday, July 3, 2025 3:19:31 PM |
| **Attachments:** | image001.png |
| | Carver"s Sixth Supplemental Responses to NPBL"s First Set of RFPs Served 2025.07.03.pdf |
| | Carver"s Sixth Supplemental Responses to NPBL"s Second Set of RFPs Served 2025.07.03.pdf |

CAUTION External Email: This email originated from outside of the CWM network. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

All,

Attached please find the following documents:

- Carver's Sixth Supplemental Response to The Belt Line Railroad's First Set of Requests for Production
- Carver's Sixth Supplemental Response to The Belt Line Railroad's Second Set of Requests for Production

You should have already received a separate email with a box.com link to access the referenced documents. Please let me know if you have any problems accessing the link.

Thank you,

**Joslin Vega**
Legal Assistant | Clyde & Co US LLP
**Direct Dial:** +1 480 746 4579



1 North Central Avenue | Suite 1030 | Phoenix | AZ 85004 | USA
Main +1 480 746 4580 | Fax +1 480 746 4556 | www.clydeco.us



**If our account details change, we will notify these to you by letter, telephone or face-to-face and never by email.**

This email message and any attachments may contain legally privileged and/or confidential information intended solely for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution or copying of this message or its attachments is strictly prohibited. If you have received this email message in error, please immediately notify us by telephone, fax or email and delete the message and all attachments thereto. Thank you. Clyde & Co US LLP is a Delaware limited liability law partnership affiliated with Clyde & Co LLP, a multinational partnership regulated by The Law Society of England and Wales.

EXHIBIT C

Disclosure: To ensure compliance with requirements imposed by the IRS in Circular 230, we inform you that any tax advice contained in this communication (including any attachment that does not explicitly state otherwise) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing or recommending to another party any transaction or matter addressed herein.