# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division
### In Admiralty

| | |
|---|---|
| In the Matter of COEYMANS MARINE TOWING, LLC D/B/A CARVER MARINE TOWING as Owner and Operator of M/T Mackenzie Rose, (IMO No. 8968765), *et al*. | Civil Action No. 2:24-cv-00490-MSD-LRL |

## NOTICE OF 30(b)(6) DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Claimant/Respondent Norfolk and Portsmouth Belt Line Railroad Company, by counsel, will take the deposition of Coeymans Marine Towing, LLC d/b/a Carver Marine Towing, Inc. ("Carver") regarding the topics set forth in the attached Exhibit A. The Belt Line reserves the right to amend, revise, or supplement this notice and the topics set forth in Exhibit A.

The deposition will commence at **10:00 a.m.** on **June 17, 2025**, and will be taken at the offices of Clyde & Co, at 405 Lexington Avenue, New York, New York, or at such other time and place as may be agreed upon by the parties or ordered by the Court. The deposition will be taken before a court reported or other person authorized to administer oaths, to be recorded by stenographic and/or audiovisual means. The deposition will be taken for the purposes of discovery, for use at trial, or for such other purposes as permitted under the Federal Rules of Civil Procedure.

Dated: June 10, 2025

**NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY**

   */s/ James L. Chapman, IV*
James L. Chapman, IV, VSB No. 21983
W. Ryan Snow, VSB No. 47423
Mackenzie R. Pensyl, VSB No. 1000
CRENSHAW, WARE & MARTIN, P.L.C.



        150 W. Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
Email: jchapman@cwm-law.com
Email: wrsnow@cwm-law.com
Email: mpensyl@cwm-law.com
*Counsel for Defendant Norfolk Portsmouth Belt Line Railroad Company*

## CERTIFICATE OF SERVICE

I certify that on this 10th day of June 2025, I served the foregoing by electronic mail on the following:

James H. Rodgers, Esq. *(pro hac vice)*
CLYDE & CO US LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 702-6771
(212) 710-3950
*James.Rodgers@clydeco.us*

Harold L. Cohen. Esq.
CLYDE & CO US LLP
1221 Brickell Ave #1600
Miami, Florida 33131
(202) 747-5108
(202) 747-5150
*Harry.Cohen@clydeco.us*

Rachel Werner, Esq. *(pro hac vice)*
CLYDE & CO US LLP
One North Central Avenue, Suite 1030
Pheonix, Arizona 85004
(480) 746-4580
(480) 746-4569 Direct
(480) 746-4556 Fax
*Rachel.werner@clydeco.us*

Michael Roman, Esq.
CLYDE & CO US LLP
30 S. Wacker Drive, Ste 2600
Chicago, IL 60606
Tel No.: (312) 635-6971
Fax No.: (312)635-6950
*Michael.Roman@clydeco.us*
*Attorneys for Coeymans Marine Towing, LLC, d/b/a Carver Marine Towing*

Mark C Nanavati, Esq. (VSB #38709)
G. Christopher Jones, Jr., Esq. (VSB #82260)
SINNOT, NUCKOLS & LOGAN, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
(804) 893-3866 (Nanavati)
(804) 893-3862 (Jones)
(804) 378-2610 (Fax)
*mnanavati@snllaw.com*
*cjones@snllaw.com*
*Counsel for Evanston Insurance Company, s/s/o Norfolk and Portsmouth Belt Line Railroad Company*

Zachary M. Jett, Esq. (VSB #93285)
BUTLER WEIHMULLER KATZ CRAIG LLP
11525 N. Community House Rd, Suite 300
Charlotte, North Carolina 28277
(704) 543-2321
(704) 543-2324 (Fax)
*zjett@butler.legal*
*Counsel for Evanston Insurance Company s/s/o Norfolk and Portsmouth Belt Line Railroad Company*

                                        /s/ James L. Chapman, IV

# EXHIBIT A

## Definitions

1. "You," "your," and "Carver" mean Petitioner Coeymans Marine Towing, LLC d/b/a Carver Marine Towing, Inc., and all persons acting on its behalf.

2. "NPBL" or the "Belt Line" means Norfolk and Portsmouth Belt Line Railroad Company and all persons acting on its behalf.

3. "Evanston" means Evanston Insurance Company.

4. "Limitation Action" means the Limitation Action in this matter filed by Carver.

5. "Vessel" means the M/T MACKENZIE ROSE.

6. "Belt Line's Railroad Bridge" means the Belt Line's Main Line Railroad Bridge that crosses the Southern Branch of the Elizabeth River.

7. "Barge" means the Barge WEEKS 281.

8. "Incident" means the allision of the M/T MACKENZIE ROSE with the Belt Line's Railroad Bridge on June 15, 2024.

## Deposition Topics

1. Carver's answers to NPBL's interrogatories.

2. Carver's responses to NPBL's requests for production of documents.

3. The corporate structure and ownership of Coeymans Marine Towing, LLC d/b/a Carver Marine Towing, Inc.

4. Carver's ownership of the Vessel.

5. Mortgages on the Vessel.

6. Value of the Vessel.

7. Freight, towage or hire received or owed for the service of the Vessel at the time of the Incident.

8. Seaworthiness of the Vessel at the time of the Incident.

9. The operation, course and speed of the Vessel on the date of the Incident.

10. The crew on board the Vessel on the date of the Incident.

11. The training Carver provided for the crew of the Vessel.

12. Communications by and between the Vessel and its crew members with and among Carver's shore personnel (including Leonard Baldassare, Brian Moore and Nick Laraway) following the Incident, whether by text, SMS, email, phone, video or in person.

13. Carver's protocols and procedures for reporting allisions in place at the time of the Incident.

14. Carver's Safety Management System that was in effect at the time of the Incident.

15. Damage to the Vessel resulting from the Incident.

16. Damage to the Barge resulting from the Incident.

17. Charter or hire of the Barge by Carver.

18. All repairs made to the Vessel as a result of the Incident.

19. All repairs made to the Barge as a result of the Incident.

20. All repairs made to the navigation, steering, or autopilot systems of the Vessel during the five (5) year period before the Incident.

21. All disciplinary or employment action taken against members of the crew of the Vessel, including James Morrissey and Christopher Miller.

22. All actions taken by Carver as a result of the Incident.

23. All reasons why Carver did not notify the U.S. Coast Guard on June 15, 2024 of the Incident.

24. All reasons why Carver did not notify the Norfolk and Portsmouth Belt Line Railroad on June 15, 2024 of the Incident.