# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

CIVIL ACTION NO: 2:24-CV-00490

----------------------------------------X
IN THE MATTER OF COEYMANS MARINE
TOWING, LLC D/B/A CARVER MARINE
TOWING AS OWNER AND OPERATOR OF M/T
MACKENZIE ROSE, (IMO NO. 8968765) HER
CARGO, ENGINES, BOILERS, TACKLE, EQUIPMENT,
APPAREL, AND APPURTENANCES, ETC., IN REM,
("M/T MACKENZIE ROSE"),


PETITIONING FOR EXONERATION FROM OR
LIMITATION OF LIABILITY IN ALLISION WITH
NORFOLK AND PORTSMOUTH BELT LINE RAILROAD
COMPANY MAIN LINE RAILROAD BRIDGE
(THE "BRIDGE") OCCURRING JUNE 15, 2024 IN
AND ABOUT THE ELIZABETH RIVER, VIRGINIA.

----------------------------------------X


                    April 30, 2025
                    10:32 a.m.



        AN IN PERSON DEPOSITION of JARKEIS
MORRISEY, a Defendant herein, taken by the
respective parties, pursuant to Order, held
at the offices of 405 Lexington Avenue, New
York, New York, before Larin Kaywood, a
Notary Public for and within the State of
New York.



JOB NO.: 112264

**Page 2**

```
1   A P P E A R A N C E S :
2
3       CLYDE & CO US LLP
            Attorneys for Coeymans Marine Towing, LLC
4           30 S. Wacker Drive, Suite 2600
            Chicago, IL 60606
5       BY:  JAMES H. RODGERS, ESQ.
                MICHAEL ROMAN, ESQ.
6           E-mail:  Michael.roman@clydeco.us
                     James.rodgers@clydeco.us
7
        CRENSHAW, WARE & MARTIN, P.L.C.
8           Attorneys for Defendant Norfolk
            Portsmouth Belt Line Railroad Company
9           150 W. Main Street Suite 1500
            Norfolk, Virginia 23510
10      BY:  JAMES L. CHAPMAN, ESQ.
            E-mail:  Jchapman@cwm-law.com
11
        SINNOT, NUCKOLS & LOGAN, P.C.
12          Counsel for Evanston Insurance Company,
            S/s/o Norfolk and Portsmouth Belt Line
13          Railroad Company
            13811 Village Mill Drive
14          Midlothian, Virginia 23114
        BY:  MARK C. NANAVATI, ESQ.
15           CHRISTOPHER JONES, ESQ.
            E-mail:  Mnanavati@snllaw.com
16          MR. CANNON MOSS, Norfolk & Portsmith
            Belt Line Railroad
17
18
19
20
21
22
23
24
25
```

**Page 3**

```
1   A L S O   P R E S E N T
2   (VIA VIDEOCONFERENCE)
3
4       BUTLER WEIHMULLER KATZ CRAIG, LLP
            Counsel for Evanston Insurance Company,
5           S/s/o Norfolk and Portsmouth Belt Line
            Railroad Company
6           11525 N. Community House Road
            Suite 300
7           Charlotte, North Carolina 28277
        BY:  ZACHARY M. JETT, ESQ.
8           E-mail:  Zjett@butler.legal
9       CRENSHAW, WARE & MARTIN, PLC
            Attorneys for Norfolk and Portsmouth
10          Belt Line Railroad Company
            150 West Main Street, Suite 1500
11          Norfolk, Virginia 23510
        BY:  W. RYAN SNOW, ESQ.
12           MACKENZIE PENSYL, ESQ.
13
14  Also Present: INGRID CONTRERAS,VIDEOGRAPHER
15
16
17
18
19
20
21
22
23
24
25
```

**Page 4**

```
1                   INDEX
2        EXAMINATION OF JARKEIS MORRISEY
3   EXAMINATION BY                          PAGE
4   Mr. Chapman                               5
5
6        - PREVIOUSLY MARKED EXHIBITS -
7   Exhibit 1 - picture/ Belt Line Bridge    53
8   Exhibit 2 - four photographs             54
9   Exhibit 4 - collection of documents      57
10  Exhibit 5 - crew list                    55
11  Exhibit 6 - electronic version of the daily log   62
12  Exhibit 11 - statement                   51
13  Exhibit 23 - Rough Deck Logs 6/12/2024 - 6/16/2024   65
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 5**

```
1           THE VIDEOGRAPHER:  This is the
2   beginning of Media Number 1 in the
3   deposition of Jarkeis Jamal Bass
4   Morrisey in the matter of Coeymans
5   Marine, d/b/a Carver Marine Towing
6   Link.  Case number 224-CV-00490.
7           Today's date is Wednesday,
8   April 30th, 2025 and the time on the
9   monitor is 10:32 a.m.
10          My name is in Ingrid Contreras
11  and I'm the videographer.  The court
12  reporter is Larin Kaywood.  We are
13  here with Rosenberg & Associates,
14  Inc.
15          All of the appearances are
16  recorded on the stenograph record.
17          The court reporter will now
18  swear in the witness.
19  J A R K E I S   J A M A L   B A S S
20  M O R R I S E Y, having first been duly
21  sworn by a Notary Public for and within the
22  State of New York, upon being examined,
23  testified as follows:
24          THE REPORTER:  Can I have your
25  first and last name for the record?
```

**JARKEIS MORRISEY**

April 30, 2025

Page 6

1    THE WITNESS:  Jarkeis Jamal
2    Bass Morrisey.
3         THE REPORTER:  Can I have your
4    address?
5         THE WITNESS:  4723 Baywood
6    Drive, Lynn Haven, Florida.
7         THE REPORTER:  Your zip code?
8         THE WITNESS: 32444.
9    EXAMINATION BY
10   MR. CHAPMAN:
11        Q.    Good morning, Mr. Morrissey.
12        A.    Good morning.
13        Q.    My name is Jim Chapman and I
14   represent Norfolk and Portsmouth Belt Line
15   Railroad Company in connection with a
16   lawsuit in which Carver Marine Towing filed
17   to limits its liability arising out of the
18   Tug Mackenzie Rose hitting the Belt Line
19   Bridge in the Southern branch of the
20   Elizabeth River in Virginia on June 15th,
21   2024.  And we are here to ask you some
22   questions about that.
23        Do you understand that?
24        A.    Yes, sir.
25        Q.    Just so that we kind of lay

Page 7

1    this all out.
2         State your full name, please.
3         A.    Jarkeis Jamal Bass Morrisey.
4         Q.    You've already provided your
5    address.  What is your date of birth?
6         A.    5/17/99.
7         Q.    How long have you worked for
8    Carver Marine Towing?
9         A.    A year.
10        Q.    You're still employed by Carver
11   Marine Towing?
12        A.    Yes, sir.
13        Q.    Who did you work for before
14   Carver Marine?
15        A.    Dann Marine.
16        Q.    Your position with Carver
17   Marine, please, what is it?
18        A.    I'm an AB deckhand.
19        Q.    Are you still assigned to the
20   Tug MacKenzie Rose?
21        A.    Yes, sir.
22        Q.    What was your position with
23   Dann Marine?
24        A.    The same thing.
25        Q.    AB --

Page 8

1         A.    AB deckhand.
2         Q.    How long were you with Dann
3    Marine before you --
4         A.    Four years.
5         Q.    Four?
6         A.    Four years.
7         Q.    And did you leave Dann Marine
8    and go immediately to work for Carver or
9    was there some sort of break in that
10   employment?
11        A.    I put my two weeks in and then
12   I transferred to Carver.
13        Q.    Who hired you at Carver?
14        A.    Brandon, I don't know last
15   name.
16        Q.    Was it an increase in pay?
17        A.    Yes, sir.
18        Q.    So what is the work cycle at
19   Carver?
20        A.    Say that again?
21        Q.    What's the work cycle as a
22   deckhand on the Mackenzie Rose.  Two weeks
23   on, two weeks off?
24        A.    We do -- we used to do that.
25   Now we do three on, three off.

Page 9

1         Q.    Okay.  At the time of the
2    allision, you're here to testify about --
3         A.    It was two weeks on, two weeks
4    off.
5         Q.    All right.  And do you know how
6    long you had been on the MacKenzie Rose
7    prior to --
8         A.    No, sir.  I did not.
9         Q.    Okay.
10        MR. RODGERS:  You're going to
11        wait till he finishes his question.
12        A.    Okay, my fault.
13        Q.    Yeah.  Let me just -- sorry.  I
14   didn't lay up just a quick ground rule.
15        It's better if we exercise good
16   radio discipline.  Let me finish my
17   question, you can answer.  I'll do my best
18   not to interrupt your answer, okay?
19        Because she has to take it all
20   down and that -- it's super helpful to her
21   if we don't talk at the same time.
22        So how long have you had a
23   merchant mariners document?
24        A.    For almost five years now.
25        Q.    Is it coming up on a renewal?

**JARKEIS MORRISEY**

**April 30, 2025**

Page 10

1     A.    I renewed it.
2     Q.    You did?
3     A.    (Nodding.)
4     Q.    When were you first licensed
5  then?
6     A.    2021, give or take, or 2020.
7     Q.    Was the deckhand job with Dann
8  Marine the first marine employment that you
9  had?
10    A.    Yes, sir.
11    Q.    Did you have any other
12  employment before you went to work for Dann
13  Marine?
14    A.    No, sir.
15         MR. CHAPMAN:  And for the court
16     reporter, Dann is with two Ns,
17     D-A-N-N.
18         THE REPORTER:  Yes.
19         MR. CHAPMAN:  Yes.
20    Q.    What's the highest level of
21  education you have?
22    A.    Some college.
23    Q.    Where'd you graduate from high
24  school then?
25    A.    Mosley High School.

Page 11

1     Q.    In?
2     A.    Panama City, Florida.
3     Q.    There was another member of the
4  crew assigned to the Tug Mackenzie Rose at
5  the time of the allision who's name was
6  James Morrisey.
7         Is there any relationship
8  between you and James Morrisey?
9     A.    That's my dad.
10    Q.    Okay.  Do you still live with
11  him?
12    A.    I do.
13    Q.    And is he still working in the
14  marine industry, to your knowledge?
15    A.    Yes.
16    Q.    Do you know who he is working
17  for?
18    A.    Centerline.
19    Q.    Centerline.  Is he working as a
20  master or mate on one of their boats?
21    A.    I don't know.
22    Q.    Does he work like two weeks on
23  or two weeks off, or, you know, sort of a
24  tug type rotation?
25    A.    I don't know.

Page 12

1     Q.    When was the last time you saw
2  him?
3     A.    I don't know.
4     Q.    You haven't seen him?
5     A.    I haven't seen him in a hot
6  minute.
7     Q.    Can you define "hot minute"?
8  Like three months since the allision in
9  2015?
10    A.    I want to say at least a good
11  month or so.
12    Q.    Okay.
13    A.    Maybe two months.
14    Q.    Okay.  And does your mother
15  also live with you or do you --
16    A.    No.
17    Q.    Go ahead.
18    A.    No, she lives in Portugal.
19    Q.    Portugal.  Have you held any
20  other position at Carver other than
21  deckhand?
22    A.    No, sir.
23    Q.    Have you worked on any tug
24  other than the Mackenzie Rose while
25  employed with Carver?

Page 13

1     A.    Say that again?
2     Q.    Have you worked on any other
3  tug than the Mackenzie Rose while you have
4  been employed by Carver?
5     A.    Yes, sir.
6     Q.    And more than one?
7     A.    Yes, sir.
8     Q.    What are you assigned like
9  rotation, two weeks on two weeks off crew
10  member or just sort of filing in for the
11  day?
12    A.    Signed for two weeks on two
13  weeks off.
14    Q.    Okay.  I understand that the
15  Mackenzie Road -- Mackenzie Rose was in the
16  yard for maybe an inspection, Certificate
17  of Conformance inspection, yard evolution,
18  and so it was laid up.
19         Did you work on another boat on
20  during that period?
21    A.    Yes, sir.
22    Q.    And other than that period of
23  time, had there been any other occasions
24  where you have been assigned to another tug
25  besides the Mackenzie Rose?

**JARKEIS MORRISEY**

April 30, 2025

Page 14

1    A.    Yes.
2    Q.    Okay.  And just -- I'm trying
3  to understand this, you work on a day rate,
4  correct?
5    A.    Yes, sir.
6    Q.    So everyday you don't work, you
7  don't get paid, right?
8    A.    Yes.
9    Q.    You need to say yes or no.
10    A.    I'm sorry, yes.
11    Q.    She doesn't take down head nods
12  that well either.
13    A.    Sorry.
14    Q.    No.  That's okay.
15          Have you ever been deposed
16  before you have been to one of these?
17    A.    No, sir.
18    Q.    Okay.  That's fine then.
19          So it's to your advantage at
20  least from a standpoint of income to work
21  more days for the company, correct?
22    A.    Yes, sir.
23    Q.    So do you -- and they know
24  that, they try to slot you into more days
25  if there is the opportunity?

Page 15

1    A.    That's only if I ask.
2    Q.    Okay.  So are you on or off now
3  in one of your two or maybe now three-week
4  cycles?
5    A.    I'll be starting today.
6    Q.    Okay.  So today is the first
7  day.  Got it.
8          Where are you meeting the tug?
9    A.    Staten Island.
10    Q.    Do you have a Carver Marine
11  e-mail address?
12    A.    Like with Carver in it?
13    Q.    Yes.
14    A.    No, sir.
15    Q.    Okay.  So what e-mail address
16  do you typically use?
17    A.    Jarkeis@icloud.com.
18    Q.    So just your first name
19  @icloud.com?
20    A.    Yes, sir.
21    Q.    Has the company issued you a
22  phone?  Has Carver issued you a phone?
23    A.    No, sir.
24    Q.    So do you take your personal
25  cell phone when you are on the boat?

Page 16

1    A.    Yes, sir.
2    Q.    Have you ever used your
3  personal cell phone to communicate about
4  company business with anybody at Carver?
5    A.    No, sir.
6    Q.    What is your cell phone number?
7    A.    89 --
8          MR. RODGERS:  I'm going to tell
9      him not to answer that.
10          MR. CHAPMAN:  And there's a
11      reason for that?
12          MR. RODGERS:  I'm telling him
13      not to answer that.
14          MR. CHAPMAN:  You're
15      instructing the witness not to answer
16      that question?
17          MR. RODGERS:  Didn't I just say
18      that?
19          MR. CHAPMAN:  Yeah, you did,
20      but I'm just --
21          MR. RODGERS:  You can send a
22      demand and we'll take it under
23      advisement.  I don't want him giving
24      his personal phone number in this
25      deposition.  He's here in his

Page 17

1  capacity as a Carver employee.
2    Q.    Have you held any other
3  position at Carver other than as a deckhand
4  assigned to a tug?
5    A.    No, sir.
6    Q.    When was the last time that you
7  sailed with your father, James Morrisey, as
8  an employee of Carver Marine?
9    A.    I don't know.
10    Q.    With reference to the date of
11  the allision with the bridge, which was
12  June 15th, 2024.  I understand that the tug
13  was on a voyage to deliver a barge in New
14  Jersey.
15          After that delivery, did the
16  two of you sail together at all for Carver?
17    A.    No.
18    Q.    Do you know why?
19    A.    No.
20    Q.    So your father never told you
21  why he was no longer working for Carver?
22    A.    No.
23    Q.    When did he go to work for
24  Centerline?
25    A.    I don't know.

**JARKEIS MORRISEY**

**April 30, 2025**

Page 18

1    Q.    Was it in 2024 or 2025?
2    A.    **I don't know.**
3    Q.    Was it more than a month ago?
4    A.    **I don't know.**
5    Q.    Did he tell you that he was
6    working for Centerline?
7    A.    **Yes.**
8    Q.    When did he first tell you
9    that?
10    A.    **I don't know.**
11    Q.    What did you do to prepare to
12    testify to today?
13          MR. RODGERS:  Other than with
14       his attorney?
15          MR. CHAPMAN:  If there is
16       anything else, yeah, but it could
17       include meeting with an attorney.
18          MR. RODGERS:  You can state if
19       you met with me but not what we
20       discussed.
21    A.    **Yes.  I only met with him.**
22    **That's all that I did today.**
23    Q.    Okay, this morning?
24    A.    **Yeah, this morning.**
25    Q.    Any other time?

Page 19

1    A.    **No, sir.**
2          MR. RODGERS:  You can
3       talk -- tell him we met by Zoom, I
4       believe, right?  Yes.
5    A.    **Yes.**
6    Q.    Talking about --
7          MR. RODGERS:  So in person or?
8    A.    **He said today, though.**
9          MR. RODGERS:  Oh, you said
10       today?
11          MR. CHAPMAN:  Yes.
12    Q.    My question was confusing.
13    Thank you for sort of raising that.
14          I'm trying to find out, was
15    today the only time that you met with
16    Mr. Rodgers?
17    A.    **Yes, sir.**
18    Q.    Okay.  There was some reference
19    that Mr. Rogers made, the meeting on Zoom?
20    A.    **Yes.**
21    Q.    And that was a separate meeting
22    or was that also today?
23    A.    **That was a separate meeting.**
24    Q.    Okay.  How long ago?
25    A.    **Like, maybe a week ago because**

Page 20

1    I was in Florida.  I wasn't here.
2    Q.    You were off?
3    A.    **Yes.**
4    Q.    So you told us that this is the
5    first time you've ever been in a
6    deposition.
7          Have you ever testified before?
8    A.    **No, sir.**
9    Q.    How did you first learn about
10    the allision with the Norfolk & Portsmouth
11    Belt Line Bridge?
12    A.    **What do you mean by that?**
13    Q.    Do you know what the term
14    allision means?
15    A.    **Yes.**
16    Q.    Okay.  It means a vessel
17    hitting a fixed object, right?
18    A.    **(Nodding.)**
19    Q.    So my question is, how did you
20    learn about that for the first time?  What
21    informed you of the fact that the
22    vessel -- the tug, or barge had hit the
23    Belt Line Bridge?
24    A.    **We just came to a complete**
25    **stop.  That's all that I know.**

Page 21

1    Q.    So what were you doing at the
2    time that it happened?
3    A.    **I was in the galley cooking and**
4    **cleaning, and putting food away.**
5    Q.    When was the meal served during
6    your watch?
7    A.    **Don't know.**
8    Q.    So -- but you were still
9    cooking?
10    A.    **Yes.**
11    Q.    And you were also cleaning.  I
12    assume you mean cleaning utensils or plates
13    or that sort of thing; is that right?
14    A.    **Yes, sir.**
15    Q.    There's no dishwasher on that
16    boat?
17    A.    **No, sir.**
18    Q.    And in terms of putting food
19    away, what were you doing?
20    A.    **Like putting in the**
21    **refrigerator.**
22    Q.    Okay.  I'm just trying to
23    understand what you mean by that.
24    A.    **I know.**
25    Q.    It's not like put it in the

**JARKEIS MORRISEY**

April 30, 2025

Page 22

1  pantry or?
2      **A.**    **No.**
3      Q.    Okay.
4      **A.**    **Like cover up tin foil or**
5  **putting it in containers, then putting it**
6  **in the refrigerator.**
7      Q.    Now, the allision happened
8  around 4:30 in the afternoon and the log
9  record indicates that the vessel picked up
10 the barge or departed with the barge around
11 3 o'clock in the afternoon from a pier.
12     Did you have any work in making
13 up the barge or doing anything related to
14 set it up to take it out of town?
15     **A.**    **Yes, sir.**
16     Q.    Tell us what you did?
17     **A.**    **I helped put the push gear on**
18 **and that was pretty much it.**
19     Q.    Did anybody assist you putting
20 the push gear on?
21     **A.**    **I'm pretty sure.**
22     Q.    Who?
23     **A.**    **I don't know.**
24     Q.    Who would've been on that
25 watch?

Page 23

1      **A.**    **I was on back watch, so it was**
2  **the mate.**
3      Q.    All right, so the --
4      **A.**    **The mate Jimmy.**
5      Q.    You refer to him as Jimmy, your
6  father?
7      **A.**    **(Nodding.)**
8      Q.    But -- yes?
9      **A.**    **Yes.**
10     Q.    Okay, you made a hand
11 signaling?
12     **A.**    **That's three times you said**
13 **father.**
14     Q.    Yeah.
15     **A.**    **I was just -- yes.**
16     MR. RODGERS: You can just tell
17   him what you call him on the tug.
18     **A.**    **I just call him Jimmy, or**
19 **captain or mate.**
20     Q.    Okay. All right. Was anybody
21 else on watch during that cycle?
22     **A.**    **Jason.**
23     Q.    Jason was?
24     **A.**    **The engineer.**
25     Q.    Okay. So I understand from

Page 24

1  seeing the logbook that it looks like
2  you're on for six, off for six, on for six,
3  off for six during the day, right?
4      **A.**    **Yes.**
5      Q.    And the watch that you were on
6  was the noon to 6:00 p.m.?
7      **A.**    **Yes, sir.**
8      Q.    And then similarly from
9  midnight to 6:00 a.m., correct?
10     **A.**    **Yes, sir.**
11     Q.    Would the engineer normally
12 assist in making up the pushing gear?
13     **A.**    **Yes.**
14     Q.    So does it refresh your
15 recollection that Jason, the engineer
16 assisted in setting up the push gear?
17     **A.**    **Probably.**
18     MR. RODGERS: Don't -- by the
19   way, don't guess if you don't know.
20     **A.**    **I don't know.**
21     Q.    How -- while you were -- after
22 you arrived at the pier, the logbook
23 indicates that somebody showed up as a
24 surveyor to look at the way the cargo was
25 lashed on the barge. Do you remember that?

Page 25

1      **A.**    **I do not.**
2      MR. RODGERS: Objection to
3    form.
4      You can answer.
5      **A.**    **I do not.**
6      Q.    Did you go ashore for any
7  reason before getting underway with the
8  barge?
9      **A.**    **What do you mean by that?**
10     Q.    You know, go call an Uber and
11 go and to get something to eat, or call an
12 Uber to go pick up groceries, go ashore?
13     **A.**    **No. No.**
14     Q.    Okay. Was there anybody from
15 the company where you were picking up the
16 barge that you knew of that met you at the
17 pier?
18     **A.**    **No.**
19     Q.    So you said that you were in
20 the galley when the tug came to a stop,
21 that's what you've noticed. Did it knock
22 you off your feet?
23     **A.**    **No, sir.**
24     Q.    Cause you to, you know, lose
25 your balance in any way?

**JARKEIS MORRISEY**

April 30, 2025

Page 26

1    A.    Just a little bit.
2    Q.    What did you do after you felt
3  that the tug come to a stop?
4    **A.    I went up to the wheelhouse to**
5  **make sure everything was okay, and make**
6  **sure the captain or the mate was okay.**
7    Q.    So which wheelhouse did you go
8  to?
9    **A.    The upper wheelhouse.**
10   Q.    And that's where the mate was?
11   **A.    Yes, sir.**
12   Q.    What did he tell you about what
13 had happened?
14   **A.    He said he lost steering.**
15   Q.    What did you understand the
16 explanation he gave you to mean?
17       MR. RODGERS:  Objection to
18    form.  You can answer if you
19    understand it.
20   **A.    That he lost steering.**
21   Q.    What does that mean to you
22 though?
23       MR. RODGERS:  Objection to
24    form.  You can answer if you
25    understand the question.

Page 27

1    A.    I don't know.
2    Q.    So he told you that he lost
3  steering.  Did you make any further inquiry
4  about what he meant by losing steering?
5    **A.    No, sir.**
6    Q.    Did he tell you to go tell the
7  engineer there was a problem with the
8  steering?
9    **A.    No, sir.**
10   Q.    Did the engineer come in there
11 while the two of you were in the
12 wheelhouse?
13       MR. RODGERS:  Objection to
14    form.
15       You can answer if you
16    understand the question.
17   **A.    No, sir.**
18   Q.    Okay.  So when you went up
19 there to find out what had happened, it was
20 just the two of you in the upper
21 wheelhouse, correct?
22   **A.    Yes.**
23   Q.    And about how long were you in
24 there when he was telling you that he had
25 lost steering?

Page 28

1    A.    Like a minute.
2    Q.    Did he instruct you to go do
3  anything on account of having lost
4  steering?
5    **A.    No.**
6    Q.    So he told you that he lost
7  steering and then you left?
8    **A.    I went to the other wheelhouse**
9  **and then that's when Chris Miller said, "Go**
10 **check the barge out to see if there was any**
11 **damage."**
12   Q.    So when you came up into the
13 upper wheelhouse, what was the position of
14 the -- a barge, or tug, however you think
15 of it, relative to the bridge?
16       Where were you?
17   **A.    I don't know.**
18   Q.    Could you have -- did you have
19 an unobstructed view out of the front of
20 the wheelhouse.
21       MR. RODGERS:  Objection to
22    form.  You can answer if you
23    understand.
24   **A.    I don't know.**
25   Q.    You don't know?

Page 29

1    **A.    I don't know.**
2    Q.    Did you look out the front of
3  the wheelhouse while you were up there?
4    **A.    No.**
5    Q.    So you had no instructions from
6  the mate, and then you went down to the,
7  I'll call it the wheelhouse, but it's the
8  wheelhouse right below the upper
9  wheelhouse, right?
10   **A.    Lower wheelhouse.**
11   Q.    Okay.  So we'll call it the
12 lower wheelhouse then.  There's two
13 wheelhouses on that tug, right?
14   **A.    Yes, sir.**
15   Q.    Upper and lower?
16   **A.    (Nodding.)**
17   Q.    So what was the purpose of
18 going to the lower wheelhouse?
19       MR. RODGERS:  Objection.  His
20    purpose?
21       MR. CHAPMAN:  Yeah.  He said he
22    went there.
23   **A.    My purpose was to go back down**
24 **and make sure everything -- everybody else**
25 **was okay.  That's when I saw Chris Miller.**

**JARKEIS MORRISEY**

**April 30, 2025**

1 He said, "Go see if you could see
2 underneath the rake.
3     Q.    Got it.  So you need to go
4 through the lower wheelhouse in order to go
5 check on the rest of the crew; is that
6 right?
7     A.    Yes.
8     Q.    Okay.  And when you were in the
9 lower wheelhouse, did -- was Captain Miller
10 already there?
11     A.    Yes.
12     Q.    And what did he appear to be
13 doing to you?
14     A.    I don't know.
15     Q.    Did you speak to him first or
16 did he say something to you first?
17     A.    He said something to me first.
18     Q.    And what was that?
19     A.    He said, "Go check the barge
20 and see if there are any damage to the
21 barge."
22     Q.    So did he tell you what part of
23 the barge to go look at?
24     A.    The bowl of the barge.
25     Q.    So the tug and the barge we're

1 still made up in pushing gear, correct?
2     A.    (Nodding.)
3     Q.    You need to say yes or no.
4     A.    Yes.
5     Q.    So did you go up to -- do you
6 then get on the barge and walk up to, I'll
7 call it the head end of the barge?
8     A.    Yes.
9     Q.    Did you take any camera with
10 you?
11     A.    I had the boat phone, but I
12 couldn't see underneath the rake, so I
13 didn't take nothing.
14     Q.    Did you look over the rake or
15 look at the forward end of the barge?
16     A.    I couldn't.  I would have fell.
17     Q.    I'm sorry.  You would what?
18     A.    I would have fallen if I did.
19     Q.    So you couldn't kind of lean
20 out over and have a look at it.  But you
21 were at the forward end of the barge?
22     A.    Yes, sir.
23     Q.    And did you sort of get out
24 about as far as you felt comfortable
25 getting out?

1     A.    Yes, sir.
2     Q.    Before you decided that you
3 really couldn't see very well?
4     A.    Yes.
5     Q.    Okay.  Based on what you could
6 see at the far head of the barge, did you
7 observe any, I'll call it damage, or
8 anything that was amiss?
9     A.    No, sir.
10     Q.    Did you take a handheld radio
11 with you?
12     A.    Yes.
13     Q.    And did you use the handheld
14 radio to communicate with anybody on the
15 tug?
16     A.    Yes.
17     Q.    Who?
18     A.    Chris and Jimmy.
19     Q.    So you all were on the same
20 channel?
21     A.    Yes.
22     Q.    Do you recall the channel?
23     A.    81.
24     Q.    And what did you tell them?
25     A.    That I can't see nothing.

1     Q.    So what'd you do after that?
2     A.    I went back to the galley.
3     Q.    Did they say, "Yeah, that's
4 fine," or you just said, "I can't see
5 nothing" and you just went back to the
6 galley?
7     A.    Yeah.  They said, "That's fine,
8 just head back to the boat."  So I did.
9     Q.    Okay.  While you were on the
10 head end of the barge, where was the tug
11 and barge located?
12     A.    Past the bridge.
13     Q.    Had you already gone past the
14 bridge?
15     A.    (Nodding.)
16     Q.    Yes?
17     A.    No.
18         MR. RODGERS:  You got to
19      answer, yes.
20     A.    No.  We was about to go like,
21 underneath the bridge at that point when I
22 went to go check the barge.
23     Q.    All right.  So the tug and
24 barge had still not gone through the bridge
25 or through the bridge opening, when you

**JARKEIS MORRISEY**

**April 30, 2025**

1  went and looked at the head end of the
2  barge?
3      A.    Yes.
4      Q.    Okay.  Was the tug and barge
5  moving at the time that you went up to the
6  head end or you just stopped in the water?
7      A.    It was moving.
8      Q.    In what direction?
9      A.    Going up further, or -- I don't
10 know what direction that is.
11     Q.    So you were proceeding
12 basically in the direction to go through
13 the bridge opening?
14     A.    Yes.
15     Q.    Did you look at the bridge from
16 your vantage point?
17     A.    No.
18     Q.    You -- nobody asked you to look
19 at the bridge?
20     A.    No.
21     Q.    And you didn't think that you
22 should look at the bridge?
23         MR. RODGERS:  Objection to
24     form.
25         You can answer if you

1      understand the question.
2      A.    No.
3      Q.    Were you still on the barge
4  when the tug and barge made the transit
5  through the bridge opening?
6      A.    No.
7      Q.    You'd already gone back to the
8  tug before that happened?
9      A.    Yes.
10     Q.    And once you get back -- got
11 back on the tug, what did you do?
12     A.    I went to the galley and
13 finished cleaning up.
14     Q.    When you came back aboard the
15 tug, was Captain Miller still in the lower
16 wheelhouse?
17     A.    Yes.
18     Q.    And was the mate, Jimmy
19 Morrisey, in the upper wheelhouse?
20     A.    Yes.
21     Q.    Do you know who was, you know,
22 at the con of the boat at that time?
23     A.    What you mean by that?
24     Q.    Well, I'm trying to understand
25 who is still, you know, handling the

1  power -- the rudders.
2      A.    It was the mate.
3      Q.    Okay, from the upper
4  wheelhouse.  Okay.  So --
5         THE REPORTER:  Just say yes or
6      no.
7      A.    Yes.
8      Q.    So to your understanding,
9  Captain Miller was not doing anything to
10 operate the vessel, even though he was in
11 the lower wheelhouse, right?
12     A.    Yes.
13     Q.    Okay.  At any time before you
14 went back to the galley, did you see the
15 engineer?
16     A.    Yes.
17     Q.    Where did you see him?
18     A.    In the galley.
19     Q.    So you didn't see the engineer
20 in the lower wheelhouse, correct?
21     A.    No.
22     Q.    I think you've already said
23 that you didn't see him in the upper
24 wheelhouse, right?
25     A.    Yes.

1      Q.    Did you -- before going back to
2  the galley, did you ever go back up to the
3  upper wheelhouse?
4      A.    No.
5      Q.    Did you inspect the pushing
6  gear at all while you were out there, you
7  know, looking at the front end of the
8  barge?
9      A.    What do you mean by that?
10     Q.    Just to see if it was still
11 secure?
12     A.    Yes.
13     Q.    So you did check the pushing
14 gear, correct?
15     A.    Yes.
16     Q.    And how did it appear to you?
17     A.    It looked fine while looking at
18 it.
19     Q.    Were you asked to look at any
20 possible damage to the tug itself?
21     A.    No.
22     Q.    Only to the head end of the
23 barge?
24     A.    Yes.
25     Q.    Eventually the tug put the

**JARKEIS MORRISEY**

April 30, 2025

1  barge on a tow wire for the transit up the
2  Chesapeake Bay, correct?
3      A.    Yes.
4      Q.    Did you have any role in
5  putting the tug on the tow wire?  Excuse
6  me, putting the barge on the tow wire?
7      A.    Everyone had to be up when we
8  do tub.
9      Q.    So whether it was your watch or
10 not, you would have been involved?
11     A.    Yes.
12     Q.    Do you recall that?
13     A.    Yes.
14     Q.    When you were involved in
15 putting the barge on the tow wire, did you
16 do any further examination or look at the
17 barge to see if there was damage?
18     A.    No.
19     Q.    While you were up on the head
20 end of the barge when Captain Miller told
21 you to go up and check it out, did you take
22 any photographs with the boat phone?
23     A.    No.
24     Q.    I just got to ask this, but did
25 you take any photographs with your own

1  personal phone?
2      A.    No.
3      Q.    When the barge was being set up
4  on the tow wire did you take any
5  photographs of the head end of the barge?
6      A.    I did not.
7      Q.    Did you see anybody take
8  photographs?
9      A.    Someone did, but I don't
10 know -- I don't remember who.
11     Q.    Why do you know someone did?
12     A.    Because they slowly drove
13 around the barge to see if there was any
14 damage up front.
15     Q.    And you were on the deck of the
16 tug at the time?
17     A.    Yes, sir.
18     Q.    So you're assuming somebody
19 took some pictures, but --
20     A.    I don't know, honestly.
21     Q.    But you don't know --
22     A.    Yeah.
23     Q.    -- right.
24           I mean, did you ever see any
25 pictures of the head end of the barge?

1      A.    No.
2      Q.    Did you ever see any pictures
3  of the bridge?  That is the Belt Line
4  Bridge?
5      A.    No.
6      Q.    Did anyone tell you that they
7  had taken a picture of the Belt Line
8  bridge?
9      A.    No.
10     Q.    Did anybody tell you they had
11 taken pictures of the barge?
12     A.    No.
13     Q.    Between June 15th, and the time
14 that you first met with Mr. Rodgers, did
15 you ever see any pictures that had been
16 taken of the Belt Line Bridge?
17     A.    No.
18     Q.    Did you ever see any pictures
19 that had been taken of the head end of the
20 barge?
21     A.    No.
22     Q.    Was the voyage to where you
23 were delivering the barge in New Jersey,
24 uneventful?
25     A.    I don't know.

1      Q.    You just don't have any memory
2  of that?
3      A.    I was off watch.
4      Q.    If the voyage took two days,
5  you would've been on watch at some point
6  during the voyage, right?
7      A.    Yes.
8      Q.    What I'm asking you is whether
9  the rest of the voyage with that barge, at
10 least when you were on watch was
11 uneventful?
12     A.    Why would it be uneventful?
13           MR. RODGERS:  You don't
14     understand the question?
15     A.    I don't understand the
16 question.
17     Q.    There wasn't anything else that
18 happened --
19     A.    Yeah, no.
20     Q.    -- during that voyage, after
21 you departed the bridge, the Belt Line
22 Bridge --
23     A.    No.
24     Q.    -- right?
25     A.    Nothing happened, to my

**JARKEIS MORRISEY**

**April 30, 2025**

Page 42

1  knowledge.
2      Q.    Subsequent to arriving in a
3  destination, were you ever interviewed by
4  anybody?
5      A.    **Please repeat that again.**
6      Q.    Let me step back.
7            At any point in -- at any time
8  after this incident involving the Belt Line
9  Bridge, were you asked to make a statement?
10     A.    **Yes.**
11     Q.    And who asked you to make a
12 statement?
13     A.    **Chris Miller.  He said, "Write**
14 **a statement on a piece of paper."**
15     Q.    And did he tell you to do that
16 that day?
17     A.    **Yes.**
18     Q.    Like sometime in the hours or
19 so after the incident?
20     A.    **Yes.**
21     Q.    So you wrote down in your own
22 handwriting, a statement, correct?
23     A.    **Yes, sir.**
24     Q.    Did he watch you do it?
25     A.    **No.**

Page 43

1      Q.    Do you know if anybody else was
2  asked to make a statement?
3      A.    **The whole crew that was on the**
4  **boat was asked to make -- write a**
5  **statement.**
6      Q.    And was there a pad of paper
7  provided to write the statement on?
8      A.    **Yes.**
9      Q.    By Captain Miller?
10     A.    **Yes.**
11     Q.    But he didn't watch you write
12 your statement or tell you what to write,
13 correct?
14     A.    **Yes.**
15     Q.    I'm sorry, he did?
16     A.    **No.  He didn't watch us.  He**
17 **did not tell us what to write on a**
18 **statement.  So you asked two questions**
19 **there instead of one.**
20     Q.    So you wrote down in your
21 statement, in your own words, what you had
22 experienced or what you recalled about,
23 right?
24     A.    **Yes.**
25     Q.    Okay.  Did you give that

Page 44

1  statement to Captain Miller?
2      A.    **Yes.**
3      Q.    Did you make a copy of it for
4  yourself?
5      A.    **No.**
6      Q.    Have you seen that statement
7  since you first made it?
8      A.    **Yes.**
9            MR. RODGERS:  Other than with
10     his lawyers.
11     A.    **Yeah.  That's the only time I**
12 **saw it, with my lawyer.  But other than**
13 **that --**
14           MR. RODGERS:  That's enough.
15     Q.    Okay.  Did -- were you also
16 asked to type up a statement?
17     A.    **No.**
18     Q.    Even if you weren't asked to
19 type up a statement, did you?
20     A.    **No.**
21     Q.    You only hand wrote a
22 statement?
23     A.    **Yes.**
24     Q.    Do you know if anybody ever
25 typed up a statement for you?

Page 45

1      A.    **I don't know.**
2      Q.    Just to be clear on this.  No
3  one told you that they were going to write
4  up a statement -- to type up a statement
5  for you, correct?
6      A.    **Yes.**
7      Q.    And did anybody every type up a
8  statement and put it in front of you and
9  tell you to sign it?
10     A.    **I don't know.**
11     Q.    And you don't know because you
12 just don't remember or?
13     A.    **I just generally don't know.**
14     Q.    Okay.  Have you seen a ever
15 statement that was typed?
16           MR. RODGERS:  Other than with
17     his lawyer, right?
18     Q.    That has your signature on it?
19     A.    **Yes, only with my lawyer.**
20     Q.    Okay.  After arriving with the
21 barge in New Jersey, did anybody to come to
22 the boat, or ask you to come in to be
23 interviewed about what you had experienced?
24     A.    **No.**
25     Q.    Do you know who Leonard

**JARKEIS MORRISEY**

April 30, 2025

Page 46

1  Baldassare is?
2      A.    Yes.
3      Q.    Sometimes called Lenny?
4      A.    That I call Lenny?
5      Q.    Well, other be people maybe.
6  Do you know who Mr. Baldassare is?
7      A.    Yes, I know him.  He used to
8  work for Carver.
9      Q.    He was previously the port
10 captain for Carver, right?
11     A.    Yes.
12     Q.    Did he ever interview you
13 about --
14     A.    No.
15     Q.    -- the incident in Belt Line
16 Bridge?
17     A.    No.
18     Q.    Did the Coast Guard ever
19 interview you about it?
20     A.    When we all was on a meeting on
21 it before, but no.
22     Q.    I'm sorry, you were all on
23 what?
24     A.    I was on a Zoom meeting with
25 bridge and Carver and he was there too, so.

Page 47

1      Q.    Okay.
2            MR. RODGERS:  So wait a minute.
3       What?
4      A.    At the beginning of it, they
5  all had a Zoom meeting.
6            He's talking about the Coast
7  Guard investigation.
8            MR. RODGERS:  I was there.
9       Okay.
10     A.    Yeah.
11           MR. RODGERS:  I thought you
12      were talking about on Staten Island.
13     A.    No.  No.  No.
14     Q.    I'm just trying to understand.
15 Did the Coast Guard ever come a board the
16 boat while you were on it to interview you
17 or anybody else in the crew about the
18 incident?
19     A.    Well, they came on the boat,
20 but they didn't interview us.
21     Q.    So there was some day after the
22 incident where the Coast Guard arrived and
23 they obviously didn't talk to you, right?
24     A.    Yes.
25     Q.    Do you know who else they

Page 48

1  talked to?
2      A.    No.
3      Q.    Do you know how long they were
4  aboard?
5      A.    No.
6      Q.    Do you know why they were
7  aboard?
8      A.    For the bridge incident.
9      Q.    Okay.  So Mr. Baldassare never
10 talked to you about the incident, correct?
11     A.    Right.
12     Q.    Do you know who Brian Moore is?
13     A.    Yes, sir.
14     Q.    Did Brian Moore ever talk to
15 you about the incident?
16     A.    No, sir.
17     Q.    Did -- besides those two guys,
18 was there anybody else on behalf of Carver,
19 an employee of Carver that spoke to you
20 about the incident after you had delivered
21 the barge?
22     A.    No.
23     Q.    Do you know what a Coast Guard
24 Form 2692 is?
25     A.    Probably.

Page 49

1            MR. RODGERS:  Well, don't
2       guess.
3      Q.    You don't have to guess.  I'm
4  just ask if you know.
5      A.    Do you have a form?
6            If I see one, I might -- could
7  say yes or no to it.
8      Q.    Okay.  Let me show you Exhibit
9  19.  That is a Coast Guard Form 2692.
10           You see the little report in
11 the form number in the lower left-hand
12 corner, CG-2692.
13           Do you see that?
14     A.    Yeah.
15     Q.    And I'm just asking if you know
16 what that is.
17     A.    No.
18     Q.    Okay.  And just to be clear,
19 you've never seen what is marked as Exhibit
20 19?
21     A.    No.
22     Q.    Before now?
23     A.    No.
24     Q.    Okay.  So Carver Marine
25 produced some documents that relate to you

**JARKEIS MORRISEY**

April 30, 2025

1    that I just want you to take a look at and
2    confirm that they are correct.
3            I'm going to pass you Exhibit
4    10, which I believe is a photocopy of your
5    merchant mariners document?
6        A.    Yes.
7        Q.   Is that the one that you're
8    currently under or did you now -- renewal
9    that you're now using?
10       A.    I have a renewal that I'm using
11  now.
12       Q.   That would've been in effect
13  back in June of 2024?
14       A.    Yes, sir.
15       Q.   Okay.  And there's also
16  attached at the back, a pre-employment drug
17  screen, that I presume was required before
18  you were hired.  It says that it was done
19  near the end of April of 2024?
20       A.    Yes.
21       Q.   Is that your memory about when
22  you started?
23       A.    Yes.
24       Q.   I think you said that you'd
25  worked for them for a year now, right?

1       A.    Yes.
2       Q.   Okay.  And then the other
3  exhibit I want to show you is marked as
4  Number 11.  It consists of three pages, but
5  I just want to focus on the first page for
6  a second.
7            Is that a copy of the statement
8  that you made when Captain Miller told you
9  to write up a statement about what
10  you -- what had happened?
11          MR. RODGERS:  Read it first, so
12     you --
13       A.    We left after --
14          MR. RODGERS:  No.  Don't read
15     it out loud.  Just make sure
16     it's -- you recognize it, so read it
17     to yourself, just...
18       A.    Yes.
19       Q.   That's a photocopy of it,
20  correct?
21       A.    Yes.
22       Q.   All right.  Great.  There's two
23  more pages.  If you can turn to the last
24  page of Exhibit 11.  It's a typed up form
25  of the statement about the incident

1    involving the Belt Line Bridge and it
2    appears to have your signature on it.
3            Is that your signature on it?
4       A.    Yes.
5       Q.   It is.
6            Do you have any memory of
7  signing that?
8       A.    No, sir.
9       Q.   Do you know how it came to be
10  in creation in the first place?
11       A.    No, sir.
12       Q.   It's dated or maybe it's not
13  dated, but it's relative to the incident on
14  June 15th.  But you had nothing to do with
15  preparing that statement other than
16  your -- apparently your signature is on it;
17  is that right?
18       A.    Yes.
19       Q.   Okay.  Now if you could turn to
20  the second page in that Exhibit Number 11.
21  It's also typed up.
22            Do you see that?
23       A.    (Nodding.)
24       Q.   And I want to ask you, did you
25  prepare that typed up statement?

1       A.    I didn't type nothing.
2       Q.   Okay.  Do you know who typed up
3  that statement?
4       A.    No, sir.
5       Q.   Have you ever seen it?
6          MR. RODGERS:  Other than with
7     your lawyer.
8       A.    Yeah, only with my lawyer, but
9  no.
10       Q.   Okay.  So sometime in maybe the
11  last week or so is the first time you saw
12  it?
13       A.    Yes, sir.
14       Q.   Okay.  All right.  Now, I know
15  you told us that you hadn't seen a photo of
16  the bridge or photos of the bridge and you
17  hadn't seen photos of the barge, but I just
18  want to confirm because there's a couple of
19  them that have been marked already as
20  exhibits.
21            So I'm going to pass you
22  Exhibit 1.  I apologize for the kind of
23  graininess, but that's the way it was
24  produced to us by Carver.
25            I'll present to you that I

**JARKEIS MORRISEY**

April 30, 2025

Page 54

1  believe that is a picture of the Belt Line
2  Bridge, taken on June 15th, 2024?
3          Have you ever seen it before?
4      A.    No, sir.
5      Q.    Okay.  And then if I could pass
6  you Exhibit 2 which are four photographs
7  that were produced to us by Carver.
8  That -- again, I apologize for the
9  graininess, but that's the way we got them.
10         Appear to depict the head of
11  the barge which may or may not be the Weeks
12  281, which you were towing that day.
13         But just to confirm, have you
14  ever seen those photographs before?
15     A.    No sir.
16     Q.    Did you ever have the vantage
17  point on the Tug Mackenzie Rose on June
18  15th, 2024, to see what is shown in those
19  photos?
20     A.    What do you mean by that?
21     Q.    I'm just asking if you could
22  have seen that same view of those photos of
23  the barge while you a board the tug
24  Mackenzie Rose on June 15th, 2024?
25     A.    No.

Page 55

1      Q.    You could not have?
2      A.    I -- no.
3      Q.    Okay.
4          MR. CHAPMAN:  Thank you.
5      Q.    This was marked as Exhibit 5
6  previously.  I believe it is the crew list
7  for that particular voyage on June 15th.
8          Does that conform to the people
9  that you remember being -- serving in the
10  crew?
11     A.    Yeah.
12     Q.    On June 15th, 2024?
13     A.    Yes.
14     Q.    Okay.  Are you familiar with,
15  I'll call it a system, I don't really know
16  what it's -- what it completely does that
17  allows for electronic log entries used by
18  Carver?
19     A.    Yes.
20         MR. RODGERS:  Are you asking if
21     he's familiar with it?
22         MR. CHAPMAN:  Mm-hmm, yep.
23     A.    Yes.
24     Q.    I believe it's called Helm or
25  that it's referred to as Helm.

Page 56

1          Do you know what it's called?
2      A.    Yes.
3      Q.    That's --
4      A.    It's Helm.
5      Q.    Okay.  Do you ever make entries
6  in Helm?
7      A.    No, sir.
8      Q.    Do you have access to Helm?
9      A.    No, sir.
10     Q.    Do you know whether Carver has
11  a safety management system, like an
12  electronic safety management system?
13     A.    I don't know.
14     Q.    Is there any -- well, do you
15  have access to any electronic records on
16  the boat?
17     A.    No.
18     Q.    Is there some ability of others
19  on the boat to acces electronic records?
20     A.    Yes.
21     Q.    Where is that access located?
22  So like a laptop somewhere or?
23     A.    In the wheelhouse, lower
24  wheelhouse.
25     Q.    Okay.  And do you ever us the

Page 57

1  laptop in the lower wheelhouse?
2      A.    No, sir.
3      Q.    So I want to pass over to you
4  now what was marked as Exhibit 4, which is
5  a collection of documents that were
6  produced to us by Carver.  They have a
7  bunch of section numbers and titles on
8  them.  And just take a look at the first
9  page, if you would underneath the cover.
10  It says, "5.1."
11         And can you read the title
12  there?
13     A.    "Master Responsibility and
14  Authority."
15     Q.    Okay.  And if you go down
16  to -- it's the next session, I think 6.12.
17  It's probably another couple three pages
18  down.
19     A.    Deckhands?
20     Q.    Yeah.  There's a section on
21  deckhands.
22         Have you ever seen that before?
23     A.    Yes.
24     Q.    Okay.  When was the first time
25  you saw it?

**JARKEIS MORRISEY**

April 30, 2025

1    A.    When I got on a boat.

2    Q.    When you say when you got on a

3    boat like --

4    A.    When I was first started.

5    Q.    First hired.  Okay.

6         Is there a book on the boat

7    that has that in it?

8    A.    It's posted on every wall.

9    Q.    Help me understand that.

10   What's posted on every wall?

11   A.    That this one right here, the

12   deckhands is posted on the galley wall.

13   Q.    On the galley wall?

14   A.    Yeah.  To see what we have to

15   do for house cleaning and maintenance.

16   Q.    There's like a bulletin board

17   of some sort in the galley?

18   A.    Yes.

19   Q.    That has that section about

20   deckhands?

21   A.    Yes.

22   Q.    Like all of the pages you can

23   read?

24   A.    Not all of the pages, just this

25   page.

1    Q.    Just the first page?

2    A.    Yes.

3    Q.    And if you go just another

4    section down in Exhibit 4.

5    A.    6.14 or?

6    Q.    It's 6.13 and it says deckhand.

7    Should say, "Mate/Captain/Elite Captain."

8    A.    Yes.

9    Q.    Do you see that?

10   A.    Yes.

11   Q.    Is that also posted in the

12   galley?

13   A.    No.

14   Q.    Okay, just the deckhand one?

15   A.    Yes.

16   Q.    Anything about the engineers'

17   responsibilities posted in the galley?

18   A.    Yes.

19   Q.    So it looks similar to this?

20   A.    Yes.

21   Q.    So besides deckhand and

22   engineer, are there any other sections that

23   look like this that are posted in the

24   galley?

25   A.    Captain and mate, just shorter

1    version of what our responsibilities are.

2    Q.    Yeah.  So this 6.13 says,

3    "Mate/Captain/Elite Captain," on top,

4    right?

5    A.    Yes.

6    Q.    Is this what's posted in the

7    galley?

8    A.    No.

9    Q.    Is something else that looks

10   like this?

11   A.    Yes.

12   Q.    Okay.  Do you know how many

13   pages it is?

14   A.    No.

15   Q.    Is -- besides those three

16   things about deckhands, engineers, and the

17   mate/captain, is there anything else posted

18   in the galley?

19   A.    Drug and alcohol uses like none

20   of that.  Just small things on the wall,

21   pretty much.

22   Q.    All right.  Is there one place

23   in the galley that all of this stuff is

24   posted?

25   A.    Yes.

1    Q.    Like a board on the wall, or a

2    glass case on the wall or something like

3    that?

4    A.    Yes.

5    Q.    All right.  One day we'll have

6    a chance to go and look at the tug and I'll

7    know what you're talking about.

8    A.    Okay.

9    Q.    I'm just trying to understand

10   what you remember of it.

11   A.    I got you.

12   Q.    Just looking at the titles on

13   the first page of Exhibit 4.  Is the

14   information about 7.2, distracted

15   operations, posted on it -- on that galley

16   wall?

17   A.    I don't know.

18   Q.    Do you know whether any of this

19   other information that is listed on the

20   first page of Exhibit 4 --

21   A.    I don't know.

22   Q.    Let me finish the question.

23        Is posted on the galley wall?

24   A.    I don't know.

25   Q.    You can pass that back to me,

**JARKEIS MORRISEY**

April 30, 2025

Page 62

1   please.  Thank you.
2       **A.    You're welcome.**
3       Q.    I'm going to pass over to you
4   Exhibit 6.
5           MR. RODGERS:  Six?
6           MR. CHAPMAN:  Six.
7       Q.    Which was a document produced
8   to us by Carver, which looks like the
9   electronic version of the daily log for the
10  Mackenzie Rose from June 12th, 2024,
11  through June 16th, 2024.
12          Have you ever seen this before?
13      **A.    No.**
14      Q.    Does anybody ever ask you for
15  information to put into the daily log?
16      **A.    No.**
17      Q.    Who makes the daily log
18  entries?
19      **A.    I don't know.**
20      Q.    So if you could turn to -- each
21  of those pages has a number at the bottom.
22  If you could turn to the one marked Carver,
23  there's four zeros and then 56.
24          If you look at the bottom of
25  that page, there's a entry at 1630.  It

Page 63

1   says "Incident."  And I'll just read it.
2           "Incident Norfolk Virginia.
3   Mate James Morrisey reports the autopilot
4   was not completely turned off.  He was able
5   to correct and switch back over to hand
6   steering and began backing on the weeks 281
7   barge and maneuvered the barge alongside
8   fendering on the Northend P-B-L-L-R bridge.
9   Photo taken, proceeds slowly away from
10  bridge."
11          You told us what you remember
12  Captain Jimmy Morrisey telling you.  Did he
13  ever say anything to you in the aftermath
14  after this incident that the autopilot was
15  not completely turned off?
16      **A.    No.**
17          MR. RODGERS:  Objection.
18       Foundation.
19          You can answer.  You already
20       did.
21      **A.    No.**
22      Q.    Did he ever say anything about
23  switching the autopilot over --
24          MR. RODGERS:  Same objection.
25          You can answer.

Page 64

1           MR. CHAPMAN:  Can I finish?
2           MR. RODGERS:  Yeah.
3           MR. CHAPMAN:  Thank you.
4           MR. RODGERS:  Sure.
5       Q.    Did he every say anything about
6   switching the autopilot back over to hand
7   steering --
8           MR. RODGERS:  Objection.
9       Q.    -- in --
10          MR. RODGERS:  Objection.
11       Foundation.
12      Q.    -- in the aftermath of the
13  incident?
14          MR. RODGERS:  Okay.  You can
15       answer.
16      **A.    No.**
17          MR. RODGERS:  Apologies, Jim.
18      Q.    Did he every say anything about
19  having taken a photograph of the bridge?
20          MR. RODGERS:  Same objection.
21       You can answer if you know.
22      **A.    No.**
23      Q.    You can hand that back to me,
24  please.  Thank you.
25      **A.    Welcome.**

Page 65

1       Q.    Is there a journal or a logbook
2   in the lower wheelhouse of the Mackenzie
3   Rose?
4       **A.    Yes.**
5       Q.    There's like a big book.
6   There's like a date of every page for the
7   entire year?
8       **A.    Yes.**
9       Q.    Right?  Do you ever make
10  entries in that logbook?
11      **A.    No.**
12      Q.    Do you ever review what's
13  entered in the logbook?
14      **A.    No.**
15      Q.    You never just sort of flip
16  through it, or it's just there?
17      **A.    It's just there.**
18      Q.    Do you know who makes entries
19  in that logbook?
20      **A.    No, sir.**
21      Q.    Have you ever seen anybody make
22  entries in that logbook?
23      **A.    No.**
24      Q.    I'm going to pass you Exhibit
25  23.  Again, it was a document produced to

**JARKEIS MORRISEY**

April 30, 2025

1  us by Carver covering June 12th, 2024
2  through June 16th, 2024.
3          MR. RODGERS: Just -- objection.
4      Foundation on any questions so I
5      don't have to keep repeating it and
6      interrupt you. I'll just have a
7      standing objection for Exhibit 23 as
8      to foundation.
9      A.    Gotcha.
10     Q.    So the logbook that you seen in
11  the lower wheelhouse in Mackenzie Rose,
12  it's like a cloth-bound book?
13     A.    Yes.
14     Q.    All right. And is it typically
15  opened to the current date the page is open
16  to?
17     A.    Yeah.
18     Q.    I realized you told us that you
19  haven't read it, you haven't ever made any
20  entries in it, but does Exhibit 23 appear
21  to be to photocopies of some pages from
22  the 2024 logbook?
23     A.    I don't know because I don't
24  read the book, like I said before.
25     Q.    Or is the format the way the

1  logbook looks?
2      A.    Yes.
3      Q.    All right. It's got dated at
4  the top to tell you how many days are left
5  in the year, that sort of thing?
6      A.    Yes.
7      Q.    Okay. And if you could turn to
8  the -- all of the pages have a Carver
9  number at the bottom. You could turn to
10  page 242.
11         MR. RODGERS: Is it
12     number -- that's the -- just the
13     number that we marked as lawyers.
14         MR. CHAPMAN: 242?
15         MR. RODGERS: Yeah. It's
16     easier to refer.
17         MR. CHAPMAN: Yeah.
18     Q.    That appears to be the entry
19  for Saturday June 15th, 2024, correct?
20     A.    Yes.
21     Q.    Okay. I'm not saying you've
22  ever seen it before, but I do want you to
23  look at the entry that says 1630 in the
24  left-hand column.
25         You see that?

1      A.    Yeah.
2      Q.    I'll just read it. "Co-Captain
3  reports steering went hard over and he was
4  backing and we tapped the Northend
5  P-B-L-R-R Bridge."
6          Did I read that correctly?
7      A.    Yes.
8      Q.    Now, again, just -- I'm
9  revisiting your conversation with Captain
10  Jimmy Morrisey, okay?
11         Did he ever say to you that the
12  flotilla, the tug and the barge had tapped
13  the Railroad Bridge?
14     A.    No.
15     Q.    Did he ever say that the
16  steering went hard over?
17     A.    No.
18     Q.    At any time while you were on
19  that voyage, did you ever hear or learn
20  that either the captain or the mate had
21  contacted Brian Moore or Lenny Baldassare
22  to report the incident?
23     A.    I don't know.
24     Q.    When you say "I don't know,"
25  does that mean you just have no knowledge

1  of it, if that happened or that you don't
2  remember?
3      A.    I just have no knowledge of it.
4      Q.    Okay.
5          MR. RODGERS: Was that Exhibit
6      22?
7          MR. CHAPMAN: 23.
8          MR. RODGERS: 23, okay.
9      Q.    Do you know approximately when
10  you last worked with Captain Chris Miller
11  on the MacKenzie Rose?
12     A.    No, sir.
13     Q.    Do you know if it was this year
14  2025?
15     A.    No, I don't think so.
16     Q.    What about Engineer Jason
17  McGrath?
18     A.    Nope.
19     Q.    You don't recall?
20     A.    No, I do not recall.
21     Q.    When you were first hired, did
22  you have to undergo any formal training
23  before you could start crewing on the
24  Mackenzie Rose?
25     A.    What do you mean by that?

**JARKEIS MORRISEY**

**April 30, 2025**

Page 70

1      Q.     I'm just asking you, before you
2   were able to start crewing, was there any
3   formal training that you had to undergo
4   provided by Carver?
5      A.     No.
6      Q.     Like sitting down in a
7   classroom or taking a quiz, that sort of
8   thing?
9      A.     No.
10     Q.     Okay.  Were you provided any
11  handbooks or other materials on doing your
12  job as a deckhand?
13     A.     No.
14     Q.     You described the deckhand
15  responsibilities as something that's posted
16  in the galley.  Were you ever given a
17  hardcopy of that?
18     A.     No.
19            MR. RODGERS:  Objection to
20      form.
21     Q.     Did you ever read it in the
22  galley?
23     A.     No.
24     Q.     Did -- while you are performing
25  crew duties or while you were assigned

Page 71

1   during a rotation, is there training
2   provided by either the mate or the master
3   of the crew?
4      A.     What do you mean by that?
5      Q.     Well, I'm just trying to figure
6   out; to get the crew together and, you
7   know, review something, review a safety
8   issue, review how to get the job done
9   efficiently, any sort of --
10     A.     Like safety meetings?
11     Q.     Yeah.
12     A.     Yes.
13     Q.     Okay.  And how frequently were
14  those done?
15     A.     Quite frequently.
16     Q.     Like what does that mean?
17  Everyday?
18     A.     Not everyday, like every week
19  or so, give or take.
20     Q.     And who leads those?
21     A.     Either the mate or the captain.
22     Q.     Okay.  Are there any written
23  test or quizzes or that sort of thing that
24  you take?
25     A.     No.

Page 72

1            Question for you:  What does
2   this have to do with this the bridge?
3      Q.     Okay.  Was there any training
4   provided on performing duties as a lookout
5   on the barge?
6      A.     The barge that we was pushing?
7      Q.     No.  Not necessarily that
8   barge.  I'm just talking generally.  Was
9   there any training provided on performing
10  duties as a lookout?
11     A.     Just like standing out on the
12  barge, looking out for stuff.
13            That's what you mean?
14     Q.     Yeah, however you think of it,
15  yeah.  Uh-huh.  I'm just asking if you --
16     A.     So we don't have a lookout
17  unless they need us out on the barge.  We
18  only tell them distance or how far they're
19  away from each side so they don't hit or
20  crash to nothing.
21     Q.     Like if you were a lookout?
22     A.     Sure.
23     Q.     Okay.
24     A.     You can say a lookout.
25     Q.     All right.  And who would

Page 73

1   assign you as a lookout?
2      A.     That's our job to do that.
3   Just to give them distance, but if the
4   captain want us to be out there, he will
5   say, "Hey, can you go out on the barge and
6   look out?  Make sure I don't hit nothing."
7      Q.     Now, on the day that
8   the -- this incident with the Belt Line
9   Bridge, you weren't assigned as a lookout?
10     A.     No, sir.
11     Q.     Was there any discussion before
12  you got underway about the need for a
13  lookout during any part of the voyage down
14  river?
15     A.     No.
16     Q.     Do you ever kind of, "Hey, cap,
17  do you want me to serve as a lookout?"  In
18  these circumstances.
19     A.     No.
20     Q.     So you'll only do it if the
21  captain tells you to?
22     A.     Yes.
23     Q.     If you are posted as a lookout
24  by the captain, is it in you're pushing a
25  barge, is it always to the head end of the

**JARKEIS MORRISEY**

**April 30, 2025**

Page 74

1  barge?
2  **A.    Yes.**
3      Q.    Have you ever been posted as a
4  lookout for a bridge transit?
5      **A.    No.**
6      Q.    Before getting underway with
7  the barge on June 15th, 2024, was there any
8  kind of, I don't know, voyage meeting, some
9  kind of planning meeting between you and
10  the mate and perhaps the engineer on your
11  watch?
12     **A.    No.**
13     Q.    Is there ever such a meeting?
14     **A.    No.**
15     Q.    Has Carver ever sent you
16  anywhere?  Like, I don't know, like a
17  deckhand school, whatever you think of it
18  that way, for training?
19     **A.    No.**
20     Q.    With these safety meeting you
21  were telling us that were provided by
22  either the captain or the mate, is there
23  something that you sign off on that I
24  received some training?
25     **A.    They signed something off on**

Page 75

1  **him, but we -- like, they signed it.  Like,**
2  **we all listen to the safety meeting and all**
3  **of that, so.**
4      Q.    So you would have to make an
5  entry or somebody does that?
6      **A.    No.  The captain make the**
7  **entry.  After they -- after we go over it,**
8  **we all sign it.**
9      Q.    So you do sign something in
10  Helm?
11     **A.    I guess so.**
12         MR. RODGERS:  Don't guess.
13     Q.    I'm trying to understand.  You
14  told us that Helm is available through some
15  laptop?
16     **A.    Yes.**
17     Q.    In the lower wheelhouse, right?
18     **A.    Yes.**
19     Q.    So if there's some, call it
20  safety training that's provided by the
21  company, or provided by the mate or the
22  master during your watch, they would make
23  some entry in the Helm system about
24  that --
25     **A.    Yes.**

Page 76

1      Q.    -- right.  If I understand what
2  you said.
3         Is there something that then
4  you do in Helm to say, "Yes, I got this
5  training"?
6      **A.    No.**
7      Q.    Because you told us earlier you
8  don't ever make any entries?
9      **A.    Yeah, I don't make no entries.**
10     Q.    Okay.
11         MR. RODGERS:  Is this working
12     yet?
13         THE REPORTER:  No.
14         MR. RODGERS:  Could you
15     just -- I'm sorry.
16         Can you just read the last
17     question and the answer?
18         (Whereupon, the above record
19     was read back by the court reporter.)
20         MR. RODGERS:  Okay, is that --
21     **A.    Because I don't make entries in**
22  **Helm.**
23         MR. RODGERS:  Is what you
24     remember saying?
25     **A.    Yes.**

Page 77

1         MR. RODGERS:  Okay.
2      Q.    Is there any, I don't know what
3  you call it, operating procedures, standard
4  operating procedure that Carver has that
5  you know of about approaching or transiting
6  bridges?
7      **A.    No.**
8      Q.    When you're pushing a barge?
9      **A.    No.**
10     Q.    Do you know of any company
11  rules, or guidelines or protocols regarding
12  assigning lookouts during the transit under
13  bridges?
14     **A.    No.**
15         THE REPORTER:  Under bridges or
16     on the bridges?
17         MR. CHAPMAN:  Under bridges.
18     Uh-huh.
19     Q.    While you've been a deckhand,
20  have you ever been given the opportunity to
21  take the wheel of the Tug Mackenzie Rose?
22     **A.    No.**
23     Q.    So there is no occasion where
24  you've actually been at the controls
25  operating the tug --

**JARKEIS MORRISEY**

April 30, 2025

Page 78

1      A.    Yes.
2      Q.    -- while you have been a
3  deckhand?
4      A.    Yes, no occasions.
5      Q.    Do you aspire to be a master or
6  a mate?
7      A.    No.
8            MR. RODGERS:  Objection to
9      form.
10           You can answer.
11     Q.    It's all right.
12     A.    No.
13           MR. RODGERS:  We're not going
14     to hold you to that.
15     Q.    Just to be quite --
16           MR. RODGERS:  Object if you
17     ever want to.
18     I just want to be certain.
19  You've never done any control or operate
20  the tug.
21           Have you ever used the
22  autopilot in the upper or lower wheelhouse
23  of the Tug Mackenzie Rose?
24     A.    No.
25     Q.    Do you know how the autopilot

Page 79

1  works?
2      A.    Yes.
3      Q.    Can you just give us a brief
4  description of how you understand it works?
5      A.    You put it on autopilot, you do
6  clicks to the port or the standby side and
7  that's pretty much it.
8      Q.    And it should stay on course?
9      A.    Yes.
10           MR. RODGERS:  Objection.  To
11     his knowledge, Jim.
12           MR. CHAPMAN:  Sure.  I'll take
13     that qualification because I think
14     it's implied in the question.
15     Q.    But to your knowledge --
16     A.    Yeah, to my knowledge, yes.
17     Q.    -- the autopilot is supposed
18  to keep you going in the course that you
19  set it up --
20           MR. RODGERS:  Objection to
21     form.
22     Q.    -- right?
23     A.    Yes.
24     Q.    Did you ever hear at any time
25  after the incident involving the Belt Line

Page 80

1  Bridge that the autopilot system was
2  engaged for the transit down the Southern
3  Branch of the Elizabeth River?
4      A.    No.
5      Q.    You told us that you know who
6  Mr. Baldassare is, right?
7      A.    Yes.
8      Q.    Have you ever seen him aboard
9  the Tug Mackenzie Rose while you've been
10  serving as a deckhand?
11     A.    Like once.
12     Q.    And was that at Staten Island
13  or?
14     A.    Yes, in Staten Island.
15     Q.    Was the tug underway somewhere,
16  or?
17     A.    No.
18     Q.    Do you know the purpose that he
19  had come aboard the tug?
20     A.    No.
21     Q.    Was he there long?
22     A.    No.
23     Q.    Did you talk to him on that one
24  occasion?
25     A.    I met him and said, "Hey, my

Page 81

1  name's Jark," and he told me his name.
2      Q.    That was it, just pleasantries?
3      A.    That was it, yes sir.
4      Q.    Okay.  Was that before or after
5  the incident involving the Belt Line
6  Bridge?
7      A.    Before.
8      Q.    Soon after you became an
9  employee of Carver?
10     A.    Yes.
11     Q.    Have you ever been posted as a
12  lookout on the head end of a barge during a
13  bridge transit?
14     A.    No.
15           MR. RODGERS:  Objection.  Asked
16     and answered.
17     A.    No.
18           MR. RODGERS:  You can --
19     Q.    Before getting your merchant
20  mariners document, did you undergo any
21  training, formal training, in the duties of
22  an able-bodied seaman?
23     A.    Yes.
24     Q.    And was it a school you
25  attended?

**JARKEIS MORRISEY**

April 30, 2025

Page 82

1  A.  Yes.
2  Q.  What was the name of the
3 school?
4  **A.**  **Merchant Marine School in**
5 **Panama City.**
6  Q.  How long was the course?
7  **A.**  **It was all day, just a day**
8 **course.**
9  Q.  Did you have to take an
10 examination at the end of it?
11  **A.**  **Yes.**
12  Q. So I assume that you must have
13 done some studying before you went and took
14 the class?
15  **A.**  **Well, the class was a week**
16 **long.  We had to take the test in person,**
17 **so.**
18  Q.  So you could take the class
19 like online?
20  **A.**  **Yes, online.**
21  Q.  Okay.
22  **A.**  **That's when COVID was around,**
23 **so not a lot of people could be around each**
24 **other.**
25  Q.  Has Captain Jimmy Morrisey been

Page 83

1 sailing your whole life that you know?
2  **A.**  **I think so.**
3  MR. RODGERS:  Don't guess.
4  **A.**  **That I know of.**
5  Q.  Did he encourage you to get
6 your AB ticket?
7  **A.**  **No.**
8  Q.  In terms of the safety training
9 on the boat, while you're on watch, either
10 by the master or the mate, can you recall
11 ever having any specific training on bridge
12 transits?
13  **A.**  **No.  You're talking a lot about**
14 **safety, but that's irrelevant to the**
15 **bridge.**
16  MR. RODGERS:  No.
17  Just -- you're here to just answer
18  the question.
19
20  **A.**  **Yes, sir.**
21  Q.  Do you know of any Carver
22 Company policy about posting of dedicated
23 lookout to the head end of a barge --
24  **A.**  **No.**
25  Q.  -- during a voyage?

Page 84

1  A.  No.
2  Q.  I know you told us that you
3 stated in late April with Carver, and this
4 incident was mid June, so about six weeks
5 later.
6  During that period of time, did
7 you hear from anybody on the Tug Mackenzie
8 Rose that there were any problems or
9 difficulties with the autopilot system?
10  **A.**  **No.**
11  MR. CHAPMAN:  Why don't we take
12  a break, a brief break?
13  I doubt that I have anymore
14  questions, but I just want to make
15  sure that there's something that I
16  haven't overlooked and there might be
17  some folks on the call that have a
18  question or two.
19  MR. RODGERS:  Say that again?
20  MR. CHAPMAN:  I said there
21  might be some folks on the call that
22  have a question or two.
23  MR. RODGERS:  All right.  So
24  you want to take five minutes?  Is
25  that enough?

Page 85

1  MR. CHAPMAN:  Yeah.  I think
2  that'd probably be sufficient.
3  MR. RODGERS:  Okay.
4  THE VIDEOGRAPHER:  We are going
5  off the record.  The time is 11:50
6  a.m.
7  (Whereupon, a short recess was
8  held.)
9  THE VIDEOGRAPHER:  Beginning
10  Media Number 2.
11  We are back on the record.  The
12  time is 12:02 p.m.
13  Q. Mr. Morrisey, I'm going to hand
14 you, again, Exhibit 4 and just a couple of
15 things I want to clarify.
16  You told us that the sections
17 6.12 and 6.13 are posted in the galley on
18 some kind of bulletin board and the -- your
19 memory is that there's also one relating to
20 the engineer's responsibilities, right?
21  **A.**  **Yes.**
22  Q.  In terms of the rest of the
23 information that's contained in Exhibit 4,
24 would -- do you know where it lives, where
25 you would go access it with the company?

Page 86

1    A.    Honestly, I don't know.
2    Q.    Okay.  You've never had any
3  reason to access it?
4    A.    Yes, no reason to access.
5    Q.    Okay, all right.
6          MR. CHAPMAN:  That's all I got.
7    A.    Okay.
8          THE REPORTER:  All good.
9          Counsel, you would like a rough
10   draft, both roughs and?
11         MR. RODGERS:  Yeah.  Okay.  I
12   have no follow-up, so we're done,
13   right?
14         MR. CHAPMAN:  Yep.
15         MR. RODGERS:  Jim, it's closed?
16         MR. CHAPMAN:  Yeah.  And you
17   need 30 minutes or so with --
18         MR. RODGERS:  Well, that's the
19   question.
20         MR. CHAPMAN:  -- the court
21   reporter?
22         MR. RODGERS:  Okay.
23         MR. CHAPMAN:  I was saying we
24   just go --
25         MR. RODGERS:  You want to have

Page 87

1  lunch or do you want be -- or do you
2  want just power through because it'll
3  be short?
4          MR. CHAPMAN:  I think his depth
5  is likely to be a little shorter than
6  Jarkeis, but I don't know how much
7  shorter.  But if you want to take --
8          THE REPORTER:  Can I
9  probably --
10         MR. CHAPMAN:  Are we on the
11  record?
12         THE REPORTER:  Yes.
13         MR. CHAPMAN:  Sorry about that.
14         MR. RODGERS:  Oh, sorry.
15         MR. CHAPMAN:  We'll cut that
16  off.
17         THE VIDEOGRAPHER:  This is the
18  end of the deposition of Jarkeis
19  Jamal Bass Morris?
20         MR. CHAPMAN:  Morrisey.
21         THE VIDEOGRAPHER:  The time is
22  12:04 p.m.
23         (Thereupon, the examination was
24  concluded at 12:04 P.M.)
25

Page 88

1       A C K N O W L E D G M E N T
2
3  STATE OF NEW YORK)
4                     :ss
5  COUNTY OF        )
6
7      I, JARKEIS MORRISEY, hereby certify
8  that I have read the transcript of my
9  testimony taken under oath on 04/30/2025;
10 that the transcript is a true, complete and
11 correct record of what was asked, answered
12 and said during this proceeding, and that
13 the answers on the record as given by me
14 are true and correct.
15
16
17      -------------------------
           JARKEIS MORRISEY
18
19
20 Signed and subscribed to
   before me this _____ day
21 of _____, 2025
22
23 _____
       Notary Public
24
25

Page 89

1       C E R T I F I C A T E
2
3  STATE OF NEW YORK)
4                     :ss
5  COUNTY OF SUFFOLK )
6
7    I, LARIN KAYWOOD, a Notary Public within
8  and for the State of New York, do hereby
9  certify:
10   That the witness whose examination is
11 hereinbefore set forth was duly sworn and
12 that such an examination is a true record
13 of the testimony given by such a witness.
14     I further certify that I am not
15 related to any of these parties to this
16 action by blood or marriage, and that I am
17 not in any way interested in the outcome of
18 this matter.
19     IN WITNESS WHEREOF, I have hereunto
20 set my hand this 7th day of May, 2025.
21
22
23            *Larin Kaywood*
24            ----------------
            Larin Kaywood
25

**JARKEIS MORRISEY**

**April 30, 2025**

**Page 90**

1  Errata Sheet

2

3  NAME OF CASE: IN THE MATTER OF COEYMANS MARINE TOWING, LLC

4  DATE OF DEPOSITION: 04/30/2025

5  NAME OF WITNESS: JARKEIS MORRISEY

6  Reason Codes:

7       1. To clarify the record.

8       2. To conform to the facts.

9       3. To correct transcription errors.

10  Page _____ Line _____ Reason _____

11  From _____ to _____

12  Page _____ Line _____ Reason _____

13  From _____ to _____

14  Page _____ Line _____ Reason _____

15  From _____ to _____

16  Page _____ Line _____ Reason _____

17  From _____ to _____

18  Page _____ Line _____ Reason _____

19  From _____ to _____

20  Page _____ Line _____ Reason _____

21  From _____ to _____

22  Page _____ Line _____ Reason _____

23  From _____ to _____

24

25                    _____

**JARKEIS MORRISEY**

April 30, 2025

| | | | | |
|---|---|---|---|---|
| **Exhibits** | **12th**<br>62:10 66:1 | **23**<br>65:25 66:7,20<br>69:7,8 | **5/17/99**<br>7:6 | **AB**<br>7:18,25 8:1<br>83:6 |
| **Exhibit 1**<br>4:7 53:22 | **15th**<br>6:20 17:12<br>40:13 52:14 | **242**<br>67:10,14 | **56**<br>62:23 | **ability**<br>56:18 |
| **Exhibit 2**<br>4:8 54:6 | 54:2,18,24<br>55:7,12 67:19<br>74:7 | **2692**<br>48:24 49:9 | **6** | **able-bodied**<br>81:22 |
| **Exhibit 4**<br>4:9 57:4 59:4<br>61:13,20<br>85:14,23 | **1630**<br>62:25 67:23 | **281**<br>54:12 63:6 | **6**<br>62:4 | **aboard**<br>35:14 48:4,7<br>80:8,19 |
| **Exhibit 5**<br>4:10 55:5 | **16th**<br>62:11 66:2 | **3** | **6.12**<br>57:16 85:17 | **acces**<br>56:19 |
| **Exhibit 6**<br>4:11 62:4 | **19**<br>49:9,20 | **3**<br>22:11 | **6.13**<br>59:6 60:2<br>85:17 | **access**<br>56:8,15,21<br>85:25 86:3,4 |
| **Exhibit 11**<br>4:12 51:24<br>52:20 | **2** | **30**<br>86:17 | **6.14**<br>59:5 | **account**<br>28:3 |
| **Exhibit 23**<br>4:13 65:24,25<br>66:7,20 | **2**<br>54:6 85:10 | **30th**<br>5:8 | **6:00**<br>24:6,9 | **address**<br>6:4 7:5 15:11,<br>15 |
| **1** | **2015**<br>12:9 | **32444**<br>6:8 | **7** | **advantage**<br>14:19 |
| **1**<br>5:2 53:22 | **2020**<br>10:6 | **4** | **7.2**<br>61:14 | **advisement**<br>16:23 |
| **10**<br>50:4 | **2021**<br>10:6 | **4**<br>57:4 59:4<br>61:13,20<br>85:14,23 | **8** | **aftermath**<br>63:13 64:12 |
| **10:32**<br>5:9 | **2024**<br>6:21 17:12<br>18:1 50:13,19 | **4723**<br>6:5 | **81**<br>32:23 | **afternoon**<br>22:8,11 |
| **11**<br>51:4,24 52:20 | 54:2,18,24<br>55:12 62:10,<br>11 66:1,2,22 | **4:30**<br>22:8 | **89**<br>16:7 | **ahead**<br>12:17 |
| **11:50**<br>85:5 | 67:19 74:7 | **5** | **@** | **alcohol**<br>60:19 |
| **12:02**<br>85:12 | **2025**<br>5:8 18:1 69:14 | **5**<br>55:5 | **@icloud.com**<br>15:19 | **allision**<br>9:2 11:5 12:8<br>17:11 20:10, |
| **12:04**<br>87:22,24 | **22**<br>69:6 | **5.1**<br>57:10 | **A** | 14 22:7 |
| | **224-CV-00490**<br>5:6 | | **a.m.**<br>5:9 24:9 85:6 | **alongside** |

**JARKEIS MORRISEY**

April 30, 2025

63:7

**amiss**
32:8

**anymore**
84:13

**Apologies**
64:17

**apologize**
53:22 54:8

**apparently**
52:16

**appearances**
5:15

**appears**
52:2 67:18

**approaching**
77:5

**approximately**
69:9

**April**
5:8 50:19 84:3

**arising**
6:17

**arrived**
24:22 47:22

**arriving**
42:2 45:20

**ashore**
25:6,12

**aspire**
78:5

**assign**
73:1

**assigned**
7:19 11:4
13:8,24 17:4
70:25 73:9

**assigning**
77:12

**assist**
22:19 24:12

**assisted**
24:16

**Associates**
5:13

**assume**
21:12 82:12

**assuming**
39:18

**attached**
50:16

**attended**
81:25

**attorney**
18:14,17

**Authority**
57:14

**autopilot**
63:3,14,23
64:6 78:22,25
79:5,17 80:1
84:9

**B**

**back**
23:1 29:23
33:2,5,8 35:7,
10,11,14
36:14 37:1,2
42:6 50:13,16
61:25 63:5
64:6,23 76:19
85:11

**backing**
63:6 68:4

**balance**
25:25

**Baldassare**
46:1,6 48:9
68:21 80:6

**barge**
17:13 20:22
22:10,13
24:25 25:8,16
28:10,14
30:19,21,23,
24,25 31:6,7,
15,21 32:6
33:10,11,22,
24 34:2,4
35:3,4 37:8,23
38:1,6,15,17,
20 39:3,5,13,
25 40:11,20,
23 41:9 45:21
48:21 53:17
54:11,23 63:7
68:12 72:5,6,
8,12,17 73:5,
25 74:1,7 77:8
81:12 83:23

**Based**
32:5

**basically**
34:12

**Bass**
5:3 6:2 7:3
87:19

**Bay**
38:2

**Baywood**
6:5

**began**
63:6

**beginning**
5:2 47:4 85:9

**behalf**
48:18

**Belt**
6:14,18 20:11,
23 40:3,7,16
41:21 42:8
46:15 52:1
54:1 73:8
79:25 81:5

**big**
65:5

**birth**
7:5

**bit**
26:1

**board**
47:15 54:23
58:16 61:1
85:18

**boat**
13:19 15:25
21:16 31:11
33:8 35:22
38:22 43:4
45:22 47:16,
19 56:16,19
58:1,3,6 83:9

**boats**
11:20

**book**
58:6 65:5
66:12,24

**bottom**
62:21,24 67:9

**bowl**
30:24

**beginning**
5:2 47:4 85:9

**branch**
6:19 80:3

**Brandon**
8:14

**break**
8:9 84:12

**Brian**
48:12,14
68:21

**bridge**
6:19 17:11
20:11,23
28:15 33:12,
14,21,24,25
34:13,15,19,
22 35:5 40:3,
4,8,16 41:21,
22 42:9 46:16,
25 48:8 52:1
53:16 54:2
63:8,10 64:19
68:5,13 72:2
73:9 74:4 80:1
81:6,13 83:11,
15

**bridges**
77:6,13,15,16,
17

**bulletin**
58:16 85:18

**bunch**
57:7

**business**
16:4

**C**

**call**
23:17,18
25:10,11 29:7,

**JARKEIS MORRISEY**

11 31:7 32:7
46:4 55:15
75:19 77:3
84:17,21

**called**
46:3 55:24
56:1

**camera**
31:9

**cap**
73:16

**capacity**
17:1

**captain**
23:19 26:6
30:9 35:15
36:9 38:20
43:9 44:1
46:10 51:8
59:7,25 60:3
63:12 68:9,20
69:10 71:21
73:4,21,24
74:22 75:6
82:25

**cargo**
24:24

**Carver**
5:5 6:16 7:8,
10,14,16 8:8,
12,13,19
12:20,25 13:4
15:10,12,22
16:4 17:1,3,8,
16,21 46:8,10,
25 48:18,19
49:24 53:24
54:7 55:18
56:10 57:6
62:8,22 66:1
67:8 70:4

74:15 77:4
81:9 83:21
84:3

**case**
5:6 61:2

**cell**
15:25 16:3,6

**Centerline**
11:18,19
17:24 18:6

**Certificate**
13:16

**CG-2692**
49:12

**chance**
61:6

**channel**
32:20,22

**Chapman**
6:10,13 10:15,
19 16:10,14,
19 18:15
19:11 29:21
55:4,22 62:6
64:1,3 67:14,
17 69:7 77:17
79:12 84:11,
20 85:1 86:6,
14,16,20,23
87:4,10,13,15,
20

**check**
28:10 30:5,19
33:22 37:13
38:21

**Chesapeake**
38:2

**Chris**
28:9 29:25

32:18 42:13
69:10

**circumstances**
73:18

**City**
11:2 82:5

**clarify**
85:15

**class**
82:14,15,18

**classroom**
70:7

**cleaning**
21:4,11,12
35:13 58:15

**clear**
45:2 49:18

**clicks**
79:6

**closed**
86:15

**cloth-bound**
66:12

**Co-captain**
68:2

**Coast**
46:18 47:6,15,
22 48:23 49:9

**code**
6:7

**Coeymans**
5:4

**collection**
57:5

**college**
10:22

**column**
67:24

**comfortable**
31:24

**communicate**
16:3 32:14

**company**
6:15 14:21
15:21 16:4
25:15 75:21
77:10 83:22
85:25

**complete**
20:24

**completely**
55:16 63:4,15

**con**
35:22

**concluded**
87:24

**confirm**
50:2 53:18
54:13

**conform**
55:8

**Conformance**
13:17

**confusing**
19:12

**connection**
6:15

**consists**
51:4

**contacted**
68:21

**contained**
85:23

**containers**
22:5

**Contreras**
5:10

**control**
78:19

**controls**
77:24

**conversation**
68:9

**cooking**
21:3,9

**copy**
44:3 51:7

**corner**
49:12

**correct**
14:4,21 24:9
27:21 31:1
36:20 37:14
38:2 42:22
43:13 45:5
48:10 50:2
51:20 63:5
67:19

**correctly**
68:6

**Counsel**
86:9

**couple**
53:18 57:17
85:14

**court**
5:11,17 10:15
76:19 86:20

**cover**
22:4 57:9

**JARKEIS MORRISEY**

April 30, 2025

covering
66:1

COVID
82:22

crash
72:20

creation
52:10

crew
11:4 13:9 30:5
43:3 47:17
55:6,10 70:25
71:3,6

crewing
69:23 70:2

current
66:15

cut
87:15

cycle
8:18,21 23:21

cycles
15:4

**D**

D-A-N-N
10:17

d/b/a
5:5

dad
11:9

daily
62:9,15,17

damage
28:11 30:20
32:7 37:20
38:17 39:14

Dann
7:15,23 8:2,7
10:7,12,16

date
5:7 7:5 17:10
65:6 66:15

dated
52:12,13 67:3

day
13:11 14:3
15:7 24:3
42:16 47:21
54:12 61:5
73:7 82:7

days
14:21,24 41:4
67:4

decided
32:2

deck
39:15

deckhand
7:18 8:1,22
10:7 12:21
17:3 59:6,14,
21 70:12,14
74:17 77:19
78:3 80:10

deckhands
57:19,21
58:12,20
60:16

dedicated
83:22

define
12:7

deliver
17:13

delivered
48:20

delivering
40:23

delivery
17:15

demand
16:22

departed
22:10 41:21

depict
54:10

deposed
14:15

deposition
5:3 16:25 20:6
87:18

depth
87:4

description
79:4

destination
42:3

difficulties
84:9

direction
34:8,10,12

discipline
9:16

discussed
18:20

discussion
73:11

dishwasher
21:15

distance
72:18 73:3

distracted
61:14

document
9:23 50:5 62:7
65:25 81:20

documents
49:25 57:5

doubt
84:13

draft
86:10

Drive
6:6

drove
39:12

drug
50:16 60:19

duly
5:20

duties
70:25 72:4,10
81:21

**E**

e-mail
15:11,15

earlier
76:7

easier
67:16

eat
25:11

education
10:21

effect
50:12

efficiently
71:9

electronic
55:17 56:12,
15,19 62:9

Elizabeth
6:20 80:3

employed
7:10 12:25
13:4

employee
17:1,8 48:19
81:9

employment
8:10 10:8,12

encourage
83:5

end
31:7,15,21
33:10 34:1,6
37:7,22 38:20
39:5,25 40:19
50:19 73:25
81:12 82:10
83:23 87:18

engaged
80:2

engineer
23:24 24:11,
15 27:7,10
36:15,19
59:22 69:16
74:10

engineer's
85:20

engineers
60:16

engineers'
59:16

**JARKEIS MORRISEY**

April 30, 2025

entered
65:13

entire
65:7

entries
55:17 56:5
62:18 65:10,
18,22 66:20
76:8,9,21

entry
62:25 67:18,
23 75:5,7,23

Eventually
37:25

everyday
14:6 71:17,18

evolution
13:17

examination
6:9 38:16
82:10 87:23

examined
5:22

Excuse
38:5

exercise
9:15

exhibit
49:8,19 50:3
51:3,24 52:20
53:22 54:6
55:5 57:4 59:4
61:13,20 62:4
65:24 66:7,20
69:5 85:14,23

exhibits
53:20

experienced

43:22 45:23

explanation
26:16

**F**

fact
20:21

fallen
31:18

familiar
55:14,21

father
17:7,20 23:6,
13

fault
9:12

feet
25:22

fell
31:16

felt
26:2 31:24

fendering
63:8

figure
71:5

filed
6:16

filing
13:10

find
19:14 27:19

fine
14:18 33:4,7
37:17

finish

9:16 61:22
64:1

finished
35:13

finishes
9:11

fixed
20:17

flip
65:15

Florida
6:6 11:2 20:1

flotilla
68:12

focus
51:5

foil
22:4

folks
84:17,21

follow-up
86:12

food
21:4,18

form
25:3 26:18,24
27:14 28:22
34:24 48:24
49:5,9,11
51:24 70:20
78:9 79:21

formal
69:22 70:3
81:21

format
66:25

forward

31:15,21

foundation
63:18 64:11
66:4,8

frequently
71:13,15

front
28:19 29:2
37:7 39:14
45:8

full
7:2

**G**

galley
21:3 25:20
33:2,6 35:12
36:14,18 37:2
58:12,13,17
59:12,17,24
60:7,18,23
61:15,23
70:16,22
85:17

gave
26:16

gear
22:17,20
24:12,16 31:1
37:6,14

generally
45:13 72:8

give
10:6 43:25
71:19 73:3
79:3

giving
16:23

glass
61:2

good
6:11,12 9:15
12:10 86:8

Gotcha
66:9

graduate
10:23

graininess
53:23 54:9

Great
51:22

groceries
25:12

ground
9:14

Guard
46:18 47:7,15,
22 48:23 49:9

guess
24:19 49:2,3
75:11,12 83:3

guidelines
77:11

guys
48:17

**H**

hand
23:10 44:21
63:5 64:6,23
85:13

handbooks
70:11

handheld
32:10,13

**JARKEIS MORRISEY**

April 30, 2025

handling
35:25

handwriting
42:22

happened
21:2 22:7
26:13 27:19
35:8 41:18,25
51:10 69:1

hard
68:3,16

hardcopy
70:17

Haven
6:6

head
14:11 31:7
32:6 33:8,10
34:1,6 37:22
38:19 39:5,25
40:19 54:10
73:25 81:12
83:23

hear
68:19 79:24
84:7

held
12:19 17:2
85:8

Helm
55:24,25 56:4,
6,8 75:10,14,
23 76:4,22

helped
22:17

helpful
9:20

Hey
73:5,16 80:25

high
10:23,25

highest
10:20

hired
8:13 50:18
58:5 69:21

hit
20:22 72:19
73:6

hitting
6:18 20:17

hold
78:14

honestly
39:20 86:1

hot
12:5,7

hours
42:18

house
58:15

**I**

immediately
8:8

implied
79:14

incident
42:8,19 46:15
47:18,22 48:8,
10,15,20
51:25 52:13
63:1,2,14
64:13 68:22
73:8 79:25
81:5 84:4

include
18:17

income
14:20

increase
8:16

industry
11:14

information
61:14,19
62:15 85:23

informed
20:21

Ingrid
5:10

inquiry
27:3

inspect
37:5

inspection
13:16,17

instruct
28:2

instructing
16:15

instructions
29:5

interrupt
9:18 66:6

interview
46:12,19
47:16,20

interviewed
42:3 45:23

investigation
47:7

involved
38:10,14

involving
42:8 52:1
79:25 81:5

irrelevant
83:14

Island
15:9 47:12
80:12,14

issue
71:8

issued
15:21,22

**J**

Jamal
5:3 6:1 7:3
87:19

James
11:6,8 17:7
63:3

Jark
81:1

Jarkeis
5:3 6:1 7:3
87:6,18

Jarkeis@
icloud.com.
15:17

Jason
23:22,23
24:15 69:16

Jersey
17:14 40:23
45:21

Jim

6:13 64:17
79:11 86:15

Jimmy
23:4,5,18
32:18 35:18
63:12 68:10
82:25

job
10:7 70:12
71:8 73:2

journal
65:1

June
6:20 17:12
40:13 50:13
52:14 54:2,17,
24 55:7,12
62:10,11 66:1,
2 67:19 74:7
84:4

**K**

Kaywood
5:12

kind
6:25 31:19
53:22 73:16
74:8,9 85:18

knew
25:16

knock
25:21

knowledge
11:14 42:1
68:25 69:3
79:11,15,16

**JARKEIS MORRISEY**

April 30, 2025

## L

**laid**
13:18

**laptop**
56:22 57:1
75:15

**Larin**
5:12

**lashed**
24:25

**late**
84:3

**lawsuit**
6:16

**lawyer**
44:12 45:17,
19 53:7,8

**lawyers**
44:10 67:13

**lay**
6:25 9:14

**leads**
71:20

**lean**
31:19

**learn**
20:9,20 68:19

**leave**
8:7

**left**
28:7 51:13
67:4

**left-hand**
49:11 67:24

**Lenny**

46:3,4 68:21

**Leonard**
45:25

**level**
10:20

**liability**
6:17

**licensed**
10:4

**life**
83:1

**limits**
6:17

**Link**
5:6

**list**
55:6

**listed**
61:19

**listen**
75:2

**live**
11:10 12:15

**lives**
12:18 85:24

**located**
33:11 56:21

**log**
22:8 55:17
62:9,15,17

**logbook**
24:1,22 65:1,
10,13,19,22
66:10,22 67:1

**long**
7:7 8:2 9:6,22
19:24 27:23

48:3 80:21
82:6,16

**longer**
17:21

**looked**
34:1 37:17

**lookout**
72:4,10,16,21,
24 73:1,9,13,
17,23 74:4
81:12 83:23

**lookouts**
77:12

**lose**
25:24

**losing**
27:4

**lost**
26:14,20 27:2,
25 28:3,6

**lot**
82:23 83:13

**loud**
51:15

**lower**
29:10,12,15,
18 30:4,9
35:15 36:11,
20 49:11
56:23 57:1
65:2 66:11
75:17 78:22

**lunch**
87:1

**Lynn**
6:6

## M

**Mackenzie**
6:18 7:20 8:22
9:6 11:4 12:24
13:3,15,25
54:17,24
62:10 65:2
66:11 69:11,
24 77:21
78:23 80:9
84:7

**made**
19:19 23:10
31:1 35:4 44:7
51:8 66:19

**maintenance**
58:15

**make**
26:5 27:3
29:24 42:9,11
43:2,4 44:3
51:15 56:5
65:9,21 73:6
75:4,6,22
76:8,9,21
84:14

**makes**
62:17 65:18

**making**
22:12 24:12

**management**
56:11,12

**maneuvered**
63:7

**marine**
5:5 6:16 7:8,
11,14,15,17,
23 8:3,7 10:8,

13 11:14
15:10 17:8
49:24 82:4

**mariners**
9:23 50:5
81:20

**marked**
49:19 51:3
53:19 55:5
57:4 62:22
67:13

**master**
11:20 57:13
71:2 75:22
78:5 83:10

**mate**
11:20 23:2,4,
19 26:6,10
29:6 35:18
36:2 59:25
63:3 68:20
71:2,21 74:10,
22 75:21 78:6
83:10

**mate/captain**
60:17

**Mate/captain/
elite**
59:7 60:3

**materials**
70:11

**matter**
5:4

**Mcgrath**
69:17

**meal**
21:5

**means**
20:14,16

**JARKEIS MORRISEY**

April 30, 2025

meant
27:4

Media
5:2 85:10

meeting
15:8 18:17
19:19,21,23
46:20,24 47:5
74:8,9,13,20
75:2

meetings
71:10

member
11:3 13:10

memory
41:1 50:21
52:6 85:19

merchant
9:23 50:5
81:19 82:4

met
18:19,21 19:3,
15 25:16
40:14 80:25

mid
84:4

midnight
24:9

Miller
28:9 29:25
30:9 35:15
36:9 38:20
42:13 43:9
44:1 51:8
69:10

minute
12:6,7 28:1
47:2

minutes
84:24 86:17

Mm-hmm
55:22

monitor
5:9

month
12:11 18:3

months
12:8,13

Moore
48:12,14
68:21

morning
6:11,12 18:23,
24

Morris
87:19

Morrisey
5:4 6:2 7:3
11:6,8 17:7
35:19 63:3,12
68:10 82:25
85:13 87:20

Morrissey
6:11

Mosley
10:25

mother
12:14

moving
34:5,7

**N**

name's
81:1

necessarily
72:7

Nodding
10:3 20:18
23:7 29:16
31:2 33:15
52:23

nods
14:11

noon
24:6

Norfolk
6:14 20:10
63:2

Northend
63:8 68:4

Notary
5:21

noticed
25:21

Ns
10:16

number
5:2,6 16:6,24
49:11 51:4
52:20 62:21
67:9,12,13
85:10

numbers
57:7

**O**

object
20:17 78:16

objection
25:2 26:17,23
27:13 28:21
29:19 34:23

63:17,24 64:8,
10,20 66:3,7
70:19 78:8
79:10,20
81:15

observe
32:7

occasion
77:23 80:24

occasions
13:23 78:4

online
82:19,20

open
66:15

opened
66:15

opening
33:25 34:13
35:5

operate
36:10 78:19

operating
77:3,4,25

operations
61:15

opportunity
14:25 77:20

order
30:4

overlooked
84:16

**P**

P-B-L-L-R
63:8

P-B-L-R-R
68:5

p.m.
24:6 85:12
87:22,24

pad
43:6

pages
51:4,23 57:17
58:22,24
60:13 62:21
66:21 67:8

paid
14:7

Panama
11:2 82:5

pantry
22:1

paper
42:14 43:6

part
30:22 73:13

pass
50:3 53:21
54:5 57:3
61:25 62:3
65:24

past
33:12,13

pay
8:16

people
46:5 55:8
82:23

performing
70:24 72:4,9

period
13:20,22 84:6

**JARKEIS MORRISEY**

April 30, 2025

| | | | | |
|---|---|---|---|---|
| **person**<br>19:7 82:16 | 22:11 24:22<br>25:17 | **pre-employment**<br>50:16 | 7:4 43:7 70:4,<br>10 71:2 72:4,9<br>74:21 75:20,<br>21 | 6:22 43:18<br>66:4 84:14 |

**person**
19:7 82:16

**personal**
15:24 16:3,24
39:1

**phone**
15:22,25 16:3,
6,24 31:11
38:22 39:1

**photo**
53:15 63:9

**photocopies**
66:21

**photocopy**
50:4 51:19

**photograph**
64:19

**photographs**
38:22,25 39:5,
8 54:6,14

**photos**
53:16,17
54:19,22

**pick**
25:12

**picked**
22:9

**picking**
25:15

**picture**
40:7 54:1

**pictures**
39:19,25 40:2,
11,15,18

**piece**
42:14

**pier**

22:11 24:22
25:17

**place**
52:10 60:22

**planning**
74:9

**plates**
21:12

**pleasantries**
81:2

**point**
33:21 34:16
41:5 42:7
54:17

**policy**
83:22

**port**
46:9 79:6

**Portsmouth**
6:14 20:10

**Portugal**
12:18,19

**position**
7:16,22 12:20
17:3 28:13

**posted**
58:8,10,12
59:11,17,23
60:6,17,24
61:15,23
70:15 73:23
74:3 81:11
85:17

**posting**
83:22

**power**
36:1 87:2

**pre-employment**
50:16

**prepare**
18:11 52:25

**preparing**
52:15

**present**
53:25

**presume**
50:17

**pretty**
22:18,21
60:21 79:7

**previously**
46:9 55:6

**prior**
9:7

**problem**
27:7

**problems**
84:8

**procedure**
77:4

**procedures**
77:3

**proceeding**
34:11

**proceeds**
63:9

**produced**
49:25 53:24
54:7 57:6 62:7
65:25

**protocols**
77:11

**provided**

7:4 43:7 70:4,
10 71:2 72:4,9
74:21 75:20,
21

**Public**
5:21

**purpose**
29:17,20,23
80:18

**push**
22:17,20
24:16

**pushing**
24:12 31:1
37:5,13 72:6
73:24 77:8

**put**
8:11 21:25
22:17 37:25
45:8 62:15
79:5

**putting**
21:4,18,20
22:5,19 38:5,
6,15

---

**Q**

**qualification**
79:13

**question**
9:11,17 16:16
19:12 20:19
26:25 27:16
35:1 41:14,16
61:22 72:1
76:17 79:14
83:18 84:18,
22 86:19

**questions**

6:22 43:18
66:4 84:14

**quick**
9:14

**quiz**
70:7

**quizzes**
71:23

---

**R**

**radio**
9:16 32:10,14

**Railroad**
6:15 68:13

**raising**
19:13

**rake**
30:2 31:12,14

**rate**
14:3

**read**
51:11,14,16
57:11 58:23
63:1 66:19,24
68:2,6 70:21
76:16,19

**realized**
66:18

**reason**
16:11 25:7
86:3,4

**recall**
32:22 38:12
69:19,20
83:10

**recalled**
43:22

**JARKEIS MORRISEY**

April 30, 2025

received
74:24

recess
85:7

recognize
51:16

recollection
24:15

record
5:16,25 22:9
76:18 85:5,11
87:11

recorded
5:16

records
56:15,19

refer
23:5 67:16

reference
17:10 19:18

referred
55:25

refresh
24:14

refrigerator
21:21 22:6

relate
49:25

related
22:13

relating
85:19

relationship
11:7

relative
28:15 52:13

remember
24:25 39:10
45:12 55:9
61:10 63:11
69:2 76:24

renewal
9:25 50:8,10

renewed
10:1

repeat
42:5

repeating
66:5

report
49:10 68:22

reporter
5:12,17,24
6:3,7 10:16,18
36:5 76:13,19
77:15 86:8,21
87:8,12

reports
63:3 68:3

represent
6:14

required
50:17

responsibilitie
s
59:17 60:1
70:15 85:20

Responsibility
57:13

rest
30:5 41:9
85:22

review
65:12 71:7,8

revisiting
68:9

river
6:20 73:14
80:3

Road
13:15

Rodgers
9:10 16:8,12,
17,21 18:13,
18 19:2,7,9,16
23:16 24:18
25:2 26:17,23
27:13 28:21
29:19 33:18
34:23 40:14
41:13 44:9,14
45:16 47:2,8,
11 49:1 51:11,
14 53:6 55:20
62:5 63:17,24
64:2,4,8,10,
14,17,20 66:3
67:11,15 69:5,
8 70:19 75:12
76:11,14,20,
23 77:1 78:8,
13,16 79:10,
20 81:15,18
83:3,16 84:19,
23 85:3 86:11,
15,18,22,25
87:14

Rogers
19:19

role
38:4

Rose
6:18 7:20 8:22
9:6 11:4 12:24
13:3,15,25

54:17,24
62:10 65:3
66:11 69:11,
24 77:21
78:23 80:9
84:8

Rosenberg
5:13

rotation
11:24 13:9
71:1

rough
86:9

roughs
86:10

rudders
36:1

rule
9:14

rules
77:11

___

**S**

safety
56:11,12 71:7,
10 74:20 75:2,
20 83:8,14

sail
17:16

sailed
17:7

sailing
83:1

Saturday
67:19

school
10:24,25

74:17 81:16
82:3,4

screen
50:17

seaman
81:22

section
57:7,20 58:19
59:4

sections
59:22 85:16

secure
37:11

send
16:21

separate
19:21,23

serve
73:17

served
21:5

serving
55:9 80:10

session
57:16

set
22:14 39:3
79:19

setting
24:16

short
85:7 87:3

shorter
59:25 87:5,7

show
49:8 51:3

**JARKEIS MORRISEY**

April 30, 2025

showed
24:23

shown
54:18

side
72:19 79:6

sign
45:9 74:23
75:8,9

signaling
23:11

signature
45:18 52:2,3,
16

signed
13:12 74:25
75:1

signing
52:7

similar
59:19

similarly
24:8

sir
6:24 7:12,21
8:17 9:8
10:10,14
12:22 13:5,7,
21 14:5,17,22
15:14,20,23
16:1,5 17:5
19:1,17 20:8
21:14,17
22:15 24:7,10
25:23 26:11
27:5,9,17
29:14 31:22
32:1,9 39:17
42:23 48:13,

16 50:14 52:8,
11 53:4,13
54:4,15 56:7,9
57:2 65:20
69:12 73:10
81:3 83:20

sitting
70:6

slot
14:24

slowly
39:12 63:9

small
60:20

sort
8:9 11:23
13:10 19:13
21:13 31:23
58:17 65:15
67:5 70:7
71:9,23

Southern
6:19 80:2

speak
30:15

specific
83:11

spoke
48:19

standard
77:3

standby
79:6

standing
66:7 72:11

standpoint
14:20

start
69:23 70:2

started
50:22 58:4

starting
15:5

state
5:22 7:2 18:18

stated
84:3

statement
42:9,12,14,22
43:2,5,7,12,
18,21 44:1,6,
16,19,22,25
45:4,8,15
51:7,9,25
52:15,25 53:3

Staten
15:9 47:12
80:12,14

stay
79:8

steering
26:14,20 27:3,
4,8,25 28:4,7
63:6 64:7
68:3,16

stenograph
5:16

step
42:6

stop
20:25 25:20
26:3

stopped
34:6

studying

82:13

stuff
60:23 72:12

Subsequent
42:2

sufficient
85:2

super
9:20

supposed
79:17

surveyor
24:24

swear
5:18

switch
63:5

switching
63:23 64:6

sworn
5:21

system
55:15 56:11,
12 75:23 80:1
84:9

─────────

**T**

─────────

taking
70:7

talk
9:21 19:3
47:23 48:14
80:23

talked
48:1,10

talking

19:6 47:6,12
61:7 72:8
83:13

tapped
68:4,12

telling
16:12 27:24
63:12 74:21

tells
73:21

term
20:13

terms
21:18 83:8
85:22

test
71:23 82:16

testified
5:23 20:7

testify
9:2 18:12

that'd
85:2

thing
7:24 21:13
67:5 70:8
71:23

things
60:16,20
85:15

thought
47:11

three-week
15:3

ticket
83:6

till

**JARKEIS MORRISEY**

April 30, 2025

9:11

**time**
5:8 9:1,21
11:5 12:1
13:23 17:6
18:25 19:15
20:5,20 21:2
34:5 35:22
36:13 39:16
40:13 42:7
44:11 53:11
57:24 68:18
79:24 84:6
85:5,12 87:21

**times**
23:12

**tin**
22:4

**title**
57:11

**titles**
57:7 61:12

**today**
15:5,6 18:12,
22 19:8,10,15,
22

**Today's**
5:7

**told**
17:20 20:4
27:2 28:6
38:20 45:3
51:8 53:15
63:11 66:18
75:14 76:7
80:5 81:1 84:2
85:16

**top**
60:3 67:4

**tow**
38:1,5,6,15
39:4

**towing**
5:5 6:16 7:8,
11 54:12

**town**
22:14

**training**
69:22 70:3
71:1 72:3,9
74:18,24
75:20 76:5
81:21 83:8,11

**transferred**
8:12

**transit**
35:4 38:1 74:4
77:12 80:2
81:13

**transiting**
77:5

**transits**
83:12

**tub**
38:8

**tug**
6:18 7:20
11:4,24 12:23
13:3,24 15:8
17:4,12 20:22
23:17 25:20
26:3 28:14
29:13 30:25
32:15 33:10,
23 34:4 35:4,
8,11,15 37:20,
25 38:5 39:16
54:17,23 61:6
68:12 77:21,

25 78:20,23
80:9,15,19
84:7

**turn**
51:23 52:19
62:20,22 67:7,
9

**turned**
63:4,15

**type**
11:24 44:16,
19 45:4,7 53:1

**typed**
44:25 45:15
51:24 52:21,
25 53:2

**typically**
15:16 66:14

―――――

**U**

**Uber**
25:10,12

**Uh-huh**
72:15 77:18

**undergo**
69:22 70:3
81:20

**underneath**
30:2 31:12
33:21 57:9

**understand**
6:23 13:14
14:3 17:12
21:23 23:25
26:15,19,25
27:16 28:23
35:1,24 41:14,
15 47:14 58:9
61:9 75:13

76:1 79:4

**understanding**
36:8

**underway**
25:7 73:12
74:6 80:15

**uneventful**
40:24 41:11,
12

**unobstructed**
28:19

**upper**
26:9 27:20
28:13 29:8,15
35:19 36:3,23
37:3 78:22

**utensils**
21:12

―――――

**V**

**vantage**
34:16 54:16

**version**
60:1 62:9

**vessel**
20:16,22 22:9
36:10

**view**
28:19 54:22

**Virginia**
6:20 63:2

**voyage**
17:13 40:22
41:4,6,9,20
55:7 68:19
73:13 74:8
83:25

―――――

**W**

**wait**
9:11 47:2

**walk**
31:6

**wall**
58:8,10,12,13
60:20 61:1,2,
16,23

**watch**
21:6 22:25
23:1,21 24:5
38:9 41:3,5,10
42:24 43:11,
16 74:11
75:22 83:9

**water**
34:6

**Wednesday**
5:7

**week**
19:25 53:11
71:18 82:15

**weeks**
8:11,22,23 9:3
11:22,23 13:9,
12,13 54:11
63:6 84:4

**what'd**
33:1

**wheel**
77:21

**wheelhouse**
26:4,7,9
27:12,21 28:8,
13,20 29:3,7,
8,9,10,12,18
30:4,9 35:16,

**JARKEIS MORRISEY**

April 30, 2025

19 36:4,11,20, 24 37:3 56:23, 24 57:1 65:2 66:11 75:17 78:22

**wheelhouses**
29:13

**Where'd**
10:23

**wire**
38:1,5,6,15 39:4

**words**
43:21

**work**
7:13 8:8,18,21 10:12 11:22 13:19 14:3,6, 20 17:23 22:12 46:8

**worked**
7:7 12:23 13:2 50:25 69:10

**working**
11:13,16,19 17:21 18:6 76:11

**works**
79:1,4

**would've**
22:24 41:5 50:12

**write**
42:13 43:4,7, 11,12,17 45:3 51:9

**written**
71:22

**wrote**
42:21 43:20 44:21

---

**Y**

---

**yard**
13:16,17

**year**
7:9 50:25 65:7 67:5 69:13

**years**
8:4,6 9:24

**York**
5:22

---

**Z**

---

**zeros**
62:23

**zip**
6:7

**Zoom**
19:3,19 46:24 47:5