# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

CIVIL ACTION NO: 2:24-CV-00490


----------------------------------------X
IN THE MATTER OF COEYMANS MARINE
TOWING, LLC D/B/A CARVER MARINE
TOWING AS OWNER AND OPERATOR OF M/T
MACKENZIE ROSE, (IMO NO. 8968765) HER
CARGO, ENGINES, BOILERS, TACKLE, EQUIPMENT,
APPAREL, AND APPURTENANCES, ETC., IN REM,
("M/T MACKENZIE ROSE"),


PETITIONING FOR EXONERATION FROM OR
LIMITATION OF LIABILITY IN ALLISION WITH
NORFOLK AND PORTSMOUTH BELT LINE RAILROAD
COMPANY MAIN LINE RAILROAD BRIDGE
(THE "BRIDGE") OCCURRING JUNE 15, 2024 IN
AND ABOUT THE ELIZABETH RIVER, VIRGINIA.

----------------------------------------X


                         April 30, 2025
                         12:39 p.m.



          AN IN PERSON DEPOSITION of SHARIF
PORTER, a Defendant herein, taken by the
respective parties, pursuant to Order, held
at the offices of 405 Lexington Avenue, New
York, New York, before Larin Kaywood, a
Notary Public for and within the State of
New York.



JOB NO.: 112264

**Page 2**

```
1   A P P E A R A N C E S :
2
3         CLYDE & CO US LLP
            Attorneys for Coeymans Marine Towing, LLC
4           30 S. Wacker Drive, Suite 2600
            Chicago, IL 60606
5         BY:  JAMES H. RODGERS, ESQ.
               MICHAEL ROMAN, ESQ.
6         E-mail:  Michael.roman@clydeco.us
                   James.rodgers@clydeco.us
7
8         CRENSHAW, WARE & MARTIN, P.L.C.
            Attorneys for Defendant Norfolk
9           Portsmouth Belt Line Railroad Company
            150 W. Main Street Suite 1500
10          Norfolk, Virginia 23510
          BY:  JAMES L. CHAPMAN, ESQ.
11        E-mail:  Jchapman@cwm-law.com
12
13
14  ALSO PRESENT: INGRID CONTRERAS, THE
15  VIDEOGRAPHER:
16
17
18
19
20
21
22
23
24
25
```

**Page 3**

```
1   A L S O   P R E S E N T :
2   (VIA VIDEOCONFERENCE)
3
4         BUTLER WEIHMULLER KATZ CRAIG, LLP
            COUNSEL FOR EVANSTON INSURANCE COMPANY,
5           S/S/O NORFOLK AND PORTSMOUTH BELT LINE
            RAILROAD COMPANY
6           11525 N. COMMUNITY HOUSE ROAD
            SUITE 300
7           CHARLOTTE, NORTH CAROLINA 28277
          BY:  ZACHARY M. JETT, ESQ.
8         E-MAIL: ZJETT@BUTLER.LEGAL
9         CRENSHAW, WARE & MARTIN, PLC
            ATTORNEYS FOR NORFOLK AND PORTSMOUTH
10          BELT LINE RAILROAD COMPANY
            150 WEST MAIN STREET, SUITE 1500
11          NORFOLK, VIRGINIA 23510
          BY:  W. RYAN SNOW, ESQ.
12             MACKENZIE PENSYL, ESQ.
13        SINNOT, NUCKOLS & LOGAN, P.C.
            COUNSEL FOR EVANSTON INSURANCE COMPANY,
14          S/S/O NORFOLK AND PORTSMOUTH BELT LINE
            RAILROAD COMPANY
15          13811 VILLAGE MILL DRIVE
            MIDLOTHIAN, VIRGINIA 23114
16        BY:  MARK C. NANAVATI, ESQ.
               CHRISTOPHER JONES, ESQ.
17        E-MAIL:  MNANAVATI@SNLLAW.COM
18                 CJONES@SNLLAW.COM
19
20
21
22
23
24
25
```

**Page 4**

```
1                     INDEX
2
3   EXAMINATION OF SHARIF PORTER
4   EXAMINATION BY                            PAGE
5   MR. CHAPMAN                                  6
6
7          PREVIOUSLY MARKED EXHIBITS
8
9   Exhibit 1  - PICTURE                        41
10  Exhibit 2  - FOUR PHOTOGRAPHS               41
11  Exhibit 4  - COLLECTION OF DOCUMENTS        62
12  Exhibit 6  - DAILY LOG                      54
13  Exhibit 15 - THREE-PAGE EXHIBIT             44
14  Exhibit 23 - PHOTOCOPIES OF PAGES FROM A LOGBOOK  58
15
16
17
18
19
20
21
22
23
24
25
```

**Page 5**

```
1   THE VIDEOGRAPHER:  This is the beginning of
2   Media Number 1 in the deposition of Sharif
3   Porter, in the matter of Coeymans Marine,
4   d/b/a Carver Marine Towing.  Case number
5   2:24-CV-00490.
6   Today's date is Wednesday, April 30th,
7   2025, and the time on the monitor is 12:29
8   p.m.
9   My name is Ingrid Contreras, and I am the
10  videographer.  The court reporter is Larin
11  Kaywood.  We are here with Rosenberg &
12  Associate, Inc.
13  All appearances are recorded on the
14  stenographer record.
15  The court reporter will now swear in the
16  witness.
17  S H A R I F   P O R T E R, having first been
18  duly sworn by a Notary Public for and
19  within the State of New York, upon being
20  examined, testified as follows:
21          THE REPORTER:  Can I have your
22      first and last name for the record,
23      please?
24          THE WITNESS:  Sharif.  The last
25      name is Porter.
```

SHARIF PORTER

April 30, 2025

Page 6

1        THE REPORTER:  And your address
2   for the record?
3        **THE WITNESS:  68 Hendricks**
4        **Avenue, Staten Island, New York,**
5        **10301.**
6   EXAMINATION BY
7   MR. CHAPMAN:
8        Q.    Good afternoon, Mr. Porter.
9        My name is Jim Chapman.  I
10  represent the Norfolk and Portsmouth Belt
11  Line Railroad Company.  And we are here
12  today in connection with a lawsuit that was
13  filed by Carver seeking to limits its
14  liability for damage caused to the Belt
15  Line Bridge that occurred on June 15th,
16  2024 by Carver Marine Towing -- by the Tug
17  Mackenzie Rose and the barge that it was
18  pushing.
19        Do you understand that?
20  **A.    Yes.**
21        Q.    We've gotten your name, gotten
22  your address.  What's your date of birth,
23  sir?
24  **A.    12/1/'69.**
25        Q.    Okay.  Have you ever been

Page 7

1   deposed before?
2   **A.    No.**
3        Q.    Have you ever been to one of
4   these?
5   **A.    No.**
6        Q.    Okay.  You ever testified
7   before?
8   **A.    No.**
9        Q.    So it's good to try to exercise
10  good radio discipline.  So if I'm asking a
11  question, wait to give your answer until
12  I'm done.  Your lawyer might have an
13  objection, who knows, and I'll do my best
14  to not interrupt you when you're giving
15  your answer, okay?
16  **A.    No problem.**
17        Q.    If you don't understand any of
18  the question that I'm asking, feel free to
19  get a clarification.  I'll do the best I
20  can.  The other thing is, in terms of yours
21  answer, you need to give an audible answer,
22  a yes or a no.  You have tendency to kind
23  of shake your head.
24  **A.    Yes.**
25        Q.    And I understand that.

Page 8

1   **A.    Got you.**
2        Q.    Way people can communicate, but
3   just the court reporter can't take down
4   head nods.
5   **A.    Okay.**
6        Q.    She's trying to type up the
7   record of what the answers are, okay?
8   **A.    Yes.**
9        Q.    Great.  How long have you
10  worked for Carver Marine Towing?
11  **A.    I think seven years.**
12        Q.    And what is current position?
13  **A.    I'm deckhand, AB deckhand.**
14        Q.    Have you always been a
15  deckhand?
16  **A.    Yes, I have.**
17        Q.    Are you currently assigned to
18  the Tug Mackenzie Rose?
19  **A.    Yes, I am.**
20        Q.    Have you ever been assigned any
21  other vessels --
22  **A.    Yes, I have.**
23        Q.    I understand that you were a
24  member of the crew of the Tug Mackenzie
25  Rose on June 15th, 2024?

Page 9

1   **A.    Yes.**
2        Q.    Remember that?
3   **A.    Mm-hmm.**
4        Q.    All right.  So you've obviously
5   got an AB ticket -- merchant mariner's
6   credential, correct?
7   **A.    Yes.**
8        Q.    Did you work anywhere else as a
9   deckhand before you went to Carver seven
10  years ago?
11  **A.    Miller's Launch, and I worked**
12  **as a rigger offshore in the Gulf of Mexico.**
13        Q.    On a platform, on a rig?
14  **A.    Supply vessels.**
15        Q.    Supply vessel, okay.  So how
16  long have you been in the marine business?
17  **A.    10 years.**
18        Q.    So sounds like a few years down
19  in the Gulf, and then -- what was the name
20  of the company?
21  **A.    Miller's Launch.**
22        Q.    Miller's Launch?
23  **A.    Yes.**
24        Q.    All right.
25  **A.    And I have worked on tug boats,**

SHARIF PORTER

April 30, 2025

Page 10

1 and supply vessels and crew boats there.
2     Q.     How long have you have had an
3 AB ticket?
4     A.     Five years, I think.
5     Q.     Five?
6     A.     I believe so.
7     Q.     Is that the current one that
8 you are on or --
9     A.     Yes.
10    Q.     -- did you have one before
11 that?
12    A.     No.
13    Q.     Okay.  So when you first
14 started working for Carver, did you have an
15 AB ticket?
16    A.     No.
17    Q.     Okay.  So when you first hired
18 on for Carver, were you a deckhand or did
19 you have some other job?
20    A.     I was a deckhand, I was a OS.
21    Q.     Okay.
22    A.     Yes, OS.  And then AB, but I
23 had experience though from my previous.
24    Q.     Understood.  Besides your
25 current role as a deckhand in the first job

Page 11

1 you had when you have first started as an
2 OS, have you held any other positions with
3 Carver Marine Towing?
4     A.     No.
5     Q.     What is the normal crew
6 rotation on the Tug Mackenzie Rose today?
7     A.     Today is three weeks.  We do
8 three weeks hitches, three weeks off.
9     Q.     Three on, three off?
10    A.     Right.
11    Q.     Back in June of 2025, was it
12 two on, two off?
13    A.     Yes, it was.
14    Q.     Two weeks on, two weeks off?
15    A.     Yes.
16    Q.     Okay.  When you hired on to
17 Carver Marine Towing, did you receive any
18 specific training in deckhand duties?
19    A.     Was posted in the handbook,
20 yes.
21    Q.     So tell me about the handbook.
22    A.     Basic, we go around the vessel
23 to make sure there's no hazards going
24 around and things like that.  If the lines
25 are frayed, we replace the lines, and

Page 12

1 things like that.
2     Q.     The handbook, does it have a
3 title, you know, as a -- like a book?
4     A.     I forget the name of the book,
5 the title of it.
6     Q.     Can you hold up your fingers
7 and give us an idea of how thick it was?
8     A.     It's maybe that thick.
9     Q.     So a little bit more --
10    A.     Yeah.
11    Q.     -- a little more than an inch?
12    A.     Yeah.
13    Q.     All right.  And does it say
14 something like it's Carver's handbook or
15 Carver something on it?
16    A.     It is -- Carver's name is on
17 it, yeah.
18    Q.     But it's a paper book.  It's
19 not like an electronic document.
20    A.     No.
21    Q.     That you can only see on a
22 screen?
23    A.     They have one on the screen
24 also, I believe on Helm CONNECT, but it
25 posted on all of the vessels.

Page 13

1     Q.     Okay.  So there's a book
2 somewhere on all the vessels with this,
3 like a handbook on how to be a deckhand?
4     A.     Yes.  Our -- that -- there's
5 like placement cards, illuminated cards
6 that -- well, pages that's on there as far
7 as the deckhand duties on the vessel.
8     Q.     Okay.  When you first hired on,
9 did they make you read that book, or how
10 did you use it?
11    A.     They gave it to us and told us
12 to go over it.  We did drills on a boat and
13 things like that as far as if anything was
14 ever happening on the vessel.
15    Q.     When they gave you the book,
16 was it your own personal copy or was it
17 just the book that is on the boat and
18 you're told that it's there?
19    A.     It's a personal copy and
20 there's also copies on the vessels.
21    Q.     All right.  Do you still have
22 your personal copy?
23    A.     I don't know.
24    Q.     When they gave you your
25 first -- your personal copy --

SHARIF PORTER

April 30, 2025

Page 14

1    A.    Mm-hmm.
2    Q.    -- where did you first keep it?
3    A.    At my house.
4    Q.    At your home?
5    A.    Yes.
6    Q.    All right.  In Staten
7    Island --
8    A.    Yes.
9    Q.    -- I think you have said?
10   A.    Yes.
11   Q.    You've been living there for
12   seven years?
13   A.    No.  I've been living there
14   with -- like 20 years.
15   Q.    Okay.  So your permanent home?
16   A.    Yes.
17   Q.    Got it.  Do you know whether
18   it's still there?
19   A.    I have no clue.
20   Q.    Would you ever take it to work
21   with you?
22   A.    No.
23   Q.    Did you read it when you first
24   got it?
25   A.    I breezed through it, yes.

Page 15

1    Q.    Did they make you sign anything
2    to acknowledge that they'd given you a copy
3    of the book?
4    A.    I don't remember.
5    Q.    Sometimes there's forms that
6    say, you know, I got this book and I read
7    it or that's what --
8    A.    I don't remember.
9    Q.    You don't remember?
10   A.    No.
11   Q.    Okay.  Is that the only book
12   they've ever given you?
13   A.    Yes, I believe so.
14   Q.    Okay.  Now, you said that it's
15   also a book that you can -- or some kind of
16   Helm CONNECT record, right?  Did I
17   understand that correctly?
18   A.    Yes, I believe so.
19   Q.    What's Helm CONNECT?
20   A.    Helm CONNECT is where we put in
21   all of our information on the vessel, and
22   things like that.
23   Q.    Do you make entries in Helm
24   CONNECT?
25   A.    No, I don't.

Page 16

1    Q.    Have you ever seen other people
2    make entries in Helm CONNECT?
3    A.    Yes, I have.
4    Q.    Have you ever looked up
5    anything in Helm CONNECT?
6    A.    No, I haven't.
7    Q.    You just know that it's a
8    system that -- I --
9    A.    Yes.
10   Q.    -- access some information.
11        So in terms of the book
12   information, whatever you got in that book,
13   do you actually know that it's in Helm
14   CONNECT?
15   A.    No, I don't.
16   Q.    You're just sort of assuming
17   that -- -
18   A.    Yes, I have.
19   Q.    -- it's there.
20        THE REPORTER:  You have to give
21   him --
22        THE WITNESS:  Oh, I'm sorry.
23   Go ahead.
24        MR. CHAPMAN:  Give me a minute
25   to finish the question.

Page 17

1        THE WITNESS:  Okay.
2        MR. CHAPMAN:  I know you know
3    what I'm asking.
4        THE WITNESS:  Mm-hmm.
5        MR. CHAPMAN:  Okay.  That's
6    just kind of the way people talk, but
7    it's hard for her to keep up.
8        THE WITNESS:  To keep up, I got
9    you.
10   Q.    So they gave you a book
11   was -- when you first hired on.  Was there
12   any other training that you had to complete
13   when you first hired on with Carver?  Any
14   classes you had to go to, tests you needed
15   to take, that sort of thing?
16   A.    No.  I think we took a video on
17   safety when I first got hired, and that was
18   it.
19   Q.    While you've been an employee
20   of Carver, has there ever been anybody that
21   you know of that has the title, safety
22   manager?
23   A.    Yes.
24   Q.    Who?
25   A.    I don't know the guy's name.

SHARIF PORTER

April 30, 2025

Page 18

1    Q.    Is he currently an employee of
2  Carver?
3    **A.    I met a couple of safety**
4  **managers there.  I have no clue.**
5    Q.    Is there somebody there now
6  that has the title, safety manager?
7    **A.    I believe so.**
8    Q.    Do you know whether he was
9  there before June 15th, 2024?
10    **A.    No, I don't.**
11    Q.    And when you say you met him,
12  did he over the boat?
13    **A.    Yes, he did.**
14    Q.    And what, introduced himself?
15    **A.    Introduced himself, passed out**
16  **hard hats, vests and things like that.**
17    Q.    Did he do any safety training
18  himself?
19    **A.    I don't remember.**
20    Q.    So with reference to June 15th,
21  2024, do you remember who all was in the
22  crew that day?
23    **A.    Yes.**
24    Q.    Who?
25    **A.    Jimmy, Chris Miller, Jason, and**

Page 19

1  **Jarkies and myself.**
2    Q.    All right.  So Chris Miller was
3  the captain or the master of the vessel?
4    **A.    Yes.**
5    Q.    What about -- you called him
6  Jimmy.  Is that the name --
7    **A.    James.**
8    Q.    -- Jimmy Morrissey?
9    **A.    Yes.**
10    Q.    All right.  And the engineer
11  Jason?
12    **A.    Jason.**
13    Q.    Is that Jason McGrath?
14    **A.    Yes.**
15    Q.    Okay.  And then you mentioned
16  Jarkies?
17    **A.    Yes.**
18    Q.    Morrissey?
19      Was Captain Jimmy Morrissey
20  also at times the master of the vessel?
21    **A.    Yes, he was.**
22    Q.    Okay.  So he was just pulling
23  another two-week shift --
24    **A.    Yes, I believe so.**
25    Q.    -- during this evolution?

Page 20

1    **A.    I believe so.**
2    Q.    Okay.  After this particular
3  voyage -- and the voyage I'm talking about
4  is the one where the vessel hit the bridge,
5  okay?
6      Was he relieved of duties,
7  Captain Jimmy Morrissey?
8      MR. RODGERS:  Objection to
9    form.
10    Q.    If you know.
11    **A.    I don't know.**
12    Q.    Did you ever sail with him
13  again with Carver after that voyage?
14    **A.    I don't remember.**
15    Q.    When was the last time you
16  remember sailing with him?
17    **A.    Probably the day of the hitch**
18  **of the incident.**
19    Q.    Okay.  Do you know where he's
20  working now?
21    **A.    No, I don't.**
22    Q.    Now, after this incident, did
23  Captain Miller continue to serve as the
24  master of the Mackenzie Rose?
25    **A.    Yes.**

Page 21

1    Q.    For at least, you know, on his
2  cycle?
3    **A.    Right.**
4    Q.    Two on, two off?
5    **A.    Mm-hmm.**
6    Q.    Was that the normal cycle that
7  you worked on with Captain Miller as the
8  captain?
9    **A.    Yes.**
10    Q.    So you didn't normally work
11  with Captain Morrissey on the two-week
12  cycle --
13    **A.    No.**
14    Q.    -- right?
15    **A.    No.**
16    Q.    Okay.  So you were the senior
17  deckhand on the Mackenzie Rose, right?
18    **A.    You can say that.**
19    Q.    So the senior deckhand normally
20  works the best shifts, right?
21    **A.    Mm-hmm.**
22      THE REPORTER:  Yes.
23    **A.    Yes.**
24    Q.    So you had the 6:00 a.m. to
25  noon?

SHARIF PORTER

April 30, 2025

Page 22

1    A.    Yes.
2    Q.    And then the 6:00 p.m. to
3    midnight --
4    A.    Yes.
5    Q.    -- watch, right?
6    A.    Yes.
7    Q.    There's information that the
8    incident the with Belt Line Bridge was in
9    the late afternoon of June 15th --
10    A.    Yes.
11    Q.    -- around 4:30 p.m.?
12    A.    Yes.
13    Q.    What were you doing at the
14    time?
15    A.    I was asleep.
16    Q.    Does every member of the crew
17    have their own bunk on the --
18    A.    Yes.
19    Q.    -- Mackenzie Rose?
20    A.    Yes.
21    Q.    Did you get a room too or is it
22    just a bunk?
23    A.    A room.
24    Q.    Okay.  That's what I thought,
25    but I just want to understand.

Page 23

1            So you had gone off watch at
2    noon, right?
3    A.    Yes.
4    Q.    And what's your, kind of,
5    normal routine then?  You have lunch before
6    you go lay down and get some sleep?
7    A.    Not really.  I just -- there's
8    jump in a rack.
9    Q.    Okay.  And then when you get
10    up, you eat?
11    A.    Yes.
12    Q.    Okay.  What was the first
13    indication or information that you got on
14    June 15th, 2024 that there'd been an
15    incident with the bridge?
16    A.    It felt like the boat just
17    stopped, and I went up to the warehouse and
18    I asked the captain if everything was okay.
19    He was like, yeah, and I got back in bed.
20            THE REPORTER:  And you got back
21    in bed?
22    A.    Yes, I did.
23    Q.    So there was at least
24    some -- enough of a sensation while you
25    were sleeping to wake you up?

Page 24

1    A.    No.  It just -- it felt like
2    the boat slid.
3    Q.    Okay.  What do you mean by
4    slide or slid?
5    A.    It just slid over to the left
6    side a little bit.
7    Q.    Okay.  So you felt the tug
8    slide to the left?
9    A.    Yes.
10    Q.    Move to the left?
11    A.    Yes.
12    Q.    And on boats, they call it the
13    port side, right?
14    A.    Right.
15    Q.    Okay.  It seemed different to
16    you?
17    A.    It felt like the push gear have
18    parted.
19    Q.    You've had that experience
20    before?
21    A.    Yes, I have.
22    Q.    And it causes -- if the push
23    gear fails, the tug can slide one way or
24    the other?
25    A.    Yes.

Page 25

1    Q.    Right.  Depending on which side
2    of the push gear comes loose?
3    A.    Yes.
4    Q.    Right?
5            Had you done anything to make
6    that vessel up in push gear before they got
7    underway that day?
8    A.    I helped put the gear on the
9    safeties and everything else.
10    Q.    And was -- you did that before
11    you went off watch --
12    A.    Yes.
13    Q.    -- at noon?  So who else was
14    involved in helping set up the push gear?
15    A.    It's a -- all hands on deck on
16    that vessel.
17    Q.    So the configuration in push
18    gear just so everybody knows is the barge
19    is at the head end of the tub, right?
20    A.    Right.
21    Q.    And it's -- there's two wires
22    that connect it?
23    A.    There's four -- there's five
24    lines connected.  There's two push gears,
25    two safety and a headline.

SHARIF PORTER

April 30, 2025

Page 26

| | |
|---|---|
| 1 | Q.    Okay.  And shackles? |
| 2 | **A.    No shackles.** |
| 3 | Q.    Okay.  Chains? |
| 4 | **A.    Shackles -- the shackles is on** |
| 5 | **the boat.** |
| 6 | Q.    All right.  Chains? |
| 7 | **A.    No.** |
| 8 | Q.    Okay.  So it's all cables? |
| 9 | **A.    Yes.** |
| 10 | Q.    All right. |
| 11 | **A.    And lines.** |
| 12 | Q.    And -- like a soft line? |
| 13 | **A.    Yes.** |
| 14 | Q.    So how many cables?  Two? |
| 15 | **A.    Yes.** |
| 16 | Q.    Three soft lines? |
| 17 | **A.    Yes.** |
| 18 | Q.    Got it.  So when the push gear |
| 19 | is set up, does anybody, like, check the |
| 20 | trim, make sure everything's kind of even, |
| 21 | that sort of thing? |
| 22 | **A.    Yes.  It sucks in evenly.** |
| 23 | Q.    And is that the deckhand's |
| 24 | responsibility or is that somebody else's |
| 25 | responsibilities? |

Page 27

| | |
|---|---|
| 1 | **A.    The deckhands'** |
| 2 | **responsibilities.** |
| 3 | Q.    Is either the captain or the |
| 4 | mate out on the four deck of the tug |
| 5 | directing -- |
| 6 | **A.    Yes.** |
| 7 | Q.    -- what you guys should do? |
| 8 | **A.    Yes.** |
| 9 | Q.    And do you remember when y'all |
| 10 | made up to this barge that day, who was out |
| 11 | on deck providing direction? |
| 12 | **A.    No, I don't.** |
| 13 | Q.    Okay.  Does the engineer get |
| 14 | involved in doing that? |
| 15 | **A.    Yes.  The engineer helps also.** |
| 16 | Q.    Okay.  That's what you mean by |
| 17 | all hands on deck? |
| 18 | **A.    Yes.** |
| 19 | Q.    Right, okay.  So when |
| 20 | that -- sometime after that was done, then |
| 21 | you went and laid down in your bed? |
| 22 | **A.    Yes.** |
| 23 | Q.    All right.  In terms of the |
| 24 | sensation then of, as you put it, slipping |
| 25 | or sliding to the left, could you tell how |

Page 28

| | |
|---|---|
| 1 | far? |
| 2 | **A.    No.** |
| 3 | Q.    No.  So that got you up, right? |
| 4 | **A.    Mm-hmm.** |
| 5 | Q.    Yes? |
| 6 | THE REPORTER:  Yes. |
| 7 | **A.    Yes.** |
| 8 | Q.    And then I heard you say you |
| 9 | went to the upper wheelhouse? |
| 10 | **A.    Yes.** |
| 11 | Q.    Right.  Do you have to go |
| 12 | through the lower wheelhouse to get to the |
| 13 | upper wheelhouse? |
| 14 | **A.    Yes.** |
| 15 | Q.    Was there anybody in the lower |
| 16 | wheelhouse? |
| 17 | **A.    I don't remember.** |
| 18 | Q.    But you went to the upper, |
| 19 | right? |
| 20 | **A.    Yes.** |
| 21 | Q.    And who did you find in the |
| 22 | upper wheelhouse? |
| 23 | **A.    Jimmy Morrissey.** |
| 24 | Q.    The mate? |
| 25 | **A.    Yes.** |

Page 29

| | |
|---|---|
| 1 | Q.    Did you ask him what had |
| 2 | happened? |
| 3 | **A.    I asked him, "Was everything** |
| 4 | **okay?"  He said, "Yes."  I was like, "I'm** |
| 5 | **getting back in bed," and I went back** |
| 6 | **downstairs.** |
| 7 | Q.    Did he tell you what had |
| 8 | happened? |
| 9 | **A.    I didn't ask.  I was tired.  I** |
| 10 | **got back in bed.** |
| 11 | Q.    Okay. |
| 12 | **A.    Once you ask the captain and** |
| 13 | **mate if everything is okay, if they say** |
| 14 | **yes, that's all I need to hear.  Because if** |
| 15 | **there was anything else wrong, he would've** |
| 16 | **said no, and then we would've had to do** |
| 17 | **whatever we needed to do.  But he said** |
| 18 | **everything was okay, so.** |
| 19 | Q.    The access door to the upper |
| 20 | wheelhouse is on the stern side or is on |
| 21 | one of the sides? |
| 22 | **A.    It's in the middle of the boat.** |
| 23 | Q.    The access door to the upper |
| 24 | wheelhouse? |
| 25 | **A.    To the upper wheelhouse?** |

SHARIF PORTER

April 30, 2025

Page 30

1    Q.    Yeah.
2    **A.    It's -- you have to go to the**
3    **lower wheelhouse to get up there.**
4    Q.    And you -- do you go out of the
5    lower wheelhouse to a ladder --
6    **A.    Yes.**
7    Q.    -- to ascend to the upper
8    wheelhouse?
9    **A.    Yes.**
10   Q.    And is that ladder on the stern
11   side of the boat, or is it on the port side
12   or starboard side?
13   **A.    It's more towards the -- it's**
14   **in the middle of the boat actually.**
15   Q.    On -- in the front of the boat?
16   **A.    Once you come out of the back**
17   **door of the wheelhouse, it's -- the stairs**
18   **is like right in the middle, and you walk**
19   **up those stairs.**
20   Q.    Okay.  But the stairs
21   themselves are on the after side of the
22   upper wheelhouse?
23   **A.    Yes.**
24   Q.    Okay.  So looking out of the
25   upper wheelhouse, can you see the barge

Page 31

1    there in front of the --
2    **A.    I didn't look outside of the**
3    **window.**
4    Q.    Okay.
5         MR. RODGERS:  You're talking
6    about the day of?
7    Q.    Yeah.
8    **A.    When I opened the wheelhouse**
9    **door, I seen him standing there.  I said,**
10   **if everything's okay, he said, yeah.  I**
11   **turned around and got back in bed.**
12   Q.    All right.  Did you look at the
13   push gear at all?
14   **A.    No.**
15   Q.    Could you see the barge at all
16   when you got there?
17   **A.    No.  I looked at him, he's**
18   **standing in the upper wheelhouse.  I looked**
19   **at him, he said everything was okay, I got**
20   **back in bed.**
21   Q.    And which way was he facing?
22   **A.    He was facing the front of the**
23   **barge.**
24   Q.    While you were there, you know,
25   briefly in the upper wheelhouse, asking him

Page 32

1    if everything was okay, was the boat
2    moving?
3    **A.    I think the boat was going in**
4    **reverse.**
5    Q.    Backing up?
6    **A.    Yes, backing.**
7    Q.    Right.  And was it a smooth,
8    steady backup or was it a hasty backup?
9    **A.    I really don't remember.**
10   Q.    You just remember the sensation
11   of backing up?
12   **A.    Yes.**
13   Q.    Okay.  How long does it take
14   you to go from your rack on tug to that
15   upper wheelhouse?
16   **A.    A couple of seconds.**
17   Q.    Pretty quick?
18   **A.    Yes.**
19   Q.    I mean, less than a minute?
20   **A.    I could say that.**
21   Q.    You don't really mean two
22   seconds, but it's pretty quick?
23   **A.    Yeah.  If you think there's**
24   **something going on, you rush.  So you don't**
25   **walk slow.  I just walked up there to make**

Page 33

1    sure everything was okay.
2    Q.    You look pretty athletic to me,
3    okay?  So I'm guessing that you can move
4    pretty quickly?
5    **A.    Yes.**
6    Q.    Is that what you're saying you
7    did?
8    **A.    Yes.**
9    Q.    Okay.  Did you have to get
10   dressed at all?
11   **A.    No.**
12   Q.    Okay.  So you went back to your
13   rack and fell asleep?
14   **A.    Yes, I did.**
15   Q.    And didn't get up again until
16   your watch?
17   **A.    Yes.**
18   Q.    All right.  Did Captain
19   Morrissey say to you when you were in the
20   upper wheelhouse that the boat had gone
21   hard over?
22   **A.    No.  I asked him if everything**
23   **was okay, he said, "Yes."  I got back in**
24   **bed.**
25   Q.    So he didn't say to you that

SHARIF PORTER

April 30, 2025

Page 34

1  the boat went hard over?
2      A.    **No, he didn't.**
3            MR. RODGERS:  Objection to
4      form.
5      Q.    Can you tell us what you did to
6  prepare to testify today, Mr. Porter?
7      A.    **What do you mean?**
8      Q.    Did you -- in your mind, do you
9  think you did anything to prepare to
10 testify today?
11     A.    **No.**
12           MR. RODGERS:  Other than
13      talking to his lawyer?
14     Q.    I appreciate that suggestion,
15 Mr. Rogers.
16           MR. RODGERS:  Well, that's --
17     Q.    I assume that you did talk to
18 Mr. Rogers before testifying today?
19     A.    **Yes.**
20     Q.    And I'm not suggesting that
21 there's anything wrong with that.
22     A.    **Okay.**
23     Q.    Okay.  I'm not trying to imply
24 anything, but I am interested in what you
25 did to prepare.  So sounds like you did

Page 35

1  talk to Mr. Rogers.  Have you talked to him
2  more than one time before testifying?
3            MR. RODGERS:  You can answer.
4      A.    **Yes.**
5      Q.    How many?
6      A.    **Once.**
7      Q.    Okay.  So once today and once
8  some other time?
9      A.    **Yes.**
10     Q.    In the last week or so?
11     A.    **Yes.**
12     Q.    Okay.  Are you on or off today
13 the boat?
14     A.    **I'm on actually.**
15     Q.    Okay.  So the boat's tied up
16 somewhere in New York harbor?
17     A.    **Yes.**
18     Q.    You came down today?
19     A.    **Yes.**
20     Q.    Great.  Okay.
21           Did you review any records to
22 prepare to testify?
23     A.    **No.**
24           MR. RODGERS:  You mean with
25      counsel?

Page 36

1            MR. CHAPMAN:  You know, again,
2  I appreciate your suggestion.
3            MR. RODGERS:  I know, but --
4            MR. CHAPMAN:  I'm not -- it's
5  not a trick question, okay?  And
6      it --
7            MR. RODGERS:  Well, it is if
8      you haven't been at a deposition.
9      And I'd like the distinction.  Have
10     you looked at any other documents
11     other than with your counsel?
12     Because it is an important
13     distinction.
14     Q.    With that clarification,
15 Mr. Porter, I'm just trying to understand
16 what you've done to prepare.  So if you
17 looked at documents, there's nothing wrong
18 with looking at documents, but I'm just
19 trying to figure that out.
20     A.    **With counsel?**
21     Q.    Yeah.
22     A.    **Yes.**
23     Q.    Okay.  Did you have a look at
24 any other documents without Mr. Rogers --
25     A.    **No.**

Page 37

1      Q.    -- to prepare to testify?
2      A.    **No.**
3      Q.    Okay.  Do you understand the
4  term allision, what that means in sailing
5  circles or boating circles?  It's for a
6  vessel that strikes a fixed object, right?
7      A.    **Yes.  Yeah.**
8      Q.    Did you know on June 15th, 2024
9  that the barge while being pushed by the
10 Tug Mackenzie Rose hit the bridge -- hit
11 the Belt Line Railroad Bridge?
12     A.    **I didn't know until afterwards.**
13     Q.    So when did you first learn
14 that that's what had happened?
15     A.    **When I woke up.**
16     Q.    That same day?
17     A.    **Yes.  Later on, we had the**
18 **breakdown to put it on the wire.**
19     Q.    So you would've gotten up
20 around what?  6:00 p.m.?
21     A.    **Yes.**
22     Q.    Sometime before 6:00 p.m. to go
23 on watch, right?
24     A.    **Yes.**
25     Q.    And it wasn't until you were on

Page 38

```
1   watch after 6:00 p.m. on June 15th that you
2   first learned that the barge had hit the
3   bridge, right?
4        A.    Yes.
5        Q.    What did you come to learn
6   about what part of the barge had hit the
7   bridge.
8             MR. RODGERS:  On that day, what
9        you learned?
10       Q.    On that day, yes, sir.
11            MR. RODGERS:  Okay.  What you
12       had learned on that day.
13       A.    On the bowl, I guess.
14       Q.    Okay.  And who told that to
15   you?
16       A.    I don't remember who told me.
17       Q.    Well, process of elimination.
18   Was it Jarkies Morrissey?
19       A.    I don't remember.
20       Q.    Okay.  Jason McGrath?
21       A.    I don't remember.
22       Q.    Okay.  Captain Morrissey?
23       A.    I don't remember.
24       Q.    Okay.  I'm sorry to do this to
25   you, but --
```

Page 39

```
1        A.    It's okay.  No problem.
2        Q.    Same question with Captain
3   Miller.  You just don't remember, correct?
4        A.    Yes.
5        Q.    Okay.  Were you ever involved
6   in checking out the head end of the barge
7   to see if there was any damage to it?
8        A.    Yes.
9        Q.    Tell us about that.
10       A.    When we roundup on it, we just
11   looked at it to see if there was anything,
12   any dents, anything in it.  And there
13   wasn't any dents, anything in the barge.
14       Q.    You didn't see anything?
15       A.    No, I didn't.
16       Q.    Did anybody take pictures?
17       A.    I don't remember.
18       Q.    Have you ever seen pictures of
19   the head end of the barge?
20       A.    No, I don't.  No, I haven't.
21       Q.    Have you ever seen a picture or
22   pictures of the condition of the railroad
23   bridge after it was hit by the barge?
24       A.    No, I haven't.
25            MR. RODGERS:  Objection to
```

Page 40

```
1        form.
2        Q.    And it may ever tell you that
3   photographs had been taken of the bridge
4   after the incident?
5        A.    Yes.  I did hear there was
6   photos.
7        Q.    Okay.  And how did you learn
8   that there was photos?
9        A.    Someone told me, I forget whom.
10       Q.    Was it the same day as the
11   incident?
12       A.    No.
13       Q.    Any idea?  Like two days later,
14   two months later?
15       A.    I don't remember.
16       Q.    But at some point, you learned
17   there were photos --
18       A.    Yes.
19       Q.    -- of the bridge --
20       A.    Yes.
21       Q.    -- after the incident?
22       A.    Yes.
23       Q.    You've never seen them?
24       A.    No.
25       Q.    So I just want to be clear
```

Page 41

```
1   here.  I'm going to show you what's been
2   marked as Exhibit 1.  And I apologize, it's
3   a little grainy, but that the way it was
4   produced to us by Carver.
5        A.    Okay.
6        Q.    Have you ever seen that photo
7   before?
8        A.    No.
9        Q.    Can you tell that's a railroad
10   bridge in the photo?
11       A.    I guess.
12       Q.    And I realize it's a little
13   grainy.
14       A.    Yes.
15       Q.    Okay.  And I'm also going to
16   show you Exhibit 2, which is the collection
17   of four photographs that were provided to
18   us by Carver.  And again, the same apology.
19   They're a little grainy, but that's the way
20   we got them.
21       A.    Okay.
22       Q.    And those photos in Exhibit 2,
23   I believe depict the head end of a barge.
24   I don't know what barge, but a barge.  But
25   just looking at them, did they look like
```

SHARIF PORTER

April 30, 2025

Page 42

1  the condition of the barge as you observed
2  it on June 15th, 2024 when you were getting
3  ready to put it on the tow wire?
4      A.    I really don't remember.
5      Q.    I realize barges, kind of, look
6  alike?
7      A.    Yes, they do.
8      Q.    Okay.  And I'm just asking you
9  for your best recollection?
10     A.    I don't remember.
11     Q.    Okay.  Good enough.  You can
12  give me this back.  Thank you.
13         MR. RODGERS:  I'm sorry.  Madam
14      Reporter, did Mr. Chapman say the
15      15th or 16th?
16         THE REPORTER:  He said the
17      15th.
18         MR. RODGERS:  Okay.  Just my
19      hearing.
20         MR. CHAPMAN:  Oh, good.
21         MR. RODGERS:  No, it's just
22      my --
23     Q.    So to your memory, any problems
24  with taking -- putting the tow on the tow
25  wire and getting it up to wherever it was

Page 43

1  going to in New Jersey?
2      A.    No.
3      Q.    Were you ever asked or
4  instructed to write up a written
5  statement --
6      A.    Yes.
7      Q.    -- about what you knew?
8      A.    Yes.
9      Q.    Who gave you that instruction?
10     A.    I think maybe Chris.
11     Q.    Chris Miller?
12     A.    Yes.
13     Q.    The captain?
14     A.    Yes.
15     Q.    All right.  And did you do
16  that?
17     A.    Yes, I did.
18     Q.    Was that the same day as the
19  incident?
20     A.    I believe so.
21     Q.    Have you seen that statement
22  since you wrote it?
23     A.    Yes, I have.
24     Q.    Only in connection with meeting
25  with Mr. Rogers?

Page 44

1      A.    Yes.
2      Q.    Okay.  Do you remember giving
3  the statement to Captain Miller?
4      A.    Yes.
5      Q.    I am going to pass to you
6  Exhibit 15.  Mr. Porter, I want to
7  focus -- it's a three-page exhibit, but I
8  just want to focus on Page 1 here.
9         Is that the -- is that a copy
10  of the statement that you wrote up --
11     A.    Yes, it is.
12     Q.    -- about the incident?
13     A.    Yes, it is.
14     Q.    And it -- it's not signed, but
15  that's definitely your handwriting and your
16  name?
17     A.    Yes, it is.
18     Q.    All right.  So in the statement
19  it says -- your name Sharif Porter.  "I was
20  in bed sleeping.  I felt the boat sliding,
21  thought we popped the push gear, went up
22  the wheelhouse, that was when the captain
23  told me the boat went hard over."  And
24  that's what do you recorded on the day of
25  the incident, right?

Page 45

1      A.    Okay.
2      Q.    So does that refresh your
3  recollection that the captain told you that
4  the boat went hard over?
5      A.    Yes.
6      Q.    All right.  And when you say
7  the captain, do you mean Captain Jimmy
8  Morrissey?
9      A.    Right, yeah.
10     Q.    Okay.  And it doesn't say you
11  went back to bed but, you've told us that
12  you did?
13     A.    Yes, I did.
14     Q.    Okay, all right.  When he told
15  you that the boat went hard over, what did
16  you understand that to mean?
17     A.    That the boat just slide over.
18     Q.    That it was propelled to slide
19  over or?  I'm just trying to understand
20  what your thinking is.
21         MR. RODGERS:  Objection to
22      form.
23         You can answer if you
24      understand the question.
25     A.    I don't understand the

SHARIF PORTER

April 30, 2025

Page 46

1  question.
2       Q.    Well, he says the boat went
3  hard over.  When it goes hard over -- you
4  told us that it went to the left or went to
5  the port.
6       A.    Right.
7       Q.    So presumably it went hard over
8  to the port.
9       A.    Yes.
10      Q.    Does that mean the whole
11  flotilla went hard over, or the stern end
12  of the tug went hard over, or what did that
13  mean to you when he said that?
14            MR. RODGERS:  Objection.
15        That's what the captain told him.
16        But you're asking for personal
17        knowledge of what happened to the
18        boat.
19            MR. CHAPMAN:  You know
20        Mr. Rogers, if he doesn't know what
21        it means, that's fine.  He just said
22        what the captain told him but --
23            MR. RODGERS:  I know, but your
24        question --
25            MR. CHAPMAN:  No, you --

Page 47

1            MR. RODGERS:  No.  Your
2        question was something outside what
3        the captain told him.
4            MR. CHAPMAN:  My question was,
5        what did he understand the captain to
6        mean when he was told it went hard
7        over?  That's --
8            MR. RODGERS:  And then, you
9        gave him your example of what it
10        could be, and I'm objecting to that.
11            You can answer if you
12        understand the question, or if you
13        have the answer.
14      A.    The boat -- that just felt like
15  a slide, that's it.
16      Q.    Okay.  If you could turn to the
17  next page of Exhibit 15.
18            This appears to be a typed up
19  version --
20      A.    Mm-hmm.
21      Q.    -- of the same statement.  Did
22  you type this up?
23      A.    No, I didn't.
24      Q.    No?
25      A.    No.

Page 48

1       Q.    Do you know who did?
2       A.    No, I don't.
3       Q.    Have you ever seen it before
4  today?
5       A.    I don't remember.
6       Q.    But your memory is that you
7  didn't type this up?
8       A.    No, I didn't.
9       Q.    Okay.  And then if you turn to
10  the third page, this appears to be some
11  type of a report, incident report.  Got the
12  Carver Marine Towing logo on it, all typed
13  up.  And then, it says, "Description of
14  incident in your own words."  Did you type
15  this up?
16      A.    No, I didn't.
17      Q.    Do you know who did?
18      A.    No, I don't.
19      Q.    Is that your signature?
20      A.    It looks like it.
21      Q.    Did anybody ask you to sign
22  this?
23      A.    I don't remember.
24      Q.    Would there be any reason for
25  your signature to be on this that you know

Page 49

1  of if someone hadn't asked you to sign it?
2       A.    I don't know if they did put it
3  in front of me and I just signed it, and
4  gave it back to them, but I really don't
5  remember.
6       Q.    Do you know if -- it says on
7  here that the manager is Lenny Baldarasse.
8  Do you know who Mr. Baldarasse is?
9       A.    Yes, sir.  Yes, I do.
10      Q.    Did he ask you to sign this?
11      A.    I don't remember who asked me
12  to sign it.
13      Q.    In this third page of this
14  exhibit, in the third sentence, it says, "I
15  put my gear on and headed out on deck to
16  check the push gear."
17            You told us earlier you didn't
18  check the push gear?
19      A.    I didn't.
20      Q.    Okay.  And then, it goes onto
21  say, "However, I noticed we had landed
22  against the fenders of the bridge to slide
23  through safely."  Did you ever observe
24  that --
25      A.    No, I didn't.

SHARIF PORTER

April 30, 2025

Page 50

1      Q.      -- barge or tug?
2      A.      No, I didn't.
3      Q.      Let me finish my question.  I
4  just want -- I know you know what I'm
5  asking.
6             But I'm asking you, did you
7  ever observe either the barge or the tug
8  land against the fenders of the bridge as
9  you went through the bridge opening?
10     A.      No, I don't.
11     Q.      Had you already gone back to
12 your rack before the tug and barge made the
13 transit through the bridge?
14     A.      Yes.
15     Q.      All right.  Is it -- so -- I
16 withdraw that.
17             MR. RODGERS:  Have you been
18     given them back to him?
19             THE WITNESS:  Yeah, I --
20             MR. RODGERS:  Oh, okay.
21             THE WITNESS:  Yeah.  Yeah.
22             MR. RODGERS:  Unless you
23     get --
24     A.      I thought he gave it back to
25 me.  No, I don't.

Page 51

1             MR. CHAPMAN:  No, no.
2      A.      I thought he gave it to me.
3  Yeah.  My apologies.
4      Q.      So this is just another Exhibit
5  14 that was given to us by Carver.  I just
6  want to confirm that that appears to be a
7  photocopy of your merchant mariners
8  document?
9      A.      Yes.
10     Q.      And that would've been the one
11 that was valid at the time of this incident
12 in June of 2024?
13     A.      Yes.
14     Q.      But you're since on a renewal,
15 right?
16     A.      Yes.
17     Q.      Okay.  Great.  That's all I
18 need to know.
19             You didn't have to submit to a
20 drug or alcohol test after this accident,
21 did you?
22     A.      No, I didn't.  No.
23     Q.      When you were in the process of
24 releasing the barge and then setting it up
25 on the tow line, you could see the head end

Page 52

1  of the boat.  And I think you told us you
2  didn't see anything that looked like
3  damage.
4      A.      No, I didn't.
5      Q.      Right?  Okay, on the barge?
6      A.      Yes.
7      Q.      Did you see anybody taking
8  photographs of that end of the barge?
9      A.      I don't remember.
10     Q.      I understand there's a -- they
11 call it the boat phone.  There's a phone on
12 the boat.
13     A.      Yes.
14     Q.      That's for company business,
15 right?
16     A.      Yes.
17     Q.      Do you ever use it?
18     A.      No, I don't.
19     Q.      Have you ever been asked to
20 take pictures with it?
21     A.      No, I haven't.
22     Q.      Do you take your own personal
23 cell phone when you go on your sailing
24 days?
25     A.      Sometimes.

Page 53

1      Q.      Have you ever used your
2  personal cell phone to communicate on
3  company business?
4      A.      Yes.
5      Q.      Okay.  In what way?
6      A.      To barge reports and things
7  like that.  If there was water in the barge
8  and things like that.
9      Q.      You might, what, send a text to
10 somebody, or --
11     A.      Yes.
12     Q.      -- call somebody, or?
13     A.      I would take a picture and send
14 it to the captain or someone.
15     Q.      Another crew member?
16     A.      Yes.
17     Q.      Okay.  Before getting underway
18 with the barge, would you take the covers
19 off, the manhole covers off --
20     A.      Sometimes, yes.
21     Q.      -- check the barge --
22     A.      Yes.
23     Q.      -- to see if it's got water?
24     A.      Yes.
25     Q.      Do you remember doing that for

SHARIF PORTER

**April 30, 2025**

Page 54

1  this particular boat?
2  **A.    No.**
3         THE REPORTER:  You have to let
4  him finish.
5         **THE WITNESS:  Oh, I'm sorry.  I**
6  **apologize.**
7         THE REPORTER:  It's okay.
8         MR. CHAPMAN:  Okay.  It was
9  quite my fault too.  Sorry.
10        Q.    Mr. Porter, I'm going to hand
11  you Exhibit 6, which is a collection of
12  daily logs produced to us by Carver?
13        **A.    Mm-hmm.**
14        Q.    Appears to cover the Mackenzie
15  Rose from June 12th through June 16th,
16  2024.  Do you have any involvement or
17  responsibility in preparing that log?
18        **A.    No, I don't.**
19        Q.    Have you seen the captain or
20  the mate from time to time making entries
21  in that Helm system --
22        **A.    Yes, I do.**
23        Q.    -- and fill it out?
24        **A.    Yes.**
25        Q.    If you could turn to page, I

Page 55

1  think it's 56 in that.  They're numbered at
2  the bottom.  You see it says Carver 0000
3  something.  But if you could turn to Page
4  56, and at the top of that page it says,
5  it's the log for the date of the incident,
6  June 15th, 2024.
7         **A.    Okay.**
8         Q.    Right.  If you go down to the
9  1630 entry, you see that?
10        **A.    Yes.**
11        Q.    And I'll just read it.  It
12  says, "Incident, Norfolk Virginia.  Mate
13  James Morrissey reports the autopilot was
14  not completely turned off.  He was able to
15  correct and switch back over to hand
16  steering and begin backing on the weeks 281
17  barge and maneuvered the barge alongside
18  fendering on the Northend PBLRR Bridge.
19  Photo taken, proceeds slowly away from
20  bridge."
21             Did I read that correctly?
22        **A.    Yes.**
23        MR. RODGERS:  Objection.
24        Foundation.  You can answer it.
25        Q.    You nodded your head, but you

Page 56

1  need to say yes or no?
2         **A.    Did you read it correctly?**
3         Q.    Yes.  That was my question.
4         **A.    I guess you can read great.**
5  **You read great.**
6         Q.    Great.  Okay.  So here's my
7  questions about this.  Did you overhear
8  that the Mate James Morrissey reported that
9  the autopilot was not completely turned
10  off?
11             MR. RODGERS:  Objection to
12        foundation.  You can answer.
13        **A.    No.**
14        Q.    Did you ever hear that he was
15  able to correct anything related to the
16  autopilot and switch over to hand steering?
17             MR. RODGERS:  Objection to the
18        question.  You can answer the
19        question.
20        **A.    No.**
21        Q.    It mentions, then begin backing
22  on the weeks 281 barge.  You did say that
23  you had experienced a sensation of backing
24  up while you were up in the wheelhouse,
25  correct?

Page 57

1             MR. RODGERS:  Same objection.
2        You can answer.
3         **A.    Yes.**
4             MR. RODGERS:  Jim -- oh, you're
5        done?
6             MR. CHAPMAN:  That's all I got
7        to say.
8             MR. RODGERS:  I was going to do
9        a -- I'm going to do a continuing
10        objection so I don't interfere with
11        your questioning, but you're done for
12        now.
13        Q.    In the lower wheelhouse, is
14  there a written logbook where the captain
15  or the master make entries?
16        **A.    I believe so, yes.**
17        Q.    It's like a whole year?
18        **A.    Yes.**
19        Q.    And there's a page for every
20  day, right?
21        **A.    Yes.**
22        Q.    Have you ever made entries in
23  that?
24        **A.    No, I haven't.**
25        Q.    You ever, like, thumbed through

SHARIF PORTER

April 30, 2025

Page 58

1  it or try to look something up in it?
2      A.    No. I haven't.
3      Q.    Okay.  Is it sitting in some,
4  you know, sitting on a desk, maybe it's
5  open somewhere in the lower wheelhouse?
6      A.    On the table probably.
7      Q.    Okay.  I'm going to pass you
8  Exhibit 23, and, again, produced to us by
9  Carver.  It appears to be photocopies of
10 pages from a logbook covering the period
11 June 12th through June 16th of 2024.
12     You see that?
13     A.    Okay.
14     Q.    I realize this isn't the
15 logbook.  This is just a copy of it, but
16 are these the way the pages would look in
17 that book?
18     A.    I believe so.
19     Q.    All right.  And on page -- they
20 all have numbers at the bottom.  Page 242
21 at the bottom, this is for Saturday, June
22 15th, 2024.  The five members of the crew
23 of the tug are listed, right?
24     A.    Yes.
25     Q.    And that's accurate?

Page 59

1          MR. RODGERS:
2      Just -- objection.  Foundation for
3      Exhibit 23, and just a standing
4      objection for that exhibit so I don't
5      have to keep repeating it.  Thank
6      you.
7      Q.    I'm sorry.  My question was,
8  those are the crew members that were on the
9  barge -- excuse me, on the tug that day?
10     A.    Yes.
11     Q.    Okay.  And I want to direct
12 your attention to the entry at 1630.  You
13 see that?
14     A.    Yes.
15     Q.    And it reads, "Co-captain
16 reports steering went hard over and he was
17 backing and we tapped the Northend PBLRR
18 Bridge."
19     I read that correctly?
20     A.    Yes.
21     Q.    Great.  So you told us that the
22 captain told you that it went hard over?
23         MR. RODGERS:  Objection.
24     Q.    And --
25         MR. RODGERS:  I think that's

Page 60

1      what was in his statement.
2      Q.    Yeah.  And you told us that you
3  had - you felt the sensation of backing,
4  right?
5      A.    Yes.
6      Q.    Okay.  Did anyone ever say
7  anything about taping or we tapped the
8  Northend PBLRR Bridge?
9      A.    No.
10     Q.    But you did hear about that
11 when you came on watch later that day?
12     A.    I don't remember.
13         MR. RODGERS:  Objection to
14     form.
15     Q.    Well, I apologize.  I thought
16 you said earlier, and if I'm wrong, please
17 correct me.  But I thought you said earlier
18 that you were looking at the head end of
19 the barge to see if there was any damage to
20 it, correct?
21     A.    Yes.
22         MR. RODGERS:  Objection.  I
23     thought that was when they -- when he
24     came --
25         MR. CHAPMAN:  On watch?

Page 61

1          MR. RODGERS:  -- when he got on
2      the wire.
3          MR. CHAPMAN:  Yeah.
4          MR. RODGERS:  Okay.  When he
5      came on watch, not the wheelhouse,
6      right?
7          MR. CHAPMAN:  Correct, yes.
8          THE WITNESS:  Yeah.
9          MR. RODGERS:  Okay.  Well, I'm
10     getting confused, and I don't want
11     the witness to be confused.
12         THE WITNESS:  Thank you.
13     Q.    Is that right?
14     A.    When I came on -- when we put
15 the barge on the wire.
16     Q.    Yes.
17     A.    That's when we was able to see
18 the front.
19     Q.    Okay.  And you were looking at
20 it to see if there was any damage to it?
21     A.    Yes.
22     Q.    Right?
23     A.    There was no dents in or
24 anything like that.
25     Q.    Okay.  Do you recall who else

SHARIF PORTER

**April 30, 2025**

Page 62

1   was out on --
2       A.      No, I don't.
3       Q.      -- the deck at the time?
4       A.      No, I don't.  I'm sorry.
5           MR. RODGERS:  You have to let
6       him finish.
7           THE WITNESS:  Yeah, I know.
8       Q.      All right.  So you give me back
9   23.
10      A.      There you go.
11      Q.      Great, thanks.
12          Mr. Porter, I want to show you
13  what's been marked as Exhibit 4, which is a
14  collection of documents that I believe come
15  from the company's safety management
16  system?
17      A.      Okay.
18      Q.      I don't know if that's
19  complete, but have you ever seen a book at
20  Carver that contains anything that looks
21  like that, the contents of that?
22      A.      I'm sorry.  What -- would you
23  point to the documents?
24      Q.      Exhibit 4, yeah.
25      A.      Which --

Page 63

1       Q.      Yeah.  We can go --
2       A.      What inside?
3       Q.      Yeah.  Open it to Page 2 of
4   that exhibit, right?  It's got -- at the
5   top, it says, Section 5.1?
6       A.      Yes.
7       Q.      Right?  And the title is
8   master's responsibilities and authority?
9       A.      Yes.
10      Q.      Right.  So is that particular
11  page or document found anywhere on the boat
12  on the Mackenzie Rose?
13      A.      I believe so.
14      Q.      Where?
15      A.      In the galley.
16      Q.      And is -- is -- where is it in
17  the galley?
18      A.      On the bulletin board.
19      Q.      So how big is the bulletin
20  board in the galley?
21      A.      Standard size bulletin board.
22      Q.      Like three by four feet?
23      A.      Yes.  Something like -- yeah,
24  something like this.
25      Q.      It's kind of one of those push

Page 64

1   pin things --
2       A.      Yes.
3       Q.      -- where you put a thumbtack in
4   it?
5       A.      Yes.
6       Q.      All right.  And this Section
7   5.1 is on that bulletin board?
8       A.      I believe so.
9       Q.      Okay.  If you can turn to the
10  next session which is numbered 6.12.
11  Starts on Page 150.  It is titled 6.12
12  deckhand.
13      A.      Yes.
14      Q.      What about this?
15      A.      This is posted also.
16      Q.      On the bulletin board?
17      A.      Yes.
18      Q.      Have you ever read it on the
19  bulletin board?
20      A.      Yes.  I've breezed through it
21  before, yes.
22      Q.      All right.  Do you have a
23  personal copy of it too?
24      A.      Yes.
25      Q.      Where?

Page 65

1       A.      Home.
2       Q.      Is it part of that same book
3   that you think --
4       A.      Yes.
5       Q.      -- you got years ago?
6       A.      Yes.
7       Q.      This exhibit is half an inch
8   thick or so, right?
9       A.      Yes.
10      Q.      The book that you have -- I
11  think you told us was maybe an inch thick,
12  right?
13      A.      Probably something like that,
14  yeah.
15      Q.      Okay.  But the only way to know
16  whether those sections that we just looked
17  at are in that book would be to look at
18  your book, right?
19      A.      Yes.
20      Q.      The book that you received, is
21  it like a bound book or is it a three-ring
22  binder or what is it?
23      A.      I got the book seven years ago.
24  I really don't remember.
25      Q.      Okay.  So was there any

SHARIF PORTER

April 30, 2025

Page 66

1  specific training that you can recall
2  receiving as a deckhand about making bridge
3  transits?
4      MR. RODGERS:  Objection to
5      form.
6      A.    If the captain needs our help
7  just to -- for visibility, he has to go out
8  and stand on the barge.
9      Q.    So my question is a little bit
10  different.  I'm focused on whether you got
11  any specific training about that as opposed
12  to instruction to go do it?
13      A.    No.
14      Q.    No training?
15      A.    No.
16      Q.    Okay.  So you told us that the
17  master or the captain, whoever's at the
18  wheel, the officer of the watch could give
19  you instructions to go stand at the -- or
20  be the lookout at the head end of the tow,
21  right?
22      A.    Yes.
23      Q.    Okay.  And do you customarily
24  do that for bridge transits in your work
25  with Carver?

Page 67

1      A.    Sometimes.
2      Q.    And under what circumstances?
3      A.    If it's foggy out or if the
4  captain really can't see, he'll instruct us
5  to go out and give him distances and
6  numbers.
7      Q.    And how do you give him those
8  numbers?
9      A.    We stand on a barge and we tell
10  him how far he is off of the bridge or the
11  embankment or whatever.
12      Q.    And how do you communicate with
13  him?
14      A.    Through radio.
15      Q.    So you take a handheld radio
16  with you?
17      A.    Yes.
18      Q.    Okay.  While you were -- at any
19  time during this particular voyage when the
20  collision occurred at the bridge, do you
21  recall ever being given instructions to
22  serve as a look out?
23      MR. RODGERS:  Could you repeat
24      that.
25      MR. CHAPMAN:  Sure.  We'll get

Page 68

1      the court reporter read it back.
2      MR. RODGERS:  Oh, you weren't
3      finished?
4      MR. CHAPMAN:  I was done with
5      the question.
6      MR. RODGERS:  I didn't hear it.
7      (Whereupon, the above record
8      was read back by the court reporter.)
9      Q.    You understand the question?
10      A.    Yes -- no.
11      Q.    Can you recall Captain James
12  Morrissey ever telling you to get serve as
13  a lookout?
14      A.    I wasn't on his watch.
15      Q.    Well, what about Captain
16  Miller?
17      A.    Yes.
18      Q.    He -- Captain Miller has?
19      A.    At times, yes.  Not on that
20  day, for certain day.  But, yes, he has in
21  the past.
22      Q.    So do you -- does Captain
23  Miller still work for the company?
24      A.    He passed away.
25      Q.    When did you find out he passed

Page 69

1  away?
2      A.    A couple of days ago.
3      Q.    How did you find out?
4      A.    I think that one of my
5  engineers told me.
6      Q.    Do you know what he passed of?
7      A.    No, I don't.
8      Q.    When was the last time you guys
9  have served on the same crew rotation?
10      A.    I can't tell you.  I don't
11  remember.
12      Q.    Several months?
13      A.    Maybe seven, eight months,
14  yeah.
15      Q.    Sometime in 2024 would've been
16  the last time?
17      A.    I don't remember.  Maybe.
18      Q.    Did you ever hear that he was
19  ill?
20      A.    I know he had health
21  complications.  Yeah.
22      Q.    Who is the master of the tug
23  that you currently serve with on the
24  Mackenzie Rose?
25      A.    I think his name is Bruce.

SHARIF PORTER

**April 30, 2025**

Page 70

```
1      Q.     Bruce?
2      A.     Yes.  I don't know his last
3  name.
4      Q.     Is he new?
5      A.     He's fairly new, yes.
6      Q.     And who's the mate that you
7  currently serve with?
8      A.     Caleb.
9      Q.     Caleb.  Do you know Caleb's
10 last name?
11     A.     I don't know his last name.
12 No, I don't.
13     Q.     Okay.  So looking at Exhibit 4,
14 the -- all of these sections are, kind of,
15 in the order that you see them in on the
16 first page.  But they have page numbers,
17 kind of, flop around, but towards the end,
18 there's a section called bridge transits?
19            MR. RODGERS:  What page?
20            MR. CHAPMAN:  It's page
21       0000910:
22            MR. RODGERS:  Near the end.
23     Q.     And it looks like this, just to
24 help you find it.  It's, you know, probably
25 eight or ten pages from the end.
```

Page 71

```
1      A.     You said 910?
2      Q.     910, yes.
3      A.     Yes.  Mine stops at 889.
4      Q.     Yeah.  Well, the challenges are
5  not all in order.  There's a big group of
6  them that has a blue band at the bottom
7  right before it.  It's about 26 pages all
8  together.  But right after it, you'll
9  see -- go after the one we're looking at
10 right now.  The blue band at the bottom.
11 Very next page after the end of that.
12            MR. RODGERS:  Wait, what's
13       the -- oh, he's still looking for
14       910?
15            MR. CHAPMAN:  Yes.
16            MR. RODGERS:  Yeah, it's near
17       the end.  She -- start at the end and
18       go backwards is probably better.
19            THE WITNESS:  All right.
20            MR. CHAPMAN:  Got a big yellow
21       bar across the middle of it.
22            MR. RODGERS:  It looks orange.
23            MR. CHAPMAN:  Okay.  Orange.
24            MR. RODGERS:  I'm a little
25       color blind.  You want me to find?
```

Page 72

```
1      Here.  Just --
2            THE WITNESS:  Not me.
3            MR. RODGERS:  That's not it,
4       no.  So it's in here.  What's the
5       page after this?  Okay.  That's
6       right.  All right.  Here we go.
7      Q.     All right.  You found it?
8      A.     Yes.
9      Q.     Sorry for the ordeal.  7.12,
10 bridge transit which is page Carver 0000910
11 in Exhibit 4.
12            Do you know if this is posted
13 in the galley?
14     A.     I can't recall.
15     Q.     Have you ever read it before?
16     A.     No, I haven't.
17     Q.     And then if you turn to the
18 very next page, and it says at the top,
19 7.16, lookout.
20     A.     Yes.
21     Q.     Right?  Which is Carver 000155.
22 Is this posted in the galley?
23     A.     I don't recall.
24     Q.     Have you ever read it before?
25     A.     No, I haven't.
```

Page 73

```
1      Q.     That's all I got on the 4th.
2  Thank you.
3            Can you ever recall receiving
4  any specific training on transit and
5  bridges, Mr. Porter?
6      A.     No.
7      Q.     Can you ever recall any
8  specific training on serving as a lookout?
9      A.     Yes.
10     Q.     And is that the instruction
11 that you get to go post yourself as a
12 lookout, or is their some specific training
13 generally about lookout responsibilities?
14     A.     Generally, when you become an
15 AB.
16     Q.     So this is back when you got
17 your AB ticket?
18     A.     Yes.
19     Q.     I think you said five years
20 ago?
21     A.     Yes.
22     Q.     Right.  Did you attend a school
23 for that training?
24     A.     Yes.  Down in Virginia.
25     Q.     In Virginia?
```

SHARIF PORTER

April 30, 2025

Page 74

1    A.    Yes.

2    Q.    In Norfolk, Virginia?

3    A.    Chesapeake Bay.

4    Q.    Somewhere in the Chesapeake

5 Bay?

6    A.    Yes.

7    Q.    Okay.  You remember the name of

8 the school?

9    A.    No, I don't.  I think it was

10 Chesapeake Marine Times Training.

11    Q.    How long was it?

12    A.    It was a class.

13    Q.    Like one day, or?

14    A.    I think it was two days.

15    Q.    Did Carver send you to that?

16    A.    No.

17    Q.    You had to pay for it out of

18 your own pocket?

19    A.    Yes.  I was reimbursed

20 afterwards.

21    Q.    So there was some kind of test?

22    A.    Some kind of -- some type

23 of --

24         THE REPORTER:  You have to let

25    him finish.

Page 75

1         THE WITNESS:  Sorry.

2    A.    Some type of program that if

3 you with the company for more than two

4 years, if you go get your -- upgrade your

5 credentials, you'll get reimbursed for the

6 classes.

7    Q.    So you have attended that

8 class?

9         THE REPORTER:  Yes.

10    A.    Yes.

11    Q.    And you recall --

12         THE WITNESS:  I was waiting for

13    him to finish, you see.

14    Q.    So apologies.

15         That class you attended,

16 somebody taught something about the lookout

17 responsibilities?

18    A.    Yes.

19    Q.    And what do you remember of

20 that?

21    A.    When you are on watch, you go

22 around the vessel to make sure everything

23 is okay, everything is secure.  You do

24 engine room checks.  You check on the

25 captain to make sure he is okay.  And

Page 76

1 that's about it really.

2    Q.    That sounds like a basic

3 deckhand duties, right?

4    A.    Yes.

5    Q.    Okay.  I'm -- what I'm

6 interesting in is whether there's any

7 specific instruction about what to do when

8 you've been posted as a lookout.  Training,

9 the things you're supposed to pay attention

10 to while you are serving in the role of a

11 lookout, you know, while the vessel's on

12 the way.

13    A.    Other vessels on the way; there

14 is a burning barrel on the back of a deck,

15 what does it mean, things like that.  But

16 as far as other vessels are concerned; to

17 look out for, there's divers in the water,

18 the shapes and signals and the lights,

19 things like that.

20    Q.    So that's sort of, like, I

21 don't know if I can call it this.  So

22 whether you even agree with it, sort of

23 good seamanship practices?

24    A.    Yes.

25    Q.    What you should know the

Page 77

1 difference between a green sign and a red

2 sign?

3    A.    Basically.

4    Q.    Or if a vessel is in navigation

5 or it's at anchor based on its lights.

6    A.    Yes.

7    Q.    That kind of thing?

8    A.    Yes.

9    Q.    Okay.  Do you know what Rule 5

10 is?

11         MR. RODGERS:  Objection to

12    form.

13    Q.    Do you know what I mean by Rule

14 5?

15    A.    No.

16    Q.    Are you familiar with the rules

17 of inland navigation?

18         MR. RODGERS:  Other than what

19    he has just described?

20         MR. CHAPMAN:  Yeah.

21    A.    No.

22    Q.    Okay.  All right.  Does Carver

23 Marine have any sort of operating

24 procedure, standard operating procedure for

25 approaching and transiting through bridges?

SHARIF PORTER

April 30, 2025

1     MR. RODGERS:  Objection to
2   form.
3         You can answer if you know.
4     **A.    No, I don't know.**
5     Q.    Does the company have any
6   policy or rules regarding the assignment of
7   lookouts during the transit underneath
8   bridges.
9         MR. RODGERS:  Objection to
10  form.
11        You can answer.
12    **A.    Don't know.**
13    Q.    Have you ever had the
14  opportunity under the supervision of either
15  the master or the mate on the vessel to
16  actually operate the tug?
17    **A.    No.**
18    Q.    So you'd not been in the
19  wheelhouse and handled the controls or the
20  rudder, or anything like that?
21    **A.    No.**
22    Q.    What about the autopilot?
23    **A.    No.**
24    Q.    Do you understand what an
25  autopilot is supposed to do?

1     **A.    Yes.**
2     Q.    What is that?
3     **A.    It keeps the --**
4         MR. RODGERS:  Objection to
5   form.
6         You can answer what you know.
7     **A.    The autopilot keeps the boat on**
8   **the same course as it's supposed to be**
9   **going on as if the captain was behind the**
10  **controls.**
11    Q.    And do you know how to
12  disengage the autopilot --
13        MR. RODGERS:  Objection.
14    Q.    -- when it's necessary?
15    **A.    If need be.**
16    Q.    How do you that?
17    **A.    Pressing --**
18        MR. RODGERS:  Objection to
19  form.
20    **A.    Pressing the button.**
21    Q.    Somewhere there on the control
22  panel?
23    **A.    Yes.**
24    Q.    Or on the autopilot itself?
25    **A.    On the autopilot.**

1     Q.    After you arrived at
2   destination of the voyage, when the -- a
3   bridge was damaged --
4         MR. RODGERS:  Objection to
5   form.
6     Q.    You're right.  It starts with a
7   bad lead-in.
8         I'm focused right now,
9   Mr. Porter, on the specific voyage when the
10  barge hit the bridge on June 15th -- start
11  on June 15th, ended, from what I
12  understand, a couple of days later when the
13  barge was delivered to some place in New
14  Jersey, okay?
15        So after that, did anybody come
16  aboard the vessel to interview?
17    **A.    I don't remember.**
18    Q.    Do you recall the Coast Guard
19  coming aboard the vessel at anytime to
20  interview people about the incident?
21    **A.    I don't believe so.**
22    Q.    Did Mr. Baldarasse, to your
23  recollection, come aboard the vessel to
24  interview anybody?
25    **A.    I don't remember.**

1     Q.    In terms of your crew
2   assignment back on June 15th, 2024 -- I
3   think we have established that Jarkies
4   Morrissey just hired on maybe six weeks
5   earlier.  Was he part of your crew
6   assignment rotation?
7     **A.    Yes.**
8     Q.    From when he was hired?
9     **A.    Yes.**
10    Q.    So you guys were regular
11  deckhands together?
12    **A.    Yes.**
13    Q.    And so, it'd -- probably been
14  through two, maybe this was your third,
15  two-week service with him?
16    **A.    Maybe.  I don't remember.**
17    Q.    Okay.  Do you remember the
18  deckhand whose place he took?
19    **A.    No, I don't.**
20        MR. CHAPMAN:  I think I'm done,
21    but I'd like to take a brief break
22    just to --
23    **A.    Sure.**
24        MR. CHAPMAN:  -- kind of finish
25    things up, and we'll come back on the

SHARIF PORTER

April 30, 2025

1    record and --
2         MR. RODGERS:  Five minutes?
3         MR. CHAPMAN:  -- wrap up.
4         MR. RODGERS:  Is that enough?
5         MR. CHAPMAN:  That's probably
6    fine.
7         **THE WITNESS:  10 minutes.  I**
8    **need --**
9         THE VIDEOGRAPHER:  Okay.  We
10   are going off the record.  The time
11   is 1:40 p.m.
12        Off the record.
13        (Whereupon, a short recess was
14   taken.)
15        THE VIDEOGRAPHER:  Beginning
16   Media Number 2.  We are back on the
17   record.  The time is 1:40 p.m.
18   Q.    Mr. Porter, with reference this
19   voyage on June 15th when you were back up
20   on your second watch on June 15th and
21   involved in putting the barge on the tow
22   wire, right?
23   A.    Yes.
24   Q.    Okay.  Is that an all hands
25   evolution?

1    A.    Yes.
2    Q.    So all five crew members
3    would've somehow been involved, and up for
4    it --
5    A.    Yes.
6    Q.    -- at the time?
7         And then, whoever wasn't really
8    on watch during that cycle, they then go to
9    their own beds?
10   A.    **They go to their beds after it**
11   **was done.**
12        MR. CHAPMAN:  Okay.  All right.
13   Great.  That's all I got.  Thank you.
14        MR. RODGERS:  That's it.
15        THE REPORTER:  And Counsel, you
16   would like a copy of the transcript
17   and the rough draft?
18        MR. RODGERS:  Yeah.  The draft.
19        THE REPORTER:  That's a rough.
20        MR. RODGERS:  Oh, yes.  I
21   didn't hear the second word.
22        THE REPORTER:  It's okay.
23        MR. RODGERS:  Sorry.
24        MR. CHAPMAN:  As I said
25   yesterday, I forgot to say during

1    Mr. Morrissey's deposition.  Just
2    we're reserving the right to come
3    back pending whatever's produced that
4    might require further questioning.
5         MR. RODGERS:  Okay, yeah.
6         MR. CHAPMAN:  Okay.
7         MR. RODGERS:  Pursuant, I
8    think, to the judge's order and scope
9    that the judge mentioned.
10        MR. CHAPMAN:  Yes.
11        MR. RODGERS:  Okay.  The
12   magistrate, I should say.
13        THE VIDEOGRAPHER:  Finished?
14        MR. CHAPMAN:  Yes.
15        MR. RODGERS:  Yes.  Thank you,
16   both.
17        THE VIDEOGRAPHER:  This is the
18   end on the video deposition of Sharif
19   Porter.  We are going off the record.
20   The time is 1:50 p.m.
21        (Time noted:  1:50 p.m.)
22
23
24
25

1    A C K N O W L E D G M E N T
2
3    STATE OF NEW YORK)
4                     :ss
5    COUNTY OF     )
6
7         I, SHARIF PORTER, hereby certify that
8    I have read the transcript of my testimony
9    taken under oath on 30/04/2025; that the
10   transcript is a true, complete and correct
11   record of what was asked, answered and said
12   during this proceeding, and that the
13   answers on the record as given by me are
14   true and correct.
15
16        -------------------------
              SHARIF PORTER
17
18   Signed and subscribed to
     before me this _____ day
19   of _____, 2025
20
21
22        _____
          Notary Public
23
24
25

**SHARIF PORTER**

**April 30, 2025**

**Page 86**

```
 1          C E R T I F I C A T E

 2

 3  STATE OF NEW YORK)

 4                      :ss

 5  COUNTY OF SUFFOLK  )

 6

 7       I, LARIN KAYWOOD, a Notary Public

 8  within and for the State of New York, do

 9  hereby certify:

10       That the witness whose examination is

11  hereinbefore set forth was duly sworn and

12  that such an examination is a true record

13  of the testimony given by such a witness.

14       I further certify that I am not

15  related to any of these parties to this

16  action by blood or marriage, and that I am

17  not in any way interested in the outcome of

18  this matter.

19       IN WITNESS WHEREOF, I have hereunto

20  set my hand this 30 day of April, 2025.

21

22

23              Larin Kaywood

24       _____

25              Larin Kaywood
```

**Page 87**

```
 1  Errata Sheet

 2

 3  NAME OF CASE: IN THE MATTER OF COEYMANS MARINE TOWING, LLC

 4  DATE OF DEPOSITION: 04/30/2025

 5  NAME OF WITNESS: SHARIF PORTER

 6  Reason Codes:

 7       1. To clarify the record.

 8       2. To conform to the facts.

 9       3. To correct transcription errors.

10  Page _____ Line _____ Reason _____

11  From _____ to _____

12  Page _____ Line _____ Reason _____

13  From _____ to _____

14  Page _____ Line _____ Reason _____

15  From _____ to _____

16  Page _____ Line _____ Reason _____

17  From _____ to _____

18  Page _____ Line _____ Reason _____

19  From _____ to _____

20  Page _____ Line _____ Reason _____

21  From _____ to _____

22  Page _____ Line _____ Reason _____

23  From _____ to _____

24

25              _____
```

**SHARIF PORTER**

**April 30, 2025**

| **Exhibits** | |
| --- | --- |

**Exhibit 1**
4:9 41:2

**Exhibit 2**
4:10 41:16,22

**Exhibit 4**
4:11 62:13,24
70:13 72:11

**Exhibit 6**
4:12 54:11

**Exhibit 15**
4:13 44:6
47:17

**Exhibit 23**
4:14 58:8 59:3

---

**0**

**0000**
55:2

**0000910**
70:21 72:10

**000155**
72:21

---

**1**

**1**
5:2 41:2 44:8

**10**
9:17 82:7

**10301**
6:5

**12/1/'69**
6:24

**12:29**
5:7

**12th**
54:15 58:11

**14**
51:5

**15**
44:6 47:17

**150**
64:11

**15th**
6:15 8:25
18:9,20 22:9
23:14 37:8
38:1 42:2,15,
17 55:6 58:22
80:10,11 81:2
82:19,20

**1630**
55:9 59:12

**16th**
42:15 54:15
58:11

**1:40**
82:11,17

**1:50**
84:20,21

---

**2**

**2**
41:16,22 63:3
82:16

**20**
14:14

**2024**
6:16 8:25
18:9,21 23:14
37:8 42:2
51:12 54:16
55:6 58:11,22

**69:15 81:2**

**2025**
5:7 11:11

**23**
58:8 59:3 62:9

**242**
58:20

**26**
71:7

**281**
55:16 56:22

**2:24-CV-00490**
5:5

---

**3**

**30th**
5:6

---

**4**

**4**
62:13,24
70:13 72:11

**4:30**
22:11

**4th**
73:1

---

**5**

**5**
77:9,14

**5,1**
63:5

**5.1**
64:7

**56**

**55:1,4**

---

**6**

**6**
54:11

**6.12**
64:10,11

**68**
6:3

**6:00**
21:24 22:2
37:20,22 38:1

---

**7**

**7.12**
72:9

**7.16**
72:19

---

**8**

**889**
71:3

---

**9**

**910**
71:1,2,14

---

**A**

**a.m.**
21:24

**AB**
8:13 9:5 10:3,
15,22 73:15,
17

**aboard**
80:16,19,23

**access**
16:10 29:19,
23

**accident**
51:20

**accurate**
58:25

**acknowledge**
15:2

**address**
6:1,22

**afternoon**
6:8 22:9

**agree**
76:22

**ahead**
16:23

**alcohol**
51:20

**alike**
42:6

**allision**
37:4

**alongside**
55:17

**anchor**
77:5

**answers**
8:7

**anytime**
80:19

**apologies**
51:3 75:14

**apologize**
41:2 54:6

SHARIF PORTER

April 30, 2025

60:15

**apology**
41:18

**appearances**
5:13

**appears**
47:18 48:10
51:6 54:14
58:9

**approaching**
77:25

**April**
5:6

**arrived**
80:1

**ascend**
30:7

**asleep**
22:15 33:13

**assigned**
8:17,20

**assignment**
78:6 81:2,6

**Associate**
5:12

**assume**
34:17

**assuming**
16:16

**athletic**
33:2

**attend**
73:22

**attended**
75:7,15

**attention**
59:12 76:9

**audible**
7:21

**authority**
63:8

**autopilot**
55:13 56:9,16
78:22,25 79:7,
12,24,25

**Avenue**
6:4

---

**B**

**back**
11:11 23:19,
20 29:5,10
30:16 31:11,
20 33:12,23
42:12 45:11
49:4 50:11,18,
24 55:15 62:8
68:1,8 73:16
76:14 81:2,25
82:16,19 84:3

**backing**
32:5,6,11
55:16 56:21,
23 59:17 60:3

**backup**
32:8

**backwards**
71:18

**bad**
80:7

**Baldarasse**
49:7,8 80:22

**band**
71:6,10

**bar**

71:21

**barge**
6:17 25:18
27:10 30:25
31:15,23 37:9
38:2,6 39:6,
13,19,23
41:23,24 42:1
50:1,7,12
51:24 52:5,8
53:6,7,18,21
55:17 56:22
59:9 60:19
61:15 66:8
67:9 80:10,13
82:21

**barges**
42:5

**barrel**
76:14

**based**
77:5

**basic**
11:22 76:2

**Basically**
77:3

**Bay**
74:3,5

**bed**
23:19,21
27:21 29:5,10
31:11,20
33:24 44:20
45:11

**beds**
83:9,10

**begin**
55:16 56:21

**beginning**

5:1 82:15

**Belt**
6:10,14 22:8
37:11

**big**
63:19 71:5,20

**binder**
65:22

**birth**
6:22

**bit**
12:9 24:6 66:9

**blind**
71:25

**blue**
71:6,10

**board**
63:18,20,21
64:7,16,19

**boat**
13:12,17
18:12 23:16
24:2 26:5
29:22 30:11,
14,15 32:1,3
33:20 34:1
35:13 44:20,
23 45:4,15,17
46:2,18 47:14
52:1,11,12
54:1 63:11
79:7

**boat's**
35:15

**boating**
37:5

**boats**
9:25 10:1
24:12

**book**
12:3,4,18
13:1,9,15,17
15:3,6,11,15
16:11,12
17:10 58:17
62:19 65:2,10,
17,18,20,21,
23

**bottom**
55:2 58:20,21
71:6,10

**bound**
65:21

**bowl**
38:13

**break**
81:21

**breakdown**
37:18

**breezed**
14:25 64:20

**bridge**
6:15 20:4 22:8
23:15 37:10,
11 38:3,7
39:23 40:3,19
41:10 49:22
50:8,9,13
55:18,20
59:18 60:8
66:2,24 67:10,
20 70:18
72:10 80:3,10

**bridges**
73:5 77:25
78:8

**briefly**
31:25

SHARIF PORTER

April 30, 2025

**Bruce**
69:25 70:1

**bulletin**
63:18,19,21
64:7,16,19

**bunk**
22:17,22

**burning**
76:14

**business**
9:16 52:14
53:3

**button**
79:20

---

**C**

---

**cables**
26:8,14

**Caleb**
70:8,9

**Caleb's**
70:9

**call**
24:12 52:11
53:12 76:21

**called**
19:5 70:18

**captain**
19:3,19 20:7,
23 21:7,8,11
23:18 27:3
29:12 33:18
38:22 39:2
43:13 44:3,22
45:3,7 46:15,
22 47:3,5
53:14 54:19
57:14 59:22

66:6,17 67:4
68:11,15,18,
22 75:25 79:9

**cards**
13:5

**Carver**
5:4 6:13,16
8:10 9:9
10:14,18 11:3,
17 12:15
17:13,20 18:2
20:13 41:4,18
48:12 51:5
54:12 55:2
58:9 62:20
66:25 72:10,
21 74:15
77:22

**Carver's**
12:14,16

**Case**
5:4

**caused**
6:14

**cell**
52:23 53:2

**Chains**
26:3,6

**Chapman**
6:7,9 16:24
17:2,5 36:1,4
42:14,20
46:19,25 47:4
51:1 54:8 57:6
60:25 61:3,7
67:25 68:4
70:20 71:15,
20,23 77:20

81:20,24 82:3,
5 83:12,24
84:6,10,14

**check**
26:19 49:16,
18 53:21
75:24

**checking**
39:6

**checks**
75:24

**Chesapeake**
74:3,4,10

**Chris**
18:25 19:2
43:10,11

**circles**
37:5

**circumstances**
67:2

**clarification**
7:19 36:14

**class**
74:12 75:8,15

**classes**
17:14 75:6

**clear**
40:25

**clue**
14:19 18:4

**Co-captain**
59:15

**Coast**
80:18

**Coeymans**
5:3

**collection**

41:16 54:11
62:14

**collision**
67:20

**color**
71:25

**communicate**
8:2 53:2 67:12

**company**
6:11 9:20
52:14 53:3
68:23 75:3
78:5

**company's**
62:15

**complete**
17:12 62:19

**completely**
55:14 56:9

**complications**
69:21

**concerned**
76:16

**condition**
39:22 42:1

**configuration**
25:17

**confirm**
51:6

**confused**
61:10,11

**connect**
12:24 15:16,
19,20,24 16:2,
5,14 25:22

**connected**
25:24

**connection**
6:12 43:24

**contents**
62:21

**continue**
20:23

**continuing**
57:9

**Contreras**
5:9

**control**
79:21

**controls**
78:19 79:10

**copies**
13:20

**copy**
13:16,19,22,
25 15:2 44:9
58:15 64:23
83:16

**correct**
9:6 39:3 55:15
56:15,25
60:17,20 61:7

**correctly**
15:17 55:21
56:2 59:19

**counsel**
35:25 36:11,
20 83:15

**couple**
18:3 32:16
69:2 80:12

**court**
5:10,15 8:3
68:1,8

SHARIF PORTER

April 30, 2025

cover
54:14

covering
58:10

covers
53:18,19

credential
9:6

credentials
75:5

crew
8:24 10:1 11:5
18:22 22:16
53:15 58:22
59:8 69:9
81:1,5 83:2

current
8:12 10:7,25

customarily
66:23

cycle
21:2,6,12 83:8

**D**

d/b/a
5:4

daily
54:12

damage
6:14 39:7 52:3
60:19 61:20

damaged
80:3

date
5:6 6:22 55:5

day
18:22 20:17

25:7 27:10
31:6 37:16
38:8,10,12
40:10 43:18
44:24 57:20
59:9 60:11
68:20 74:13

days
40:13 52:24
69:2 74:14
80:12

deck
25:15 27:4,11,
17 49:15 62:3
76:14

deckhand
8:13,15 9:9
10:18,20,25
11:18 13:3,7
21:17,19
64:12 66:2
76:3 81:18

deckhand's
26:23

deckhands
81:11

deckhands'
27:1

delivered
80:13

dents
39:12,13
61:23

Depending
25:1

depict
41:23

deposed
7:1

deposition
5:2 36:8 84:1,
18

Description
48:13

desk
58:4

destination
80:2

difference
77:1

direct
59:11

directing
27:5

direction
27:11

discipline
7:10

disengage
79:12

distances
67:5

distinction
36:9,13

divers
76:17

document
12:19 51:8
63:11

documents
36:10,17,18,
24 62:14,23

door
29:19,23
30:17 31:9

downstairs

29:6

draft
83:17,18

dressed
33:10

drills
13:12

drug
51:20

duly
5:18

duties
11:18 13:7
20:6 76:3

**E**

earlier
49:17 60:16,
17 81:5

eat
23:10

electronic
12:19

elimination
38:17

else's
26:24

embankment
67:11

employee
17:19 18:1

end
25:19 39:6,19
41:23 46:11
51:25 52:8
60:18 66:20
70:17,22,25

71:11,17
84:18

ended
80:11

engine
75:24

engineer
19:10 27:13,
15

engineers
69:5

entries
15:23 16:2
54:20 57:15,
22

entry
55:9 59:12

established
81:3

evenly
26:22

everything's
26:20 31:10

evolution
19:25 82:25

EXAMINATION
6:6

examined
5:20

excuse
59:9

exercise
7:9

exhibit
41:2,16,22
44:6,7 47:17
49:14 51:4

SHARIF PORTER

April 30, 2025

54:11 58:8
59:3,4 62:13,
24 63:4 65:7
70:13 72:11

**experience**
10:23 24:19

**experienced**
56:23

---

**F**

---

**facing**
31:21,22

**fails**
24:23

**fairly**
70:5

**familiar**
77:16

**fault**
54:9

**feel**
7:18

**feet**
63:22

**fell**
33:13

**felt**
23:16 24:1,7,
17 44:20
47:14 60:3

**fendering**
55:18

**fenders**
49:22 50:8

**figure**
36:19

**filed**
6:13

**fill**
54:23

**find**
28:21 68:25
69:3 70:24
71:25

**fine**
46:21 82:6

**fingers**
12:6

**finish**
16:25 50:3
54:4 62:6
74:25 75:13
81:24

**finished**
68:3 84:13

**fixed**
37:6

**flop**
70:17

**flotilla**
46:11

**focus**
44:7,8

**focused**
66:10 80:8

**foggy**
67:3

**forget**
12:4 40:9

**forgot**
83:25

**form**
20:9 34:4 40:1

45:22 60:14
66:5 77:12
78:2,10 79:5,
19 80:5

**forms**
15:5

**found**
63:11 72:7

**foundation**
55:24 56:12
59:2

**frayed**
11:25

**free**
7:18

**front**
30:15 31:1,22
49:3 61:18

---

**G**

---

**galley**
63:15,17,20
72:13,22

**gave**
13:11,15,24
17:10 43:9
47:9 49:4
50:24 51:2

**gear**
24:17,23 25:2,
6,8,14,18
26:18 31:13
44:21 49:15,
16,18

**gears**
25:24

**generally**
73:13,14

**give**
7:11,21 12:7
16:20,24
42:12 62:8
66:18 67:5,7

**giving**
7:14 44:2

**good**
6:8 7:9,10
42:11,20
76:23

**grainy**
41:3,13,19

**great**
8:9 35:20
51:17 56:4,5,6
59:21 62:11
83:13

**green**
77:1

**group**
71:5

**Guard**
80:18

**guess**
38:13 41:11
56:4

**guessing**
33:3

**Gulf**
9:12,19

**guy's**
17:25

**guys**
27:7 69:8
81:10

---

**H**

---

**half**
65:7

**hand**
54:10 55:15
56:16

**handbook**
11:19,21 12:2,
14 13:3

**handheld**
67:15

**handled**
78:19

**hands**
25:15 27:17
82:24

**handwriting**
44:15

**happened**
29:2,8 37:14
46:17

**happening**
13:14

**harbor**
35:16

**hard**
17:7 18:16
33:21 34:1
44:23 45:4,15
46:3,7,11,12
47:6 59:16,22

**hasty**
32:8

**hats**
18:16

**hazards**

**SHARIF PORTER**

11:23

**he'll**
67:4

**head**
7:23 8:4 25:19
39:6,19 41:23
51:25 55:25
60:18 66:20

**headed**
49:15

**headline**
25:25

**health**
69:20

**hear**
29:14 40:5
56:14 60:10
68:6 69:18
83:21

**heard**
28:8

**hearing**
42:19

**held**
11:2

**Helm**
12:24 15:16,
19,20,23 16:2,
5,13 54:21

**helped**
25:8

**helping**
25:14

**helps**
27:15

**Hendricks**
6:3

**hired**
10:17 11:16
13:8 17:11,13,
17 81:4,8

**hit**
20:4 37:10
38:2,6 39:23
80:10

**hitch**
20:17

**hitches**
11:8

**hold**
12:6

**home**
14:4,15 65:1

**house**
14:3

---

**I**

**idea**
12:7 40:13

**ill**
69:19

**illuminated**
13:5

**imply**
34:23

**important**
36:12

**inch**
12:11 65:7,11

**incident**
20:18,22 22:8
23:15 40:4,11,
21 43:19
44:12,25

48:11,14
51:11 55:5,12
80:20

**indication**
23:13

**information**
15:21 16:10,
12 22:7 23:13

**Ingrid**
5:9

**inland**
77:17

**inside**
63:2

**instruct**
67:4

**instructed**
43:4

**instruction**
43:9 66:12
73:10 76:7

**instructions**
66:19 67:21

**interested**
34:24

**interesting**
76:6

**interfere**
57:10

**interrupt**
7:14

**interview**
80:16,20,24

**introduced**
18:14,15

**involved**
25:14 27:14

39:5 82:21
83:3

**involvement**
54:16

**Island**
6:4 14:7

---

**J**

**James**
19:7 55:13
56:8 68:11

**Jarkies**
19:1,16 38:18
81:3

**Jason**
18:25 19:11,
12,13 38:20

**Jersey**
43:1 80:14

**Jim**
6:9 57:4

**Jimmy**
18:25 19:6,8,
19 20:7 28:23
45:7

**job**
10:19,25

**judge**
84:9

**judge's**
84:8

**jump**
23:8

**June**
6:15 8:25
11:11 18:9,20
22:9 23:14

37:8 38:1 42:2
51:12 54:15
55:6 58:11,21
80:10,11 81:2
82:19,20

---

**K**

**Kaywood**
5:11

**kind**
7:22 15:15
17:6 23:4
26:20 42:5
63:25 70:14,
17 74:21,22
77:7 81:24

**knew**
43:7

**knowledge**
46:17

---

**L**

**ladder**
30:5,10

**laid**
27:21

**land**
50:8

**landed**
49:21

**Larin**
5:10

**late**
22:9

**Launch**
9:11,21,22

SHARIF PORTER

April 30, 2025

lawsuit
6:12

lawyer
7:12 34:13

lay
23:6

lead-in
80:7

learn
37:13 38:5
40:7

learned
38:2,9,12
40:16

left
24:5,8,10
27:25 46:4

Lenny
49:7

liability
6:14

lights
76:18 77:5

limits
6:13

lines
11:24,25
25:24 26:11,
16

listed
58:23

living
14:11,13

log
54:17 55:5

logbook
57:14 58:10,

15

logo
48:12

logs
54:12

long
8:9 9:16 10:2
32:13 74:11

looked
16:4 31:17,18
36:10,17
39:11 52:2
65:16

lookout
66:20 68:13
72:19 73:8,12,
13 75:16 76:8,
11

lookouts
78:7

loose
25:2

lower
28:12,15 30:3,
5 57:13 58:5

lunch
23:5

#### M

Mackenzie
6:17 8:18,24
11:6 20:24
21:17 22:19
37:10 54:14
63:12 69:24

Madam
42:13

made
27:10 50:12
57:22

magistrate
84:12

make
11:23 13:9
15:1,23 16:2
25:5 26:20
32:25 57:15
75:22,25

making
54:20 66:2

management
62:15

manager
17:22 18:6
49:7

managers
18:4

maneuvered
55:17

manhole
53:19

marine
5:3,4 6:16
8:10 9:16
11:3,17 48:12
74:10 77:23

mariner's
9:5

mariners
51:7

marked
41:2 62:13

master
19:3,20 20:24
57:15 66:17

69:22 78:15

master's
63:8

mate
27:4 28:24
29:13 54:20
55:12 56:8
70:6 78:15

matter
5:3

Mcgrath
19:13 38:20

means
37:4 46:21

Media
5:2 82:16

meeting
43:24

member
8:24 22:16
53:15

members
58:22 59:8
83:2

memory
42:23 48:6

mentioned
19:15 84:9

mentions
56:21

merchant
9:5 51:7

met
18:3,11

Mexico
9:12

middle

29:22 30:14,
18 71:21

midnight
22:3

Miller
18:25 19:2
20:23 21:7
39:3 43:11
44:3 68:16,18,
23

Miller's
9:11,21,22

mind
34:8

Mine
71:3

minute
16:24 32:19

minutes
82:2,7

Mm-hmm
9:3 14:1 17:4
21:5,21 28:4
47:20 54:13

monitor
5:7

months
40:14 69:12,
13

Morrissey
19:8,18,19
20:7 21:11
28:23 33:19
38:18,22 45:8
55:13 56:8
68:12 81:4

Morrissey's
84:1

SHARIF PORTER

April 30, 2025

move
24:10 33:3

moving
32:2

**N**

navigation
77:4,17

needed
17:14 29:17

nodded
55:25

nods
8:4

noon
21:25 23:2
25:13

Norfolk
6:10 55:12
74:2

normal
11:5 21:6 23:5

Northend
55:18 59:17
60:8

Notary
5:18

noted
84:21

noticed
49:21

number
5:2,4 82:16

numbered
55:1 64:10

numbers

58:20 67:6,8
70:16

**O**

object
37:6

objecting
47:10

objection
7:13 20:8 34:3
39:25 45:21
46:14 55:23
56:11,17 57:1,
10 59:2,4,23
60:13,22 66:4
77:11 78:1,9
79:4,13,18
80:4

observe
49:23 50:7

observed
42:1

occurred
6:15 67:20

officer
66:18

offshore
9:12

open
58:5 63:3

opened
31:8

opening
50:9

operate
78:16

operating

77:23,24

opportunity
78:14

opposed
66:11

orange
71:22,23

ordeal
72:9

order
70:15 71:5
84:8

OS
10:20,22 11:2

overhear
56:7

**P**

p.m.
5:8 22:2,11
37:20,22 38:1
82:11,17
84:20,21

pages
13:6 58:10,16
70:25 71:7

panel
79:22

paper
12:18

part
38:6 65:2 81:5

parted
24:18

pass
44:5 58:7

passed
18:15 68:24,
25 69:6

past
68:21

pay
74:17 76:9

PBLRR
55:18 59:17
60:8

pending
84:3

people
8:2 16:1 17:6
80:20

period
58:10

permanent
14:15

personal
13:16,19,22,
25 46:16
52:22 53:2
64:23

phone
52:11,23 53:2

photo
41:6,10 55:19

photocopies
58:9

photocopy
51:7

photographs
40:3 41:17
52:8

photos
40:6,8,17
41:22

picture
39:21 53:13

pictures
39:16,18,22
52:20

pin
64:1

place
80:13 81:18

placement
13:5

platform
9:13

pocket
74:18

point
40:16 62:23

policy
78:6

popped
44:21

port
24:13 30:11
46:5,8

Porter
5:3,25 6:8
34:6 36:15
44:6,19 54:10
62:12 73:5
80:9 82:18
84:19

Portsmouth
6:10

position
8:12

positions
11:2

SHARIF PORTER

post
73:11

posted
11:19 12:25
64:15 72:12,
22 76:8

practices
76:23

prepare
34:6,9,25
35:22 36:16
37:1

preparing
54:17

Pressing
79:17,20

pretty
32:17,22 33:2,
4

previous
10:23

problem
7:16 39:1

problems
42:23

procedure
77:24

proceeds
55:19

process
38:17 51:23

produced
41:4 54:12
58:8 84:3

program
75:2

propelled

45:18

provided
41:17

providing
27:11

Public
5:18

pulling
19:22

Pursuant
84:7

push
24:17,22 25:2,
6,14,17,24
26:18 31:13
44:21 49:16,
18 63:25

pushed
37:9

pushing
6:18

put
15:20 25:8
27:24 37:18
42:3 49:2,15
61:14 64:3

putting
42:24 82:21

Q

question
7:11,18 16:25
36:5 39:2
45:24 46:1,24
47:2,4,12 50:3
56:3,18,19
59:7 66:9
68:5,9

questioning
57:11 84:4

questions
56:7

quick
32:17,22

quickly
33:4

R

rack
23:8 32:14
33:13 50:12

radio
7:10 67:14,15

railroad
6:11 37:11
39:22 41:9

read
13:9 14:23
15:6 55:11,21
56:2,4,5 59:19
64:18 68:1,8
72:15,24

reads
59:15

ready
42:3

realize
41:12 42:5
58:14

reason
48:24

recall
61:25 66:1
67:21 68:11
72:14,23 73:3,
7 75:11 80:18

receive
11:17

received
65:20

receiving
66:2 73:3

recess
82:13

recollection
42:9 45:3
80:23

record
5:14,22 6:2
8:7 15:16 68:7
82:1,10,12,17
84:19

recorded
5:13 44:24

records
35:21

red
77:1

reference
18:20 82:18

refresh
45:2

regular
81:10

reimbursed
74:19 75:5

related
56:15

releasing
51:24

relieved
20:6

remember

receive
9:2 15:4,8,9
18:19,21
20:14,16 27:9
28:17 32:9,10
38:16,19,21,
23 39:3,17
40:15 42:4,10
44:2 48:5,23
49:5,11 52:9
53:25 60:12
65:24 69:11,
17 74:7 75:19
80:17,25
81:16,17

renewal
51:14

repeat
67:23

repeating
59:5

replace
11:25

report
48:11

reported
56:8

reporter
5:10,15,21 6:1
8:3 16:20
21:22 23:20
28:6 42:14,16
54:3,7 68:1,8
74:24 75:9
83:15,19,22

reports
53:6 55:13
59:16

represent
6:10

SHARIF PORTER

April 30, 2025

require
84:4

reserving
84:2

responsibilities
26:25 27:2
63:8 73:13
75:17

responsibility
26:24 54:17

reverse
32:4

review
35:21

rig
9:13

rigger
9:12

RODGERS
20:8 31:5
34:3,12,16
35:3,24 36:3,7
38:8,11 39:25
42:13,18,21
45:21 46:14,
23 47:1,8
50:17,20,22
55:23 56:11,
17 57:1,4,8
59:1,23,25
60:13,22 61:1,
4,9 62:5 66:4
67:23 68:2,6
70:19,22
71:12,16,22,
24 72:3 77:11,
18 78:1,9
79:4,13,18
80:4 82:2,4

83:14,18,20,
23 84:5,7,11,
15

Rogers
34:15,18 35:1
36:24 43:25
46:20

role
10:25 76:10

room
22:21,23
75:24

Rose
6:17 8:18,25
11:6 20:24
21:17 22:19
37:10 54:15
63:12 69:24

Rosenberg
5:11

rotation
11:6 69:9 81:6

rough
83:17,19

roundup
39:10

routine
23:5

rudder
78:20

Rule
77:9,13

rules
77:16 78:6

rush
32:24

**S**

safely
49:23

safeties
25:9

safety
17:17,21 18:3,
6,17 25:25
62:15

sail
20:12

sailing
20:16 37:4
52:23

Saturday
58:21

school
73:22 74:8

scope
84:8

screen
12:22,23

seamanship
76:23

seconds
32:16,22

section
63:5 64:6
70:18

sections
65:16 70:14

secure
75:23

seeking
6:13

send
53:9,13 74:15

senior
21:16,19

sensation
23:24 27:24
32:10 56:23
60:3

sentence
49:14

serve
20:23 67:22
68:12 69:23
70:7

served
69:9

service
81:15

serving
73:8 76:10

session
64:10

set
25:14 26:19

setting
51:24

shackles
26:1,2,4

shake
7:23

shapes
76:18

Sharif
5:2,24 44:19
84:18

shift
19:23

shifts
21:20

short
82:13

show
41:1,16 62:12

side
24:6,13 25:1
29:20 30:11,
12,21

sides
29:21

sign
15:1 48:21
49:1,10,12
77:1,2

signals
76:18

signature
48:19,25

signed
44:14 49:3

sir
6:23 38:10
49:9

sitting
58:3,4

size
63:21

sleep
23:6

sleeping
23:25 44:20

slid
24:2,4,5

slide
24:4,8,23

SHARIF PORTER

April 30, 2025

45:17,18
47:15 49:22

**sliding**
27:25 44:20

**slipping**
27:24

**slow**
32:25

**slowly**
55:19

**smooth**
32:7

**soft**
26:12,16

**sort**
16:16 17:15
26:21 76:20,
22 77:23

**sounds**
9:18 34:25
76:2

**specific**
11:18 66:1,11
73:4,8,12 76:7
80:9

**stairs**
30:17,19,20

**stand**
66:8,19 67:9

**standard**
63:21 77:24

**standing**
31:9,18 59:3

**starboard**
30:12

**start**
71:17 80:10

**started**
10:14 11:1

**starts**
64:11 80:6

**State**
5:19

**statement**
43:5,21 44:3,
10,18 47:21
60:1

**Staten**
6:4 14:6

**steady**
32:8

**steering**
55:16 56:16
59:16

**stenographer**
5:14

**stern**
29:20 30:10
46:11

**stopped**
23:17

**stops**
71:3

**strikes**
37:6

**submit**
51:19

**sucks**
26:22

**suggesting**
34:20

**suggestion**
34:14 36:2

**supervision**

78:14

**supply**
9:14,15 10:1

**supposed**
76:9 78:25
79:8

**swear**
5:15

**switch**
55:15 56:16

**sworn**
5:18

**system**
16:8 54:21
62:16

---

**T**

**table**
58:6

**taking**
42:24 52:7

**talk**
17:6 34:17
35:1

**talked**
35:1

**talking**
20:3 31:5
34:13

**taping**
60:7

**tapped**
59:17 60:7

**taught**
75:16

**telling**

68:12

**ten**
70:25

**tendency**
7:22

**term**
37:4

**terms**
7:20 16:11
27:23 81:1

**test**
51:20 74:21

**testified**
5:20 7:6

**testify**
34:6,10 35:22
37:1

**testifying**
34:18 35:2

**tests**
17:14

**text**
53:9

**there'd**
23:14

**thick**
12:7,8 65:8,11

**thing**
7:20 17:15
26:21 77:7

**things**
11:24 12:1
13:13 15:22
18:16 53:6,8
64:1 76:9,15,
19 81:25

**thinking**

45:20

**thought**
22:24 44:21
50:24 51:2
60:15,17,23

**three-page**
44:7

**three-ring**
65:21

**thumbed**
57:25

**thumbtack**
64:3

**ticket**
9:5 10:3,15
73:17

**tied**
35:15

**time**
5:7 20:15
22:14 35:2,8
51:11 54:20
62:3 67:19
69:8,16 82:10,
17 83:6 84:20,
21

**times**
19:20 68:19
74:10

**tired**
29:9

**title**
12:3,5 17:21
18:6 63:7

**titled**
64:11

**today**
6:12 11:6,7

SHARIF PORTER

34:6,10,18
35:7,12,18
48:4

**Today's**
5:6

**told**
13:11,18
38:14,16 40:9
44:23 45:3,11,
14 46:4,15,22
47:3,6 49:17
52:1 59:21,22
60:2 65:11
66:16 69:5

**top**
55:4 63:5
72:18

**tow**
42:3,24 51:25
66:20 82:21

**Towing**
5:4 6:16 8:10
11:3,17 48:12

**training**
11:18 17:12
18:17 66:1,11,
14 73:4,8,12,
23 74:10 76:8

**transcript**
83:16

**transit**
50:13 72:10
73:4 78:7

**transiting**
77:25

**transits**
66:3,24 70:18

**trick**
36:5

**trim**
26:20

**tub**
25:19

**tug**
6:16 8:18,24
9:25 11:6
24:7,23 27:4
32:14 37:10
46:12 50:1,7,
12 58:23 59:9
69:22 78:16

**turn**
47:16 48:9
54:25 55:3
64:9 72:17

**turned**
31:11 55:14
56:9

**two-week**
19:23 21:11
81:15

**type**
8:6 47:22
48:7,11,14
74:22 75:2

**typed**
47:18 48:12

---

**U**

**underneath**
78:7

**understand**
6:19 7:17,25
8:23 15:17
22:25 36:15
37:3 45:16,19,
24,25 47:5,12
52:10 68:9

78:24 80:12

**Understood**
10:24

**underway**
25:7 53:17

**upgrade**
75:4

**upper**
28:9,13,18,22
29:19,23,25
30:7,22,25
31:18,25
32:15 33:20

---

**V**

**valid**
51:11

**version**
47:19

**vessel**
9:15 11:22
13:7,14 15:21
19:3,20 20:4
25:6,16 37:6
75:22 77:4
78:15 80:16,
19,23

**vessel's**
76:11

**vessels**
8:21 9:14 10:1
12:25 13:2,20
76:13,16

**vests**
18:16

**video**
17:16 84:18

**Virginia**
55:12 73:24,
25 74:2

**visibility**
66:7

**voyage**
20:3,13 67:19
80:2,9 82:19

---

**W**

**wait**
7:11 71:12

**waiting**
75:12

**wake**
23:25

**walk**
30:18 32:25

**walked**
32:25

**warehouse**
23:17

**watch**
22:5 23:1
25:11 33:16
37:23 38:1
60:11,25 61:5
66:18 68:14
75:21 82:20
83:8

**water**
53:7,23 76:17

**Wednesday**
5:6

**week**
35:10

**weeks**

11:7,8,14
55:16 56:22
81:4

**whatever's**
84:3

**wheel**
66:18

**wheelhouse**
28:9,12,13,16,
22 29:20,24,
25 30:3,5,8,
17,22,25 31:8,
18,25 32:15
33:20 44:22
56:24 57:13
58:5 61:5
78:19

**whoever's**
66:17

**window**
31:3

**wire**
37:18 42:3,25
61:2,15 82:22

**wires**
25:21

**withdraw**
50:16

**woke**
37:15

**word**
83:21

**words**
48:14

**work**
9:8 14:20
21:10 66:24
68:23

**SHARIF PORTER**

April 30, 2025

| | |
|---|---|
| **worked** | **York** |
| 8:10 9:11,25 | 5:19 6:4 35:16 |
| 21:7 | |
| **working** | |
| 10:14 20:20 | |
| **works** | |
| 21:20 | |
| **would've** | |
| 29:15,16 | |
| 37:19 51:10 | |
| 69:15 83:3 | |
| **wrap** | |
| 82:3 | |
| **write** | |
| 43:4 | |
| **written** | |
| 43:4 57:14 | |
| **wrong** | |
| 29:15 34:21 | |
| 36:17 60:16 | |
| **wrote** | |
| 43:22 44:10 | |

**Y**

**y'all**
27:9

**year**
57:17

**years**
8:11 9:10,17,
18 10:4 14:12,
14 65:5,23
73:19 75:4

**yellow**
71:20

**yesterday**
83:25