# EXHIBIT 15

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
----------------------------------------X
IN THE MATTER OF COEYMANS MARINE
TOWING, LLC D/B/A CARVER MARINE
TOWING AS OWNER AND OPERATOR OF M/T
MACKENZIE ROSE, (IMO NO. 8968765) HER
CARGO, ENGINES, BOILERS, TACKLE, EQUIPMENT,
APPAREL, AND APPURTENANCES, ETC., IN REM,
("M/T MACKENZIE ROSE"),

                                    CIVIL ACTION
                                    NO: 2:24-CV-00490

PETITIONING FOR EXONERATION FROM OR
LIMITATION OF LIABILITY IN ALLISION WITH
NORFOLK AND PORTSMOUTH BELT LINE RAILROAD
COMPANY MAIN LINE RAILROAD BRIDGE
(THE "BRIDGE") OCCURRING JUNE 15, 2024 IN
AND ABOUT THE ELIZABETH RIVER, VIRGINIA.

----------------------------------------X

                        June 18, 2025
                        10:49 a.m.


         AN IN PERSON VIDEOTAPED DEPOSITION of

JASON MCGRATH, taken by the respective

parties, pursuant to Order, held at the

offices of 405 Lexington Avenue, New York,

before Larin Kaywood, a Notary Public for

and within the State of New York.




JOB NO.: 114502

JASON MCGRATH

June 18, 2025

Page 2

1    A P P E A R A N C E S:
2  CRENSHAW, WARE & MARTIN, P.L.C.
     Attorneys for Defendant Norfolk
3    Portsmouth Belt Line Railroad Company
     150 W. Main Street Suite 1500
4    Norfolk, Virginia 23510
   BY: JIM CHAPMAN, ESQ.
5  E-mail: Jchapman@cwm-law.com
6
   CLYDE & CO US LLP
7    Attorneys for Coeymans Marine Towing, LLC
     30 S. Wacker Drive, Suite 2600
8    Chicago, IL 60606
   BY: JAMES H. RODGERS, ESQ.
9  E-mail: James.rodgers@clydeco.us
10
   SINNOTT, NUCKOLS & LOGAN, PC
11   Attorney for Evanston Insurance Company,
   s/s/o Norfolk and Portsmouth Belt Line
12 Railroad Company
     13811 Village Mill Drive
13   Midlothian, Virginia 23114
   BY: MARK C. NANAVATI, ESQ.
14   NICHOLAS J. LEWIS, ESQ.
   E-mail: Mnanavati@snllaw.com
15          Cjones@snllaw.com
16
   Also Present: Ms. Rachel.
17
   Ingrid Contreras, The videographer
18
19
20
21
22          *    *    *    *    *
23
24
25

Page 3

1              INDEX
2       EXAMINATION OF JASON MCGRATH
3  EXAMINATION BY              PAGE
   MR. CHAPMAN                  5
4  MR. RODGERS                 74
5
6             EXHIBITS
       MARKED FOR IDENTIFICATION
7
8  DESCRIPTION                PAGE
9  Exhibit 1 - Mackenzie Rose Daily Log    52
          TBS Helm Connect 000503-504
10
11    - PREVIOUSLY MARKED EXHIBITS
       (BRIAN MOORE DEPO 4/28/25) -
12
   Exhibit 12 - Jason Thomas McGrath       3
13          Employment Records
14 Exhibit 13 - Handwritten and Typed     44
           Statements of
15         Jason Thomas McGrath
16 Exhibit 5 - Crew Matrix of             74
          MACKENZIE ROSE
17
   Exhibit 38 - Certificate of Inspection  75
18
19
20
21
22
23
24
25

Page 4

1        THE VIDEOGRAPHER:  This is the
2  beginning of Media Number 1 in the
3  deposition of Jason McGrath in the
4  matter of Coeymans Marine Towing,
5  LLC, d/b/a Carver Marine Towing, Inc.
6  Case number 2:24-cv-00490.
7        Today's date is Wednesday, June
8  18th, 2025, and the time on the
9  monitor is 10:49 a.m.
10       My name is Ingrid Contreras,
11 and I am the videographer.  The court
12 reporter is Larin Kaywood.  We are
13 here with First Legal.
14       Counsel, please introduce
15 yourself, after which the court
16 reporter will swear in the witness.
17       MR. CHAPMAN:  James Chapman
18 with the law firm of Crenshaw, Ware &
19 Martin, representing Norfolk and
20 Portsmouth Belt Line Railroad
21 Company.
22       MR. RODGERS:  James Rodgers of
23 Clyde & Co, representing Coeymans
24 Marine Towing, d/b/a Carver Marine
25 Towing and the vessel itself.

Page 5

1  JASON MCGRATH, having first been duly sworn
2  by a Notary Public for and within the State
3  of New York, upon being examined, testified
4  as follows:
5        THE REPORTER:  Please state
6  your name for the record.
7        THE WITNESS:  Jason McGrath.
8        THE REPORTER:  What is your
9  current address?
10       THE WITNESS:  43 Eaton Street,
11 Charlestown, New Hampshire 03603.
12 EXAMINATION BY
13 MR. CHAPMAN:
14   Q.    Thank you.
15         Good morning, Mr. McGrath.
16   A.    Good morning.
17   Q.    My name is Jim Chapman, we
18 introduced ourselves just a few minutes
19 ago.
20   A.    Yes, sir.
21   Q.    I'm going to ask you some
22 questions today fundamentally because you
23 were assigned to the Tug Mackenzie Rose
24 back in June of 2024, and there's a lawsuit
25 about damage to my client's bridge, the

**JASON MCGRATH**

June 18, 2025

Page 6

1  Belt Line Bridge that happened on June
2  15th, 2024.
3        Do you understand that?
4     **A.    Yes.**
5     Q.    Okay, so let me start.
6        Do you currently work for
7  Carver?
8     **A.    No.**
9     Q.    Who do you work for right now?
10    **A.    Right now I work for Andrew**
11 **Pearce Bowls Company and D&E Tree Work.**
12    Q.    So you have two jobs?
13    **A.    Yes, sir.**
14    Q.    Is either one of them involved
15 in sailing?
16    **A.    No.**
17    Q.    Do you still have a license
18 issued by the Coast Guard?
19    **A.    Yes.**
20    Q.    Okay.  We'll get to that in a
21 minute, but -- so can you tell us like the
22 window of time that you worked for Carver,
23 like, when to when?
24    **A.    I want to say it maybe only**
25 **have been between six months and ten**

Page 7

1  months --
2     Q.    Okay.
3     **A.    -- from what I remember.**
4     Q.    When do you remember leaving?
5     **A.    The beginning of the summer,**
6  **around there.**
7     Q.    This year?
8     **A.    No, last year.  Last summer.**
9     Q.    Okay.  So when you say
10 "beginning of the summer," that would've
11 been --
12    **A.    June.**
13    Q.    -- not long after this voyage?
14    **A.    No, no.  No.  Because I had**
15 **a -- I had an issue with one of my Coast**
16 **Guard licenses --**
17    Q.    Okay.
18    **A.    -- and the VA.  So it took**
19 **forever to get it squared away.**
20    Q.    Got you.  So there was like
21 a -- you didn't have a license to sail or
22 to --
23    **A.    Right.**
24    Q.    -- serve?
25    **A.    You can't -- if you don't have**

Page 8

1  the license, you can't sail.  Coast Guard
2  regulations.
3     Q.    Okay.
4     **A.    It was a medical certificate.**
5     Q.    Okay.
6     **A.    That was -- I had trouble.  It**
7  **was a hang up with it.  They were**
8  **backlogged.**
9     Q.    Got you.
10    **A.    And didn't want to give anybody**
11 **a grandfather.**
12    Q.    Was it reissued eventually?
13    **A.    Yeah.  Yes.  It's -- once I got**
14 **the information squared away between them**
15 **and the VA, it's -- they sent it right out,**
16 **but by then, it was October, I think.**
17    Q.    Okay.  I don't want to get
18 to --
19    **A.    So my spot was filled.**
20    Q.    Gotcha.  I don't want to get
21 too deep into your health issues --
22    **A.    Yep.**
23    Q.    -- but what was it that was
24 preventing you getting the license from the
25 Coast Guard?

Page 9

1     **A.    Oh, I had breathed in a lot of**
2  **bad stuff over in the dessert, and it**
3  **caused a form of COPD and with my lungs,**
4  **and it was on my medical license -- or it**
5  **was on my Coast Guard medical certificate.**
6        **But with the medication I was**
7  **on and this and that, it's cleared up**
8  **recently, actually.  And because I stated**
9  **it was still there -- sorry, I stated that**
10 **it was gone, but they needed verification**
11 **from the VA and because I wrote there but**
12 **never gave them anything saying -- from the**
13 **VA saying it was gone, they red-flagged my**
14 **medical certificate.**
15    Q.    Gotcha.  My dad had COPD from
16 exposure to Agent Orange --
17    **A.    Wow.**
18    Q.    -- when he was in Vietnam.  And
19 so I know a little bit about that.  Were
20 you on, like, Albuterol or some other drug?
21    **A.    Albuterol, and I had this stuff**
22 **I had to crush up and inhale every day.**
23 **Albuterol for if I had flare ups, but**
24 **there -- it wasn't too often I'd use that,**
25 **but -- Spiriva, I think was the name of**

Page 10

1   it --
2       Q.      Okay.
3       A.      -- that I'd inhale every day.
4       Q.      Are you over that now?
5       A.      Yeah.  I've -- it's
6   actually -- they -- my last pulmonary
7   function test, they said it was gone.
8       Q.      That's awesome.
9       A.      I'm not sure how that worked,
10  but I'm grateful for it.
11      Q.      Okay.  So it sounds like you
12  couldn't sail, you couldn't work for Carver
13  as an engineer because your license went
14  into sort of suspended status or
15  expired --
16      A.      Well, without a valid medical
17  certificate, I couldn't sail for anybody as
18  a merchant mariner.
19      Q.      Got it.  And you think that was
20  sometime last summer, summer of 2024, when
21  you had stopped sailing?
22      A.      Well, I had sent it in the -- I
23  think four months prior to its expiration
24  with my physical, and I wasn't notified
25  until it had expired, by the Coast Guard

Page 11

1   when I contacted them looking for it that
2   it was flagged.  And I don't know if they
3   forgot to e-mail me or send something out,
4   but --
5       Q.      Okay.
6       A.      -- it threw me for a loop.
7       Q.      So I'm going to hand you a
8   document.  And it's been marked previously
9   as an Exhibit Number 12 in somebody else's
10  deposition, which I think is your merchant
11  mariner credential, or a copy of it any
12  way.  Carver produced that to us.  It's
13  just a -- it's a photocopy.
14              And it looks to me like it was
15  going to expire on June 25th of last year?
16      A.      Mm-hmm.
17      Q.      Is that right?
18      A.      Yep.
19              MR. RODGERS:  What number was
20      that?
21              MR. CHAPMAN:  It was marked as
22      Exhibit 12 in Mr. Moore's deposition.
23      Q.      So was it after June 25th that
24  you were no longer sailing?
25      A.      This was -- yeah, I couldn't

Page 12

1   tell you 100 percent.  I know I -- that was
2   already renewed and the only -- everything
3   was renewed except for my medical
4   certificate.  As the exact date, I couldn't
5   tell you offhand.
6       Q.      Okay.
7       A.      I'd be guessing.
8       Q.      All right.  But you think you
9   stopped working sometime in the summer of
10  2024?
11      A.      It was the springtime because I
12  remember I didn't work at all that summer
13  on the water.
14      Q.      Okay.  It obviously would've
15  been sometime after this allision with the
16  bridge occurred?
17      A.      It would -- yes.
18      Q.      Yes.
19      A.      Yes, sir.  It might have
20  been -- it was either that hitch or the
21  hitch after, I believe.
22      Q.      Okay.
23      A.      Like I said, I couldn't be 100
24  percent on that.
25      Q.      Got it.  All right.  So when

Page 13

1   you worked for Carver, were you always
2   assigned to the Mackenzie Rose?
3       A.      No.  I was on a -- another -- a
4   smaller tug before then.  And then they
5   sent me to the Mackenzie Rose.
6       Q.      Okay.  And -- so can you give
7   us an estimate how much time or how long
8   you were actually assigned to the Mackenzie
9   Rose during your employment with Carver?
10      A.      A few months.  Not -- three or
11  four maybe.
12      Q.      Okay.  What was --
13      A.      I think I only worked for them
14  six or eight.  I mean, it was -- most of my
15  time working for them was on the Mackenzie
16  Rose, I believe.
17      Q.      Okay, I appreciate that.  So
18  what was the rotation?
19      A.      Two weeks on, two weeks off.
20      Q.      All right.  And during your two
21  weeks off, did you sail for anybody
22  else --
23      A.      No.
24      Q.      -- or do anything in your weeks
25  off?

JASON MCGRATH

June 18, 2025

1    A.    Small mechanic work for myself,
2    worked for buddies, nothing on the water.
3    Q.    Okay.  Can you tell me about
4    like what you believed or what your
5    engineering responsibilities were on the
6    Mackenzie Rose?
7    A.    Maintenance of the propulsion
8    and marine systems and -- as well as the
9    sanitary systems, and the kitchen, and the
10   decks, and the fuel -- fueling and
11   discharge.  Basically everything so it
12   operates efficiently.
13   Q.    Would that include steering?
14   A.    The hydraulic steering, yes.
15   Q.    Yeah, anything else?
16   A.    I'm sure there's something I'm
17   missing, but...
18   Q.    Okay.  So as an engineer, did
19   you ever handle lines?
20   A.    Yes, I'd have to.  We were
21   always a man short, so I would go out and
22   help the deckhands.
23   Q.    What do you mean by "a man
24   short?"
25   A.    Well, that is a larger boat and

1    we were usually a five-man crew when
2    we -- we could -- always needed a sixth
3    man.
4    Q.    Okay.  And not having a sixth
5    man, you ended up being the guy that would
6    assist in whatnot?
7    A.    Right.  Go out and break tow
8    and help them put in a push gear or take
9    from push gear, put into tow.
10   Q.    Okay, all right.  And did you
11   ever have to perform lookout duties?
12   A.    No.
13   Q.    All right.  Did you have any
14   responsibility for the -- any of the
15   electronic systems on the boat?
16   A.    Some systems.  The radios, the
17   older radar, and -- yeah, not much else
18   than that.
19   Q.    When you say "the older radar,"
20   what -- can you tell us a little bit about
21   that?
22   A.    Just if -- sometimes it
23   wouldn't power on, so I had to find the
24   power supply in the closet, and once I
25   found it, it was just a loose plug, so I

1    just put it back in.
2    Q.    Got it.
3    A.    Yeah.
4    Q.    So is that anything if
5    it -- the power to the rudder is not
6    working and you have to go fix it, is that
7    something you would like record in a log
8    anywhere or keep track of?
9    A.    I would record repairs, but if
10   it was something quick like that, just push
11   it in, I -- no -- not really.  I
12   would -- sometimes small things, I wouldn't
13   log in, no.
14   Q.    Do you know whether there was a
15   login system for the rudder on the boat?
16   A.    No.  We had our general
17   engineer's book that we logged things in
18   for the upcoming engineer.  So if there was
19   an issue, we could go back to each other's
20   notes to see if --
21   Q.    Do you remember who the guy you
22   rotated two weeks on and off with --
23   A.    I believe his name was Chris.
24   Q.    Okay.
25   A.    Yeah.  But he was there long

1    before me.  I was pretty much -- that boat
2    was pretty much his baby.
3    Q.    I got it.
4    A.    So it was -- I just basically
5    went along with his -- by his notes and
6    kept things the way he had it because he
7    did a lot of work to that boat.
8    Q.    I've seen in a log a guy with
9    the last name, Kushner, does that ring any
10   bells?
11   A.    He was before me.
12   Q.    Okay.
13   A.    Yeah.
14   Q.    Kushner was before you.  All
15   right.  But you didn't actually work with
16   this other guy, Chris?
17   A.    No.
18   Q.    He was on when you were off?
19   A.    Right, we swapped over.
20   Q.    Okay.  Did he -- did -- do you
21   feel like he gave you any training to be
22   the engineer on the Mackenzie Rose?
23       MR. RODGERS:  Objection to
24   form.
25       You can answer.

**JASON MCGRATH**

June 18, 2025

Page 18

1     A.    Certain things that I would've
2  questions about, I would ask him, like what
3  he knew about it, but it was nothing that I
4  hadn't dealt with on other boats.
5     Q.    Got it.  I take it you had
6  sailed before going to work for Carver?
7     A.    Yeah.  I've been a mechanic and
8  on the water most of my life.
9     Q.    All right.  What branch of the
10  service were you in?
11    A.    Marine Corp.
12    Q.    All right.  Anything to do with
13  vessels --
14    A.    No.
15    Q.    -- when you were in the
16  service?
17    A.    No, sir.
18    Q.    All right.  And you remember
19  who you worked for right before you joined
20  Carver?
21    A.    I worked for Vane Brothers.
22    Q.    Vane?
23    A.    Yes.
24    Q.    Okay.  They push around oil
25  barges mostly --

Page 19

1     A.    Bunker tugs, yes.
2     Q.    Yeah, okay.
3         THE REPORTER:  Just give him a
4     second to finish his questions before
5     you answer, okay?
6         THE WITNESS:  Oh, yep.  Yep.
7         THE REPORTER:  It's okay.  And
8     Vane is?
9         MR. CHAPMAN:  Vane, V-A-N-E.
10     Yeah.
11    Q.    So while you were working as
12  the engineer on the Mackenzie Rose, were
13  there any problems with the rudder other
14  than the one you described occasionally
15  having to go fix a connection?
16    A.    Nope.
17    Q.    Okay.  Ever any problems that
18  you knew of involving the autopilot system?
19    A.    There were a couple previously,
20  and I knew -- and I was on board when they
21  sent out one technician.  A couple of
22  times, the -- it would -- the -- it would
23  kick out and the boat would take a hard
24  left.
25    Q.    Okay.  The hard left port --

Page 20

1     A.    Portside.  Yes, sir.
2     Q.    Okay.  Did -- could you tell
3  whether that involved the port rudder or
4  whether it involved both rudders or do you
5  know?
6     A.    Well, the autopilot --
7         MR. RODGERS:  Just objection,
8     to the extent you're asking him an
9     expert question, but he --
10         MR. CHAPMAN:  I'm just asking
11     him what he knows.
12         MR. RODGERS:  I got to finish
13     my objection.
14         But you can answer as to what
15     you know.
16    A.    I know the autopilot controls
17  the rudders.  So if it went out of sync and
18  kicked to one side, the rudders would go to
19  that side.
20    Q.    Okay.
21    A.    Would steer to that side.
22    Q.    You said there was a technician
23  that came out?
24    A.    On one of my hitches, yes.
25    Q.    All right.  Do you remember who

Page 21

1  the technician was?
2     A.    No.
3     Q.    Remember what company they were
4  with?
5     A.    No.
6     Q.    Do you remember what port you
7  were in or what vicinity you were in when
8  that took place?
9     A.    I believe we were in New York
10  Harbor somewhere when he came aboard, I
11  believe.
12    Q.    Okay.  So again, the same
13  questions relative -- just the steering
14  system, not the autopilot.  But ever any
15  problems with the steering system --
16    A.    No.
17    Q.    -- other than what you
18  described with the autopilot?
19    A.    No.  We -- the steering
20  was -- we never -- yeah.  The
21  steering -- we never had a problem with the
22  steering.
23    Q.    Okay.  I understand there's a
24  system on the boat, like an electronic
25  record system called Helm CONNECT?

JASON MCGRATH

June 18, 2025

Page 22

1    A.    Yes.
2    Q.    Do you remember that?
3    A.    Yep.
4    Q.    Did you have any responsibility
5 to make entry's in that system?
6    A.    Just in the engineer's log.
7    Q.    All right.  So there's like an
8 engineer's log part of it?
9    A.    Yes.
10   Q.    And what -- where was the -- I
11 assume it's a laptop or maybe it was some
12 kind of desktop computer, but where was
13 that station located?
14   A.    I had a tough book in my state
15 room.
16   Q.    Is that your own personal tough
17 book --
18   A.    No.
19   Q.    -- or did it belong to the
20 company?
21   A.    Belonged to the company.
22   Q.    All right.  So you could access
23 Helm CONNECT from just sitting in your
24 room?
25   A.    Yes.

Page 23

1    Q.    And any place else that you
2 would make those entries or just from that
3 book -- that tough book in your room?
4    A.    Just right there, because
5 I've -- I was right next to my red book,
6 the engineer's log.
7    Q.    So you had one of those
8 journals that is like a paper journal that
9 every day and you --
10   A.    Write down --
11   Q.    -- write things down?
12   A.    -- how much fuel we used, how
13 much oil we used.
14   Q.    Pressures?
15   A.    What's that?
16   Q.    Pressures, that sort of thing?
17   A.    Engine temps.
18   Q.    Temps.
19   A.    And whatnot.
20   Q.    Yeah, okay.  Was there anybody,
21 I'll say shore side, that you reported to
22 around any kind of engineering issues?
23   A.    We have a port engineer.
24   Q.    And do you remember who that
25 was?

Page 24

1    A.    Off the top of my head, I can't
2 remember his name, no.
3    Q.    We met a guy whose name is
4 Leonard Baldassare?
5    A.    Lenny, yep.
6    Q.    Was he the port person that you
7 reported to?
8    A.    I don't remember exactly what
9 his role was.  He may have been port
10 captain.  I'm not 100 percent.
11   Q.    Okay.  But he would've been the
12 guy as everybody calls him Lenny.
13   A.    Right.  But he was -- I believe
14 there was another guy I went to with
15 engineering issues, but I want to say he
16 was a port captain.
17   Q.    Okay.  But -- so there was
18 somebody else that you dealt with if there
19 was like a pure engineering issue?
20   A.    I want to say yes, but as I
21 said, I'm not 100 percent of his name.
22   Q.    Got it.  Any -- do you have 85
23 percent of his name, or 50 percent?
24        MR. RODGERS:  Don't guess,
25    but --

Page 25

1    A.    Yeah.
2        MR. RODGERS:  -- if you --
3    A.    I mean, I could --
4        MR. RODGERS:  If you remember
5    any part of his name, you could say
6    it, but don't guess.
7    A.    Yeah, I'd be guessing.
8    Q.    Okay.
9    A.    Yeah.
10   Q.    What were the type of things
11 you would talk to him about?
12   A.    If I had any questions about
13 repairs, if I needed to know certain
14 specifics or whatnot.  Anything that I
15 couldn't look up on -- if we didn't have
16 the manual on the boat and I needed to know
17 information, I could contact him for it.
18 Supplies for the boat because he was just
19 generally the go-to guy for stuff we
20 need -- needed as well Lenny.
21   Q.    Did you manage the, I'll call
22 it the fuel, on the vessel?
23   A.    I took fuel on and discharged
24 fuel when needed.
25   Q.    Okay.  So if fuel needed to be

**JASON MCGRATH**

1  ordered, did you have any involvement in
2  that, somebody else handled it?
3      A.    I would let either the captain
4  or the mate know how much fuel we needed
5  and then they would arrange for us to go
6  and get the fuel.
7      Q.    Got it.
8      A.    And then I would physically
9  load the fuel.
10     Q.    So you mentioned a technician
11  from some company came to do something to
12  the autopilot system up in New York.  Was
13  that something that you had called in or
14  notified the company needed to be taken
15  care of?
16     A.    This was a preexisting problem
17  when I came onto the boat.
18     Q.    So did you deal with anybody
19  about it at the -- I'll say on the shore
20  side of the company?
21     A.    It was all taken care of before
22  I even knew about it.
23     Q.    And as far as you can recall,
24  there was only one time a technician came
25  out to do something to the autopilot, at

1  least while you were on a two-way hitch?
2      A.    While I was on the boat.
3      Q.    Yeah.
4      A.    There was only one time that a
5  guy came out and we took him for a ride so
6  he could take a look at it.
7      Q.    And that was up in New York?
8      A.    Yes.
9          THE REPORTER:  Just slow down a
10    little bit.
11         THE WITNESS:  Oh, I'm sorry.
12         THE REPORTER:  That's okay.
13     Q.    So I know it's been a year, but
14  I want to ask from your memory, do you
15  remember when you came aboard the
16  vessel -- came a board the Mackenzie Rose
17  to start your two-week hitch right before
18  this allision with the bridge occurred?
19  Like how many days, whether you were
20  already two weeks in?  I'm just asking you
21  based on your memory.
22     A.    We were headed to Baltimore, so
23  it had to have been -- it was -- I think I
24  came on shortly before that incident.
25     Q.    Okay.

1      A.    I think we crew-changed them.
2  But I couldn't be 100 percent accurate
3  about it.
4      Q.    All right.  I want to focus on
5  the day of the incident first, okay?  Like
6  what you remember about it.
7          Were you awake when the
8  allision occurred?
9      A.    Yes.
10     Q.    All right.  What do you
11  remember about getting underway before the
12  allision?
13     A.    I remember we were in the
14  creeks, and we were taking the barge that
15  wasn't ours with some stanchions or whatnot
16  on it, and there was a lot of traffic in
17  the creek and we had to turn the bridge.
18  And then once we got underway, I was -- I
19  made my rounds and went to my state room to
20  record information.
21     Q.    So the allision happened around
22  4:30 in the afternoon, so Saturday
23  afternoon, would that normally have been
24  like your off time on watches, or would you
25  have been on watch during that period?

1      A.    Well, I'm usually -- I run six
2  on and six off, but sometimes I have to
3  vary my hours with the deck work, and
4  basically, if we have to switch our gear, I
5  have to be up for -- so I'll shift my hours
6  so that I don't go over the allotted hours
7  for the Coast Guard.
8      Q.    Yeah.  Coast Guard wants you to
9  stay under 12?
10     A.    Yes.
11     Q.    Or not go over 12, right?
12     A.    Right.
13     Q.    Yeah.  So it sounds like you
14  had -- you were up to put the barge into
15  pushing gear?
16     A.    I helped -- we were
17  already -- we -- well, we helped -- we -- I
18  put into push gear, I helped with the dock
19  lines, and then -- and that was about all I
20  really did, because when we're tied up,
21  it's really easy for that.  But we have to
22  put out a couple of separate lines to the
23  bow, spring lines.  And that takes two
24  people and our bow's very high, so it's a
25  real pain.

**JASON MCGRATH**

June 18, 2025

Page 30

1    Q.    Gotcha.  Does the deck of the
2  barge sit below the bow of the
3  barge -- excuse me.
4        Does the deck of the barge sit
5  below the bow of the tug when it's made up
6  in push gear?
7    **A.    It depends on the weight.**
8    Q.    Do you recall from this
9  particular arrangement whether it was --
10   **A.    We were -- our bow was above**
11 **the barge, yes.**
12   Q.    And you said the barge was
13 loaded with some kind of stanchions?
14   **A.    Yes.**
15   Q.    So when the allision occurred,
16 where were you?
17   **A.    I was in my room.**
18   Q.    All right.  You remember what
19 you were doing in your room?
20   **A.    I remember I was filling out**
21 **information into my logs.**
22   Q.    Okay.  In the paper log or in
23 the book?
24   **A.    No, in the book.**
25   Q.    In the book.  Okay, got it.

Page 31

1  And tell us what, I don't know, got your
2  attention or made you think that you needed
3  to go check on things?
4    **A.    I felt all of a sudden a roll**
5  **forward and a stop.  And whenever there's**
6  **something that isn't normal, it's get up**
7  **and figure it out what it is.  There were**
8  **no alarms, nothing went crashing, but I**
9  **immediately went up to the wheelhouse to**
10 **see what happened and saw the Railroad**
11 **Bridge and Jimmy was already maneuvering**
12 **around it and fixing it.**
13       **And then I went down to the**
14 **engine room and checked everything down**
15 **there and checked the stuffing boxes, make**
16 **sure -- because we have wet boxes that let**
17 **water in to cool the shafts and make sure**
18 **that not too much water was going in and**
19 **whatnot.**
20       **There's certain things that I**
21 **checked, checked the engines and make sure**
22 **everything is running as it should.**
23   Q.    You referred to Jimmy.  Is that
24 Captain James Morrissey?
25   **A.    Yes, sir.  I'm sorry.**

Page 32

1    Q.    Yeah, okay.
2    **A.    That's how I call --**
3    Q.    I understand people
4  use -- that's fine.
5    **A.    I always called him Jimmy.**
6    Q.    Just wanted to make sure we
7  know --
8    **A.    Yep.**
9    Q.    -- who you're talking about.
10       And did you go up to the upper
11 wheelhouse --
12   **A.    Yes.**
13   Q.    -- to see him?
14   **A.    Yes.**
15   Q.    Did anybody else go to the
16 upper wheelhouse with you?
17   **A.    Sharif and Ja came up shortly**
18 **afterwards.**
19   Q.    Okay.  So those guys are both
20 deckhands, right?
21   **A.    Yes.**
22   Q.    Sharif Porter?
23   **A.    Yes.**
24   Q.    And you call him Ja?
25   **A.    Jarkeis.**

Page 33

1    Q.    Jarkeis Morrissey?
2    **A.    Yeah, yep.**
3    Q.    Yeah.  Were they both up there
4  when you were up there?
5    **A.    They were -- I believe -- I**
6  **can't remember who was up there first.  I**
7  **was the second one up there because one of**
8  **the deckhands was up and then Sharif was**
9  **in -- it had to have been Ja because Sharif**
10 **was in the rack, so I think he was the**
11 **third one up.**
12   Q.    Gotcha.  But all --
13   **A.    As far as I can remember.**
14   Q.    Your memory is that the three
15 of you were in there at some point with
16 Captain Morrissey?
17   **A.    Well, we weren't -- we were**
18 **around the wheelhouse.  There's not much**
19 **room in there.**
20   Q.    It's tight quarters in there?
21   **A.    Very tight.  Yeah, it's a small**
22 **upper wheelhouse.**
23   Q.    Okay.  There's a platform
24 around it --
25   **A.    Yes.**

**JASON MCGRATH**

June 18, 2025

1    Q.    -- that you can on?
2    A.    Yes.
3    Q.    Right?  And what did Captain
4  Morrissey tell you had happened?
5    A.    Well, we really -- he
6  was -- there was a lot of swearing.  I
7  can't really remember what he said, but it
8  was pretty evident what happened.  So once
9  I had a gist of what happened, I went down
10  to the engine room and did a walkthrough.
11    Q.    So what -- when you say "it was
12  pretty evident what had happened," what did
13  you see?
14    A.    I saw that we were coming to go
15  through where the trestle bridge was, but
16  we were still very close to it.
17    Q.    Did you see the bridge?  You
18  were able to see the bridge?
19    A.    Once I was up top, yes, I saw
20  the bridge.
21    Q.    Okay.  And did it appear that
22  there was anything wrong with the bridge?
23    A.    No, not to what I saw.
24    Q.    Yeah.  So in terms of where you
25  were when you first saw the bridge, can you

1  give us, I don't know, your best
2  recollection of --
3    A.    I was headed up the ladder to
4  the upper wheelhouse when I saw we were too
5  far to the left.  And as he was -- I don't
6  remember if he was backing up to come
7  around or where he was, but we were -- we
8  hadn't started to go through yet.
9    Q.    And you remember Captain
10  Morrissey putting the engines in reverse?
11        MR. RODGERS:  Objection to
12      form.
13        You can --
14        MR. CHAPMAN:  Well, he --
15        MR. RODGERS:  Objection to
16      form.
17        MR. CHAPMAN:  He used the term
18      "backing down."
19    Q.    Okay.  Tell us what you mean by
20  "backing down."
21    A.    What I mean is -- I meant
22  backing down, it was like we -- like, I
23  felt the roll forward.  I really didn't
24  notice the RPMs go up on the engine, but
25  it's -- my room is right above the engines,

1  so it's always pretty loud anyway.
2    Q.    Got it.  When you got up to
3  when you could first see the bridge, was
4  the vessel moving forward, was it backing
5  up?
6    A.    I think we were coming on
7  starboard to go around --
8    Q.    All right.
9    A.    -- when I finally got up there.
10    Q.    So the head of the bow -- of
11  the barge was, what, swinging
12  around starboard?
13    A.    It was swinging starboard, yes.
14    Q.    Okay.  And did you stay up
15  there as the tug and barge went through the
16  channel opening of the bridge?
17    A.    No.  I went down to the engine
18  room.
19        THE REPORTER:  You went down?
20        THE WITNESS:  To the engine
21      room.
22    Q.    So who was doing the swearing?
23    A.    Captain Morrissey.
24    Q.    Was anything at all said about
25  a problem with the autopilot?

1        MR. RODGERS:  Objection to
2      form.
3        You can answer if you know.
4    A.    It was brought up that it had
5  been an issue in the past, and he had made
6  a comment again that it kicked over.
7    Q.    While you were up there on
8  the --
9    A.    It was afterwards.
10    Q.    And when you say "afterwards,"
11  the same day?
12    A.    If not that day, it was the
13  next day.
14    Q.    Did Captain Morrissey seem
15  upset when you were up there in the upper
16  wheelhouse with him?
17    A.    Yes.
18    Q.    Did he ask you to do anything
19  specifically?
20    A.    No, not so much.  He may have
21  mentioned -- we did go and check out the
22  front of the barge underway to look for any
23  damage.  We -- I don't remember if he asked
24  to do it or if we took it upon ourselves.
25    Q.    Do you know whether the front

**JASON MCGRATH**

June 18, 2025

1   of the barge contacted the bridge?
2       A.    No.  I've not -- I wasn't
3   outside when it hit it at all.  I didn't
4   see what actually happened.
5       Q.    All you know is what you felt
6   while you were in your state --
7       A.    Yeah.
8       Q.    -- room?
9       A.    While I was sitting in my
10  chair, we rolled forward and then we
11  scrambled -- or I scrambled.
12      Q.    So when you went down to the
13  engine space, you wanted to make sure that
14  you weren't taking on water or it had
15  affected the seals around this water
16  cooling system, correct?
17      A.    The stuffing boxes.
18  Just -- well, just -- well, because we were
19  in the creeks, it's -- if you don't -- if
20  you're too far to one side or that it gets
21  really shallow really quick, and if you
22  drag a prop.
23      Q.    It could affect the stuffing
24  box?
25      A.    It can, yes.

1       Q.    And did you detect anything
2   that was wrong with them?
3       A.    No.  The engine within -- there
4   was nothing wrong with the engine room.
5       Q.    The stuffing boxes
6   were -- sometimes they weep a little bit,
7   but that's normal, right?
8       A.    There's a controlled flow --
9       Q.    Yeah.
10      A.    -- that you adjust by loosening
11  and tightening it.
12      Q.    But there was nothing for you
13  to do, is that what you are saying?
14      A.    No.  Yeah, there was nothing.
15  And once I did a walkthrough is when Sharif
16  and I crossed over to the bars to go and
17  inspect the bow for anything.
18      Q.    So you and the deckhand,
19  Sharif, went on the barge?
20      A.    Yes, we crossed over.
21      Q.    Where was the tug and barge
22  located when you did that?
23      A.    Well, we were underway.
24      Q.    Yeah.  When you say "underway,"
25  were you -- you still had it in pushing

1   gear, right?
2       A.    Yes.
3       Q.    All right.  So was this while
4   you were in the vicinity of the
5   bridge or was this kind of --
6       A.    It was shortly past it.
7       Q.    Okay.  In the aftermath of this
8   allision, did the tug and barge kind of
9   hang around near the bridge before heading
10  out?
11          MR. RODGERS:  Objection to
12      form.
13          You can answer if you
14      understand the question.
15      A.    I don't know.  I mean, we had
16  to run slow leaving out of there.  I don't
17  know if we ran slower or faster because of
18  it.  I know the -- I know Chris was on the
19  phone with whoever he needed to notify.  I
20  don't know if that interfered with how fast
21  we moved or not.
22          I don't -- the wheelhouse
23  is -- they're on their own.  All I do is go
24  up there to fix things if something goes
25  wrong.

1       Q.    How do you know Chris was on
2   the phone with somebody?
3       A.    Well, he -- because when
4   he -- when I was headed down, he had the
5   phone in his hand.
6       Q.    Okay.  I'm just -- he had a
7   phone in his hand.  Do you know if he was
8   actually talking to somebody or --
9       A.    He -- well, I'm sorry.  He had
10  a phone in his hand to his ear and he was
11  calling it in.
12      Q.    And did you have any sense of
13  who he was talking to, or?
14      A.    No idea, but, you know,
15  just -- by just putting two and two
16  together that he was calling it in.
17      Q.    You --
18      A.    I don't know who he was calling
19  or not, but I assume the Coast Guard or
20  Carver.  But like I said, I don't know for
21  sure.
22      Q.    Got it.  Is there anything that
23  would indicate the rudder angle in the
24  engine room?
25      A.    Not that I can recall.

1    Q.    Do you know whether there's a
2  rudder angle indicator on either of the
3  bridges?
4    A.    In the lower wheelhouse, we
5  have one, yes, I believe.
6    Q.    All right.  Do you know if
7  there's one in the upper wheelhouse?
8    A.    I couldn't tell you off the top
9  of my head.  I -- the only time I go up
10  there is if they need something looked at.
11    Q.    Do you remember writing up a
12  statement about what you remembered --
13    A.    Yes.
14    Q.    -- or what happened?
15    A.    Yes.  We were at -- we were
16  asked -- yeah, we all gathered in the
17  galley to write up a quick statement to
18  send in.
19    Q.    And was that the same day?
20    A.    I believe so.
21    Q.    All right.  Who asked you to
22  write the statement up?
23    A.    Cap. Chris.
24    Q.    All right.  And that's Chris
25  Miller?

1    A.    Yes.
2    Q.    And he was the master of the
3  vessel?
4    A.    They rotated between captain
5  and mate, so it was -- I don't know who was
6  doing what at which time but they were both
7  captains.  They would just switch off.  So
8  it was just kind of, they were both -- I
9  didn't pay much a technician to it.  Just
10  whoever was -- told me to do something, I
11  did it.
12    Q.    But your recollection is that
13  Captain Miller asked you to write up a
14  statement?
15    A.    Yes, from what I remember.
16    Q.    All right.  And did everybody
17  sit down in the galley at the same time and
18  do it, or did --
19    A.    Yeah.  We were all in the
20  galley from what I remember.
21    Q.    Okay.  And were you all talking
22  about it as you wrote up your statements or
23  not?
24    A.    Yes.
25    Q.    Okay.  Was Captain Morrissey

1  writing up a statement with you all at that
2  time?
3    A.    No.  It was just me and
4  the -- it was just the deckhands and I.
5    Q.    Okay.  And Captain Miller was
6  there or not?
7    A.    No, not that I remember.
8    Q.    I take it that after you wrote
9  it up, you gave it to -- you gave your
10  statement to Captain Miller?
11    A.    Yes, we all handed it off.
12    Q.    All right.  Did you ever type
13  up a statement?
14    A.    No, handwritten.
15    Q.    Strictly handwritten?
16    A.    Yeah.
17    Q.    Okay.  I'm going to pass you
18  what was previously marked as Exhibit 13 in
19  Mr. Moore's deposition.
20          And I just want to ask you the
21  first page of that exhibit, is that a copy
22  of the statement that you wrote up?
23    A.    That's what I wrote up, yep.
24    Q.    All right.  Underneath it, it
25  appears to be a typed version of that

1  statement, but you've just told us that you
2  didn't type a statement up, right?
3    A.    Correct.
4    Q.    We'll wait until the crowd goes
5  by.
6          MR. RODGERS:  I think it's
7    done.
8    Q.    And I just want to ask you if
9  you have any knowledge or understanding
10  about how the typed version of your
11  statement came into existence, if you know?
12          MR. RODGERS:  The second page?
13          MR. CHAPMAN:  Yeah, the second
14    page.
15          MR. RODGERS:  You know, I
16    forgot to ask you if you could do the
17    Bates stamp for Rachel and, I guess,
18    Mark.
19          MR. CHAPMAN:  Rachel, do you
20    need the Bates Number?
21          MS. RACHEL:  Jim.  Jim, as long
22    as it as prior marked exhibits of --
23          MR. RODGERS:  Okay.
24          MR. CHAPMAN:  Yeah.
25          MS. RACHEL:  We're good.  But

**JASON MCGRATH**

Page 46

1      if it's a new exhibit, the Bates
2   Number would be --
3          MR. CHAPMAN:  Sure.
4          MR. RODGERS:  Thanks.
5          MR. CHAPMAN:  Sure.  Okay.
6          MR. RODGERS:  But also because
7   there's another typed one, if you
8   could put the Bates stamp on the
9   record of the second page because
10   it --
11          MR. CHAPMAN:  Of that one?
12          MR. RODGERS:  There's another
13   typed one, so --
14          MR. CHAPMAN:  Oh, you're right.
15   You're right.
16          MR. RODGERS:  But the record
17   shows --
18          MR. CHAPMAN:  I apologize.
19   There are three exhibits here, yeah.
20          MR. RODGERS:  There are three
21   pages of the exhibit.
22          MR. CHAPMAN:  Three pages in
23   the exhibit.
24      Q.    So the second page looks like a
25   typed version of your handwritten

Page 47

1   statement, right?
2      A.    Correct.
3      Q.    Okay.  And then if you turn to
4   the third page of that exhibit, is that
5   your signature on it?
6      A.    It looks like it.
7      Q.    All right.  Now, you told us
8   you didn't type anything up?
9      A.    I did not.
10      Q.    Did -- do you know who would
11   have typed that up before you signed it?
12      A.    I could not have told you.  And
13   I don't remember signing this.
14      Q.    Okay.  And based on what it
15   says, are those your words?
16      A.    No.  I went to the upper
17   wheelhouse first.
18      Q.    All right.  Anything else that
19   doesn't seem like --
20      A.    I -- slowed down in shimmy is
21   incorrect.
22          THE REPORTER:  Slow down the?
23          THE WITNESS:  Sorry.  Slow down
24      in shimmy.
25      A.    I went up -- I immediately ran

Page 48

1   up the upper wheelhouse.  I looked over the
2   ladder when I was heading up.  Jimmy really
3   didn't say much except for swearing and
4   nothing about fendering.  And we did
5   not -- and I didn't know anything about any
6   noticeable -- no noticeable damage till we
7   crossed over to look at the front of the
8   barge.
9      Q.    Okay.
10      A.    And I -- we -- I didn't even
11   see missing paint.
12      Q.    All right.  But you don't
13   remember either signing that, or?
14      A.    I don't even remember seeing
15   this, to tell you the truth.
16      Q.    And it sounds like based on
17   what you just described that it's not
18   accurate in terms of your own memory?
19      A.    No, sir.
20      Q.    All right.  So I just want to
21   be clear a couple of things that you
22   mentioned.  So you testified that you felt
23   the boat come to a, I'll call it an abrupt
24   stop, and it caused you to sort of pitch
25   forward in your chair or something, right?

Page 49

1      A.    Yes.
2      Q.    It -- you did not feel the boat
3   slow down and shimmy?  That's not your
4   words?
5      A.    We were at a real slow pace
6   because I -- there -- like I said, there
7   was a lot of traffic, a lot of small
8   pleasure crafts, yeah.  So we were moving
9   real slow to begin with.  And then all of a
10   sudden, there was a -- you know, I moved
11   forward a little bit.
12      Q.    And then it says in this Page 3
13   of this Exhibit 13, "I saw we had landed on
14   the bridge fendering."
15          Did you ever see the tug or
16   barge --
17      A.    We were -- when I got up there,
18   I did not see the tug -- the barge on that
19   bridge at all.  We were -- there was
20   distance in between.
21      Q.    So that's not your memory,
22   touching the fender?
23      A.    That's not my memory, no.
24      Q.    Okay.
25          THE REPORTER:  Just give him a

Page 50

```
1        second.
2                THE WITNESS:  Sorry.  I'm
3        sorry.
4                THE REPORTER:  It's okay.
5        Q.    And overall, you went to the
6    wheelhouse first --
7        A.    Yes.
8        Q.    -- before going down to the
9    engine space?
10       A.    Yes.
11       Q.    And did the mate, who is
12   Captain Morrissey, ever say to you that he
13   had touched up on the bridge fendering?
14       A.    Not that I remember, no.
15       Q.    You told us that you and the
16   deckhand, Sharif Porter, went up to look at
17   the head of the barge.
18       A.    Yes.
19       Q.    Right?  So were any pictures
20   taken of the head of the barge when you
21   went up there?
22       A.    Not then, no.
23       Q.    Okay.  Do you know if there
24   were ever any pictures taken?
25       A.    I know before I was dropped off
```

Page 51

```
1    to catch my train home we went around the
2    barge and pictures were taken by Jarkeis
3    with a small digital camera.  And then they
4    went and they put me on the dock when we
5    did the crew change.
6        Q.    And that would have been what,
7    10 days or a couple of weeks later?
8        A.    It was -- yeah.  It was the end
9    of the hitch.
10       Q.    Okay.
11       A.    The exact day difference, I
12   couldn't tell you.
13       Q.    Gotcha.  It wasn't the day of
14   the allision?
15       A.    No.
16       Q.    All right.  Were any pictures
17   taken that you know of of the bridge?
18       A.    Not that I know of, no.
19       Q.    What about the tug at the time
20   of the allision, or shortly thereafter?
21       A.    Not that I know of.
22       Q.    Do you know of any other
23   pictures being taken that somehow relate to
24   the allision?
25       A.    No, sir.
```

Page 52

```
1        Q.    Okay.  Do you know if the
2    autopilot was being used by Captain
3    Morrissey when he was operating the tug and
4    barge?
5        A.    I wouldn't have any knowledge
6    or -- of what control he was using.
7                MR. RODGERS:  Do you need
8        water?
9                THE WITNESS:  I'm all right.
10       Thank you.
11               MR. CHAPMAN:  Can you mark that
12       as Exhibit 1 of his deposition?
13               MR. RODGERS:  Thanks.  This is
14       McGrath 1?
15               MR. CHAPMAN:  Yep.
16               (Whereupon, McGrath Exhibit 1
17       was marked for identification.)
18       Q.    Mr. McGrath, you've been handed
19   what's been marked as Exhibit 1 for your
20   deposition, which is a document that was
21   provided to us by Carver from their Helm
22   CONNECT system.
23               It's a print out of the daily
24   log that was completed on May 20th of 2024.
25   And I believe it covers two days, May 20th
```

Page 53

```
1    and May 21st.
2                And if you look on the second
3    page of the exhibit, the production numbers
4    of Carver TBS Helm CONNECT 000503 through
5    505 -- excuse me, 506.  And I'm asking to
6    look at the one that's marked 504 at the
7    bottom?
8                Do you see that?
9        A.    This one right here, sir?
10       Q.    Yes.  Second page, yeah.
11       A.    Mm-hmm.
12       Q.    And it appears that you were on
13   board the vessel at the time of this -- on
14   that date, May 20th, 2024.
15               Do you see that?
16       A.    Okay.
17       Q.    You are listed.  I don't know
18   if you have any memory of being there, but
19   it appears that the vessel is underway from
20   somewhere near Brooklyn, eventually
21   entering the Atlantic southbound.
22               I can't tell where it's going,
23   but if you look at the very last entry in
24   the log on May 20th, the time entry is
25   23:08, describes an incident, I'll just
```

**JASON MCGRATH**

June 18, 2025

Page 54

1  read it, southbound Atlantic.
2              It says, "SB in the Atlantic,
3  steering went hard over with alarm, went to
4  clutch ahead, got back into donut and in
5  front of barge."
6              Do you have any memory of that?
7      A.    Off the top of my head, no.  I
8  do remember that it had happened a couple
9  of times in the past, and that's why we had
10  the technician on board.
11      Q.    Okay.  So this incident in May
12  of 2024, three or four weeks before the
13  allision, and -- you think there was a
14  technician that came out?
15      A.    Well, I know of one that came
16  on when I was on the boat.
17      Q.    Okay.  But that was up in New
18  York Harbor, right?
19              MR. RODGERS:  Objection.
20      There's documents that have more than
21      one technician, so you're asking
22      about what he remembers?
23              MR. CHAPMAN:  Yeah, exactly.
24              MR. RODGERS:  Okay.  Okay.
25      Q.    Yeah.

Page 55

1      A.    Yeah.  From what I remember, I
2  remember we brought one guy on board and he
3  was there for the autopilot.
4      Q.    Okay.  But that was up in New
5  York?
6      A.    Yes.
7      Q.    Not while you were southbound
8  in the Atlantic?
9      A.    Right.
10      Q.    Right.  Okay.  Do you ever
11  remember a technician from a company called
12  Aries Marine Electronics coming aboard the
13  boat to do anything with the autopilot?
14      A.    Honestly, I don't even remember
15  the guy who came on when I was there.
16      Q.    Okay.  You don't know what
17  company he was with?
18      A.    I don't even remember his name.
19      Q.    Okay.  Did -- were you involved
20  in anyway in working with him whatever the
21  issue was with the autopilot?
22      A.    I stood by in case he needed
23  anything from me, but it was his own
24  program.
25      Q.    Does the last name Kands mean

Page 56

1  anything to you?  You ever heard of
2  somebody named Kands?
3      A.    No.
4              THE REPORTER:  K-A-N-S, right?
5              MR. CHAPMAN:  K-A-N-D-S, yeah.
6      Q.    Before this allision occurred,
7  you remember having come aboard the vessel
8  to start your two-week hitch.
9              Do you remember where you
10  boarded the vessel?
11      A.    Not particularly, no.  I mean,
12  I -- if I had to guess, I'd say Baltimore,
13  but --
14      Q.    What makes you think that?
15      A.    Just because that was usually a
16  good crew-change spot.  We brought a taxi
17  out on the -- or it'd be the Chesapeake,
18  unless it was New York Harbor.
19      Q.    Got it.
20      A.    I mean, there was only a few
21  spots where we would do crew change along
22  the way.
23      Q.    You --
24              MR. RODGERS:  Well, just don't
25      guess.  If you remember --

Page 57

1              THE WITNESS:  Oh, I'm sorry.
2      No, I don't --
3              MR. RODGERS:  If you don't
4      remember --
5      A.    I don't remember 100 percent,
6  no.
7      Q.    Yeah.  You told us that you
8  were -- that you live up in New Hampshire?
9      A.    Yes.
10      Q.    Were you living up in New
11  Hampshire back then?
12      A.    Yes.
13      Q.    All right.
14      A.    I -- well, I bought my house
15  during -- while I was employed -- wait.
16  No.  I bought my house before I went to
17  them.  But yes, I was living in New
18  Hampshire, yes.
19      Q.    Okay.  And did the company pay
20  for your transportation to get to Baltimore
21  to get on the boat?
22      A.    They did at first, and then
23  they changed policy.
24      Q.    All right.  I'm going
25  to -- give me that.  I'm going to give you

**JASON MCGRATH**

June 18, 2025

---

Page 58

1  what was marked as Exhibit 6 in Mr. Moore's
2  deposition, which is the -- a daily log of
3  the Mackenzie Rose covering the period of
4  June 12th through June 16th of 2024.
5      MR. RODGERS:  What exhibit?
6      MR. CHAPMAN:  6.
7      THE REPORTER:  On Mr. Moore's
8      deposition.
9      Q.    And on the very first page of
10  the exhibit, it talks about a crew change
11  in Baltimore?
12      A.    Yep.
13      Q.    And it looks like you came
14  aboard the vessel at noon in Baltimore on
15  June 12th, right?
16      A.    Yep.
17      Q.    And it mentions on here a
18  couple of times -- a couple entries that
19  the vessel was standing by for repairs in
20  Baltimore, I guess at a ship repair
21  facility.
22          Do you know what needed to be
23  repaired on the vessel?
24      MR. RODGERS:  Other than what
25      he's reviewed with me?

Page 59

1      A.    MR. CHAPMAN:  Well, I don't
2  know what he reviewed with you and I'm not
3  really trying to explore it, I'm just
4  trying to remember --
5      MR. RODGERS:  You could put it
6      in the question.
7      Q.    I'm trying to ask him if he
8  recalls what was being repaired on the
9  vessel in Baltimore?
10      A.    No, I'm not 100 percent.  I
11  couldn't tell you exactly off the top of my
12  head.
13      Q.    The next page of the exhibit,
14  which is June 13th of 2024 says in the very
15  first entry, "Tug needs some issues
16  resolved."
17          Does any that ring any bells or
18  what needed to be done?
19      A.    No.  The last real big thing or
20  the issues resolved was we had some metal
21  break off or some fendering that we had to
22  get rewelded on the side of the boat.
23      Q.    Okay.  And it appears that the
24  vessel was there in Baltimore throughout
25  the day.

Page 60

1          If you turn over to the
2  one -- the page that starts with the June
3  14th entry.  It's Carver 000054 at the
4  bottom.  Sort of in about the middle of
5  that page, there's an entry at 7:55 a.m.
6      A.    Oh, yeah.  That was before
7  we -- yep.  That was -- that's what I was
8  talking about, we ended up getting that
9  fixed in New York.
10      Q.    Okay.  So is Jason a reference
11  to you?
12      A.    Yes, sir.
13      Q.    That's what I figured.  It
14  says, "The shipyard project spoke with
15  Jason, the shipyard project manager, about
16  welding the pin keepers."
17          Do you know what pin keepers
18  needed welding?
19      A.    Yeah.  For the rub rail which
20  held our fendering on.  We sat there
21  waiting to get welding work done, and they
22  never did it.  So we got a bunch of ratchet
23  straps to hold it still till we got home.
24  And then we had it fixed -- yeah.  We had
25  it fixed up in -- I can't remember the name

Page 61

1  of the boat yard, but it's over near New
2  Jersey.  But it was just fendering on the
3  forward starboard side?
4      Q.    The fendering is like those --
5      A.    Like rubber.
6      Q.    -- rubber --
7      A.    Yep.
8      Q.    -- that kind of protects the
9  hull?
10      A.    No.  It just keeps us from
11  scrapping up anything if we go to push
12  against it.
13      Q.    Got it.  Let me pass you what's
14  been marked as Exhibit 20 to the deposition
15  of a guy -- of Nicholas Laraway yesterday.
16  It's an invoice from a company called
17  General Ship Repair in Baltimore dated June
18  14th, 2024.  And it says that there's two
19  things that were done.
20          You described for us the need
21  to secure the starboard side fender for
22  transit.  But you'll see under Item A there
23  on the middle of the page, it says,
24  "Preparing weld to keep a plate onto the
25  port rudder post?"

**JASON MCGRATH**

June 18, 2025

Page 62

1    A.    Yep.
2    Q.    What is that about?
3    A.    I wasn't there for that one.
4  It could have happened before a crew
5  change.  But all this is just a little
6  piece of metal that goes on the deck.
7    Q.    And what does it do as far as
8  the rudder post is concerned?
9    A.    I couldn't answer you 100
10  percent to what --
11        MR. RODGERS:  Don't guess.
12        THE WITNESS:  Okay, I couldn't
13    guess.
14        MR. RODGERS:  You can tell him
15    what you know, though.
16    A.    What I know of what this is, is
17  all this is like a bump stop, is what I
18  believe it is.  But like I said, I'd be
19  guessing it's -- from what I'm reading,
20  that's what I gather from it, but I wasn't
21  there for the repair.
22    Q.    Let me just ask you.  Is that
23  the type of thing that like you would talk
24  to somebody at the company that something
25  needs to be repaired?

Page 63

1    A.    Yes.  But that would've been
2  O'Rourke -- Alex O'Rourke, the other
3  engineer.
4    Q.    Okay.
5    A.    That would probably
6  been -- that would've been him who did it.
7    Q.    Okay.
8    A.    Because I never asked for that
9  kind of repair.
10    Q.    All right.  Alex O'Rourke, was
11  he the --
12    A.    He was the other engineer.  His
13  name came back to me.
14    Q.    Okay.
15    A.    Yep.
16    Q.    And well, thank you for that.
17    A.    Yep.
18    Q.    Do you know if he still works
19  for Carver?
20    A.    I don't know.
21    Q.    Was he -- he was still working
22  there when you quit, or when you stopped
23  working there, I'll say?
24    A.    Yeah.  He was the other
25  engineer -- opposite engineer.

Page 64

1    Q.    Got it.  So it looks like the
2  boat was in the repair yard or at the
3  repair yard to get some repairs done for a
4  few days before you headed down to Norfolk
5  to get the barge, right?
6    A.    Yeah, we sat there.  Well, we
7  had to grab shopping, and -- yeah.  We -- I
8  think we were there for a day or two, from
9  what I remember.
10    Q.    Got it.
11        MR. RODGERS:  And you're
12    talking Baltimore or New York?
13        MR. CHAPMAN:  Baltimore.
14        MR. RODGERS:  Okay.
15    Q.    In Baltimore.  That's what you
16  understood me to mean?
17    A.    Yes, sir.
18    Q.    Yeah.  And when you got to
19  Norfolk, were you able to get underway
20  right away with the barge or did you have
21  to wait for anything?
22    A.    I couldn't tell you 100
23  percent.  It's usually -- most of the time,
24  it's always -- there's always some kind of
25  time delay from us getting there and

Page 65

1  leaving, whether we need fuel or grub.
2    Q.    Do you remember the boat having
3  to be surveyed -- the barge having to be
4  surveyed, you had to wait for the surveyor?
5    A.    No, I don't remember.
6    Q.    Do you know what the safety
7  management system is?  Sometimes they call
8  it the SMS, or.
9    A.    Yeah, I -- the big book.
10    Q.    Okay.
11    A.    Yeah.
12    Q.    And the big book, where is it
13  kept on the boat?
14    A.    It's either in the galley or
15  the lower wheelhouse.
16    Q.    All right.  And do you ever
17  have any reason to refer to it?
18    A.    I mean, if there's an incident,
19  we look up the guidelines in it or like
20  OSHA regulations, Coast Guard regulations
21  or whatnot.
22    Q.    Is there any training on the
23  materials that are -- or the information
24  that's contained in the SMS?
25        MR. RODGERS:  Objection to

JASON MCGRATH

June 18, 2025

Page 66

1    form.
2        You can answer if you
3        understand the scope of the question.
4    A.    I mean, you do get training on
5    it, and you get occasional drills like what
6    would happen if such and such happened,
7    this and that, that are regularly that you
8    have to have per Coast Guard, but to sit
9    down and read the manual, no.
10   Q.    Like a man overboard drill?
11   A.    Oh yeah.  Yeah, we do all of
12   that.
13   Q.    All right.  A fire drill?
14   A.    Fire drill, fuel -- if fuel
15   goes into the -- fuel or oil goes into the
16   water, what you would do, stuff like that.
17   Q.    Who provides that training or
18   runs those drills?
19   A.    It would be the captain, or the
20   port engineer, or the port -- sorry, the
21   port captain or our captain.
22   Q.    And is there something that you
23   would have to sign that you received the
24   training, or went through the training?
25   A.    Yes.

Page 67

1    Q.    Each time it happens?
2    A.    Well, I don't know.  I can't
3    remember if it's each time.
4    Q.    And when they would do this
5    training that you just described, would
6    everybody have to do it at the same time?
7    A.    Yes.
8    Q.    Like everybody's up and, you
9    know?
10   A.    We would set the alarm offs
11   fire out the fire hoses, the whole shabang.
12   Q.    Do you remember any training on
13   how to make a bridge transit?
14       MR. RODGERS:  Objection to
15       form.  You can answer if you
16       understand it.
17       I just want to ask you're
18       asking him as an engineer or is in
19       his rating?
20       MR. CHAPMAN:  This is not a
21   complicated question, Mr. Rodgers.
22       MR. RODGERS:  Well, it is.
23       MR. CHAPMAN:  I'm just asking
24   him if he remembers any training on
25   doing bridge transits.

Page 68

1    A.    That's -- no, that's not
2    something I'm trained on.  That'd be mates
3    or anybody working to work in the bridge.
4    Q.    And do you know whether they
5    were trained on bridge transits?
6    A.    I couldn't answer to them.
7        MR. RODGERS:  Objection -- hold
8    on.  Objection.
9        You can answer if you know.
10   A.    I couldn't answer to them.
11   Q.    Is there any specific training
12   that you recall that, you know, was, I'll
13   say related to your engineering
14   responsibilities that you had to
15   participate in or go through?
16   A.    Yes.
17   Q.    Can you tell us what
18   the -- what type of training that was?
19   A.    There's certification schools
20   where you go and you work up your license.
21   I had worked up to my designated tonnage
22   engineer, unlimited tonnage and I'd done
23   tech schools, diesel schools, marine system
24   schools, and then just working with the
25   knowledge of tech engineering.

Page 69

1    Q.    So I'm interested in -- you
2    described drills or training that happened
3    on the boat with everybody.  Was there any
4    training that happened on the boat related
5    to your engineering duties that you can
6    recall?
7    A.    I don't understand the
8    question.
9    Q.    Well, you described for us some
10   schools you'd been to.
11   A.    Yes.
12   Q.    Certifications that you got,
13   that sort of thing.  That's basically
14   shore-side stuff, right?
15   A.    No.  That's marine systems,
16   operations underway, stuff like that.
17   That's stuff pertaining to just me as the
18   engineer or anybody.
19   Q.    Well, we may be talking about
20   the same thing, then.  I'm just trying to
21   understand did that training occur on the
22   vessel as part of the SMS training system?
23   A.    No, no training like that did.
24   All that training was done in schools, in a
25   classroom, in a controlled environment.

**JASON MCGRATH**

June 18, 2025

1    Q.    Okay.

2    **A.    It was to prepare me to be on**

3  **the boat.**

4    Q.    Do you recall whether there was

5  a meeting of the crew regarding the bridge

6  transits on the stretch of river that you

7  were going to be passing through before

8  heading out to sea with the barge on June

9  15th, 2024?

10   **A.    Nothing that would've been**

11 **relayed to me.**

12   Q.    Did you ever have a Carver

13 Company's e-mail address when you worked

14 for them?

15        MR. RODGERS:  Personally?

16   **A.    You mean for them to send me**

17 **e-mails?**

18   Q.    No, like a company e-mail

19 address.

20   **A.    Like I could contact them?**

21   Q.    Or they could contact you

22 through -- like it would say, you know,

23 jmcgrath@carvercompanies.com?

24   **A.    Not that I'm aware of.  I**

25 **didn't have one.  I had the HR guys', I**

1  **believe, but I didn't have my own Carver**

2  **e-mail.  Not that I know of.**

3    Q.    You knew how to get in touch

4  with them by e-mail?

5    **A.    I could reply to their e-mails**

6  **to my personal e-mail.**

7    Q.    Okay.

8    **A.    Or I could call them.**

9    Q.    What personal e-mail did you

10 use at the time you were working for

11 Carver?  Like a Gmail account?

12   **A.    Yes.**

13   Q.    All right.

14   **A.    My own.**

15   Q.    Which -- you still have it?

16   **A.    Yes.**

17   Q.    What's your handle -- what's

18 your e-mail address on Gmail?

19   **A.    jaybonz88@gmail.com.**

20   Q.    Okay.

21        MR. CHAPMAN:  Why don't we take

22 a break?  And I think I'm pretty close to

23 being done.  Okay.

24        MR. RODGERS:  I didn't hear

25    you.

1        MR. CHAPMAN:  I said I think

2  I'm pretty close to being done.  Why

3  don't we take a break?

4        MR. RODGERS:  Okay.

5        THE VIDEOGRAPHER:  We are going

6  off the record.  The time is 11:55

7  a.m.

8        (Whereupon, a short recess was

9  taken.)

10        THE VIDEOGRAPHER:  Beginning

11 Media Number 2.  We are back on the

12 record.  The time is 12:09 p.m.

13   Q.    Mr. McGrath, the only thing I

14 wanted to follow up was, did you have any

15 training on the maintenance or servicing of

16 the autopilot system on the Mackenzie Rose?

17   **A.    No.**

18   Q.    Do you know of any manuals that

19 were kept on the boat, or accessible on the

20 boat that could help you troubleshoot it if

21 you needed to?

22   **A.    We had a ton of manuals.  To**

23 **say whether we did or didn't, I couldn't**

24 **tell you 100 percent.**

25   Q.    In your service on the

1  Mackenzie Rose, did you ever do anything to

2  troubleshoot or repair --

3    **A.    The autopilot, no, sir.**

4    Q.    -- autopilot?

5    **A.    No.**

6        MR. CHAPMAN:  Okay, all right.

7  That's all I got.  We're done

8  unless --

9        MR. RODGERS:  You're done?

10        MR. CHAPMAN:  -- Mr. Rodgers

11 has some questions.

12        MR. RODGERS:  Yeah.  I just

13 need 10 minutes to check my notes.

14        MR. CHAPMAN:  Yeah.

15        MR. RODGERS:  Are you okay with

16 your meeting?

17        MR. CHAPMAN:  Yeah.  Yeah,

18 yeah.  I got it.

19        THE REPORTER:  Do you mind if

20 we --

21        MR. CHAPMAN:  Do you really

22 need 10 minutes?

23        THE REPORTER:  Yeah.  Do you

24 mind if we end only because I parked

25 in --

**JASON MCGRATH**

June 18, 2025

Page 74

```
1              MR. RODGERS:  I can't hear you.
2              THE VIDEOGRAPHER:  Okay.  We
3        are going off the record.  The time
4        is 12:10 p.m.
5              THE VIDEOGRAPHER:  Beginning
6        Media Number 3.  We are back on the
7        record.  The time is 12:21 p.m.
8   EXAMINATION BY
9   MR. RODGERS:
10       Q.    Okay.  Real quick, just maybe
11  three questions.  So Mr. McGrath, when you
12  were talking about manning of the tug, is
13  it fair to say that was your opinion?
14       A.    Yes.
15       Q.    If you could look at Exhibit 5
16  from the Moore deposition, but -- it's a
17  list of crew members.
18            Can you just take a look?  Were
19  those the crew members on board including
20  yourself?
21       A.    That is correct.
22       Q.    Okay, and how many are there?
23            MR. CHAPMAN:  Just to be clear,
24       you mean on the day of the allision?
25       I don't know.  It has a date on
```

Page 75

```
1        there.
2              MR. RODGERS:  You sound like
3        me.  Tug Mackenzie Rose crew matrix
4        on June 15th, 2024.
5              Thank you, Jim.
6        Q.    Were those the people, to your
7   knowledge, who were on board at the time of
8   the allision?
9        A.    To my knowledge, yes.
10       Q.    Okay.  And there is five there,
11  right?
12       A.    Yes.
13       Q.    Have you ever seen a
14  certificate of inspection generally?
15       A.    There's always one hanging in
16  the galley.
17       Q.    And when you look at Exhibit 38
18  of the Moore Exhibit, does that appear to
19  be a certificate of inspection?
20       A.    Yes, it does.
21       Q.    Does it appear to be for the
22  Mackenzie Rose?
23       A.    Yes, sir.
24       Q.    And if you go to the section,
25  "This vessel must be manned with the
```

Page 76

```
1   following license and unlicensed
2   personnel."
3              Do you see that?
4        A.    Yes.
5        Q.    And if you count how many
6   personnel that is named in that section?
7        A.    Five.
8        Q.    Five?
9        A.    Yes, sir.
10       Q.    Okay.  And there were five on
11  board at the time of the allision?
12       A.    Correct.
13       Q.    Okay.  Real quickly.  If you go
14  to Exhibit 1 of today's deposition, the
15  Helm CONNECT daily log for 5/20/24.  You
16  were shown that by Mr. Chapman.  I want you
17  to go back to the section he has showed
18  you, and it says, "At 23:08, incident SB
19  Atlantic -- " is that southbound?
20       A.    Yes, sir.
21       Q.    "SB in the Atlantic, steering
22  went hard over with alarm.  Went to clutch
23  ahead, got back into donut in front of the
24  barge."
25            Do you see that?
```

Page 77

```
1        A.    Yes.
2        Q.    And is it fair to say that this
3   entry doesn't mention anything about
4   autopilot?
5        A.    Correct.
6        Q.    Okay.  And to your knowledge,
7   as you sit here, do you have any knowledge
8   as to why it went hard over that particular
9   time?
10       A.    I couldn't -- not to my
11  knowledge at that time, no.
12       Q.    Okay, thank you.  And getting
13  back to the wheelhouse, both -- let's start
14  with the upper wheelhouse.
15            The autopilot switch that's in
16  that wheelhouse, do you have anything to do
17  with turning that on or off?
18       A.    Nothing.
19       Q.    In your understanding and
20  knowledge, is that a -- have -- part of any
21  duty of the engineer?
22       A.    None.
23       Q.    And is it, in your
24  understanding, the duty of the mate on
25  watch?
```

Page 78

```
 1       A.   Whoever is on the controls, is
 2  their duty.
 3       Q.   Whether it's the mate or
 4  captain?
 5       A.   Yes, sir.
 6       Q.   Okay.  And does that go for the
 7  lower bridge too, the main bridge?
 8       A.   Correct.
 9       Q.   Okay, that's all that I have.
10  Thank you.
11       MR. CHAPMAN:  I don't have any
12   further questions.  Thank you,
13   Mr. McGrath.
14       THE WITNESS:  Thank you.
15       MR. CHAPMAN:  Pleasure to meet
16   you.
17       THE WITNESS:  You as well.
18       MR. RODGERS:  We're done.
19       THE VIDEOGRAPHER:  Okay.  This
20   is the end on the video deposition of
21   Jason McGrath -- I'm sorry.
22       MR. CHAPMAN:  I don't know
23   whether anybody else has any
24   questions, but I'm guessing not.
25       MR. RODGERS:  Oh, sorry.  Mark,
```

Page 79

```
 1  you there?
 2       MR. NANAVATI:  No questions.
 3  No questions.
 4       MR. CHAPMAN:  Okay.
 5       MR. RODGERS:  Okay.
 6       THE REPORTER:  So ready to go?
 7       MR. CHAPMAN:  Yep.
 8       THE VIDEOGRAPHER:  This is the
 9  end on the video deposition of Jason
10  McGrath.  The time is 12:25 p.m.
11       (Thereupon, the examination was
12  concluded at 12:25 P.M.)
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 80

```
 1
 2
 3           C E R T I F I C A T E
 4
 4  STATE OF NEW YORK)
 5                 :ss
 6  COUNTY OF SUFFOLK )
 7
 8       I, LARIN KAYWOOD, a Notary Public
 9  within and for the State of New York, do
10  hereby certify:
11       That the witness whose examination is
12  hereinbefore set forth was duly sworn and
13  that such an examination is a true record
14  of the testimony given by such a witness.
15       I further certify that I am not
16  related to any of these parties to this
17  action by blood or marriage, and that I am
18  not in any way interested in the outcome of
19  this matter.
20       IN WITNESS WHEREOF, I have hereunto
21  set my hand this 18th day of June, 2025.
22
23           Larin Kaywood
           _____
24               Larin Kaywood
25
```

Page 81

```
 1  Errata Sheet
 2
 3  NAME OF CASE: IN THE MATTER OF COEYMANS MARINE TOWING, et al.
 4  DATE OF DEPOSITION: 06/18/2025
 5  NAME OF WITNESS: JASON MCGRATH
 6  Reason Codes:
 7       1. To clarify the record.
 8       2. To conform to the facts.
 9       3. To correct transcription errors.
10  Page _____ Line _____ Reason _____
11  From _____ to _____
12  Page _____ Line _____ Reason _____
13  From _____ to _____
14  Page _____ Line _____ Reason _____
15  From _____ to _____
16  Page _____ Line _____ Reason _____
17  From _____ to _____
18  Page _____ Line _____ Reason _____
19  From _____ to _____
20  Page _____ Line _____ Reason _____
21  From _____ to _____
22  Page _____ Line _____ Reason _____
23  From _____ to _____
24
25           _____
```

**Page 82**

```
 1                    Errata Sheet
 2   NAME OF CASE: IN THE MATTER OF COEYMANS MARINE TOWING, et al.
 3   DATE OF DEPOSITION: 06/18/2025
 4   NAME OF WITNESS:   JASON MCGRATH
 5   Reason Codes:  1. To clarify the record.
 6                  2. To conform to the facts.
 7                  3. To correct transcription errors.
 8   Page _____ Line _____ Reason _____
 9   From _____ to _____
10   Page _____ Line _____ Reason _____
11   From _____ to _____
12   Page _____ Line _____ Reason _____
13   From _____ to _____
14   Page _____ Line _____ Reason _____
15   From _____ to _____
16   Page _____ Line _____ Reason _____
17   From _____ to _____
18   Page _____ Line _____ Reason _____
19   From _____ to _____
20   Page _____ Line _____ Reason _____
21   From _____ to _____
22   Page _____ Line _____ Reason _____
23   From _____ to _____
24                  _____
25                     JASON MCGRATH
```

**Page 83**

```
 1   STATE OF CALIFORNIA    )
 2                         )
 3   COUNTY OF LOS ANGELES  )  ss.
 4
 5          I, JASON MCGRATH, hereby certify
 6   under penalty of perjury under the laws of the State of
 7   California that the foregoing is true and correct.
 8          Executed this _____ day of
 9   _____, 2025, at _____,
10   California.
11
12
13          _____
14              JASON MCGRATH
15
16
17
18
19
20
21
22
23
24
25
```

**JASON MCGRATH**

June 18, 2025

### Exhibits

**Exhibit 1**
3:9 52:12,16,
19 76:14

**Exhibit 5**
3:16 74:15

**Exhibit 12**
3:12 11:9,22

**Exhibit 13**
3:14 44:18
49:13

**Exhibit 38**
3:17 75:17

---
**0**
---

**000054**
60:3

**000503**
53:4

**03603**
5:11

---
**1**
---

**1**
4:2 52:12,14,
16,19 76:14

**10**
51:7 73:13,22

**100**
12:1,23 24:10,
21 28:2 57:5
59:10 62:9
64:22 72:24

**10:49**
4:9

**11:55**
72:6

**12**
11:9,22 29:9,
11

**12:09**
72:12

**12:10**
74:4

**12:21**
74:7

**12:25**
79:10,12

**12th**
58:4,15

**13**
44:18 49:13

**13th**
59:14

**14th**
60:3 61:18

**15th**
6:2 70:9 75:4

**16th**
58:4

**18th**
4:8

---
**2**
---

**2**
72:11

**20**
61:14

**2024**
5:24 6:2 10:20
12:10 52:24

**53:14 54:12**
58:4 59:14
61:18 70:9
75:4

**2025**
4:8

**20th**
52:24,25
53:14,24

**21st**
53:1

**23:08**
53:25 76:18

**25th**
11:15,23

**2:24-cv-00490**
4:6

---
**3**
---

**3**
49:12 74:6

**38**
75:17

---
**4**
---

**43**
5:10

**4:30**
28:22

---
**5**
---

**5**
74:15

**5/20/24**
76:15

**50**
24:23

**504**
53:6

**505**
53:5

**506**
53:5

---
**6**
---

**6**
58:1,6

---
**7**
---

**7:55**
60:5

---
**8**
---

**85**
24:22

---
**A**
---

**a.m.**
4:9 60:5 72:7

**able**
34:18 64:19

**aboard**
21:10 27:15
55:12 56:7
58:14

**abrupt**
48:23

**access**
22:22

**accessible**

**72:19**

**account**
71:11

**accurate**
28:2 48:18

**actually**
9:8 10:6 13:8
17:15 38:4
41:8

**address**
5:9 70:13,19
71:18

**adjust**
39:10

**affect**
38:23

**affected**
38:15

**after**
4:15 7:13
11:23 12:15,
21 44:8

**aftermath**
40:7

**afternoon**
28:22,23

**afterwards**
32:18 37:9,10

**against**
61:12

**Agent**
9:16

**ahead**
54:4 76:23

**alarm**
54:3 67:10
76:22

**JASON MCGRATH**

June 18, 2025

**alarms**
31:8

**Albuterol**
9:20,21,23

**Alex**
63:2,10

**allision**
12:15 27:18
28:8,12,21
30:15 40:8
51:14,20,24
54:13 56:6
74:24 75:8
76:11

**allotted**
29:6

**Andrew**
6:10

**angle**
41:23 42:2

**answer**
17:25 19:5
20:14 37:3
40:13 62:9
66:2 67:15
68:6,9,10

**anybody**
8:10 10:17
13:21 23:20
26:18 32:15
68:3 69:18
78:23

**anything**
9:12 13:24
14:15 16:4
18:12 25:14
34:22 36:24
37:18 39:1,17
41:22 47:8,18
48:5 55:13,23

56:1 61:11
64:21 73:1
77:3,16

**apologize**
46:18

**appear**
34:21 75:18,
21

**appears**
44:25 53:12,
19 59:23

**Aries**
55:12

**arrange**
26:5

**arrangement**
30:9

**ask**
5:21 18:2
27:14 37:18
44:20 45:8,16
59:7 62:22
67:17

**asked**
37:23 42:16,
21 43:13 63:8

**asking**
20:8,10 27:20
53:5 54:21
67:18,23

**assigned**
5:23 13:2,8

**assist**
15:6

**assume**
22:11 41:19

**Atlantic**
53:21 54:1,2

55:8 76:19,21

**attention**
31:2

**autopilot**
19:18 20:6,16
21:14,18
26:12,25
36:25 52:2
55:3,13,21
72:16 73:3,4
77:4,15

**awake**
28:7

**aware**
70:24

**awesome**
10:8

_____

**B**

_____

**baby**
17:2

**back**
5:24 16:1,19
54:4 57:11
63:13 72:11
74:6 76:17,23
77:13

**backing**
35:6,18,20,22
36:4

**backlogged**
8:8

**bad**
9:2

**Baldassare**
24:4

**Baltimore**
27:22 56:12

57:20 58:11,
14,20 59:9,24
61:17 64:12,
13,15

**barge**
28:14 29:14
30:2,3,4,11,12
36:11,15
37:22 38:1
39:19,21 40:8
48:8 49:16,18
50:17,20 51:2
52:4 54:5
64:5,20 65:3
70:8 76:24

**barges**
18:25

**bars**
39:16

**based**
27:21 47:14
48:16

**basically**
14:11 17:4
29:4 69:13

**Bates**
45:17,20 46:1,
8

**before**
13:4 17:1,11,
14 18:6,19
19:4 26:21
27:17,24
28:11 40:9
47:11 50:8,25
54:12 56:6
57:16 60:6
62:4 64:4 70:7

**begin**
49:9

**beginning**
4:2 7:5,10
72:10 74:5

**believe**
12:21 13:16
16:23 21:9,11
24:13 33:5
42:5,20 52:25
62:18 71:1

**believed**
14:4

**bells**
17:10 59:17

**belong**
22:19

**Belonged**
22:21

**below**
30:2,5

**Belt**
4:20 6:1

**best**
35:1

**between**
6:25 8:14 43:4
49:20

**big**
59:19 65:9,12

**bit**
9:19 15:20
27:10 39:6
49:11

**board**
19:20 27:16
53:13 54:10
55:2 74:19
75:7 76:11

**boarded**

56:10

**boat**
14:25 15:15
16:15 17:1,7
19:23 21:24
25:16,18
26:17 27:2
48:23 49:2
54:16 55:13
57:21 59:22
61:1 64:2
65:2,13 69:3,4
70:3 72:19,20

**boats**
18:4

**book**
16:17 22:14,
17 23:3,5
30:23,24,25
65:9,12

**both**
20:4 32:19
33:3 43:6,8
77:13

**bottom**
53:7 60:4

**bought**
57:14,16

**bow**
29:23 30:2,5,
10 36:10
39:17

**bow's**
29:24

**Bowls**
6:11

**box**
38:24

**boxes**

31:15,16
38:17 39:5

**branch**
18:9

**break**
15:7 59:21
71:22 72:3

**breathed**
9:1

**bridge**
5:25 6:1 12:16
27:18 28:17
31:11 34:15,
17,18,20,22,
25 36:3,16
38:1 40:5,9
49:14,19
50:13 51:17
67:13,25 68:3,
5 70:5 78:7

**bridges**
42:3

**Brooklyn**
53:20

**Brothers**
18:21

**brought**
37:4 55:2
56:16

**buddies**
14:2

**bump**
62:17

**bunch**
60:22

**Bunker**
19:1

## C

**call**
25:21 32:2,24
48:23 65:7
71:8

**called**
21:25 26:13
32:5 55:11
61:16

**calling**
41:11,16,18

**calls**
24:12

**camera**
51:3

**can**
6:21 13:6 14:3
15:20 17:25
20:14 26:23
33:13 34:1,25
35:13 37:3
38:25 40:13
41:25 52:11
62:14 66:2
67:15 68:9,17
69:5 74:18

**can't**
7:25 8:1 24:1
33:6 34:7
53:22 60:25
67:2 74:1

**Cap**
42:23

**captain**
24:10,16 26:3
31:24 33:16
34:3 35:9
36:23 37:14

43:4,13,25
44:5,10 50:12
52:2 66:19,21
78:4

**captains**
43:7

**care**
26:15,21

**Carver**
4:5,24 6:7,22
10:12 11:12
13:1,9 18:6,20
41:20 52:21
53:4 60:3
63:19 70:12
71:1,11

**case**
4:6 55:22

**catch**
51:1

**caused**
9:3 48:24

**certain**
18:1 25:13
31:20

**certificate**
8:4 9:5,14
10:17 12:4
75:14,19

**certification**
68:19

**Certifications**
69:12

**chair**
38:10 48:25

**change**
51:5 56:21
58:10 62:5

**changed**
57:23

**channel**
36:16

**Chapman**
4:17 5:13,17
11:21 19:9
20:10 35:14,
17 45:13,19,
24 46:3,5,11,
14,18,22
52:11,15
54:23 56:5
58:6 59:1
64:13 67:20,
23 71:21 72:1
73:6,10,14,17,
21 74:23
76:16 78:11,
15,22 79:4,7

**Charlestown**
5:11

**check**
31:3 37:21
73:13

**checked**
31:14,15,21

**Chesapeake**
56:17

**Chris**
16:23 17:16
40:18 41:1
42:23,24

**classroom**
69:25

**clear**
48:21 74:23

**cleared**
9:7

client's
5:25

close
34:16 71:22
72:2

closet
15:24

clutch
54:4 76:22

Clyde
4:23

Coast
6:18 7:15 8:1,
25 9:5 10:25
29:7,8 41:19
65:20 66:8

Coeymans
4:4,23

comment
37:6

company
4:21 6:11 21:3
22:20,21
26:11,14,20
55:11,17
57:19 61:16
62:24 70:18

Company's
70:13

completed
52:24

complicated
67:21

computer
22:12

concerned
62:8

concluded
79:12

CONNECT
21:25 22:23
52:22 53:4
76:15

connection
19:15

contact
25:17 70:20,
21

contacted
11:1 38:1

contained
65:24

Contreras
4:10

control
52:6

controlled
39:8 69:25

controls
20:16 78:1

cool
31:17

cooling
38:16

COPD
9:3,15

copy
11:11 44:21

Corp
18:11

correct
38:16 45:3
47:2 74:21
76:12 77:5

78:8

could
15:2 16:19
20:2 22:22
25:3,5,17 27:6
36:3 38:23
45:16 46:8
47:12 59:5
62:4 70:20,21
71:5,8 72:20
74:15

couldn't
10:12,17
11:25 12:4,23
25:15 28:2
42:8 51:12
59:11 62:9,12
64:22 68:6,10
72:23 77:10

Counsel
4:14

count
76:5

couple
19:19,21
29:22 48:21
51:7 54:8
58:18

court
4:11,15

covering
58:3

covers
52:25

crafts
49:8

crashing
31:8

credential

11:11

creek
28:17

creeks
28:14 38:19

Crenshaw
4:18

crew
15:1 51:5
56:21 58:10
62:4 70:5
74:17,19 75:3

crew-change
56:16

crew-changed
28:1

crossed
39:16,20 48:7

crowd
45:4

crush
9:22

current
5:9

currently
6:6

D

D&e
6:11

d/b/a
4:5,24

dad
9:15

daily
52:23 58:2

76:15

damage
5:25 37:23
48:6

date
4:7 12:4 53:14
74:25

dated
61:17

day
9:22 10:3 23:9
28:5 37:11,12,
13 42:19
51:11,13
59:25 64:8
74:24

days
27:19 51:7
52:25 64:4

deal
26:18

dealt
18:4 24:18

deck
29:3 30:1,4
62:6

deckhand
39:18 50:16

deckhands
14:22 32:20
33:8 44:4

decks
14:10

deep
8:21

delay
64:25

June 18, 2025

**depends**
30:7

**deposition**
4:3 11:10,22
44:19 52:12,
20 58:2,8
61:14 74:16
76:14 78:20
79:9

**described**
19:14 21:18
48:17 61:20
67:5 69:2,9

**describes**
53:25

**designated**
68:21

**desktop**
22:12

**dessert**
9:2

**detect**
39:1

**didn't**
7:21 8:10
12:12 17:15
25:15 35:23
38:3 43:9 45:2
47:8 48:3,5,10
70:25 71:1,24
72:23

**diesel**
68:23

**difference**
51:11

**digital**
51:3

**discharge**
14:11

**discharged**
25:23

**distance**
49:20

**do**
6:3,6,9,17 7:4
13:24 14:23
16:14,21
17:20 18:12
20:4,25 21:6
22:2 23:24
24:22 26:11,
25 27:14
28:10 30:8
37:18,24,25
39:13 40:23
41:1,7 42:1,6,
11 43:10,18
45:16,19
47:10 50:23
51:22 52:1,7
53:8,15 54:6,8
55:10,13 56:9,
21 58:22
60:17 62:7
63:18 65:2,6,
16 66:4,11,16
67:4,6,12 68:4
70:4 72:18
73:1,19,21,23
76:3,25 77:7,
16

**dock**
29:18 51:4

**document**
11:8 52:20

**documents**
54:20

**does**
17:9 30:1,4
55:25 59:17

62:7 75:18,20,
21 78:6

**doesn't**
47:19 77:3

**doing**
30:19 36:22
43:6 67:25

**don't**
7:25 8:17,20
11:2 24:8,24
25:6 29:6 31:1
35:1,5 37:23
38:19 40:15,
16,20,22
41:18,20 43:5
47:13 48:12,
14 53:17
55:14,16,18
56:24 57:2,3,5
59:1 62:11
63:20 65:5
67:2 69:7
71:21 72:3
74:25 78:11,
22

**done**
45:7 59:18
60:21 61:19
64:3 68:22
69:24 71:23
72:2 73:7,9
78:18

**donut**
54:4 76:23

**drag**
38:22

**drill**
66:10,13,14

**drills**
66:5,18 69:2

**dropped**
50:25

**drug**
9:20

**duly**
5:1

**duties**
15:11 69:5

**duty**
68:21 77:21,
24 78:2

---

**E**

**e-mail**
11:3 70:13,18
71:2,4,6,9,18

**e-mails**
70:17 71:5

**each**
16:19 67:1,3

**ear**
41:10

**easy**
29:21

**Eaton**
5:10

**efficiently**
14:12

**either**
6:14 12:20
26:3 42:2
48:13 65:14

**electronic**
15:15 21:24

**Electronics**
55:12

**else**
13:22 14:15
15:17 23:1
24:18 26:2
32:15 47:18
78:23

**else's**
11:9

**employed**
57:15

**employment**
13:9

**end**
51:8 73:24
78:20 79:9

**ended**
15:5 60:8

**engine**
23:17 31:14
34:10 35:24
36:17,20
38:13 39:3,4
41:24 50:9

**engineer**
10:13 14:18
16:18 17:22
19:12 23:23
63:3,12,25
66:20 67:18
68:22 69:18
77:21

**engineer's**
16:17 22:6,8
23:6

**engineering**
14:5 23:22
24:15,19
68:13,25 69:5

**engines**

June 18, 2025

31:21 35:10,
25

**entering**
53:21

**entries**
23:2 58:18

**entry**
53:23,24
59:15 60:3,5
77:3

**entry's**
22:5

**environment**
69:25

**estimate**
13:7

**eventually**
8:12 53:20

**everybody**
24:12 43:16
67:6 69:3

**everybody's**
67:8

**everything**
12:2 14:11
31:14,22

**evident**
34:8,12

**exact**
12:4 51:11

**exactly**
24:8 54:23
59:11

**examination**
5:12 74:8
79:11

**examined**

5:3

**excuse**
30:3 53:5

**exhibit**
11:9,22 44:18,
21 46:1,21,23
47:4 49:13
52:12,16,19
53:3 58:1,5,10
59:13 61:14
74:15 75:17,
18 76:14

**exhibits**
45:22 46:19

**existence**
45:11

**expert**
20:9

**expiration**
10:23

**expire**
11:15

**expired**
10:15,25

**explore**
59:3

**exposure**
9:16

**extent**
20:8

---

**F**

**facility**
58:21

**fair**
74:13 77:2

**fast**
40:20

**faster**
40:17

**feel**
17:21 49:2

**felt**
31:4 35:23
38:5 48:22

**fender**
49:22 61:21

**fendering**
48:4 49:14
50:13 59:21
60:20 61:2,4

**figure**
31:7

**figured**
60:13

**filled**
8:19

**filling**
30:20

**finally**
36:9

**find**
15:23

**fine**
32:4

**finish**
19:4 20:12

**fire**
66:13,14
67:11

**firm**
4:18

**first**

4:13 5:1 28:5
33:6 34:25
36:3 44:21
47:17 50:6
57:22 58:9
59:15

**five-man**
15:1

**fix**
16:6 19:15
40:24

**fixed**
60:9,24,25

**fixing**
31:12

**flagged**
11:2

**flare**
9:23

**flow**
39:8

**focus**
28:4

**follow**
72:14

**following**
76:1

**forever**
7:19

**forgot**
11:3 45:16

**form**
9:3 17:24
35:12,16 37:2
40:12 66:1
67:15

**forward**
31:5 35:23

36:4 38:10
48:25 49:11
61:3

**found**
15:25

**front**
37:22,25 48:7
54:5 76:23

**fuel**
14:10 23:12
25:22,23,24,
25 26:4,6,9
65:1 66:14,15

**fueling**
14:10

**function**
10:7

**fundamentally**
5:22

---

**G**

**galley**
42:17 43:17,
20 65:14
75:16

**gather**
62:20

**gathered**
42:16

**gave**
9:12 17:21
44:9

**gear**
15:8,9 29:4,
15,18 30:6
40:1

**general**
16:16 61:17

**generally**
25:19 75:14

**get**
6:20 7:19
8:17,20 26:6
31:6 57:20,21
59:22 60:21
64:3,5,19
66:4,5 71:3

**gets**
38:20

**getting**
8:24 28:11
60:8 64:25
77:12

**gist**
34:9

**give**
8:10 13:6 19:3
35:1 49:25
57:25

**Gmail**
71:11,18

**go**
14:21 15:7
16:6,19 19:15
20:18 26:5
29:6,11 31:3
32:10,15
34:14 35:8,24
36:7 37:21
39:16 40:23
42:9 61:11
68:15,20
75:24 76:13,
17 78:6 79:6

**go-to**
25:19

**goes**
40:24 45:4

62:6 66:15

**going**
5:21 11:7,15
18:6 31:18
44:17 50:8
53:22 57:24,
25 70:7 72:5
74:3

**gone**
9:10,13 10:7

**good**
5:15,16 45:25
56:16

**Gotcha**
8:20 9:15 30:1
33:12 51:13

**grab**
64:7

**grandfather**
8:11

**grateful**
10:10

**grub**
65:1

**Guard**
6:18 7:16 8:1,
25 9:5 10:25
29:7,8 41:19
65:20 66:8

**guess**
24:24 25:6
45:17 56:12,
25 58:20
62:11,13

**guessing**
12:7 25:7
62:19 78:24

**guidelines**
65:19

**guy**
15:5 16:21
17:8,16 24:3,
12,14 25:19
27:5 55:2,15
61:15

**guys**
32:19

**guys'**
70:25

—————————

**H**

—————————

**had**
7:14,15 8:6
9:1,15,21,22,
23 10:21,22,
25 15:23
16:16 17:6
18:5 21:21
22:14 23:7
25:12 26:13
27:23 28:17
29:14 33:9
34:4,9,12
37:4,5 38:14
39:25 40:15
41:4,6,9 49:13
50:13 54:8,9
56:12 59:20,
21 60:24 64:7
65:4 68:14,21
70:25 72:22

**hadn't**
18:4 35:8

**Hampshire**
5:11 57:8,11,
18

**hand**
11:7 41:5,7,10

**handed**
44:11 52:18

**handle**
14:19 71:17

**handled**
26:2

**handwritten**
44:14,15
46:25

**hang**
8:7 40:9

**hanging**
75:15

**happen**
66:6

**happened**
6:1 28:21
31:10 34:4,8,
9,12 38:4
42:14 54:8
62:4 66:6
69:2,4

**happens**
67:1

**Harbor**
21:10 54:18
56:18

**hard**
19:23,25 54:3
76:22 77:8

**have**
6:12,17,25
7:21,25 12:19
14:20 15:11,
13 16:6 22:4
23:23 24:9,22
25:15 26:1
27:23 28:23,
25 29:2,4,5,21

31:16 33:9
37:20 41:12
42:5 45:9
47:11,12 51:6
52:5 53:18
54:6,20 62:4
64:20 65:17
66:8,23 67:6
70:12,25 71:1,
15 72:14
75:13 77:7,16,
20 78:9,11

**head**
24:1 36:10
42:9 50:17,20
54:7 59:12

**headed**
27:22 35:3
41:4 64:4

**heading**
40:9 48:2 70:8

**health**
8:21

**hear**
71:24 74:1

**heard**
56:1

**held**
60:20

**Helm**
21:25 22:23
52:21 53:4
76:15

**help**
14:22 15:8
72:20

**helped**
29:16,17,18

**high**

June 18, 2025

29:24

hit
38:3

hitch
12:20,21 27:1,
17 51:9 56:8

hitches
20:24

hold
60:23 68:7

home
51:1 60:23

Honestly
55:14

hoses
67:11

hours
29:3,5,6

house
57:14,16

HR
70:25

hull
61:9

hydraulic
14:14

**I**

idea
41:14

identification
52:17

immediately
31:9 47:25

incident
27:24 28:5

53:25 54:11
65:18 76:18

include
14:13

including
74:19

incorrect
47:21

indicate
41:23

indicator
42:2

information
8:14 25:17
28:20 30:21
65:23

Ingrid
4:10

inhale
9:22 10:3

inspect
39:17

inspection
75:14,19

interested
69:1

interfered
40:20

introduce
4:14

introduced
5:18

invoice
61:16

involved
6:14 20:3,4
55:19

involvement
26:1

involving
19:18

isn't
31:6

issue
7:15 16:19
24:19 37:5
55:21

issued
6:18

issues
8:21 23:22
24:15 59:15,
20

Item
61:22

**J**

Ja
32:17,24 33:9

James
4:17,22 31:24

Jarkeis
32:25 33:1
51:2

Jason
4:3 5:1,7
60:10,15
78:21 79:9

jaybonz88@
gmail.com.
71:19

Jersey
61:2

Jim

5:17 45:21
75:5

Jimmy
31:11,23 32:5
48:2

jmcgrath@
carvercompani
es.com
70:23

jobs
6:12

joined
18:19

journal
23:8

journals
23:8

June
4:7 5:24 6:1
7:12 11:15,23
58:4,15 59:14
60:2 61:17
70:8 75:4

**K**

K-A-N-D-S
56:5

K-A-N-S
56:4

Kands
55:25 56:2

Kaywood
4:12

keepers
60:16,17

kept
17:6 65:13

72:19

kick
19:23

kicked
20:18 37:6

kind
22:12 23:22
30:13 40:5,8
43:8 61:8 63:9
64:24

kitchen
14:9

knew
18:3 19:18,20
26:22 71:3

know
9:19 11:2 12:1
16:14 20:5,15,
16 25:13,16
26:4 27:13
31:1 32:7 35:1
37:3,25 38:5
40:15,17,18,
20 41:1,7,14,
18,20 42:1,6
43:5 45:11,15
47:10 48:5
49:10 50:23,
25 51:17,18,
21,22 52:1
53:17 54:15
55:16 58:22
59:2 60:17
62:15,16
63:18,20 65:6
67:2,9 68:4,9,
12 70:22 71:2
72:18 74:25
78:22

knowledge
45:9 52:5

**JASON MCGRATH**

June 18, 2025

68:25 75:7,9
77:6,7,11,20

**knows**
20:11

**Kushner**
17:9,14

---

**L**

**ladder**
35:3 48:2

**landed**
49:13

**laptop**
22:11

**Laraway**
61:15

**larger**
14:25

**Larin**
4:12

**last**
7:8 10:6,20
11:15 17:9
53:23 55:25
59:19

**later**
51:7

**law**
4:18

**lawsuit**
5:24

**least**
27:1

**leaving**
7:4 40:16 65:1

**left**

19:24,25 35:5

**Legal**
4:13

**Lenny**
24:5,12 25:20

**Leonard**
24:4

**let**
6:5 26:3 31:16
61:13 62:22

**license**
6:17 7:21 8:1,
24 9:4 10:13
68:20 76:1

**licenses**
7:16

**life**
18:8

**like**
6:21,23 7:20
9:20 10:11
11:14 12:23
14:4 16:7,10
17:21 18:2
21:24 22:7
23:8 24:19
27:19 28:5,24
29:13 35:22
41:20 46:24
47:6,19 48:16
49:6 58:13
61:4,5 62:17,
18,23 64:1
65:19 66:5,10,
16 67:8 69:16,
23 70:18,20,
22 71:11 75:2

**lines**
14:19 29:19,
22,23

**list**
74:17

**listed**
53:17

**live**
57:8

**living**
57:10,17

**LLC**
4:5

**load**
26:9

**loaded**
30:13

**located**
22:13 39:22

**log**
16:7,13 17:8
22:6,8 23:6
30:22 52:24
53:24 58:2
76:15

**logged**
16:17

**login**
16:15

**logs**
30:21

**long**
7:13 13:7
16:25 45:21

**longer**
11:24

**looked**
42:10 48:1

**lookout**
15:11

**loop**
11:6

**loose**
15:25

**loosening**
39:10

**lot**
9:1 17:7 28:16
34:6 49:7

**loud**
36:1

**lower**
42:4 65:15
78:7

**lungs**
9:3

---

**M**

**Mackenzie**
5:23 13:2,5,8,
15 14:6 17:22
19:12 27:16
58:3 72:16
73:1 75:3,22

**made**
28:19 30:5
31:2 37:5

**main**
78:7

**maintenance**
14:7 72:15

**make**
22:5 23:2
31:15,17,21
32:6 38:13
67:13

**makes**
56:14

**man**
14:21,23 15:3,
5 66:10

**manage**
25:21

**management**
65:7

**manager**
60:15

**maneuvering**
31:11

**manned**
75:25

**manning**
74:12

**manual**
25:16 66:9

**manuals**
72:18,22

**marine**
4:4,5,24 14:8
18:11 55:12
68:23 69:15

**mariner**
10:18 11:11

**mark**
45:18 52:11
78:25

**marked**
11:8,21 44:18
45:22 52:17,
19 53:6 58:1
61:14

**Martin**
4:19

**master**
43:2

mate
26:4 43:5
50:11 77:24
78:3

materials
65:23

mates
68:2

matrix
75:3

matter
4:4

may
24:9 37:20
52:24,25 53:1,
14,24 54:11
69:19

maybe
6:24 13:11
22:11 74:10

Mcgrath
4:3 5:1,7,15
52:14,16,18
72:13 74:11
78:13,21
79:10

mean
13:14 14:23
25:3 35:19,21
40:15 55:25
56:11,20
64:16 65:18
74:24

meant
35:21

mechanic
14:1 18:7

Media

4:2 72:11 74:6

medical
8:4 9:4,5,14
10:16 12:3

medication
9:6

meet
78:15

meeting
70:5 73:16

members
74:17,19

memory
27:14,21
33:14 48:18
49:21,23
53:18 54:6

mention
77:3

mentioned
26:10 37:21
48:22

mentions
58:17

merchant
10:18 11:10

met
24:3

metal
59:20 62:6

middle
60:4 61:23

might
12:19

Miller
42:25 43:13
44:5,10

mind
73:19,24

minute
6:21

minutes
5:18 73:13,22

missing
14:17 48:11

Mm-hmm
11:16 53:11

monitor
4:9

months
6:25 7:1 10:23
13:10

Moore
74:16 75:18

Moore's
11:22 44:19
58:1,7

more
54:20

morning
5:15,16

Morrissey
31:24 33:1,16
34:4 35:10
36:23 37:14
43:25 50:12
52:3

most
13:14 18:8
64:23

mostly
18:25

moved
40:21 49:10

moving
36:4 49:8

must
75:25

myself
14:1

_____

**N**

named
56:2 76:6

NANAVATI
79:2

needed
9:10 15:2
25:13,16,20,
24,25 26:4,14
31:2 40:19
55:22 58:22
59:18 60:18
72:21

never
9:12 21:20,21
60:22 63:8

Nicholas
61:15

no
6:8,16 7:8,14
11:24 13:3,23
15:12 16:11,
13,16 17:17
18:14,17 21:2,
5,16,19 22:18
24:2 30:24
31:8 34:23
36:17 37:20
38:2 39:3,14
41:14 44:3,7,
14 47:16 48:6,
19 49:23

50:14,22
51:15,18,25
54:7 56:3,11
57:2,6,16
59:10,19
61:10 65:5
66:9 68:1
69:15,23
70:18 72:17
73:3,5 77:11
79:2,3

None
77:22

noon
58:14

Norfolk
4:19 64:4,19

normal
31:6 39:7

normally
28:23

Notary
5:2

notes
16:20 17:5
73:13

nothing
14:2 18:3 31:8
39:4,12,14
48:4 70:10
77:18

notice
35:24

noticeable
48:6

notified
10:24 26:14

notify
40:19

**JASON MCGRATH**

June 18, 2025

**number**
4:2,6 11:9,19
45:20 46:2
72:11 74:6

**numbers**
53:3

---

**O**

**O'ROURKE**
63:2,10

**objection**
17:23 20:7,13
35:11,15 37:1
40:11 54:19
65:25 67:14
68:7,8

**occasional**
66:5

**occasionally**
19:14

**occur**
69:21

**occurred**
12:16 27:18
28:8 30:15
56:6

**October**
8:16

**off**
13:19,21,25
16:22 17:18
24:1 28:24
29:2 42:8 43:7
44:11 50:25
54:7 59:11,21
72:6 74:3
77:17

**offhand**
12:5

**offs**
67:10

**often**
9:24

**oil**
18:24 23:13
66:15

**older**
15:17,19

**only**
6:24 12:2
13:13 26:24
27:4 42:9
56:20 72:13
73:24

**onto**
26:17 61:24

**opening**
36:16

**operates**
14:12

**operating**
52:3

**operations**
69:16

**opinion**
74:13

**opposite**
63:25

**Orange**
9:16

**ordered**
26:1

**OSHA**
65:20

**other**
9:20 17:16

18:4 19:13
21:17 51:22
58:24 63:2,12,
24

**other's**
16:19

**overall**
50:5

**overboard**
66:10

---

**P**

**p.m.**
72:12 74:4,7
79:10,12

**pace**
49:5

**pages**
46:21,22

**pain**
29:25

**paint**
48:11

**paper**
23:8 30:22

**parked**
73:24

**part**
22:8 25:5
69:22 77:20

**participate**
68:15

**particular**
30:9 77:8

**particularly**
56:11

**pass**
44:17 61:13

**passing**
70:7

**past**
37:5 40:6 54:9

**pay**
43:9 57:19

**Pearce**
6:11

**people**
29:24 32:3
75:6

**percent**
12:1,24 24:10,
21,23 28:2
57:5 59:10
62:10 64:23
72:24

**perform**
15:11

**period**
28:25 58:3

**person**
24:6

**personal**
22:16 71:6,9

**Personally**
70:15

**personnel**
76:2,6

**pertaining**
69:17

**phone**
40:19 41:2,5,
7,10

**photocopy**

11:13

**physical**
10:24

**physically**
26:8

**pictures**
50:19,24 51:2,
16,23

**piece**
62:6

**pin**
60:16,17

**pitch**
48:24

**place**
21:8 23:1

**plate**
61:24

**platform**
33:23

**pleasure**
49:8 78:15

**plug**
15:25

**point**
33:15

**policy**
57:23

**port**
19:25 20:3
21:6 23:23
24:6,9,16
61:25 66:20,
21

**Porter**
32:22 50:16

**Portside**

**JASON MCGRATH**

June 18, 2025

20:1

**Portsmouth**
4:20

**post**
61:25 62:8

**power**
15:23,24 16:5

**preexisting**
26:16

**prepare**
70:2

**Preparing**
61:24

**Pressures**
23:14,16

**pretty**
17:1,2 34:8,12
36:1 71:22
72:2

**preventing**
8:24

**previously**
11:8 19:19
44:18

**print**
52:23

**prior**
10:23 45:22

**probably**
63:5

**problem**
21:21 26:16
36:25

**problems**
19:13,17
21:15

**produced**

11:12

**production**
53:3

**program**
55:24

**project**
60:14,15

**prop**
38:22

**propulsion**
14:7

**protects**
61:8

**provided**
52:21

**provides**
66:17

**Public**
5:2

**pulmonary**
10:6

**pure**
24:19

**push**
15:8,9 16:10
18:24 29:18
30:6 61:11

**pushing**
29:15 39:25

**put**
15:8,9 16:1
29:14,18,22
46:8 51:4 59:5

**putting**
35:10 41:15

### Q

**quarters**
33:20

**question**
20:9 40:14
59:6 66:3
67:21 69:8

**questions**
5:22 18:2 19:4
21:13 25:12
73:11 74:11
78:12,24 79:2,
3

**quick**
16:10 38:21
42:17 74:10

**quickly**
76:13

**quit**
63:22

### R

**Rachel**
45:17,19,21,
25

**rack**
33:10

**radar**
15:17,19

**radios**
15:16

**rail**
60:19

**Railroad**
4:20 31:10

**ran**
40:17 47:25

**ratchet**
60:22

**rating**
67:19

**read**
54:1 66:9

**reading**
62:19

**ready**
79:6

**real**
29:25 49:5,9
59:19 74:10
76:13

**reason**
65:17

**recall**
26:23 30:8
41:25 68:12
69:6 70:4

**recalls**
59:8

**received**
66:23

**recently**
9:8

**recess**
72:8

**recollection**
35:2 43:12

**record**
5:6 16:7,9
21:25 28:20
46:9,16 72:6,
12 74:3,7

**red**
23:5

**red-flagged**
9:13

**refer**
65:17

**reference**
60:10

**referred**
31:23

**regarding**
70:5

**regularly**
66:7

**regulations**
8:2 65:20

**reissued**
8:12

**relate**
51:23

**related**
68:13 69:4

**relative**
21:13

**relayed**
70:11

**remember**
7:3,4 12:12
16:21 18:18
20:25 21:3,6
22:2 23:24
24:2,8 25:4
27:15 28:6,11,
13 30:18,20
33:6,13 34:7
35:6,9 37:23
42:11 43:15,
20 44:7 47:13

48:13,14
50:14 54:8
55:1,2,11,14,
18 56:7,9,25
57:4,5 59:4
60:25 64:9
65:2,5 67:3,12

**remembered**
42:12

**remembers**
54:22 67:24

**renewed**
12:2,3

**repair**
58:20 61:17
62:21 63:9
64:2,3 73:2

**repaired**
58:23 59:8
62:25

**repairs**
16:9 25:13
58:19 64:3

**reply**
71:5

**reported**
23:21 24:7

**reporter**
4:12,16 5:5,8
19:3,7 27:9,12
36:19 47:22
49:25 50:4
56:4 58:7
73:19,23 79:6

**representing**
4:19,23

**resolved**
59:16,20

**responsibilitie
s**
14:5 68:14

**responsibility**
15:14 22:4

**reverse**
35:10

**reviewed**
58:25 59:2

**rewelded**
59:22

**ride**
27:5

**ring**
17:9 59:17

**river**
70:6

**Rodgers**
4:22 11:19
17:23 20:7,12
24:24 25:2,4
35:11,15 37:1
40:11 45:6,12,
15,23 46:4,6,
12,16,20 52:7,
13 54:19,24
56:24 57:3
58:5,24 59:5
62:11,14
64:11,14
65:25 67:14,
21,22 68:7
70:15 71:24
72:4 73:9,10,
12,15 74:1,9
75:2 78:18,25
79:5

**role**
24:9

**roll**
31:4 35:23

**rolled**
38:10

**room**
22:15,24 23:3
28:19 30:17,
19 31:14
33:19 34:10
35:25 36:18,
21 38:8 39:4
41:24

**Rose**
5:23 13:2,5,9,
16 14:6 17:22
19:12 27:16
58:3 72:16
73:1 75:3,22

**rotated**
16:22 43:4

**rotation**
13:18

**rounds**
28:19

**RPMS**
35:24

**rub**
60:19

**rubber**
61:5,6

**rudder**
16:5,15 19:13
20:3 41:23
42:2 61:25
62:8

**rudders**
20:4,17,18

**run**
29:1 40:16

**running**
31:22

**runs**
66:18

---

**S**

**safety**
65:6

**said**
10:7 12:23
20:22 24:21
30:12 34:7
36:24 41:20
49:6 62:18
72:1

**sail**
7:21 8:1
10:12,17
13:21

**sailed**
18:6

**sailing**
6:15 10:21
11:24

**sanitary**
14:9

**sat**
60:20 64:6

**Saturday**
28:22

**SB**
54:2 76:18,21

**schools**
68:19,23,24
69:10,24

**scope**
66:3

**scrambled**
38:11

**scrapping**
61:11

**sea**
70:8

**seals**
38:15

**section**
75:24 76:6,17

**secure**
61:21

**send**
11:3 42:18
70:16

**sense**
41:12

**separate**
29:22

**serve**
7:24

**service**
18:10,16
72:25

**servicing**
72:15

**set**
67:10

**shabang**
67:11

**shafts**
31:17

**shallow**
38:21

**Sharif**
32:17,22 33:8,
9 39:15,19

50:16

**shift**
29:5

**shimmy**
47:20,24 49:3

**ship**
58:20 61:17

**shipyard**
60:14,15

**shopping**
64:7

**shore**
23:21 26:19

**shore-side**
69:14

**short**
14:21,24 72:8

**shortly**
27:24 32:17
40:6 51:20

**should**
31:22

**showed**
76:17

**shown**
76:16

**shows**
46:17

**side**
20:18,19,21
23:21 26:20
38:20 59:22
61:3,21

**sign**
66:23

**signature**
47:5

**signed**
47:11

**signing**
47:13 48:13

**sir**
5:20 6:13
12:19 18:17
20:1 31:25
48:19 51:25
53:9 60:12
64:17 73:3
75:23 76:9,20
78:5

**sit**
30:2,4 43:17
66:8 77:7

**sitting**
22:23 38:9

**sixth**
15:2,4

**slow**
27:9 40:16
47:22,23 49:3,
5,9

**slowed**
47:20

**slower**
40:17

**small**
14:1 16:12
33:21 49:7
51:3

**smaller**
13:4

**SMS**
65:8,24 69:22

**some**
5:21 9:20
15:16 22:11

26:11 28:15
30:13 33:15
59:15,20,21
64:3,24 69:9
73:11

**somebody**
11:9 24:18
26:2 41:2,8
56:2 62:24

**somehow**
51:23

**something**
11:3 14:16
16:7,10 26:11,
13,25 31:6
40:24 42:10
43:10 48:25
62:24 66:22
68:2

**sometime**
10:20 12:9,15

**sometimes**
15:22 16:12
29:2 39:6 65:7

**somewhere**
21:10 53:20

**sort**
10:14 23:16
48:24 60:4
69:13

**sound**
75:2

**sounds**
10:11 29:13
48:16

**southbound**
53:21 54:1
55:7 76:19

**space**

38:13 50:9

**specific**
68:11

**specifically**
37:19

**specifics**
25:14

**Spiriva**
9:25

**spoke**
60:14

**spot**
8:19 56:16

**spots**
56:21

**spring**
29:23

**springtime**
12:11

**squared**
7:19 8:14

**stamp**
45:17 46:8

**stanchions**
28:15 30:13

**standing**
58:19

**starboard**
36:7,12,13
61:3,21

**start**
6:5 27:17 56:8
77:13

**started**
35:8

**starts**
60:2

**state**
5:2,5 22:14
28:19 38:6

**stated**
9:8,9

**statement**
42:12,17,22
43:14 44:1,10,
13,22 45:1,2,
11 47:1

**statements**
43:22

**station**
22:13

**status**
10:14

**stay**
29:9 36:14

**steer**
20:21

**steering**
14:13,14
21:13,15,19,
21,22 54:3
76:21

**still**
6:17 9:9 34:16
39:25 40:4
60:23 63:18,
21 71:15

**stood**
55:22

**stop**
31:5 48:24
62:17

**stopped**
10:21 12:9
63:22

**JASON MCGRATH**

June 18, 2025

straps
60:23

Street
5:10

stretch
70:6

Strictly
44:15

stuff
9:2,21 25:19
66:16 69:14,
16,17

stuffing
31:15 38:17,
23 39:5

sudden
31:4 49:10

summer
7:5,8,10 10:20
12:9,12

Supplies
25:18

supply
15:24

surveyed
65:3,4

surveyor
65:4

suspended
10:14

swapped
17:19

swear
4:16

swearing
34:6 36:22
48:3

swinging
36:11,13

switch
29:4 43:7
77:15

sworn
5:1

sync
20:17

system
16:15 19:18
21:14,15,24,
25 22:5 26:12
38:16 52:22
65:7 68:23
69:22 72:16

systems
14:8,9 15:15,
16 69:15

**T**

take
15:8 18:5
19:23 27:6
44:8 71:21
72:3 74:18

taken
26:14,21
50:20,24 51:2,
17,23 72:9

takes
29:23

taking
28:14 38:14

talk
25:11 62:23

talking
32:9 41:8,13

43:21 60:8
64:12 69:19
74:12

talks
58:10

taxi
56:16

TBS
53:4

tech
68:23,25

technician
19:21 20:22
21:1 26:10,24
43:9 54:10,14,
21 55:11

temps
23:17,18

ten
6:25

term
35:17

terms
34:24 48:18

test
10:7

testified
5:3 48:22

That'd
68:2

thing
23:16 59:19
62:23 69:13,
20 72:13

things
16:12,17 17:6
18:1 23:11
25:10 31:3,20

40:24 48:21
61:19

think
8:16 9:25
10:19,23
11:10 12:8
13:13 27:23
28:1 31:2
33:10 36:6
45:6 54:13
56:14 64:8
71:22 72:1

threw
11:6

tied
29:20

tight
33:20,21

tightening
39:11

till
48:6 60:23

time
4:8 6:22 13:7,
15 26:24 27:4
28:24 42:9
43:6,17 44:2
51:19 53:13,
24 64:23,25
67:1,3,6 71:10
72:6,12 74:3,7
75:7 76:11
77:9,11 79:10

times
19:22 54:9
58:18

today
5:22

today's

4:7 76:14

told
43:10 45:1
47:7,12 50:15
57:7

ton
72:22

tonnage
68:22

top
24:1 34:19
42:8 54:7
59:11

touch
71:3

touched
50:13

touching
49:22

tough
22:14,16 23:3

tow
15:7,9

Towing
4:4,5,24,25

track
16:8

traffic
28:16 49:7

train
51:1

trained
68:2,5

training
17:21 65:22
66:4,17,24
67:5,12,24

68:11,18 69:2,
4,21,22,23,24
72:15

**transit**
61:22 67:13

**transits**
67:25 68:5
70:6

**transportation**
57:20

**Tree**
6:11

**trestle**
34:15

**trouble**
8:6

**troubleshoot**
72:20 73:2

**truth**
48:15

**trying**
59:3,4,7 69:20

**tug**
5:23 13:4 30:5
36:15 39:21
40:8 49:15,18
51:19 52:3
59:15 74:12
75:3

**tugs**
19:1

**turn**
28:17 47:3
60:1

**turning**
77:17

**two-way**
27:1

**two-week**
27:17 56:8

**type**
25:10 44:12
45:2 47:8
62:23 68:18

**typed**
44:25 45:10
46:7,13,25
47:11

---

**U**

**Underneath**
44:24

**understand**
6:3 21:23 32:3
40:14 66:3
67:16 69:7,21

**understanding**
45:9 77:19,24

**understood**
64:16

**underway**
28:11,18
37:22 39:23,
24 53:19
64:19 69:16

**unless**
56:18 73:8

**unlicensed**
76:1

**unlimited**
68:22

**until**
10:25 45:4

**upcoming**
16:18

**upper**
32:10,16
33:22 35:4
37:15 42:7
47:16 48:1
77:14

**ups**
9:23

**upset**
37:15

**use**
9:24 32:4
71:10

**used**
23:12,13
35:17 52:2

**using**
52:6

**usually**
15:1 29:1
56:15 64:23

---

**V**

**V-A-N-E**
19:9

**VA**
7:18 8:15
9:11,13

**valid**
10:16

**Vane**
18:21,22 19:8,
9

**vary**
29:3

**verification**
9:10

**version**
44:25 45:10
46:25

**vessel**
4:25 25:22
27:16 36:4
43:3 53:13,19
56:7,10 58:14,
19,23 59:9,24
69:22 75:25

**vessels**
18:13

**vicinity**
21:7 40:4

**video**
78:20 79:9

**Vietnam**
9:18

**voyage**
7:13

---

**W**

**wait**
45:4 57:15
64:21 65:4

**waiting**
60:21

**walkthrough**
34:10 39:15

**want**
6:24 8:10,17,
20 24:15,20
27:14 28:4
44:20 45:8
48:20 67:17
76:16

**wanted**
32:6 38:13

72:14

**wants**
29:8

**Ware**
4:18

**wasn't**
9:24 10:24
28:15 38:2
51:13 62:3,20

**watch**
28:25 77:25

**watches**
28:24

**water**
12:13 14:2
18:8 31:17,18
38:14,15 52:8
66:16

**Wednesday**
4:7

**weeks**
13:19,21,24
16:22 27:20
51:7 54:12

**weep**
39:6

**weight**
30:7

**weld**
61:24

**welding**
60:16,18,21

**wet**
31:16

**whatnot**
15:6 23:19
25:14 28:15
31:19 65:21

June 18, 2025

**wheelhouse**
31:9 32:11,16
33:18,22 35:4
37:16 40:22
42:4,7 47:17
48:1 50:6
65:15 77:13,
14,16

**whereupon**
52:16 72:8

**whether**
16:14 20:3,4
27:19 30:9
37:25 42:1
65:1 68:4 70:4
72:23 78:3,23

**which**
4:15 11:10
43:6 52:20
58:2 59:14
60:19 71:15

**will**
4:16

**window**
6:22

**with**
4:13,18 7:15
8:7 9:3,6
10:24 12:15
13:9 16:22
17:5,8,15
18:4,12 19:13
21:4,15,18,21
24:14,18
26:18 27:18
28:15 29:3,18
30:13 32:16
33:15 34:22
36:25 37:16
39:2,4 40:19,
20 41:2 44:1

49:9 51:3 54:3
55:13,17,20,
21 58:25 59:2
60:2,14 64:20
68:24 69:3
70:8 71:4
73:15 75:25
76:22 77:14,
17

**within**
5:2 39:3

**without**
10:16

**witness**
4:16 5:7,10
19:6 27:11
36:20 47:23
50:2 52:9 57:1
62:12 78:14,
17

**words**
47:15 49:4

**work**
6:6,9,10,11
10:12 12:12
14:1 17:7,15
18:6 29:3
60:21 68:3,20

**worked**
6:22 10:9
13:1,13 14:2
18:19,21
68:21 70:13

**working**
12:9 13:15
16:6 19:11
55:20 63:21,
23 68:3,24
71:10

**works**

63:18

**would**
12:17 14:13,
21 15:5 16:7,
9,12 18:2
19:22,23
20:18,21 23:2
25:11 26:3,5,8
28:23,24
41:23 43:7
46:2 47:10
51:6 56:21
62:23 63:5
66:6,16,19,23
67:4,5,10
70:22

**would've**
7:10 12:14
18:1 24:11
63:1,6 70:10

**wouldn't**
15:23 16:12
52:5

**Wow**
9:17

**write**
23:10,11
42:17,22
43:13

**writing**
42:11 44:1

**wrong**
34:22 39:2,4
40:25

**wrote**
9:11 43:22
44:8,22,23

**Y**

**yard**
61:1 64:2,3

**year**
7:7,8 11:15
27:13

**yesterday**
61:15

**York**
5:3 21:9 26:12
27:7 54:18
55:5 56:18
60:9 64:12

**you're**
20:8 32:9
38:20 46:14,
15 54:21
64:11 67:17
73:9

**you've**
45:1 52:18

**yourself**
4:15 74:20