# EXHIBIT 16

LAW OFFICES
## CRENSHAW, WARE & MARTIN, P.L.C.
150 WEST MAIN STREET, SUITE 1923
NORFOLK, VIRGINIA 23510

TELEPHONE (757) 623-3000
FACSIMILE (757) 623-5735

MACKENZIE R. PENSYL
EMAIL: mpensyl@cwm-law.com

June 23, 2025

**VIA ELECTRONIC MAIL ONLY**

James H. Rodgers, Esq.
CLYDE & CO US LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Email: james.rodgers@clydeco.us

    Re:    COEYMANS MARINE TOWING, LLC d/b/a CARVER MARINE TOWING
                as Owner and Operator of M/T MACKENZIE ROSE (IMO No. 8968765), etc.
                United States District Court, Eastern District of Virginia, Case No. 2:24-cv-00490

Dear Mr. Rodgers:

    I write regarding the Daily Logs recently produced by Carver marked "1 RFP 16 CARVER TBS HELM CONNECT 000281-000731" and "1 RFP 16 CARVER 001732-1928 Standard Diary," which Carver produced in response to the Court's Order on the Belt Line's motion to compel the production of logs (smooth and rough) for the period January 1-September 15, 2024.

    In reviewing these logs, we find that the entries for February 28, April 1, May 3 are markedly different from the Daily Logs having the same dates that Carver previously produced marked CARVER 000025-000032. Specifically, the entries for the "9.2 NEAR MISS" reports on these dates (and other entries) are missing from the newly produced logs. In fact, we find no entries of "9.2 NEAR MISS" reports in these newly produced smooth logs, leading us to conclude that the newly produced logs are incomplete.

    Additionally, only the rough logs from January 1 through July 24, 2024 were produced in the documents labeled "1 RFP 16 CARVER 001732-1928 Standard Diary." The remaining logs for July 24 through September 15, 2024 were not produced. And again, the rough log pages show entries that are not included in the electronic versions from the same date, leading us to conclude that the electronic versions are incomplete.

    For example, the rough log for March 31, 2024 indicates "steering issues ongoing" and a "group email to upper management about steering issues." The rough log for April 8, 2024 states that the "Auto Pilot kicked into standby hard right." The rough log for May 8, 2024 details further work on the steering system and other tug repairs. Yet, these entries are not included in the produced smooth logs. Further, the rough log for May 12, 2024 at 22:30 states "see electronic



James H. Rodgers, Esq.
June 23, 2025
Page 2

entry" but no corresponding entry exists, only an entry that matches the rough log entry for 23:30. See CARVER 001822, CARVER 001830, CARVER 001860, and CARVER 001864, copies of which are attached. Such information is highly relevant but omitted from these logs. This is another breach of the Court's Order.

Finally, some pages in the smooth log appear to be cut off at the bottom, e.g., 1 RFP 16 CARVER TBS HELM CONNECT 000425, and others lack any entries at all, e.g., 1 RFP 16 CARVER TBS HELM CONNECT 000464.

We request immediate production of the complete Daily Logs covering January 1- September 15, 2024, and reserve our rights regarding Carver's non-compliance with the Court's Order.

Very truly yours,

Mackenzie R. Pensyl

MRP/clm
Enclosures
cc: James L. Chapman, IV, Esq.
 W. Ryan Snow, Esq.
 Michael Roman, Esq.
 Harold L. Cohen. Esq.
 Rachel Werner, Esq.
 Dawn Johnson, Esq.
 Siobhan Murphy, Esq.



0005 - NW Nucor Berkley - steering issues ongoing

0600 - group email to upper management about steering issues
0700 - 34° 45.0N  75° 56.7W
0900 - 34° 38.6N  76° 07.6W  20/25 SE, SEAS 5-7, clear, 5.2kts CSE 246T
2200 - 33° 51.6N  77° 05.1W  20/25 SSW, SEAS 5-6 clear, 5.6kt CSE 265T

C. Miller
~~D. DiPietro~~  B. Kuster
J. McGrath
S. Porter
N. Coffee

CARVER 001822   AT-A-GLANCE

| | |
|---|---|
| | 0001 U/W YNOT 8 IN TOW BOUND FOR NY |
| LT | 0100 35°53.9'N 075°29.6'W 6.2 kts, 349T, SEA 1-2, 5-10 WIND NW |
| 25 kts NE | 0300 36°06.6'N 075°35.7'W 6.5 kts, 351T, SEA 1-2, NW 10 kts |
| 20-25 N | 0500 36°19.2'N 075°41.1'W 7.2 kts, 356T SEA 2-3, NW 10 kts |
| OVER COMP. | 0530 CHANGE OF WATCH TURNOVER COMPLETE/E.WALORDY RLVD BY C.MILLER |
| | 0615 Auto Pilot Kicked into standby Hard Right |
| | 0930 36°47.3N 75°51.3W speed 7 kts CSE 26 Lt winds & seas. |
| | 1030 36°52.8N 75°49.6W speed 6 kts CSE 32°T SW 15/20 4' SEAS |
| | 1130 WATCH CHANGE GENERAL ALARMS TESTED. SAT- |
| ts | 1140 Shortened tow to 2 layers out. |
| 15-20 WIND | 1300 37°06.3'N, 075°42.7'W, 038°CSE, 6.0 kts LT WIND/SEAS |
| 20-25 | 1500 37°16.8'N, 075°35.6'W, 037°CSE, 5.7 kts, SEAS 1-2 NE, S-10 South |
| COMP. | 1700 37°26.1'N 075°29.2'W, 049°CSE, 6.4 kts, SEAS/WIND LT |
| | 1730 WATCH CHANGE E WALORDY RELIEVED BY C. MILLER |
| | 1900 37°37.8N 75°20.0W speed 6.2 SEAS Lt motion |
| | 2100 37°47.8N 75°12.1W " 6.0 kts SEAS Lt motion 42T |
| | 2230 37°55.3N 75°06.4W 6.2 kts SEAS 3-4 SE 15/18 42T |
| | 2330 Watch change turnover complete - see helm notes |

C. Miller
E. Warlordy
R. Nantista
J. Hogge
C. Companelli
A. Munoz

CARVER 001830

follow | 2024 129th day - 237 days follow | **WEDNESDAY 8 MAY**

```
0001  UWYNOT 2 BOUND FOR NORFOLK
0100  36°45.0'N  075°48.8'W  5.7kts  353T
0300  36°54.1'N  075°55.8'W  5.8kts  311T
0500  36°59.8'N  076°11.9'W  7.1kts  296°T
0530  WATCH TURNOVER COMP MILLER RELIEVES WALORDY
0630  Coastal trader on station
0700  Flop Round up into Push Gear Anchorage K-1
0950  Release Coastal trader All fast T Pier Norfolk
1000  Shut Down Mains, work on Steering system
1130  Watch change E Walordy Relieves C. Miller
1200  Day work tug repairs continue
1800  Done with tug repairs for today
2000  - Standby paperwork
2330  E Walordy Relieves C. miller  watch turnover complete
```

SEAS

Miller

C. Miller
E. Warlordy
A. O'rourke
C. Campanelli
J. Hogge
J. Morrisey

TFOB 34,446 @ 0600
L/O   482
C/O   167
H/O   483
Potable H2O 4900

CARVER 001860

**2024   133rd day – 233 days follow**
**Mother's Day**
**SUNDAY 12 MAY**

```
           0001  V/W YNd2 BOUND FOR BALTIMORE
    E's    0100  38°28.8'N 076°24.0'W 7.2kts 333°
           0300  38°39.3'N 076°26.7W 7.2kts 000°T
           0500  THOMAS POINT SHOAL LT. 5.8kts 004°T
           0530  MILLER RELIEVES WALORDY —
           0730  39°08.10N 76°24.4W 6.2kts CSE 327°T VAri S Lt chop
    1-2'   0900  Scott Key bridge Ivory Coast on station
    -3'    0950  1st line up @ Layberth
  omplete  1010  All fast @ Layberth Cabin Branch Ferry pt.
           1015  Release Ivory Coast.
           1045  YL us ny
           11:30 watch change E Warlordy Relieves C. Miller
  ypdate   1300  GRN 11 BUOY TOLCHESTER CHANNEL 6.5kts @040T Wx Tstorms
           1500  WORTON PT. 6.5kts @ 045° WX SCATTERD TSTORMS
    ve     1700  ARNOLD PT 6.7kts @ 042°T WX LT VAR
    2'chop 1715  GENERAL ALARM WEEKLY TEST
           1730  CHRIS MILLER RELIEVES ERIK WALORDY
           1810  St Georges RR Bridge CnD Canal Lt wind ripple
    10 up  2100  39°23.6N 75°29.9W CSE 149°T s 9.2kts SE 20, 2'chop
    Dora   2230  See electronic entry
           2330  watch Turnover complete



    10    C. Miller
          E. Warlordy               TFOB 31,983 @ 0600
          A. O'rourke               L/o 473.5
          C. Campanelli             G/o 478 167
          J. Morrisey               H/o 478
          J. Hogge                  Potable H2O 5,000
```

CARVER 001864