# EXHIBIT 17

**Archived:** Monday, July 21, 2025 7:14:45 PM
**From:** Rodgers, James
**Sent:** Tue, 24 Jun 2025 00:14:13
**To:** Mackenzie Pensyl Roman, Michael Cohen, Harry Werner, Rachel Johnson, Dawn Alonzo, Jennifer Vega, Joslin Murphy, Siobhan
**Cc:** Rodgers, James James Chapman W. Ryan Snow Mark Nanavati Zach Jett Christopher Jones Tressa Lucas Mariah Adickes
**Subject:** RE: In re Coeymans Marine Towing, et al. - Daily Log Production [CC-US.60032.10679176.FID4210633]
**Importance:** Normal
**Sensitivity:** None

---

Dear Ms. Pensyl,

I am not sure what deficiencies you are suggesting in your letter. But without any basis you are asserting that Carver is not in compliance with the Court Order. If entries do not exist in the electronic log, then they do not exist. As you know from Josef Malik's Declaration, the electronic logs were retrieved directly by TBS/Helm Connect. Entries have not been "omitted" in the production of the documents, and such an assertion by you and/or your firm, without any basis, is highly improper.

Under Rule 11, I am obligated to put you on notice that any misrepresentation to the Court by you or by members of your firm are subject to sanctions. Please withdraw these baseless allegations immediately.

As to portions of documents that you claim were "cut off" in the copying process, we will endeavor to produce full copies, assuming they were cut off in the production process.

Finally, we have not located a written or "rough" log for July 25, 2024-September 15, 2024.

Regards,
Jim Rodgers

**James Rodgers**
Senior Counsel | Clyde & Co US LLP
**Direct Dial:** +1 212 702 6771 | **Mobile:** +1 646 853 4277



The Chrysler Building | 405 Lexington Avenue | 16th Floor | New York | NY 10174 | USA
Main +1 212 710 3900 | Fax +1 212 710 3950 | www.clydeco.us



---

**From:** Mackenzie Pensyl <mpensyl@cwm-law.com>
**Sent:** Monday, June 23, 2025 6:53 PM
**To:** Roman, Michael <Michael.Roman@clydeco.us>; Rodgers, James <James.Rodgers@clydeco.us>; Cohen, Harry <Harry.Cohen@clydeco.us>; Werner, Rachel <rachel.werner@clydeco.us>; Johnson, Dawn <Dawn.Johnson@clydeco.us>; Alonzo, Jennifer <jennifer.alonzo@clydeco.us>; Vega, Joslin <Joslin.vega@clydeco.us>; Murphy, Siobhan <Siobhan.Murphy@clydeco.us>
**Cc:** James Chapman <jchapman@cwm-law.com>; W. Ryan Snow <wrsnow@cwm-law.com>; Mark Nanavati <mnanavati@snllaw.com>; Zach Jett <zjett@butler.legal>; Christopher Jones <cjones@snllaw.com>; Tressa Lucas <tlucas@cwm-law.com>; Mariah Adickes <madickes@cwm-law.com>
**Subject:** In re Coeymans Marine Towing, et al. - Daily Log Production

Good afternoon,

Please see the attached correspondence in the above captioned matter.

Thank you,

Mackenzie

**Mackenzie R. Pensyl, Esquire**

**CRENSHAW, WARE & MARTIN, P.L.C.**

150 W. Main Street, Suite 1923 | Norfolk, VA 23510
**T** (757) 623-3000 | **F** (757) 623-5735 | www.cwm-law.com | mpensyl@cwm-law.com

This communication is intended only for the recipient(s) named above and may be privileged or confidential. If you are not the intended recipient, any disclosure, distribution or other use is prohibited. If you received this communication in error, please notify Crenshaw, Ware & Martin, P.L.C. at (757) 623-3000 or by return email to mpensyl@cwm-law.com.