# EXHIBIT 20

**Archived:** Monday, July 21, 2025 7:14:19 PM
**From:** James Chapman
**Mail received time:** Thu, 3 Jul 2025 21:30:05
**Sent:** Thursday, July 3, 2025 2:30:06 PM
**To:** Rodgers, James
**Cc:** Cohen, Harry  Roman, Michael  Johnson, Dawn  Murphy, Siobhan  Werner, Rachel  Zach Jett  Mark Nanavati  W. Ryan Snow  Mackenzie Pensyl
**Subject:** Carver ESI produced today
**Importance:** Normal
**Sensitivity:** None
**Attachments:**
CARVER ESI 001868-1884.pdf

---

Jim,

Today we received the attached PDF of text messages from your office.

Please advise from whose phone the text messages were obtained.

Attachments to the text messages are missing. They appear to be photographs and voice messages:

**From:** +18455944410 Brian Moore
**To:** +18382072960 +18382072960 (owner)

Have them type official statements and send to you and me only.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/15/2024 5:31:00 PM(UTC-4) | |

Status: Read

6/15/2024 5:30:45 PM(UTC-4)

**From:** +18382072960 +18382072960 (owner)
**To:** +18455944410 Brian Moore

I asked for that and this is what I got-

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/15/2024 5:31:06 PM(UTC-4) | | |

Status: Sent

6/15/2024 5:31:06 PM(UTC-4)

**From:** +18382072960 +18382072960 (owner)
**To:** +18455944410 Brian Moore

Attachments:

Title: IMG_0533.PNG
Size: 3128485
File name: ~/Library/SMS/Attachments/c8/08/3E2EB774-E67E-4F29-A0A2-D5F6EFEC4854/IMG_0533.PNG
Path: https://p49-content.icloud.com/M73500A43ED68893371F8004BEF4F880DF335323028707421l777F1887FCA8AC7.C01USN90
~/Library/SMS/Attachments/c8/08/3E2EB774-E67E-4F29-A0A2-D5F6EFEC4854/IMG_0533.PNG

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/15/2024 5:31:22 PM(UTC-4) | | |

Status: Sent

6/15/2024 5:31:21 PM(UTC-4)



Additionally, there is a reference to a group chat that was not produced:



There is a text thread on CARVER ESI 001883 that has one or more text messages before it that were not produced based on

the prior text about calling being "Liked":



Please produce these documents soonest.

Thanks,
Jim

**James L. Chapman, IV**

**CRENSHAW, WARE & MARTIN, P.L.C.**
150 W. Main Street, Suite 1923
Norfolk, VA  23510
T (757) 623-3000 | F (757) 623-5735
E-mail:  jchapman@cwm-law.com

Bio | Firm Website | Super Lawyers | Best Lawyers | Martindale-Hubbell

This communication is intended only for the recipient(s) named above and may be privileged or confidential.  If you are not the intended recipient, any disclosure, distribution or other use is prohibited.  If you received this communication in error, please notify Crenshaw, Ware & Martin, P.L.C. at (757) 623-3000 or by return e-mail to jchapman@cwm-law.com