# EXHIBIT 21

**Archived:** Tuesday, July 22, 2025 5:14:40 PM
**From:** Rodgers, James Rodgers, James
**Sent:** Thu, 3 Jul 2025 22:18:17
**To:** James Chapman
**Cc:** Rodgers, James Cohen, Harry Roman, Michael Johnson, Dawn Murphy, Siobhan Werner, Rachel Zach Jett Mark Nanavati W. Ryan Snow Mackenzie Pensyl Rodgers, James
**Subject:** RE: Carver ESI produced today [CC-US.60032.10679176]
**Importance:** Normal
**Sensitivity:** None

---

Jim,

They are from Lenny Baldassare's phone.  The attachments were not accessible to us (clicked and said "file not found").  This is what we received from the vendor.

We will go back to the vendor and check if retrievable.

Also, still awaiting confirmation from my earlier e-mail on expert reports.

Happy 4th to the N&P team.

Jim

**James Rodgers**
Senior Counsel | Clyde & Co US LLP
**Direct Dial:** +1 212 702 6771 | **Mobile:** +1 646 853 4277



The Chrysler Building | 405 Lexington Avenue | 16th Floor | New York | NY 10174 | USA
Main +1 212 710 3900 | Fax +1 212 710 3950 | www.clydeco.us

 Please consider the environment before printing

---

**From:** James Chapman <jchapman@cwm-law.com>
**Sent:** Thursday, July 3, 2025 5:30 PM
**To:** Rodgers, James <james.rodgers@clydeco.us>
**Cc:** Cohen, Harry <harry.cohen@clydeco.us>; Roman, Michael <michael.roman@clydeco.us>; Johnson, Dawn <dawn.johnson@clydeco.us>; Murphy, Siobhan <siobhan.murphy@clydeco.us>; Werner, Rachel <rachel.werner@clydeco.us>; Zach Jett <zjett@butler.legal>; Mark Nanavati <mnanavati@snllaw.com>; W. Ryan Snow <wrsnow@cwm-law.com>; Mackenzie Pensyl <mpensyl@cwm-law.com>
**Subject:** Carver ESI produced today

Jim,

Today we received the attached PDF of text messages from your office.

Please advise from whose phone the text messages were obtained.

Attachments to the text messages are missing. They appear to be photographs and voice messages:

From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

Have them type official statements and send to you and me only.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/15/2024 5:31:00 PM(UTC-4) | |

Status: Read

6/15/2024 5:30:45 PM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

I asked for that and this is what I got-

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/15/2024 5:31:06 PM(UTC-4) | | |

Status: Sent

6/15/2024 5:31:06 PM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

Attachments:

Title: IMG_0533.PNG
Size: 3128485
File name: ~/Library/SMS/Attachments/c8/08/3E2EB774-E67E-4F29-A0A2-D5F6EFEC4854/IMG_0533.PNG
Path: https://p49-content.icloud.com/M735D0A43ED68893371F8004BEF4F888DF335323E287074211777F18B7FCABAC7.C01USN00
~/Library/SMS/Attachments/c8/08/3E2EB774-E67E-4F29-A0A2-D5F6EFEC4854/IMG_0533.PNG

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/15/2024 5:31:22 PM(UTC-4) | | |

Status: Sent

6/15/2024 5:31:21 PM(UTC-4)



Additionally, there is a reference to a group chat that was not produced:



There is a text thread on CARVER ESI 001883 that has one or more text messages before it that were not produced based on

the prior text about calling being "Liked":



Please produce these documents soonest.

Thanks,
Jim

**James L. Chapman, IV**

**CRENSHAW, WARE & MARTIN, P.L.C.**
150 W. Main Street, Suite 1923
Norfolk, VA  23510
T (757) 623-3000 | F (757) 623-5735
E-mail:  jchapman@cwm-law.com

Bio | Firm Website | Super Lawyers | Best Lawyers | Martindale-Hubbell

This communication is intended only for the recipient(s) named above and may be privileged or confidential.  If you are not the intended recipient, any disclosure, distribution or other use is prohibited.  If you received this communication in error, please notify Crenshaw, Ware & Martin, P.L.C. at (757) 623-3000 or by return e-mail to jchapman@cwm-law.com