# EXHIBIT 26

**Archived:** Tuesday, July 22, 2025 5:31:36 PM
**From:** Rodgers, James Rodgers, James
**Sent:** Fri, 11 Jul 2025 17:31:20
**To:** James Chapman
**Cc:** Rodgers, James  Roman, Michael  Johnson, Dawn  Murphy, Siobhan  Werner, Rachel  Cohen, Harry  Zach Jett  Mark Nanavati  Christopher Jones  W. Ryan Snow  Mackenzie Pensyl  Tressa Lucas  Nikki Ramshur  Breanna Morgan  Rodgers, James
**Subject:** RE: Inspection of Tug Mackenzie Rose [CC-US.980000.981028.FID1207794]
**Importance:** Normal
**Sensitivity:** None

---

Jim,

Carver went to great lengths to make the tug available in Charleston. This included delaying operations to accommodate the inspection as well Mike Roman's travel to Charleston.  This was done after constant pressure from your office. **Then your expert does not show up.**  His travel difficulties are inexcusable considering that Carver delayed getting underway from Charleston in order to accommodate Belt Line as well as Evanston.  He should have travelled the night before or whatever he needed to do to ensure he was on station. Especially after such contentious communication by your office to this office. Notwithstanding that, your expert inspected the vessel that day via Zoom, so Carver made the vessel available on the scheduled day.

Whatever you decide to do in this respect, we expect that you will inform the Court that this was your expert, your firm's and Belt Line's fault, not Carver being uncooperative.

We have not consented to an additional inspection.  However, we will take your "request" under advisement and discuss with Carver.  Be assured that if we do permit a supplemental inspection, it will be at Carver's convenience, both operationally and geographically.

Happy to chat, as Mark likes to say.
Yours, etc,
Jim


**James Rodgers**
Senior Counsel | Clyde & Co US LLP
**Direct Dial:** +1 212 702 6771 | **Mobile:** +1 646 853 4277

  The Chrysler Building | 405 Lexington Avenue | 16th Floor | New York | NY 10174 | USA
Main +1 212 710 3900 | Fax +1 212 710 3950 | www.clydeco.us

 Please consider the environment before printing

**From:** James Chapman <jchapman@cwm-law.com>
**Sent:** Thursday, July 10, 2025 5:01 PM
**To:** Rodgers, James <james.rodgers@clydeco.us>
**Cc:** Roman, Michael <michael.roman@clydeco.us>; Johnson, Dawn <dawn.johnson@clydeco.us>; Murphy, Siobhan <siobhan.murphy@clydeco.us>; Werner, Rachel <rachel.werner@clydeco.us>; Cohen, Harry <harry.cohen@clydeco.us>; Zach Jett <zjett@butler.legal>; Mark Nanavati <mnanavati@snllaw.com>; Christopher Jones <cjones@snllaw.com>; W. Ryan Snow <wrsnow@cwm-law.com>; Mackenzie Pensyl <mpensyl@cwm-law.com>; Tressa Lucas <tlucas@cwm-law.com>; Nikki Ramshur <nramshur@cwm-law.com>; Breanna Morgan <bmorgan@cwm-law.com>
**Subject:** Inspection of Tug Mackenzie Rose

Jim,

As you know, our expert was unable to get to Charleston on May 9 to inspect the tug due to his flight being canceled. Since

then, we were given assurances the inspection would be rescheduled, but it never happened. As a result, he was unable to inspect it before our expert reports were due. Copies of the previous requests for inspection are attached for reference.

We still need an inspection of the tug and want to inspect it in the next two weeks. We will need at least three days' notice of the location where it can be inspected. Under the circumstances, to the extent that anything learned from the inspection bears on expert opinions, it will be included in our rebuttal reports. Please let me know if this is agreeable so we can work out a date for the inspection.

Thanks,
Jim

**James L. Chapman, IV**

**CRENSHAW, WARE & MARTIN, P.L.C.**
150 W. Main Street, Suite 1923
Norfolk, VA  23510
T (757) 623-3000 | F (757) 623-5735
E-mail:  jchapman@cwm-law.com

Bio | Firm Website | Super Lawyers | Best Lawyers | Martindale-Hubbell

This communication is intended only for the recipient(s) named above and may be privileged or confidential.  If you are not the intended recipient, any disclosure, distribution or other use is prohibited.  If you received this communication in error, please notify Crenshaw, Ware & Martin, P.L.C. at (757) 623-3000 or by return e-mail to jchapman@cwm-law.com