| | |
|---|---|
| **Sent:** | 7/19/2024 2:01:28 PM |
| **From:** | Jason Galioto <jgalioto@carvercompanies.com> |
| **To:** | "Brian Moore" |
| **Cc:** | |
| **Bcc:** | |
| **Importance:** | 3 (Normal) |
| **Subject:** | CMT Safety Info |
| **Attachments:** | Near Miss - Incidents - JHA.xlsx |

The following is a brief synopsis showing where we are at the end of the second quarter with Near Miss, Incident Reports, and JSA's.

**NEAR MISSES**
1Q2024: 20 Reports
2Q2024: 26 Reports
3Q2024: 1 Report
YTD 47 Near Misses have been submitted. Of the 47 submitted they cover the whole spectrum of what you would expect to find on a towboat. Breaking it down into categories the data reveals that the majority all Near Misses are falling into the following categories;

   1.) **Equipment Issues of all kinds (10 submission's)**
     - Winches and deck equipment either failing or not being properly used;
     - Mechanical issues in the engineering spaces;
   2.) **Navigation or Underway Near Misses (9 submission's)**
     - Most of these reports are related to close quarters situations while underway covering the whole range from light tugs, pleasure, fishing and sailing vessels.
     - There is one where the mate / master took the conn from a pilot it Charleston;
     - Boat handling / misjudging currents;
   3.) **Slips, Trips and Falls (8 Submission's)**
     - Loose gear creating tripping hazards;
     - Broken ladders // not securing ladders.

There have been some random discussions with various captains and mates about using this program to help enhance safety. In my opinion even if it is not really a Near Miss it at least has the crews thinking about it which is a win in my book. In the attachment you will find a brief one line summary of each event and a listing of submissions by quarter and by the tug.

**INCIDENT REPORTS**
1Q2024 there were 3 Incident Reports;
2Q2024 there were 2 additional Incident Reports;
YTD 2024 we have 5 incidents in Helm.
5/21/24: The Mackenzie Rose filed one for the autopilot inducing a hard turn to port.
6/15/24: Mackenzie Rose bridge incident which as everyone knows is under legal review.
There were no injury reports noted, no LTI, MTI's or any other recordable injuries to the best of my knowledge.

**JSA's**
YTD: 5 with only 2 over the last quarter.
The ones that I have are for high risk evolutions like fueling, I'm kind of content with that for now.
Will begin to push the process, however I've been trying to sell Near Misses more, baby steps...
With the nature of the work I was surprised that trips and falls didn't take the lead in terms of NM reporting. I was really surprised that my Navg/Underway category was near the top. At least they are thinking about it.
Thats all for now, enjoy the weekend,
Jay



CARVER ESI 000020