| From: | Mark Nanavati |
|---|---|
| To: | Rodgers, James; James Chapman |
| Cc: | Mackenzie Pensyl; W. Ryan Snow; Zach Jett; Murphy, Siobhan; Johnson, Dawn; Werner, Rachel; Roman, Michael |
| Subject: | RE: [External] In re Coeyman Marine Towing, et al, USDC, EDVA; Meet and Confer of July 21, 2025 [CC-US.980000.981028.FID1207794] |
| Date: | Tuesday, July 22, 2025 9:08:15 AM |
| Attachments: | image001.png |

CAUTION External Email: This email originated from outside of the CWM network. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Jim – responses in red.

At today's Meet and Confer we discussed, *inter alia*, Belt Line's notice for deposition of Josef Malik, Esq.  Rather than produce Mr. Malik next week as we had anticipated, we prefer to await the Court's guidance vis-à-vis Carver's Motion for Protective Order, which we intend to file shortly.  As we discussed, there is a disagreement between the parties as to the scope of Mr. Malik's deposition. We are contacting you tonight to avoid any undue reliance on our earlier representation of today's date.

Confirming Carver will not produce Malik despite our discussions yesterday.  Sounds like we will have to agree to disagree on Malik.

We also understand that you will get back to us tomorrow on whether Belt Line will continue to pursue the deposition of Jason Galioto following your receipt of Mr. Galioto's affidavit.

We want to take Galioto's deposition by zoom. As we discussed, based on Carver's representations, we expect it will be short.

In addition, this confirms that at the Meet & Confer we asked Belt Line to withdraw its Motion to Dismiss the Limitation based on Carver's 30(b)(6) witness, as well as objections of mine at several depositions.  We confirm herein that you declined to withdraw same.

Correct

Likewise, we requested today that Belt Line withdraw its Motion to Compel the inspection of the tug. We confirm herein that you declined to withdraw same.

What we actually said was we would put the motion in abeyance once scheduled and withdraw it once it takes place. We sent three dates. No response.

Finally, as to Mr. Malik's deposition as set forth above, we requested today that you withdraw your positions as stated in your letter of July 17, 2025. We confirm herein that you declined to withdraw same.

Confirming Carver will not produce Malik despite our discussions yesterday.  Sounds like we will have to agree to disagree on Malik.

EXHIBIT
J

We continue to work at scheduling Mr. Warlordy and Mr. O'Rourke for depositions as well as an inspection of the tug. This also confirms that we have agreed on a new date of August 13th for the Zoom depositions of Captain Lewis and Mr. Furborough.

We understand you were looking at 8/14 for Warlordy and O'Rourke.

Thanks,

Mark

Mark C. Nanavati
(804) 893-3866

---

**From:** Rodgers, James <James.Rodgers@clydeco.us>
**Sent:** Monday, July 21, 2025 10:18 PM
**To:** James Chapman <jchapman@cwm-law.com>; Mark Nanavati <mnanavati@snllaw.com>
**Cc:** Mackenzie Pensyl <mpensyl@cwm-law.com>; W. Ryan Snow <wrsnow@cwm-law.com>; Zach Jett <zjett@butler.legal>; Murphy, Siobhan <Siobhan.Murphy@clydeco.us>; Johnson, Dawn <Dawn.Johnson@clydeco.us>; Werner, Rachel <Rachel.Werner@clydeco.us>; Roman, Michael <Michael.Roman@clydeco.us>; Rodgers, James <James.Rodgers@clydeco.us>
**Subject:** In re Coeyman Marine Towing, et al, USDC, EDVA; Meet and Confer of July 21, 2025 [CC-US.980000.981028.FID1207794]

Jim and Mark,

At today's Meet and Confer we discussed, *inter alia*, Belt Line's notice for deposition of Josef Malik, Esq.  Rather than produce Mr. Malik next week as we had anticipated, we prefer to await the Court's guidance vis-à-vis Carver's Motion for Protective Order, which we intend to file shortly.  As we discussed, there is a disagreement between the parties as to the scope of Mr. Malik's deposition. We are contacting you tonight to avoid any undue reliance on our earlier representation of today's date.

We also understand that you will get back to us tomorrow on whether Belt Line will continue to pursue the deposition of Jason Galioto following your receipt of Mr. Galioto's affidavit.

In addition, this confirms that at the Meet & Confer we asked Belt Line to withdraw its Motion to Dismiss the Limitation based on Carver's 30(b)(6) witness, as well as objections of mine at several depositions.  We confirm herein that you declined to withdraw same.

Likewise, we requested today that Belt Line withdraw its Motion to Compel the inspection of the tug. We confirm herein that you declined to withdraw same.

Finally, as to Mr. Malik's deposition as set forth above, we requested today that you withdraw your positions as stated in your letter of July 17, 2025. We confirm herein that you declined to withdraw same.

We continue to work at scheduling Mr. Warlordy and Mr. O'Rourke for depositions as well as an inspection of the tug. This also confirms that we have agreed on a new date of August 13th for the Zoom depositions of Captain Lewis and Mr. Furborough.

Please call me directly at 212-702-6771 if you have any questions or need clarification.

Yours, etc,
Jim

**James Rodgers**
Senior Counsel | Clyde & Co US LLP
**Direct Dial:** +1 212 702 6771 | **Mobile:** +1 646 853 4277



The Chrysler Building | 405 Lexington Avenue | 16th Floor | New York | NY 10174 | USA
Main +1 212 710 3900 | Fax +1 212 710 3950 | **www.clydeco.u**s

 Please consider the environment before printing

**If our account details change, we will notify these to you by letter, telephone or face-to-face and never by email.**

This email message and any attachments may contain legally privileged and/or confidential information intended solely for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution or copying of this message or its attachments is strictly prohibited. If you have received this email message in error, please immediately notify us by telephone, fax or email and delete the message and all attachments thereto. Thank you. Clyde & Co US LLP is a Delaware limited liability law partnership affiliated with Clyde & Co LLP, a multinational partnership regulated by The Law Society of England and Wales.

Disclosure: To ensure compliance with requirements imposed by the IRS in Circular 230, we inform you that any tax advice contained in this communication (including any attachment that does not explicitly state otherwise) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing or recommending to another party any transaction or matter addressed herein.

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.