# Exhibit A

| | |
|---|---|
| **From:** | James Chapman <jchapman@cwm-law.com> |
| **Sent:** | Thursday, July 10, 2025 4:01 PM |
| **To:** | Rodgers, James |
| **Cc:** | Roman, Michael; Johnson, Dawn; Murphy, Siobhan; Werner, Rachel; Cohen, Harry; Zach Jett; Mark Nanavati; Christopher Jones; W. Ryan Snow; Mackenzie Pensyl; Tressa Lucas; Nikki Ramshur; Breanna Morgan |
| **Subject:** | Inspection of Tug Mackenzie Rose |
| **Attachments:** | 2025-04-30 NPBL Requests for Inspection of MT Mackenzie Rose to Carver.pdf; Evanston's Request for Inspection.pdf |

Jim,

As you know, our expert was unable to get to Charleston on May 9 to inspect the tug due to his flight being canceled. Since then, we were given assurances the inspection would be rescheduled, but it never happened. As a result, he was unable to inspect it before our expert reports were due. Copies of the previous requests for inspection are attached for reference.

We still need an inspection of the tug and want to inspect it in the next two weeks. We will need at least three days' notice of the location where it can be inspected. Under the circumstances, to the extent that anything learned from the inspection bears on expert opinions, it will be included in our rebuttal reports. Please let me know if this is agreeable so we can work out a date for the inspection.

Thanks,
Jim

**James L. Chapman, IV**

---

**CRENSHAW, WARE & MARTIN, P.L.C.**
150 W. Main Street, Suite 1923
Norfolk, VA  23510
T (757) 623-3000 | F (757) 623-5735
E-mail:  jchapman@cwm-law.com

---

Bio | Firm Website | Super Lawyers | Best Lawyers | Martindale-Hubbell

This communication is intended only for the recipient(s) named above and may be privileged or confidential.  If you are not the intended recipient, any disclosure, distribution or other use is prohibited.  If you received this communication in error, please notify Crenshaw, Ware & Martin, P.L.C. at (757) 623-3000 or by return e-mail to jchapman@cwm-law.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division
In Admiralty

| | |
|---|---|
| In the Matter of COEYMANS MARINE TOWING, LLC D/B/A CARVER MARINE TOWING as Owner and Operator of M/T Mackenzie Rose, (IMO No. 8968765), *et al*. | Civil Action No. 2:24-cv-00490-MSD-LRL |

## NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY'S REQUEST FOR INSPECTION OF THE M/T MACKENZIE ROSE TO COEYMANS MARINE TOWING, LLC D/B/A CARVER MARINE TOWING

Claimant/Respondent Norfolk and Portsmouth Belt Line Railroad Company ("Belt Line"), by counsel, pursuant to Fed. R. Civ. P. Rule 34, requests of Petitioner Coeymans Marine Towing, LLC d/b/a Carver Marine Towing, Inc., permission for the Belt Line and its attorneys, experts, surveyors, videographers, and/or photographers from, to inspect, test measure, survey, videotape, and photograph, the M/T MACKENZIE ROSE, its tackle, electronics, engines, equipment appurtenances.

Unless otherwise agreed by counsel, the inspection will be conducted at location in the vicinity of New York Harbor or Charleston Harbor, or such other location as agreed to by the parties, and on date to be agreed upon that is on or before May 16, 2025, commencing at 9:00 a.m. or such other time as agreed to by the parties.

If the requested inspection is not commenced, or not completed on that day, the conduct thereof will be adjourned from day to day, at the same time and place until completed.

Dated: April 30, 2025                                  NORFOLK AND PORTSMOUTH BELT
                                                       LINE RAILROAD COMPANY

By: _____
James L. Chapman, IV, VSB No. 21983
W. Ryan Snow, VSB No. 47423
Mackenzie R. Pensyl, VSB No. 100012
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
mpensyl@cmw-law.com
*Attorneys for Norfolk and Portsmouth Belt
Line Railroad Company*

## CERTIFICATE OF SERVICE

I certify that on this 30th day of April 2025, I served the foregoing by electronic mail on the following:

James H. Rodgers, Esq. *(pro hac vice)*
CLYDE & CO US LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 702-6771
(212) 710-3950
*James.Rodgers@clydeco.us*

Harold L. Cohen. Esq.
CLYDE & CO US LLP
1221 Brickell Ave #1600
Miami, Florida 33131
(202) 747-5108
(202) 747-5150
*Harry.Cohen@clydeco.us*

Rachel Werner, Esq. *(pro hac vice)*
CLYDE & CO US LLP
One North Central Avenue, Suite 1030
Pheonix, Arizona 85004
(480) 746-4580
(480) 746-4569 Direct
(480) 746-4556 Fax
*Rachel.werner@clydeco.us*

Michael Roman, Esq.
Dawn Johnson, Esq.
CLYDE & CO US LLP
30 S. Wacker Drive, Ste 2600
Chicago, IL 60606
Tel No.: (312) 635-6971
Fax No.: (312)635-6950
*Michael.Roman@clydeco.us*
*Dawn.Johnson@clydeco.us*
*Attorneys for Coeymans Marine Towing, LLC, d/b/a Carver Marine Towing*

Mark C Nanavati, Esq. (VSB #38709)
G. Christophen Jones, Jr., Esq. (VSB #82260)
SINNOT, NUCKOLS & LOGAN, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
(804) 893-3866 (Nanavati)
(804) 893-3862 (Jones)
(804) 378-2610 (Fax)
*mnanavati@snllaw.com*
*cjones@snllaw.com*
*Counsel for Evanston Insurance Company, s/s/o Norfolk and Portsmouth Belt Line Railroad Company*

Zachary M. Jett, Esq. (VSB #93285)
BUTLER WEIHMULLER KATZ CRAIG LLP
11525 N. Community House Rd, Suite 300
Charlotte, North Carolina 28277
(704) 543-2321
(704) 543-2324 (Fax)
*zjett@butler.legal*
*Counsel for Evanston Insurance Company s/s/o Norfolk and Portsmouth Belt Line Railroad Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division
In Admiralty

| | |
|---|---|
| In the Matter of COEYMANS MARINE TOWING, LLC D/B/A CARVER MARINE TOWING as Owner and Operator of M/T Mackenzie Rose, (IMO No. 8968765), *et al*. | Civil Action No. 2:24-cv-00490-MSD-LRL |

### EVANSTON INSURANCE COMPANY'S REQUEST FOR INSPECTION OF THE M/T MACKENZIE ROSE TO COEYMANS MARINE TOWING, LLC D/B/A CARVER MARINE TOWING

Claimant/Respondent Evanston Insurance Company ("Evanston"), by counsel, pursuant to Fed. R. Civ. P. Rule 34, requests of Petitioner Coeymans Marine Towing, LLC d/b/a Carver Marine Towing, Inc., permission for Evanston and its attorneys, experts, surveyors, videographers, and/or photographers from, to inspect, test measure, survey, videotape, and photograph, the M/T MACKENZIE ROSE, its tackle, electronics, engines, equipment appurtenances.

Unless otherwise agreed by counsel, the inspection will be conducted at location in the vicinity of New York Harbor or Charleston Harbor, or such other location as agreed to by the parties, and on date to be agreed upon that is on or before July 15, 2025, commencing at 9:00 a.m. or such other time as agreed to by the parties.

If the requested inspection is not commenced, or not completed on that day, the conduct thereof will be adjourned from day to day, at the same time and place until completed.

This 23rd day of June 2025.

                                                                         /s/ Zachary Jett
                                                    Zachary M. Jett, Esq. (VSB # 93285)
                                                    BUTLER WEIHMULLER KATZ CRAIG LLP
                                                    11525 N. Community House Road, Suite 300
                                                    Charlotte, North Carolina  28277
                                                    Telephone: (704) 543-2321
                                                    Facsimile:   (704) 543-2324
                                                    Email: zjett@butler.legal

                                                    Mark C. Nanavati, Esq. (VSB # 38709)
                                                    G. Christopher Jones, Jr., Esq. (VSB # 82260)
                                                    SINNOTT, NUCKOLS & LOGAN, P.C.
                                                    13811 Village Mill Drive
                                                    Midlothian, Virginia  23114
                                                    Telephone: (804) 893-3866 (Nanavati)
                                                    Telephone: (804) 893-3864 (Jones)
                                                    Facsimile: (804) 378-2610
                                                    mnanavati@snllaw.com
                                                    cjones@snllaw.com

                                                    *Attorneys for Intervening Plaintiff / Claimant*
                                                    *Evanston Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of June 2025 a true and correct copy of the forgoing *Evanston Insurance Company's Request for Inspection of the M/T Mackenzie Rose to Coeymans Marine Towsing, LLC d/b/a Carver Marine Towing* has been furnished to all counsel of record by electronic mail as follows:

| | |
|---|---|
| Harold L. Cohen, Esq.<br>Clyde & Co US LLP<br>1221 Brickell Avenue, Suite 1600<br>Miami, Florida  33131<br>Harry.Cohen@Clydeco.us<br><br>James H. Rodgers, Esq.<br>Clyde & Co US LLP<br>405 Lexington Avenue<br>New York, New York  10174<br>James.Rodgers@clydeco.us<br><br>Michael J. Roman, Esq.<br>Dawn L. Johnson, Esq.<br>Clyde & Co US LLP<br>30 S. Whacker Drive, Suite 2600<br>Chicago, Illinois  60606<br>Michael.Roman@clydeco.us<br>Dawn.Johnson@clydeco.us<br><br>Rachel Werner, Esq.<br>One North Central Avenue, Suite 1030<br>Phoenix, Arizona  85004<br>Rachel.Werner@clydeco.us<br><br>*Attorneys for Coeymans Marine Towing, LLC d/b/a Carver Marine Towing* | James L. Chapman, IV, Esq.<br>W. Ryan Snow, Esq.<br>Mackenzie R. Pensyl, Esq.<br>Crenshaw, Ware & Martin, P.L.C.<br>150 W. Main Street, Suite 1923<br>Norfolk, Virginia  23501<br>jchapman@cwm-law.com<br>wrsnow@cwm-law.com<br>mpensyl@cwm-law.com<br><br>*Attorneys for Norfolk and Portsmouth Belt Line Railroad Company* |

_____
Zachary M. Jett, Esq.