# EXHIBIT 2

# **TEXT MESSAGES OF LENNY'S PHONE**

From: +18382072960 +18382072960 (owner)

ERIN ELIZABETH back up and running steering is all fixed

**Status:** Sent

6/14/2024 3:18:04 PM(UTC-4)

From: +15183222683 CMT Dispatch
To: +18382072960 +18382072960 (owner)

Ok sweet

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/14/2024 3:19:00 PM(UTC-4) | |

**Status:** Read

6/14/2024 3:18:36 PM(UTC-4)

From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

Loved "ERIN ELIZABETH back up and running steering is all…"

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/14/2024 3:19:00 PM(UTC-4) | |

**Status:** Read

6/14/2024 3:18:45 PM(UTC-4)

From: +15183222683 CMT Dispatch
To: +18382072960 +18382072960 (owner)

I just got a call from Skanska saying there is video footage of Mackenzie Rose hitting a bridge in Norfolk and that there is around 2-3 million dollars worth of damage on the bridge

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/20/2024 7:43:19 AM(UTC-4) | |

**Status:** Read

6/20/2024 7:33:38 AM(UTC-4)

From: +18382072960 +18382072960 (owner)

They landed on the bridge tendering after getting out of shape. We have been working with the coast guard all week. There is not 2-3 million in damage from the photos there looks like absolutely no damage

**Status:** Sent

6/20/2024 7:45:46 AM(UTC-4)

CARVER ESI 001868

From: +15183222683 CMT Dispatch
To: +18382072960 +18382072960 (owner)

Ok so you guys are aware?

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/20/2024 7:47:07 AM(UTC-4) | |

**Status:** Read

6/20/2024 7:46:55 AM(UTC-4)

From: +18382072960 +18382072960 (owner)

Yeah we're all over it

**Status:** Sent

6/20/2024 7:47:24 AM(UTC-4)

From: +15183222683 CMT Dispatch
To: +18382072960 +18382072960 (owner)

What do you want me to say to skanska? Or do you guys want to reach out to him?

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/20/2024 7:47:26 AM(UTC-4) | |

**Status:** Read

6/20/2024 7:47:24 AM(UTC-4)

From: +18382072960 +18382072960 (owner)

Brian or I will reach out send the contact information over

**Status:** Sent

6/20/2024 7:47:41 AM(UTC-4)

CARVER ESI 001869

From: +15183222683 CMT Dispatch
To: +18382072960 +18382072960 (owner)

**Attachments:**

Title: Jim Hummel.vcf
Size: 187836
File name: ~/Library/SMS/Attachments/36/06/5144F353-A626-45D1-A369-
B6AEC320132C/Jim Hummel.vcf
Path: https://p48-
content.icloud.com/M79A5231CDA6ABA800865604DB9B4D835FD5349E6E06CCF86
F7CFA5A7F0548BF3.C01USN00
~/Library/SMS/Attachments/36/06/5144F353-A626-45D1-A369-
B6AEC320132C/Jim Hummel.vcf

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 | | 6/20/202 | |
| +18382072960 | | 4 | |
| | | 7:55:03 | |
| | | AM(UTC | |
| | | -4) | |

**Status:** Read

6/20/2024 7:48:25 AM(UTC-4)

From: +18382072960 +18382072960 (owner)

Thanks

**Status:** Sent

6/20/2024 7:55:05 AM(UTC-4)

From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

Lenny- I'm in a port meeting.

Please call him and down play and let them know we're working with CG that and that see if they can send the video.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/20/2024 7:58:10 AM(UTC-4) | |

**Status:** Read

6/20/2024 7:57:57 AM(UTC-4)

From: +18382072960 +18382072960 (owner)

Liked "Lenny- I'm in a port meeting.

Please call him a…"

**Status:** Sent

6/20/2024 7:58:19 AM(UTC-4)

CARVER ESI 001870

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

Ended up having some moisture buildup in the potentiometers tech advises. It's most likely from when the boat was sitting and now with the change of temperature excessive buildup.

He's going to get me a spare parts list together and I will go ahead and get that order next week. I think it's worth it to spend the money just to have for future issues.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/14/2024 3:19:56 PM(UTC-4) | | |

Status: Sent

6/14/2024 3:19:56 PM(UTC-4)

From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

Yeah, for sure.  That boat is to valuable to have down time.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/14/2024 3:22:22 PM(UTC-4) | |

Status: Read

6/14/2024 3:20:54 PM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

Yup that's what I figured, but for now all good

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/14/2024 3:22:37 PM(UTC-4) | | |

Status: Sent

6/14/2024 3:22:36 PM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

MACKROSE rudder got stuck hard over and they hit the bridge as they were coming through it. I'm assuming down in Baltimore somewhere.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/15/2024 4:36:14 PM(UTC-4) | | |

Status: Sent

6/15/2024 4:36:13 PM(UTC-4)

CARVER ESI 001871

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

They're checking barge now

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/15/2024 4:36:22 PM(UTC-4) | | |

**Status:** Sent

6/15/2024 4:36:22 PM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

Doesn't seem to be any damage to bridge

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/15/2024 4:36:36 PM(UTC-4) | | |

**Status:** Sent

6/15/2024 4:36:36 PM(UTC-4)

From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

I just seen this.

If there isn't any damage besides actual scrapes, just make it go away.

So retarded because it's 300' wide

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/15/2024 5:07:09 PM(UTC-4) | |

**Status:** Read

6/15/2024 5:07:01 PM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

He wants to call the CG

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/15/2024 5:07:26 PM(UTC-4) | | |

**Status:** Sent

6/15/2024 5:07:25 PM(UTC-4)

CARVER ESI 001872

From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

Ugh, was it a hard hit or did he lay up alongside it to go through?  Kinda like Newtown creek style.  Slow things down and lay alongside the fenders to safely pass through.

The last thing Baltimore wants is a bridge investigation.  If its a hard hit, then I can guarantee CG and TVIB will be all over their asses

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/15/2024 5:14:13 PM(UTC-4) | |

Status: Read

6/15/2024 5:10:16 PM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

I don't think so sounds like that were a good ways through

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/15/2024 5:14:34 PM(UTC-4) | | |

Status: Sent

6/15/2024 5:14:34 PM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

I can tell Chris I notified them and they will do an investigation and to keep going just to shut him up

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/15/2024 5:15:22 PM(UTC-4) | | |

Status: Sent

6/15/2024 5:15:22 PM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

Idk if you saw pic in group chat doesn't look like any damage

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/15/2024 5:15:54 PM(UTC-4) | | |

Status: Sent

6/15/2024 5:15:47 PM(UTC-4)

CARVER ESI 001873

From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

Okay, CG will issue out an 835 for the rudder. There is zero chance we can replicate the issue on the rudder so it won't be sailing any where for a while.

Did the rudder actually get stuck or just ship handling?

It's also a 250' barge that's hired out from weeks.

See how we can resolve the steering issue or they make it ship handing issue.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/15/2024 5:17:58 PM(UTC-4) | |

Status: Read

6/15/2024 5:17:45 PM(UTC-4)

From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

Also, if it does go down the CG route, we handle all the calls and etc.

Boat guys shouldn't be calling too and only after we speak to Collin at TBS

Let me know what course you want to go on.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/15/2024 5:21:23 PM(UTC-4) | |

Status: Read

6/15/2024 5:21:05 PM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

Yeah I already yelled at Chris

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/15/2024 5:21:31 PM(UTC-4) | | |

Status: Sent

6/15/2024 5:21:30 PM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

Taken care of.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/15/2024 5:29:21 PM(UTC-4) | | |

Status: Sent

6/15/2024 5:29:21 PM(UTC-4)

CARVER ESI 001874

From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

Have them type official statements and send to you and me only.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/15/2024 5:31:00 PM(UTC-4) | |

**Status:** Read

6/15/2024 5:30:45 PM(UTC-4)



From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

I asked for that and this is what I got-

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/15/2024 5:31:06 PM(UTC-4) | | |

**Status:** Sent

6/15/2024 5:31:06 PM(UTC-4)



From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

Attachments:

Title: IMG_0533.PNG
Size: 3128465
File name: ~/Library/SMS/Attachments/c8/08/3E2EB774-E67E-4F29-A0A2-D5F6EFEC4854/IMG_0533.PNG
Path: https://p49-contentf.icloud.com/M735D0A43EDB8993371F8504BEF4F888DF3353236267074211777F18B7FCA8AC7.C01USN00
~/Library/SMS/Attachments/c8/08/3E2EB774-E67E-4F29-A0A2-D5F6EFEC4854/IMG_0533.PNG

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/15/2024 5:31:22 PM(UTC-4) | | |

**Status:** Sent

6/15/2024 5:31:21 PM(UTC-4)

CARVER ESI 001875

From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

**Attachments:**



Title: giphy.com-media-3ohhwgmWRebr8jTO24-giphy.gif
Size: 1115259
File name: ~/Library/SMS/Attachments/cf/15/53F77725-9154-4360-9B34-7ACB3613C5DE/giphy.com-media-3ohhwgmWRebr8jTO24-giphy.gif
Path: https://p53-content.icloud.com/M94DF55AF77684CA1E3B5160CE868E64760CD02536FD1C1A9FE3EC61406096CDD.C01USN00
~/Library/SMS/Attachments/cf/15/53F77725-9154-4360-9B34-7ACB3613C5DE/giphy.com-media-3ohhwgmWRebr8jTO24-giphy.gif

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/17/2024 9:07:36 PM(UTC-4) | |

**Status:** Read

6/17/2024 9:07:21 PM(UTC-4)

---

From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

Listen and call me

**Attachments:**

Title: voicemail-12892552352.m4a
Size: 45979
File name: ~/Library/SMS/Attachments/14/04/344E288A-4D96-4912-9B36-C929950F9118/voicemail-12892552352.m4a
Path: https://p53-content.icloud.com/M66B88975B905E65078446D6B2363D2A1623D91BC4AE56ECC44FCD2A2560A2980.C01USN00
~/Library/SMS/Attachments/14/04/344E288A-4D96-4912-9B36-C929950F9118/voicemail-12892552352.m4a

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/18/2024 9:48:17 AM(UTC-4) | |

**Status:** Read

6/18/2024 9:48:03 AM(UTC-4)

---

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

Send me the number she didn't leave it in VM

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/18/2024 9:52:18 AM(UTC-4) | | |

**Status:** Sent

6/18/2024 9:52:18 AM(UTC-4)

CARVER ESI 001876

From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

+1 (757) 434-0800

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 | | 6/18/2024 9:52:35 AM(UTC-4) | |
| +18382072960 | | | |

**Status:** Read

6/18/2024 9:52:35 AM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

Give me a buzz when you can just spoke to CG

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/18/2024 12:01:50 PM(UTC-4) | | |

**Status:** Sent

6/18/2024 12:01:49 PM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

CG just sent all that stuff over I'll start getting everything together and make sure the statements all make sense

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/18/2024 2:19:19 PM(UTC-4) | | |

**Status:** Sent

6/18/2024 2:19:19 PM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

As far as not reporting it I guess we just chalk it up to no damage and not thinking it was a reportable incident?

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/18/2024 2:19:51 PM(UTC-4) | | |

**Status:** Sent

6/18/2024 2:19:50 PM(UTC-4)

CARVER ESI 001877

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

Do you have a spec sheet for that weeks 281 that the MACKROSE was bringing up here

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/19/2024 8:13:03 AM(UTC-4) | | |

**Status:** Sent

6/19/2024 8:13:03 AM(UTC-4)

From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

I have the trip and tow survey I can send.  Give me a second

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/19/2024 8:51:34 AM(UTC-4) | |

**Status:** Read

6/19/2024 8:51:26 AM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

I got it don't worry about

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/19/2024 8:51:40 AM(UTC-4) | | |

**Status:** Sent

6/19/2024 8:51:40 AM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

Do you know how to pull voyage plan in helm?

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/19/2024 8:51:52 AM(UTC-4) | | |

**Status:** Sent

6/19/2024 8:51:52 AM(UTC-4)

CARVER ESI 001878

From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

Stby. With Nick and Mark

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/19/202 4 8:59:56 AM(UTC -4) | |

**Status:** Read

6/19/2024 8:59:53 AM(UTC-4)

From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

In the safety committee meeting.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/20/202 4 8:18:01 AM(UTC -4) | |

**Status:** Read

6/20/2024 8:17:57 AM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

Okay spoke to Jim got them all calmed down, the "attorney" for the bridge people is saying we damaged the counter weight on the bridge. Chris on the MACKROSE said bullshit on that too we didn't land anywhere near it. They don't have the video though only the bridge people do I can maybe ask coast guard

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/20/2024 8:19:14 AM(UTC-4) | | |

**Status:** Sent

6/20/2024 8:19:14 AM(UTC-4)

From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

Okay. Speak to the CG lady and see if we can get it to add to our investigation.

Then submit late tonight or tomorrow.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/20/2024 8:21:04 AM(UTC-4) | |

**Status:** Read

6/20/2024 8:20:41 AM(UTC-4)

CARVER ESI 001879

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

Just spoke to CG

They don't have the video they asked the bridge for it initially but they never gave it to them.

She also asked if I could try and get her over the CG paperwork today, is that alright if I send the 2692 and other documents and I'll send over the internal stuff tomorrow morning?

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/20/2024 8:35:31 AM(UTC-4) | | |

Status: Sent

6/20/2024 8:35:31 AM(UTC-4)

From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

Yep, totally.  We will play nice with them

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/20/2024 8:42:08 AM(UTC-4) | |

Status: Read

6/20/2024 8:42:00 AM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

Firing off now

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/20/2024 8:42:15 AM(UTC-4) | | |

Status: Sent

6/20/2024 8:42:14 AM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

We doing DASIY call?

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/20/2024 11:36:02 AM(UTC-4) | | |

Status: Sent

6/20/2024 11:36:01 AM(UTC-4)

CARVER ESI 001880

From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

Nah, trying to make this fucking MACK thing not an entire atomic bomb. Which it will be

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/20/2024 12:02:19 PM(UTC-4) | |

**Status:** Read

6/20/2024 12:00:48 PM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

Fuck. Anything I can do?

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/20/2024 12:02:32 PM(UTC-4) | | |

**Status:** Sent

6/20/2024 12:02:31 PM(UTC-4)

From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

Tie a noose so I can hang myself

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/20/2024 12:10:08 PM(UTC-4) | |

**Status:** Read

6/20/2024 12:06:08 PM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

Shit, should I dust off the resume??

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/20/2024 12:12:25 PM(UTC-4) | | |

**Status:** Sent

6/20/2024 12:12:25 PM(UTC-4)

CARVER ESI 001881

From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

lol, no but after looking at everything don't plan on Jimmy coming back.  I don't don't get how that barge has zero damage and the bridge is that far fucked

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/20/2024 12:15:25 PM(UTC-4) | |

**Status:** Read

6/20/2024 12:14:30 PM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

Damn, did you get the video?

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/20/2024 12:15:54 PM(UTC-4) | | |

**Status:** Sent

6/20/2024 12:15:54 PM(UTC-4)

From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

No.  Lawyer is requesting it though.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/20/2024 12:16:47 PM(UTC-4) | |

**Status:** Read

6/20/2024 12:16:24 PM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

I'd be interested to see where they exactly hit

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/20/2024 12:16:55 PM(UTC-4) | | |

**Status:** Sent

6/20/2024 12:16:55 PM(UTC-4)

CARVER ESI 001882

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

Liked "Morning.  Just on a sales call but I'll call you s…"

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/21/2024 7:27:33 AM(UTC-4) | | |

**Status:** Sent

6/21/2024 7:27:33 AM(UTC-4)

From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

One a call

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/21/2024 11:43:56 AM(UTC-4) | |

**Status:** Read

6/21/2024 11:43:54 AM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

No sweat finally out of dr. Just spoke to CG they wanna do phone interviews with everyone sometime next week

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/21/2024 11:44:19 AM(UTC-4) | | |

**Status:** Sent

6/21/2024 11:44:19 AM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

Brandon Kuster will work the first week on the ERIN

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/21/2024 1:41:23 PM(UTC-4) | | |

**Status:** Sent

6/21/2024 1:41:23 PM(UTC-4)

CARVER ESI 001883

From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

I need the service reports from Ayers and the Mack.  Could you ask them again please

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 7/18/2024 12:25:58 PM(UTC-4) | |

Status: Read

7/18/2024 12:16:26 PM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

Yes

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 7/18/2024 12:26:02 PM(UTC-4) | | |

Status: Sent

7/18/2024 12:26:02 PM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

Todd said he's going to send over asap

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 7/18/2024 1:05:43 PM(UTC-4) | | |

Status: Sent

7/18/2024 1:05:43 PM(UTC-4)

From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

Thanks.  Can you also get with GMT and who ever else worked on it and submit all tech reports too

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 7/18/2024 1:06:51 PM(UTC-4) | |

Status: Read

7/18/2024 1:06:47 PM(UTC-4)

CARVER ESI 001884

# **TEXT MESSAGES OF TUG CELL PHONE**

From: +18382072960 Lenny  Baldassare
To: +15187084887 (owner)

Can you please email us statements asap and let us know of any damage to the barge tug and bridge

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +15187084887 | | 6/15/2024 4:39:54 PM(UTC-4) | |

**Status:** Read

6/15/2024 4:39:25 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7197EC (Table: message, handle; Size: 26599424 bytes)

From: +15187084887 (owner)
**Attachments:**

Title: IMG_1731.HEIC
Size: 1789470
File name: ~/Library/SMS/Attachments/94/04/4A3D3BCB-A4AC-4DD4-B74C-D64C5C6A7A41/IMG_1731.HEIC
Path: https://p31-content.icloud.com/M23B6160199B2E694083AEEF649F907F546344AD96963FAC0671A56AE2143436E.C01USN00
~/Library/SMS/Attachments/94/04/4A3D3BCB-A4AC-B74C-D64C5C6A7A41/IMG_1731.HEIC

**Status:** Sent

6/15/2024 4:41:17 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7194F0 (Table: message, attachment; Size: 26599424 bytes)
iPhone/mobile/Library/SMS/Attachments/94/04/4A3D3BCB-A4AC-4DD4-B74C-D64C5C6A7A41/IMG_1731.HEIC :  (Size: 1789470 bytes)

From: +15187084887 (owner)
That's the photo I took of the bridge
**Status:** Sent

6/15/2024 4:41:57 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x719262 (Table: message; Size: 26599424 bytes)

From: +15187084887 (owner)
I can't tell anything from that
**Status:** Sent

6/15/2024 4:42:17 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71AF3D (Table: message; Size: 26599424 bytes)

CARVER ESI 001888

From: +18382072960 Lenny  Baldassare
To: +15187084887 (owner)

Yeah it looks ok from the photo

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +15187084887 | | 6/15/2024 4:42:57 PM(UTC-4) | |

**Status:** Read

6/15/2024 4:42:29 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71AC85 (Table: message, handle; Size: 26599424 bytes)

From: +15187084887 (owner)

Jarkeis says not much damage to the barge some scraps but underway can't take a photo yet
**Status:** Sent

6/15/2024 4:44:38 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71AA0E (Table: message; Size: 26599424 bytes)

From: +18382072960 Lenny  Baldassare
To: +15187084887 (owner)

Okay keep me posted

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +15187084887 | | 6/15/2024 4:47:43 PM(UTC-4) | |

**Status:** Read

6/15/2024 4:45:15 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71A6E1 (Table: message, handle; Size: 26599424 bytes)

From: +18382072960 Lenny  Baldassare
To: +15187084887 (owner)

I'm on with CG now. Continue on the slow bell I'll let you know what they wanna do shortly

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +15187084887 | | 6/15/2024 5:24:44 PM(UTC-4) | |

**Status:** Read

6/15/2024 5:24:34 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71C482 (Table: message, handle; Size: 26599424 bytes)

CARVER ESI 001889

From: +15187084887 (owner)

Ok

**Status:** Sent

6/15/2024 5:24:50 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71DF3D (Table: message; Size: 26599424 bytes)

From: +18382072960 Lenny  Baldassare
To: +15187084887 (owner)

Okay I'm sending the CG statements and photos- they are allowing us to continue our voyage but will most likely need to board the vessel upon arrival to NYH they will survey the bridge tomorrow for any damage. Please proceed as planned. I will notify sector NY and TVIB.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +15187084887 | | 6/15/2024 5:28:43 PM(UTC-4) | |

**Status:** Read

6/15/2024 5:28:29 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71DCC3 (Table: message, handle; Size: 26599424 bytes)

From: +15187084887 (owner)

Ok

**Status:** Sent

6/15/2024 5:28:54 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71D66E (Table: message; Size: 26599424 bytes)

From: +18382072960 Lenny  Baldassare
To: +15187084887 (owner)

When possible can you please type those statements and send from the boat lap top I don't think the CG is going to accept them on a note pad

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +15187084887 | | 6/15/2024 5:32:10 PM(UTC-4) | |

**Status:** Read

6/15/2024 5:31:57 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71D3F4 (Table: message, handle; Size: 26599424 bytes)

From: +15187084887 (owner)

Yes I can most likely tomorrow.

**Status:** Sent

6/15/2024 5:32:43 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71EF3D (Table: message; Size: 26599424 bytes)

CARVER ESI 001890

From: +18382072960 Lenny  Baldassare
To: +15187084887 (owner)

That's fine the on duty inspector won't be in until Monday so I'm sure tomorrow will be fine thanks Capt

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +15187084887 | | 6/15/2024 5:33:25 PM(UTC-4) | |

**Status:** Read

6/15/2024 5:33:24 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71E99C (Table: message, handle; Size: 26599424 bytes)

From: +15187084887 (owner)

Looks like no Damage to us

Attachments:



Title: IMG_1741.HEIC
Size: 1730549
File name: ~/Library/SMS/Attachments/2d/13/F555EC74-7846-41FA-BBF2-2AA89FDD96EE/IMG_1741.HEIC
Path: https://p59-content.icloud.com/M23B6160199B2E694083AEEF649F907F546344AD96963FAC0671A56AE2143436E.C01USN00
~/Library/SMS/Attachments/2d/13/F555EC74-7846-41FA-BBF2-2AA89FDD96EE/IMG_1741.HEIC



Title: IMG_1740.HEIC
Size: 984407
File name: ~/Library/SMS/Attachments/85/05/FC6AEAA1-1D7B-4D18-A128-7D4E9B47814C/IMG_1740.HEIC
Path: https://p29-content.icloud.com/M23B6160199B2E694083AEEF649F907F546344AD96963FAC0671A56AE2143436E.C01USN00
~/Library/SMS/Attachments/85/05/FC6AEAA1-1D7B-4D18-A128-7D4E9B47814C/IMG_1740.HEIC



Title: IMG_1739.HEIC
Size: 1682450
File name: ~/Library/SMS/Attachments/4d/13/C869D9F1-DCE4-4BB2-86CF-F6DE64EBD15F/IMG_1739.HEIC
Path: https://p27-content.icloud.com/M23B6160199B2E694083AEEF649F907F546344AD96963FAC0671A56AE2143436E.C01USN00
~/Library/SMS/Attachments/4d/13/C869D9F1-DCE4-4BB2-86CF-F6DE64EBD15F/IMG_1739.HEIC



Title: IMG_1738.HEIC
Size: 761669
File name: ~/Library/SMS/Attachments/31/01/8B059DA3-A95A-4414-9C73-EF5855F9E94C/IMG_1738.HEIC
Path: https://p27-content.icloud.com/M23B6160199B2E694083AEEF649F907F546344AD96963FAC0671A56AE2143436E.C01USN00
~/Library/SMS/Attachments/31/01/8B059DA3-A95A-4414-9C73-EF5855F9E94C/IMG_1738.HEIC

**Status:** Sent

6/15/2024 6:38:04 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71FF3C (Table: message, attachment; Size: 26599424 bytes)
iPhone/mobile/Library/SMS/Attachments/2d/13/F555EC74-7846-41FA-BBF2-2AA89FDD96EE/IMG_1741.HEIC :  (Size: 1730549 bytes)
iPhone/mobile/Library/SMS/Attachments/85/05/FC6AEAA1-1D7B-4D18-A128-7D4E9B47814C/IMG_1740.HEIC :  (Size: 984407 bytes)
iPhone/mobile/Library/SMS/Attachments/4d/13/C869D9F1-DCE4-4BB2-86CF-F6DE64EBD15F/IMG_1739.HEIC :  (Size: 1682450 bytes)
iPhone/mobile/Library/SMS/Attachments/31/01/8B059DA3-A95A-4414-9C73-EF5855F9E94C/IMG_1738.HEIC :  (Size: 761669 bytes)

CARVER ESI 001891

From: +18382072960 Lenny  Baldassare
To: +15187084887 (owner)

Call you right back

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +15187084887 | | 6/15/2024 4:49:39 PM(UTC-4) | |

**Status:** Read

6/15/2024 4:49:36 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71A485 (Table: message, handle; Size: 26599424 bytes)

From: +15187084887 (owner)
To: +18382072960 Lenny  Baldassare

Ok

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 Lenny Baldassare | 6/15/2024 4:49:42 PM(UTC-4) | | |

**Status:** Sent

6/15/2024 4:49:41 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71A233 (Table: message, handle; Size: 26599424 bytes)

From: +18382072960 Lenny  Baldassare
To: +15187084887 (owner)

Need witness statements for coast guard

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +15187084887 | | 6/15/2024 4:57:10 PM(UTC-4) | |

**Status:** Read

6/15/2024 4:56:48 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71BF40 (Table: message, handle; Size: 26599424 bytes)

CARVER ESI 001892

505

From: +15187084887 (owner)
To: +18382072960 Lenny  Baldassare

Ok

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 Lenny Baldassare | 6/15/2024 4:57:16 PM(UTC-4) | | |

**Status:** Sent

6/15/2024 4:57:16 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71BCC6 (Table: message, handle; Size: 26599424 bytes)

From: +18382072960 Lenny  Baldassare
To: +15187084887 (owner)

Where are you guys heading

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +15187084887 | | 6/15/2024 5:09:32 PM(UTC-4) | |

**Status:** Read

6/15/2024 5:09:05 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71BA5D (Table: message, handle; Size: 26599424 bytes)

From: +15187084887 (owner)
To: +18382072960 Lenny  Baldassare

Slow bell down river to NY

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 Lenny Baldassare | 6/15/2024 5:09:56 PM(UTC-4) | | |

**Status:** Sent

6/15/2024 5:09:54 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71B7FD (Table: message, handle; Size: 26599424 bytes)

CARVER ESI 001893

From: +15187084887 (owner)
To: +18382072960 Lenny  Baldassare

**Attachments:**



Title: 74017867859___EBC3C0FA-5D62-453F-840F-0A75528A8488.HEIC
Size: 2814827
File name: ~/Library/SMS/Attachments/56/06/245A4E7F-0668-429E-8C81-
99CF113C9B02/74017867859___EBC3C0FA-5D62-453F-840F-0A75528A8488.HEIC
Path: https://p50-
content.icloud.com/M7058B07402094DD071BE619608D1ED60D7D11E2EBF00EE7D
9B43EE42B63D5EC8.C01USN00
~/Library/SMS/Attachments/56/06/245A4E7F-0668-429E-8C81-
99CF113C9B02/74017867859___EBC3C0FA-5D62-453F-840F-
0A75528A8488.HEIC

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 Lenny Baldassare | 6/15/2024 5:12:47 PM(UTC-4) | | |

**Status:** Sent

6/15/2024 5:12:45 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71B570 (Table: message, attachment, handle; Size:
26599424 bytes)
iPhone/mobile/Library/SMS/Attachments/56/06/245A4E7F-0668-429E-8C81-
99CF113C9B02/74017867859___EBC3C0FA-5D62-453F-840F-0A75528A8488.HEIC :  (Size:
2814827 bytes)

From: +15187084887 (owner)
To: +18382072960 Lenny  Baldassare

**Attachments:**



Title: 74017869034___3B0EB8DE-4069-4FEE-840A-9B696C25BFAD.HEIC
Size: 3444191
File name: ~/Library/SMS/Attachments/1c/12/F303CACE-B5C8-4BAE-8CFC-
F11A30AED310/74017869034___3B0EB8DE-4069-4FEE-840A-9B696C25BFAD.HEIC
Path: https://p52-
content.icloud.com/M7058B07402094DD071BE619608D1ED60D7D11E2EBF00EE7D
9B43EE42B63D5EC8.C01USN00
~/Library/SMS/Attachments/1c/12/F303CACE-B5C8-4BAE-8CFC-
F11A30AED310/74017869034___3B0EB8DE-4069-4FEE-840A-
9B696C25BFAD.HEIC

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 Lenny Baldassare | 6/15/2024 5:12:57 PM(UTC-4) | | |

**Status:** Sent

6/15/2024 5:12:55 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71B2ED (Table: message, attachment, handle; Size:
26599424 bytes)
iPhone/mobile/Library/SMS/Attachments/1c/12/F303CACE-B5C8-4BAE-8CFC-
F11A30AED310/74017869034___3B0EB8DE-4069-4FEE-840A-9B696C25BFAD.HEIC :
(Size: 3444191 bytes)

CARVER ESI 001894

From: +15187084887 (owner)
To: +18382072960 Lenny  Baldassare

**Attachments:**



Title: 74017870261__A08C1D08-799B-4F9C-BDC7-8E7FD86F29BB.HEIC
Size: 2665859
File name: ~/Library/SMS/Attachments/45/05/631CC439-02F6-4026-82B3-97499BF2D5EF/74017870261__A08C1D08-799B-4F9C-BDC7-8E7FD86F29BB.HEIC
Path: https://p54-content.icloud.com/M7058B07402094DD071BE619608D1ED60D7D11E2EBF00EE7D9B43E42B63D5EC8.C01USN00
~/Library/SMS/Attachments/45/05/631CC439-02F6-4026-82B3-97499BF2D5EF/74017870261__A08C1D08-799B-4F9C-BDC7-8E7FD86F29BB.HEIC

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 Lenny Baldassare | 6/15/2024 5:13:08 PM(UTC-4) | | |

**Status:** Sent

6/15/2024 5:13:06 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71CF4A (Table: message, attachment, handle; Size: 26599424 bytes)
iPhone/mobile/Library/SMS/Attachments/45/05/631CC439-02F6-4026-82B3-97499BF2D5EF/74017870261__A08C1D08-799B-4F9C-BDC7-8E7FD86F29BB.HEIC : (Size: 2665859 bytes)

---

From: +15187084887 (owner)
To: +18382072960 Lenny  Baldassare

**Attachments:**



Title: 74017871424__2EA6812A-B512-4753-859B-89662EE0EB47.HEIC
Size: 3334286
File name: ~/Library/SMS/Attachments/0f/15/0C98394F-6CC9-472A-BF10-476FE9023DAB/74017871424__2EA6812A-B512-4753-859B-89662EE0EB47.HEIC
Path: https://p54-content.icloud.com/M7058B07402094DD071BE619608D1ED60D7D11E2EBF00EE7D9B43E42B63D5EC8.C01USN00
~/Library/SMS/Attachments/0f/15/0C98394F-6CC9-472A-BF10-476FE9023DAB/74017871424__2EA6812A-B512-4753-859B-89662EE0EB47.HEIC

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 Lenny Baldassare | 6/15/2024 5:13:18 PM(UTC-4) | | |

**Status:** Sent

6/15/2024 5:13:16 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71CCC7 (Table: message, attachment, handle; Size: 26599424 bytes)
iPhone/mobile/Library/SMS/Attachments/0f/15/0C98394F-6CC9-472A-BF10-476FE9023DAB/74017871424__2EA6812A-B512-4753-859B-89662EE0EB47.HEIC :  (Size: 3334286 bytes)

CARVER ESI 001895

From: +15187084887 (owner)
To: +18382072960 Lenny  Baldassare

I let Jimmy know of the Statement, he needed a break and is laying down. I'm on a 1 throttle slow bell

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 Lenny  Baldassare | 6/15/2024 5:22:26 PM(UTC-4) | | |

**Status:** Sent

6/15/2024 5:22:25 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71CA44 (Table: message, handle; Size: 26599424 bytes)

From: +15187084887 (owner)
To: +18382072960 Lenny  Baldassare

We are by Pier P

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 Lenny  Baldassare | 6/15/2024 5:23:25 PM(UTC-4) | | |

**Status:** Sent

6/15/2024 5:23:25 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71C71A (Table: message, handle; Size: 26599424 bytes)

From: +18382072960 Lenny  Baldassare
To: +15187084887 (owner)

What side did you guys have the barge made up when you touched the bridge

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +15187084887 | | 6/17/2024 10:31:02 AM(UTC-4) | |

**Status:** Read

6/17/2024 10:28:34 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x725F40 (Table: message, handle; Size: 26599424 bytes)

From: +15187084887 (owner)
To: +18382072960 Lenny  Baldassare

Dredging ahead in push ahead

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 Lenny  Baldassare | 6/17/2024 10:31:15 AM(UTC-4) | | |

**Status:** Sent

6/17/2024 10:31:15 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x725C81 (Table: message, handle; Size: 26599424 bytes)

CARVER ESI 001896

From: +15187084887 (owner)
To: +18455944410 Brian Moore

Ok

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/26/2024 6:04:47 PM(UTC-4) | | |

**Status:** Sent

6/26/2024 6:04:47 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x77EA2D (Table: message, handle; Size: 26599424 bytes)

From: +15187084887 (owner)
To: +18455944410 Brian Moore

Please give me a call about the incident report in regard to the steering. I can update with steering veered off course?

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/28/2024 9:53:04 AM(UTC-4) | | |

**Status:** Sent

6/28/2024 9:53:03 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7A6433 (Table: message, handle; Size: 26599424 bytes)

From: +15187084887 (owner)
To: +18455944410 Brian Moore

Anything else?

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/28/2024 9:53:18 AM(UTC-4) | | |

**Status:** Sent

6/28/2024 9:53:17 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7A7F4A (Table: message, handle; Size: 26599424 bytes)

From: +18455944410 Brian Moore
To: +15187084887 (owner)

I'll call you very shortly but his interview statement to CG said it never went hard over and it was midship the entire time.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +15187084887 | | 6/28/2024 10:01:32 AM(UTC-4) | |

**Status:** Read

6/28/2024 10:01:19 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7A7CC9 (Table: message, handle; Size: 26599424 bytes)

CARVER ESI 001897

From: +15187084887 (owner)
To: +18455944410 Brian Moore

Ok will talk soon I just had put what he originally told me at the time.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/28/2024 10:02:36 AM(UTC-4) | | |

**Status:** Sent

6/28/2024 10:02:35 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7A799A (Table: message, handle; Size: 26599424 bytes)

From: +18455944410 Brian Moore
To: +15187084887 (owner)

Yeah, totally get it.  The CG is allowing revised reports post investigation.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +15187084887 | | 6/28/2024 10:03:08 AM(UTC-4) | |

**Status:** Read

6/28/2024 10:03:07 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7A76A4 (Table: message, handle; Size: 26599424 bytes)

From: +15187084887 (owner)
To: +18455944410 Brian Moore

Ok

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/28/2024 10:03:17 AM(UTC-4) | | |

**Status:** Sent

6/28/2024 10:03:16 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7A73DB (Table: message, handle; Size: 26599424 bytes)

CARVER ESI 001898

From: +15187084887 (owner)

This is the error code it's sending on the upper Wheelhouse when trying to go into Auto pilot mode. Lower is working fine. Alex is up there troubleshooting it. No luck so far. I'm hand steering for now in main while he's working on it.

**Attachments:**



Title: IMG_1946.HEIC
Size: 1415368
File name: ~/Library/SMS/Attachments/32/02/924CEE85-052C-4E07-B6D4-73CB3E49715F/IMG_1946.HEIC
Path: https://p27-
content.icloud.com/M7058B07402094DD071BE619608D1ED60D7D11E2EBF00EE7D9B43EE42B63D5EC8.C01USN00
**~/Library/SMS/Attachments/32/02/924CEE85-052C-4E07-B6D4-73CB3E49715F/IMG_1946.HEIC**



Title: IMG_1947.HEIC
Size: 1441210
File name: ~/Library/SMS/Attachments/ab/11/5A0A8D08-90DD-40BA-855E-7B0D406F0930/IMG_1947.HEIC
Path: https://p29-
content.icloud.com/M7058B07402094DD071BE619608D1ED60D7D11E2EBF00EE7D9B43EE42B63D5EC8.C01USN00
**~/Library/SMS/Attachments/ab/11/5A0A8D08-90DD-40BA-855E-7B0D406F0930/IMG_1947.HEIC**

**Status:** Sent

7/2/2024 8:17:50 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7CAF3B (Table: message, attachment; Size: 26599424 bytes)
iPhone/mobile/Library/SMS/Attachments/32/02/924CEE85-052C-4E07-B6D4-73CB3E49715F/IMG_1946.HEIC : (Size: 1415368 bytes)
iPhone/mobile/Library/SMS/Attachments/ab/11/5A0A8D08-90DD-40BA-855E-7B0D406F0930/IMG_1947.HEIC : (Size: 1441210 bytes)

From: +18455944410 Brian Moore
To: +15187084887 (owner)

Tom- Please reach out and see what that new code is.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +15187084887 | | 7/2/2024 8:37:30 AM(UTC-4) | |

**Status:** Read

7/2/2024 8:37:18 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7CAB29 (Table: message, handle; Size: 26599424 bytes)

From: +18382072968 Tom Feeney
To: +15187084887 (owner)

Yup, send over to Todd

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +15187084887 | | 7/2/2024 8:37:44 AM(UTC-4) | |

**Status:** Read

7/2/2024 8:37:42 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7CA873 (Table: message, handle; Size: 26599424 bytes)

CARVER ESI 001899

**From: System Message**

You added +15184918420 to the conversation

**Label:** System

7/2/2024 9:50:06 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7CA66E (Table: message; Size: 26599424 bytes)

**From: +15187084887 (owner)**

I had Alex trouble shoot what he could on the Steering and feel that I think it would be best to have Todd Ayers or his Technician come and take a look at it. I just want to make sure that it's 100 percent due to what happened on the 15th in Norfolk. I think it would be the best thing to do as we have gone as far as we can here, and don't want to get too much more into it with out a Technician it Could be a wiring problem or if it's something with the components of it? I don't know. Gordon my relief knows about it as I informed home of it when he called me. Thanks CM

**Status:** Sent

7/2/2024 9:58:27 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7CBF3C (Table: message; Size: 26599424 bytes)

**From: +18455944410 Brian Moore**
**To: +15187084887 (owner)**

Tom will have Ayers work it and no autopilot inside of sea buoys.

Tom- Let us know

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +15187084887 | | 7/2/2024 10:04:35 AM(UTC-4) | |

**Status:** Read

7/2/2024 10:04:23 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7CB470 (Table: message, handle; Size: 26599424 bytes)

**From: +15187084887 (owner)**

Yes I only hand steer on the inside, but I just want to make sure it's not going into fester into a bigger problem.

**Status:** Sent

7/2/2024 10:05:57 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7CCF3C (Table: message; Size: 26599424 bytes)

CARVER ESI 001900

From: +18455944410 Brian Moore
To: +15187084887 (owner)

Liked "Yes I only hand steer on the inside, but I just wa…"

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +15187084887 | | 7/2/2024 10:06:14 AM(UTC-4) | |

**Status:** Read

7/2/2024 10:06:13 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7CCB3C (Table: message, handle; Size: 26599424 bytes)

---

From: +18382072968 Tom Feeney
To: +15187084887 (owner)

Shut off the autopilot, shut off the power supply to the unit, and it should find itself… as per Todd

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +15187084887 | | 7/2/2024 10:45:46 AM(UTC-4) | |

**Status:** Read

7/2/2024 10:44:06 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7CE9A6 (Table: message, handle; Size: 26599424 bytes)

---

From: +15187084887 (owner)

Ok

**Status:** Sent

7/2/2024 10:45:58 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7CE69F (Table: message; Size: 26599424 bytes)

---

From: +15187084887 (owner)

10-4 it's all working again. Both stations

**Status:** Sent

7/2/2024 11:12:59 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7CFCFE (Table: message; Size: 26599424 bytes)

CARVER ESI 001901