





VesselFinder
MAP
VESSELS
PHOTOS
PORTS
CONTAINERS
NEWS
SERVICES
Ship / Port / Container
MACKENZIE ROSE
Tug
Details
Track
Add Photo
Add to fleet
Destination
Destination not available
ETA: -
Speed:
4.9 kn
Course:
38.3°
Draught:
4.9 m
Status:
-
Last report:
Jul 29, 2025 09:50 UTC
Last Port
New York, United States (USA)
ATD: Jul 28, 22:08 UTC (2 d ago)
Track for $20 / month
Satellite position: 6 h ago
PORT CALLS
WEATHER
VESSEL PARTICULARS
Gross Tonnage:
Built:
IMO:
60
MACKENZIE ROSE
2 days ago
Jul 27, 14:38 UTC
Speed: 6.0 kn / 31.1°
Draught:
Wind: 9.7 kn / 199°
Past track duration: 7 days
1 day
7 days
Speed-Colored Track
Waypoints
kn 2 4 6 8 10 14 16
Lat: 35.42033
35° 25.220′
Lon: -82.70014
-82° 42.008′
100 NM
Albany
Cortland
Binghamton
Scranton
Bristol
Providence
Bridgeport
New York
Allentown
Philadelphia
Vineland
Wildwood
Salisbury
Washington
Frederick
Harrisburg
Sunbury
Altoona
Pittsburgh
Morgantown
Canton
Cleveland
Erie
Meadville
Olean
Buffalo
London
Athens
Elkins
Harrisonburg
Charleston
Beckley
Bluefield
Roanoke
Richmond
Virginia Beach
Elizabeth City
Danville
Winston-Salem
Raleigh
Greenville
New Bern
Charlotte
Fayetteville
Wilmington
Florence
Columbia
Myrtle Beach
Augusta
Manchester

VesselFinder
MAP
VESSELS
PHOTOS
PORTS
CONTAINERS
NEWS
SERVICES
Ship / Port / Container
MACKENZIE ROSE
Tug
Details
Track
Add Photo
Add to fleet
Destination
Destination not available
ETA: -
Speed:
4.9 kn
Course:
38.3°
Draught:
4.9 m
Status:
-
Last report:
Jul 29, 2025 09:50 UTC
Last Port
New York, United States (USA)
ATD: Jul 28, 22:08 UTC (2 d ago)
Track for $20 / month
Satellite position: 6 h ago
PORT CALLS
WEATHER
VESSEL PARTICULARS
Gross Tonnage:
Built:
IMO:
MACKENZIE ROSE
2 days ago
Jul 28, 02:00 UTC
Speed: 6.2 kn / 332.8°
Draught:
Wind: 8.0 kn / 272°
Past track duration: 7 days
1 day
7 days
Speed-Colored Track
Waypoints
kn
2
4
6
8
10
14
16
Lat: 33.82110
33° 49.266′
Lon: -82.67368
-82° 40.421′
100 NM
18

VesselFinder
MAP VESSELS PHOTOS PORTS CONTAINERS NEWS SERVICES
Ship / Port / Container
MACKENZIE ROSE
Tug
Details
Track
Add Photo
Add to fleet
Destination
Destination not available
ETA: -
Speed:
4.9 kn
Course:
38.3°
Draught:
4.9 m
Status:
-
Last report:
Jul 29, 2025 09:50 UTC
Last Port
New York, United States (USA)
ATD: Jul 28, 22:08 UTC (2 d ago)
Track for $20 / month
Satellite position: 6 h ago
PORT CALLS
WEATHER
VESSEL PARTICULARS
Gross Tonnage:
Built:
IMO:
MACKENZIE ROSE
2 days ago
Jul 29, 01:02 UTC
Speed: 6.0 kn / 41.1°
Draught:
Wind: 1.7 kn / 17°
Past track duration: 7 days
1 day
7 days
Speed-Colored Track
Waypoints
kn 2 4 6 8 10 14 16
Lat: 36.79812
36° 47.887′
Lon: -82.47526
-82° 28.516′
100 NM















VesselFinder
MAP VESSELS PHOTOS PORTS CONTAINERS NEWS SERVICES
Ship / Port / Container
MACKENZIE ROSE
Tug
Details
Track
Add Photo
Add to fleet
Destination
Destination not available
ETA: -
Speed:
4.9 kn
Course:
38.3°
Draught:
4.9 m
Status:
-
Last report:
Jul 29, 2025 09:50 UTC
Last Port
New York, United States (USA)
ATD: Jul 28, 22:08 UTC (2 d ago)
Track for $20 / month
Satellite position: 6 h ago
PORT CALLS
WEATHER
VESSEL PARTICULARS
Gross Tonnage:
Built:
IMO:
MACKENZIE ROSE
1 day ago
Jul 23, 23:47 UTC
Speed: 7.0 kn / 48.1°
Draught:
Wind: 11.3 kn / 96°
Past track duration: 7 days
1 day
7 days
Speed-Colored Track
Waypoints
kn 2 4 6 8 10 14 16
Lat: 34.30301
34° 18.180′
Lon: -82.71336
-82° 42.802′
100 NM
15



VesselFinder
MAP VESSELS PHOTOS PORTS CONTAINERS NEWS SERVICES
Ship / Port / Container
MACKENZIE ROSE
Tug
Details
Track
Add Photo
Add to fleet
Destination
Destination not available
ETA: -
Speed:
4.9 kn
Course:
38.3°
Draught:
4.9 m
Status:
-
Last report:
Jul 29, 2025 09:50 UTC
Last Port
New York, United States (USA)
ATD: Jul 28, 22:08 UTC (2 d ago)
Track for $20 / month
Satellite position: 6 h ago
PORT CALLS
WEATHER
VESSEL PARTICULARS
Gross Tonnage:
Built:
IMO:
MACKENZIE ROSE
1 day ago
Jul 24, 10:53 UTC
Speed: 5.1 kn / 337.8°
Draught:
Wind: 2.9 kn / 199°
Past track duration: 7 days
1 day
7 days
Speed-Colored Track
Waypoints
kn 2 4 6 8 10 14 16
Lat: 34.12808
34° 07.685′
Lon: -82.56786
-82° 34.071′
100 NM
29





VesselFinder
MAP
VESSELS
PHOTOS
PORTS
CONTAINERS
NEWS
SERVICES
Ship / Port / Container
MACKENZIE ROSE
Tug
Details
Track
Add Photo
Add to fleet
Destination
Destination not available
ETA: -
Speed:
4.9 kn
Course:
38.3°
Draught:
4.9 m
Status:
-
Last report:
Jul 29, 2025 09:50 UTC
Last Port
New York, United States (USA)
ATD: Jul 28, 22:08 UTC (2 d ago)
Track for $20 / month
Satellite position: 6 h ago
PORT CALLS
WEATHER
VESSEL PARTICULARS
Gross Tonnage:
Built:
IMO:
MACKENZIE ROSE
2 days ago
Jul 25, 10:25 UTC
Speed: 0.6 kn / 194.6°
Draught:
Wind: 6.2 kn / 213°
Past track duration: 7 days
1 day
7 days
Speed-Colored Track
Waypoints
kn 2 4 6 8 10 14 16
Lat: 34.08430 34° 05.058′
Lon: -82.67368 -82° 40.421′
100 NM
45

VesselFinder
MAP
VESSELS
PHOTOS
PORTS
CONTAINERS
NEWS
SERVICES
Ship / Port / Container
MACKENZIE ROSE
Tug
Details
Track
Add Photo
Add to fleet
Destination
Destination not available
ETA: -
Speed:
4.9 kn
Course:
38.3°
Draught:
4.9 m
Status:
-
Last report:
Jul 29, 2025 09:50 UTC
Last Port
New York, United States (USA)
ATD: Jul 28, 22:08 UTC (2 d ago)
Track for $20 / month
Satellite position: 6 h ago
PORT CALLS
WEATHER
VESSEL PARTICULARS
Gross Tonnage:
Built:
IMO:
MACKENZIE ROSE
2 days ago
Jul 27, 03:40 UTC
Speed: 6.1 kn / 147.6°
Draught:
Wind: 9.9 kn / 124°
Past track duration: 7 days
1 day
7 days
Speed-Colored Track
Waypoints
kn 2 4 6 8 10 14 16
Lat: 35.00988
35° 00.593'
Lon: -82.63400
-82° 38.040'
100 NM
52