IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division
In Admiralty

| | |
|---|---|
| In the Matter of COEYMANS MARINE TOWING, LLC D/B/A CARVER MARINE TOWING as Owner and Operator of M/T Mackenzie Rose, (IMO No. 8968765), *et al*. | Civil Action No. 2:24-cv-00490-MSD-LRL |

## NOTICE REGARDING MOTION FOR SANCTIONS

A Motion for Sanctions for James Morrissey's Failure to Attend Deposition and Brief in Support were filed by Defendant Norfolk and Portsmouth Belt Line Railroad Company ("Belt Line") on July 3, 2025. ECF No. 62, 63. However, Mr. Morrissey, who is *pro se*, is not a registered filer in the Court's case management system. As a result, there is no indication that the motion and brief were served on him. To remedy this, counsel for Belt Line has arranged for the motion and brief in support to be served on him at his residence and via electronic mail. Although the motion was referred on July 23, 2025, Belt Line requests that Mr. Morrissey be permitted 14 days after service to reply as provided by Local Rule 7(F)(1).

Dated: August 1, 2025

NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY

By: */s/ James L. Chapman*
James L. Chapman, IV, VSB No. 21983
W. Ryan Snow, VSB No. 47423
Mackenzie R. Pensyl, VSB No. 100012
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
mpensyl@cmw-law.com

1

*Attorneys for Norfolk and Portsmouth Belt Line Railroad Company*

## CERTIFICATE OF SERVICE

      I certify that on this 1st day of August 2025, I electronically filed the foregoing using the CM/ECF system, which will send notification of such filing to all counsel of record.

| | |
|---|---|
| James H. Rodgers, Esq. (pro hac vice)<br>CLYDE & CO US LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, New York 10174<br>(212) 702-6771<br>(212) 710-3950<br>James.Rodgers@clydeco.us | Mark C Nanavati, Esq. (VSB #38709)<br>G. Christopher Jones, Jr., Esq. (VSB #82260)<br>SINNOT, NUCKOLS & LOGAN, P.C.<br>13811 Village Mill Drive<br>Midlothian, Virginia 23114<br>(804) 893-3866 (Nanavati)<br>(804) 893-3862 (Jones)<br>(804) 378-2610 (Fax)<br>mnanavati@snllaw.com<br>cjones@snllaw.com<br>*Attorneys for Evanston Insurance Company, s/s/o Norfolk and Portsmouth Belt Line Railroad Company* |
| Harold L. Cohen. Esq.<br>CLYDE & CO US LLP<br>1221 Brickell Ave #1600<br>Miami, Florida 33131<br>(202) 747-5108<br>(202) 747-5150<br>Harry.Cohen@clydeco.us | |
| Rachel Werner, Esq. (pro hac vice)<br>CLYDE & CO US LLP<br>One N. Central Avenue, Ste 1030<br>Pheonix, Arizona 85004<br>(480) 746-4580<br>(480) 746-4569 Direct<br>(480) 746-4556 Fax<br>Rachel.werner@clydeco.us | Zachary M. Jett, Esq. (VSB #93285)<br>BUTLER WEIHMULLER KATZ CRAIG LLP<br>11525 N. Community House Rd, Suite 300<br>Charlotte, North Carolina 28277<br>(704) 543-2321<br>(704) 543-2324 (Fax)<br>zjett@butler.legal<br>*Attorneys for Evanston Insurance Company s/s/o Norfolk and Portsmouth Belt Line Railroad Company* |
| Michael Roman, Esq.<br>Dawn Johnson, Esq.<br>Siobhan Murphy, Esq.<br>CLYDE & CO US LLP<br>30 S. Wacker Drive, Ste 2600<br>Chicago, IL 60606<br>Tel No.: (312) 635-6971<br>Fax No.: (312)635-6950<br>Michael.Roman@clydeco.us<br>Dawn.Johnson@clydeco.us<br>Siobhan.murphy@clydeco.us<br>*Attorneys for Coeymans Marine Towing, LLC, d/b/a Carver Marine Towing* | James Morrissey (via electronic and regular mail)<br>4723 Baywood Drive<br>Lynnhaven, FL 32444<br>(850) 901-3893<br>jdmorrissey15@gmail.com |

                                                                         /s/ James L. Chapman