# AFFIDAVIT OF SERVICE

| Case:<br>2:24-cv-00490-MSD-LRL | Court:<br>UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA | County: | Job:<br>13848914 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>IN THE MATTER OF COEMANS MARINE TOWING, LLC D/B/A CARVER MARINE TOWING as Owner and Operation of M/T Mackenzie Rose, (IMO No. 8968765), et. al | | **Defendant / Respondent:** | |
| **Received by:**<br>L. Lance &. Associates LLC | | **For:**<br>CRENSHAW WARE & MARTIN, PLC | |
| **To be served upon:**<br>JAMES MORRISSEY | | | |

I, Charles R. Lance, Jr., being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** AQUIREIUS HOUSTON, RESIDENT, 4723 BAYWOOD DRIVE, LYNN HAVEN, FL 32444

**Manner of Service:** Substitute Service - Abode, Aug 4, 2025, 12:00 pm CDT

**Documents:** NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY'S BRIEF IN SUPPORT OF ITS MOTION FOR SANCTIONS, NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY'S MOTION FOR SACTIONS FOR JAMES MORRISSEY'S FAILURE TO ATTEND DEPOSITION (Received Aug 1, 2025 at 10:51am CDT)

**Additional Comments:**
1) Successful Attempt: Aug 4, 2025, 12:00 pm CDT at 4723 BAYWOOD DRIVE, LYNN HAVEN, FL 32444 received by AQUIREIUS HOUSTON, RESIDENT. Age: 35; Ethnicity: African American; Gender: Male; Weight: 190; Height: 5'11"; Hair: Black;

_____   8/4/25
Charles R. Lance, Jr.        Date
SPS: 011

L. Lance &. Associates LLC
P.O. Box 9985
Panama City Beach, FL 32417
850-960-5437