**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**
**In Admiralty**

| | |
|---|---|
| In the Matter of COEYMANS MARINE TOWING, LLC D/B/A CARVER MARINE TOWING as Owner and Operator of M/T Mackenzie Rose, (IMO No. 8968765) her cargo, engines, boilers, tackle, equipment, apparel, and appurtenances, etc., *in rem,* ("M/T MACKENZIE ROSE"), petitioning for Exoneration from or Limitation of Liability in allision with Belt Line Main Line Railroad Bridge (the "Bridge") occurring June 15, 2024 in and about the Elizabeth River, Virginia. | Civil Action No: 2:24-cv-00490 |

## REQUEST FOR ORAL ARGUMENT

Petitioner, Coeymans Marine Towing, LLC d/b/a Carver Marine Towing ("Carver"), by counsel, pursuant to Local Civil Rule 7(E), request oral argument on the following pending motions: 1) Petitioner's Motion for Protective Order (ECF Doc 71); 2) NPBL & Evanston's Joint Motion to Compel Inspection of the M/T Mackenzie Rose and for Sanctions (ECF Doc 67); and 3) NPBL & Evanston's Motion for Relief Under Rules 30 and 37 (ECF Doc 69).

Petitioner, Coeymans Marine Towing, LLC d/b/a Carver Marine Towing ("Carver") request an expedited hearing date for these motions. The issues set forth in the Motions have been fully briefed by the parties.

Dated: August 12, 2025

CLYDE & CO US LLP

By: /s/ Harold L. Cohen
Harold L. Cohen (VSB No.:98148)
1221 Brickell Avenue, Suite 1600
Miami, FL 33131
Tel: 305-446-2646
Fax: 305-441-2374
Email: harry.cohen@clydeco.us;

1

James H. Rodgers*
Clyde & Co US LLP
45 Lexington Avenue, 16th Floor
New York, NY 10174
Phone: (212) 702-6771
Email: james.rodgers@clydeco.us

Michael J. Roman*
Dawn L. Johnson
Siobhan M. Murphy*
Clyde & Co US LLP
30 South Wacker Drive, Suite 2600
Chicago, IL 60606
Phone: (312) 635-7000
Email: michael.roman@clydeco.us
dawn.johnson@clydeco.us
Siobhan.murphy@clydeco.us

Rachel Werner*
One North Central Avenue, Suite 1030
Pheonix, Arizona 85004
Phone: 480-746-4556
Email: rachel.werner@clydeco.us
*pro hac vice

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 12, 2025, a true and correct copy of the foregoing document was filed using the Court's CM/ECF system, which will serve all counsel of record by electronic mail as follows:

| | |
|---|---|
| Mark C. Nanavati, Esq. (VSB No.: 38709) | Zachary M. Jett, Esq. (VSB #93285) |
| G. Christopher Jones, Jr., Esq. (VSB No.: 82260) | BUTLER WEIHMULLER KATZ, et al |
| SINNOT, NUCKOLS & LOGAN, P.C. | 11525 North Community House Road |
| 13811 Village Mill Drive | Suite 300 |
| Midlothian, Virginia 23114 | Charlotte, North Carolina 28277 |
| (804) 893-3866 (Nanavati) | (704) 543-2321 (Telephone) |
| (804) 893-3862 (Jones) | (704) 543-2324 (Facsimile) |
| (804) 378-2610 (Facsimile) | zjett@butler.legal |
| mnanavati@snllaw.com | *Counsel for Evanston Insurance Company, a/s/o Norfolk and Portsmouth Belt Line Railroad Company* |
| cjones@snllaw.com | |
| *Counsel for Evanston Insurance Company a/s/o Norfolk and Portsmouth Belt Line Railroad Company* | |

James L. Chapman, IV, VSB No. 21983
W. Ryan Snow, VSB No. 47423
Mackenzie R. Pensyl VSB No. 100012
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
mpensyl@cwm-law.com
*Attorneys for Norfolk and Portsmouth Belt Line Railroad Company*

            */s/ Harold L. Cohen*

3