IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division
In Admiralty

| | |
|---|---|
| In the Matter of COEYMANS MARINE TOWING, LLC D/B/A CARVER MARINE TOWING as Owner and Operator of M/T Mackenzie Rose, (IMO No. 8968765), *et al*. | Civil Action No. 2:24-cv-00490-MSD-LRL |

**NOTICE OF REQUST FOR PROTECTION FROM COURT APPEARANCE**

Zachary M. Jett, VSB # 93285, of Butler Weihmuller Katz Craig LLP, hereby gives notice of his request for production from court appearance for the following dates and reasons:

- **February 9-20, 2026**              Family Vacation

Respectfully submitted, this 13th day of August 2025.

                                           *s/Zachary M. Jett*
                                           Zachary M. Jett, Esq. (VSB # 93285)
                                           BUTLER WEIHMULLER KATZ CRAIG LLP
                                           11525 N. Community House Road, Suite 300
                                           Charlotte, North Carolina  28277
                                           Telephone: (704) 543-2321
                                           Facsimile:   (704) 543-2324
                                           Email: zjett@butler.legal

                                           Mark C. Nanavati, Esq. (VSB # 38709)
                                           G. Christopher Jones, Jr., Esq. (VSB # 82260)
                                           SINNOTT, NUCKOLS & LOGAN, P.C.
                                           13811 Village Mill Drive
                                           Midlothian, Virginia  23114
                                           Telephone: (804) 893-3866 (Nanavati)
                                           Telephone: (804) 893-3864 (Jones)
                                           Facsimile: (804) 378-2610
                                           mnanavati@snllaw.com
                                           cjones@snllaw.com

                                           *Attorneys for Intervening Plaintiff / Claimant*
                                           *Evanston Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of August 2025 a true and correct copy of the forgoing *Notice of Request for Protection from Court Appearance* has been filed through the Court's CM/ECF electronic filing system, which will automatically deliver electronic notification of the same to the following counsel of record:

James L. Chapman, IV, Esq.
W. Ryan Snow, Esq.
Mackenzie R. Pensyl, Esq.
Crenshaw, Ware & Martin, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
jchapman@cwm-law.com
wrsnow@cwm-law.com
mpensyl@cmw-law.com
*Attorneys for Norfolk and Portsmouth Belt Line Railroad Company*

Harold L. Cohen, Esq.
Clyde & Co US LLP
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131
Harry.Cohen@Clydeco.us

James H. Rodgers, Esq.
Clyde & Co US LLP
405 Lexington Avenue
New York, New York 10174
James.Rodgers@clydeco.us

Michael J. Roman, Esq.
Dawn L. Johnson, Esq.
Siobhan Murphy, Esq.
Clyde & Co US LLP
30 S. Whacker Drive, Suite 2600
Chicago, Illinois 60606
Michael.Roman@clydeco.us
Dawn.Johnson@clydeco.us
Siobhan.murphy@clydeco.us
*Attorneys for Coeymans Marine Towing, LLC d/b/a Carver Marine Towing*

Rachel Werner, Esq.
One North Central Avenue, Suite 1030
Phoenix, Arizona 85004
Rachel.Werner@clydeco.us

*Attorneys for Coeymans Marine Towing, LLC d/b/a Carver Marine Towing*

I further certify that on this 13th day of August 2025 a true and correct copy of the forgoing *Notice of Request for Protection from Court Appearance* has been served upon the following by electronic mail and by placing a copy in the United Staes Mail, postage pre-paid, to:

James Morrissey
4723 Baywood Drive
Lynn Haven, Florida 32444
Jdmorrissey15@gmail.com
*Pro Se Defendant*

                                          *s/Zachary M. Jett*
                                          Zachary M. Jett, Esq.