**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**
**In Admiralty**

| | |
|---|---|
| In the Matter of COEYMANS MARINE TOWING, LLC D/B/A CARVER MARINE TOWING as Owner and Operator of M/T Mackenzie Rose, (IMO No. 8968765) her cargo, engines, boilers, tackle, equipment, apparel, and appurtenances, etc., *in rem*, petitioning for Exoneration from or Limitation of Liability in allision with Norfolk and Portsmouth Belt Line Railroad Company Main Line Railroad Bridge occurring June 15, 2024 in and about the Elizabeth River, Virginia. | Civil Action No: 2:24-cv-00490 |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Petitioner Coeymans Marine Towing, LLC dba Carver Marine Towing ("Petitioner" or "Carver"), and Claimants Norfolk and Portsmouth Belt Line Railroad Company ("Belt Line") and Evanston Insurance Company ("Evanston"), jointly request to amend deadlines in the Court's Rule 16(b) Scheduling Order. No change to the trial date is requested or sought. In support thereof, the parties state as follows:

1. Carver requested to take the deposition of Claimant's valuation expert, John Poulson, to be completed before any rebuttal expert disclosure by Carver's valuation expert, Jason Meyerrose, which is currently due on August 22, 2025 in accordance with the scheduling order.

2. Because Mr. Poulson's deposition cannot be taken until August 27, 2025, the parties have agreed the deadline for any rebuttal report by Mr. Meyerrose shall be September 3, 2025.

3. Except for the foregoing, no other changes to the scheduling orders (Docs. 32, 56, and 66) are requested.

WHEREFORE, the parties, Petitioner Coeymans Marine Towing, LLC d/b/a Carver Marine Towing and Claimants Norfolk and Portsmouth Belt Line Railroad Company and Evanston Insurance Company, by counsel, respectfully request that the Court modify the scheduling order in accordance with the proposed Order submitted herewith.

Dated:  August 19, 2025

NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY

By:  */s/ James L. Chapman, IV*
James L. Chapman, IV, VSB No. 21983
W. Ryan Snow, VSB No. 47423
Mackenzie R. Pensyl, VSB No. 100012
Crenshaw, Ware & Martin, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
mpensyl@cmw-law.com
*Counsel for Norfolk and Portsmouth Belt Line Railroad Company*

**CERTIFICATE OF SERVICE**

  I certify that on this 19th day of August 2025 a true and correct copy of the foregoing was served upon the following via the CM/ECF electronic filing system or as noted:

James H. Rodgers, Esq. *(pro hac vice)*
CLYDE & CO US LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 702-6771
(212) 710-3950
James.Rodgers@clydeco.us

Harold L. Cohen. Esq.
CLYDE & CO US LLP
1221 Brickell Ave #1600
Miami, Florida 33131
(202) 747-5108
(202) 747-5150
Harry.Cohen@clydeco.us

Rachel Werner, Esq. *(pro hac vice)*
CLYDE & CO US LLP
One N. Central Avenue, Ste 1030
Pheonix, Arizona 85004
(480) 746-4580
(480) 746-4569 Direct
(480) 746-4556 Fax
Rachel.werner@clydeco.us

Michael Roman, Esq.
Dawn Johnson, Esq.
Siobhan Murphy, Esq.
CLYDE & CO US LLP
30 S. Wacker Drive, Ste 2600
Chicago, IL 60606
Tel No.: (312) 635-6971
Fax No.: (312)635-6950
Michael.Roman@clydeco.us
Dawn.Johnson@clydeco.us
Siobhan.murphy@clydeco.us
*Counsel for Coeymans Marine Towing, LLC, d/b/a Carver Marine Towing*

Mark C. Nanavati, Esq. (VSB No.: 38709)
G. Christopher Jones, Jr., Esq. (VSB No.: 82260)
SINNOT, NUCKOLS & LOGAN, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
(804) 893-3866 (Nanavati)
(804) 893-3862 (Jones)
(804) 378-2610 (Facsimile)
mnanavati@snllaw.com
cjones@snllaw.com

Zachary M. Jett, Esq. (VSB #93285)
BUTLER WEIHMULLER KATZ, et al
11525 North Community House Road
 Suite 300
Charlotte, North Carolina 28277
(704) 543-2321 (Telephone)
(704) 543-2324 (Facsimile)
zjett@butler.legal
*Counsel for Evanston Insurance Company, a/s/o Norfolk and Portsmouth Belt Line Railroad Company*

James Morrissey (via electronic and regular mail)
4723 Baywood Drive
Lynnhaven, FL 32444
jdmorrissey15@gmail.com

   /s/ James L. Chapman, IV