IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division
In Admiralty

| | |
|---|---|
| In the Matter of COEYMANS MARINE TOWING, LLC D/B/A CARVER MARINE TOWING as Owner and Operator of M/T Mackenzie Rose, (IMO No. 8968765), *et al.* | Civil Action No. 2:24-cv-00490-MSD-LRL |

### AGREED ORDER

Subject to any motions now pending, Petitioner Coeymans Marine Towing, LLC d/b/a Carver Marine Towing ("Carver") and Claimants Norfolk and Portsmouth Belt Line Railroad Company ("Belt Line") and Evanston Insurance Company ("Evanston"), upon their joint motion extending the time for Carver to serve the rebuttal expert report of Jason Meyerrose until September 3, 2025, the Court ORDERS as follows:

1.  Petitioner shall take the deposition of John Poulson on August 27, 2025 as agreed by parties; and

2.  Petitioner shall serve any rebuttal expert report of Mr. Meyerrose on or before September 3, 2025.

3.  Except for the foregoing, no other changes are made to the Rule 16(b) scheduling orders (Docs. 32, 56, and 66).

It is so **ORDERED**.

ENTERED:

August 27, 2025

_____
Lawrence R. Leonard
United States Magistrate Judge

SEEN AND AGREED:

*s/ Mark C. Nanavati*
Mark C. Nanavati, Esq. (VSB No.: 38709)
G. Christopher Jones, Jr., Esq. (VSB No.: 82260)
SINNOT, NUCKOLS & LOGAN, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
(804) 893-3866 (Nanavati)
(804) 893-3862 (Jones)
(804) 378-2610 (Facsimile)
mnanavati@snllaw.com
cjones@snllaw.com
*Counsel for Evanston Insurance Company a/s/o Norfolk and Portsmouth Belt Line Railroad Company*

*s/ James L. Chapman IV*
James L. Chapman, IV, VSB No. 21983
W. Ryan Snow, VSB No. 47423
Mackenzie R. Pensyl VSB No. 100012
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
mpensyl@cwm-law.com
*Attorneys for Norfolk and Portsmouth Belt Line Railroad Company*

*s/ Zachary M. Jett*
Zachary M. Jett, Esq. (VSB #93285)
BUTLER WEIHMULLER KATZ, et al
11525 North Community House Road
Suite 300
Charlotte, North Carolina 28277
(704) 543-2321 (Telephone)
(704) 543-2324 (Facsimile)
zjett@butler.legal
*Counsel for Evanston Insurance Company, a/s/o Norfolk and Portsmouth Belt Line Railroad Company*

*s/ Harold L. Cohen*
Harold L. Cohen (VSB No.:98148)
CLYDE & CO US LLP
1221 Brickell Avenue, Suite 1600
Miami, FL 33131
Tel: 305-446-2646
Fax: 305-441-2374
Email: harry.cohen@clydeco.us
*Counsel for Coeymans Marine Towing LLC d/b/a Carver Marine Towing*

*s/James H. Rodgers*
James H. Rodgers, *Pro Hac Vice*
Clyde & Co US LLP
45 Lexington Avenue, 16th Floor
New York, NY 10174
Phone: (212) 702-6771
Email: james.rodgers@clydeco.us