IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division
In Admiralty

| | |
|---|---|
| In the Matter of COEYMANS MARINE TOWING, LLC D/B/A CARVER MARINE TOWING as Owner and Operator of M/T Mackenzie Rose, (IMO No. 8968765), *et al*. | Civil Action No. 2:24-cv-00490-MSD-LRL |

### NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY'S AND EVANSTON INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT

Norfolk and Portsmouth Belt Line Railroad Company ("Belt Line") and Evanston Insurance Company ("Evanston"), by counsel, pursuant to Fed. R. Civ. P. 56 and Local Rule 56, move for summary judgment on their Claims in this case and the Limitation Complaint filed by Petitioner Coeymans Marine Towing, LLC d/b/a Carver Marine Towing ("Carver").

As set forth in the accompanying memorandum, the Belt Line and Evanston are entitled to judgment as a matter of law on their Claims, and Carver is not entitled to exoneration or limitation of liability under the Limitation Act. The Oregon Rule and ample evidence of Carver's fault for the allision establish its liability, while Carver's privity and knowledge of the conditions that caused the allision and its unclean hands prevent limitation of liability.

WHEREFORE, the Belt Line and Evanston respectfully request that this Court:

(1) dismiss Carver's Complaint for Exoneration from or Limitation of Liability;

(2) grant the Belt Line and Evanston judgment on their Claims against Carver in an amount to be proven at trial; and

(3) award the Belt Line and Evanston all other just and necessary relief.

Dated: August 27, 2025                        NORFOLK AND PORTSMOUTH BELT
                                              LINE RAILROAD COMPANY


                                              By:        /s/ James L. Chapman, IV
                                              James L. Chapman, IV, VSB No. 21983
                                              W. Ryan Snow, VSB No. 47423
                                              Mackenzie R. Pensyl, VSB No. 100012
                                              CRENSHAW, WARE & MARTIN, P.L.C.
                                              150 W. Main Street, Suite 1923
                                              Norfolk, Virginia 23510
                                              Telephone: (757) 623-3000
                                              Facsimile: (757) 623-5735
                                              jchapman@cwm-law.com
                                              wrsnow@cwm-law.com
                                              mpensyl@cmw-law.com
                                              *Counsel for Norfolk and Portsmouth Belt
                                              Line Railroad Company*

                                              EVANSTON INSURANCE COMPANY,
                                              a/s/o NORFOLK AND PORTSMOUTH
                                              BELT LINE RAILROAD COMPANY


                                                         /s/ Mark C. Nanavati
                                              Mark C. Nanavati, VSB No. 38709
                                              G. Christopher Jones, Jr., VSB No. 82260
                                              SINNOTT, NUCKOLS & LOGAN, P.C.
                                              13811 Village Mill Drive
                                              Midlothian, Virginia 23114
                                              (804) 893-3866 (Nanavati)
                                              (804) 378-2610 (Facsimile)
                                              mnanavati@snllaw.com
                                              cjones@snllaw.com

                                              Zachary M. Jett, VSB No. 93285
                                              BUTLER WEIHMULLER KATZ CRAIG LLP
                                              11525 N. Community House Road, Ste 300
                                              Charlotte, North Carolina 28277
                                              (704) 543-2321 (Telephone)
                                              (704) 543-2324 (Facsimile)
                                              zjett@butler.legal
                                              *Counsel for Evanston Insurance Company,
                                              a/s/o Norfolk and Portsmouth Belt Line
                                              Railroad Company*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 27th day of August 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all registered counsel of record, and mailed to:

> James Morrissey
> 4723 Baywood Drive
> Lynnhaven, FL 32444

By:     */s/ James L. Chapman, IV*
James L. Chapman, IV, VSB No. 21983
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
*Counsel for Norfolk and Portsmouth Belt Line Railroad Company*