# EXHIBIT B



Case 2:24-cv-00490-MSD-LRL    Document 91-2    Filed 08/27/25    Page 3 of 4 PageID# 1756



NPBL000090

Screenshots during USCG Zoom interview of Brian Moore on 7-18-2024



NPBL000093