# Exhibit C

## Video Produced Natively

## (Rose Point video)