# Exhibit D

Video Produced Natively

(NPBL000207)