# Exhibit E

Produced Natively

(NPBL000201)