# Exhibit F

> From: +18382072960 +18382072960 (owner)
> ERIN ELIZABETH back up and running steering is all fixed
> **Status:** Sent
> 6/14/2024 3:18:04 PM(UTC-4)

From: +15183222683 CMT Dispatch
To: +18382072960 +18382072960 (owner)

Ok sweet

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/14/2024 3:19:00 PM(UTC-4) | |

**Status:** Read

6/14/2024 3:18:36 PM(UTC-4)

From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

Loved "ERIN ELIZABETH back up and running steering is all…"

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/14/2024 3:19:00 PM(UTC-4) | |

**Status:** Read

6/14/2024 3:18:45 PM(UTC-4)

From: +15183222683 CMT Dispatch
To: +18382072960 +18382072960 (owner)

I just got a call from Skanska saying there is video footage of Mackenzie Rose hitting a bridge in Norfolk and that there is around 2-3 million dollars worth of damage on the bridge

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/20/2024 7:43:19 AM(UTC-4) | |

**Status:** Read

6/20/2024 7:33:38 AM(UTC-4)

> From: +18382072960 +18382072960 (owner)
> They landed on the bridge tendering after getting out of shape. We have been working with the coast guard all week. There is not 2-3 million in damage from the photos there looks like absolutely no damage
> **Status:** Sent
> 6/20/2024 7:45:46 AM(UTC-4)

CARVER ESI 001868

208

From: +15183222683 CMT Dispatch
To: +18382072960 +18382072960 (owner)

Ok so you guys are aware?

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/20/2024 7:47:07 AM(UTC-4) | |

Status: Read

6/20/2024 7:46:55 AM(UTC-4)

From: +18382072960 +18382072960 (owner)

Yeah we're all over it

Status: Sent

6/20/2024 7:47:24 AM(UTC-4)

From: +15183222683 CMT Dispatch
To: +18382072960 +18382072960 (owner)

What do you want me to say to skanska? Or do you guys want to reach out to him?

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/20/2024 7:47:26 AM(UTC-4) | |

Status: Read

6/20/2024 7:47:24 AM(UTC-4)

From: +18382072960 +18382072960 (owner)

Brian or I will reach out send the contact information over

Status: Sent

6/20/2024 7:47:41 AM(UTC-4)

CARVER ESI 001869

**From:** +15183222683 CMT Dispatch
**To:** +18382072960 +18382072960 (owner)

**Attachments:**

Title: Jim Hummel.vcf
Size: 187836
File name: ~/Library/SMS/Attachments/36/06/5144F353-A626-45D1-A369-B6AEC320132C/Jim Hummel.vcf
Path: https://p48-content.icloud.com/M79A5231CDA6ABA800865604DB9B4D835FD5349E6E06CCF86F7CFA5A7F0548BF3.C01USN00
~/Library/SMS/Attachments/36/06/5144F353-A626-45D1-A369-B6AEC320132C/Jim Hummel.vcf

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/20/2024 7:55:03 AM(UTC-4) | |

**Status:** Read

6/20/2024 7:48:25 AM(UTC-4)

---

**From:** +18382072960 +18382072960 (owner)

Thanks

**Status:** Sent

6/20/2024 7:55:05 AM(UTC-4)

---

**From:** +18455944410 Brian Moore
**To:** +18382072960 +18382072960 (owner)

Lenny- I'm in a port meeting.

Please call him and down play and let them know we're working with CG that and see if they can send the video.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/20/2024 7:58:10 AM(UTC-4) | |

**Status:** Read

6/20/2024 7:57:57 AM(UTC-4)

---

**From:** +18382072960 +18382072960 (owner)

Liked "Lenny- I'm in a port meeting.

Please call him a…"

**Status:** Sent

6/20/2024 7:58:19 AM(UTC-4)

CARVER ESI 001870

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

Ended up having some moisture buildup in the potentiometers tech advises. It's most likely from when the boat was sitting and now with the change of temperature excessive buildup.

He's going to get me a spare parts list together and I will go ahead and get that order next week. I think it's worth it to spend the money just to have for future issues.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/14/2024 3:19:56 PM(UTC-4) | | |

**Status:** Sent

6/14/2024 3:19:56 PM(UTC-4)

From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

Yeah, for sure. That boat is to valuable to have down time.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/14/2024 3:22:22 PM(UTC-4) | |

**Status:** Read

6/14/2024 3:20:54 PM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

Yup that's what I figured, but for now all good

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/14/2024 3:22:37 PM(UTC-4) | | |

**Status:** Sent

6/14/2024 3:22:36 PM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

MACKROSE rudder got stuck hard over and they hit the bridge as they were coming through it. I'm assuming down in Baltimore somewhere.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/15/2024 4:36:14 PM(UTC-4) | | |

**Status:** Sent

6/15/2024 4:36:13 PM(UTC-4)

CARVER ESI 001871

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

They're checking barge now

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/15/2024 4:36:22 PM(UTC-4) | | |

Status: Sent

6/15/2024 4:36:22 PM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

Doesn't seem to be any damage to bridge

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/15/2024 4:36:36 PM(UTC-4) | | |

Status: Sent

6/15/2024 4:36:36 PM(UTC-4)

From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

I just seen this.

If there isn't any damage besides actual scrapes, just make it go away.

So retarded because it's 300' wide

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/15/2024 5:07:09 PM(UTC-4) | |

Status: Read

6/15/2024 5:07:01 PM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

He wants to call the CG

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/15/2024 5:07:26 PM(UTC-4) | | |

Status: Sent

6/15/2024 5:07:25 PM(UTC-4)

CARVER ESI 001872

**From:** +18455944410 Brian Moore
**To:** +18382072960 +18382072960 (owner)

Ugh, was it a hard hit or did he lay up alongside it to go through? Kinda like Newtown creek style. Slow things down and lay alongside the fenders to safely pass through.

The last thing Baltimore wants is a bridge investigation. If its a hard hit, then I can guarantee CG and TVIB will be all over their asses

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/15/2024 5:14:13 PM(UTC-4) | |

**Status:** Read

6/15/2024 5:10:16 PM(UTC-4)

---

**From:** +18382072960 +18382072960 (owner)
**To:** +18455944410 Brian Moore

I don't think so sounds like that were a good ways through

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/15/2024 5:14:34 PM(UTC-4) | | |

**Status:** Sent

6/15/2024 5:14:34 PM(UTC-4)

---

**From:** +18382072960 +18382072960 (owner)
**To:** +18455944410 Brian Moore

I can tell Chris I notified them and they will do an investigation and to keep going just to shut him up

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/15/2024 5:15:22 PM(UTC-4) | | |

**Status:** Sent

6/15/2024 5:15:22 PM(UTC-4)

---

**From:** +18382072960 +18382072960 (owner)
**To:** +18455944410 Brian Moore

Idk if you saw pic in group chat doesn't look like any damage

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/15/2024 5:15:54 PM(UTC-4) | | |

**Status:** Sent

6/15/2024 5:15:47 PM(UTC-4)

CARVER ESI 001873

**From:** +18455944410 Brian Moore
**To:** +18382072960 +18382072960 (owner)

Okay, CG will issue out an 835 for the rudder. There is zero chance we can replicate the issue on the rudder so it won't be sailing any where for a while.

Did the rudder actually get stuck or just ship handling?

It's also a 250' barge that's hired out from weeks.

See how we can resolve the steering issue or they make it ship handing issue.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/15/2024 5:17:58 PM(UTC-4) | |

**Status:** Read

6/15/2024 5:17:45 PM(UTC-4)

---

**From:** +18455944410 Brian Moore
**To:** +18382072960 +18382072960 (owner)

Also, if it does go down the CG route, we handle all the calls and etc.

Boat guys shouldn't be calling too and only after we speak to Collin at TBS

Let me know what course you want to go on.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/15/2024 5:21:23 PM(UTC-4) | |

**Status:** Read

6/15/2024 5:21:05 PM(UTC-4)

---

**From:** +18382072960 +18382072960 (owner)
**To:** +18455944410 Brian Moore

Yeah I already yelled at Chris

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/15/2024 5:21:31 PM(UTC-4) | | |

**Status:** Sent

6/15/2024 5:21:30 PM(UTC-4)

---

**From:** +18382072960 +18382072960 (owner)
**To:** +18455944410 Brian Moore

Taken care of.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/15/2024 5:29:21 PM(UTC-4) | | |

**Status:** Sent

6/15/2024 5:29:21 PM(UTC-4)

CARVER ESI 001874

From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

Have them type official statements and send to you and me only.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/15/2024 5:31:00 PM(UTC-4) | |

**Status:** Read

6/15/2024 5:30:45 PM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

I asked for that and this is what I got-

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/15/2024 5:31:06 PM(UTC-4) | | |

**Status:** Sent

6/15/2024 5:31:06 PM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

**Attachments:**



Title: IMG_0533.PNG
Size: 3128465
File name: ~/Library/SMS/Attachments/c8/08/3E2EB774-E67E-4F29-A0A2-D5F6EFEC4854/IMG_0533.PNG
Path: https://p49-content.icloud.com/M735D0A43EDB8993371F8504BEF4F888DF3353236267074211777F18B7FCA8AC7.C01USN00

~/Library/SMS/Attachments/c8/08/3E2EB774-E67E-4F29-A0A2-D5F6EFEC4854/IMG_0533.PNG

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/15/2024 5:31:22 PM(UTC-4) | | |

**Status:** Sent

6/15/2024 5:31:21 PM(UTC-4)

CARVER ESI 001875

367

From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

**Attachments:**



Title: giphy.com-media-3ohhwgmWRebr8jTO24-giphy.gif
Size: 1115259
File name: ~/Library/SMS/Attachments/cf/15/53F77725-9154-4360-9B34-7ACB3613C5DE/giphy.com-media-3ohhwgmWRebr8jTO24-giphy.gif
Path: https://p53-content.icloud.com/M94DF55AF77684CA1E3B5160CE868E64760CD02536FD1C1A9FE3EC61406096CDD.C01USN00

~/Library/SMS/Attachments/cf/15/53F77725-9154-4360-9B34-7ACB3613C5DE/giphy.com-media-3ohhwgmWRebr8jTO24-giphy.gif

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/17/2024 9:07:36 PM(UTC-4) | |

**Status:** Read

6/17/2024 9:07:21 PM(UTC-4)

---

From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

Listen and call me

**Attachments:**

Title: voicemail-12892552352.m4a
Size: 45979
File name: ~/Library/SMS/Attachments/14/04/344E288A-4D96-4912-9B36-C929950F9118/voicemail-12892552352.m4a
Path: https://p63-content.icloud.com/M66B88975B905E65078446D6B2363D2A1623D91BC4AE56ECC44FCD2A2560A2980.C01USN00

~/Library/SMS/Attachments/14/04/344E288A-4D96-4912-9B36-C929950F9118/voicemail-12892552352.m4a

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/18/2024 9:48:17 AM(UTC-4) | |

**Status:** Read

6/18/2024 9:48:03 AM(UTC-4)

---

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

Send me the number she didn't leave it in VM

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/18/2024 9:52:18 AM(UTC-4) | | |

**Status:** Sent

6/18/2024 9:52:18 AM(UTC-4)

CARVER ESI 001876

From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

+1 (757) 434-0800

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/18/2024 9:52:35 AM(UTC-4) | |

**Status:** Read

6/18/2024 9:52:35 AM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

Give me a buzz when you can just spoke to CG

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/18/2024 12:01:50 PM(UTC-4) | | |

**Status:** Sent

6/18/2024 12:01:49 PM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

CG just sent all that stuff over I'll start getting everything together and make sure the statements all make sense

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/18/2024 2:19:19 PM(UTC-4) | | |

**Status:** Sent

6/18/2024 2:19:19 PM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

As far as not reporting it I guess we just chalk it up to no damage and not thinking it was a reportable incident?

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/18/2024 2:19:51 PM(UTC-4) | | |

**Status:** Sent

6/18/2024 2:19:50 PM(UTC-4)

**From:** +18382072960 +18382072960 (owner)
**To:** +18455944410 Brian Moore

Do you have a spec sheet for that weeks 281 that the MACKROSE was bringing up here

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/19/2024 8:13:03 AM(UTC-4) | | |

**Status:** Sent

6/19/2024 8:13:03 AM(UTC-4)

---

**From:** +18455944410 Brian Moore
**To:** +18382072960 +18382072960 (owner)

I have the trip and tow survey I can send.  Give me a second

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/19/2024 8:51:34 AM(UTC-4) | |

**Status:** Read

6/19/2024 8:51:26 AM(UTC-4)

---

**From:** +18382072960 +18382072960 (owner)
**To:** +18455944410 Brian Moore

I got it don't worry about

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/19/2024 8:51:40 AM(UTC-4) | | |

**Status:** Sent

6/19/2024 8:51:40 AM(UTC-4)

---

**From:** +18382072960 +18382072960 (owner)
**To:** +18455944410 Brian Moore

Do you know how to pull voyage plan in helm?

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/19/2024 8:51:52 AM(UTC-4) | | |

**Status:** Sent

6/19/2024 8:51:52 AM(UTC-4)

CARVER ESI 001878

**From:** +18455944410 Brian Moore
**To:** +18382072960 +18382072960 (owner)

Stby. With Nick and Mark

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/19/2024 8:59:56 AM(UTC-4) | |

**Status:** Read

6/19/2024 8:59:53 AM(UTC-4)

---

**From:** +18455944410 Brian Moore
**To:** +18382072960 +18382072960 (owner)

In the safety committee meeting.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/20/2024 8:18:01 AM(UTC-4) | |

**Status:** Read

6/20/2024 8:17:57 AM(UTC-4)

---

**From:** +18382072960 +18382072960 (owner)
**To:** +18455944410 Brian Moore

Okay spoke to Jim got them all calmed down, the "attorney" for the bridge people is saying we damaged the counter weight on the bridge. Chris on the MACKROSE said bullshit on that too we didn't land anywhere near it. They don't have the video though only the bridge people do I can maybe ask coast guard

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/20/2024 8:19:14 AM(UTC-4) | | |

**Status:** Sent

6/20/2024 8:19:14 AM(UTC-4)

---

**From:** +18455944410 Brian Moore
**To:** +18382072960 +18382072960 (owner)

Okay. Speak to the CG lady and see if we can get it to add to our investigation.

Then submit late tonight or tomorrow.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/20/2024 8:21:04 AM(UTC-4) | |

**Status:** Read

6/20/2024 8:20:41 AM(UTC-4)

CARVER ESI 001879

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

Just spoke to CG

They don't have the video they asked the bridge for it initially but they never gave it to them.

She also asked if I could try and get her over the CG paperwork today, is that alright if I send the 2692 and other documents and I'll send over the internal stuff tomorrow morning?

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/20/2024 8:35:31 AM(UTC-4) | | |

Status: Sent

6/20/2024 8:35:31 AM(UTC-4)

---

From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

Yep, totally. We will play nice with them

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/20/2024 8:42:08 AM(UTC-4) | |

Status: Read

6/20/2024 8:42:00 AM(UTC-4)

---

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

Firing off now

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/20/2024 8:42:15 AM(UTC-4) | | |

Status: Sent

6/20/2024 8:42:14 AM(UTC-4)

---

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

We doing DASIY call?

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/20/2024 11:36:02 AM(UTC-4) | | |

Status: Sent

6/20/2024 11:36:01 AM(UTC-4)

CARVER ESI 001880

From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

Nah, trying to make this fucking MACK thing not an entire atomic bomb. Which it will be

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/20/2024 12:02:19 PM(UTC-4) | |

**Status:** Read

6/20/2024 12:00:48 PM(UTC-4)

---

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

Fuck. Anything I can do?

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/20/2024 12:02:32 PM(UTC-4) | | |

**Status:** Sent

6/20/2024 12:02:31 PM(UTC-4)

---

From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

Tie a noose so I can hang myself

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/20/2024 12:10:08 PM(UTC-4) | |

**Status:** Read

6/20/2024 12:06:08 PM(UTC-4)

---

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

Shit, should I dust off the resume??

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/20/2024 12:12:25 PM(UTC-4) | | |

**Status:** Sent

6/20/2024 12:12:25 PM(UTC-4)

**From:** +18455944410 Brian Moore
**To:** +18382072960 +18382072960 (owner)

lol, no but after looking at everything don't plan on Jimmy coming back. I don't don't get how that barge has zero damage and the bridge is that far fucked

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/20/2024 12:15:25 PM(UTC-4) | |

**Status:** Read

6/20/2024 12:14:30 PM(UTC-4)

---

**From:** +18382072960 +18382072960 (owner)
**To:** +18455944410 Brian Moore

Damn, did you get the video?

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/20/2024 12:15:54 PM(UTC-4) | | |

**Status:** Sent

6/20/2024 12:15:54 PM(UTC-4)

---

**From:** +18455944410 Brian Moore
**To:** +18382072960 +18382072960 (owner)

No. Lawyer is requesting it though.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/20/2024 12:16:47 PM(UTC-4) | |

**Status:** Read

6/20/2024 12:16:24 PM(UTC-4)

---

**From:** +18382072960 +18382072960 (owner)
**To:** +18455944410 Brian Moore

I'd be interested to see where they exactly hit

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/20/2024 12:16:55 PM(UTC-4) | | |

**Status:** Sent

6/20/2024 12:16:55 PM(UTC-4)

**From:** +18382072960 +18382072960 (owner)
**To:** +18455944410 Brian Moore

Liked "Morning. Just on a sales call but I'll call you s…"

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/21/2024 7:27:33 AM(UTC-4) | | |

**Status:** Sent

6/21/2024 7:27:33 AM(UTC-4)

---

**From:** +18455944410 Brian Moore
**To:** +18382072960 +18382072960 (owner)

One a call

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/21/2024 11:43:56 AM(UTC-4) | |

**Status:** Read

6/21/2024 11:43:54 AM(UTC-4)

---

**From:** +18382072960 +18382072960 (owner)
**To:** +18455944410 Brian Moore

No sweat finally out of dr. Just spoke to CG they wanna do phone interviews with everyone sometime next week

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/21/2024 11:44:19 AM(UTC-4) | | |

**Status:** Sent

6/21/2024 11:44:19 AM(UTC-4)

---

**From:** +18382072960 +18382072960 (owner)
**To:** +18455944410 Brian Moore

Brandon Kuster will work the first week on the ERIN

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/21/2024 1:41:23 PM(UTC-4) | | |

**Status:** Sent

6/21/2024 1:41:23 PM(UTC-4)

CARVER ESI 001883

**From:** +18455944410 Brian Moore
**To:** +18382072960 +18382072960 (owner)

I need the service reports from Ayers and the Mack. Could you ask them again please

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 7/18/2024 12:25:58 PM(UTC-4) | |

**Status:** Read

7/18/2024 12:16:26 PM(UTC-4)

---

**From:** +18382072960 +18382072960 (owner)
**To:** +18455944410 Brian Moore

Yes

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 7/18/2024 12:26:02 PM(UTC-4) | | |

**Status:** Sent

7/18/2024 12:26:02 PM(UTC-4)

---

**From:** +18382072960 +18382072960 (owner)
**To:** +18455944410 Brian Moore

Todd said he's going to send over asap

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 7/18/2024 1:05:43 PM(UTC-4) | | |

**Status:** Sent

7/18/2024 1:05:43 PM(UTC-4)

---

**From:** +18455944410 Brian Moore
**To:** +18382072960 +18382072960 (owner)

Thanks. Can you also get with GMT and who ever else worked on it and submit all tech reports too

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 7/18/2024 1:06:51 PM(UTC-4) | |

**Status:** Read

7/18/2024 1:06:47 PM(UTC-4)

CARVER ESI 001884

411