# Exhibit J

2024   167th day - 199 days follow                           SATURDAY **15** JUNE

| Time | Entry |
|---|---|
| 0100 | 38° 11.8'N 76° 17.3'W KNT 9.7 177° |
| 0300 | 37° 52.8'N 76° 09.7'W KNT 10.5 185° |
| 0500 | 37° 33.9'N 76° 07.2'W KNT 9.9 171° |
| 0530 | C. Miller Relieves J. Morrissey |
| 0700 | 37° 16.5N 72° 08.5W 9.9 kts 194°T N 15 2'chop. |
| 0800 | Called Brian Hale Surveyor/Plan on meeting 11:15 |
| 0850 | Thimble Shoals Lt. |
| 10:18 | J. Morrissey Relieves C. Miller Watch Turnover Complete |
| 11:30 | Arrive light Boat @ Barge meet w Brian Hales Surveyor |
| 12:00 | Brian Hales off tug & Barge, Weeks 281 Mate Rose 14'-0" Drafts, 4'6" Bow 6'0" stern |
| 15:00 | Depart w Weeks 281 Barge For NY. |
| 16:30 | Co Captain Reports steering went Hard over and he was backing and we tapped the North &PBL RR bridge |
| 16:35 | Called Brian Moore & Lenny B to Report incident |
| 16:50 | multiple calls made between Management. |
| 16:55 | Lenny B reports that CG is letting us proceed. to NYH. |
| 18:20 | Break loose take Photo's of Bow "No Damage Detected." |
|  | on Tow w NY. |
| 2055 | 36° 58.8N 76° 09.0W CSE 108°T 6.5 kts |
| 2133 | Stream tow to 3+ Layers out. |
| 2300 | 36° 56.0N 75° 54.2W CSE 97°T 7.9 kts 1+ WIND SEAS |
| 2330 | J. Morrisey Relieves C. Miller |

C. Miller
J. Morrisey
J. McGrath
S. Porter
J. Morrisey

CARVER 001898   AT·A·GLANCE®