# Exhibit K




# 46 CFR SUBCHAPTER M

# TOWING SAFETY MANAGEMENT SYSTEM

# HEALTH & SAFETY PLAN





# TABLE OF CONTENTS

Revision Date: July 1, 2021


| SECTION NUMBER | SECTION TITLE |
|---|---|
| **1** | **INTRODUCTION** |
| 1.1 | General |
| 1.2 | Company & Agency Contact Information |
| 1.3 | Core Safety Rules |
| 1.4 | Statutory Penalties (140.1000) |
| **2** | **SAFETY & ENVIRONMENTAL PROTECTION** |
| 2.0 S | **Safety Policy** (138.220 (c)(2)) |
| 2.1 S | Stop Work Authority Program (138.220 (c)(2)) |
| 2.2 S | Vessel Safety Rules (46 CFR 140.510) |
| 2.3 S | Safety Meetings and Training (140.500 (b)) |
| 2.4 S | Safety Drills (140.420) |
| 2.5 S | Confined Space Entry (140.515 (a)(7) & 140.510 (a)(5)) |
| 2.6 S | Personal Protective Equipment (140.515 (a) (3)) |
| 2.7 S | First Aid/Exposure Control Plan/Bloodborne Pathogens (140.510 (a)(6)) |
| 2.8 S | Personal Hygiene & Housekeeping (140.510 (a)(12)) |
| 2.9 S | Galley Safety (140.510 (a)(13)) |
| 2.10 S | Noise & Hearing Conservation (140.425 & 140.510 (a)(8)) |
| 2.11 S | Fall Protection (140.510 (a)(3)) |
| 2.12 S | Fall Overboard Prevention (140.510 (a)(9)) |
| 2.13 S | Safe Use of Deck Machinery (140.515 (a) (4)) |
| 2.14 S | Welding/Cutting Equipment & Storage (140.515 (a) (4)) |
| 2.15 S | Safe Ladder Use (140.515 (a) (4)) - HSP |
| 2.16 S | Safe Use of Abrasive Wheel Machinery (140.515 (a) (4)) |
| 2.17 S | Operating Portable Hand-Powered Tools (140.515 (a) (4)) |
| 2.18 S | Lock-Out/Tag-Out (140.515 (a)(9)) |
| 2.19 S | Station Bill (140.405) |
| 2.20 S | Slips, Trips & Falls (140.510 (a)(2)) |
| 2.21 S | Respiratory Protection (140.515 (a)(8)) |
| 2.22 S | Temperature-Related Illness (46 CFR 140.510) |
| 2.23 S | Embarkation/Disembarkation (140.510 (a)(10)) |
| 2.24 S | Line Usage (140.510 & 140.805) |
| 2.25 S | Hazard Communication (140.515 (a)(5)) |
| 2.26 S | Safe Use of Flammable & Combustible Materials (140.515(a)(6)) |
| 2.27 S | Electrical Safety (140.510 (a)(7)) |
| 2.28 S | Vendor Safety |
| 2.29 S | Crane Safety (140.505 (b)) |
| 2.30 S | Potable Water (140.510 (a)(14)) |
| 2.31 S | Cargo Knowledge (140.515) |
| 2.1 E | **Environmental Policy** (138.220 (c)(2), 140.510 (a)(4) & 140.655) |
| 2.2 E | Waste Management (140.655) |
| 2.3 E | Handling of Waste Oil, Bilge, Slops and Used Filters |
| 2.4 E | Handling of Hazardous Materials (140.515 (a)(6)) |
| 2.5 E | Sanitary Systems and Handling of Sewage (33 CFR 159.7) |




CARVER TBS HELM CONNECT 000733



# TABLE OF CONTENTS

Revision Date: July 1, 2021


| | |
|---|---|
| **3** | **COMPANY RESPONSIBILITY & AUTHORITY** |
| 3.1 | Management Commitment |
| 3.2 | Shoreside Responsibilities |
| 3.3 | Org Chart |
| **4** | **DESIGNATED PERSON** |
| 4.1 | Designated Person |
| **5** | **MASTER'S RESPONSIBILITY & AUTHORITY** |
| 5.1 | Master's Authority (140.210 & 140.420)) |
| **6** | **RESOURCES & PERSONNEL** |
| 6.1 | Resources & Personnel |
| 6.2 | Training of Personnel (140.515) |
| | New Crew Orientation (140.410) (140.515 (b) & (e)) - HSP |
| | Navigation Safety Training (140.645) |
| | Refresher Training (140.515 (d)) |
| 6.3 | Non-Crew Orientation (140.415) |
| 6.4 | Drug & Alcohol Policy (46 CFR Part 16, Part 4, & Part 40) |
| 6.4 A | Information on Abuse |
| 6.4 B | Supervisor Training |
| 6.5 | Disciplinary Policy |
| 6.6 | Hiring |
| 6.7 | Employee Evaluations |
| 6.8 | Personnel Development |
| 6.9 | Prescription Medications |
| 6.10 | Access to Medical Records (140.505 (a)) |
| 6.11 | Physical Examinations |
| | Responsibilities (140.210) |
| 6.12 | Deckhand |
| 6.13 | Captain/Relief Captain |
| 6.14 | Social Media Policy |
| **7** | **VESSEL OPERATIONS** |
| 7.1 | Hours of Work (138.220 (c)(2)) |
| 7.2 | Distracted Operations |
| 7.3 | Towing Vessel Record (140.505 (a) & 140.910 & 140.915) |
| 7.4 | Vessel Manning (140.205 (c)) |
| 7.5 | Navigation (140.705 & 140.725) |
| 7.6 | Navigation Assessments (140.635) |
| 7.7 | Navigation Lights (140.720) |
| 7.8 | RADAR Navigation & Navigating in Restricted Visibility (140.710) |
| 7.9 | Voyage Planning (33 CFR 164.80) |
| 7.10 | Making Tow (138.220 (c)(2)) |
| 7.11 | Locking (140.635) |
| 7.12 | Bridge Transits (140.635) |
| 7.13 | Handling Face Wires & Rigging (140.515 (a) (4)) - HSP |
| 7.14 | Bridge-to-Bridge Communications (33 CFR Part 26 & 140.715) |
| 7.15 | Operational Stability (140.605) |
| 7.16 | Look Out (140.505 (c) & 140.630) |
| 7.17 | Horsepower/Tow Ratio |
| 7.18 | Pilothouse Resource Management (140.640) |



# TABLE OF CONTENTS

Revision Date: July 1, 2021



| | |
|---|---|
| 7.19 | Fuel/Oil Transfers (33 CFR 155.720) |
| 7.20 | Excursion Parties (136.245) |
| 7.21 | Permit to Proceed (136.240) |
| 7.22 | Required Documents |
| **8** | **EMERGENCY PREPAREDNESS** |
| 8.1 | Lifesaving & Fire Equipment (46 CFR 414 & 142) |
| 8.2 | Security (140.660) |
| 8.3 | Emergency Preparedness |
| 8.4 | Spill Response (138.215 (d)) |
| 8.5 | Operator Incapacitation (138.215 (d)) |
| 8.6 | RADAR Failure (140.710) |
| 8.7 | Emergencies Affecting the Tow (140.801 (c)) |
| 8.8 A | First Aid |
| 8.8 B | Mayday |
| 8.8 C | Man Overboard & Recovery |
| 8.8 D | Fire (140.420) |
| 8.8 E | Grounding (140.420) |
| 8.8 F | Collision/Allision (140.420) |
| 8.8 G | Sinking (140.420) |
| 8.8 H | Abandon Ship (140.420) |
| 8.8 I | Life Jackets (141.340) |
| 8.8 J | Ring Buoys (141.360) |
| 8.8 K | Loss of Throttle Control (140.420) |
| 8.8 L | Loss of Electrical Power (140.420) |
| 8.8 M | Steering Failure (140.420) |
| 8.8 N | Line Throwing Appliance Drill (141.385) |
| 8.8 O | Immersion Suits |
| **9** | **NON-CONFORMITIES & REPORTING PROCEDURES** |
| 9.1 | Identifying, Reporting & Correcting Deficiencies (140.505 (a) & 140.900) |
| 9.2 | Hazardous Conditions (33 CFR 160.215) |
| 9.3 | Mitigating & Documenting Hazards (140.515 (a) (2)) |
| | Pre-Job Hazard Analysis (Job Safety Analysis) |
| | Near Miss Reporting |
| 9.4 | Risk Assessment |
| 9.5 | Accident/Incident Reporting Procedures (140.900) |
| 9.6 | Reporting Personal Injury or Illness (140.900) |
| 9.7 | Declination of Medical Treatment |
| 9.8 | Incident Investigation |
| **10** | **MAINTENANCE** |
| 10.0 | Machinery, Electrical Systems and Equipment (46 CFR 143) |
| 10.1 | Maintenance Procedures (140.510 (a)(7)) |
| | Qualifications for Onboard Maintenance Personnel |
| | Designation of Maintenance Personnel |
| 10.2 | Maintenance of Critical Systems & Equipment |
| 10.3 | Monthly Vessel Inspections (140.510 (a)(7)) |
| 10.4 | System Isolation & Marking (140.510 (a)(7)) |
| 10.5 | Unmanned Engine Room |
| 10.6 | Towing Gear Inspection & Maintenance (140.510 (a)(11) & 140.801 & 140.805) |



# TABLE OF CONTENTS

Revision Date: July 1, 2021


| | |
|---|---|
| 10.7 | Identifying Critical Stores & Supplies |
| **11** | **DOCUMENT & DATA CONTROL** |
| 11.1 | Document & Data Control - Recordkeeping |
| 11.2 | Procedure Review |
| **12** | **INTERNAL VERIFICATION** |
| 12.1 | Internal Audit |
| 12.2 | Management Review |
| 12.3 | Management of Change |
| 12.4 | Corrective & Preventive Actions |
| 12.5 | Performance Measurements |
| 12.6 | Internal Surveys |
| **13** | **VERIFICATION & CERTIFICATION** |
| 13.1 | External Verification & Certification |






# 6.4 DRUG & ALCOHOL POLICY



Drug testing shall be conducted in accordance with DOT/USCG rules and regulations. Specifically, individuals will be tested for the presence of controlled substances using a DOT 5-Panel chemical test (marijuana, cocaine, opiates, amphetamines, phencyclidine (PCP) and alcohol) and will be subject to pre-employment, reasonable cause, periodic, random, and post-accident drug testing. Such individuals must **TEST NEGATIVE** for the presence of controlled substances. This testing is required for all employees in safety-sensitive positions.

Alcohol testing per 33 CFR Part 95 will be done for all serious marine incidents and reasonable causes. The USCG requires Non-DOT alcohol testing.

In the interest of the safety and health of its employees, the company reserves the right to inspect and search, at random, unannounced times, all packages, boxes, clothing, or any personal belongings carried on or off company property.

**DISCIPLINE:** Employees found to be in violation of this policy by either directly possessing or using alcohol or drugs, as described above, or through a verified positive drug test or by court conviction, will be removed from their safety sensitive duties. Any employee who fails to cooperate with the requirements set forth in this policy, including refusal to test, failure to provide a specimen within a reasonable time, failure to report for a scheduled appointment to provide a specimen or adulteration of a specimen, will be subject to disciplinary action which may include immediate termination of employment.

Refusing to take a test can be an MRO verified report of adulteration or substituted; failure to report to the collection facility on time; non-cooperation with the specimen collection; or when directed to give another specimen under observed conditions, refusing and leaving the collection facility.

**ADMINISTRATIVE:** The company strictly prohibits the use, possession and/or sale of illegal drugs, drug paraphernalia or unsanctioned use of alcohol aboard company vessel(s) or property. The company will cooperate fully with public authorities in the prosecution of anyone in violation of said prohibition.

Information concerning drug and/or alcohol test results and information concerning violations of this policy will be treated as confidential information. Such information will be released only to management representatives who have a need to know. This information will also be provided to the Coast Guard or other federal and state agencies where required by law or regulation. Test results or documentation showing the employee has been subject to random drug testing shall be provided to that employee or to his/her designated representative, upon written request by the employee.



# 8.8 F COLLISION/ALLISION

Revision Date: July 1, 2021

In the event that a collision is imminent, the Master or wheelhouse person in charge must take action including, but not limited to, the following:

a) Sound five short blasts on horn;
b) Sound general alarm, if appropriate; and,
c) Instruct crew to put on life jackets, if appropriate.

In the event a collision occurs, the master or wheelhouse person in charge must take action including, but not limited to, the following:

a) Attend to any injured crewmember.
b) Notify nearby marine traffic if collision is in, near, or blocking a navigable channel.
c) Assess damage to the boat, tow, and/or structure. Put on chemical protective clothing and respirator if required.

If the damage is minor:

a) Notify the company.
b) Notify the Coast Guard.
c) Document the damage, including photographs.
d) Fill out the SMF 9.5 Incident Report.
e) Get underway.
f) The office will Fill out Form CG-2692 with your assistance.

If the damage is serious:

a) Notify company.
b) Notify the U.S. Coast Guard.
c) If cargo is leaking from a barge, follow procedures for spill response.
d) If water is leaking in a void compartment, pump water out with portable pump. Do not pump water if mixed with cargo until given permission
e) When pumping the void compartments, maintain the barge in stable condition. Contact the company for further assistance.
f) If pumping the void compartments does not or will not keep the barge afloat, ground the barge in shallow water and contact the dispatcher for further assistance.
g) Await advice from a U.S. Coast Guard representative on a course of action to be taken and when to get underway.
h) Fill out the SMF 9.5 Incident Report.
i) The office will fill out U.S. Coast Guard Form CG-2692