# Exhibit L

**From:** +18382072960 Lenny Baldassare
**To:** +15187084887 (owner)

Can you please email us statements asap and let us know of any damage to the barge tug and bridge

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +15187084887 | | 6/15/2024 4:39:54 PM(UTC-4) | |

**Status:** Read

6/15/2024 4:39:25 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7197EC (Table: message, handle; Size: 26599424 bytes)

---

**From:** +15187084887 (owner)

**Attachments:**



Title: IMG_1731.HEIC
Size: 1789470
File name: ~/Library/SMS/Attachments/94/04/4A3D3BCB-A4AC-4DD4-B74C-D64C5C6A7A41/IMG_1731.HEIC
Path: https://p31-content.icloud.com/M23B6160199B2E694083AEEF649F907F546344AD96963FAC0671A56AE2143436E.C01USN00
~/Library/SMS/Attachments/94/04/4A3D3BCB-A4AC-4DD4-B74C-D64C5C6A7A41/IMG_1731.HEIC

**Status:** Sent

6/15/2024 4:41:17 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7194F0 (Table: message, attachment; Size: 26599424 bytes)
iPhone/mobile/Library/SMS/Attachments/94/04/4A3D3BCB-A4AC-4DD4-B74C-D64C5C6A7A41/IMG_1731.HEIC :  (Size: 1789470 bytes)

---

**From:** +15187084887 (owner)

That's the photo I took of the bridge

**Status:** Sent

6/15/2024 4:41:57 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x719262 (Table: message; Size: 26599424 bytes)

---

**From:** +15187084887 (owner)

I can't tell anything from that

**Status:** Sent

6/15/2024 4:42:17 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71AF3D (Table: message; Size: 26599424 bytes)

CARVER ESI 001888

**From:** +18382072960 Lenny Baldassare
**To:** +15187084887 (owner)

Yeah it looks ok from the photo

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +15187084887 | | 6/15/2024 4:42:57 PM(UTC-4) | |

**Status:** Read

6/15/2024 4:42:29 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71AC85 (Table: message, handle; Size: 26599424 bytes)

---

**From:** +15187084887 (owner)

Jarkeis says not much damage to the barge some scraps but underway can't take a photo yet

**Status:** Sent

6/15/2024 4:44:38 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71AA0E (Table: message; Size: 26599424 bytes)

---

**From:** +18382072960 Lenny Baldassare
**To:** +15187084887 (owner)

Okay keep me posted

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +15187084887 | | 6/15/2024 4:47:43 PM(UTC-4) | |

**Status:** Read

6/15/2024 4:45:15 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71A6E1 (Table: message, handle; Size: 26599424 bytes)

---

**From:** +18382072960 Lenny Baldassare
**To:** +15187084887 (owner)

I'm on with CG now. Continue on the slow bell I'll let you know what they wanna do shortly

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +15187084887 | | 6/15/2024 5:24:44 PM(UTC-4) | |

**Status:** Read

6/15/2024 5:24:34 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71C482 (Table: message, handle; Size: 26599424 bytes)

CARVER ESI 001889

**From: +15187084887 (owner)**

Ok

**Status:** Sent

6/15/2024 5:24:50 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71DF3D (Table: message; Size: 26599424 bytes)

---

**From: +18382072960 Lenny Baldassare**
**To: +15187084887 (owner)**

Okay I'm sending the CG statements and photos- they are allowing us to continue our voyage but will most likely need to board the vessel upon arrival to NYH they will survey the bridge tomorrow for any damage. Please proceed as planned. I will notify sector NY and TVIB.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +15187084887 | | 6/15/2024 5:28:43 PM(UTC-4) | |

**Status:** Read

6/15/2024 5:28:29 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71DCC3 (Table: message, handle; Size: 26599424 bytes)

---

**From: +15187084887 (owner)**

Ok

**Status:** Sent

6/15/2024 5:28:54 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71D66E (Table: message; Size: 26599424 bytes)

---

**From: +18382072960 Lenny Baldassare**
**To: +15187084887 (owner)**

When possible can you please type those statements and send from the boat lap top I don't think the CG is going to accept them on a note pad

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +15187084887 | | 6/15/2024 5:32:10 PM(UTC-4) | |

**Status:** Read

6/15/2024 5:31:57 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71D3F4 (Table: message, handle; Size: 26599424 bytes)

---

**From: +15187084887 (owner)**

Yes I can most likely tomorrow.

**Status:** Sent

6/15/2024 5:32:43 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71EF3D (Table: message; Size: 26599424 bytes)

CARVER ESI 001890

**From:** +18382072960 Lenny Baldassare
**To:** +15187084887 (owner)

That's fine the on duty inspector won't be in until Monday so I'm sure tomorrow will be fine thanks Capt

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +15187084887 | | 6/15/2024 5:33:25 PM(UTC-4) | |

**Status:** Read

6/15/2024 5:33:24 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71E99C (Table: message, handle; Size: 26599424 bytes)

---

**From:** +15187084887 (owner)

Looks like no Damage to us

**Attachments:**



Title: IMG_1741.HEIC
Size: 1730549
File name: ~/Library/SMS/Attachments/2d/13/F555EC74-7846-41FA-BBF2-2AA89FDD96EE/IMG_1741.HEIC
Path: https://p59-content.icloud.com/M23B6160199B2E694083AEEF649F907F546344AD96963FAC0671A56AE2143436E.C01USN00
~/Library/SMS/Attachments/2d/13/F555EC74-7846-41FA-BBF2-2AA89FDD96EE/IMG_1741.HEIC



Title: IMG_1740.HEIC
Size: 984407
File name: ~/Library/SMS/Attachments/85/05/FC6AEAA1-1D7B-4D18-A128-7D4E9B47814C/IMG_1740.HEIC
Path: https://p29-content.icloud.com/M23B6160199B2E694083AEEF649F907F546344AD96963FAC0671A56AE2143436E.C01USN00
~/Library/SMS/Attachments/85/05/FC6AEAA1-1D7B-4D18-A128-7D4E9B47814C/IMG_1740.HEIC



Title: IMG_1739.HEIC
Size: 1682450
File name: ~/Library/SMS/Attachments/4d/13/C869D9F1-DCE4-4BB2-86CF-F6DE64EBD15F/IMG_1739.HEIC
Path: https://p27-content.icloud.com/M23B6160199B2E694083AEEF649F907F546344AD96963FAC0671A56AE2143436E.C01USN00
~/Library/SMS/Attachments/4d/13/C869D9F1-DCE4-4BB2-86CF-F6DE64EBD15F/IMG_1739.HEIC

Title: IMG_1738.HEIC
Size: 761669
File name: ~/Library/SMS/Attachments/31/01/8B059DA3-A95A-4414-9C73-EF5855F9E94C/IMG_1738.HEIC
Path: https://p27-content.icloud.com/M23B6160199B2E694083AEEF649F907F546344AD96963FAC0671A56AE2143436E.C01USN00
~/Library/SMS/Attachments/31/01/8B059DA3-A95A-4414-9C73-EF5855F9E94C/IMG_1738.HEIC

**Status:** Sent

6/15/2024 6:38:04 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71FF3C (Table: message, attachment; Size: 26599424 bytes)
iPhone/mobile/Library/SMS/Attachments/2d/13/F555EC74-7846-41FA-BBF2-2AA89FDD96EE/IMG_1741.HEIC :  (Size: 1730549 bytes)
iPhone/mobile/Library/SMS/Attachments/85/05/FC6AEAA1-1D7B-4D18-A128-7D4E9B47814C/IMG_1740.HEIC :  (Size: 984407 bytes)
iPhone/mobile/Library/SMS/Attachments/4d/13/C869D9F1-DCE4-4BB2-86CF-F6DE64EBD15F/IMG_1739.HEIC :  (Size: 1682450 bytes)
iPhone/mobile/Library/SMS/Attachments/31/01/8B059DA3-A95A-4414-9C73-EF5855F9E94C/IMG_1738.HEIC :  (Size: 761669 bytes)

CARVER ESI 001891

From: +18382072960 Lenny Baldassare
To: +15187084887 (owner)

Call you right back

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +15187084887 | | 6/15/2024 4:49:39 PM(UTC-4) | |

Status: Read

6/15/2024 4:49:36 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71A485 (Table: message, handle; Size: 26599424 bytes)

From: +15187084887 (owner)
To: +18382072960 Lenny Baldassare

Ok

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 Lenny Baldassare | 6/15/2024 4:49:42 PM(UTC-4) | | |

Status: Sent

6/15/2024 4:49:41 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71A233 (Table: message, handle; Size: 26599424 bytes)

From: +18382072960 Lenny Baldassare
To: +15187084887 (owner)

Need witness statements for coast guard

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +15187084887 | | 6/15/2024 4:57:10 PM(UTC-4) | |

Status: Read

6/15/2024 4:56:48 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71BF40 (Table: message, handle; Size: 26599424 bytes)

CARVER ESI 001892

505

**From:** +15187084887 (owner)
**To:** +18382072960 Lenny Baldassare

Ok

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 Lenny Baldassare | 6/15/2024 4:57:16 PM(UTC-4) | | |

**Status:** Sent

6/15/2024 4:57:16 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71BCC6 (Table: message, handle; Size: 26599424 bytes)

---

**From:** +18382072960 Lenny Baldassare
**To:** +15187084887 (owner)

Where are you guys heading

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +15187084887 | | 6/15/2024 5:09:32 PM(UTC-4) | |

**Status:** Read

6/15/2024 5:09:05 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71BA5D (Table: message, handle; Size: 26599424 bytes)

---

**From:** +15187084887 (owner)
**To:** +18382072960 Lenny Baldassare

Slow bell down river to NY

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 Lenny Baldassare | 6/15/2024 5:09:56 PM(UTC-4) | | |

**Status:** Sent

6/15/2024 5:09:54 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71B7FD (Table: message, handle; Size: 26599424 bytes)

CARVER ESI 001893

From: +15187084887 (owner)
To: +18382072960 Lenny Baldassare

**Attachments:**



Title: 74017867859__EBC3C0FA-5D62-453F-840F-0A75528A8488.HEIC
Size: 2814827
File name: ~/Library/SMS/Attachments/56/06/245A4E7F-0668-429E-8C81-99CF113C9B02/74017867859__EBC3C0FA-5D62-453F-840F-0A75528A8488.HEIC
Path: https://p50-content.icloud.com/M7058B07402094DD071BE619608D1ED60D7D11E2EBF00EE7D9B43EE42B63D5EC8.C01USN00

~/Library/SMS/Attachments/56/06/245A4E7F-0668-429E-8C81-99CF113C9B02/74017867859__EBC3C0FA-5D62-453F-840F-0A75528A8488.HEIC

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 Lenny Baldassare | 6/15/2024 5:12:47 PM(UTC-4) | | |

**Status:** Sent

6/15/2024 5:12:45 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71B570 (Table: message, attachment, handle; Size: 26599424 bytes)
iPhone/mobile/Library/SMS/Attachments/56/06/245A4E7F-0668-429E-8C81-99CF113C9B02/74017867859__EBC3C0FA-5D62-453F-840F-0A75528A8488.HEIC :  (Size: 2814827 bytes)

From: +15187084887 (owner)
To: +18382072960 Lenny Baldassare

**Attachments:**



Title: 74017869034__3B0EB8DE-4069-4FEE-840A-9B696C25BFAD.HEIC
Size: 3444191
File name: ~/Library/SMS/Attachments/1c/12/F303CACE-B5C8-4BAE-8CFC-F11A30AED310/74017869034__3B0EB8DE-4069-4FEE-840A-9B696C25BFAD.HEIC
Path: https://p52-content.icloud.com/M7058B07402094DD071BE619608D1ED60D7D11E2EBF00EE7D9B43EE42B63D5EC8.C01USN00

~/Library/SMS/Attachments/1c/12/F303CACE-B5C8-4BAE-8CFC-F11A30AED310/74017869034__3B0EB8DE-4069-4FEE-840A-9B696C25BFAD.HEIC

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 Lenny Baldassare | 6/15/2024 5:12:57 PM(UTC-4) | | |

**Status:** Sent

6/15/2024 5:12:55 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71B2ED (Table: message, attachment, handle; Size: 26599424 bytes)
iPhone/mobile/Library/SMS/Attachments/1c/12/F303CACE-B5C8-4BAE-8CFC-F11A30AED310/74017869034__3B0EB8DE-4069-4FEE-840A-9B696C25BFAD.HEIC :  (Size: 3444191 bytes)

CARVER ESI 001894

From: +15187084887 (owner)
To: +18382072960 Lenny Baldassare

**Attachments:**



Title: 74017870261__A08C1D08-799B-4F9C-BDC7-8E7FD86F29BB.HEIC
Size: 2665859
File name: ~/Library/SMS/Attachments/45/05/631CC439-02F6-4026-82B3-97499BF2D5EF/74017870261__A08C1D08-799B-4F9C-BDC7-8E7FD86F29BB.HEIC
Path: https://p54-content.icloud.com/M7058B07402094DD071BE619608D1ED60D7D11E2EBF00EE7D9B43EE42B63D5EC8.C01USN00

~/Library/SMS/Attachments/45/05/631CC439-02F6-4026-82B3-97499BF2D5EF/74017870261__A08C1D08-799B-4F9C-BDC7-8E7FD86F29BB.HEIC

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 Lenny Baldassare | 6/15/2024 5:13:08 PM(UTC-4) | | |

**Status:** Sent

6/15/2024 5:13:06 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71CF4A (Table: message, attachment, handle; Size: 26599424 bytes)
iPhone/mobile/Library/SMS/Attachments/45/05/631CC439-02F6-4026-82B3-97499BF2D5EF/74017870261__A08C1D08-799B-4F9C-BDC7-8E7FD86F29BB.HEIC : (Size: 2665859 bytes)

From: +15187084887 (owner)
To: +18382072960 Lenny Baldassare

**Attachments:**



Title: 74017871424__2EA6812A-B512-4753-859B-89662EE0EB47.HEIC
Size: 3334286
File name: ~/Library/SMS/Attachments/0f/15/0C98394F-6CC9-472A-BF10-476FE9023DAB/74017871424__2EA6812A-B512-4753-859B-89662EE0EB47.HEIC
Path: https://p54-content.icloud.com/M7058B07402094DD071BE619608D1ED60D7D11E2EBF00EE7D9B43EE42B63D5EC8.C01USN00

~/Library/SMS/Attachments/0f/15/0C98394F-6CC9-472A-BF10-476FE9023DAB/74017871424__2EA6812A-B512-4753-859B-89662EE0EB47.HEIC

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 Lenny Baldassare | 6/15/2024 5:13:18 PM(UTC-4) | | |

**Status:** Sent

6/15/2024 5:13:16 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71CCC7 (Table: message, attachment, handle; Size: 26599424 bytes)
iPhone/mobile/Library/SMS/Attachments/0f/15/0C98394F-6CC9-472A-BF10-476FE9023DAB/74017871424__2EA6812A-B512-4753-859B-89662EE0EB47.HEIC : (Size: 3334286 bytes)

CARVER ESI 001895

**From:** +15187084887 (owner)
**To:** +18382072960 Lenny Baldassare

I let Jimmy know of the Statement, he needed a break and is laying down. I'm on a 1 throttle slow bell

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 Lenny Baldassare | 6/15/2024 5:22:26 PM(UTC-4) | | |

**Status:** Sent

6/15/2024 5:22:25 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71CA44 (Table: message, handle; Size: 26599424 bytes)

---

**From:** +15187084887 (owner)
**To:** +18382072960 Lenny Baldassare

We are by Pier P

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 Lenny Baldassare | 6/15/2024 5:23:25 PM(UTC-4) | | |

**Status:** Sent

6/15/2024 5:23:25 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71C71A (Table: message, handle; Size: 26599424 bytes)

---

**From:** +18382072960 Lenny Baldassare
**To:** +15187084887 (owner)

What side did you guys have the barge made up when you touched the bridge

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +15187084887 | | 6/17/2024 10:31:02 AM(UTC-4) | |

**Status:** Read

6/17/2024 10:28:34 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x725F40 (Table: message, handle; Size: 26599424 bytes)

---

**From:** +15187084887 (owner)
**To:** +18382072960 Lenny Baldassare

Dredging ahead in push ahead

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 Lenny Baldassare | 6/17/2024 10:31:15 AM(UTC-4) | | |

**Status:** Sent

6/17/2024 10:31:15 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x725C81 (Table: message, handle; Size: 26599424 bytes)

CARVER ESI 001896

From: +15187084887 (owner)
To: +18455944410 Brian Moore

Ok

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/26/2024 6:04:47 PM(UTC-4) | | |

**Status:** Sent

6/26/2024 6:04:47 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x77EA2D (Table: message, handle; Size: 26599424 bytes)

---

From: +15187084887 (owner)
To: +18455944410 Brian Moore

Please give me a call about the incident report in regard to the steering. I can update with steering veered off course?

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/28/2024 9:53:04 AM(UTC-4) | | |

**Status:** Sent

6/28/2024 9:53:03 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7A6433 (Table: message, handle; Size: 26599424 bytes)

---

From: +15187084887 (owner)
To: +18455944410 Brian Moore

Anything else?

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/28/2024 9:53:18 AM(UTC-4) | | |

**Status:** Sent

6/28/2024 9:53:17 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7A7F4A (Table: message, handle; Size: 26599424 bytes)

---

From: +18455944410 Brian Moore
To: +15187084887 (owner)

I'll call you very shortly but his interview statement to CG said it never went hard over and it was midship the entire time.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +15187084887 | | 6/28/2024 10:01:32 AM(UTC-4) | |

**Status:** Read

6/28/2024 10:01:19 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7A7CC9 (Table: message, handle; Size: 26599424 bytes)

CARVER ESI 001897

From: +15187084887 (owner)
To: +18455944410 Brian Moore

Ok will talk soon I just had put what he originally told me at the time.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/28/2024 10:02:36 AM(UTC-4) | | |

Status: Sent

6/28/2024 10:02:35 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7A799A (Table: message, handle; Size: 26599424 bytes)

From: +18455944410 Brian Moore
To: +15187084887 (owner)

Yeah, totally get it.  The CG is allowing revised reports post investigation.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +15187084887 | | 6/28/2024 10:03:08 AM(UTC-4) | |

Status: Read

6/28/2024 10:03:07 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7A76A4 (Table: message, handle; Size: 26599424 bytes)

From: +15187084887 (owner)
To: +18455944410 Brian Moore

Ok

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/28/2024 10:03:17 AM(UTC-4) | | |

Status: Sent

6/28/2024 10:03:16 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7A73DB (Table: message, handle; Size: 26599424 bytes)

CARVER ESI 001898

**From:** +15187084887 (owner)

This is the error code it's sending on the upper Wheelhouse when trying to go into Auto pilot mode. Lower is working fine. Alex is up there troubleshooting it. No luck so far. I'm hand steering for now in main while he's working on it.

**Attachments:**



Title: IMG_1946.HEIC
Size: 1415368
File name: ~/Library/SMS/Attachments/32/02/924CEE85-052C-4E07-B6D4-73CB3E49715F/IMG_1946.HEIC
Path: https://p27-content.icloud.com/M7058B07402094DD071BE619608D1ED60D7D11E2EBF00EE7D9B43EE42B63D5EC8.C01USN00
~/Library/SMS/Attachments/32/02/924CEE85-052C-4E07-B6D4-73CB3E49715F/IMG_1946.HEIC



Title: IMG_1947.HEIC
Size: 1441210
File name: ~/Library/SMS/Attachments/ab/11/5A0A8D08-90DD-40BA-855E-7B0D406F0930/IMG_1947.HEIC
Path: https://p29-content.icloud.com/M7058B07402094DD071BE619608D1ED60D7D11E2EBF00EE7D9B43EE42B63D5EC8.C01USN00
~/Library/SMS/Attachments/ab/11/5A0A8D08-90DD-40BA-855E-7B0D406F0930/IMG_1947.HEIC

**Status:** Sent

7/2/2024 8:17:50 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7CAF3B (Table: message, attachment; Size: 26599424 bytes)
iPhone/mobile/Library/SMS/Attachments/32/02/924CEE85-052C-4E07-B6D4-73CB3E49715F/IMG_1946.HEIC :  (Size: 1415368 bytes)
iPhone/mobile/Library/SMS/Attachments/ab/11/5A0A8D08-90DD-40BA-855E-7B0D406F0930/IMG_1947.HEIC :  (Size: 1441210 bytes)

---

**From:** +18455944410 Brian Moore
**To:** +15187084887 (owner)

Tom- Please reach out and see what that new code is.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +15187084887 | | 7/2/2024 8:37:30 AM(UTC-4) | |

**Status:** Read

7/2/2024 8:37:18 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7CAB29 (Table: message, handle; Size: 26599424 bytes)

---

**From:** +18382072968 Tom Feeney
**To:** +15187084887 (owner)

Yup, send over to Todd

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +15187084887 | | 7/2/2024 8:37:44 AM(UTC-4) | |

**Status:** Read

7/2/2024 8:37:42 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7CA873 (Table: message, handle; Size: 26599424 bytes)

CARVER ESI 001899

**From:** System Message

You added +15184918420 to the conversation

**Label:** System

7/2/2024 9:50:06 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7CA66E (Table: message; Size: 26599424 bytes)

**From:** +15187084887 (owner)

I had Alex trouble shoot what he could on the Steering and feel that I think it would be best to have Todd Ayers or his Technician come and take a look at it. I just want to make sure that it's 100 percent due to what happened on the 15th in Norfolk. I think it would be the best thing to do as we have gone as far as we can here, and don't want to get too much more into it with out a Technician it Could be a wiring problem or if it's something with the components of it? I don't know. Gordon my relief knows about it as I informed home of it when he called me. Thanks CM

**Status:** Sent

7/2/2024 9:58:27 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7CBF3C (Table: message; Size: 26599424 bytes)

**From:** +18455944410 Brian Moore
**To:** +15187084887 (owner)

Tom will have Ayers work it and no autopilot inside of sea buoys.

Tom- Let us know

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +15187084887 | | 7/2/2024 10:04:35 AM(UTC-4) | |

**Status:** Read

7/2/2024 10:04:23 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7CB470 (Table: message, handle; Size: 26599424 bytes)

**From:** +15187084887 (owner)

Yes I only hand steer on the inside, but I just want to make sure it's not going into fester into a bigger problem.

**Status:** Sent

7/2/2024 10:05:57 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7CCF3C (Table: message; Size: 26599424 bytes)

**From:** +18455944410 Brian Moore
**To:** +15187084887 (owner)

Liked "Yes I only hand steer on the inside, but I just wa…"

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +15187084887 | | 7/2/2024 10:06:14 AM(UTC-4) | |

**Status:** Read

7/2/2024 10:06:13 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7CCB3C (Table: message, handle; Size: 26599424 bytes)

---

**From:** +18382072968 Tom Feeney
**To:** +15187084887 (owner)

Shut off the autopilot, shut off the power supply to the unit, and it should find itself… as per Todd

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +15187084887 | | 7/2/2024 10:45:46 AM(UTC-4) | |

**Status:** Read

7/2/2024 10:44:06 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7CE9A6 (Table: message, handle; Size: 26599424 bytes)

---

**From:** +15187084887 (owner)

Ok

**Status:** Sent

7/2/2024 10:45:58 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7CE69F (Table: message; Size: 26599424 bytes)

---

**From:** +15187084887 (owner)

10-4 it's all working again. Both stations

**Status:** Sent

7/2/2024 11:12:59 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7CFCFE (Table: message; Size: 26599424 bytes)

CARVER ESI 001901