# Exhibit N

IN THE MATTER OF COEYMANS MARINE TOWING, LLC., ET AL.
William O'Brien on 06/05/2025

```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF VIRGINIA
 2                       Norfolk Division
                          In Admiralty
 3

 4   In the Matter of COEYMANS MARINE    )
     TOWING, LLC, d/b/a CARVER MARINE    )
 5   TOWING, as Owner and Operator of    )
     M/T Mackenzie Rose (IMO No. 8968765))
 6   her cargo, engines, boilers, tackle )
     equipment, apparel, and             ) Civil Action
 7   appurtenances, etc., in rem,        ) No. 2:24-
     petitioning for Exoneration from or ) cv-00490
 8   Limitation of Liability in allision )
     with Norfolk and Portsmouth Belt    )
 9   Line Railroad Company Main Line     )
     Railroad Bridge occurring June 15,  )
10   2024, in and about the Elizabeth    )
     River, Virginia.                    )
11

12

13

14

15
              DEPOSITION UPON ORAL EXAMINATION OF
16
                       WILLIAM O'BRIEN
17
            TAKEN ON BEHALF OF THE PETITIONER
18
                      NORFOLK, VIRGINIA
19
                   Thursday, June 5, 2025
20

21

22

23

24

25
```

Page 24

```
 1   Saturday, was he physically -- was he supposed to
 2   physically be at the offices, or is that like an
 3   on-call situation?
 4        A.   It is an on-call, as needed.
 5        Q.   Okay.
 6             Was anyone else on call that weekend?
 7        A.   No, I don't believe so.
 8        Q.   Okay.
 9             And then were you on duty that following
10   Monday, June 17, 2024?
11        A.   Yes.
12        Q.   All right.
13             And I take it your -- are your normal
14   work hours -- work schedule Monday through Friday?
15        A.   For the most part, yes, sir.
16        Q.   Okay.
17             How did you hear that there was an
18   incident involving the bridge that weekend?
19        A.   It was somewhere around 7:00 p.m.-ish.  I
20   received a phone call from Nate Rose, who was the
21   supervisor working second shift at the Belt Line.
22        Q.   And that is 7:00 p.m. on Monday, June
23   17th?
24        A.   Yeah, estimated 7:00 p.m.
25        Q.   Okay.
```

Page 25

```
 1              Had there been any train scheduled to
 2     cross over the bridge on June 17th?
 3          A.   That evening.
 4          Q.   Okay.
 5               And if you can recall, what train or
 6     company was the train --
 7          A.   It was a CSX train, the L253.
 8          Q.   Okay.
 9               What is an "L253"?
10          A.   That is just a train symbol.  It is a
11     train that comes out of Rocky Mount, North
12     Carolina, to us.
13          Q.   Okay.
14               Now, do you have -- how do you receive
15     information about the trains that are crossing?  I
16     mean, when do you receive that information?  I
17     mean, like a week in advance?  Is it a set
18     schedule?
19          A.   So the L253 train is a
20     regularly-scheduled train that comes -- the
21     schedule fluctuates throughout the year, but it is
22     normally a five-day train that comes to us five
23     days a week and we send it back five days a week.
24          Q.   All right.
25               If you can recall, how long had that L253
```

Page 30

```
 1        Q.   Okay.
 2             And where were you at that time when
 3   he --
 4        A.   I was at home.
 5        Q.   Okay.
 6             Did Mr. Rose say how he had found out
 7   about the damage to the bridge?
 8        A.   Yes.
 9        Q.   And what did he say about that?
10        A.   He said when he went into the bridge
11   room, he noticed that he didn't have any
12   communication with the bridge itself.
13        Q.   Okay.
14        A.   So he knew he couldn't operate it from
15   the bridge house.  So he proceeded out to the
16   bridge to take a look to see what was going on.
17        Q.   Okay.
18             When you -- he did not have
19   communication.  Was that -- I mean, could you
20   describe exactly what that means?
21        A.   So you have -- what is the word I'm
22   thinking of -- wireless communication that feeds
23   the camera system and also the lowering of the
24   bridge, all of the information.  So when he had no
25   communication, there is no video, and the screen
```

```
 1   on the -- on the monitor -- the start of the
 2   bridge has -- we call them "little triangles."
 3   When they have it on the triangles, you can't
 4   operate it.
 5        Q.   So sort of almost like an error message
 6   is up on the screen?
 7        A.   Yes.
 8        Q.   Had anyone been scheduled to work or be
 9   in the bridge room on the day before the 16th?  I
10   think it would have been a Sunday.
11        A.   No.
12        Q.   Okay.
13             And is it -- well, how often -- I don't
14   know -- in your experience with the Belt Line, do
15   trains come through on the weekends?
16             MR. SNOW:  Object to form.
17   BY MR. ROMAN:
18        Q.   Over the main line bridge.
19        A.   Repeat that one more time.
20        Q.   So I think you said normal operations are
21   Monday through Friday, right?
22        A.   For that time of year.
23        Q.   For that time of year.
24             I mean, how often -- generally, is there
25   a need for Belt Line employees to be on shift on
```