# Exhibit O

IN THE MATTER OF COEYMANS MARINE TOWING, LLC., ET AL.
Cannon Moss on 06/04/2025

```
 1              IN THE UNITED STATES DISTRICT COURT

 2              FOR THE EASTERN DISTRICT OF VIRGINIA

 3                       Norfolk Division

 4                         In Admiralty

 5

 6   In The Matter of COEYMANS       )
     MARINE TOWING, LLC D/B/A        )
 7   CARVER MARINE TOWING as Owner ) CIVIL ACTION NO.
     and Operator OF M/T MACKENZIE )  2:24-cv-00490
 8   ROSE (IMO NO. 8968765) her     )
     cargo, engines, boilers,       )
 9   tackle, equipment, apparel,    )
     and appurtenances, etc. in     )
10   rem, petitioning for           )
     Exoneration from or Limitation )
11   of Liability in allision with  )
     Norfolk and Portsmouth Belt    )
12   Line Railroad Company Main     )
     Line Railroad Bridge           )
13   occurring June 15, 2024 in     )
     and about the Elizabeth River, )
14   Virginia.                      )

15

16              DEPOSITION UPON ORAL EXAMINATION

17                       OF CANNON MOSS

18            TAKEN ON BEHALF OF THE PETITIONER

19

20                      Norfolk, Virginia

21                       June 4, 2025

22

23

24

25
```

Page 204

1       Q.      You talked about communication after
2   the allision on June 15, 2024, people you talked
3   to, people who talked to you.  Do you recall that
4   discussion?
5       A.      Yes.
6       Q.      Did anyone from Carver contact you
7   to tell you that they had struck the mainline
8   bridge?
9       A.      No.  We didn't get a phone call
10  from Carver or the Coast Guard.  We're the ones
11  that notified the Coast Guard on Monday that it
12  had been struck, and the only reason that we knew
13  it was Carver, because it hit and took off to New
14  York, is they have AIS data tracking on their
15  tugboat, so it's a publicly available website -- I
16  guess you can pay for it too -- so I went on --
17  Monday night when we found out and I was able to
18  pull the history and see the AIS data for the
19  MACKENZIE ROSE, it hit and took off.
20              MR. SNOW:  Those are all the questions I
21  have.
22
23                       EXAMINATION
24  BY MR. ROMAN:
25      Q.      With that discussion with the engineers