# Exhibit P

Voicemail: CARVER ESI 001885