# Exhibit R





