# Exhibit U

# Daily Log
## Mackenzie Rose
06/18/2024



## Logs

| Log Time | Description |
|---|---|
| 05:00 | Standby for Orders - CMT Staten Island, NY (Greyship) - STANDING BY FOR ORDERS |
| 07:30 | Other - CMT Staten Island, NY (Greyship) - I had a meeting with Brian Moore and Lenny B about tug issues. |
| 09:00 | Other - CMT Staten Island, NY (Greyship) - LOADING SUPPLIES AND DOING MAINTANANCE ON THE TUG. |
| 10:34 | Other - CMT Staten Island, NY (Greyship) - SEAN BECKER ONBOARD, JAMES MORRISSEY OFF |
| 11:44 | Start Engines - CMT Staten Island, NY (Greyship) - START MES TO TO WARM UP TO SHIFT TUG. |
| 12:15 | Depart Light Boat - CMT Staten Island, NY (Greyship) - CMT DEPART LIGHT TUG TO PRACTICE MANUEVERS WITH TUG. |
| 12:15 | Depart Light Boat - CMT Staten Island, NY (Greyship) - DEPART LIGHT TUG TO HAVE SEAN PRACTICE WITH OPERATING THE MACK ROSE. |
| 13:07 | Arrive Light Boat - CMT Staten Island, NY (Greyship) - ARRIVE NEXT TO E CRANE PORT SIDE. |
| 17:02 | Standby for Repairs - CMT Staten Island, NY (Greyship) - STANDING BY TO HEAD TO CADDELLS IN AM FOR TUG REPAIRS |
| 23:01 | Standby for Repairs - CMT Staten Island, NY (Greyship) - Stand by for repairs at grey ship. |

## Crew Onboard

| Name | Position | Time | On / Off |
|---|---|---|---|

| | | | |
|---|---|---|---|
| *Christopher Miller* | *Master* | *-* | *-* |
| *Jarkeis Morrissey* | *Deckhand* | *-* | *-* |
| *Sean Becker* | *Mate* | *09:31* | *On* |
| *Jason McGrath* | *Engineer* | *-* | *-* |
| *Sharif Porter* | *Deckhand* | *-* | *-* |
| *James Morrissey* | *Master* | *-* | *-* |