# Exhibit W



# 9.2 NEAR MISS REPORT



| | | |
|---|---|---|
| **External Number** FRM000710 | **Effective Date** 12/01/2018 | **Tags** Near Miss |
| **Asset** Mackenzie Rose | **Filled By** Christopher (Chris) L. Miller | **Filled** 02/28/2024 07:00 |

## Form Response Items

| # | Item | Value |
|---|---|---|
| 1 | **9.2 Near Miss Report** | |
| 1.1 | Near Miss subject | AUTO PILOT FAILURE |
| 1.2 | Choose appropriate level for near miss: | Use Caution and Report |
| 1.3 | Location: | UW TO NY |
| 1.4 | Reported by (Optional): | Christopher (Chris) L. Miller |
| 1.5 | Description of Near Miss: | AUTO PILOT STOPPED TUG TOOK A HARD LEFT INTO OTHERN TRAFFIC LANE. |
| 1.6 | Actions Taken to Prevent Repeat of Incident: | BE VIGILANT WHILE STANDING WATCH, WATCH FOR SUDDEN HEADING CHANGES. |
| 2 | **Office Use ONLY** | Approved on 03/04/2024 07:15 |
| 2.1 | Received date: | 03/04/2024 |
| 2.2 | Received by: | Brian Moore |
| 2.3 | Lessons learned created? (employee who is approving this near miss shoreside should also complete the Lessons Learned form-9.7- in correlation with this near miss). | No |
| 2.4 | Relevant section of TSMS: | |
| 2.5 | Remedial activities or training required: | |

CARVER 000037

| 2.6 | Risk Severity Probability: | |
CARVER 000038