# Exhibit X

 Form Response Items

| | Item | Value |
|---|---|---|
| 1 | **9.2 Near Miss Report** | |
| 1.1 | Near Miss subject | Loss of Satellite Compass |
| 1.2 | Choose appropriate level for near miss: | Continue and Report |
| 1.3 | Location: | Cape Hatteras |
| 1.4 | Reported by (Optional): | Christopher (Chris) L. Miller* |
| 1.5 | Description of Near Miss: | Satellite Compass failed, causing the Auto pilot to go into standby and Hard right to Heavy Seas. |
| 1.6 | Actions Taken to Prevent Repeat of Incident: | Stand diligent watches, maintain electronics. |
| 2 | **Office Use ONLY** | Approved on 04/19/2024 08:15 |
| 2.1 | Received date: | 04/19/2024 |
| 2.2 | Received by: | Brian Moore |
| 2.3 | Lessons learned created? (employee who is approving this near miss shoreside should also complete the Lessons Learned form-9.7- in correlation with this near miss). | No |
| 2.4 | Relevant section of TSMS: | |

CARVER 000039

| 2.5 | Remedial activities or training required: | We had technicians come in and completely swap all the electronics that's associated with the navigation. Since the replacement, all components are fully operational. |
|---|---|---|
| 2.6 | Risk Severity Probability: | |

CARVER 000040