# Exhibit Y



| | 9.2 NEAR MISS REPORT | | |
|---|---|---|---|
| | External Number<br>**FRM002441** | Effective Date<br>**12/01/2018** | Tags<br>**Near Miss** |
| | Asset<br>**Mackenzie Rose** | Filled By<br>**Erik Walordy** | Filled<br>**05/03/2024 11:35** |

## Form Response Items

| | Item | Value | Consumed From |
|---|---|---|---|
| **1** | **9.2 Near Miss Report** | | - |
| 1.1 | Near Miss subject | LOSS STEERING RUDDER HARD OVER | - |
| 1.2 | Choose appropriate level for near miss: | Use Caution and Report | - |
| 1.3 | Location: | CAPE HATTERAS | - |
| 1.4 | Reported by (Optional): | Christopher (Chris) L. Miller (Deleted) | - |
| 1.5 | Description of Near Miss: | WHILE TRANSITING SOUTHBOUND THE CAPTAIN WAS ENTERING INFORMATION INTO THE ELECTRONIC LOG WHEN THE STEERING WENT INTO STANDBY AND THE RUDDER CAME HARD OVER WITHOUT ALARM. BY THE TIME THE CAPTAIN RELISED THE SITUATION WE WERE STEAMING FULL AHEAD AT THE LOADED BARGE. THE CAPTAIN PULLED BACK POWER SO THE RUDDER WOULD RESPOND AND CAME AWAY FROM THE BARGE WITH A FEW FEET TO SPARE. THE WIRE DRAGGED ON THE BOTTOM AND SUSTAINED MINIMAL DAMAGE. | - |

CARVER TBS HELM CONNECT 000167

| 1.6 | Actions Taken to Prevent Repeat of Incident: | STAND A DILIGENT WATCH BEWARE OF SYSTEM FAILURES WITHOUT ALARMS, KEEP EQUIPMENT IN PROPER WORKING ORDER. | - |
|---|---|---|---|
| **2** | **Office Use ONLY** | Approved on 05/06/2024 08:56 | - |
| 2.1 | Received date: | 05/06/2024 | - |
| 2.2 | Received by: | Brian Moore (Inactive) | - |
| 2.3 | Lessons learned created? (employee who is approving this near miss shoreside should also complete the Lessons Learned form-9.7- in correlation with this near miss). | No | - |
| 2.4 | Relevant section of TSMS: | | - |
| 2.5 | Remedial activities or training required: | | - |
| 2.6 | Risk Severity Probability: | | - |

CARVER TBS HELM CONNECT 000168