# Exhibit BB



**Mackay Marine**
Raritan Center
165 Fieldcrest Ave
Edison, NJ 088373633
Michael Matta

Phone: +1 732 651 1213
Fax: +1 732 225 2848

**PLEASE REMIT TO:**
Mackay Communications, Inc.
PO Box 60925
Charlotte, NC 28260
or
Wire Transfer to:
Wells Fargo Bank, N.A.
Raleigh, NC
Account:
ABA: 121000248 (Domestic)
Swift: WFBIUS6S (International)

# INVOICE

| | |
|---|---|
| Invoice Number | 897153 |
| Invoice Date | Dec 05, 2023 |
| Due Date | Jan 04, 2024 |
| Customer ID | 231511 |
| TAX / VAT Nbr: | Not On File |

Page 1 of 3
Currency in: US Dollar

| BILL TO | VESSEL and OWNER/SHIPMANAGER | SVC CALL ID, WO# and COMPLETE DATE |
|---|---|---|
| Mickey Hilton<br>VESSEL: MACKENZIE ROSE<br>Carver Marine Towing<br>2170 River Road<br>Coeymans, NY 12045 | MACKENZIE ROSE<br>IMO: 8968765<br>Carver Marine Towing<br>Tax Registration Nbr: Not On File | GMT0388337    NA<br>November 22, 2023 |
| | AGENT: NAME and TELEPHONE | SERVICE ORG and PRIMARY TECH |
| | | Mackay - New York<br>KANDS |
| **CUSTOMER ORDER NUMBER** | **AUTHORIZED BY: NAME and TELEPHONE** | **VICINITY and PORT/DOCK** |
| BH13459MACROSE | CHRISTIAN<br>518-491-8420 | New Orleans, LA<br>NEW ORLEANS, LOUISIANA |

| EQUIPMENT ID | FAMILY | MANUFACTURER | MODEL | PROBLEM | CAUSE | RESOLUTION |
|---|---|---|---|---|---|---|
| | | | | | | |

**TECHNICIAN NOTES**

11/20/23-11/22/23-KANDS BOARDED VESSEL REMOVED A DEFECTIVE AP-50 SIMIRAD AUTOPILOT SYSTEM.
SUPPLIED AND INSTALLED A NEW TWO STATION AP-70MMK2 SYSTEM CONSISTS OF:
-TWO AP-70MK2 AUTOPILOT CONTROL HEADS S/N 128976442,128951490
- AC80S SIMIRAD AUTOPILOT COMPUTER S/N 108604269
-TWO FU80 SIMIRAD FOLLOW UP STEERING LEVER S/N 108599864,108599836
-RF14XU RUDDER FEEDBACK S/N 8031
-200F 6PAIR 16AWG FEEDBACK CABLE
-10M NMEA 2K CABLE CM-CGI-CF-10.0
WIRED THE TWO STEERING HYDROLIC VALVES TO AUTOPILOT AND NFU SEPERATLY
CHECKED THE AUTO PILOT FOR PROPER OPERATION ASKED CREW TO CHECK THE SETTINGS UNDERWAY

| PART NUMBER | DESCRIPTION | QUANTITY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|
| L WK ST | Work/Fishing Boat Labor Straight Time 11/20/23 | 8.00 | 145.00 | 1,160.00 |
| Technician: KANDS | | | | |
| L WK OT | Work/Fishing Boat Labor Over Time 11/20/23 | 8.00 | 195.00 | 1,560.00 |
| Technician: KANDS | | | | |
| L WK ST | Work/Fishing Boat Labor Straight Time 11/21/23 | 8.00 | 145.00 | 1,160.00 |
| Technician: KANDS | | | | |
| L WK OT | Work/Fishing Boat Labor Over Time 11/21/23 | 5.00 | 195.00 | 975.00 |
| Technician: KANDS | | | | |
| L WK ST | Work/Fishing Boat Labor Straight Time 11/22/23 | 8.00 | 145.00 | 1,160.00 |
| Technician: KANDS | | | | |
| L WK OT | Work/Fishing Boat Labor Over Time 11/22/23 | 4.00 | 195.00 | 780.00 |
| Technician: KANDS | | | | |


EXHIBIT 25

CARVER 000251



**Mackay Marine**
Raritan Center
165 Fieldcrest Ave
Edison, NJ 088373633
Michael Matta

Phone: +1 732 651 1213
Fax: +1 732 225 2848

**PLEASE REMIT TO:**
Mackay Communications, Inc.
PO Box 60925
Charlotte, NC 28260
or
Wire Transfer to:
Wells Fargo Bank, N.A.
Raleigh, NC
Account:
ABA: 121000248 (Domestic)
Swift: WFBIUS6S (International)

# INVOICE

| | |
|---|---|
| Invoice Number | 909052 |
| Invoice Date | Mar 05, 2024 |
| Due Date | Apr 04, 2024 |
| Customer ID | 231511 |
| TAX / VAT Nbr: | Not On File |

Page 1 of 1
Currency in: US Dollar

| BILL TO | VESSEL and OWNER/SHIPMANAGER | SVC CALL ID, WO# and COMPLETE DATE |
|---|---|---|
| Mickey Hilton<br>VESSEL: MACKENZIE ROSE<br>Carver Marine Towing<br>2170 River Road<br>Coeymans, NY 12045 | MACKENZIE ROSE<br>IMO: 8968765<br>Carver Marine Towing<br>Tax Registration Nbr: Not On File | GMT0402200    NA<br>March 02, 2024 |
| | **AGENT: NAME and TELEPHONE** | **SERVICE ORG and PRIMARY TECH** |
| | | Mackay - New York<br>KANDS |
| **CUSTOMER ORDER NUMBER** | **AUTHORIZED BY: NAME and TELEPHONE** | **VICINITY and PORT/DOCK** |
| 07-10097 | LENNY BALDASSARE | New York<br>STATEN ISLAND, NY |

| EQUIPMENT ID | FAMILY | MANUFACTURER | MODEL | PROBLEM | CAUSE | RESOLUTION |
|---|---|---|---|---|---|---|
| | | | | | | |

**TECHNICIAN NOTES**

3/2/24 (SATURDAY)--KANDS BOARDED VESSEL CHECKED THE SIMRAD AP-70MK2, THE COMPLAINT OF AUTOPILOT SWITCH TO STBY INTERMITTENTLY, COULD NOT REPEAT THE PROBLEM BUT NOTICED THAT THE FU-80 FFU LEVER HAD LIQUID SPILLED DAMAGE, DISCONNECTED THE FU-80 FFU LEVER.
ALSO, THE COMPLAINT OF AUTOPILOT HIGH RESPONSE, CHECKED THE AUTOPILOT SETTINGS. SHOWED CREW TO SET UP THE RUDDER GAIN AND COUNTER RUDDER AND SET UP RUDDER LIMITS IF NEEDED.

| PART NUMBER | DESCRIPTION | QUANTITY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|
| L WK OT | Work/Fishing Boat Labor OVER TIME (SATURDAY 3/2/24) | 5.00 | 195.00 | 975.00 |
| Technician: KANDS | | | | |
| L MILE | Mileage | 65.00 | 1.35 | 87.75 |
| Technician: KANDS | | | | |
| L EE | Engineer's Billable Expenses/Tolls | 1.00 | 17.00 | 17.00 |
| Technician: KANDS | | | | |

Send inquiries to:
Attn: Accounts Receivable
Mackay Communications, Inc.
3691 Trust Drive
Raleigh, NC 27616-2955

***Thank you for choosing Mackay!***
Phone: +1 919 850-3000    Fax: +1 919 954-1707
Email: Collections@MackayComm.com
DUNS: 16-149-5775
FIN: 56-1550100

Please remit including all bank charges.
All invoices are due by the Due Date. Interest accrues at the rate of 1.5% per month.
Find Mackay General Terms & Conditions at: www.mackaycomm.com/terms-and-conditions/

| | | |
|---|---|---|
| Sales Total: | $ | 1,079.75 |
| TAX Total: | $ | 0.00 |
| **TOTAL** | $ | **1,079.75** |

Form: SD640

Currency in: US Dollar
CARVER 000252



Mackay Marine
Raritan Center
165 Fieldcrest Ave
Edison, NJ 088373633
Michael Matta

Phone: +1 732 651 1213
Fax: +1 732 225 2848

**PLEASE REMIT TO:**
Mackay Communications, Inc.
PO Box 60925
Charlotte, NC 28260
or
Wire Transfer to:
Wells Fargo Bank, N.A.
Raleigh, NC
Account: 2075876310672
ABA: 121000248 (Domestic)
Swift: WFBIUS6S (International)

# INVOICE

| | |
|---|---|
| Invoice Number | 897555 |
| Invoice Date | Dec 01, 2023 |
| Due Date | Dec 31, 2023 |
| Customer ID | 231511 |
| TAX / VAT Nbr: | Not On File |

Page 1 of 1
Currency in: US Dollar

| BILL TO | VESSEL and OWNER/SHIPMANAGER | SVC CALL ID, WO# and COMPLETE DATE |
|---|---|---|
| Mickey Hilton<br>VESSEL: MACKENZIE ROSE<br>Carver Marine Towing<br>2170 River Road<br>Coeymans, NY 12045 | MACKENZIE ROSE<br>IMO: 8968765<br>Carver Marine Towing<br>Tax Registration Nbr: Not On File | GMT0391064  NA<br>November 30, 2023 |
| | AGENT: NAME and TELEPHONE | SERVICE ORG and PRIMARY TECH |
| | | Mackay - New York<br>KANDS |

| CUSTOMER ORDER NUMBER | AUTHORIZED BY: NAME and TELEPHONE | VICINITY and PORT/DOCK |
|---|---|---|
| BH13459MACROSE | LARS | New Orleans, LA<br>LOUISIANA |

| EQUIPMENT ID | FAMILY | MANUFACTURER | MODEL | PROBLEM | CAUSE | RESOLUTION |
|---|---|---|---|---|---|---|
| | | | | | | |

**TECHNICIAN NOTES**
SHIPPED OVERNIGHT TO MACKENZIE ROSE LOUISIANA 4 RUDDER ANGLE INDICATORS (SIMRAD) (11/30/23)

| PART NUMBER | DESCRIPTION | QUANTITY | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|
| 000-14125-001 | Simrad I3005 5" color display | 4.00 | 1,215.00 | 4,860.00 |
| FRT | Freight billed to Customer | 1.00 | 201.02 | 201.02 |

Send inquiries to:
Attn: Accounts Receivable
Mackay Communications, Inc.
3691 Trust Drive
Raleigh, NC 27616-2955

***Thank you for choosing Mackay!***
Phone: +1 919 850-3000   Fax: +1 919 954-1707
Email: Collections@MackayComm.com
DUNS: 16-149-5775
FIN: 56-1550100

Please remit including all bank charges
All invoices are due by the Due Date. Interest accrues at the rate of 1.5% per month.
Find Mackay General Terms & Conditions at: www.mackaycomm.com/terms-and-conditions/

| | |
|---|---|
| Sales Total: $ | 5,061.02 |
| TAX Total: $ | 0.00 |
| **TOTAL** $ | **5,061.02** |

Form: SD640

Currency In: US Dollar
CARVER 000821