# Exhibit CC

# AYERS MARINE ELECTRONICS

638 PROSPERITY WAY
CHESAPEAKE, VA 23320
Phone: (757) 549-7477 • Fax: (757) 549-2627
ayersmarine@aol.com

35331

CUSTOMER: Coeyman Marine Carver
VESSEL: Mackenzie Rose
ADDRESS: 2170 River Road
PHONE NUMBER: 1 518 708 4887
CITY: Coeymens STATE: NY ZIP: 12045
EQUIPMENT TYPE:
MANUFACTURER:
REQUESTED BY:
P.O. NO.
MODEL NO.
SERIAL NO.
DATE STARTED:
DATE COMPLETED:
COMPLAINT:

WORK PERFORMED: Tested All Radios + Antennas. Found 2 Radios inop in the upper wheel house. Replaced w/ GX1850 + IC 506. Added MMSI and position data. Found upper house NEMA expander broken. Replaced w new expander. Test + checked all SATCOMPASS connections SLR-21/31. Tested + checked all autopilot connections. Found autopilot backbone was @ 120Ω. Added a N2K Tee and terminator. Set up vessel parameters on SATCOMPASS to improve stability + Rode boat on two jobs. To ensure workability of SAT compass + Autopilot AC80, 2 FU80, 2 AP70 MK2. Repaired VHF ANT. connector. Tested battery + charger in upper house

| QUAN. | PARTS DESCRIPTION | PRICE | PER | EXTENSION |
|---|---|---|---|---|
| 1 | GX1850 VHF - N 300028 | 269.00 | | [illegible] |
| 1 | IC-506 VHF - 01018974 | 457.00 | | [illegible] |
| 1 | Nema Expander | | | 295.00 |
| 1 | N2K Tee | | | 28.0 |
| 1 | N2K Term. | | | 16.0 |

LABOR/MATERIAL
24 HRS S.T. 150 $
6 HRS O.T. 190 $
TOTAL PARTS
SHIPPING
OTHER CHARGES Hotel Food 470.86
SALES TAX/ EXEMPT ☐
MILES @ 880
TOTAL $
AUTHORIZED SIGNATURE [signature]

NOTICE TO PURCHASER: Operation of radio equipment is subject to FCC regulations and licensing requirements. Purchaser is solely responsible for proper licensing and for compliance with applicable statutes and regulations. Ayers Marine Electronics terms and conditions apply.

An additional 1 1/2% interest on any unpaid balance after 60 days.

PINK - ELECTRONIC FILE / YELLOW - VESSEL / WHITE - ORIGINAL

| TECH'S INIT. | LABOR DATE | TRAVEL ST | TRAVEL OT | ON BOARD ST | ON BOARD OT | SHOP ST | SHOP OT | TOTAL ST | TOTAL OT |
|---|---|---|---|---|---|---|---|---|---|
| B | 4/3 | | | 8 | 2 | | | 10 | |
| B | 4/4 | | | 8 | 4 | | | 12 | |
| B | 4/5 | 8 | | | | | | 8 | |

| DATE | OTHER EXPENSES (SPECIFY) | AMOUNT |
|---|---|---|
| | Hotel 2 nights | 317.86 |
| | Food | 100.00 |
| | 880 miles | |
| | Lbaldassare@carvercompanies.com | |

CARVER 000249

EXHIBIT 24 4/28/25

# AYERS MARINE ELECTRONICS
638 PROSPERITY WAY
CHESAPEAKE, VA 23320
Phone: (757) 549-7477 • Fax: (757) 549-2627
ayersmarine@aol.com

**No. 35706**

WHITE - ORIGINAL / YELLOW - VESSEL / PINK - ELECTRONIC FILE

| CUSTOMER | Carver Marine | VESSEL | Mackenzie Rose |
|---|---|---|---|
| ADDRESS | | PHONE NUMBER | |
| CITY | | STATE | ZIP | EQUIPMENT TYPE | MANUFACTURER |
| REQUESTED BY | | P.O NO | | MODEL NO. | SERIAL NO. |
| DATE STARTED 4-10-24 | DATE COMPLETED 4-11-24 | COMPLAINT | | | |

**WORK PERFORMED**

Weak targets on radar (TZT14 & TZT2). Replaced transmitter in radar. Good targets. Diagnose complaint that rudder went hard over underway. Checked our steering system. Updated software in autopilot. Replaced solid state relays with mechanical ones. May have caused issue. Fixed data output plug.

| QUAN. | PARTS DESCRIPTION | PRICE | PER | EXTENSION |
|---|---|---|---|---|
| 1 | Furuno RTR-094E transmitter. Extra | 2000 | | |
|  | On back of set compass control head, plug was angled bad & almost disconnected. Checked & changed can bus termination. Installed VPS battery backup on autopilot. Upper monitor not working. Found laptop lid was open causing issue. | | | |
| 2 | 24V octal relays | 40 | | 80 |
| 2 | Octal relay base | 18 | | 36.00 |
| 1 | APC 900VA battery backup | | | 310.00 |
| 2 | PL259 w thick wall & PL258 Hardware | | | 90.00 |

**LABOR/MATERIAL**

16 HRS S.T. $150
10.5 HRS O.T. $190

TOTAL PARTS
SHIPPING  Tolls $35
OTHER CHARGES  Htl $340.09
SALES TAX/ EXEMPT ☐
MILES @  720

TOTAL $

AUTHORIZED SIGNATURE

An additional 1 1/2% interest on any unpaid balance after 60 days.

NOTICE TO PURCHASER: Operation of radio equipment is subject to FCC regulations and licensing requirements. Purchaser is solely responsible for proper licensing and for compliance with applicable statutes and regulations.

| H'S T. | LABOR DATE | TRAVEL ST | OT | ON BOARD ST | OT | SHOP ST | OT | TOTAL ST | OT |
|---|---|---|---|---|---|---|---|---|---|
| S | 4/10 | 6.5 | | 51.5 | 5 | | | 8 | 5.5 |
| S | 4/11 | .5 | | 7.5 | | | | 8 | 7 |

**OTHER EXPENSES (SPECIFY)** | **AMOUNT**
Hotel | $218.09
Food |
Tolls | $35
Send spares/relays |
to Carver 24V octal |
720 Miles |

CARVER 000250