# Exhibit DD

```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF VIRGINIA
                   Norfolk Division
                     In Admiralty

In the Matter of COEYMANS
MARINE TOWING, LLC D/B/A
CARVER MARINE TOWING as Owner
and Operator of M/T Mackenzie
Rose, (IMO No. 8968765) her
cargo, engines, boilers,
tackle, equipment, apparel,
and appurtenances, etc.,
in rem, ("M/T MACKENZIE ROSE")   Civil Action No.
petitioning for Exoneration      2:24-cv-00490
from or Limitation of
Liability in allision with
Norfolk and Portsmouth Belt
Line Railroad Bridge
(the "Bridge") occurring
June 15, 2024 in and about
the Elizabeth River, Virginia.
_____

                 August 6, 2025

                 10:33 a.m. EDT

                 Job No. 116639

     Videotaped deposition of ERIK WALORDY,

held via remote videoconference and taken

stenographically by Misty Klapper, Registered

Merit Reporter, Certified Shorthand Reporter,

Registered Professional Reporter, Realtime

Systems Administrator and Notary Public.
```

ERIK WALORDY

August 06, 2025

```
 1     APPEARANCES:

 2     ALL APPEARANCES BY REMOTE VIDEOCONFERENCE

 3     ON BEHALF OF COEYMANS MARINE TOWING, LLC, d/b/a
       CARVER MARINE TOWING AND THE DEPONENT:
 4
                    JAMES H. RODGERS, ESQUIRE
 5                  CLYDE & CO US LLP
                    The Chrysler Building
 6                  405 Lexington Avenue
                    New York, New York 10174
 7                  (212) 702-6771
                    E-mail: James.Rodgers@clydeco.us
 8
                    RACHEL WERNER, ESQUIRE
 9                  CLYDE & CO US LLP
                    One North Central Avenue, Suite 1030
10                  Phoenix, Arizona 85004
                    (480) 746-4580
11                  E-mail: Rachel.Werner@clydeco.us

12                  MICHAEL ROMAN, ESQUIRE
                    CLYDE & CO US LLP
13                  30 South Wacker Drive, Suite 2600
                    Chicago, Illinois 60606
14                  (312) 635-6971
                    E-mail: Michael.Roman@clydeco.us
15

16     ON BEHALF OF NORFOLK AND PORTSMOUTH BELT LINE
       RAILROAD COMPANY:
17
                    JAMES L. CHAPMAN, IV, ESQUIRE
18                  CRENSHAW, WARE & MARTIN, P.L.C.
                    150 West Main Street, Suite 1500
19                  Norfolk, Virginia 23510
                    (757) 623-3000
20                  E-mail: jchapman@cwm-law.com

21

22
```

```
 1        APPEARANCES (CONTINUED FROM PREVIOUS PAGE):

 2      ON BEHALF OF EVANSTON INSURANCE COMPANY, s/s/o
        NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY:
 3
                     G. CHRISTOPHER JONES, ESQUIRE
 4                   SINNOT, NUCKOLS & LOGAN, P.C.
                     13811 Village Mill Drive
 5                   Midlothian, Virginia 23114
                     (804) 893-3862
 6                   E-mail: cjones@snllaw.com

 7                   ZACHARY M. JETT, ESQUIRE
                     BUTLER WEIHMULLER KATZ CRAIG LLP
 8                   11525 North Community House Road
                     Suite 300
 9                   Charlotte, North Carolina 28277
                     (704) 543-2321
10                   E-mail: zjett@butler.legal

11
        ALSO PRESENT:
12
                     DAN COLOTARIO, VIDEO OPERATOR
13

14

15

16

17

18

19

20

21

22
```

```
 1      what it's used for?
 2           A.    Training and prevention of
 3      incidents in the future.
 4           Q.    Is it a place where you would log
 5      some sort of incident?
 6           A.    It's a report.  It's not a log.
 7           Q.    So it's, what, a separate,
 8      distinct entry?
 9           A.    Yes.
10           Q.    Is it also connected to the Helm
11      system?
12           A.    Yes.
13                 MR. CHAPMAN:  Let me show you a
14           document.
15                      (Thereupon, Exhibit 1 was
16                 marked for identification.)
17                 BY MR. CHAPMAN:
18           Q.    Can you -- can you see a document
19      that's titled 9.2 Near Miss Report on your
20      screen?
21           A.    I see it.
22           Q.    All right.  It consists of two
```

```
 1      pages and at the bottom of each there's a
 2      number.  Page 1 is CARVER TBS HELM CONNECT
 3      000167 and page 2 is 00168 [sic].
 4              You see that?
 5      A.      (No audible response.)
 6      Q.      Do you see that?
 7      A.      I see it.
 8      Q.      Let me go to page 1.  In the top
 9      part of this document, which we will mark as
10      Exhibit 1 to your deposition, it -- it says
11      filled by and then that's your name, Erik
12      Walordy?
13      A.      Now, again, this -- this is, it
14      seems to me, as if this is -- was done by
15      Chris Miller, although my name is in there,
16      Chris Miller, because, one, even a spelling
17      error such as relised, I wouldn't have made
18      that mistake.
19              Chris would oftentimes leave my
20      name logged in or leave certain people logged
21      in and fill them out.  So, again, I know
22      that's why I'm here.  Apparently on the crew
```

```
 1    manifest, I was -- my name was left logged in
 2    on Helm and some things were reported.  So
 3    even this right here, I'm -- I'm looking at,
 4    I'm reading it, and I think Chris filled this
 5    out because, like I said, By the time the
 6    captain relised the situation we were
 7    steaming full ahead, and I wouldn't -- again,
 8    steaming is archaic for -- for -- it's not
 9    that it's archaic, but it's something that's
10    used for -- that's how it used to -- it was
11    a -- and -- and -- and -- and all of the --
12    the past generation, it's not something
13    that -- that people -- you know, my
14    generation would say.  That's something
15    that's -- that's like my -- this -- my father
16    sailors, you know.  This -- so this looks
17    like -- this looks like it was filled out by
18    Chris.
19         Q.    Let me ask you this:
20               Do you have any memory of this
21    incident that's described in Exhibit 1?
22         A.    I do -- this -- this happened --
```