# Exhibit FF

History

| | Type | Asset | Updated | Person | Category |
|---|---|---|---|---|---|

| | Type | Asset | Updated | Person | Category |
|---|---|---|---|---|---|
| ▪️ | GENERAL ALARM WEEKLY TEST - All crew that participated in General Alarm Weekly test: | Mackenzie Rose | 06/16/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| ▪️ | JUNE WEEK 3 SAFETY TRAINING QUIZ - Crew member(s) answering and/or participating in Safety Quiz/ training: | Mackenzie Rose | 06/12/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| ▪️ | GENERAL ALARM WEEKLY TEST - All crew that participated in General Alarm Weekly test: | Mackenzie Rose | 06/11/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| ▪️ | JUNE WEEK 2 SAFETY TRAINING QUIZ - Crew member(s) answering and/or participating in Safety Quiz/ training: | Mackenzie Rose | 06/07/2024 | James D. Morrissey (Inactive) | Personnel Record |

CARVER 000851

| | | | | | |
|---|---|---|---|---|---|
| ◼▫ | 8.8 T TOW EMERGENCY DRILL - WIRE PARTING - Crew Member(s) participating in drill: | Mackenzie Rose | 06/06/2024 | James D. Morrissey (Inactive) | Personnel Record |
| ◼▫ | GENERAL ALARM WEEKLY TEST - All crew that participated in General Alarm Weekly test: | Mackenzie Rose | 06/04/2024 | James D. Morrissey (Inactive) | Personnel Record |
| ◼▫ | 8.8 M LOSS OF PROPULSION DRILL - SCENARIO #2 (BLUE TEAM) - Crew member(s) participating in drill: | Mackenzie Rose | 06/03/2024 | James D. Morrissey (Inactive) | Personnel Record |
| ◼▫ | 8.8 F ALLISION DRILL - SCENARIO 2 - COLLISION WITH AN AID TO NAVIGATION (BLUE TEAM) - Crew member(s) participating in drill: | CMT Otter | 06/03/2024 | James D. Morrissey (Inactive) | Personnel Record |
| ◼▫ | 8.8 E GROUNDING DRILL - SCENARIO 2 (Blue Team) - Crew Member(s) participating in drill: | Mackenzie Rose | 06/03/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| ▪️ | 8.8 G FLOODING DRILL - SCENARIO #2 (BLUE TEAM) - Crew Member(s) participating in Drill: | Mackenzie Rose | 06/02/2024 | James D. Morrissey (Inactive) | Personnel Record |
| ▪️ | 8.8 D FIRE DRILL - SCENARIO #6 - WHEELHOUSE FIRE - (BLUE TEAM) - Master: | Mackenzie Rose | 06/02/2024 | James D. Morrissey (Inactive) | Personnel Record |
| ▪️ | 8.8 D FIRE DRILL - SCENARIO #6 - WHEELHOUSE FIRE - (BLUE TEAM) - Crew Members who took part in the drill: | Mackenzie Rose | 06/02/2024 | James D. Morrissey (Inactive) | Personnel Record |
| ▪️ | JUNE WEEK 1 SAFETY TRAINING QUIZ - Crew member(s) answering and/or participating in Safety Quiz/ training: | Mackenzie Rose | 06/01/2024 | James D. Morrissey (Inactive) | Personnel Record |
| ▪️ | 8.8 C MAN OVERBOARD DRILL - SCENARIO 6 -FALL OVERBOARD AT DOCK - BLUE TEAM - Crew Member(s) Participated: | Mackenzie Rose | 06/01/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| ■■ | 8.8 C MAN OVERBOARD DRILL - SCENARIO 6 -FALL OVERBOARD AT DOCK - BLUE TEAM - Master/ Captain Electronic Signature: | Mackenzie Rose | 06/01/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| ■■ | 8.5 SPILL RESPONSE DRILL FORM - Crew member(s) participating in drill: | Mackenzie Rose | 05/30/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| ■■ | 5.1 A MASTER'S ACCEPTANCE - EVENT - Master's (Captain's) Name | Mackenzie Rose | 05/29/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| ■■ | GENERAL ALARM WEEKLY TEST - All crew that participated in General Alarm Weekly test: | Mackenzie Rose | 05/26/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| ■■ | 5.1 A MASTER'S ACCEPTANCE - EVENT - Master's (Captain's) Name | Mackenzie Rose | 05/25/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| ■■ | 5.1 A MASTER'S ACCEPTANCE - EVENT - Master's (Captain's) Name | Mackenzie Rose | 05/23/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| ▪️ | 5.1 A MASTER'S ACCEPTANCE - EVENT - Master's (Captain's) Name | Mackenzie Rose | 05/20/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| ▪️ | 5.1 A MASTER'S ACCEPTANCE - EVENT - Master's (Captain's) Name | Mackenzie Rose | 05/16/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| ▪️ | 5.1 A MASTER'S ACCEPTANCE - EVENT - Master's (Captain's) Name | Mackenzie Rose | 05/15/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| ▪️ | 8.6 OPERATOR INCAPACITATION DRILL (BLUE TEAM) - Crew Member(s) participating in drill: | Mackenzie Rose | 05/15/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| ▪️ | 8.8 O STEERING FAILURE DRILL - SCENARIO #2 (BLUE TEAM) - Crew member(s) participating in drill: | Mackenzie Rose | 05/15/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| ▪️ | 8.8 N LOSS OF ELECTRICAL POWER DRILL - SCENARIO #2 (BLUE TEAM) - Crew member(s) participating in drill: | Mackenzie Rose | 05/15/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | |
|---|---|---|---|---|
| 8.8 F ALLISION DRILL - SCENARIO 2 - COLLISION WITH AN AID TO NAVIGATION (BLUE TEAM) - Crew member(s) participating in drill: | Mackenzie Rose | 05/15/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | |
|---|---|---|---|---|
| 8.8 C MAN OVERBOARD DRILL - SCENARIO 5 - YOU SEE SOMEONE FALL OVERBOARD (BLUE TEAM) - Crew Member(s) Participated: | Mackenzie Rose | 05/15/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | |
|---|---|---|---|---|
| 8.8 C MAN OVERBOARD DRILL - SCENARIO 5 - YOU SEE SOMEONE FALL OVERBOARD (BLUE TEAM) - Master/ Captain Electronic Signature: | Mackenzie Rose | 05/15/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | |
|---|---|---|---|---|
| MAY WEEK 4 SAFETY TRAINING QUIZ - Crew member(s) answering and/or participating in Safety Quiz/ training: | Mackenzie Rose | 05/15/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| ▣ | 8.8 N LOSS OF ELECTRICAL POWER DRILL - SCENARIO #2 (BLUE TEAM) - Crew member(s) participating in drill: | Mackenzie Rose | 05/15/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| ▣ | 8.8 D FIRE DRILL - SCENARIO #5 - GALLEY FIRE - (BLUE TEAM) - Master: | Mackenzie Rose | 05/03/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| ▣ | 8.8 D FIRE DRILL - SCENARIO #5 - GALLEY FIRE - (BLUE TEAM) - Crew Members who took part in the drill: | Mackenzie Rose | 05/03/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| ▣ | GENERAL ALARM WEEKLY TEST - All crew that participated in General Alarm Weekly test: | Mackenzie Rose | 04/15/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| ▣ | APRIL WEEK 3 SAFETY TRAINING QUIZ - Crew member(s) answering and/or participating in Safety Quiz/ training: | Mackenzie Rose | 04/12/2024 | James D. Morrissey (Inactive) | Personnel Record |

CARVER 000857

| | | | | | |
|---|---|---|---|---|---|
| ◼ | April Engine Room Training - Crew members participating in training: | Mister Jim | 03/24/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| ◼ | 5.1 A MASTER'S ACCEPTANCE - EVENT - Master's (Captain's) Name | Mackenzie Rose | 03/18/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| ◼ | GENERAL ALARM WEEKLY TEST - All crew that participated in General Alarm Weekly test: | Mackenzie Rose | 03/18/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| ◼ | 8.8 G FLOODING DRILL - SCENARIO #1 (BLUE TEAM) - Crew Member(s) participating in Drill: | Mackenzie Rose | 03/17/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| ◼ | 6.4 E EMPLOYEE ASSISTANCE PROGRAM TRAINING - Crew Members Participating in Training | Mackenzie Rose | 03/16/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | |
|---|---|---|---|---|
| ▪️ MARCH WEEK 3 SAFETY TRAINING QUIZ - Crew member(s) answering and/or participating in Safety Quiz/ training: | Mackenzie Rose | 03/14/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | |
|---|---|---|---|---|
| ▪️ GENERAL ALARM WEEKLY TEST - All crew that participated in General Alarm Weekly test: | Mackenzie Rose | 03/13/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | |
|---|---|---|---|---|
| ▪️ 8.8 H ABANDON SHIP DRILL - SCENARIO #3 (BLUE TEAM) - Master/ Captain Electronic Signature: | Mackenzie Rose | 03/09/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | |
|---|---|---|---|---|
| ▪️ 8.8 E GROUNDING DRILL - SCENARIO 1 (Blue Team) - Crew Member(s) participating in drill: | Mackenzie Rose | 03/09/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | |
|---|---|---|---|---|
| ▪️ 8.6 OPERATOR INCAPACITATION DRILL (BLUE TEAM) - Crew Member(s) participating in drill: | Mackenzie Rose | 03/09/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| ▪️ | MARCH WEEK 2 SAFETY TRAINING QUIZ - Crew member(s) answering and/or participating in Safety Quiz/ training: | Mackenzie Rose | 03/07/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| ▪️ | GENERAL ALARM WEEKLY TEST - All crew that participated in General Alarm Weekly test: | Helen | 03/04/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| ▪️ | 8.8 G FLOODING DRILL - SCENARIO #1 (RED TEAM) - Crew Member(s) participating in Drill: | Helen | 03/04/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| ▪️ | 8.8 E GROUNDING DRILL - SCENARIO 1 (Red Team) - Crew Member(s) participating in drill: | Helen | 03/04/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| ▪️ | 8.8 M LOSS OF PROPULSION DRILL - SCENARIO #1 (RED TEAM) - Crew member(s) participating in drill: | Helen | 03/02/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | |
|---|---|---|---|---|
| 8.8 H ABANDON SHIP DRILL - SCENARIO #3 (RED TEAM) - Crew Member(s) participating in drill: | Helen | 03/02/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | |
|---|---|---|---|---|
| 8.8 C MAN OVERBOARD DRILL - SCENARIO 3 - MOB WHILE TOWING ASTERN (RED TEAM) - Crew Member(s) Participated: | Helen | 03/02/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | |
|---|---|---|---|---|
| MARCH WEEK 1 SAFETY TRAINING QUIZ - Crew member(s) answering and/or participating in Safety Quiz/ training: | Helen | 03/02/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | |
|---|---|---|---|---|
| 8.8 M LOSS OF PROPULSION DRILL - SCENARIO #1 (BLUE TEAM) - Crew member(s) participating in drill: | Mackenzie Rose | 03/01/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | |
|---|---|---|---|---|
| 8.8 C MAN OVERBOARD DRILL - SCENARIO 3 - MOB WHILE TOWING ASTERN (BLUE TEAM) - Crew Member(s) Participated: | Mackenzie Rose | 02/28/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | |
|---|---|---|---|---|
| 8.8 C MAN OVERBOARD DRILL - SCENARIO 3 - MOB WHILE TOWING ASTERN (BLUE TEAM) - Master/ Captain Electronic Signature: | Mackenzie Rose | 02/28/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | |
|---|---|---|---|---|
| GENERAL ALARM WEEKLY TEST - All crew that participated in General Alarm Weekly test: | Helen | 02/28/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | |
|---|---|---|---|---|
| 8.8 H ABANDON SHIP DRILL - SCENARIO #2 (RED TEAM) - Crew Member(s) participating in drill: | Helen | 02/25/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | |
|---|---|---|---|---|
| 8.6 OPERATOR INCAPACITATION DRILL - RED TEAM - Crew Member(s) participating in drill: | Helen | 02/25/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | |
|---|---|---|---|---|
| February Week 3 Safety Training Quiz - Crew member(s) answering and/or participating in Safety Quiz/training: | Mackenzie Rose | 02/17/2024 | James D. Morrissey (Inactive) | Personnel Record |

CARVER 000862

| | | | | |
|---|---|---|---|---|
| GENERAL ALARM WEEKLY TEST - All crew that participated in General Alarm Weekly test: | Mackenzie Rose | 02/12/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | |
|---|---|---|---|---|
| 8.8 H ABANDON SHIP DRILL - SCENARIO #2 (BLUE TEAM) - Crew Member(s) participating in drill: | Mackenzie Rose | 02/08/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | |
|---|---|---|---|---|
| 8.8 H ABANDON SHIP DRILL - SCENARIO #2 (BLUE TEAM) - Master/ Captain Electronic Signature: | Mackenzie Rose | 02/08/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | |
|---|---|---|---|---|
| 8.8 F ALLISION DRILL - SCENARIO 1 - COLLISION WITH A STRUCTURE - BRIDGE (BLUE TEAM) - Crew member(s) participating in drill: | Mackenzie Rose | 02/08/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | |
|---|---|---|---|---|
| 8.8 D FIRE DRILL - SCENARIO #2 - ENGINE ROOM FIRE - ELECTRICAL - (BLUE TEAM) - Crew Members who took part in the drill: | Mackenzie Rose | 02/08/2024 | James D. Morrissey (Inactive) | Personnel Record |

CARVER 000863

| | | | | |
|---|---|---|---|---|
| 8.8 O STEERING FAILURE DRILL - SCENARIO #1 (BLUE TEAM) - Crew member(s) participating in drill: | Mackenzie Rose | 02/01/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | |
|---|---|---|---|---|
| 8.8 N LOSS OF ELECTRICAL POWER DRILL - SCENARIO #1 (BLUE TEAM) - Crew member(s) participating in drill: | Mackenzie Rose | 02/01/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | |
|---|---|---|---|---|
| GENERAL ALARM WEEKLY TEST - All crew that participated in General Alarm Weekly test: | Helen | 01/27/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | |
|---|---|---|---|---|
| 6.22 OFF VOYAGE CREW MEMBER DOCUMENTATION - EVENT - All crew members going Off-Board: | Mackenzie Rose | 01/26/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | |
|---|---|---|---|---|
| January Week 4 Safety Training Quiz - Crew member(s) answering and/or participating in Safety Quiz/ training: | Mackenzie Rose | 01/21/2024 | James D. Morrissey (Inactive) | Personnel Record |

CARVER 000864

| | | | | | |
|---|---|---|---|---|---|
| ▣ | GENERAL ALARM WEEKLY TEST - All crew that participated in General Alarm Weekly test: | Mackenzie Rose | 01/18/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| ▣ | 8.8 D FIRE DRILL - SCENARIO #1 - BUNKROOM FIRE - (BLUE TEAM) - Master: | Mackenzie Rose | 01/18/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| ▣ | 8.8 D FIRE DRILL - SCENARIO #1 - BUNKROOM FIRE - (BLUE TEAM) - Crew Members who took part in the drill: | Mackenzie Rose | 01/18/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| ▣ | 8.8 H ABANDON SHIP DRILL - SCENARIO #1 (BLUE TEAM) - Crew Member(s) participating in drill: | Mackenzie Rose | 01/17/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| ▣ | 8.8 H ABANDON SHIP DRILL - SCENARIO #1 (BLUE TEAM) - Master/ Captain Electronic Signature: | Mackenzie Rose | 01/17/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| ▣ | January Week 3 Safety Training Quiz - Crew member(s) answering and/or participating in Safety Quiz/training: | Mackenzie Rose | 01/15/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| ▣ | January Week 3 Safety Training Quiz - Crew member(s) answering and/or participating in Safety Quiz/training: | Mackenzie Rose | 01/15/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| ▣ | 8.8 C MAN OVERBOARD DRILL - SCENARIO 1 - FALL OVERBOARD WHILE PUSHING AHEAD (BLUE TEAM) - Crew Member(s) Participated: | Mackenzie Rose | 01/13/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| ▣ | 8.8 C MAN OVERBOARD DRILL - SCENARIO 1 - FALL OVERBOARD WHILE PUSHING AHEAD (BLUE TEAM) - Master/ Captain Electronic Signature: | Mackenzie Rose | 01/13/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | |
|---|---|---|---|---|
| 8.5 SPILL RESPONSE DRILL - SCENARIO #1 - SPILL TO DECK (BLUE TEAM) - Crew member(s) participating in drill: | Mackenzie Rose | 01/13/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | |
|---|---|---|---|---|
| January Week 1 Safety Training Quiz - Crew member(s) answering and/or participating in Safety Quiz/ training: | Mackenzie Rose | 01/01/2024 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | |
|---|---|---|---|---|
| SECURITY DRILL FORM- SCENARIO 3- ENTERING A SHIPYARD - RED TEAM - Crew members participating in drill: | Mackenzie Rose | 12/28/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | |
|---|---|---|---|---|
| GENERAL ALARM WEEKLY TEST - All crew that participated in General Alarm Weekly test: | Mackenzie Rose | 12/28/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | |
|---|---|---|---|---|
| DECEMBER WEEK 4 SAFETY TRAINING QUIZ - Crew Sign Off for Safety Training: | Mackenzie Rose | 12/21/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | 8.8 R SKIFF OPERATIONS DRILL FORM - Crew Member(s) participating in drill: | Mackenzie Rose | 12/21/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | GENERAL ALARM WEEKLY TEST - All crew that participated in General Alarm Weekly test: | Mackenzie Rose | 12/18/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | SECURITY DRILL FORM- SCENARIO 3- ENTERING A SHIPYARD - BLUE TEAM - Crew members participating in drill: | Mackenzie Rose | 12/18/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | DECEMBER WEEK 3 SAFETY TRAINING QUIZ - Crew Sign Off for Safety Training: | Mackenzie Rose | 12/18/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | 8.8 G SINKING DRILL - SCENARIO #2 (BLUE TEAM) - Crew Member(s) participating in Drill: | Mackenzie Rose | 12/18/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| ▣ | 8.8 E GROUNDING DRILL - SCENARIO 4 (Blue Team) - Crew Member(s) participating in drill: | Mackenzie Rose | 12/18/2023 | James D. Morrissey (Inactive) | Personnel Record |
| ▣ | 8.8 D FIRE DRILL - SCENARIO #12 - FIRE ON A BRIDGE - (BLUE TEAM) - Master: | Mackenzie Rose | 12/18/2023 | James D. Morrissey (Inactive) | Personnel Record |
| ▣ | 8.8 D FIRE DRILL - SCENARIO #12 - FIRE ON A BRIDGE - (BLUE TEAM) - Crew Members who took part in the drill: | Mackenzie Rose | 12/18/2023 | James D. Morrissey (Inactive) | Personnel Record |
| ▣ | 8.8 C MAN OVERBOARD DRILL - SCENARIO 12 -FALL OVERBOARD AT DOCK- BLUE TEAM - Crew Member(s) Participated: | Mackenzie Rose | 12/18/2023 | James D. Morrissey (Inactive) | Personnel Record |
| ▣ | 8.8 C MAN OVERBOARD DRILL - SCENARIO 12 -FALL OVERBOARD AT DOCK- BLUE TEAM - Master/ Captain Electronic Signature: | Mackenzie Rose | 12/18/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | | Mackenzie Rose | 12/12/2023 | James D. Morrissey (Inactive) | Personnel Record |
|---|---|---|---|---|---|
| ▣ | GENERAL ALARM WEEKLY TEST - All crew that participated in General Alarm Weekly test: | Mackenzie Rose | 12/12/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| ▣ | 8.8 G SINKING DRILL - SCENARIO #2 (RED TEAM) - Crew Member(s) participating in Drill: | Mackenzie Rose | 12/09/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| ▣ | 8.8 C MAN OVERBOARD DRILL - SCENARIO 12 -FALL OVERBOARD AT DOCK- RED TEAM - Crew Member(s) Participated: | Mackenzie Rose | 12/09/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| ▣ | 8.8 C MAN OVERBOARD DRILL - SCENARIO 6 -FALL OVERBOARD AT DOCK - RED TEAM - Crew Member(s) Participated: | Mackenzie Rose | 12/09/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| ▣ | DECEMBER WEEK 2 SAFETY TRAINING QUIZ - Crew Sign Off for Safety Training: | Mackenzie Rose | 12/09/2023 | James D. Morrissey (Inactive) | Personnel Record |

CARVER 000870

| | | | | |
|---|---|---|---|---|
| 8.6 OPERATOR INCAPACITATION DRILL (BLUE TEAM) - Crew Member(s) participating in drill: | Mackenzie Rose | 11/28/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | |
|---|---|---|---|---|
| NOVEMBER WEEK 4 SAFETY TRAINING QUIZ - Crew Sign Off for Safety Training: | Mackenzie Rose | 11/28/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | |
|---|---|---|---|---|
| GENERAL ALARM WEEKLY TEST - All crew that participated in General Alarm Weekly test: | Mackenzie Rose | 11/28/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | |
|---|---|---|---|---|
| NOVEMBER WEEK 3 SAFETY TRAINING QUIZ - Crew Sign Off for Safety Training: | Mackenzie Rose | 11/18/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | |
|---|---|---|---|---|
| NOVEMBER WEEK 2 SAFETY TRAINING QUIZ - Crew Sign Off for Safety Training: | Mackenzie Rose | 11/14/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | |
|---|---|---|---|---|
| GENERAL ALARM WEEKLY TEST - All crew that participated in General Alarm Weekly test: | Mackenzie Rose | 11/14/2023 | James D. Morrissey (Inactive) | Personnel Record |

CARVER 000871

| | | | | |
|---|---|---|---|---|
| 8.8 F COLLISION DRILL - SCENARIO 4 - COLLISION WITH A SMALL REC VESSEL (RED TEAM) - Crew member(s) participating in drill: | Mackenzie Rose | 11/08/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | |
|---|---|---|---|---|
| 8.8 N LOSS OF ELECTRICAL POWER DRILL - SCENARIO #4 (RED TEAM) - Crew member(s) participating in drill: | Mackenzie Rose | 11/08/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | |
|---|---|---|---|---|
| GENERAL ALARM WEEKLY TEST - All crew that participated in General Alarm Weekly test: | Mackenzie Rose | 11/08/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | |
|---|---|---|---|---|
| 8.8 M LOSS OF THROTTLE CONTROL - SCENARIO #4 (RED TEAM) - Crew member(s) participating in drill: | Mackenzie Rose | 11/06/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | |
|---|---|---|---|---|
| 8.8 O STEERING FAILURE DRILL - SCENARIO #4 (RED TEAM) - Crew member(s) participating in drill: | Mackenzie Rose | 11/06/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | |
|---|---|---|---|---|
| 8.8 D FIRE DRILL - SCENARIO #11 - FIRE ON A TUG IN THE LOCK - (RED TEAM) - Crew Members who took part in the drill: | Mackenzie Rose | 11/06/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | |
|---|---|---|---|---|
| 8.8 C MAN OVERBOARD DRILL - SCENARIO 11 - YOU SEE SOMEONE FALL OVERBOARD (RED TEAM) - Crew Member(s) Participated: | Mackenzie Rose | 11/06/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | |
|---|---|---|---|---|
| 8.8 H ABANDON SHIP DRILL - SCENARIO #10 (RED TEAM) - Crew Member(s) participating in drill: | Mackenzie Rose | 11/06/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | |
|---|---|---|---|---|
| 8.8 D FIRE DRILL - SCENARIO #10 - FIRE ON DOCK - (RED TEAM) - Crew Members who took part in the drill: | Mackenzie Rose | 11/03/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | |
|---|---|---|---|---|
| NOVEMBER WEEK 1 SAFETY TRAINING QUIZ - Crew Sign Off for Safety Training: | Mackenzie Rose | 11/03/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | OCTOBER WEEK 4 SAFETY TRAINING QUIZ & MEETING - Crew Sign Off for Safety Training: | Mackenzie Rose | 11/03/2023 | James D. Morrissey (Inactive) | Personnel Record |
|---|---|---|---|---|---|
| | 8.5 SPILL RESPONSE DRILL - SCENARIO #4 - SPILL TO WATER GROUNDING (RED TEAM) - Crew member(s) participating in drill: | Mackenzie Rose | 11/03/2023 | James D. Morrissey (Inactive) | Personnel Record |
| | SECURITY DRILL FORM- SCENARIO 4- COMMUNICATIONS - RED TEAM - Crew members participating in drill: | Mackenzie Rose | 11/03/2023 | James D. Morrissey (Inactive) | Personnel Record |
| | OCTOBER WEEK 3 SAFETY TRAINING QUIZ & MEETING - Crew Sign Off for Safety Training: | Mackenzie Rose | 11/03/2023 | James D. Morrissey (Inactive) | Personnel Record |
| | GENERAL ALARM WEEKLY TEST - All crew that participated in General Alarm Weekly test: | Mackenzie Rose | 11/03/2023 | James D. Morrissey (Inactive) | Personnel Record |

CARVER 000874

| | GENERAL ALARM WEEKLY TEST - All crew that participated in General Alarm Weekly test: | Mackenzie Rose | 10/16/2023 | James D. Morrissey (Inactive) | Personnel Record |
|---|---|---|---|---|---|

| | SECURITY DRILL FORM- SCENARIO 4- COMMUNICATIONS - BLUE TEAM - Crew members participating in drill: | Mackenzie Rose | 10/10/2023 | James D. Morrissey (Inactive) | Personnel Record |
|---|---|---|---|---|---|

| | GENERAL ALARM WEEKLY TEST - All crew that participated in General Alarm Weekly test: | Mackenzie Rose | 10/09/2023 | James D. Morrissey (Inactive) | Personnel Record |
|---|---|---|---|---|---|

| | GENERAL ALARM WEEKLY TEST - All crew that participated in General Alarm Weekly test: | Mackenzie Rose | 10/02/2023 | James D. Morrissey (Inactive) | Personnel Record |
|---|---|---|---|---|---|

| | OCTOBER WEEK 1 SAFETY TRAINING QUIZ & MEETING - Crew Sign Off for Safety Training: | Mackenzie Rose | 10/01/2023 | James D. Morrissey (Inactive) | Personnel Record |
|---|---|---|---|---|---|

CARVER 000875

| | | | | |
|---|---|---|---|---|
| 8.8 D FIRE DRILL - SCENARIO #10 - FIRE ON DOCK - (BLUE TEAM) - Master: | Mackenzie Rose | 10/01/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | |
|---|---|---|---|---|
| 8.8 D FIRE DRILL - SCENARIO #10 - FIRE ON DOCK - (BLUE TEAM) - Crew Members who took part in the drill: | Mackenzie Rose | 10/01/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | |
|---|---|---|---|---|
| 8.8 C MAN OVERBOARD DRILL - SCENARIO 10 - YOU ARE IN THE WATER (BLUE TEAM) - Crew Member(s) Participated: | Mackenzie Rose | 10/01/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | |
|---|---|---|---|---|
| 8.8 C MAN OVERBOARD DRILL - SCENARIO 10 - YOU ARE IN THE WATER (BLUE TEAM) - Master/ Captain Electronic Signature: | Mackenzie Rose | 10/01/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | |
|---|---|---|---|---|
| 8.8 H ABANDON SHIP DRILL - SCENARIO #10 (BLUE TEAM) - Master/ Captain Electronic Signature: | Mackenzie Rose | 10/01/2023 | James D. Morrissey (Inactive) | Personnel Record |

CARVER 000876

| | | | | |
|---|---|---|---|---|
| 8.8 H ABANDON SHIP DRILL - SCENARIO #10 (BLUE TEAM) - Crew Member(s) participating in drill: | Mackenzie Rose | 10/01/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | |
|---|---|---|---|---|
| 8.5 SPILL RESPONSE DRILL - SCENARIO #4 - SPILL TO WATER GROUNDING (BLUE TEAM) - Crew member(s) participating in drill: | Mackenzie Rose | 10/01/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | |
|---|---|---|---|---|
| GENERAL ALARM WEEKLY TEST - All crew that participated in General Alarm Weekly test: | Mackenzie Rose | 09/25/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | |
|---|---|---|---|---|
| SEPTEMBER WEEK 4 SAFETY TRAINING QUIZ - Crew Sign Off for Safety Training: | Mackenzie Rose | 09/21/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | |
|---|---|---|---|---|
| SECURITY DRILL FORM- SCENARIO 5- PERSONNEL TRAINING - RED TEAM - Crew members participating in drill: | Mackenzie Rose | 09/20/2023 | James D. Morrissey (Inactive) | Personnel Record |

CARVER 000877

| | | | | | |
|---|---|---|---|---|---|
| ▣ | SECURITY DRILL FORM- SCENARIO 5- PERSONNEL TRAINING - BLUE TEAM - Crew members participating in drill: | Mackenzie Rose | 09/20/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| ▣ | GENERAL ALARM WEEKLY TEST - All crew that participated in General Alarm Weekly test: | Mackenzie Rose | 09/08/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| ▣ | 8.8 C MAN OVERBOARD DRILL - SCENARIO 9 - MOB WHILE TOWING ASTERN (BLUE TEAM) - Crew Member(s) Participated: | Mackenzie Rose | 09/04/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| ▣ | 8.8 C MAN OVERBOARD DRILL - SCENARIO 9 - MOB WHILE TOWING ASTERN (BLUE TEAM) - Master/ Captain Electronic Signature: | Mackenzie Rose | 09/04/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| ▣ | SEPTEMBER WEEK 1 SAFETY TRAINING QUIZ - Crew Sign Off for Safety Training: | Mackenzie Rose | 09/02/2023 | James D. Morrissey (Inactive) | Personnel Record |

CARVER 000878

| | | | | | |
|---|---|---|---|---|---|
| | 8.8 M LOSS OF THROTTLE CONTROL - SCENARIO #3 (BLUE TEAM) - Crew member(s) participating in drill: | Mackenzie Rose | 09/01/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| | 8.8 G SINKING DRILL - SCENARIO #1 (BLUE TEAM) - Crew Member(s) participating in Drill: | Mackenzie Rose | 09/01/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| | 8.8 H ABANDON SHIP DRILL - SCENARIO #9 (BLUE TEAM) - Crew Member(s) participating in drill: | Mackenzie Rose | 09/01/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| | 8.8 H ABANDON SHIP DRILL - SCENARIO #9 (BLUE TEAM) - Master/ Captain Electronic Signature: | Mackenzie Rose | 09/01/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| | AUGUST WEEK 4 SAFETY TRAINING QUIZ - Crew member(s) answering and/or participating in Safety Quiz/ training: | Mackenzie Rose | 08/24/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| ◼▯ | 8.6 OPERATOR INCAPACITATION DRILL (BLUE TEAM) - Crew Member(s) participating in drill: | Mackenzie Rose | 08/23/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| ◼▯ | 8.8 H ABANDON SHIP DRILL - SCENARIO #7 (BLUE TEAM) - Master/ Captain Electronic Signature: | Mackenzie Rose | 08/10/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| ◼▯ | GENERAL ALARM WEEKLY TEST - All crew that participated in General Alarm Weekly test: | Mackenzie Rose | 08/06/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| ◼▯ | 8.8 H ABANDON SHIP DRILL - SCENARIO #8 (BLUE TEAM) - Crew Member(s) participating in drill: | Mackenzie Rose | 08/01/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| ◼▯ | 8.8 H ABANDON SHIP DRILL - SCENARIO #8 (BLUE TEAM) - Master/ Captain Electronic Signature: | Mackenzie Rose | 08/01/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| ▣ | 8.8 F COLLISION DRILL - SCENARIO 3 - COLLISION WITH ANOTHER VESSEL (BLUE TEAM) - Crew member(s) participating in drill: | Mackenzie Rose | 08/01/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| ▣ | GENERAL ALARM WEEKLY TEST - All crew that participated in General Alarm Weekly test: | Mackenzie Rose | 07/31/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| ▣ | 8.8 M LOSS OF PROPULSION DRILL - SCENARIO #2 (BLUE TEAM) - Crew member(s) participating in drill: | Mackenzie Rose | 07/29/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| ▣ | GENERAL ALARM WEEKLY TEST - All crew that participated in General Alarm Weekly test: | Mackenzie Rose | 07/26/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| ▣ | JULY WEEK 4 SAFETY TRAINING QUIZ - Crew member(s) answering and/or participating in Safety Quiz/ training: | Mackenzie Rose | 07/22/2023 | James D. Morrissey (Inactive) | Personnel Record |

CARVER 000881

| | | | | | |
|---|---|---|---|---|---|
| 🔳 | 8.5 SPILL RESPONSE DRILL - SCENARIO #3 - SPILL ON DOCK (RED TEAM) - Crew member(s) participating in drill: | Mackenzie Rose | 07/22/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| 🔳 | GENERAL ALARM WEEKLY TEST - All crew that participated in General Alarm Weekly test: | Mackenzie Rose | 07/19/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| 🔳 | SECURITY DRILL FORM- SCENARIO 2- UNIDENTIFIED APPROACHING VESSELS - RED TEAM - Crew members participating in drill: | Mackenzie Rose | 07/16/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| 🔳 | 8.8 C MAN OVERBOARD DRILL - SCENARIO 7 - FALL OVERBOARD WHILE PUSHING AHEAD (RED TEAM) - Crew Member(s) Participated: | Mackenzie Rose | 07/16/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| 🔳 | 8.8 H ABANDON SHIP DRILL - SCENARIO #7 (RED TEAM) - Crew Member(s) participating in drill: | Mackenzie Rose | 07/15/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | 8.8 D FIRE DRILL - SCENARIO #7 - FUEL FIRE IN THE ENGINE ROOM - (RED TEAM) - Crew Members who took part in the drill: | Mackenzie Rose | 07/15/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | JULY WEEK 3 SAFETY TRAINING QUIZ - Crew member(s) answering and/or participating in Safety Quiz/ training: | Mackenzie Rose | 07/15/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | JULY WEEK 2 SAFETY TRAINING QUIZ - Crew member(s) answering and/or participating in Safety Quiz/ training: | Mackenzie Rose | 07/15/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | GENERAL ALARM WEEKLY TEST - All crew that participated in General Alarm Weekly test: | Mackenzie Rose | 07/10/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | 8.8 G FLOODING DRILL - SCENARIO #2 (BLUE TEAM) - Crew Member(s) participating in Drill: | Mackenzie Rose | 07/10/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | |
|---|---|---|---|---|
| ▣ JULY WEEK 1 SAFETY TRAINING QUIZ - Crew member(s) answering and/or participating in Safety Quiz/ training: | Mackenzie Rose | 07/10/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | |
|---|---|---|---|---|
| ▣ GENERAL ALARM WEEKLY TEST - All crew that participated in General Alarm Weekly test: | Mackenzie Rose | 07/09/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | |
|---|---|---|---|---|
| ▣ GENERAL ALARM WEEKLY TEST - All crew that participated in General Alarm Weekly test: | Mackenzie Rose | 07/09/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | |
|---|---|---|---|---|
| ▣ 8.8 E GROUNDING DRILL - SCENARIO 2 (Blue Team) - Crew Member(s) participating in drill: | Mackenzie Rose | 07/09/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | |
|---|---|---|---|---|
| ▣ 8.8 D FIRE DRILL - SCENARIO #7 - FUEL FIRE IN THE ENGINE ROOM - (BLUE TEAM) - Master: | Mackenzie Rose | 07/07/2023 | James D. Morrissey (Inactive) | Personnel Record |

CARVER 000884

| | | | | | |
|---|---|---|---|---|---|
| ▣ | 8.8 D FIRE DRILL - SCENARIO #7 - FUEL FIRE IN THE ENGINE ROOM - (BLUE TEAM) - Crew Members who took part in the drill: | Mackenzie Rose | 07/07/2023 | James D. Morrissey (Inactive) | Personnel Record |

| | | | | | |
|---|---|---|---|---|---|
| ▣ | 8.8 D FIRE DRILL - SCENARIO #6 - WHEELHOUSE FIRE - (BLUE TEAM) - Crew Members who took part in the drill: | Mackenzie Rose | 07/02/2023 | James D. Morrissey (Inactive) | Personnel Record |

CARVER 000885