# AFFIDAVIT OF SERVICE

| Case: 2:24CV490 | Court: UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA | County: | Job: 14021735 |
|---|---|---|---|
| Plaintiff / Petitioner: NORFOLK AND PORSMOUTH BELT LINE RAILROAD COMPANY | | Defendant / Respondent: JAMES MORRISEY | |
| Received by: L. Lance &. Associates LLC | | For: CRENSHAW WARE & MARTIN, PLC | |
| To be served upon: JAMES MORRISEY | | | |

I, Charles R. Lance, Jr., being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** JAMES MORRISEY, 4723 BAYWOOD DRIVE, LYNN HAVEN, FL 32444
**Manner of Service:** Personal/Individual, Aug 27, 2025, 2:00 pm CDT
**Documents:** ORDER, SECOND AMENDED NOTICE OF DEPOSITION, CERTIFICATE OF SERVICE (Received Aug 25, 2025 at 2:15pm CDT)

**Additional Comments:**
1) Successful Attempt: Aug 27, 2025, 2:00 pm CDT at 4723 BAYWOOD DRIVE, LYNN HAVEN, FL 32444 received by JAMES MORRISEY. Age: 65; Ethnicity: Caucasian; Gender: Male; Weight: 150; Height: 5'8"; Hair: Gray;

_____     9/28/25
Charles R. Lance, Jr.                Date
SPS: 011

L. Lance &. Associates LLC
P.O. Box 9985
Panama City Beach, FL 32417
850-960-5437