UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

In the Matter of COEYMANS MARINE TOWING,
LLC, d/b/a CARVER MARINE TOWING AS OWNER
AND OPERATOR OF M/T MACKENZIE ROSE
(IMO No. 8968765), Her Cargo, Engines, Boilers,
Tackle, Equipment, Apparel, and Appurtences

CIVIL ACTION NO. 2:24cv490

NORFOLK AND PORTSMOUTH BELT LINE
RAILROAD COMPANY,

    Consolidated Plaintiff/Claimant,

and

EVANSTON INSURANCE COMPANY,

    Intervening Plaintiff/Claimant,

v.

JAMES MORRISSEY,

    Consolidated Defendant.

ORDER

  The Court has received Norfolk and Portsmouth Belt Line Railroad Company's and Evanston Insurance Company's Motion for Relief Under Rules 30 and 37. ECF No. 69. Pursuant to 28 U.S.C. § 636(b)(1)(B), it is ORDERED that United States Magistrate Judge Lawrence R. Leonard is designated to conduct hearings, including evidentiary hearings, if necessary, and to submit to a United States District Judge proposed findings of fact, if applicable, and recommendations for the disposition by the United States District Judge of this motion.

    The Magistrate Judge shall file his report of proposed findings and recommendations with the Court, and the Clerk shall forthwith forward copies to all parties or their counsel. Within fourteen (14) days after being served with a copy of the Magistrate Judge's report, any party may serve and file written objections to such proposed findings and recommendations as provided by 28 U.S.C. § 636(b) and the Locals Rules of this Court.

    The Clerk is DIRECTED to send a copy of this Order to all counsel of record and to Magistrate Judge Lawrence R. Leonard.

/s/ _____
Mark S. Davis
Chief United States District Judge

Norfolk, Virginia
August 29, 2025