

# John S. Poulson Curriculum Vitae

**OVERVIEW**

> Applying over 45 years of industry-gained knowledge & experience to the provision of marine engineering, surveying & consulting services worldwide. Senior management roles held for 25-plus years, developing & overseeing worldwide multi-disciplined surveying & consulting operations, quality control & dispute resolution. 

Providing independent surveying & consulting services worldwide. Effecting investigative field work & forensic casualty investigation, providing written & oral expert testimony in several jurisdictions in the U.S. & internationally:

- Complex vessel & power plant casualties, machinery failure investigation & analysis.
- Fuel quality investigation.
- Fire damage investigation, cause & origin.
- Groundings, collisions & sinkings.
- Oversight & analysis of technical & financial aspects of major repairs to vessels of all types.
- Shipyard & repairers liability surveys.
- Analysis of damages to fixed & floating objects.
- Loss prevention surveys & risk engineering.
- Towage & voyage approval surveys.
- Pre-purchase, condition & valuation surveys & capital investment estimates.
- On-hire & off-hire surveys.
- Personal injury investigation.

Serving: Underwriters, Owners, Attorneys, Brokers, Charterers, P&I clubs, Yacht Owners, Adjusters, Banks & Financiers, Ship Builders & Repairers.

## Career Timeline

- **Poulson Marine Consultants (PMC) LLC** Chief Surveyor & CEO 2021 to Date
- **Atlantic Marine Associates, New York** Director | Chief Surveyor 2012 – 2021
- **GL Noble Denton, New York, NY** President, Marine Casualty Investigation 2007 - 2012
- **SCB, Managers, American P&I Club** Director | Principal Surveyor, Technical 2005 - 2007
- **BMT Salvage Ltd (the SA), New York** Regional Manager for the Americas 2001 – 2005
- **The Salvage Association New York** Staff Surveyor 1992 – 2001
- **The Salvage Association, Antwerp** Staff Surveyor 1989 - 1992
- **Reederei Roth, GmbH, Hamburg** Chief Engineer Officer 1987 – 1989
- **Andrew Weir & Co. - the Bank Line Ltd.** Cadet Engineer to 2nd Engineer Officer 1975 – 1987

**EXHIBIT 1**



*J.S. Poulson C.V. 2025*

### Education | Training | Professional Qualifications

- National Diploma Certificate in Marine Engineering, South Shields Marine & Technical College UK, awarded by The Institute of Marine Engineers & the UK Government Department of Education & Science.
- Sea-Going & Shore Based Training, Bank Line & South Shields Marine & Technical College.
- First Class Certificate of Competency: Marine Engineer Unlimited, issued by the UK Government Department of Transport (DOT).
- Lloyds Register of Shipping Classification Society, Certificate of Authorization - surveys by Chief Engineers.
- Surveyor Training Program & Examination, the Salvage Association London & Antwerp.
- Master of Science (MSc), Degree, University of Portsmouth, UK.
- Chartered Engineer (CEng) UK Engineering Council
- Chartered Marine Engineer (CMarEng): UK Engineering Council / Institute of Marine Engineering, Science and Technology

### Professional Fellowships, Memberships & Affiliations

- Fellow, Institute of Marine Engineering Science & Technology (FIMarEST)
  - Member, IMarEST Ship Energy & Environment Committee.
  - Member, IMarEST Human Element Working Group Committee.
- Associate Member, the Association of Average Adjusters of the United States & Canada (Chairman of the Association of Average Adjusters of the United States year 2005 to 2006)
- Associate Member of the Maritime Law Association of the United States
- Accredited AIMU Hull & Machinery course instructor
- Member, American Boat & Yacht Council (ABYC)
- Past member, American Bureau of Shipping, Special Committee on Ship Operations
- Past member, Ship Technical Committee, International Group of P&I Clubs

### Career Development

- GL Noble Denton: 'Leading with Integrity' - Certificate of Completion
- Bond Solon, London: 'Excellence in Written Evidence & Witness Familiarization'
- BMT Fleet Technologies: 'Fatigue and Fracture Analysis of Ship Structures' - Certificate of Completion; course presenter on 'Viewpoint of the Underwriters' Surveyor'
- North of England P&I Association: Residential Course in Loss Prevention and P&I Insurance - Pass with Distinction

### Extracurricular Activities

- Volunteer Fire Fighter, Nassau County, NY

**EXHIBIT 1**



*J.S. Poulson C.V. 2025*

**Expert Testimony**

Expert written and oral deposition / trial testimony delivered in the following jurisdictions:

United States
~ New York, Southern District
~ New York, Eastern District
~ New York, State Supreme Court
~ New Jersey, District
~ Louisiana, Eastern District
~ Virginia, Eastern District
~ Michigan, Eastern District, Southern Division
~ Michigan, Western District, Northern Division
~ Pennsylvania, Eastern District
~ Connecticut, State Superior Court
~ Connecticut, District
~ Alabama, Southern District
~ Massachusetts Superior Court
~ Texas, Southern District

Expert written and oral trial testimony delivered in the following jurisdictions:

Canada
~ District of Montreal Superior Court, Province of Quebec
~ Federal Court of Canada, Toronto

UK
~ Admiralty Court, London

Panama
~ First Maritime Court of Panama

Arbitration Hearings
~ New York
~ Virginia
~ California
~ London

Mediations
~ New York
~ London

[Prior case filing details available as appropriate]

EXHIBIT 1



*J.S. Poulson C.V. 2025*

**Publications & Presentations**

- Alternative Marine Fuels; The Greening of Marine | Presentation to the biennial Seminar of the Board of Marine Underwriters San Francisco (BMUSF) and the American Institute of Marine Underwriters (AIMU) April 11, 2024
- General Average: Overview, Recent Trends & Challenges & The Impact of Potential Unseaworthiness | A joint presentation to the American Institute of Marine Underwriters, October 5, 2023
- Engine Room Fire Claims, Who's Really to Blame? | Presentation and Panel Moderator, Marine Claims International Conference, Dublin, September 28, 2023.
- General Average | Joint presentation to the Managers of the American P&I Club, May 3, 2023.
- Testing Times for Bunker Fuels | Presentation to Marine Claims International Conference, Dublin, September, 2022.
- The Future of Alternative Fuels and the Nuclear Option | Panel Member, Marine Insurance Americas conference New York, May 3, 2022.
- Human Error or Organizational Failure | the American P&I Club "Currents" No.42 periodical article, June 2019.
- Fuel Oil Challenges and 2020 | Presented at CMA Shipping Conference, Stamford, CT, April 2019.
- Fuel Oil Challenges and 2020 | Presented at Marine Insurance London Conference, London, March 2019.
- Bunkering – A Compendium | the American P&I Club Publication 2019
- Fuel Oil Challenges Under Marpol VI | Presented at join Safety & Sea Conference hosted by Resolve Marine and the American P&I Club, 2018.
- Fuel and FD&D | Presented to International Group of P&I Clubs, FD&D Managers Group, New York, NY, 2018.
- Ballast Water | Presented to the International Marine Claims Conference, Dublin 2017.
- Ever Feel Like a Spare Part | Presented to the International Marine Claims Conference, Dublin, 2016
- Transport Guidance for Steel Cargoes | the American P&I Club Contributing Editor, 2016.
- Man's Inhumanity to Machines | the American P&I Club Loss Prevention Circular, September 2016

**EXHIBIT 1**



*J.S. Poulson C.V. 2025*

- E-Mission Control, We Have A Problem | pub; the American P&I Club "Currents" periodical article on the problems encountered with operation on fuels necessary to comply with impending environmental legislation.
- Design or Latent Defect | A comparison of coverage under English, German, Norwegian and U.S. Law | Joint Presentation to the International Marine Claims Conference – Dublin, 2013.
- The Deadliest Cargo | pub; The Nautical Institute periodical "Seaways" article on the dangers of the carriage of nickel ore cargoes 2013.
- Watery Graves | Presentation to the Association of Average Adjusters annual meeting & pub; the American P&I Club "Currents" periodical article on the dangers of the carriage of nickel ore cargoes 2013
- It Must be the Fuel | Presentation to the International Marine Claims Conference – Dublin, 2009.
- Life at the Sharp End | Presentation to the International Marine Claims Conference – Dublin, 2008.
- Human Error – the Challenges Facing Mariners Today | The International Union of Marine Insurance (IUMI) – Copenhagen conference address, 2007.
- Where Do We Go from Here? |" Chairman's address - pub; the Association of Average Adjusters of the United States – 2006.
- Bilge Water Discharge – Still Hazy After All These Years | pub; the American P&I Club "Currents" periodical article.
- Hatch Covers – An Open & Shut Case (Fact Fiction & Fallacies) | pub; the American P&I Club "Currents" magazine articles.
- Fatigue & Fracture Analysis of Ship Structures | Guest Presenter Course material – *"The Viewpoint of the Underwriters Surveyor"* pub; British Maritime Technologies (BMT) – 2004
- Construction of Merchant Vessels in the U.S. | pub; Lloyds of London Press 2003

~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~

5

EXHIBIT 1



August 7, 2025

Case No. PMC 25-1271 NPBL v. Carver Marine Towing

John S. Poulson, Prior 4 Years Testimony

1) In the case of MODA Ingleside Oils Terminal LLC vs. RIVERSIDE its engines, tackle, etc., *in rem* et al. United States District Court, Southern District of Texas. Deposition testimony.

2) In the case of Bertling Transgas Tankers S.A.C and Gard Marine & Energy Insurance (Europe) vs. Marine Engineers Corporation (Panama) Inc. First Maritime Court of Panama. Trial Testimony.

3) Re the complaint and petition of United Marine Offshore, LLC, Owner of the M/V MISS JULIE, her engines, tackle, Etc. In a cause of exoneration from or limitation of liability. In the United States District Court for the Southern District of Texas, Corpus Christi Division. Deposition testimony.

4) In the matter of Pan Ocean Co., Ltd., v. World Fuel Service (Singapore) PTE., Ltd., United States District Court, Southern District of Florida, Miami District. Deposition testimony.

5) In the matter of Omegra Shipping Pte Ltd of Singapore v. World Fuel Service (Singapore) Pte Ltd. United States District Court, Southern District of Florida, Miami District. Deposition testimony.

**John S. Poulson** MSc
CEng. CMarEng. FIMarEST.
**Chief Surveyor | CEO**

PMC LLC
998C Old Country Road No.183, Plainview New York 11803

This document is intended for the sole use of the person or organization to whom it is addressed and no liability of any nature whatsoever shall be assumed to any other party in respect of its contents. As to the addressee, neither the Company nor the undersigned shall be liable for any loss or damage whatsoever suffered by virtue of any act, omission or default (whether arising by negligence or otherwise) by the undersigned, the Company or any of its servants.

**EXHIBIT 1**