**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**
**In Admiralty**

| | |
|---|---|
| In the Matter of COEYMANS MARINE TOWING, LLC D/B/A CARVER MARINE TOWING as Owner and Operator of M/T Mackenzie Rose, (IMO No. 8968765) her cargo, engines, boilers, tackle, equipment, apparel, and appurtenances, etc., *in rem,* ("M/T MACKENZIE ROSE"), petitioning for Exoneration from or Limitation of Liability in allision with Belt Line Main Line Railroad Bridge (the "Bridge") occurring June 15, 2024 in and about the Elizabeth River, Virginia. | **Civil Action No: 2:24-cv-00490** |

**PETITIONER'S MOTION FOR SUMMARY JUDGMENT**

Now comes the Petitioner in Limitation, Coeymans Marine towing, LLC, d/ b/a Carver Marine Towing ("Carver"), by and through its undersigned counsel pursuant to Fed. R. Civ. P. 56 and Local Rule 56 and moves for summary judgment on its Claims in this case and the Petition for Exoneration or Limitation of Liability.

As set forth in the accompanying memorandum, Carver is entitled to judgment as a matter of law on its Claims. Carver is entitled to limit its liability, as that an admitted navigational error cannot be imputed to Carver as the vessel owner, and there, Carver had no privity of knowledge as to this navigational error made by a duly-qualified pilot.

WHEREFORE, Coeymans Marine towing, LLC, d/b/a Carver Marine Towing respectfully requests that this Court:

(1) Grant summary judgment in its favor that Carver is entitled to limit its liability in an amount to be proven at trial;

(2) Award the Belt Line and Evanston all other just and necessary relief.

1

|  |  |
|---|---|
| **Dated: September 2, 2025** | **CLYDE & CO US LLP** |
| | By: /s/ Harold L. Cohen |
| | Harold L. Cohen  (VSB No.:98148) |
| | 1221 Brickell Avenue, Suite 1600 |
| | Miami, FL  33131 |
| | Tel: 305-446-2646 |
| | Fax: 305-441-2374 |
| | Email: harry.cohen@clydeco.us; |
| | |
| | James H. Rodgers* |
| | Clyde & Co US LLP |
| | 45 Lexington Avenue, 16th Floor |
| | New York, NY 10174 |
| | Phone: (212) 702-6771 |
| | Email: james.rodgers@clydeco.us |
| | |
| | Michael J. Roman* |
| | Dawn L. Johnson |
| | Siobhan M. Murphy* |
| | Clyde & Co US LLP |
| | 30 South Wacker Drive, Suite 2600 |
| | Chicago, IL 60606 |
| | Phone: (312) 635-7000 |
| | Email: michael.roman@clydeco.us |
| | dawn.johnson@clydeco.us |
| | Siobhan.murphy@clydeco.us |
| | |
| | Rachel Werner* |
| | One North Central Avenue, Suite 1030 |
| | Pheonix, Arizona 85004 |
| | Phone: 480-746-4556 |
| | Email: rachel.werner@clydeco.us |
| | *pro hac vice |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2025, a true and correct copy of the foregoing document was filed using the Court's CM/ECF system, which will serve all counsel of record by electronic mail as follows:

| | |
|---|---|
| Mark C. Nanavati, Esq. (VSB No.: 38709)<br>G. Christopher Jones, Jr., Esq. (VSB No.: 82260)<br>SINNOT, NUCKOLS & LOGAN, P.C.<br>13811 Village Mill Drive<br>Midlothian, Virginia 23114<br>(804) 893-3866 (Nanavati)<br>(804) 893-3862 (Jones)<br>(804) 378-2610 (Facsimile)<br>mnanavati@snllaw.com<br>cjones@snllaw.com<br>*Counsel for Evanston Insurance Company a/s/o Norfolk and Portsmouth Belt Line Railroad Company* | Zachary M. Jett, Esq. (VSB #93285)<br>BUTLER WEIHMULLER KATZ, et al<br>11525 North Community House Road<br> Suite 300<br>Charlotte, North Carolina 28277<br>(704) 543-2321 (Telephone)<br>(704) 543-2324 (Facsimile)<br>zjett@butler.legal<br>*Counsel for Evanston Insurance Company, a/s/o Norfolk and Portsmouth Belt Line Railroad Company* |

James L. Chapman, IV, VSB No. 21983
W. Ryan Snow, VSB No. 47423
Mackenzie R. Pensyl VSB No. 100012
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
 mpensyl@cwm-law.com
*Attorneys for Norfolk and Portsmouth Belt Line Railroad Company*

                                                                        */s/ Harold L. Cohen*