# EXHIBIT 3

I was in my rack resting when I felt a bump. I immdialtly got up and went to see what happened. I saw us Backing away From The rr Bidge & I ran up top to speak with James Morrisey and he informed me that the Tug went Had over. He said the rupper struck. I called Brian moore & Lenny Baldasarie Immipratly to report incident. Lenny Informed me That he & Brian will Inform CG of incident. waiting on orders

Captain Chris Miller

CARVER 000047