# GROUP EXHIBIT 5



RE: Incident Report

Date: 15 JUNE 2024
Time of Incident: 1630
Name : Chris Miller
Position: Master
Manager: Lenny Baldassare
Division: Carver Marine Towing

Description of incident in your own words:

While off watch in my room I felt the vessel slow down and felt us sliding. I went up to the wheelhouse to check on the Mate and he informed me that had gotten out of shape upon his approach to the bridge. He was able to safely maneuver the tug and to through the bridge resting on some bridge fendering. I stayed up with him as we navigated through. The event was submitted into our log. There was no damage to the tug, tow, or bridge as we had full steering and propulsion coming through the bridge.

Christopher Miller
Master- MACKENZIE ROSE
Carver Marine Towing

*Christopher Miller* (signature)

CARVER 000049

```
 1        A.    Yes.
 2        Q.    And then the 6:00 p.m. to
 3   midnight --
 4        A.    Yes.
 5        Q.    -- watch, right?
 6        A.    Yes.
 7        Q.    There's information that the
 8   incident the with Belt Line Bridge was in
 9   the late afternoon of June 15th --
10        A.    Yes.
11        Q.    -- around 4:30 p.m.?
12        A.    Yes.
13        Q.    What were you doing at the
14   time?
15        A.    I was asleep.
16        Q.    Does every member of the crew
17   have their own bunk on the --
18        A.    Yes.
19        Q.    -- Mackenzie Rose?
20        A.    Yes.
21        Q.    Did you get a room too or is it
22   just a bunk?
23        A.    A room.
24        Q.    Okay.  That's what I thought,
25   but I just want to understand.
```

```
 1              So you had gone off watch at
 2   noon, right?
 3        A.    Yes.
 4        Q.    And what's your, kind of,
 5   normal routine then?  You have lunch before
 6   you go lay down and get some sleep?
 7        A.    Not really.  I just -- there's
 8   jump in a rack.
 9        Q.    Okay.  And then when you get
10   up, you eat?
11        A.    Yes.
12        Q.    Okay.  What was the first
13   indication or information that you got on
14   June 15th, 2024 that there'd been an
15   incident with the bridge?
16        A.    It felt like the boat just
17   stopped, and I went up to the warehouse and
18   I asked the captain if everything was okay.
19   He was like, yeah, and I got back in bed.
20              THE REPORTER:  And you got back
21   in bed?
22        A.    Yes, I did.
23        Q.    So there was at least
24   some -- enough of a sensation while you
25   were sleeping to wake you up?
```

```
 1    I was in Florida.  I wasn't here.
 2         Q.   You were off?
 3         A.   Yes.
 4         Q.   So you told us that this is the
 5    first time you've ever been in a
 6    deposition.
 7              Have you ever testified before?
 8         A.   No, sir.
 9         Q.   How did you first learn about
10    the allision with the Norfolk & Portsmouth
11    Belt Line Bridge?
12         A.   What do you mean by that?
13         Q.   Do you know what the term
14    allision means?
15         A.   Yes.
16         Q.   Okay.  It means a vessel
17    hitting a fixed object, right?
18         A.   (Nodding.)
19         Q.   So my question is, how did you
20    learn about that for the first time?  What
21    informed you of the fact that the
22    vessel -- the tug, or barge had hit the
23    Belt Line Bridge?
24         A.   We just came to a complete
25    stop.  That's all that I know.
```

```
 1        Q.    So what were you doing at the
 2   time that it happened?
 3        A.    I was in the galley cooking and
 4   cleaning, and putting food away.
 5        Q.    When was the meal served during
 6   your watch?
 7        A.    Don't know.
 8        Q.    So -- but you were still
 9   cooking?
10        A.    Yes.
11        Q.    And you were also cleaning.  I
12   assume you mean cleaning utensils or plates
13   or that sort of thing; is that right?
14        A.    Yes, sir.
15        Q.    There's no dishwasher on that
16   boat?
17        A.    No, sir.
18        Q.    And in terms of putting food
19   away, what were you doing?
20        A.    Like putting in the
21   refrigerator.
22        Q.    Okay.  I'm just trying to
23   understand what you mean by that.
24        A.    I know.
25        Q.    It's not like put it in the
```

```
 1      Q.   Gotcha.  Does the deck of the
 2 barge sit below the bow of the
 3 barge -- excuse me.
 4           Does the deck of the barge sit
 5 below the bow of the tug when it's made up
 6 in push gear?
 7      A.   It depends on the weight.
 8      Q.   Do you recall from this
 9 particular arrangement whether it was --
10      A.   We were -- our bow was above
11 the barge, yes.
12      Q.   And you said the barge was
13 loaded with some kind of stanchions?
14      A.   Yes.
15      Q.   So when the allision occurred,
16 where were you?
17      A.   I was in my room.
18      Q.   All right.  You remember what
19 you were doing in your room?
20      A.   I remember I was filling out
21 information into my logs.
22      Q.   Okay.  In the paper log or in
23 the book?
24      A.   No, in the book.
25      Q.   In the book.  Okay, got it.
```

```
 1   And tell us what, I don't know, got your
 2   attention or made you think that you needed
 3   to go check on things?
 4        A.   I felt all of a sudden a roll
 5   forward and a stop.  And whenever there's
 6   something that isn't normal, it's get up
 7   and figure it out what it is.  There were
 8   no alarms, nothing went crashing, but I
 9   immediately went up to the wheelhouse to
10   see what happened and saw the Railroad
11   Bridge and Jimmy was already maneuvering
12   around it and fixing it.
13             And then I went down to the
14   engine room and checked everything down
15   there and checked the stuffing boxes, make
16   sure -- because we have wet boxes that let
17   water in to cool the shafts and make sure
18   that not too much water was going in and
19   whatnot.
20             There's certain things that I
21   checked, checked the engines and make sure
22   everything is running as it should.
23        Q.   You referred to Jimmy.  Is that
24   Captain James Morrissey?
25        A.   Yes, sir.  I'm sorry.
```