# EXHIBIT 7

**ABS**

Vessel Name: MACKENZIE ROSE
Work Order: 4873687
First Visit Date: 08-Aug-2021
Last Visit Date: 02-Sep-2021

## SURVEY AFTER CONSTRUCTION VESSEL REPORT

**Vessel Name** MACKENZIE ROSE
**Class Number** 0139443
**IMO Number** 8968765

of

**Coeymans, NY, United States of America**

This is to certify that the undersigned surveyor(s) to this Bureau, did at the request of the Owner's representative, attend the subject Vessel from 08-Aug-2021 to 02-Sep-2021 as the vessel lay afloat, is on Drydock at Brooklyn, NY in order to carry out the survey(s) noted below.

| Survey Task | Task Status | Finding Issued |
|---|---|---|
| **Statutory Surveys** | | |
| Renewal Load Line Survey 4 | Completed | Yes |
| Repair Survey (Statutory) | Completed | Yes |
| Survey for Compliance - Statutory | Completed | No |

| Certificate Number | Certificate Description | Certificate Status | Certificate Term | Date of Cert Issue/Endorse | Expiry Date/ Extension Date |
|---|---|---|---|---|---|
| 0139443-4873687-025 | International Load Line Certificate-0.0000 LT | Renewed | Full Term | 02-Sep-2021 | 11-Aug-2026 |

## Report Findings
### Statutory Conditions Rectified Findings

| Finding No | Status | Asset | Survey Task | Due Survey Task | Finding Type/ Criticality | Date Created | Due Date |
|---|---|---|---|---|---|---|---|
| 83.0 | Closed | Fore Peak Tank | Renewal Load Line Survey 4 | | Outstanding/ Minor | 02-Sep-2021 | |

**Found**
Uppermost bracket for sounding tube was discovered to have a fractured weld.

**Recommended**
Repair to the satisfaction of the attending surveyor.

**Rectified**
Broken weld was ground out and welded with ABS-approved materials by ABS-qualified welders using ABS-approved procedures to the satisfaction of the attending surveyor.

### Statutory Conditions Rectified Findings

1 of 7

NOTE: This Report evidences that the survey reported herein was carried out in compliance with one or more of the Rules, guides, standards or other criteria of the American Bureau of Shipping and is issued solely for the use of the Bureau, its committees, its clients or other authorized entities. This Report is a representation only that the vessel, structure, item of material equipment, machinery or any other item covered by this Report has been examined for compliance with, or has met one or more of the Rules, guides, standards or other criteria of American Bureau of Shipping. The validity, applicability and interpretation of this Report is governed by the Rules and standards of American Bureau of Shipping who shall remain the sole judge thereof. Nothing contained in this Report or in any notation made in contemplation of this Report shall be deemed to relieve any designer, builder, owner, manufacturer, seller, supplier, repairer, operator or other entity of any warranty express or implied.

ABS - 0089

**ABS**

Vessel Name: MAGNOLIA ROSE
Work Order: 4873687
First Visit Date: 08-Aug-2021
Last Visit Date: 02-Sep-2021

| Finding No | Status | Asset | Survey Task | Due Survey Task | Finding Type/ Criticality | Date Created | Due Date |
|---|---|---|---|---|---|---|---|
| 84.0 | Closed | 1-4-2 | Renewal Load Line Survey 4 | | Outstanding/ Major | 02-Sep-2021 | |

**Found**
Aft bulkhead at Frame 6 between the first and second transverse members was found corroded. Preliminary gaugings revealed the bulkhead to be in substantial corrosion. Additional gaugings were conducted to verify scope of repair. Initial indications are to crop and renew the affected areas starting at 45 inches from the lower transverse member to three inches above the top horizontal stringer, from the port sideshell to three inches beyond the centerline bulkhead.

**Recommended**
Crop and renew affected area to the satisfaction of the attending surveyor.

**Rectified**
Affected area of the bulkhead was cropped and renewed by inserting a 11-foot x 5-foot x 3/8-inch section of plating and the deck slot cut for access was repaired by inserting a 48-inch x 11-inch x 1/2-inch section of plating by ABS-qualified welders using ABS-approved materials and ABS-approved procedures. Affected tanks were pressure-tested with air to 1.5 psi. Repairs are to the satisfaction of the attending surveyor.

## Statutory Conditions
## Rectified Findings

| Finding No | Status | Asset | Survey Task | Due Survey Task | Finding Type/ Criticality | Date Created | Due Date |
|---|---|---|---|---|---|---|---|
| 86.0 | Closed | 1-26-4 | Renewal Load Line Survey 4 | | Outstanding/ Major | 02-Sep-2021 | |

**Found**
During internal survey of the tank, an area of pitting was discovered in the bottom plating in the third bay aft, between the transverse bulkhead and web frame.

**Recommended**
Guage suspect area, and if necessary, repair to the satisfaction of the attending surveyor.

**Rectified**
Pit and surrounding area was gauged and revealed all areas within acceptable limits, with no further action required.

## Statutory Conditions
## Rectified Findings

| Finding No | Status | Asset | Survey Task | Due Survey Task | Finding Type/ Criticality | Date Created | Due Date |
|---|---|---|---|---|---|---|---|
| 87.0 | Closed | 1-36-2 | Renewal Load Line Survey 4 | | Outstanding/ Major | 02-Sep-2021 | |

**Found**
During internal survey of the tank, the bottom plating beneath the ballast suction piping was identified as a suspect area.

**Recommended**
Gauge suspect area, and if necessary, crop and renew and repair to the satisfaction of the attending surveyor.

ABS - 0090

**Rectified**
Suspect area was gauged and found to be within limits, with no further action required.

## Statutory Conditions
## Rectified Findings

| Finding No | Status | Asset | Survey Task | Due Survey Task | Finding Type/ Criticality | Date Created | Due Date |
|---|---|---|---|---|---|---|---|
| 88.0 | Closed | Bulwark | Renewal Load Line Survey 4 | | Outstanding/ Minor | 02-Sep-2021 | |

**Found**
During survey of the bulwarks, the following was discovered:

1. Two fractures in the outboard welds attaching the cap to the vertical component on the starboard side, midships area.

2. Deformed and fractured 8-inch by four-inch area of bulwark on starboard aft quarter.

**Recommended**
Repair fractured welds to the satisfaction of the attending surveyor. Repair fractured bulwark to the satisfaction of the attending surveyor.

**Rectified**
Affected area of starboard aft bulwark was cropped and renewed using one 18-inch x 8-inch x 5/16-inch plate and one 14-inch by 8-inch x 5/16-inch plate by ABS-qualified welders using ABS=approved ametrials and ABS-approved procedures. Repairs were visually examined. Repairs were to the satisfaction of the attending surveyor.

## Statutory Conditions
## Rectified Findings

| Finding No | Status | Asset | Survey Task | Due Survey Task | Finding Type/ Criticality | Date Created | Due Date |
|---|---|---|---|---|---|---|---|
| 91.0 | Closed | Stanchions and Guard Rails | Renewal Load Line Survey 4 | | Outstanding/ Major | 02-Sep-2021 | |

**Found**
During exterior survey of vessel, the safety chains for the guardrail opening in the port side of the upper deck were discovered in need of repair.

**Recommended**
Repair or replace safety chains to the satisfaction of the attending surveyor.

**Rectified**
Safety chain rings were welded to stanchions and safety chains were installed. Repairs were visually examined. Repairs were to the satisfaction of the attending surveyor.

## Statutory Conditions
## Rectified Findings

| Finding No | Status | Asset | Survey Task | Due Survey Task | Finding Type/ Criticality | Date Created | Due Date |
|---|---|---|---|---|---|---|---|
| 92.0 | Closed | Freeing | Renewal Load Line | | Outstanding/ Major | 02-Sep-2021 | |

Case 2:24-cv-00490-MSD-LRL     Document 99-7     Filed 09/02/25     Page 5 of 8 PageID# 2914

ABS

Vessel Name:   MARGARET ROSE
Work Order:    4873687
First Visit Date:  08-Aug-2021
Last Visit Date:   02-Sep-2021

Port     Survey 4

**Found**
During exterior survey of vessel, the second freeing port from forward on the port side was discovered to be missing its bars to provide the proper safe spacing.

**Recommended**
Repair freeing port bars to the satisfaction of the attending surveyor.

**Rectified**
New freeing port bars were installed and visually examined. Repairs are to the satisfaction of the attending surveyor.

## Statutory Conditions
## Rectified Findings

| Finding No | Status | Asset | Survey Task | Due Survey Task | Finding Type/ Criticality | Date Created | Due Date |
|---|---|---|---|---|---|---|---|
| 93.0 | Closed | Portlight | Renewal Load Line Survey 4 | | Outstanding/ Major | 02-Sep-2021 | |

**Found**
During survey of the vessel, the portside galley port light deadcover was discovered missing.

**Recommended**
Replace missing deadcover to the satisfaction of the attending surveyor.

**Rectified**
A deadcover was installed and sighted in-place. Repairs were to the satisfaction of the attending surveyor.

## Statutory Conditions
## Rectified Findings

| Finding No | Status | Asset | Survey Task | Due Survey Task | Finding Type/ Criticality | Date Created | Due Date |
|---|---|---|---|---|---|---|---|
| 85.0 | Closed | 2-10-4 | Repair Survey (Statutory) | | Outstanding/ Major | 02-Sep-2021 | |

**Found**
During internal survey of tank, an epoxy repair was noted in the forward bulkhead near the tank top.

**Recommended**
Excavate epoxy repair, crop and renew affected area, and repair to the satisfaction of the attending surveyor.

**Rectified**
The epoxy repair was excavated and the affected area was cropped and renewed with a 18-inch x 18-inch x 5/16-inch section of plating by ABS-qualified welders using ABS-approved materials and ABS-approved procedures. Tank was pressure-tested with air at 1.5 psi. Repairs were to the satisfaction of the attending surveyor.

## Statutory Conditions
## Rectified Findings

**ABS**

Vessel Name: MARGARET ROSE
Work Order: 4873687
First Visit Date: 08-Aug-2021
Last Visit Date: 02-Sep-2021

| Finding No | Status | Asset | Survey Task | Due Survey Task | Finding Type/ Criticality | Date Created | Due Date |
|---|---|---|---|---|---|---|---|
| 90.0 | Closed | Port Stack | Repair Survey (Statutory) | | Outstanding/ Major | 02-Sep-2021 | |

**Found**
During exterior survey of vessel, a series of holes was discovered in the top of the port stack.

**Recommended**
Repair to the satisfaction of the attending surveyor.

**Rectified**
The affected area was cropped and renewed with a 14-inch x 128-inch x 5/16" insert by ABS-qualified welders using ABS-approved materials and ABS-approved procedures. Repairs were hose-tested with water. Repairs were to the satisfaction of attending surveyor.

**Statement/Observation**

| Finding No | Asset | Survey Task | Date Created |
|---|---|---|---|
| 81.0 | 2-12-1 | Renewal Load Line Survey 4 | 02-Sep-2021 |

**Found**
Doublebottom tank 2-12-1 was internally surveyed. No coating in tank. Tank is is good condition.

**Statement/Observation**

| Finding No | Asset | Survey Task | Date Created |
|---|---|---|---|
| 82.0 | 2-12-2 | Renewal Load Line Survey 4 | 02-Sep-2021 |

**Found**
Doublebottom tank 2-12-2 was internally surveyed. No coating in tank. Tank is is good condition.

**Statement/Observation**

| Finding No | Asset | Survey Task | Date Created |
|---|---|---|---|
| 89.0 | - | Renewal Load Line Survey 4 | 02-Sep-2021 |

**Found**
The following tanks were internally surveyed with conditions aa noted:

Forepeak Ballast 1-0-0: Hard coating in poor condition.

Port Forward Ballast 1-4-2: Hard coating in poor condition.

Starboard Forward Ballast 1-4-1: Hard coating in poor condition.

Forward Fuel Oil Port 1-6-2: No coating.

Forward Fuel Oil Starboard 1-6-1: No coating.

Ballast Wing Tank Port 1-10-2: Hard coating in poor condition.

ABS - 0093

Ballast Wing Tank Starboard 1-10-1: Hard coating in poor condition.
Potable Water Tank Port 2-10-4: Hard coating in good condition.
Potable Water Tank Starboard 2-10-3: Hard coating in good condition.
Doublebottom Ballast Tank Port 2-12-2: No coating.
Doublebottom Ballast Tank Starboard 2-12-1: No coating.
Port Slop Tank: No coating.
Starboard Slop Tank: No coating.
Port Lube Oil Tank: No coating.
Starboard Lube Oil Tank: No coating.
Hydraulic Oil Tank: No coating.
Gear Oil Tank: No coating
Doublebottom Void Port: Hard coating in good condition.
Doublebottom Void Starboard: Hard coating in good condition.
Fuel Day Tank Port 1-26-2: No coating.
Fuel Day Tank Starboard: 1-26-1: No coating.
Port Aft Ballast 1-26-4: Hard coating in poor condition.
Starboard Aft Ballast 1-26-3: Hard coating in poor condition.
Aft Fuel Tank Port 1-28-2: No coating.
Aft Fuel Tank Starboard 1-28-1: No coating.
Aft Peak Ballast Port 1-36-2: Hard coating in poor condition.
Aft Peak Ballast Starboard 1-36-1: Hard coating in poor condition.

## Statement/Observation

| Finding No | Asset | Survey Task | Date Created |
|---|---|---|---|
| 94.0 | Double Bottom Void - Port | Renewal Load Line Survey 4 | 02-Sep-2021 |

**Found**
The port doublebottom void forward of the port doublebottom ballast tank was internally surveyed. Hard coating was present and in good condition.

## Statement/Observation

| Finding No | Asset | Survey Task | Date Created |
|---|---|---|---|
| 95.0 | Double Bottom Void - Starboard | Renewal Load Line Survey 4 | 02-Sep-2021 |

**Found**
The starboard doublebottom void forward of the starboard doublebottom ballast tank was internally surveyed. Hard coating was present and in good condition.

## Conditions
### Coating Conditions


Case 2:24-cv-00490-MSD-LRL   Document 99-7   Filed 09/02/25   Page 8 of 8 PageID# 2917

| | | Vessel Name: | MACKENZIE ROSE |
|---|---|---|---|
| | | Work Order: | 4873687 |
| | | First Visit Date: | 08-Aug-2021 |
| | | Last Visit Date: | 02-Sep-2021 |

| Tank | Type of Overall Examination | Coating Type | Coating Condition |
|---|---|---|---|
| 1-26-3 | Overall Coating Condition (other tanks) | Hard Coating | Poor |
| 1-26-4 | Overall Coating Condition (other tanks) | Hard Coating | Poor |
| 1-36-1 | Overall Coating Condition (other tanks) | Hard Coating | Poor |
| 1-36-2 | Overall Coating Condition (other tanks) | Hard Coating | Poor |
| 1-4-1 | Overall Coating Condition (other tanks) | Hard Coating | Poor |
| 1-4-2 | Overall Coating Condition (other tanks) | Hard Coating | Poor |
| 2-10-3 | Overall Coating Condition (other tanks) | Hard Coating | Good |
| 2-10-4 | Overall Coating Condition (other tanks) | Hard Coating | Good |
| Fore Peak Tank | Overall Coating Condition (other tanks) | Hard Coating | Poor |

## Attending Surveyor(s):

Lettieri, Vincent
Onyukov, Igor
Morrison, Kevin
Signed-off Date: 02-Sep-2021

### Reviewing Surveyor(s)
Work Order Reviewer: Marsac, Justin P
Work Order Credit Date: 02-Sep-2021

ABS - 0095