# GROUP EXHIBIT 8



United States of America
Department of Homeland Security
United States Coast Guard

# Certificate of Inspection

| Certification Date: | 19 May 2021 |
|---|---|
| Expiration Date: | 19 May 2026 |

For ships on international voyages this certificate fulfills the requirements of SOLAS 74 as amended, regulation V/14, for a SAFE MANNING DOCUMENT.

| Vessel Name | Official Number | IMO Number | Call Sign | Service |
|---|---|---|---|---|
| MACKENZIE ROSE | 1098224 | 8968765 | WDG6760 | Towing Vessel |

| Hailing Port | Hull Material | Horsepower | Propulsion |
|---|---|---|---|
| COEYMANS, NY<br>UNITED STATES | Steel | 4500 | Diesel Reduction |

| Place Built | Delivery Date | Keel Laid Date | Gross Tons | Net Tons | DWT | Length |
|---|---|---|---|---|---|---|
| FALL RIVER, MA<br>UNITED STATES | 01Jan2000 | 01Jan1998 | R-157<br>I-343 | R-107<br>I-102 | | R-96.4<br>I-96.4 |

| Owner | Operator |
|---|---|
| COEYMANS MARINE TOWING LLC<br>2170 RIVER ROADPO BOX 890<br>COEYMANS, NY 12045<br>UNITED STATES | COEYMANS MARINE TOWING LLC<br>2170 RIVER ROADPO BOX 890<br>COEYMANS, NY 12045<br>UNITED STATES |

This vessel must be manned with the following licensed and unlicensed Personnel. Included in which there must be 1 Certified Lifeboatmen, 0 Certified Tankermen, 0 HSC Type Rating, and 0 GMDSS Operators.

| | | | |
|---|---|---|---|
| 1 Masters | 1 Licensed Mates | 0 Chief Engineers | 0 Oilers |
| 0 Chief Mates | 0 First Class Pilots | 0 First Assistant Engineers | |
| 0 Second Mates | 0 Radio Officers | 0 Second Assistant Engineers | |
| 0 Third Mates | 2 Able Seamen | 0 Third Assistant Engineers | |
| 0 Master First Class Pilot | 1 Ordinary Seamen | 0 Licensed Engineers | |
| 0 Mate First Class Pilots | 0 Deckhands | 0 Qualified Member Engineer | |

In addition, this vessel may carry 0 Passengers, 0 Other Persons in crew, 1 Persons in addition to crew, and no Others. Total Persons allowed: 6

Route Permitted And Conditions Of Operation:

## ---Oceans---

***NOT ON AN INTERNATIONAL VOYAGE***

WHEN ON VOYAGE OF MORE THAN SIX HUNDRED (600) MILES IN LENGTH NOT EXCEEDING TWELVE (12) HOURS IN ANY TWENTY-FOUR (24) HOURS PERIOD, VESSEL MAY OPERATE WITH:
ONE    (1) MASTER
TWO    (2) ABLE SEAMEN
THREE  (3) PERSONS IN ADDITION TO CREW

***SEE NEXT PAGE FOR ADDITIONAL CERTIFICATE INFORMATION***

With this Inspection for Certification having been completed at Brooklyn, NY, UNITED STATES, the Officer in Charge, Marine Inspection, SECTOR NEW YORK certified the vessel, in all respects, is in conformity with the applicable vessel inspection laws and the rules and regulations prescribed thereunder.

| Annual/Periodic/Re-Inspection | | | | This Certificate issued by |
|---|---|---|---|---|
| Date | Zone | A/P/R | Signature | ZETA MERCHANT, CAPTAIN, USCG |
| | | | | Officer in Charge, Marine Inspection |
| | | | | SECTOR NEW YORK |
| | | | | Inspection Zone |

Dept. of Home Sec., USCG, CG-841 (Rev 4-2000)(v2)

OMB No. 2115-0517

CARVER 001728



**United States of America**
**Department of Homeland Security**
**United States Coast Guard**

# Certificate of Inspection

Certification Date: 19 May 2021
Expiration Date: 19 May 2026

Vessel Name: MACKENZIE ROSE

```
WHEN ON A VOYAGE OF LESS THAN SIX HUNDRED (600) MILES IN LENGTH, VESSEL MAY OPERATE WITH:
ONE   (1) MASTER
ONE   (1) MATE
ONE   (1) ABLE SEAMEN
ONE   (1) ORDINARY SEAMEN
TWO   (2) PERSONS IN ADDITION TO CREW

WHEN ON A VOYAGE OF LESS THAN SIX HUNDRED (600) MILES IN LENGTH NOT EXCEEDING TWELVE (12) HOURS IN ANY TWENTY-
FOUR (24) HOURS PERIOD, VESSEL MAY OPERATE WITH:
ONE   (1) MASTER
ONE   (1) ABLE SEAMEN
FOUR  (4) PERSONS IN ADDITION TO CREW

WHEN VESSEL IS OPERATING ON RIVERS, LAKES, BAYS AND SOUNDS EXCEPT THE GREAT LAKES ROUTES, VESSEL MAY OPERATE
WITH:
ONE   (1) MASTER
ONE   (1) MATE
TWO   (2) DECKHANDS
THREE (2) PERSONS IN ADDITION TO CREW

WHEN VESSEL IS OPERATING ON RIVERS, LAKES, BAYS AND SOUNDS EXCEPT THE GREAT LAKES ROUTES, NOT EXCEEDING TWELVE
(12) HOURS IN ANY TWENTY-FOUR (24) HOURS PERIOD, VESSEL MAY OPERATE WITH:
ONE   (1) MASTER
ONE   (1) DECKHAND
FOUR  (4) PERSONS IN ADDITION TO CREW

THIS VESSEL HAS BEEN CERTIFICATED IN ACCORDANCE WITH THE TOWING SAFETY MANAGEMENT SYSTEM (TSMS) OPTION,
UTILIZING THE EXTERNAL SURVEY PROGRAM. THE TOWING VESSEL INSPECTION BUREAU IS THE APPROVED THIRD PARTY
ORGANIZATION. THE TSMS CERTIFICATE NUMBER ASSOCIATED WITH THIS VESSEL IS CMT-2018-99.

THIS COI IS ISSUED IN CONSIDERATION OF THE PROVISIONS CONTAINED IN 46 CFR PART 138, ON THE BASIS OF OBJECTIVE
EVIDENCE PROVIDED BY THE TOWING VESSEL INSPECTION BUREAU, AN APPROVED THIRD PARTY ORGANIZATION, AND THE VESSEL
POSSESSES A VALID TSMS CERTIFICATE.

THIS CERTIFICATE IS VALID ONLY SO LONG AS THE OPERATING RESTRICTIONS IN THE VESSEL'S STABILITY LETTER, ISSUED
BY THE AMERICAN BUREAU OF SHIPPING, DATED 22JAN2020, ARE OBSERVED. ROUTE AUTHORIZED PROVIDED RESTRICTIONS ON
CURRENT INTERNATIONAL LOAD LINE CERTIFICATE ARE MET.

THE PERSON IN CHARGE OF ANY TRANSFER OF FUEL OIL REQUIRING A DECLARATION OF INSPECTION SHALL MEET THE
REQUIREMENTS OF 33 CFR 155.710(e)(1).

IMMERSION SUITS ARE NOT REQUIRED WHEN VESSEL IS OPERATING BETWEEN 32 DEGREES NORTH AND 32 DEGREES SOUTH
LATITUDE.
```

## ---Hull Exams---

| Exam Type | Next Exam | Last Exam | Prior Exam |
|---|---|---|---|
| DryDock | 31Jan2026 | 31Jan2023 | 22Jan2020 |
| Internal Structure | 31Jan2026 | 31Jan2023 | 22Jan2020 |

## ---Lifesaving Equipment---

Total Equipment for 6 Persons

| Primary Lifesaving Equipment | Quantity | Capacity | | Required |
|---|---|---|---|---|
| Lifeboats (Total) | 0 | 0 | Life Preservers (Adult) | 8 |
| Lifeboats (Port) | 0 | 0 | Life Preservers (Child) | 0 |
| Lifeboats (Starboard) | 0 | 0 | Ring Buoys (Total) | 4 |
| Motor Lifeboats | 0 | 0 | With Lights | 2 |
| Lifeboats With Radio | 0 | 0 | With Line Attached | 1 |
| Rescue Boats/Platforms | 0 | 0 | Other | 0 |
| Inflatable Rafts | 1 | 6 | Immersion Suits | 8 |
| Life Floats/Buoyant App | 0 | 0 | Portable Lifeboat Radios | 0 |
| Inflatable Buoyant Apparatus (IBA) | 0 | 0 | Equipped With EPIRB? | YES |

United States of America
Department of Homeland Security
United States Coast Guard

| | |
|---|---|
| Certification Date: | 19 May 2021 |
| Expiration Date: | 19 May 2026 |

# Certificate of Inspection

Vessel Name: MACKENZIE ROSE

## --- Fire Fighting Equipment ---

Number of Fireman Outfits - 2

***Hose Information***

| Location | Quantity | Diameter | Length |
|---|---|---|---|
| Engine Room | 1 | 1.5 | 50 |
| Aft of House | 1 | 1.5 | 50 |

***Fire Extinguishers - Hand portable and semi-portable***

| Quantity | Class Type |
|---|---|
| 1 | 160-B |
| 8 | 40-B:C |

***END***



United States of America
Department of Homeland Security
United States Coast Guard

| | |
|---|---|
| Certification Date: | 19 May 2021 |
| Expiration Date: | 19 May 2026 |

# Certificate of Inspection

Vessel Name: MACKENZIE ROSE

```
WHEN ON A VOYAGE OF LESS THAN SIX HUNDRED (600) MILES IN LENGTH, VESSEL MAY OPERATE WITH:
ONE    (1) MASTER
ONE    (1) MATE
ONE    (1) ABLE SEAMEN
ONE    (1) ORDINARY SEAMEN
TWO    (2) PERSONS IN ADDITION TO CREW

WHEN ON A VOYAGE OF LESS THAN SIX HUNDRED (600) MILES IN LENGTH NOT EXCEEDING TWELVE (12) HOURS IN ANY TWENTY-
FOUR (24) HOURS PERIOD, VESSEL MAY OPERATE WITH:
ONE    (1) MASTER
ONE    (1) ABLE SEAMEN
FOUR   (4) PERSONS IN ADDITION TO CREW

WHEN VESSEL IS OPERATING ON RIVERS, LAKES, BAYS AND SOUNDS EXCEPT THE GREAT LAKES ROUTES, VESSEL MAY OPERATE
WITH:
ONE    (1) MASTER
ONE    (1) MATE
TWO    (2) DECKHANDS
THREE  (2) PERSONS IN ADDITION TO CREW

WHEN VESSEL IS OPERATING ON RIVERS, LAKES, BAYS AND SOUNDS EXCEPT THE GREAT LAKES ROUTES, NOT EXCEEDING TWELVE
(12) HOURS IN ANY TWENTY-FOUR (24) HOURS PERIOD, VESSEL MAY OPERATE WITH:
ONE    (1) MASTER
ONE    (1) DECKHAND
FOUR   (4) PERSONS IN ADDITION TO CREW

THIS VESSEL HAS BEEN CERTIFICATED IN ACCORDANCE WITH THE TOWING SAFETY MANAGEMENT SYSTEM (TSMS) OPTION,
UTILIZING THE EXTERNAL SURVEY PROGRAM. THE TOWING VESSEL INSPECTION BUREAU IS THE APPROVED THIRD PARTY
ORGANIZATION. THE TSMS CERTIFICATE NUMBER ASSOCIATED WITH THIS VESSEL IS CMT-2018-99.

THIS COI IS ISSUED IN CONSIDERATION OF THE PROVISIONS CONTAINED IN 46 CFR PART 138, ON THE BASIS OF OBJECTIVE
EVIDENCE PROVIDED BY THE TOWING VESSEL INSPECTION BUREAU, AN APPROVED THIRD PARTY ORGANIZATION, AND THE VESSEL
POSSESSES A VALID TSMS CERTIFICATE.

THIS CERTIFICATE IS VALID ONLY SO LONG AS THE OPERATING RESTRICTIONS IN THE VESSEL'S STABILITY LETTER, ISSUED
BY THE AMERICAN BUREAU OF SHIPPING, DATED 22JAN2020, ARE OBSERVED. ROUTE AUTHORIZED PROVIDED RESTRICTIONS ON
CURRENT INTERNATIONAL LOAD LINE CERTIFICATE ARE MET.

THE PERSON IN CHARGE OF ANY TRANSFER OF FUEL OIL REQUIRING A DECLARATION OF INSPECTION SHALL MEET THE
REQUIREMENTS OF 33 CFR 155.710(e)(1).

IMMERSION SUITS ARE NOT REQUIRED WHEN VESSEL IS OPERATING BETWEEN 32 DEGREES NORTH AND 32 DEGREES SOUTH
LATITUDE.
```

## ---Hull Exams---

| Exam Type | Next Exam | Last Exam | Prior Exam |
|---|---|---|---|
| DryDock | 31Jan2023 | 22Jan2020 | |
| Internal Structure | 31Jan2023 | 22Jan2020 | |

## ---Lifesaving Equipment---

Total Equipment for 6 Persons

| Primary Lifesaving Equipment | Quantity | Capacity | | Required |
|---|---|---|---|---|
| Lifeboats (Total) | 0 | 0 | Life Preservers (Adult) | 8 |
| Lifeboats (Port) | 0 | 0 | Life Preservers (Child) | 0 |
| Lifeboats (Starboard) | 0 | 0 | Ring Buoys (Total) | 4 |
| Motor Lifeboats | 0 | 0 | With Lights | 2 |
| Lifeboats With Radio | 0 | 0 | With Line Attached | 1 |
| Rescue Boats/Platforms | 0 | 0 | Other | 0 |
| Inflatable Rafts | 1 | 6 | Immersion Suits | 8 |
| Life Floats/Buoyant App | 0 | 0 | Portable Lifeboat Radios | 0 |
| Inflatable Buoyant Apparatus (IBA) | 0 | 0 | Equipped With EPIRB? | YES |

# Daily Log

## Mackenzie Rose

06/15/2024



## Logs

| Log Time | Description |
| --- | --- |
| - | Shipyard- Manned |
| - | Shipyard- Manned |
| 01:00 | Underway - Chesapeake Bay - 38'11.8N 76'17.3W CSE177'T speed 9.7kts |
| 03:00 | Underway - Chesapeake Bay - 37'52.8N 76'09.7W CSE185'T speed 10.5KTS N10 1'Chop |
| 05:00 | Underway - Chesapeake Bay - 37'33.9N 76'07.2W CSE171'T speed 9.4KTS N 10KTS 1'Chop |
| 05:30 | Change of Watch - Safety - Security Rounds - Chesapeake Bay - Watch Change Completed |
| 06:57 | Underway - Chesapeake Bay - 37'16.5N 76'08.5W CSE194'T Speed 9.9KTS N15KTS 2'Chop |
| 08:10 | Other - Chesapeake Bay - Called Brian Hale from Sabine Marine Surveyor. Plan on meeting on arrival approximatly 11:15 |
| 08:50 | Underway - Norfolk, VA - Thimble Shoals light |
| 10:18 | Change of Watch - Safety - Security Rounds - Norfolk, VA - watch change complete. |
| 11:30 | Arrive Light Boat - Norfolk, VA - arrive at Barge, meet with Brian Hales Surveyor |
| 15:00 | Underway - Norfolk, VA - departed with Weeks 281 Barge. |
| 16:30 | Incident - Norfolk, VA - Mate James Morrissey reports the auto pilot was not completely turned off he was able to correct and switch back over to hand steering and begin backing on the Weeks 281 Barge and maneuvered the barge alongside fendering on the North and PBL RR Bridge, photo taken. proceed slowly away from bridge. |

| | |
|---|---|
| 18:20 | Other - Norfolk, VA - in Navy Anchorage, break loose take photos of Barge. "No Damage Detected" |
| 19:00 | Underway - Norfolk, VA - on Towire stream tow underway to NY. |
| 20:55 | Underway - Norfolk, VA - 36'58.8N 76'09.0W CSE 108'T Speed 6.6KTS N15 1' Chop |
| 21:33 | Underway - Norfolk, VA - Stream tow to 3 plus layers out |
| 23:00 | Underway - NB Atlantic - 36'56.0N 75'54.2W CSE97'T SPEED 7.9 KTS LIGHT WIND AND SEAS |
| 23:30 | Change of Watch - Safety - Security Rounds - NB Atlantic - WATCH TURNOVER COMPLETED. |

## Crew Onboard

| Name | Position | Time | On / Off |
|---|---|---|---|
| *Christopher Miller* | *Master* | - | - |
| *Jarkeis Morrisey* | *Deckhand* | - | - |
| *Jason McGrath* | *Engineer* | - | - |
| *Sharif Porter* | *Deckhand* | - | - |
| *James Morrissey* | *Master* | - | - |