# EXHIBIT 9



| 7.16   LOOK OUT |
|---|
| Revision Date: July 1, 2021 |

**Look-Out -** Every vessel shall at all times maintain a proper look-out by sight and hearing as well as by all available means appropriate in the prevailing circumstances and conditions so as to make a full appraisal of the situation and of the risk of collision. *From 33 CFR 83 Rule 5*

**Requirements for a Look-out**

In determining the requirement for a look-out, the person in charge of the navigational watch must take full account of the relevant factors including, but not limited to:
- State of the weather.
- Visibility.
- Traffic density.
- Proximity of dangers to navigation.
- The attention necessary when navigating in areas of increased vessel traffic.
- Crew members medical certificate MUST state "Fit for Look-out Duty: Y"

**Procedures**

A look-out should be added when necessary to:
- Maintain a state of vigilance with regard to any significant change in the operational environment.
- Appraise the situation and the risk of collision/allision.
- Anticipate stranding and other dangers to navigation.
- Detect any potential hazards to safe navigation.

A look-out shall be added when entering any port channel or at any waterway intersection. The lookout may remain in the wheelhouse <u>if</u> visibility, weather and traffic conditions permit.

**One-Man Bridge Operations**

"On vessels where there is an unobstructed all-around view provided at the steering station, as on certain pleasure craft, fishing boats, and towing vessels, or where there is no impairment of night vision or other impediment to keeping a proper look-out, the watch officer or helmsman may safely serve as the look-out. However, it is expected that this practice will only be followed after the\ situation has been carefully assessed on each occasion and it has been clearly established that it is prudent to do so. Full account shall be taken of the weather, conditions of visibility, traffic density, and proximity of navigational hazards. It is not the intent of these rules to require additional personnel forward, if none is required to enhance safety."

*Senate Report N. 96-979, 96th Congress, 2nd Session (1980) at 7-8*

46 CFR 140.630 / 33 CFR 83 Rule 5