# EXHIBIT 11

Outbound Norfolk Southern Branch w Week 281, Experienced a Steering malfunction Causing tug and Barge to Turn To Port and Touch up on Bridge before It could Be Corrected, No Damage to Barge and No visible Damage to Bridge,

CARVER 000094