# EXHIBIT 14

| | |
|---|---|
| **Sent:** | 6/20/2024 7:52:41 AM |
| **From:** | Leonard Baldassare <lbaldassare@carvercompanies.com> |
| **To:** | Palomba "Meghan E LT USCG SEC VIRGINIA (USA)" |
| **Cc:** | "Brian Moore" |
| **Bcc:** | |
| **Importance:** | 3 (Normal) |
| **Subject:** | Re: MACKENZIE ROSE - Bridge Allision |
| **Attachments:** | VDR 19JUN2024.pdf , MACKROSE REPORT 1.pdf , MACKROSE REPORT 2.pdf , MACKROSE REPORT 3.pdf |

---

Good Morning LT Palomba,
I appreciate you taking the time to speak with me this morning and the last few days in regard to this incident. As discussed on the phone this morning I have attached the USCG requested 2692 paperwork, I am hoping to have my investigation, crew statements and crew matrix completed by the end of day today for you.
Attached should be the 2692A, 2692B, Barge Addendum form and VDR.
Please let me know if you any additional information is needed in this batch of documents
Thank You
Lenny Baldassare
Port Captain
Carver Marine Towing
(838) 207- 2960



**From:** Palomba, Meghan E LT USCG SEC VIRGINIA (USA)
**Sent:** Tuesday, June 18, 2024 1:38 PM
**To:** Leonard Baldassare
**Cc:** Brian Moore
**Subject:** MACKENZIE ROSE - Bridge Allision
Good afternoon Mr. Baldassare,

Thank you for taking my call earlier. As discussed, on June 17, 2024, Coast Guard Sector Virginia received notification that the towing vessel MACKENZIE ROSE and its tow allided with BeltLine Railroad Bridge in Chesapeake, VA on Saturday June 15th, 2024. To aide and expedite the Coast Guard's marine casualty investigation, I am requesting the documentation listed below.

Requested Documents:

1. CG-2692 and all relevant addendums, which are attached for your convenience. Please note that these forms are due within five days in accordance with 46 CFR 4.05-10(a). The drug and alcohol testing addendum (CG-2692B), even though timeframes have passed, still needs to be filled out with the explanation in box 7.
2. Written Statements from all crew members onboard the vessel on June 15th, 2024.  At a minimum, statements should include a description of the incident, why the incident occurred, weather conditions, what actions were taken in response to the incident, and what measures could be put in place to prevent the recurrence of future casualties of a similar nature. Please include estimated times of events. Additionally, for the Master and the Mate on watch at the time, please address the reason for not reporting the allision to the Coast Guard. (A template is attached, but does not need to be the form used if you have a different template)

CARVER ESI 001274

3. Involved Parties Worksheet (attached)
4. Photos of the barge where impact was made
5. Copy of logbook entries related to this incident, and all logbook entries made on June 15th, 2024
6. Copy of internal company report/investigation once complete, if conducted
7. Voyage Data Form (attached)
8. Copies of Company Policies, TSMS, SMS, etc. that discuss reporting marine casualties to the Coast Guard

Please confirm receipt of this email.

Thank you for your assistance, and please feel free to reach out with any questions.


Very Respectfully,

LT Meghan Palomba
Marine Investigator
Sector Virginia
571-613-1591

CARVER ESI 001275