# GROUP EXHIBIT 15



RE: Incident Report

Date: 15 JUNE 2024
Time of Incident: 1630
Name : Chris Miller
Position: Master
Manager: Lenny Baldassare
Division: Carver Marine Towing

Description of incident in your own words:

While off watch in my room I felt the vessel slow down and felt us sliding. I went up to the wheelhouse to check on the Mate and he informed me that had gotten out of shape upon his approach to the bridge. He was able to safely maneuver the tug and to through the bridge resting on some bridge fendering. I stayed up with him as we navigated through. The event was submitted into our log. There was no damage to the tug, tow, or bridge as we had full steering and propulsion coming through the bridge.

Christopher Miller
Master- MACKENZIE ROSE
Carver Marine Towing

*Christopher Miller* (signature)



RE: Incident Report

Date: 15 JUNE 2024
Time of Incident: 1630
Name : Jarkeis Morrisey
Position: Deckhand
Manager: Lenny Baldassare
Division: Carver Marine Towing

Description of incident in your own words:

I was on watch preparing dinner for the crew when I felt the boat slow down. I went up to the wheelhouse and the Mate informed me that he had gotten out of shape and was going to need to land on the bridge fendering to safely navigate through the bridge. We were able to come through the bridge and continue. The Mate sent me out on the barge to inspect if there was any damage. I did not see any damage upon walking the barge.

Jarkeis Morrisey
Deckhand
Carver Marine Towing

CARVER 000072



RE: Incident Report

Date: 15 JUNE 2024
Time of Incident: 1630
Name : Sharif Porter
Position: AB Deckhand
Manager: Lenny Baldassare
Division: Carver Marine Towing

Description of incident in your own words:

At approximately 1630 I was off watch in my room. I felt the boat slide and thought we had popped a push gear. I put my gear on and headed out on deck to check the push gear however I noticed we had landed against the fenders of the bridge to slide through safely.

Sharif Porter
AB Deckhand
Carver Marine Towing

*[signature]*

CARVER 000084



RE: Incident Report

Date: 15 JUNE 2024
Time of Incident: 1630
Name : Jason McGrath
Position: Engineer
Manager: Lenny Baldassare
Division: Carver Marine Towing

Description of incident in your own words:

At approximately 1630 I was in my room completing my engine room paperwork, I felt the boat slow down and shimmy. I went outside to look and saw that we had landed on the bridge fendering. I immediately went down in the engine room to make sure there was no issues. I then proceeded to the wheelhouse the mate informed me that he had touched up on the bridge fendering. There was no noticeable damage.

Jason McGrath
Engineer
Carver Marine Towing

CARVER 000082