# EXHIBIT 16

From: +15187084887 (owner)
To: +18455944410 Brian Moore

Ok

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/26/2024 6:04:47 PM(UTC-4) | | |

Status: Sent

6/26/2024 6:04:47 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x77EA2D (Table: message, handle; Size: 26599424 bytes)

---

From: +15187084887 (owner)
To: +18455944410 Brian Moore

Please give me a call about the incident report in regard to the steering. I can update with steering veered off course?

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/28/2024 9:53:04 AM(UTC-4) | | |

Status: Sent

6/28/2024 9:53:03 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7A6433 (Table: message, handle; Size: 26599424 bytes)

---

From: +15187084887 (owner)
To: +18455944410 Brian Moore

Anything else?

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/28/2024 9:53:18 AM(UTC-4) | | |

Status: Sent

6/28/2024 9:53:17 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7A7F4A (Table: message, handle; Size: 26599424 bytes)

---

From: +18455944410 Brian Moore
To: +15187084887 (owner)

I'll call you very shortly but his interview statement to CG said it never went hard over and it was midship the entire time.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +15187084887 | | 6/28/2024 10:01:32 AM(UTC-4) | |

Status: Read

6/28/2024 10:01:19 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7A7CC9 (Table: message, handle; Size: 26599424 bytes)

CARVER ESI 001897