# EXHIBIT 17

■ Entry         @ 0 Attachments

**Entry Type ***

Incident

**Time ***  06/15/2024

16:30

Logged by

Christopher (Chris) L...

Location

Norfolk, VA

Description

Mate James Morrissey reports the auto pilot was not completely turned off he was able to correct and switch back over to hand steering and begin backing on the Weeks 281 Barge and maneuvered the barge alongside fendering on the North and PBL RR Bridge, photo taken. proceed slowly away from bridge.

Delete                    Cancel

CARVER ESI 000523