# EXHIBIT 18

# Daily Log
## Mackenzie Rose
06/15/2024



## Logs

| Log Time | Description |
| --- | --- |
| - | Shipyard- Manned |
| - | Shipyard- Manned |
| 01:00 | Underway - Chesapeake Bay - 38'11.8N 76'17.3W CSE177'T speed 9.7kts |
| 03:00 | Underway - Chesapeake Bay - 37'52.8N 76'09.7W CSE185'T speed 10.5KTS N10 1'Chop |
| 05:00 | Underway - Chesapeake Bay - 37'33.9N 76'07.2W CSE171'T speed 9.4KTS N 10KTS 1'Chop |
| 05:30 | Change of Watch - Safety - Security Rounds - Chesapeake Bay - Watch Change Completed |
| 06:57 | Underway - Chesapeake Bay - 37'16.5N 76'08.5W CSE194'T Speed 9.9KTS N15KTS 2'Chop |
| 08:10 | Other - Chesapeake Bay - Called Brian Hale from Sabine Marine Surveyor. Plan on meeting on arrival approximatly 11:15 |
| 08:50 | Underway - Norfolk, VA - Thimble Shoals light |
| 10:18 | Change of Watch - Safety - Security Rounds - Norfolk, VA - watch change complete. |
| 11:30 | Arrive Light Boat - Norfolk, VA - arrive at Barge, meet with Brian Hales Surveyor |
| 15:00 | Underway - Norfolk, VA - departed with Weeks 281 Barge. |
| 16:30 | Incident - Norfolk, VA - Mate James Morrissey reports the auto pilot was not completely turned off he was able to correct and switch back over to hand steering and begin backing on the Weeks 281 Barge and maneuvered the barge alongside fendering on the North and PBL RR Bridge, photo taken. proceed slowly away from bridge. |

CARVER 000056   Page 1 / 2