# EXHIBIT 20

```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF VIRGINIA
                           Norfolk Division
                             In Admiralty


               CIVIL ACTION NO: 2:24-cv-00490


In the Matter of COEYMANS MARINE
TOWING, LLC D/B/A CARVER MARINE
TOWING as Owner and Operator of M/T
Mackenzie Rose, (IMO No. 8968765) her cargo,
engines, boilers, tackle, equipment, apparel, and
appurtenances, etc., in rem, petitioning for
Exoneration from or Limitation of Liability in
allision with Norfolk and Portsmouth Belt Line
Railroad Company Main Line Railroad Bridge
occurring June 15, 2024 in and about the
Elizabeth River, Virginia.
_____


                        DEPOSITION OF
                 CAPTAIN NICHOLAS J. LEWIS


              Taken on Behalf of the Claimant

     DATE TAKEN:     August 13, 2025
     TIME:           12:00 p.m. - 5:15 p.m.
     PLACE:          6767 N. Wickham Road
                     Melbourne, Florida


          Examination of the witness taken before:

                Yvette S. Harrison, RPR, FPR,
                       Court Reporter
          and Notary Public, State of Florida at Large.
```



```
 1        Q.   And your review of documents and his later
 2   statement concluded that either he didn't do both, press
 3   the button or turn the switch or he pressed the button
 4   and didn't turn the switch; right?  One of those?
 5        A.   Yeah.  He did something wrong.
 6        Q.   Okay.  And so based on the later statement when
 7   he finally fessed up I guess is the term he didn't -- the
 8   rudder didn't go hard over as far as your review, right,
 9   when you reviewed all the documents; is that fair to say?
10        A.   Yes.
11             MR. JETT:  Object to the form.
12   BY MR. RODGERS:
13        Q.   And did you also review the Rose Point data,
14   you know, the computer track?
15        A.   Yes.
16        Q.   And would you agree that it does not on its
17   face show the track going hard left at all, it shows a
18   gradual movement to the left; correct?
19        A.   Correct.
20        Q.   So if as a tug captain and as an expert
21   reviewing that, would you agree supports his later story
22   as opposed to his first story which was the rudder went
23   hard left?
24        A.   Yes.
25        Q.   Okay.  And is that -- have you ever dealt with
```

