

July 2, 2025

## Norfolk Bridge Hit and Run Allision
YAES Project No. ES-20242476



**Prepared For:**

Zach Jett

Butler Weihmuller Katz Craig LLP

11525 N. Community House Road

Suite 300

Charlotte, NC 28277

*zjett@butler.legal*

**Prepared By:**

YA Engineering Services, LLC



Zane Sadik, PE  VA# 402051193

Digitally signed by Zane Sadik, PE  VA# 402051193
DN: C=US, E=Zane.Sadik@yaGroup.com, O=YA Group, OU="Director of Engineering ", CN="Zane Sadik, PE  VA# 402051193"
Location: Ponte Vedra Beach, FL
Reason: I am the author of this document
Contact Info: zane.sadik@yagroup.com
Date: 2025.07.02 15:51:31-04'00'

*7/2/2025*

_____

**Prepared by: Mr. Zane Sadik, PE, PMP, CGC, DFE**
Director of Engineering

_____

**Reviewed by: Mr. Joshua M. Thompson, PE**
Senior Managing Engineer

EXHIBIT 2

## Table of Contents

*Introduction*.............................................................................................................................. 3

*PROPERTY and incident Background*........................................................................................ 4

*On-SITE Investigation* .............................................................................................................. 4

*Findings*.................................................................................................................................... 5

*Document Review*..................................................................................................................... 5

*Discussion* ............................................................................................................................... 7

*Conclusions*.............................................................................................................................. 9

*Closing*.................................................................................................................................... 10

*Appendix A – LINK TO DRONE 2D/3D MAP, VIDEO AND PANORAMICS* .......................... 11

*Appendix B – Zane Sadik PE, PMP, CGC, DFE CURRICULUM VITAE* ...................................... 12

*Appendix C – Zane Sadik PE, PMP, CGC, DFE Trial and Depositon List* ................................. 13

*Appendix D – Zane Sadik PE, PMP, CGC, DFE  - List of representative CEU* .......................... 14

*Appendix E – Referenced Figures* ........................................................................................... 15

## INTRODUCTION

YA Engineering Services, LLC (YAES) and engineer Zane Sadik, PE, PMP, CGC, DFE of YAES (Sadik) were retained by Zach Jett of Butler Weihmuller Katz Craig LLP., on behalf of his client, Evanston Insurance Company, to provide expert consulting advisory services relating to the origin and cause of the hit and run allision in Norfolk Viriginia and related property damage. The bridge in question is a moveable railroad bridge and is located in Norfolk, Virigina, crossing the Elizabeth River. It is located north of the South Norfolk Jordan Bridge and the address listed on google is Elizabeth River Way, Chesapeake, VA 23324. The purpose of this review was to determine what caused or contributed to damage of the bridge in question, which is owned and operated by the Norfolk Portsmouth Belt Line Railroad and to provide a replacement cost value (RCV) estimate and an actual cost value estimate for a full bridge replacement. YAES was also asked to review the invoices of the project and advise Evanston Insurance Company during their involvement if payments from Evanston Insurance Company to Norfolk Portsmouth Belt Line railroad for items submitted up to $10 million, which is the policy limits, were reasonable, related and necessary. YAES was requested to perform a review of materials, a site observation, research, and provide a written report discussing our findings related to the reported event and resulting damages.

This report is in part drawn from the site observation performed on July 29, 2024. Appendix A to this report is a link to the drone 2D map and 3D model along with 360 walk throughs.

Sadik also relied upon his extensive background in the engineering and construction fields. He obtained his Bachelor of Science in Civil Engineering at the University of Delaware, which included courses in construction, as well as structural engineering courses involving bracing, concrete and steel design.  While working as a Structural Engineer at Morabito Consultants, he worked on several precast, concrete and steel designs. While working at Johnson, Mirmiran, and Thompson (JMT), he worked on several projects involving the design and construction oversight of projects which involved bringing a damaged structure back up to a level of service. Some of these damaged and rehabilitation projects involved crane rail rehabilitation on the port of Baltimore.

While working at JMT, Sadik attended night school at Johns Hopkins where he obtained a Masters in Civil Engineering with a focus on Structural Engineering. He then went to the CSX Railroad for a position as a Field Manager in the Load Engineering and Designs group. He helped design loading patterns and on-boarding of new customers, along with helping aid in derailment recovery events. These events often involved bridges and at times bridges which had failed or partially failed and were in need of repair or replacement. While at CSX, Sadik had the opportunity to oversee construction and operation of the Casky project, the first new railroad yard in decades, as a lead project manager over the $100 million project. Casky involved several buildings, automation, fuel storage facilities, and numerous other engineering considerations. Sadik received the highest award at CSX at the time for his involvement in the project, the Chairman's Award of Excellence. Later at his time at CSX, Sadik was able to help run the moveable bridge initiative. This involved the rehabilitation and at times the replacement of railroad bridges in order to get them to a state of operation which could be reliably automated.

Sadik's CV is attached to this report as Appendix B; his trial and deposition list is attached as Appendix C; a representative sample of his continuing education coursework is attached as Appendix D.

Norfolk Bridge Hit and Run Allison
Origin and Cause

YAES No. ES- 20242476
July 1, 2025

## PROPERTY AND INCIDENT BACKGROUND

The current Norfolk & Portsmouth Belt Line Railroad (NPBLRR) moveable bridge which crosses the south Branch of the Elizabeth River located in Norfolk, Virigina was built between 1955 and 1958 (from online records). The bridge which exists here today replaced an older swing-span moveable bridge which was built in 1898. (Figure 1). The original bridge was reported to have had a narrow clearance and was misaligned with a nearby highway bridge, which made navigation difficult for boats or vessels in the channels. The new lift bridge has a lift span of approximately 378 feet in length and provides a horizontal channel clearance of approximately 300 feet and a vertical clearance of approximately 135 ft depending on tide.

YAES was informed that the last train that crossed the Elizabeth River Bridge was on June 14, 2024. This was L252-14 which crossed the bridge headed to Rocky Mount, NC. The bridge operated this day without incident.  This was the day prior to the incident which is shown in video footage to have occurred on June 15, 2024. The railroad did not work over the weekend so the train that informed the NPBLRR of the damage was the L25317 on Monday, June 17th, 2024.

The NPBLRR notified their insurance carrier Evanston Insurance Company and then hired a General Contractor (PCL) and specialty structural engineering firm, Hardesty & Hanover, LLC (H&H) to help access their bridge and either repair or replace the bridge.  H&H ultimately decided the bridge could be repaired and an entire bridge replacement was not necessary.



*Figure 1:  Aerial view Elizabeth River Lift Bridge via Google imagery dated March 12, 2025*

## ON-SITE INVESTIGATION

YAES visited the subject property on July 29, 2024. A representative of NPBLRR allowed access to the property. Mr. Zach Jett, along with PCL and other subcontractors, were also in attendance.

A video of the vessel alliding the bridge was played prior to observing the bridge. YAES was informed this video was provided by the industrial property owner on the west side of the bridge which is directly south of a navy property. This video shows what appears to be a clear and sunny day. The vessel appears to be in the video and shows no sign of attempting to avoid the allision. It makes no attempt to slow down prior to the subject hit and run allision.

The bridge was walked and photographed. A 2D map and 3D model was created with the use of a drone. Pictures were taken by handheld camera and a 360 camera, along with photos from a drone were captured during the observation and can be made available upon request.  A link to the 3D model is provided in Appendix A.

## FINDINGS

- The center of the point of impact on the bridge structure to the fender system is approximately 75 feet. The distance from the center of impact to the edge of pier is approximately 50 ft. (Figure 2- Figure 4)
- The north bearing of the approach span was misaligned so far that it was hanging in the air. (Figure 5)
- The counterweight did not appear to be centered.
- The tower supporting the counter weight had been moved with bolts being sheared. (Figure 6)
- Several bracing members were no longer attached near the area of impact. (Figure 7)

## DOCUMENT REVIEW

As part of this investigation, YAES reviewed or evaluated data and information from a number of third-party sources, including, but not limited, to:

- Various emails produced by NPBRR
- Invoices (EVANSTON 003886-004678)
- Procedure for repairing damage to approach span dated July 24, 2024
- Moveable bridges researched
  - Mobile River in Mobile, AL
  - Steel Bridge in Portland Oregon
  - 3-Mile Bridge I Mobile, AL
- Elizabeth River Bridge as-built drawings dated September 10, 1959
- Repair drawings by Hardesty & Hanover, LLC (H&H)
- Deposition of Paul Hudgins dated May 20, 2025
- PMI - A Guide to the Project Management Body of Knowledge PMBOK®, 7th edition

### Mobile River (Similar lift bridge recently constructed)

YAES reviewed a similar lift bridge which was recently constructed for the purposes of cost estimating and as a benchmark for useful life. This Bridge is located in Mobile River, Alabama and



is a moveable railroad bridge. This bridge is a lift bridge today and is believed to have been completed on or around 2011. This bridge replaced an existing bridge named the "14-mile bridge" over the Mobile River. The 14-mile bridge was constructed in 1925 according to CSX and was a swing span bridge. This original 14-mile swing span provided a 146-foot channel clearance for vessels and was in working condition. The bridge was replaced in order to provide a larger clear span for vessels.

The new Mobile River bridge provided an improved channel span of approximately 300 ft of horizontal clearance for vessels and a 60 ft vertical clearance. The horizontal clearance was approximately double to the original 14-mile bridge it replaced. This is the same reason why the Elizabeth River bridge was replaced in the 1950s, which was to increase the width of the horizontal channel clearance.

According to a CSX article,

> *"The Coast Guard determined that the current bridge was an unreasonable obstruction to navigation, impeding increased marine traffic, and began working with CSXT to design a new, wider navigation span"*

The existing bridge was approximately 83 years old when it was replaced for the benefit of marine traffic. The 14-mile bridge did not get a chance to fulfill is expected useful life due to vessel constraints and Coast guard direction.

In 2009 this bridge was estimated to cost approximately $72 million. YAES was informed this bridge had a total cost of approximately $110 million when it was finally complete and in service.

This project took approximately 2 years from start to finish and required significant coordination with the Coast Guard, railroad, design, and other involved parties.

## RS Means price index

The RS Means index in stated to be a "Historical Cost Index" that can be used to convert national average building costs at a particular time to approximate building cost for some other time. This price index in July 2011 was 191.2 in July 2024, 2024, is 294.8

If we use this ratio, we get 2024 compared to 2011 as (294.8/191.2) = 1.5418.  If we multiply the approximate cost of the Mobile River bridge by this amount 110 x 1.5418, we get a project 2024 cost of $169 million.

In summary, using the RS Means price index and using the approximate cost of the Mobile River bridge project of $110 million, this same project would cost around $169 million in 2024.

## Moveable bridges

Below is a list of some moveable bridges by name, location and their current age or age at time of replacement

Mobile River - swing bridge to lift bridge– Mobile, AL

- was approximately **83 years old** at time of replacement
  - o The bridge was not in need of replacement due to mechanical or structural issues and was operational leading up to the date of replacement.


EXHIBIT 2

Norfolk Bridge Hit and Run Allison
Origin and Cause

YAES No. ES- 20242476
July 1, 2025

       ○  Bridge was replaced on order to have a large navigation channel for vessel traffic. This was directed by the Coast Guard.

Bayou Sara - swing bridge – Mobile, AL

- was over 100 years old at time of replacement (10 years of service at the original site, then relocated for the remaining 90 plus years) -replaced in 2017

3-mile bridge – swing bridge – Mobile, AL

- Is in service today. Believed to have been built in the 1920's
  - ○ YAES was informed this bridge is approximately **100 years old.**

Steel bridge - Lift bridge – double deck – Portland Oregon

- Bridge is over **110 years old** today and still in service.

## Bridge design life span

Bridges have a considerable design life span.

According to an article by the DOT *"the current goal with new construction is 100-years."*

According to an article published in the 2019 International Association for Bridge and Structural Engineering (IABSE) congress, *"the oldest (Railroad) bridges are close to 150 years old".*

Talks with design professionals at class one railroads and contractors both stated that the current planned goal for moveable bridges is a 100 - 150-year life expectancy.

For all of the reason above, a life expectancy of 100 years is used in the ACV calculation later in this report.


## DISCUSSION

From the documents reviewed, education, training, experience and conversations with current railroad employees, and railroad moveable bridge engineers, there are several moveable bridges over 100 years old, and their expected life expectancy is at or over 100 years.  I was involved with the removal and replacement of the railroad moveable bridge replacement  (Bayou Sara) which was replacing a bridge structure over 100 years old. To error on the conservative side, a 100-year life expectancy is used for this actual cost value analysis.

The bridge in question, located in Norfolk, Virginia which crosses the Elizabeth River was built in 1955-1958. This bridge replaced an existing bridge in order to increase the horizontal channel clearance for vessel traffic. This is a very similar reason for the replacement of the 14-mile CSX bridge which was located in Mobile River, AL. That CSX moveable bridge was also an existing swing span which was replaced by a lift bridge. That CSX bridge was not next to a Navy facility and not in a downtown environment. That bridge also had roughly a 300 ft horizontal clearance for vessels which is roughly the same as this Elizabeth River Lift Bridge in question, however, the horizontal clearance is much smaller (~65 ft versus 135 ft). Given these extreme height differences, it is obvious that the structure of the Elizabeth River bridge is much larger and would cost significantly more to build than the CSX Mobile River bridge.

EXHIBIT 2

Norfolk Bridge Hit and Run Allison                                    YAES No. ES- 20242476
Origin and Cause                                                                July 1, 2025

To be overly conservative, using the Mobile River final cost of approximately $110 million in 2011 and the RS means cost index of 191.2 in comparison to the 2024 index of 294.8 provides a 2024 projected cost of $169 million. This is a rough order of magnitude estimate so the actual cost could range from minus 25% to plus 75% (~127M – 296M), as stated in the PMBOK 7th edition, section 2.4.2.2 Estimating. This estimate is at the low end given the following factors for this replacement in Mobile, AL versus this bridge in Norfolk, VA

- The cost index for location. The RS Means cost index by location in 3rd quarter of 2024 is:
  - Mobile, AL = -1.03 (less than avg.)
  - Norfolk, VA = 0.00 ( Avg) or 1.03% higher than Mobile Alabama.
- Coordination with the US navy who has a facility next to the railroad tracks in Norfolk, VA
- Coordination with the Coast guard in a heavily traveled waterway in a city environment with Military security constraints
- The fact that this bridge is over 2 times taller than the one in Mobile, AL.
- Cost of having to either:
  - reroute traffic for an extended period of time – possible over 2 years
  - or to repair the bridge first, then work with the coast guard and military for an outage, then still replace the bridge.

Given that the life expectancy of these structures is between 100-125 years (using 100 years) and that this structure was 66 years when it was impacted (1958 to 2024) the structure would have roughly 34 years of expected useful life remaining or 34% at the low end.  34% of the conservative replacement cost above $169 million is approximately $57 million. YAES typically and consistent with industry standards performs an ACV on the replacement and not on repairs. This was also what the scope given to YAES on this specific project.

The repairs costs submitted and provided to YAES total to be approximately $11 million for invoices through February 10, 2025.  $11 million is significantly less than $57 million. The repair was also the fastest means of getting the bridge back into service and to minimize the added cost and time for the rerouting of trains.

This repair was done like and kind to the extent possible. This repair involved using steel to repair a steel bridge. It is standard practice to use bolts when repairing an old riveted steel structure as rivets are no longer a standard practice. Bolts have a much lower installation cost, making them more appealing as well. Temporary piers were installed to brace or hold the load of the damaged bridge while repair work was being completed. The courier weight had to be recentered and rebalanced. This repair was a necessary expense, and the open and obvious choice to minimize further delays to trains being rerouted.

This repair was not a betterment. A steel bridge was repaired with steel. The original bridge was never hit by a vessel. It would be unreasonable to say that a repaired bridge that was hit and repaired with similar materials is a betterment over the same bridge which was never hit or damaged by a vessel. It is reasonable to say that this bridge would now be less valuable since it was repaired after hit and run allision in the event of a sale.

Using a different approach and not basing the cost of the new bridge from a similar railroad bridge on the Gulf Coast, the non-movable section of the bridge could be estimated to be replaced at roughly 20K per linear foot during my time at CSX. This cost is now roughly 30k – 40k per linear foot accounting for inflation. This calculation will use the lower end of the range to error on the conservative side. The approach section up to the lift that was damaged is roughly 350 ft. The opposite side of the channel where the other tower lands would also need to be replaced. This approach section is roughly 180 ft. This is roughly 530 linear feet x 30k/ft = $15.9 million. Based on my experience in the industry the cost of approximately 10k/sqft is used for the moveable section and tower supporting structure. The moveable section has 2 towers and a span. The towers are about 196 x 19 = 3,724 sqft x 2 = 7,448 sq ft. The moveable span is about 19X378 = 7,182 sqft.  Total sqft = 14,630 sqft x 10k/sqft = 146.3 million.  The rough order of magnitude estimate for the new bridge, which reuses some of the approach on the east end, comes to approximately $162.2 million.

It is important to note that this estimate does not include:

- The additional costs and delays for any railroad traffic being rerouted during this 2 year plus project;
- How long will the coast guard allow for a channel outage. (this could be very limited and increase costs);
- How long and when would the US Navy allow for a channel outage. (this could be very limited and increase costs);
- The likely increase in cost for steel and materials with the current tariffs and other global economic concerns; or,
- Costs associated with the powerlines and utility coordination

## CONCLUSIONS

Based on the review of materials provided, materials researched, site observations, conversations, and the education and experience of Sadik (who is both an engineer and a contractor), YAES is able to conclude the following to a reasonable degree of engineering certainty:

1. A tug that allided with the bridge structure causing the property damage observed.

2. The channel at the Elizabeth River bridge is approximately 300 ft wide and the vessel that allided with this bridge in question was over 200 feet from the center of the channel. (approximately 225').

3. Moveable railroad bridges have a proven record of remaining in service for over 100 years.

4. Railroad and other bridges planned life expectancies are 100 years +.

5. To error on the conservative side and using a 100-year life expectancy from the 100–125-year range, this bridge in question had at least 34% or 34 years of its useful life remaining.

6. The calculated RCV for this bridge, based on a similar lift bridge that is much smaller in height, and using the RS Means Cost index is $169 million in 2024 dollars. Using 34% of remaining useful life gives an ACV of approximately $57 million.

7. If using the other calculated RCV of $162 million, the ACV would be approximately $55 million.

Case 2:24-cv-00490-MSD-LRL    Document 103-2    Filed 09/03/25    Page 10 of 159
PageID# 3327

Norfolk Bridge Hit and Run Allison
Origin and Cause

YAES No. ES- 20242476
July 1, 2025

    a.   These estimates are at the early stages of the project and are expected to range from -25% to + 75%.

8.   The repair was done in like in kind to the extent possible and was not an upgrade or betterment.

9.   The repair costs paid by Evanston Insurance Company are fair, reasonable and necessary for this repair work directly resulting from the June 15th, 2024, hit and run allision.

## CLOSING

YAES appreciates the opportunity to assist Butler Weihmuller Katz Craig LLP with this project. Our conclusions and recommendations are based on the conditions accessible and visible at the time of our inspection and on the information contained in the records and reports discussed herein. Should additional information become available, please forward to us so that we may review and consider it. We reserve the right to amend this report should new information become available.  Please contact Mr. Sadik, PE, PMP, CGC, DFE if you have any questions or require additional services related to this project.

## APPENDIX A – LINK TO DRONE 2D/3D MAP, VIDEO AND PANORAMICS

1. Drone Map and Model
   a. *https://www.dronedeploy.com/app2/sites/66a16274ac5b4d605a016dfa/maps/66a93e72340241426ae7815f?jwt_token=eyJ0eXAiOiJKV1QiLCJhbGciOiJIUzUxMiJ9.eyJpZCI6ljY2YTkzZTc1NWFiZDcyM2U5ZTI4ZmYxNSIsInR5cGUiOiJQdWJsaWNTaGFyZVYyIiwiYWNjZXNzX3R5cGUiOiJwbGFuIn0.7K0njDNot2uFiRVs-ToeuICsZW8vtZaEyh33b1ClNevUWBGV-M5I-E4ZKbYyQ376n03IEeDF_EHrwiN23QLH-A*
2. 360 walkthrough
   a. *https://www.dronedeploy.com/app2/sites/66a16274ac5b4d605a016dfa/pano-viewer/66a93d9b340241426ae7815b/237?jwt_token=eyJ0eXAiOiJKV1QiLCJhbGciOiJIUzUxMiJ9.eyJpZCI6ljY2YTk4ZDEwYzk2YmUyZTZiZmZhYWYxMSIsInR5cGUiOiJQdWJsaWNTaGFyZVYyIiwiYWNjZXNzX3R5cGUiOiJzaW5nbGVWNZWRpYSJ9.MVHWsN5DeNlqX-HRTWccn8M4-5vf2foqCRCb0Lzhvvwx7SMbqVBs-6_06CAbrBGHnkYwLKn4LQ1aC2sfGenFtw*

EXHIBIT 2

## APPENDIX B – ZANE SADIK PE, PMP, CGC, DFE CURRICULUM VITAE



# Zane Sadik

**PE, CGC, DFE**

## Director of Engineering

**Department**

**Tel**: (302) 562-3209
**Email**: zane.sadik@yaeservices.com

**Locations**
Jacksonville, FL

## Biography

Zane Sadik is a forensic engineer with over fifteen years of experience in various civil/structural, coastal, and construction investigations. His previous work in engineering and construction has included projects with a wide range of complexity, from small projects to leading construction over 100M. Projects have ranged from single-family home additions to tilt-up designs to wastewater treatment plants, port and harbor design and construction services, new railroad yards, and various projects in between. His drive for continuous improvement has made him a great leader in automation initiatives and has helped him to implement drone and 3d capabilities from numerous litigation cases. His experience with both design and construction, the ability to learn and implement new technologies, disaster response, and on-the-ground decision-making experience have helped clients of all kinds with this unique experience and the general ability for problem-solving.

## Credentials

- PE   |   Professional Engineer
- CGC   |   Certified General Contractor
- DFE   |   Board Certified Diplomate in Forensic Engineering
- PMP | Certified Project Management Professional
- Certified Project Management Professionals
- FAA Certified Drone Pilot
- HAAG Certified Inspector - Residential and Commercial
- Occupational Safety & Health Administration Certificate
- OSHA 40-Hour HAZWOPER
- OSHA 30-Hour Construction
- OSHA 30-Hour General Industry
- Wind Certified Umpire
- Wind Certified Appraiser

## Representative Consulting Assignments

- Civil/Structural | Investigation of hail, wind, storm, and construction related damages to residential, commercial, and industrial roofing systems.
- Construction Defects | Investigation of Commercial and residential construction defect cases ranging from single family homes to wastewater treatment plants.
- Civil/Structural | Determination of the cause and extent of water intrusion, moisture, and related damages as well as cost to repair.
- Premise Liability | Investigation of various premise liability cases ranging from commercial to residential properties.
- Civil/Structural | Determination of the cause, extent, and repairability of structural failures, construction deficiencies, and various impact damages to structures.
- Coastal / Structural / Automation / Fire | Determination of the cause, extent, and repairability of specialty medical prebuilt structures related to the medical marijuana industry.
- Civil/Structural | Investigation of residential and commercial window and

EXHIBIT 2

- geotechnical issues following severe wind, tornado, and hurricane events.
- Catastrophe | Investigation of residential, commercial, and industrial structures for wind and flood-related damages following various hurricanes.
- Railroad | Various railroad accidents or derailments involving injury, loss of life, or damage to project and causation.
- Railroad | Expert witness services including depositions, trials, mediation, and settlement negotiations.

## Professional Experience

- 2023 - Current | Senior Managing Engineer | YA Engineering Services
- 2021 - 2023 | Principal Forensic Engineer | Charles Taylor Engineering Technical Services-Building and Construction
- 2018 - 2021 | Forensic Engineer | CED Technologies Inc.
- 2015 - 2018 | Engineer | CSX Transportation, Inc.
- 2014 - 2015 | Black Belt | CSX Transportation, Inc.
- 2012 - 2014 | Leads Field Manager | CSX Transportation, Inc.
- 2008 - 2012 | Structural Engineer | JMT Inc.
- 2007 - 2008 | Structural Engineer | Morabito Consultants

## Area of Practice

- ADA Compliance Assessment
- Bridge Engineering
- Building Code Upgrade Review
- Building Envelope
- Condition Assessment
- Construction Administration
- Damage Assessment
- Earthquake Engineering
- Failure Analysis
- HVAC and Mechanical Systems
- Historic Preservation
- Litigation Support
- Marine Structures
- Non-Destructive Testing
- Plumbing Systems
- Repair and Rehabilitation Design
- Repair Cost Estimating
- Roofing
- Structural Analysis
- Water Leakage Testing and Analysis

## Education

- John Hopkins University - Master of Science - Civil Engineering - Baltimore - Maryland
- University of Delaware - Bachelor of Science - Civil Engineering - Newark - Delaware

## Licenses

- 38570-E - Alabama - Professional Engineer
- 81451 - Arizona - Professional Engineer
- 22302 - Arkansas - Professional Engineer
- PE.0063621 - Colorado - Professional Engineer

EXHIBIT 2

- PE0031934 - Connecticut - Professional Engineer
- 14834 - Delaware - Professional Engineer
- PE921940 - District of Columbia - Professional Engineer
- 74973 - Florida - Professional Engineer
- CGC1527397 - Florida - Certified General Contractor
- PE044864 - Georgia - Professional Engineer
- 37408 - Kentucky - Professional Engineer
- 44293 - Louisiana - Professional Engineer
- PE18430 - Maine - Professional Engineer
- 41456 - Maryland - Professional Engineer
- 58795 - Massachusetts - Professional Engineer
- 32512 - Mississippi - Professional Engineer
- 24GE05793700 - New Jersey - Professional Engineer
- 105671 - New York - Professional Engineer
- 049120 - North Carolina - Professional Engineer
- PE.90070 - Ohio - Professional Engineer
- PE079776 - Pennsylvania - Professional Engineer
- PE.0015155 - Rhode Island - Professional Engineer
- 38484 - South Carolina - Professional Engineer
- 122937 - Tennessee - Professional Engineer
- 143761 - Texas - Professional Engineer
- 402051193 - Virginia - Professional Engineer
- 025071 - West Virginia - Professional Engineer
- 28463 - Puerto Rico - Professional Engineer
- 1773-E - U.S. Virgin Islands - Professional Engineer

EXHIBIT 2

Norfolk Bridge Hit and Run Allison
Origin and Cause

YAES No. ES- 20242476
July 1, 2025

## APPENDIX C – ZANE SADIK PE, PMP, CGC, DFE TRIAL AND DEPOSITON LIST

Zane A. Sadik, P.E.
Trial and Deposition List

| Date | Deposition/Trial | Case Title | Court Location | Docket No. | Attorney |
|---|---|---|---|---|---|
| 6/26/2019 | Deposition | Walsh/Granite, JV v. HDR Engineering, Inc. | In the United States District Court for the Western District of Pennsylvania (Pittsburgh Division) | 2:17-EV-0058-NBF | Christopher E. Ballod Lewis Brisbois Bisqaard & Smith |
| 4/27/2020 | Deposition | James Strickland v. American Strategic Insurance Corporation | In the United States District Court for the Northern District of Florida Tallahassee Division | 5:19-CV-00154-TKW-MJF | Joseph James Aguda, Jr. Nielsen & Treas, LLC |
| 7/23/2020 | Deposition | Seabranch Partners v. Jeff H. Iravani, Inc. | In the Circuit Court of the Nineteenth Judicial Circuit, in and for Martin County, Florida | 16-CA-000703 | John A. Chiocca Cole, Scott & Kissane, P.A. |
| 9/30/2020 | Deposition | Imahouse, LLC. v. Marketplace Designers, LLC, et al. | American Arbitration Association Construction Arbitration | AAA Case No. 02-19-0000-1899 | Brian Harvell Resnick & Louis, P.C. |
| 12/18/2020 | Deposition | Salbo Construction, Inc. v. Latitude Windows, Inc., et al. | In the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida | CACE 17020200 | Elizabeth M. White Baumann, Gant & Keeley, P.A. |
| 2/4/2021 | Trial | Brayman Construction v. Sucevic Piccolomini & Kuchar Engineering | American Arbitration Association Butler, Pennsylvania | AAA Case No. 01-19-0003-2461 | Bobby M. Palumbi Dinsmore & Shohl LLP |
| | | | | | |

EXHIBIT 2

Zane A. Sadik, P.E.
Trial and Deposition List

| Date | Deposition/ Trial | Case Title | Court Location | Docket No. | Attorney |
|------|-------------------|------------|----------------|------------|----------|
| 4/12/2021 | Deposition | Annie & Attaway Holloman v. Foremost Insurance Company | County Court of the Second Judicial Circuit In and For Gadsden County, Florida Civil Division | 2019-333-CA | Julius F. Parker, III Butler Weihmuller Katz Craig LLP |
| 5/20/2021 | Deposition Continuation | Annie & Attaway Holloman v. Foremost Insurance Company | County Court of the Second Judicial Circuit In and For Gadsden County, Florida Civil Division | 2019-333-CA | Julius F. Parker, III Butler Weihmuller Katz Craig LLP |
| 7/14/2021 | Deposition | W&J Construction Corp. v. McCormack's Painting and Waterproofing | Circuit Court of the Seventh Judicial Circuit In and For Saint Johns County, Florida | CA19-1743 Division 59 | Rebecca A. Ross Gunster |
| 7/23/2021 | Deposition | Charlie & Jennifer Quinn v. Security First Insurance Company | CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT IN AND FOR DUVAL COUNTY, FLORIDA | 16-2019-CA-1118 | Corinne L. Heller Attorney at Law, Corinne L. Heller |
| 7/28/2021 | Deposition | Cumberland Farms, Inc. v. Marco Contractors, Inc. | CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA | 2019-CA-010913 | Christopher A. Cafardi Cafardi Ferguson Wyrick Weis & Gabriel |
| | | | | | |

EXHIBIT 2

Zane A. Sadik, P.E.
Trial and Deposition List

| Date | Deposition/ Trial | Case Title | Court Location | Docket No. | Attorney |
|------|-------------------|------------|----------------|------------|----------|
| 8/2/2021 | Deposition | Lesa Foster v. Walt Disney Parks and Resorts U.S., Inc. | CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA | 2018-CA-006584-O | Kurt Spengler Wicker, Smith, O'Hara, McCoy & Ford, P.A. |
| 9/27/2021 | Deposition | Marathon Ocean Housing v. SHP General Contractor, et al. Investig | CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA | 2019-CA-002974 MB (AF) | John A. Chiocca Kir-Sheng Chen Cole, Scott & Kissane, P.A. |
| 9/28/2021 | Deposition | Charlie & Jennifer Quinn v. Security First Insurance Company | CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT IN AND FOR DUVAL COUNTY, FLORIDA | 6-2019-CA-1118 | Corinne L. Heller Attorney at Law, Corinne L. Heller |
| 10/20/2021 | Trial | W&J Construction Corp. v. McCormack's Painting and Waterproofing | Circuit Court of the Seventh Judicial Circuit In and For Saint Johns County, Florida | CA19-1743 Division 59 | Rebecca A. Ross Gunster |
| 10/25/2021 | Deposition | AAA ROOFMASTERS, INC. a/a/o Lakeside Business Center Condo v. Old Dominion Insurance Company | Circuit Court of the Seventh Judicial Circuit In and For Saint Johns County, Florida | CA20-0686 | Esther Erkan Conroy Simberg |
| | | | | | |

EXHIBIT 2

Zane A. Sadik, P.E.
Trial and Deposition List

| Date | Deposition/ Trial | Case Title | Court Location | Docket No. | Attorney |
|---|---|---|---|---|---|
| 11/18/2021 | Deposition | Luis & Mio Carrillo v. Citizens Property Insurance Corp. Investigation | CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT, IN AND FOR MIAMI-DADE COUNTY, FLORIDA | 2019-029234-CA-01 (30) | Matthew T. McElligott Valiente Law |
| 7/12/2022 | Trial | Luis & Mio Carrillo v. Citizens Property Insurance Corp. Investigation | CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT, IN AND FOR MIAMI-DADE COUNTY, FLORIDA | 2019-029234-CA-01 (30) | Matthew T. McElligott Valiente Law |
| 7/20/2022 | Deposition | Kathleen Nolek v. Disney Vacation Club Management Investigation | CIRCUIT COURT OF THE 9TH JUDICIAL CIRCUIT, IN AND FOR ORANGE COUNTY, FLORIDA | 2019-CA-011779-0 | Lindsey Freeman Wicker Smith |
| 8/12/2022 | Deposition | JUAN TEODORO and ERIN TAYLOR V. KISH ENTERPRISES, INC. d/b/a KTS GROUP, and KTS HOMES, LLC V. VANCE BROTHERS CONSTRUCTION, INC.; | CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR LEE COUNTY, FLORIDA | 20-CA-3690 | Jay P. Dinan REMBOLD HIRSCHMAN |
| 11/1/2022 | Deposition | JACK Y. HANANIA AND DEBORAH S. HANANIA V. … SOUTHERN WATERPROOFING | IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT IN & FOR DUVAL COUNTY, FLORIDA | 16-2017-CA-6505 | Sean C. Barber Conroy Simberg |

EXHIBIT 2

Zane A. Sadik, P.E.
Trial and Deposition List

| Date | Deposition/Trial | Case Title | Court Location | Docket No. | Attorney |
|---|---|---|---|---|---|
| 11/3/2022 | Arbitration | Darryl and Amanda Jarmon v. Family Security Insurance Company | CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT IN AND FOR LEON COUNTY, FLORIDA | 2021-CA-001563 | Sunita N. Smith Kelley Kronenberg |
| 12/6/2022 | Deposition | SUMMER KEY CONDOMINIUM ASSOCIATION, INC., a Florida Corporation, v. D.R. Horton et. Al ( COASTAL BUILDING SYSTEMS OF AMELIA, INC.) | IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT IN & FOR DUVAL COUNTY, FLORIDA | 16-2020-CA-000652 | Anthony D. Schall Resnick & Louis, P.C. |
| 1/10/2023 | Deposition | DOROTHY STRINGER v. FIRST PROTECTIVE INSURANCE COMPANY, d/b/a FRONTLINE INSURANCE | IN THE CIRCUIT COURT, 14th JUDICIAL CIRCUIT, IN AND FOR BAY COUNTY, FLORIDA | 21-CA-525 | Kimberly J. Fernandes Kelley Kronenberg |
| 3/21/2023 | Deposition | Charlie & Jennifer Quinn v. Security First Insurance Company | CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT IN AND FOR DUVAL COUNTY, FLORIDA | 6-2019-CA-1118 | Corinne L. Heller Attorney at Law, Corinne L. Heller |

EXHIBIT 2

Zane A. Sadik, P.E.
Trial and Deposition List

| Date | Deposition/ Trial | Case Title | Court Location | Docket No. | Attorney |
|------|-------------------|------------|----------------|------------|----------|
| 5/2/2023 | Deposition | Marathon Ocean Housing v. SHP General Contractor, et al. Investig | IN THE CIRCUIT COURT, 15th JUDICIAL CIRCUIT, IN AND FOR PALM BEACH COUNTY, FLORIDA | 2019-CA-002974 | Christopher J. Pedraita Cole, Scott & Kissane P.A. |
| 3/28/2024 | Deposition | TIBLIER, CHRISTOPHER & HANNAH V. FIRST PROTECTIVE INSURANCE COMPANY | IN THE CIRCUIT COURT OF THE 1ST JUDICIAL CIRCUIT IN AND FOR WALTON COUNTY, FLORIDA | 21-CA-104 | Kimberly J. Fernandes Kelley Kronenberg |
| 10/4/2023 | Deposition | GRAPELAND HOSPITALITY DEVELOPMENT, LLC, v. BLUEWATER BUILDERS, INC., et al., | IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA | 2021-023493-CA-01 | Thomas Oglesby Resnick & Louis, P.C. |
| 4/1/2024 | Deposition | DEREK WYNN AND CHIE ARAI V. UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY, | IN THE COUNTY COURT OF THE EIGHTH JUDICIAL CIRCUIT IN AND FOR ALACHUA COUNTY, FLORIDA | 01-2023-CC-001514 | Evgeniya Burganova Universal Property & Casualty Insurance |

EXHIBIT 2

Zane A. Sadik, P.E.
Trial and Deposition List

| Date | Deposition/ Trial | Case Title | Court Location | Docket No. | Attorney |
|---|---|---|---|---|---|
| 6/19/2024 | Deposition | SARAH BATES-MURRAY AND CHRIS MURRAY V. TRUCK INSURANCE EXCHANGE | IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA CIVIL DIVISION | 2022-CA-010178-O | Timothy Engelbrecht Butler Weihmuller Katz Craig LLP |
| 12/3/2024 | Deposition | AMMAR AND ALI ASAD IRREVOCABLE TRUST u/a/d December 3, 2019, V. SUMMIT STRUCTURES GENERAL CONTRACTORS, INC., | IN THE CIRCUIT COURT OF THE SEVENTEENTH CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA | CACE-24-001423 | Michael Gomez Quintairos, Prieto, Wood & Boyer, P.A. |
| 1/16/2025 | Deposition | CITY OF HOLLYWOOD, Plaintiff, v. BELLSOUTH TELECOMMUNICATIONS, LLC, d/b/a AT&T FL, and CRAIG A. SMITH AND ASSOCIATES, LLC, successor in interest to CRAIG A SMITH & ASSOCIATES, INC., | IN THE CIRCUIT COURT OF THE SEVENTEENTH CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA | CACE-22-011957 | Jackeline Rodriguez HAMILTON, MILLER & BIRTHISEL, LLP (HM&B) |
| | | | | | |
| | | | | | |

EXHIBIT 2

Zane A. Sadik, P.E.
Trial and Deposition List

| Date | Deposition/ Trial | Case Title | Court Location | Docket No. | Attorney |
|------|-------------------|------------|----------------|------------|----------|
| 1/17/2025 | Deposition | KENNETH NELSON AND NANETTE NELSON, Plaintiffs, v. STATE FARM FLORIDA INSURANCE COMPANY, | IN THE CIRCUIT COURT OF THE 10TH JUDICIAL CIRCUIT IN AND FOR POLK COUNTY, FLORIDA | 2023CC-005856-0000-00 | Karun Rivero Rebecca "Missie" Hendry & Associates |
| 3/18/2025 | Deposition | CHARLENE STEPHENS AND CODY STEPHENS, Plaintiffs, v. STATE FARM FLORIDA INSURANCE COMPANY | IN THE CIRCUIT COURT OF THE THIRD JUDICIAL CIRCUIT IN AND FOR TAYLOR COUNTY, FLORIDA | 24000079CAAXMX | Kimberly Fernandes Kelley Kronenburg |

EXHIBIT 2

Norfolk Bridge Hit and Run Allison
Origin and Cause

YAES No. ES- 20242476
July 1, 2025

# APPENDIX D – ZANE SADIK PE, PMP, CGC, DFE - LIST OF REPRESENTATIVE CONTINUING EDUCATION

EXHIBIT 2





## Training Certificate of Achievement

### Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on     **July 25 2024**     for

### Health Effects Caused by Mold (JCOM-00031)

Congratulations on your completion of this   **1**   hour online course.



Michael Schreiner, VP of Content



As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.

Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





## Training Certificate of Achievement

### Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on        **July 24 2024**        for

### Worksite Safety 01: OSHA Safety Introduction (RV-10449)

Congratulations on your completion of this    **1**    hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider, Vector Solutions offers CEUs for its programs that qualify under the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





# *Training Certificate of Achievement*

## Hereby Acknowledges that

# **Zane  Sadik**

has completed the in-service training on    **July 23 2024**    for

## **Residential Safety Essentials (RV-11312)**

Congratulations on your completion of this    **1**    hour online course.



Michael Schreiner, VP of Content



As an IACET Accredited Provider, Vector Solutions offers CEUs for its programs that qualify under the ANSI/IACET Standard.

Vector Solutions  |  Two Urban Centre  |  4890 West Kennedy Boulevard  |  Suite 300, Tampa, FL 33609  |  866.546.1212

EXHIBIT 2





# Training Certificate of Achievement

### Hereby Acknowledges that

## Zane  Sadik

has completed the in-service training on    **July 16 2024**    for

### Florida - Wind Design and Wind Mitigation Requirements (RV-11448)

Congratulations on your completion of this    **1**    hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider, Vector Solutions offers CEUs for its programs that qualify under the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





## Training Certificate of Achievement

### Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on    **June 21 2024**    for

### 2021 International Building Code Essentials: Health Safety (JCOM-00065)

Congratulations on your completion of this    **1**    hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider, Vector Solutions offers CEUs for its programs that qualify under the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





*Hereby Acknowledges that*

# Zane  Sadik

has completed the in-service training on    **June 21 2024**    for

### Accessibility and Visitability (RV-11378AW)

Congratulations on your completion of this    **1**    hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider, Vector Solutions offers CEUs for its programs that qualify under the ANSI/IACET Standard.



Vector Solutions  |  Two Urban Centre  |  4890 West Kennedy Boulevard  |  Suite 300, Tampa, FL 33609  |  866.546.1212

EXHIBIT 2





**Zane  Sadik**

has completed the in-service training on    **June 17 2024**    for

**Green Building Materials: An Introduction (JCOM-00071)**

Congratulations on your completion of this    **2**    hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





## Training Certificate of Achievement

### Hereby Acknowledges that

**Zane  Sadik**

has completed the in-service training on    **June 17 2024**    for

**Principles of Design-Build (RV-10892AW)**

Congratulations on your completion of this    **1**    hour online course.



Michael Schreiner, VP of Content



As an IACET Accredited Provider, Vector Solutions offers CEUs for its programs that qualify under the ANSI/IACET Standard.

Vector Solutions  |  Two Urban Centre  |  4890 West Kennedy Boulevard  |  Suite 300, Tampa, FL 33609  |  866.546.1212

EXHIBIT 2





## Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on     **June 17 2024**     for

## Construction Cost Estimating: Resources and Processes (RV-11537)

Congratulations on your completion of this     **1**     hour online course.

Michael Schreiner, VP of Content



As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.

Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





*Training Certificate of Achievement*

Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on    **June 17 2024**    for

**2023 Florida Advanced Building Code: Accessibility, Application, and Administration, 8th Edition (JCOM-00050)**

Congratulations on your completion of this    **1**    hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider, Vector Solutions offers CEUs for its programs that qualify under the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





### Zane  Sadik

has completed the in-service training on    **June 17 2024**    for

### Florida Construction Contracting: Chapter 489, Section 101-114 (RV-11538)

Congratulations on your completion of this    **1**    hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





**Zane  Sadik**

has completed the in-service training on **April 27 2024** for

**Florida Workers' Compensation Law (V16) (JCOM-00070)**

Congratulations on your completion of this **1** hour online course.

Michael Schreiner, VP of Content



As an IACET Accredited Provider, Vector Solutions offers CEUs for its programs that qualify under the ANSI/IACET Standard.

Vector Solutions  |  Two Urban Centre  |  4890 West Kennedy Boulevard  |  Suite 300, Tampa, FL 33609  |  866.546.1212

EXHIBIT 2





# Zane  Sadik

has completed the in-service training on  **February 18 2024**  for

## Concrete Fundamentals: An Introduction (RV-6238)

Congratulations on your completion of this  **2**  hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



Vector Solutions  |  Two Urban Centre  |  4890 West Kennedy Boulevard  |  Suite 300, Tampa, FL 33609  |  866.546.1212

EXHIBIT 2





Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on     **January 4 2024**     for

## Energy Conversion Ideal vs Real Operation Analysis (RV-10841)

Congratulations on your completion of this     **4**     hour online course.

Michael Schreiner, VP of Content



As an IACET Accredited Provider, Vector Solutions offers CEUs for its programs that qualify under the ANSI/IACET Standard.

Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





## Training Certificate of Achievement

### Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on    **January 3 2024**    for

## Solar Panels for Home Inspectors (RV-10600AW)

Congratulations on your completion of this    **2**    hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider, Vector Solutions offers CEUs for its programs that qualify under the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





*Hereby Acknowledges that*

# Zane  Sadik

has completed the in-service training on   **January 3 2024**   for

### Green Building with Steel - Part 4: Framing With Steel Studs (RV-10229)

Congratulations on your completion of this   **3**   hour online course.

*Michael Schreiner*
Michael Schreiner, VP of Content

As an IACET Accredited Provider, Vector Solutions offers CEUs for its programs that qualify under the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





### Training Certificate of Achievement

#### Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on **January 3 2024** for

## Green Building with Steel - Part 5: Erecting An Engineered Red Iron Steel House (RV-10230)

Congratulations on your completion of this **4** hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider, Vector Solutions offers CEUs for its programs that qualify under the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





## Zane  Sadik

has completed the in-service training on    **January 3 2024**    for

## 2015 International Residential Code (IRC): Significant Changes (RV-10727)

Congratulations on your completion of this    **3**    hour online course.

Michael Schreiner, VP of Content



As an IACET Accredited Provider, Vector Solutions offers CEUs for its programs that qualify under the ANSI/IACET Standard.

Vector Solutions  |  Two Urban Centre  |  4890 West Kennedy Boulevard  |  Suite 300, Tampa, FL 33609  |  866.546.1212

EXHIBIT 2



Training Certificate of Achievement

Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on    **January 1 2024**    for

**Green Design: Introduction to High Performance Building Design (Based on LEED v4) (RV-10683)**

Congratulations on your completion of this    **3**    hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



EXHIBIT 2





*Hereby Acknowledges that*

# Zane  Sadik

has completed the in-service training on    **October 15 2023**    for

## Seismic Equivalent Lateral Force Base Shear (RV-10693AW)

Congratulations on your completion of this    **1**    hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider, Vector Solutions offers CEUs for its programs that qualify under the ANSI/IACET Standard.



Vector Solutions  |  Two Urban Centre  |  4890 West Kennedy Boulevard  |  Suite 300, Tampa, FL 33609  |  866.546.1212

EXHIBIT 2





*Hereby Acknowledges that*

# Zane  Sadik

has completed the in-service training on    **October 14 2023**    for

## Mold Reporting for Mold Assessment and Mold Remediation Projects (RV-10580)

Congratulations on your completion of this    **3**    hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





# *Training Certificate of Achievement*

## Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on  **October 13 2023**  for

## Designing Temporary Erosion and Sediment Control Systems (RV-10991)

Congratulations on your completion of this  **3**  hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



Vector Solutions  |  Two Urban Centre  |  4890 West Kennedy Boulevard  |  Suite 300, Tampa, FL 33609  |  866.546.1212

EXHIBIT 2





*Hereby Acknowledges that*

# Zane  Sadik

has completed the in-service training on    **October 13 2023**    for

## Building for Senior Living: Programming and Planning Guidelines for Facilities Part 1 (RV-10629)

Congratulations on your completion of this    **2**    hour online course.

Michael Schreiner, VP of Content



As an IACET Accredited Provider, Vector Solutions offers CEUs for its programs that qualify under the ANSI/IACET Standard.

Vector Solutions    |    Two Urban Centre    |    4890 West Kennedy Boulevard    |    Suite 300, Tampa, FL 33609    |    866.546.1212

EXHIBIT 2





# Zane  Sadik

has completed the in-service training on    **October 13 2023**    for

## Building for Senior Living: Programming and Planning Guidelines for Facilities Part 2 (RV-10630)

Congratulations on your completion of this    **2**    hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





### Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on     **October 13 2023**     for

## Stucco in Home Building for Home Inspectors (RV-10596AW)

Congratulations on your completion of this     **2**     hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider, Vector Solutions offers CEUs for its programs that qualify under the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





*Hereby Acknowledges that*

# Zane  Sadik

has completed the in-service training on     **October 13 2023**    for

## Ethical Decision Making for Engineers #1 (JCOM-00072)

Congratulations on your completion of this     **1**     hour online course.



Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





*Hereby Acknowledges that*

# Zane  Sadik

has completed the in-service training on    **June 17 2023**    for

## Accessibility by Building Type: Universal Residential Design (RV-11040AW)

Congratulations on your completion of this    **1**    hour online course.

Michael Schreiner, VP of Content



As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.

Vector Solutions  |  Two Urban Centre  |  4890 West Kennedy Boulevard  |  Suite 300, Tampa, FL 33609  |  866.546.1212

EXHIBIT 2





**Zane  Sadik**

has completed the in-service training on    **January 7 2023**    for

**Florida Engineering Laws and Rules (RV-11447AW)**

Congratulations on your completion of this    **1**    hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



Vector Solutions  |  Two Urban Centre  |  4890 West Kennedy Boulevard  |  Suite 300, Tampa, FL 33609  |  866.546.1212

EXHIBIT 2





*Training Certificate of Achievement*

*Hereby Acknowledges that*

# Zane  Sadik

has completed the in-service training on     **January 7 2023**     for

## Ethical Decision Making for Engineers #2 (RV-10507)

Congratulations on your completion of this     **1**     hour online course.



Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



Vector Solutions  |  Two Urban Centre  |  4890 West Kennedy Boulevard  |  Suite 300, Tampa, FL 33609  |  866.546.1212

EXHIBIT 2





Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on **November 21 2022** for

## Florida Building Inspectors: Ethics (RV-11528)

Congratulations on your completion of this **1** hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





## Training Certificate of Achievement

### Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on **November 10 2022** for

## Reducing Risk: Preparing to be an Expert Witness in a Deposition and Trial (RV-11144)

Congratulations on your completion of this **1** hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider, Vector Solutions offers CEUs for its programs that qualify under the ANSI/IACET Standard.



Vector Solutions  |  Two Urban Centre  |  4890 West Kennedy Boulevard  |  Suite 300, Tampa, FL 33609  |  866.546.1212

EXHIBIT 2





## Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on     **August 15 2022**     for

## Ethics for the Practicing Engineer - Organizational Issues (RV-11043AW)

Congratulations on your completion of this     **1**     hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





# Zane  Sadik

has completed the in-service training on    **March 3 2022**    for

## Design-Build Project Delivery System (RV-3489)

Congratulations on your completion of this    **5**    hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





# Training Certificate of Achievement

### Hereby Acknowledges that

## Zane  Sadik

has completed the in-service training on    **March 2 2022**    for

### Parking Lot Design: Elements of Design (RV-10903AW)

Congratulations on your completion of this    **2**    hour online course.

Michael Schreiner, VP of Content



As an IACET Accredited Provider, Vector Solutions offers CEUs for its programs that qualify under the ANSI/IACET Standard.

EXHIBIT 2





# Zane  Sadik

has completed the in-service training on    **March 2 2022**    for

## Constructed Wetlands - Free Water Surface Wetlands (RV-4932)

Congratulations on your completion of this    **3**    hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



Vector Solutions  |  Two Urban Centre  |  4890 West Kennedy Boulevard  |  Suite 300, Tampa, FL 33609  |  866.546.1212

EXHIBIT 2





Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on    **March 2 2022**    for

## International Building Code (IBC) - Care Facilities Provisions (RV-10641AW)

Congratulations on your completion of this    **3**    hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



Vector Solutions  |  Two Urban Centre  |  4890 West Kennedy Boulevard  |  Suite 300, Tampa, FL 33609  |  866.546.1212

EXHIBIT 2





## Training Certificate of Achievement

### Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on    **January 7 2022**    for

### International Building Code (IBC) - Assembly Spaces (RV-10642AW)

Congratulations on your completion of this    **3**    hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider, Vector Solutions offers CEUs for its programs that qualify under the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





# *Training Certificate of Achievement*

## Hereby Acknowledges that

# **Zane  Sadik**

has completed the in-service training on    **January 4 2022**    for

## **Building Systems for Designers - Fire Safety (RV-10383)**

Congratulations on your completion of this    **3**    hour online course.



Michael Schreiner, VP of Content

As an IACET Accredited Provider, Vector Solutions offers CEUs for its programs that qualify under the ANSI/IACET Standard.



Vector Solutions  |  Two Urban Centre  |  4890 West Kennedy Boulevard  |  Suite 300, Tampa, FL 33609  |  866.546.1212

EXHIBIT 2





# Zane  Sadik

has completed the in-service training on    **January 3 2022**    for

## Designing Foundation Repairs (RV-11101AW)

Congratulations on your completion of this    **2**    hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



Vector Solutions  |  Two Urban Centre  |  4890 West Kennedy Boulevard  |  Suite 300, Tampa, FL 33609  |  866.546.1212

EXHIBIT 2





# Training Certificate of Achievement

## Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on    **January 3 2022**    for

## HAZWOPER: Operations (RVI-11084)

Congratulations on your completion of this    **1**    hour online course.



Michael Schreiner, VP of Content

As an IACET Accredited Provider, Vector Solutions offers CEUs for its programs that qualify under the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





*Training Certificate of Achievement*

Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on    **January 7 2021**    for

## International Building Code & More: Means of Egress (RV-10403)

Congratulations on your completion of this    **3**    hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider, Vector Solutions offers CEUs for its programs that qualify under the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





## Training Certificate of Achievement

### Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on    **January 6 2021**    for

## 2020 NEC Changes: Solar PV Systems and Interconnected Power Systems (RV-11551)

Congratulations on your completion of this    **2**    hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on    **January 4 2021**    for

## Design of Bicycle Facilities - Multi-Use Paths (RV-11360AW)

Congratulations on your completion of this    **2**    hour online course.

*Michael Schreiner*

Michael Schreiner, VP of Content

As an IACET Accredited Provider, Vector Solutions offers CEUs for its programs that qualify under the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





*Training Certificate of Achievement*

*Hereby Acknowledges that*

# Zane  Sadik

has completed the in-service training on    **January 4 2021**    for

## Florida Engineering Laws and Rules (RV-11447AW)

Congratulations on your completion of this    **1**    hour online course.


Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





## Training Certificate of Achievement

### Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on    **August 18 2020**    for

## A Professional Engineer's Standard of Care (RV-11534)

Congratulations on your completion of this    **1**    hour online course.



Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



Vector Solutions  |  Two Urban Centre  |  4890 West Kennedy Boulevard  |  Suite 300, Tampa, FL 33609  |  866.546.1212

EXHIBIT 2





## Training Certificate of Achievement

### Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on     **August 18 2020**     for

### Making the Flood Zone Determination (RV-6494)

Congratulations on your completion of this     **3**     hour online course.



Michael Schreiner, VP of Content



As an IACET Accredited Provider, Vector Solutions offers CEUs for its programs that qualify under the ANSI/IACET Standard.

Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on    **April 10 2020**    for

## Fire Water Systems – Storage, Pumping & Distribution (RV-11199)

Congratulations on your completion of this    **2**    hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



Vector Solutions  |  Two Urban Centre  |  4890 West Kennedy Boulevard  |  Suite 300, Tampa, FL 33609  |  866.546.1212

EXHIBIT 2





# Zane  Sadik

has completed the in-service training on    **April 6 2020**    for

## The Ultimate Project Manager, Chapter 08: Managing Client Relationships (RV-10432)

Congratulations on your completion of this    **2**    hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



Vector Solutions  |  Two Urban Centre  |  4890 West Kennedy Boulevard  |  Suite 300, Tampa, FL 33609  |  866.546.1212

EXHIBIT 2





# Training Certificate of Achievement

## Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on     **April 3 2020**     for

**Advanced Project Management: Sustainability in Project Management (RV-11292)**

Congratulations on your completion of this     **2**     hour online course.



Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on    **April 3 2020**    for

## Building Information Modeling (BIM) - An Introduction (RV-10205)

Congratulations on your completion of this    **2**    hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





*Hereby Acknowledges that*

# Zane  Sadik

has completed the in-service training on    **April 2 2020**    for

## Accounting for Change Orders (RV-10015)

Congratulations on your completion of this    **2**    hour online course.



Michael Schreiner, VP of Content



As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.

Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





## Training Certificate of Achievement

### Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on    **April 2 2020**    for

### Project Risk Management (RV-6588)

Congratulations on your completion of this    **2**    hour online course.



Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





## Zane  Sadik

has completed the in-service training on    **April 2 2020**    for

**Smart Management: How to Handle Workplace Challenges (ST-0185)**

Congratulations on your completion of this    **1**    hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on     **August 14 2019**     for

## The Ultimate Project Manager, Chapter 03: The Contract Agreement (RV-10427)

Congratulations on your completion of this     **2**     hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





### Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on    **August 13 2019**    for

### Active Shooter and Other Acts of Targeted Violence (RV-11032)

Congratulations on your completion of this    **1**    hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on    **August 13 2019**    for

## Protecting Your Team Against Workplace Violence (RV-11022)

Congratulations on your completion of this    **1**    hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider, Vector Solutions offers CEUs for its programs that qualify under the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





## Training Certificate of Achievement

### Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on     **August 12 2019**     for

### The WELL Building Standard (RV-11152AW)

Congratulations on your completion of this     **3**     hour online course.



Michael Schreiner, VP of Content

As an IACET Accredited Provider, Vector Solutions offers CEUs for its programs that qualify under the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





## Training Certificate of Achievement

### Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on    **August 12 2019**    for

## Finance & Accounting for the Non-Financial Manager (RV-1463)

Congratulations on your completion of this    **4**    hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider, Vector Solutions offers CEUs for its programs that qualify under the ANSI/IACET Standard.



Vector Solutions  |  Two Urban Centre  |  4890 West Kennedy Boulevard  |  Suite 300, Tampa, FL 33609  |  866.546.1212

EXHIBIT 2





*Hereby Acknowledges that*

# Zane  Sadik

has completed the in-service training on    **August 12 2019**    for

## Smart Management:  Methods for Motivating and Mentoring Your Team (ST-0181)

Congratulations on your completion of this    **2**    hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





## Training Certificate of Achievement

### Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on    **August 12 2019**    for

## Coastal Engineering: Sea Level Rise (RV-11157AW)

Congratulations on your completion of this    **2**    hour online course.



Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





*Hereby Acknowledges that*

# Zane  Sadik

has completed the in-service training on     **August 2 2019**     for

## Smart Management: Business Essentials (ST-0182)

Congratulations on your completion of this     **2**     hour online course.



Michael Schreiner, VP of Content

As an IACET Accredited Provider, Vector Solutions offers CEUs for its programs that qualify under the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

**EXHIBIT 2**





Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on    **August 2 2019**    for

**Smart Management: Effective Performance Review Practices (ST-0184)**

Congratulations on your completion of this    **2**    hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

**EXHIBIT 2**





*Hereby Acknowledges that*

# Zane  Sadik

has completed the in-service training on     **August 1 2019**     for

**Smart Management: SMART Goals - Setting Effective Targets for Success (ST-0187)**

Congratulations on your completion of this     **1**     hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider, Vector Solutions offers CEUs for its programs that qualify under the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





### Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on    **August 1 2019**    for

## Construction Project Management: Managing Time (RV-11400)

Congratulations on your completion of this    **1**    hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on    **July 1 2019**    for

## Developing 3D Engineered Construction Models (RV-10990)

Congratulations on your completion of this    **2**    hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





## Zane  Sadik

has completed the in-service training on  **January 27 2019**  for

### Project Management Essentials (RV-11029)

Congratulations on your completion of this  **2**  hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



Vector Solutions  |  Two Urban Centre  |  4890 West Kennedy Boulevard  |  Suite 300, Tampa, FL 33609  |  866.546.1212

EXHIBIT 2





*Hereby Acknowledges that*

# Zane  Sadik

has completed the in-service training on **January 27 2019** for

## Finance & Accounting for the Non-Financial Manager (RV-1463)

Congratulations on your completion of this **4** hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider, Vector Solutions offers CEUs for its programs that qualify under the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





### Hereby Acknowledges that

## Zane  Sadik

has completed the in-service training on    **January 26 2019**    for

### Wind Mitigation Methodology: Retrofits for Existing Homes (RV-10013)

Congratulations on your completion of this    **1**    hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider, Vector Solutions offers CEUs for its programs that qualify under the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





### Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on   **January 26 2019**   for

## Handling, Placing and Finishing Concrete (RV-10834)

Congratulations on your completion of this   **2**   hour online course.



Michael Schreiner, VP of Content



As an IACET Accredited Provider, Vector Solutions offers CEUs for its programs that qualify under the ANSI/IACET Standard.

Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on     **January 15 2019**    for

## Anatomy of Construction Defects (RV-11295)

Congratulations on your completion of this     **2**     hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider, Vector Solutions offers CEUs for its programs that qualify under the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





### Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on    **January 15 2019**    for

## Gravel Road Design, Construction & Maintenance (RV-5959)

Congratulations on your completion of this    **5**    hour online course.



Michael Schreiner, VP of Content



As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.

Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





## Training Certificate of Achievement

### Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on   **January 14 2019**   for

### Lead Safety (RV-6765)

Congratulations on your completion of this   **5**   hour online course.



Michael Schreiner, VP of Content



As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.

Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





## Training Certificate of Achievement

### Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on    **January 14 2019**    for

### Florida Engineering Laws and Rules (RV-11317AW)

Congratulations on your completion of this    **1**    hour online course.



Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





**Hereby Acknowledges that**

# Zane  Sadik

has completed the in-service training on   **January 14 2019**   for

## Structural Masonry Materials (RV-11301AW)

Congratulations on your completion of this   **1**   hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





*Training Certificate of Achievement*

*Hereby Acknowledges that*

# Zane  Sadik

has completed the in-service training on   **January 12 2019**   for

## Ethics for Professionals (RV-11102AW)

Congratulations on your completion of this   **1**   hour online course.



Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on    **January 12 2019**    for

## Ethics for the Practicing Engineer - Managing Risks Imposed on the Public (RV-11163AW)

Congratulations on your completion of this    **1**    hour online course.

Michael Schreiner, VP of Content



As an IACET Accredited Provider, Vector Solutions offers CEUs for its programs that qualify under the ANSI/IACET Standard.

Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





## Zane  Sadik

has completed the in-service training on   **January 22 2017**   for

### Sustainable Urban Design: High Speed Rail (RV-10216AW)

Congratulations on your completion of this   **1**   hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





*Hereby Acknowledges that*

# Zane  Sadik

has completed the in-service training on    **January 22 2017**    for

## EPA Onsite Wastewater Treatment: Systems Management (RV-6088)

Congratulations on your completion of this    **4**    hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





## Training Certificate of Achievement

### Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on    **January 22 2017**    for

### Coastal Engineering: Tsunami (RV-6391)

Congratulations on your completion of this    **1**    hour online course.



Michael Schreiner, VP of Content



As an IACET Accredited Provider, Vector Solutions offers CEUs for its programs that qualify under the ANSI/IACET Standard.

Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





### Training Certificate of Achievement

#### Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on   **January 21 2017**   for

## Riprap Design (RV-7699)

Congratulations on your completion of this   **3**   hour online course.



Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on   **January 21 2017**   for

## Driven Piles: Pile Type and Selection (RV-7813)

Congratulations on your completion of this   **2**   hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on    **January 14 2017**    for

## Heavy Construction Equipment Basics - Lifting (RV-7522)

Congratulations on your completion of this    **2**    hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider, Vector Solutions offers CEUs for its programs that qualify under the ANSI/IACET Standard.



Vector Solutions    |    Two Urban Centre    |    4890 West Kennedy Boulevard    |    Suite 300, Tampa, FL 33609    |    866.546.1212

EXHIBIT 2





*Hereby Acknowledges that*

# Zane  Sadik

has completed the in-service training on   **January 14 2017**   for

## Coastal Engineering: Storm Surge (RV-6813)

Congratulations on your completion of this   **1**   hour online course.


Michael Schreiner, VP of Content



As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.

Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





## Training Certificate of Achievement

### Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on **January 14 2017** for

## HEC-RAS - Open Channel Flow Basics (RV-7449)

Congratulations on your completion of this **3** hour online course.



Michael Schreiner, VP of Content



As an IACET Accredited Provider, Vector Solutions offers CEUs for its programs that qualify under the ANSI/IACET Standard.

Vector Solutions | Two Urban Centre | 4890 West Kennedy Boulevard | Suite 300, Tampa, FL 33609 | 866.546.1212

EXHIBIT 2





## Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on     **January 3 2017**     for

## Ethics for the Practicing Engineer - An Introduction (RV-10726AW)

Congratulations on your completion of this     **1**     hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





**Zane  Sadik**

has completed the in-service training on    **January 3 2017**    for

**Florida Engineering Laws and Rules (RV-10826)**

Congratulations on your completion of this    **1**    hour online course.



Michael Schreiner, VP of Content



As an IACET Accredited Provider, Vector Solutions offers CEUs for its programs that qualify under the ANSI/IACET Standard.

Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on **December 29 2016** for

## Open Channel Hydraulics III: Uniform Flow (RV-6730)

Congratulations on your completion of this  **2**  hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



Vector Solutions  |  Two Urban Centre  |  4890 West Kennedy Boulevard  |  Suite 300, Tampa, FL 33609  |  866.546.1212

EXHIBIT 2





**Hereby Acknowledges that**

# Zane  Sadik

has completed the in-service training on     **May 31 2016**     for

## Liquefied Natural Gas (LNG): Global LNG Supply (RVI-10969)

Congratulations on your completion of this     **1**     hour online course.

Michael Schreiner, VP of Content



As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.

Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

**EXHIBIT 2**





## Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on    **January 16 2014**    for

**The Ultimate Project Manager, Chapter 01: Today's Project Manager (RV-10425)**

Congratulations on your completion of this    **2**    hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



**EXHIBIT 2**





## Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on   **January 15 2014**   for

## The Ultimate Project Manager, Chapter 16: Project Financial Management (RV-10440)

Congratulations on your completion of this   **1**   hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





### Training Certificate of Achievement

#### Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on    **May 31 2013**    for

### Florida Engineers' Laws and Rules [V.11] (RV-10264)

Congratulations on your completion of this    **4**    hour online course.



Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





## Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on    **May 6 2013**    for

## Driven Piles: Static Analysis - Single Piles (RV-7812)

Congratulations on your completion of this    **3**    hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





### Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on     **May 6 2013**     for

## EPA Onsite Wastewater Treatment: Processes and Systems (RV-5659)

Congratulations on your completion of this     **4**     hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





## Training Certificate of Achievement

### Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on    **April 26 2013**    for

## Masonry Design: Installation and Workmanship (RV-5785)

Congratulations on your completion of this    **4**    hour online course.



Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

**EXHIBIT 2**





## Zane  Sadik

has completed the in-service training on     **March 5 2013**     for

### Basic Civil Engineering - Sewers and Sewerage 2 (RV-7588)

Congratulations on your completion of this     **1**     hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





*Hereby Acknowledges that*

# Zane  Sadik

has completed the in-service training on    **March 2 2013**    for

## Basic Civil Engineering - Culvert Design 1 (RV-6112)

Congratulations on your completion of this    **1**    hour online course.



Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



Vector Solutions  |  Two Urban Centre  |  4890 West Kennedy Boulevard  |  Suite 300, Tampa, FL 33609  |  866.546.1212

EXHIBIT 2





*Training Certificate of Achievement*

*Hereby Acknowledges that*

# Zane  Sadik

has completed the in-service training on **February 26 2013** for

## Basic Civil Engineering - Sewage Treatment (RV-6788)

Congratulations on your completion of this **1** hour online course.



Michael Schreiner, VP of Content

As an IACET Accredited Provider, Vector Solutions offers CEUs for its programs that qualify under the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

**EXHIBIT 2**





*Hereby Acknowledges that*

# Zane  Sadik

has completed the in-service training on   **February 23 2013**   for

## Basic Civil Engineering - Sewers and Sewerage (RV-6128)

Congratulations on your completion of this   **1**   hour online course.

Michael Schreiner, VP of Content



As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.

Vector Solutions  |  Two Urban Centre  |  4890 West Kennedy Boulevard  |  Suite 300, Tampa, FL 33609  |  866.546.1212

**EXHIBIT 2**





# Training Certificate of Achievement

## Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on  **February 15 2013**  for

## Florida Engineers' Laws and Rules [V.11] (RV-10264)

Congratulations on your completion of this  **4**  hour online course.



Michael Schreiner, VP of Content



As an IACET Accredited Provider, Vector Solutions offers CEUs for its programs that qualify under the ANSI/IACET Standard.

Vector Solutions  |  Two Urban Centre  |  4890 West Kennedy Boulevard  |  Suite 300, Tampa, FL 33609  |  866.546.1212

EXHIBIT 2





## Zane  Sadik

has completed the in-service training on   **January 11 2013**   for

### Airport Pavements - Asphalt (RV-7576)

Congratulations on your completion of this   **1**   hour online course.



Michael Schreiner, VP of Content



As an IACET Accredited Provider, Vector Solutions offers CEUs for its programs that qualify under the ANSI/IACET Standard.

Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





# Zane  Sadik

has completed the in-service training on **December 18 2012** for

## Building Pathology: Foundations (RV-6135)

Congratulations on your completion of this  **3**  hour online course.


Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on   **December 7 2012**   for

## Florida Engineers' Laws and Rules [V.11] (RV-10264)

Congratulations on your completion of this   **4**   hour online course.



Michael Schreiner, VP of Content



As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.

Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





*Hereby Acknowledges that*

# Zane  Sadik

has completed the in-service training on     **May 16 2012**     for

## A Wetland Primer for Design Professionals (RV-5954)

Congratulations on your completion of this     **1**     hour online course.

Michael Schreiner, VP of Content



As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.

Vector Solutions  |  Two Urban Centre  |  4890 West Kennedy Boulevard  |  Suite 300, Tampa, FL 33609  |  866.546.1212

EXHIBIT 2





*Hereby Acknowledges that*

# Zane  Sadik

has completed the in-service training on **April 24 2012** for

## ADA Guidelines: Building Blocks (RV-5207)

Congratulations on your completion of this **1** hour online course.



Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



Vector Solutions  |  Two Urban Centre  |  4890 West Kennedy Boulevard  |  Suite 300, Tampa, FL 33609  |  866.546.1212

EXHIBIT 2





## Zane  Sadik

has completed the in-service training on     **April 19 2012**     for

### Basic Wind Loads ASCE 7-10 (RV-10267)

Congratulations on your completion of this     **1**     hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





# Training Certificate of Achievement

## Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on    **April 12 2012**    for

## Basic Civil Engineering - Water Distribution 1 (RV-6352)

Congratulations on your completion of this    **1**    hour online course.



Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



Vector Solutions  |  Two Urban Centre  |  4890 West Kennedy Boulevard  |  Suite 300, Tampa, FL 33609  |  866.546.1212

EXHIBIT 2



*Training Certificate of Achievement*

Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on     **April 1 2012**     for

## Basic Civil Engineering - Sewage Treatment (RV-6788)

Congratulations on your completion of this     **1**     hour online course.



Michael Schreiner, VP of Content



As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.

Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on    **March 27 2012**    for

## Basic Civil Engineering - Water Distribution 2 (RV-6122)

Congratulations on your completion of this    **1**    hour online course.



Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on    **March 15 2012**    for

## ADA Guidelines: General Site and Building Elements (RV-5246)

Congratulations on your completion of this    **1**    hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on    **March 9 2012**    for

### ADA Guidelines for Small Towns (RV-5240)

Congratulations on your completion of this    **2**    hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider, Vector Solutions offers CEUs for its programs that qualify under the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





Hereby Acknowledges that

# Zane Sadik

has completed the in-service training on    **March 5 2012**    for

## Achieving LEED Credits in New Construction Projects (RV-10228)

Congratulations on your completion of this    **6**    hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



Vector Solutions  |  Two Urban Centre  |  4890 West Kennedy Boulevard  |  Suite 300, Tampa, FL 33609  |  866.546.1212

EXHIBIT 2





# *Training Certificate of Achievement*

## Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on     **March 3 2012**     for

**Concrete Evaluation & Repair 2 (RV-3195)**

Congratulations on your completion of this     **8**     hour online course.



Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





## Training Certificate of Achievement

### Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on     **March 3 2012**     for

## Concrete Evaluation & Repair 1 (RV-3108)

Congratulations on your completion of this     **6**     hour online course.



Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





*Hereby Acknowledges that*

# Zane  Sadik

has completed the in-service training on     **March 3 2012**     for

## Asbestos Management (RV-5351)

Congratulations on your completion of this     **3**     hour online course.



Michael Schreiner, VP of Content

As an IACET Accredited Provider, Vector Solutions offers CEUs for its programs that qualify under the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





*Hereby Acknowledges that*

# Zane  Sadik

has completed the in-service training on     **March 1 2012**     for


## ADA Guidelines: Accessible Routes (RV-4786)


Congratulations on your completion of this     **2**     hour online course.

Michael Schreiner, VP of Content

As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.



Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





## Training Certificate of Achievement

### Hereby Acknowledges that

# Zane  Sadik

has completed the in-service training on     **February 28 2012**   for

## ADA Guidelines: Recreation Facilities (RV-5252)

Congratulations on your completion of this     **2**     hour online course.

Michael Schreiner, VP of Content



As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.

Vector Solutions   |   Two Urban Centre   |   4890 West Kennedy Boulevard   |   Suite 300, Tampa, FL 33609   |   866.546.1212

EXHIBIT 2





**Zane  Sadik**

has completed the in-service training on  **February 27 2012**  for

**A Comparison of Seismic Design Methods (RV-952)**

Congratulations on your completion of this  **1**  hour online course.

Michael Schreiner, VP of Content



As an IACET Accredited Provider,
Vector Solutions offers CEUs for its
programs that qualify under
the ANSI/IACET Standard.

Vector Solutions  |  Two Urban Centre  |  4890 West Kennedy Boulevard  |  Suite 300, Tampa, FL 33609  |  866.546.1212

EXHIBIT 2

# CERTIFICATE OF COMPLETION

**Zane  Sadik**

has successfully completed the following course

## OSHA 10 Hour Construction Program (RV-OSHAP3)

As an OSHA Outreach Training Program trainer, I affirm that I have conducted this OSHA Outreach Training Program training class in accordance with OSHA Outreach Training Program requirements. I will document this class to my OSHA Authorizing Training Organization. Upon successful review of my documentation, I will provide each student their course completion card within 90 calendar days of the end of the class.

Dan Johnson,
*OSHA Authorized Construction Trainer*

February 5 2012

Completion Date

Michael Ojdana, Chief Learning Officer, Content

Two Urban Centre
4890 West Kennedy Boulevard
Suite 300, Tampa, FL 33609
866.546.1212



**EXHIBIT 2**

6aab558d-6f11-4ce5-85cc-07846695887c



**Project Management Institute**
Global Operations Center
© 2024 Project Management Institute, Inc.

Tel: +1 610-356-4600, Fax: +1 610-482-9971
E-mail: CustomerCare@pmi.org, Internet: www.pmi.org

## PMP® *(1669217)*

Cycle Dates: Oct 15, 2022 to Jan 14, 2026

| Activity | Provider Category | Date Submitted | Date Completed | Overall PDUs Approved | Overall PDUs Applied | Ways of Working | Power Skills | Business Acumen |
|---|---|---|---|---|---|---|---|---|
| How an Awarded Project Reduced Rising Roadway Congestion through Light Rail Extension | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2024-01-11 | 2024-01-10 | 1.00 | 0.50 | 0.00 | 0.00 | 0.50 |
| Myths and Truths of Construction Project Schedules | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2024-01-11 | 2024-01-10 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 |
| Risk Identification and Management in Construction | PMI Carolina Chapter *Education - Digital Media/Webinar* | 2024-01-10 | 2024-01-09 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 |
| Project Portfolio Management in the Construction Sector: Alignment with Organizational Strategies | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2024-01-10 | 2024-01-09 | 1.00 | 1.00 | 0.25 | 0.25 | 0.50 |
| Building Better Communities with Pro Bono Project Management | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2024-01-10 | 2024-01-09 | 1.00 | 1.00 | 0.00 | 0.50 | 0.50 |
| Introduction to Delay Analysis & Forensic Planning | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2024-01-10 | 2024-01-09 | 1.00 | 1.00 | 0.50 | 0.00 | 0.50 |
| Anti-Corruption for Projects: Practical Insights and Solutions from the Construction Industry | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2024-01-09 | 2024-01-08 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 |
| PMBOK 7 and the PMI Code of Ethics and Professional Conduct | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2024-01-09 | 2024-01-08 | 1.00 | 1.00 | 0.00 | 0.50 | 0.50 |
| How to Influence Without Authority/Power in the Workplace | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2024-01-09 | 2024-01-08 | 1.00 | 1.00 | 0.00 | 0.75 | 0.25 |
| Technology Enabled Collaboration for Inclusive Project Teams | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2024-01-09 | 2024-01-08 | 1.00 | 1.00 | 0.50 | 0.25 | 0.25 |
| Successful Negotiation Perspectives for Project Managers | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2024-01-09 | 2024-01-07 | 1.00 | 1.00 | 0.00 | 0.50 | 0.50 |
| How to Lead Inclusive Project Teams | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2024-01-09 | 2024-01-07 | 1.00 | 1.00 | 0.50 | 0.50 | 0.00 |
| Why I Like to Work on Projects - Motivation of Generation Y | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2024-01-09 | 2024-01-07 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 |
| Disciplined Agile and Value Streams | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2024-01-05 | 2024-01-04 | 1.00 | 1.00 | 0.50 | 0.00 | 0.50 |
| PM Program Impacting Students Throughout Central PA | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2024-01-05 | 2024-01-04 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 |
| Creating Connections & Uplifting Emotions During Turbulent Times | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2024-01-05 | 2024-01-03 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 |
| Session 2: The Project Economy and Why Projects Are the Future | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2024-01-05 | 2024-01-03 | 1.00 | 1.00 | 0.00 | 0.50 | 0.50 |
| Getting to know the Disciplined Agile Coach (DAC) | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2024-01-04 | 2024-01-03 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 |
| Nehemiah's Wall-Building Blueprint: A Project Management Masterclass | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2024-01-03 | 2024-01-03 | 1.00 | 1.00 | 0.50 | 0.50 | 0.00 |
| Totals | | | | 60.00 | 18.50 | 20.00 | | 21.50 |

**EXHIBIT 2**

| Activity | Provider<br>Category | Date<br>Submitted | Date<br>Completed | Overall PDUs | | Talent Triangle Applied PDUs | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Approved | Applied | Ways of<br>Working | Power<br>Skills | Business<br>Acumen |
| Unlocking Collective Wisdom: Generative AI for Lessons Learned Analysis in Project Management | ProjectManagement.com Community Virtual Events<br>*Education - Digital Media/Webinar* | 2024-01-03 | 2024-01-03 | 1.00 | 1.00 | 0.50 | 0.25 | 0.25 |
| The Disciplined Approach to Change | ProjectManagement.com Community Virtual Events<br>*Education - Digital Media/Webinar* | 2024-01-03 | 2024-01-03 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 |
| Disciplined Agile Release Management | ProjectManagement.com Community Virtual Events<br>*Education - Digital Media/Webinar* | 2024-01-02 | 2023-12-29 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 |
| Project Management in a Green World: Including Sustainability | ProjectManagement.com Community Virtual Events<br>*Education - Digital Media/Webinar* | 2023-12-30 | 2023-12-28 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 |
| PMI Citizen Developer Partner Perspective: Why should Project Managers care about Citizen Development? | ProjectManagement.com Community Virtual Events<br>*Education - Digital Media/Webinar* | 2023-12-29 | 2023-12-27 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 |
| In the Digital Fray, Don't Just Converse. Collaborate Inclusively. | ProjectManagement.com Community Virtual Events<br>*Education - Digital Media/Webinar* | 2023-12-29 | 2023-12-27 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 |
| Balanced Leadership | ProjectManagement.com Community Virtual Events<br>*Education - Digital Media/Webinar* | 2023-12-29 | 2023-12-27 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 |
| Your Methodology Fails Your Project Objectives | ProjectManagement.com Community Virtual Events<br>*Education - Digital Media/Webinar* | 2023-12-29 | 2023-12-27 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 |
| Project HEADWAY: Design Thinking For Project Management: How It Works | ProjectManagement.com Community Virtual Events<br>*Education - Digital Media/Webinar* | 2023-12-27 | 2023-12-27 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 |
| Coordinating Knowledge Work in Multiteam Programs: Findings From a Large-Scale Agile Development Program | ProjectManagement.com Community Virtual Events<br>*Education - Digital Media/Webinar* | 2023-12-27 | 2023-12-26 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 |
| Session 3: Lessons of The Most Influential Projects | ProjectManagement.com Community Virtual Events<br>*Education - Digital Media/Webinar* | 2023-12-27 | 2023-12-26 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 |
| They Is We; Them Is us: Life Lessons from a Career in Project Management | ProjectManagement.com Community Virtual Events<br>*Education - Digital Media/Webinar* | 2023-12-27 | 2023-12-26 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 |
| Rapid Assessment of Stakeholder Reliability | ProjectManagement.com Community Virtual Events<br>*Education - Digital Media/Webinar* | 2023-12-27 | 2023-12-26 | 1.00 | 1.00 | 0.00 | 0.50 | 0.50 |
| The Climate Crisis needs "Everything, Everywhere, All at Once" | ProjectManagement.com Community Virtual Events<br>*Education - Digital Media/Webinar* | 2023-12-27 | 2023-12-26 | 1.00 | 1.00 | 0.00 | 0.25 | 0.75 |
| Exploring Power Skills in Practice | ProjectManagement.com Community Virtual Events<br>*Education - Digital Media/Webinar* | 2023-12-27 | 2023-12-26 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 |
| Comment Transformer Ses Idees En Projets Realisables? | ProjectManagement.com Community Virtual Events<br>*Education - Digital Media/Webinar* | 2023-12-11 | 2023-12-07 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 |
| Why the Time for Human Centric Project and Change Management is Now! | ProjectManagement.com Community Virtual Events<br>*Education - Digital Media/Webinar* | 2023-12-07 | 2023-12-06 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 |
| Project HEADWAY: Digging for Root Causes | ProjectManagement.com Community Virtual Events<br>*Education - Digital Media/Webinar* | 2023-12-05 | 2023-12-04 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 |
| Why is Complexity So Complex? | ProjectManagement.com Community Virtual Events<br>*Education - Digital Media/Webinar* | 2023-12-05 | 2023-12-03 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 |
| Fundamental Principles of Project Management | ProjectManagement.com Community Virtual Events<br>*Education - Digital Media/Webinar* | 2023-12-05 | 2023-12-02 | 1.00 | 1.00 | 0.25 | 0.25 | 0.50 |
| How an Award Winning Project Stopped Nuclear Waste from Threatening the Environment | ProjectManagement.com Community Virtual Events<br>*Education - Digital Media/Webinar* | 2023-12-05 | 2023-12-01 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 |
| Leadership in the Era of Artificial Intelligence | ProjectManagement.com Community Virtual Events<br>*Education - Digital Media/Webinar* | 2023-12-04 | 2023-12-01 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 |
| Totals | | | | 60.00 | 18.50 | 20.00 | 21.50 | |

EXHIBIT 2

| Activity | Provider / Category | Date Submitted | Date Completed | Overall PDUs | | Talent Triangle Applied PDUs | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Approved | Applied | Ways of Working | Power Skills | Business Acumen |
| Project HEADWAY: Project Management for the Startup Organization | ProjectManagement.com Community Virtual Events<br>*Education - Digital Media/Webinar* | 2023-12-04 | 2023-12-01 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 |
| Rapid Reporting Translates Into Action: AI "Meeting Minute" Generators | ProjectManagement.com Community Virtual Events<br>*Education - Digital Media/Webinar* | 2023-12-04 | 2023-12-01 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 |
| Breaking Down Large Scenarios for Acceptance Testing | ProjectManagement.com Community Virtual Events<br>*Education - Digital Media/Webinar* | 2023-12-04 | 2023-11-30 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 |
| Mastering the Role of Product Owner: Best Practices | ProjectManagement.com Community Virtual Events<br>*Education - Digital Media/Webinar* | 2023-11-30 | 2023-11-30 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 |
| Navigating Tomorrow: New Insights on the AI-Driven Project Management Revolution | ProjectManagement.com Community Virtual Events<br>*Education - Digital Media/Webinar* | 2023-10-09 | 2023-10-07 | 1.00 | 1.00 | 0.50 | 0.00 | 0.50 |
| An Executive's Guide to Disciplined Agile | ProjectManagement.com Community Virtual Events<br>*Education - Digital Media/Webinar* | 2023-10-09 | 2023-10-07 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 |
| Project HEADWAY: Managing Projects You Know Nothing About | ProjectManagement.com Community Virtual Events<br>*Education - Digital Media/Webinar* | 2023-10-09 | 2023-10-06 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 |
| Session 3: The Right PMO for You | ProjectManagement.com Community Virtual Events<br>*Education - Digital Media/Webinar* | 2023-10-09 | 2023-10-06 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 |
| Transforming the PMO into a VMO (Value Management Office) | ProjectManagement.com Community Virtual Events<br>*Education - Digital Media/Webinar* | 2022-11-22 | 2022-11-21 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Transforming the PMO into a VMO (Value Management Office) | ProjectManagement.com Community Virtual Events<br>*Education - Digital Media/Webinar* | 2022-11-22 | 2022-11-21 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 |
| Where Do I Begin to Create an Ethical Culture in my Organization | ProjectManagement.com Community Virtual Events<br>*Education - Digital Media/Webinar* | 2022-11-22 | 2022-11-21 | 1.00 | 1.00 | 0.00 | 0.50 | 0.50 |
| Evolution of a PMO Leader - Lessons from Matthew McConaughey | ProjectManagement.com Community Virtual Events<br>*Education - Digital Media/Webinar* | 2022-11-14 | 2022-11-12 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 |
| A Manager's Guide to Supporting Agile Transformation | ProjectManagement.com Community Virtual Events<br>*Education - Digital Media/Webinar* | 2022-11-14 | 2022-11-11 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 |
| Project HEADWAY: Confronting Biases and Ethical Nudges | ProjectManagement.com Community Virtual Events<br>*Education - Digital Media/Webinar* | 2022-11-12 | 2022-11-11 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 |
| Leadership Maturity Framework: The Path To Leadership Development | ProjectManagement.com Community Virtual Events<br>*Education - Digital Media/Webinar* | 2022-11-12 | 2022-11-11 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 |
| How Digitalization Affects Project Management – Evidence from Two Case Studies in the Construction Industry | ProjectManagement.com Community Virtual Events<br>*Education - Digital Media/Webinar* | 2022-11-12 | 2022-11-11 | 1.00 | 1.00 | 0.50 | 0.00 | 0.50 |
| The Circular Economy - What Does It Mean For Project Professionals? | ProjectManagement.com Community Virtual Events<br>*Education - Digital Media/Webinar* | 2022-08-29 | 2022-08-26 | 1.00 | 1.00 | 0.50 | 0.00 | 0.50 |
| Being Agile, Not Scrum or XP | ProjectManagement.com Community Virtual Events<br>*Education - Digital Media/Webinar* | 2022-08-23 | 2022-08-23 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 |
| Everyone Communicates, Few Connect Effectively! | ProjectManagement.com Community Virtual Events<br>*Education - Digital Media/Webinar* | 2022-08-15 | 2022-08-13 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 |
| Project Management for All | ProjectManagement.com Community Virtual Events<br>*Education - Digital Media/Webinar* | 2022-08-15 | 2022-08-13 | 1.00 | 1.00 | 0.50 | 0.00 | 0.50 |
| Innovation Narratives and Leadership | ProjectManagement.com Community Virtual Events<br>*Education - Digital Media/Webinar* | 2022-08-15 | 2022-08-13 | 1.00 | 0.50 | 0.00 | 0.50 | 0.00 |
| Totals | | | | | 60.00 | 18.50 | 20.00 | 21.50 |

PDUs applied from a previous cycle: 4.50          PDUs available to apply to the next cycle: 0.00

**Approved PDUs**: The number of PDUs PMI has approved.
**Applied PDUs**: The number of PDUs applied to the cycle. Applied PDUs may differ from Approved PDUs due to the maximum PDU requirements being met for the cycle, the need to leave room in the cycle for unfulfilled minimum requirements, or PDUs earned in the third year of a cycle in excess of the current cycle's requirements may be applied to the next cycle.

EXHIBIT 2

To calculate CEUs earned, every PDU earned by attending a PMI SeminarsWorld®, eSeminarsWorld® or online and course the activity is equivalent to .10 CEUs. For example, 10 PDUs equals 1 CEU.

EXHIBIT 2



**Project Management Institute**
Global Operations Center
© Project Management Institute, Inc.

Tel: +1 610-356-4600, Fax: +1 610-482-9971
E-mail: CustomerCare@pmi.org, Internet: www.pmi.org

### PMP® *(1669217)*

Cycle Dates: Oct 15, 2019 to Oct 14, 2022

| Activity | Provider Category | Date Submitted | Date Completed | Overall PDUs | | Talent Triangle Applied PDUs | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Approved | Applied | Ways of Working | Power Skills | Business Acumen |
| The Circular Economy - What Does It Mean For Project Professionals? | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2022-08-29 | 2022-08-26 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Being Agile, Not Scrum or XP | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2022-08-23 | 2022-08-23 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Everyone Communicates, Few Connect Effectively! | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2022-08-15 | 2022-08-13 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Project Management for All | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2022-08-15 | 2022-08-13 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Innovation Narratives and Leadership | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2022-08-15 | 2022-08-13 | 1.00 | 0.50 | 0.00 | 0.00 | 0.50 |
| Making the Project Charter Success Focused | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2022-08-15 | 2022-08-13 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 |
| SCALE Your INFLUENCE: A Model for Project Success | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2022-08-15 | 2022-08-12 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 |
| Creating the Future of Work Together | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2022-08-15 | 2022-08-12 | 1.00 | 1.00 | 0.00 | 0.50 | 0.50 |
| How I "Project Managed" the Change Management on the Biggest Transformation Project of My Career | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2022-08-12 | 2022-08-12 | 1.00 | 1.00 | 0.50 | 0.00 | 0.50 |
| Navigating Tactful Negotiation | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2022-03-05 | 2022-03-04 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 |
| Mysterious Island and Project Management | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2022-03-03 | 2022-03-02 | 1.00 | 1.00 | 0.00 | 0.50 | 0.50 |
| Ethical Decision-Making Research for Global Teams | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2022-03-03 | 2022-03-02 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 |
| The Concept of Shared Leadership | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2022-03-03 | 2022-03-02 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 |
| Most Important Phase of a Project - The Proposal | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2022-03-02 | 2022-03-02 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 |
| Managing Uncertainty in Megaprojects | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2022-03-03 | 2022-03-02 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 |
| Supporting a Change Journey to Anywhere | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2022-03-02 | 2022-03-02 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 |
| The Agile Enterprise: Enterprise Agile Metrics Part 2: Bad Metrics, Good Metrics | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2022-03-02 | 2022-03-02 | 1.00 | 1.00 | 0.25 | 0.25 | 0.50 |
| The Agile Enterprise: The Agile Enterprise - Emotional Intelligence in an Agile World | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2022-01-18 | 2022-01-15 | 1.00 | 1.00 | 0.25 | 0.50 | 0.25 |
| High-Velocity Productivity for Project Management Excellence | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2022-01-18 | 2022-01-14 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 |
| Totals | | | | 60.00 | 16.00 | 20.00 | | 16.00 |

**EXHIBIT 2**

| Activity | Provider / Category | Date Submitted | Date Completed | Overall PDUs Approved | Overall PDUs Applied | Talent Triangle Applied PDUs — Ways of Working | Power Skills | Business Acumen |
|---|---|---|---|---|---|---|---|---|
| Little Disciplined Agile Fixes for Big Product Owner Challenges | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2022-01-14 | 2022-01-14 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 |
| Dealing with the Organizational Change Management (OCM) Workstream in Your Project | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2022-01-14 | 2022-01-13 | 1.00 | 1.00 | 0.50 | 0.50 | 0.00 |
| Setting up a PMO? Wow them in 100 days! | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2022-01-13 | 2022-01-13 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 |
| 4 Ways Volunteering Will Make You a Better Project Manager for the New Normal | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2022-01-13 | 2022-01-12 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 |
| The Ingredients of Successful Megaproject Management | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2022-01-13 | 2022-01-12 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 |
| The Agile Enterprise: Scaled Agile Frameworks - What are They Scaling? | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2022-01-13 | 2022-01-12 | 1.00 | 1.00 | 0.25 | 0.25 | 0.50 |
| Persona to Product: User Story Mapping and Projects | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2022-01-13 | 2022-01-11 | 1.00 | 1.00 | 0.50 | 0.00 | 0.50 |
| A Cyber Guide for Managing Third-Party Vendor Risk | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2022-01-13 | 2022-01-11 | 1.00 | 1.00 | 0.00 | 0.50 | 0.50 |
| How Small & Medium Enterprises (SMEs) Can Ride Over the COVID-19 Pandemic by Practicing Agile Methodologies | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2022-01-12 | 2022-01-11 | 1.00 | 1.00 | 0.50 | 0.00 | 0.50 |
| Procurement Management – Important Concepts in Partner Selection | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2022-01-11 | 2022-01-08 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 |
| Project HEADWAY: Managing Projects Without Support For Project Management | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2022-01-11 | 2022-01-08 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 |
| Helping Project Managers Develop Ability in Managing Uncertainties and Ambiguities in Their Projects | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2022-01-11 | 2022-01-08 | 1.00 | 1.00 | 0.00 | 0.50 | 0.50 |
| Virtual Practices as a Game Changer in Project Stakeholder Management | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2022-01-11 | 2022-01-08 | 1.00 | 1.00 | 0.00 | 0.50 | 0.50 |
| The Agile Enterprise: Coaching in an Agile World | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2022-01-11 | 2022-01-08 | 1.00 | 1.00 | 0.25 | 0.25 | 0.50 |
| Resilient Projects and Tough Decisions | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2022-01-10 | 2022-01-08 | 1.00 | 1.00 | 0.00 | 0.50 | 0.50 |
| Lean-Agile Procurement: A Disciplined Partnership | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2022-01-10 | 2022-01-07 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 |
| The Flawless Execution Advantage for Project Managers | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2022-01-10 | 2022-01-07 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 |
| Forensic Engineer | CED technologies *Giving Back - Work as a Practitioner* | 2022-01-10 | 2021-10-29 | 8.00 | 8.00 | n/a | n/a | n/a |
| Agile for Executives | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2020-05-12 | 2020-05-12 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 |
| Delivering Projects from Idea to Customer Using the Disciplined Agile Toolkit | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2020-04-14 | 2020-04-13 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 |
| Scrum vs. Kanban: Which Works Best Where? | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2020-04-14 | 2020-04-13 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 |
| The Agile Enterprise: The Agile Executive - What Does it Mean? | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2020-04-10 | 2020-04-09 | 1.00 | 1.00 | 0.25 | 0.50 | 0.25 |
| Sustainably Smarter: How PM Knowledge Networks Improve Skills | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2020-04-10 | 2020-04-09 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 |
| Totals |  |  |  | 60.00 | 16.00 | 20.00 |  | 16.00 |

EXHIBIT 2

| Activity | Provider Category | Date Submitted | Date Completed | Overall PDUs | | Talent Triangle Applied PDUs | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Approved | Applied | Ways of Working | Power Skills | Business Acumen |
| The Secrets to Conducting an Effective Project Kickoff Meeting | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2020-04-08 | 2020-04-03 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 |
| It's Hard Being Agile While Getting Drenched in a Waterfall | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2020-04-08 | 2020-04-03 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 |
| Successful Agile Requires a New Kind of Leadership | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2020-04-08 | 2020-04-03 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 |
| Solution Evaluation | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2020-04-08 | 2020-04-02 | 1.00 | 1.00 | 0.50 | 0.00 | 0.50 |
| The Xbox Story: Lessons in Leadership, Strategy & Team Management | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2020-04-08 | 2020-04-02 | 1.50 | 1.50 | 0.00 | 0.75 | 0.75 |
| Session 5: Future Focused: Building a Change-Ready Culture | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2020-04-03 | 2020-03-26 | 1.00 | 1.00 | 0.00 | 0.50 | 0.50 |
| Keynote Address: Building Unstoppable Teams: How a House Built a Family | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2020-04-03 | 2020-03-26 | 1.50 | 1.50 | 0.00 | 1.50 | 0.00 |
| Session 4: Mastering the Art of Humanness in Project Management: Serving Others Through Powerful Communications | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2020-04-01 | 2020-03-26 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 |
| Keynote Address: On the Edge: The Art of Leadership | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2020-03-25 | 2020-03-25 | 1.50 | 1.50 | 0.00 | 1.50 | 0.00 |
| The Agile Enterprise: A Look at Frameworks and Certifications - are they helping? | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2020-03-23 | 2020-03-20 | 1.00 | 1.00 | 0.25 | 0.50 | 0.25 |
| the Art and Science of Risk Management | *Education - Organization Meetings* | 2019-09-18 | 2019-09-16 | 2.00 | 2.00 | 0.00 | 0.00 | 2.00 |
| Session 4: Understand Your Stakeholders and Their Journey | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2019-08-15 | 2019-08-15 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 |
| Session 5: Hacking Agile for Digital Agencies | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2019-08-15 | 2019-08-15 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 |
| Totals | | | | | 60.00 | 16.00 | 20.00 | 16.00 |

PDUs applied from a previous cycle: 4.00

PDUs available to apply to the next cycle: 0.00

**Approved PDUs:** The number of PDUs PMI has approved.
**Applied PDUs:** The number of PDUs applied to the cycle. Applied PDUs may differ from Approved PDUs due to the maximum PDU requirements being met for the cycle, the need to leave room in the cycle for unfulfilled minimum requirements, or PDUs earned in the third year of a cycle in excess of the current cycle's requirements may be applied to the next cycle.
To calculate CEUs earned, every PDU earned by attending a PM SeminarsWorld®, eSeminarsWorld®, e-learning on demand course the activity is equivalent to .10 CEUs. For example, 10 PDUs equals 1 CEU.

EXHIBIT 2



**Project Management Institute**
Global Operations Center
© Project Management Institute, Inc.

Tel: +1 610-356-4600, Fax: +1 610-482-9971
E-mail: CustomerCare@pmi.org, Internet: www.pmi.org

## PMP® *(1669217)*

Cycle Dates: Oct 15, 2016 to Oct 14, 2019

| Activity | Provider Category | Date Submitted | Date Completed | Overall PDUs | | Talent Triangle Applied PDUs | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Approved | Applied | Ways of Working | Power Skills | Business Acumen |
| the Art and Science of Risk Management | *Education - Organization Meetings* | 2019-09-18 | 2019-09-16 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Session 4: Understand Your Stakeholders and Their Journey | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2019-08-15 | 2019-08-15 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Session 5: Hacking Agile for Digital Agencies | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2019-08-15 | 2019-08-15 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Session 3: 5 Myths of Business Analysis | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2019-08-15 | 2019-08-15 | 1.00 | 1.00 | 0.50 | 0.50 | 0.00 |
| Session 1: Define and Elaborate Requirements: Secrets for Achieving Project Success | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2019-08-14 | 2019-08-14 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 |
| Governance of Innovation in Portfolios, Programs and Projects | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2019-08-14 | 2019-08-14 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 |
| Session 5: The 6-Minute Problem Solver | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2019-08-14 | 2019-08-14 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 |
| The Ultimate Project Manager, Chapter 3: The Contract Agreement (RV-10427) | Vector Solutions *Education - Digital Media/Webinar* | 2019-08-14 | 2019-08-14 | 2.00 | 2.00 | 0.00 | 0.00 | 2.00 |
| Session 2: PMPPO 2019: Thought Leadership Series: Navigating the New Normal of Disruptive Technologies | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2019-08-14 | 2019-08-13 | 1.00 | 1.00 | 0.00 | 0.50 | 0.50 |
| Keynote Address: The Simpsons: There's no "I" in "Innovation" (oh wait, there's actually two of them)...Lessons in innovation from the most successful show in TV history | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2019-08-14 | 2019-08-13 | 1.50 | 1.50 | 0.00 | 1.50 | 0.00 |
| Session 1: The Surprising Links between Agile and Jazz | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2019-08-13 | 2019-08-13 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 |
| Keynote Address: Harnessing Your Power to Create Change | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2019-08-13 | 2019-08-13 | 1.50 | 1.50 | 0.00 | 1.50 | 0.00 |
| How to Deal with Stressful Projects … And Survive | ProjectManagement.com Community Virtual Events *Education - Digital Media/Webinar* | 2019-08-13 | 2019-08-13 | 1.00 | 1.00 | 0.00 | 0.50 | 0.50 |
| Active Shooter and Other Acts of Targeted Violence (RV-11032) | Vector Solutions *Education - Digital Media/Webinar* | 2019-08-13 | 2019-08-13 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 |
| Protecting Your Team Against Workplace Violence (RV-11022) | Vector Solutions *Education - Digital Media/Webinar* | 2019-08-13 | 2019-08-13 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 |
| CED Drone Capabilities | All State defense team *Giving Back - Give a Presentation* | 2019-08-13 | 2019-08-12 | 1.00 | 1.00 | n/a | n/a | n/a |
| The WELL Building Standard | Vector Solutions *Education - Digital Media/Webinar* | 2019-08-13 | 2019-08-12 | 3.00 | 3.00 | 0.00 | 0.00 | 3.00 |
| Finance & Accounting for the Non-Financial Manager | Vector Solutions *Education - Digital Media/Webinar* | 2019-08-13 | 2019-08-12 | 4.00 | 4.00 | 0.00 | 0.00 | 4.00 |
| Smart Management: Methods for Motivating and Mentoring Your Team (ST-0181) | Vector Solutions *Education - Digital Media/Webinar* | 2019-08-13 | 2019-08-12 | 2.00 | 2.00 | 0.00 | 0.00 | 2.00 |
| Smart Management: Business Essentials (ST-0182) | Vector Solutions *Education - Digital Media/Webinar* | 2019-08-13 | 2019-08-02 | 2.00 | 2.00 | 0.00 | 0.00 | 2.00 |
| Smart Management: Effective Performance Review Practices ST-0184 | Vector Solutions *Education - Digital Media/Webinar* | 2019-08-13 | 2019-08-02 | 2.00 | 2.00 | 0.00 | 2.00 | 0.00 |
| Totals | | | | 60.00 | 9.50 | 10.50 | 18.00 |

**EXHIBIT 2**

| Activity | Provider Category | Date Submitted | Date Completed | Overall PDUs | | Talent Triangle Applied PDUs | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Approved | Applied | Ways of Working | Power Skills | Business Acumen |
| Smart Management: SMART Goals - Setting Effective Targets for Success | Vector Solutions *Education - Digital Media/Webinar* | 2019-08-13 | 2019-08-01 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 |
| Construction Project Management: Managing Time (RV-11400) | Vector Solutions *Education - Digital Media/Webinar* | 2019-08-13 | 2019-08-01 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 |
| CED Drone Capabilities | Inspire Brands - Represents Buffalo wild wings and Arby's *Giving Back - Give a Presentation* | 2019-08-13 | 2019-08-08 | 5.50 | 5.50 | n/a | n/a | n/a |
| Developing 3D Engineered Construction Models (RV-10990) | Vector Solutions *Education - Digital Media/Webinar* | 2019-08-13 | 2019-07-01 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 |
| Creating 3d models using a camera | CED Technologies / Zane Sadik *Education - Organization Meetings* | 2019-08-14 | 2019-06-13 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 |
| Project Management Essentials (RV-11029) | Vector Solutions *Education - Digital Media/Webinar* | 2019-08-13 | 2019-01-27 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 |
| Finance & Accounting for the Non-Financial Manager | Vector Solutions *Education - Digital Media/Webinar* | 2019-08-13 | 2019-01-27 | 4.00 | 4.00 | 0.00 | 0.00 | 4.00 |
| CED Drone Program | NRRDA 2019 Annual Conference - Innovative vendor presentation *Giving Back - Give a Presentation* | 2019-08-13 | 2019-03-07 | 7.50 | 7.50 | n/a | n/a | n/a |
| Forensic Engineer | CED Technologies *Giving Back - Work as a Practitioner* | 2019-08-13 | 2019-08-01 | 8.00 | 8.00 | n/a | n/a | n/a |
| Totals | | | | | 60.00 | 9.50 | 10.50 | 18.00 |

PDUs applied from a previous cycle: 0.00                    PDUs available to apply to the next cycle: 0.00

**Approved PDUs**: The number of PDUs PMI has approved.
**Applied PDUs**: The number of PDUs applied to the cycle. Applied PDUs may differ from Approved PDUs due to the maximum PDU requirements being met for the cycle, the need to leave room in the cycle for unfulfilled minimum requirements, or PDUs earned in the third year of a cycle in excess of the current cycle's requirements may be applied to the next cycle.
To calculate CEUs earned, every PDU earned by attending a PMI SeminarsWorld®, eSeminarsWorld®, e-learning on demand course the activity is equivalent to .10 CEUs. For example, 10 PDUs equals 1 CEU.

**EXHIBIT 2**

Case 2:24-cv-00490-MSD-LRL     Document 103-2     Filed 09/03/25     Page 153 of 159
PageID# 3470
Transcript as of 22-Oct-2024, 03:52 PM                                        zane sadik                          PMI ID: 2775145



**Project Management Institute**
Global Operations Center
© Project Management Institute, Inc.

Tel: +1 610-356-4600, Fax: +1 610-482-9971
E-mail: CustomerCare@pmi.org, Internet: www.pmi.org

## PMP® *(1669217)*

Cycle Dates: Oct 15, 2013 to Oct 14, 2016

| Activity | Provider / Category | Date Submitted | Date Completed | Overall PDUs | | Talent Triangle Applied PDUs | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Approved | Applied | Ways of Working | Power Skills | Business Acumen |
| PMP®/CAPM® Exam Prep Class | Teacher *Education - Course or Training* | 2016-01-22 | 2015-04-27 | 14.00 | 14.00 | 6.00 | 4.00 | 4.00 |
| Black Belt | CSX *Giving Back - Work as a Practitioner* | 2016-01-22 | 2015-07-31 | 15.00 | 7.00 | n/a | n/a | n/a |
| Executing for success: PMP development forum | Kim C Caruthers *Category B* | 2014-08-28 | 2014-08-25 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 |
| Cost portion of PMP prep class | zane sadik *Category D* | 2014-11-07 | 2014-10-29 | 14.00 | 14.00 | n/a | n/a | n/a |
| Cost portion of PMP cert course- teacher | Zane Sadik *Category D* | 2014-08-28 | 2014-04-28 | 20.00 | 20.00 | n/a | n/a | n/a |
| The Ultimate Project Manager, Chapter 01: Today's Project Manager | red vector *Category B* | 2014-08-28 | 2014-01-16 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 |
| The Ultimate Project Manager, Chapter 16: Project Financial Management | red vector *Category B* | 2014-08-28 | 2014-01-15 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 |
| Totals | | | | | 60.00 | 6.00 | 4.00 | 4.00 |

PDUs applied from a previous cycle: 0.00                    PDUs available to apply to the next cycle: 0.00

**Approved PDUs**: The number of PDUs PMI has approved.
**Applied PDUs**: The number of PDUs applied to the cycle. Applied PDUs may differ from Approved PDUs due to the maximum PDU requirements being met for the cycle, the need to leave room in the cycle for unfulfilled minimum requirements, or PDUs earned in the third year of a cycle in excess of the current cycle's requirements may be applied to the next cycle.
To calculate CEUs earned, every PDU earned by attending a PMI SeminarsWorld®, eSeminarsWorld®, e-learning on demand course the activity is equivalent to .10 CEUs. For example, 10 PDUs equals 1 CEU.

<span style="color:red">**EXHIBIT 2**</span>

 

**DBPR ONLINE SERVICES**

**Certified General Contractor #CGC1527397**                                      Logged in as sadik, zane adam

## Continuing Education Requirements

The following information pertains to your Certified General Contractor license (#CGC1527397):

Continuing Education courses are first used to satisfy deficiencies in previous renewal cycles.
For more information go to our Frequently Asked Questions.

If your profession does not require you to report your CE credits, it will show a shortfall but will not hold or hinder your license renewal.

Select the desired renewal cycle and press "Search".

Press "Back" to return to the License menu.

View requirements for a different renewal period:   | 09/01/2020 to 08/31/2022 ∨ |   Search

### Requirements

| Requirement | Start Date | End Date | Required | Completed* | ShortFall |
|---|---|---|---|---|---|
| ADV - Advance Building Code | 09/01/2020 | 08/31/2022 | 1.00 | 1.00 | 0.00 |
| BSP - Business Practices | 09/01/2020 | 08/31/2022 | 1.00 | 1.00 | 0.00 |
| GEN - General (Total Requirement) | 09/01/2020 | 08/31/2022 | 8.00 | 8.00 | 0.00 |
| Laws and Rules | 09/01/2020 | 08/31/2022 | 1.00 | 1.00 | 0.00 |
| WC - Worker's Compensation | 09/01/2020 | 08/31/2022 | 1.00 | 1.00 | 0.00 |
| WMM-Wind Mitigation Methodologies | 09/01/2020 | 08/31/2022 | 1.00 | 1.00 | 0.00 |
| WPS - Workplace Safety | 09/01/2020 | 08/31/2022 | 1.00 | 1.00 | 0.00 |

### Courses

| Course Name | Provider | Course Date | Hours | Requirements |
|---|---|---|---|---|
| DRY IT IN - WOOD FRAMED ROOFS | FLORIDA HOME BUILDERS ASSOCIATION | 07/27/2021 | 1.00 | GEN - General (Total Requirement) |
| WORKER'S COMPENSATION COMPLIANCE | FLORIDA HOME BUILDERS ASSOCIATION | 07/16/2021 | 1.00 | GEN - General (Total Requirement), WC - Worker's Compensation |
| BUILDING SCIENCE OF FLOOR SYSTEMS (CLASSROOM) | FLORIDA HOME BUILDERS ASSOCIATION | 07/16/2021 | 1.00 | GEN - General (Total Requirement) |
| RESIDENTIAL FIRE-RESISTANCE CONSTRUCTION | FLORIDA HOME BUILDERS ASSOCIATION | 07/16/2021 | 1.00 | GEN - General (Total Requirement) |
| BUSINESS PLANNING FOR THE FUTURE | CONTINUING EDUCATION ACADEMY | 07/16/2021 | 1.00 | BSP - Business Practices, GEN - General (Total Requirement) |
| JOB SITE SAFETY | FLORIDA HOME BUILDERS ASSOCIATION | 07/16/2021 | 1.00 | GEN - General (Total Requirement), WPS - Workplace Safety |
| RESIDENTIAL ENERGY CODE GENERAL | FLORIDA HOME BUILDERS ASSOCIATION | 07/16/2021 | 1.00 | GEN - General (Total Requirement) |
| LEGISLATIVE UPDATE | FLORIDA HOME BUILDERS ASSOCIATION | 07/16/2021 | 1.00 | GEN - General (Total Requirement) |
| KEY CHANGES TO THE FBC-RESIDENTIAL | FLORIDA HOME BUILDERS ASSOCIATION | 07/15/2021 | 1.00 | GEN - General (Total Requirement) |
| FBC ADVANCED: PLUMBING, GAS AND MECHANICAL PROVISIONS FOR BUILDERS | FLORIDA HOME BUILDERS ASSOCIATION | 07/15/2021 | 1.00 | ADV - Advance Building Code, GEN - General (Total Requirement) |
| CONSTRUCTION LICENSING | COBB AND GONZALEZ PA | 07/15/2021 | 1.00 | GEN - General (Total Requirement), Laws and Rules |
| FBC ADVANCED: ELECTRICAL PROVISIONS FOR BUILDERS | FLORIDA HOME BUILDERS ASSOCIATION | 07/15/2021 | 1.00 | ADV - Advance Building Code, GEN - General (Total Requirement) |
| RETROFITTING PROVISIONS OF THE EXSITING | FLORIDA HOME BUILDERS ASSOCIATION | 07/15/2021 | 1.00 | GEN - General (Total Requirement), WMM-Wind Mitigation Methodologies |
| RISK MANAGEMENT FOR BUILDERS | FLORIDA HOME BUILDERS ASSOCIATION | 07/15/2021 | 1.00 | BSP - Business Practices, GEN - General (Total Requirement) |

Back

**EXHIBIT 2**

Under Florida law, email addresses are public records. If you do not want your e-mail address released in response to a public-records request, do not send electronic mail to this entity. Instead, contact the office by phone or by traditional mail. If you have any questions, please contact 850.487.1395. *Pursuant to Section 455.275(1), Florida Statutes, effective October 1, 2012, licensees licensed under Chapter 455, F.S. must provide the Department with an email address if they have one. The emails provided may be used for official communication with the licensee. However email addresses are public record. If you do not wish to supply a personal address, please provide the Department with an email address which can be made available to the public. Please see our Chapter 455 page to determine if you are affected by this change.

The State of Florida is an AA/EEO employer. Copyright 2007-2013 State of Florida. Privacy Statement

**EXHIBIT 2**

## APPENDIX E – REFERENCED FIGURES



*Figure 2 – View of bridge impact showing distance to fender.*



*Figure 3 - View of bridge impact showing distance to fender.*

EXHIBIT 2

Norfolk Bridge Hit and Run Allison
Origin and Cause

YAES No. ES- 20242476
July 1, 2025



*Figure 4- View of bridge impact showing distance to fender.*



*Figure 5 – Shifted bridge with support no longer bearing on the pier.*

Norfolk Bridge Hit and Run Allison
Origin and Cause

YAES No. ES- 20242476
July 1, 2025



*Figure 6 – View of the displaced tower.*



*Figure 7: View of the disconnected members.*

EXHIBIT 2

# YA Engineering Services
## Rate Schedule

*The following fee schedule is for professional services based on hourly rates plus reimbursable expenses*

|  | Hourly Rate |
|---|---|
| PRESIDENT | $465 |
| VICE PRESIDENT | $445 |
| DIRECTOR | $420 |
| SENIOR MANAGING ENGINEER/ARCHITECT | $355 |
| SENIOR MANAGING MATERIALS SCIENTIST | $380 |
| SENIOR PROJECT MANAGER | $330 |
| SENIOR MATERIALS SCIENTIST | $330 |
| PROJECT MANAGER | $310 |
| MATERIALS SCIENTIST | $280 |
| METEOROLOGIST | $280 |
| SENIOR ASSOCIATE | $280 |
| ASSOCIATE III | $235 |
| ASSOCIATE II | $200 |
| ASSOCIATE I | $150 |
| SENIOR TECHNICIAN | $230 |
| TECHNICIAN | $180 |
| SPECIALIST | $150 |
| SENIOR DRAFTER | $135 |
| DRAFTER | $115 |

**OTHER RELATED EXPENSES**

For preparation for and testimony at trial, deposition, mediation and/or arbitration, standard rates are marked up approximately 20%.

Reimbursable expenses that are directly related to the project, such as travel, lodging, meals, photographs and supplies are invoiced at cost. Consulting fees are invoiced monthly, payable in 30 days.

Outside professional services invoiced through YA Engineering Services will include a management fee of 20%.

A $150 file opening fee is charged to all projects.

Federal Tax ID Number: 83-2051691

www.YAEServices.com
Services in CT, MI, NY and NC provided through YA Engineering, PLLC
Services in CA provided through YA Engineering Services, Inc.

EXHIBIT 2