IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| In the Matter of COEYMANS MARINE TOWING, LLC d/b/a CARVER MARINE TOWING, as Owner and Operator of the *M/T Mackenzie Rose*, (IMO No. 8968765), *et al.* | Civil Action No. 2:24-cv-00490-MSD LRL |

**JOINT MOTION TO MODIFY BRIEFING SCHEDULE FOR DISPOSITIVE MOTIONS**

Petitioner Coeymans Marine Towing, LLC d/b/a Carver Marine Towing and Claimants Norfolk and Portsmouth Belt Line Railroad Company ("Belt Line") and Evanston Insurance Company ("Evanston") (together, "Claimants"), jointly request to modify and extend the briefing schedule for Claimants' Motion for Summary Judgment (ECF 90-91) and Petitioner's Motion for Summary Judgment (ECF 98-99) as follows:

1. Over the past several weeks, parties have engaged in settlement discussions.

2. In good faith and to fully prepare for settlement discussions, the parties filed their dispositive motions before the Aug. 28, 2025 deadline set forth in this Court's Rule 16(b) Scheduling Order (Doc.32) entered January 13, 2025.

3. If the Court is amenable, the parties have agreed to and request that the Court grant a modification to the dispositive motion briefing schedule as follows:

   a. Petitioner shall file its Response to Claimants' Motion for Summary Judgment (ECF 90-91) **on or before September 15, 2025**. Claimants shall file their Replies in Support of Motion for Summary Judgment **on or before September 22, 2025**.

   b. Claimants shall file their Response(s) to Petitioner's Motion for Summary Judgment (ECF 98-99) **on or before September 19, 2025**. Petitioner shall file its Reply in Support of Motion for Summary Judgment **on or before September 26, 2025.**

4. Per the Court's instruction, a word copy of the order is concurrently submitted to the Court.

5. Good cause exists to modify and extend the deadlines by three (3) business days, as set forth herein, to allow the parties to further explore resolution and preserve resources prior to trial.

6. Except for the foregoing, no other changes are made to the scheduling order.

WHEREFORE, parties respectfully request that the Court grant this motion and modify the briefing schedule for dispositive motions as set forth herein.

Respectfully submitted by,

Dated: September 12, 2025

**CLYDE & CO US LLP**

/s/ *Harold L. Cohen*
Harold L. Cohen  (VSB No.:98148)
1221 Brickell Avenue, Suite 1600
Miami, FL  33131
Tel: 305-446-2646
Fax: 305-441-2374
Email: harry.cohen@clydeco.us;
James H. Rodgers*
Clyde & Co US LLP
45 Lexington Avenue, 16th Floor
New York, NY 10174
Phone: (212) 702-6771
Email: james.rodgers@clydeco.us

Michael J. Roman*
Dawn L. Johnson
Siobhan M. Murphy*
Clyde & Co US LLP
30 South Wacker Drive, Suite 2600
Chicago, IL 60606
Phone: (312) 635-7000
Email: michael.roman@clydeco.us
dawn.johnson@clydeco.us
Siobhan.murphy@clydeco.us
*pro hac vice*

**Seen and Agreed:**

/s/ *Mark C. Nanavati*
_____

Mark C. Nanavati, Esq. (VSB No.: 38709)
G. Christopher Jones, Jr., Esq. (VSB No.: 82260)
SINNOT, NUCKOLS & LOGAN, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
(804) 893-3866 (Nanavati)
(804) 893-3862 (Jones)
(804) 378-2610 (Facsimile)
mnanavati@snllaw.com
cjones@snllaw.com
*Counsel for Evanston Insurance Company a/s/o Norfolk and Portsmouth Belt Line Railroad Company*

/s/ *Zach M. Jett*
_____

Zachary M. Jett, Esq. (VSB #93285)
BUTLER WEIHMULLER KATZ, et al
11525 North Community House Road
Suite 300
Charlotte, North Carolina 28277
(704) 543-2321 (Telephone)
(704) 543-2324 (Facsimile)
zjett@butler.legal
*Counsel for Evanston Insurance Company, a/s/o Norfolk and Portsmouth Belt Line Railroad Company*

/s/ *James L. Chapman, IV*
_____

James L. Chapman, IV, VSB No. 21983
W. Ryan Snow, VSB No. 47423
Mackenzie R. Pensyl VSB No. 100012
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
 mpensyl@cwm-law.com
*Attorneys for Norfolk and Portsmouth Belt Line Railroad Company*

/s/ *Harold L. Cohen*
_____

Harold L. Cohen (VSB No. 98148)
1221 Brickell Ave., Ste. 160
Miami FL 33131
CLYDE & CO US LLP
Tel: 305-446-2646
Fax: 305-441-2374
harry.cohen@clydeco.us
*Counsel for Petitioner Coeymans Marine Towing, LLC*

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 12, 2025, a true and correct copy of the foregoing document was filed using the Court's CM/ECF system, which will serve all counsel of record by electronic mail as follows:

| | |
|---|---|
| Mark C. Nanavati, Esq. (VSB No.: 38709) <br> G. Christopher Jones, Jr., Esq. (VSB No.: 82260) <br> SINNOT, NUCKOLS & LOGAN, P.C. <br> 13811 Village Mill Drive <br> Midlothian, Virginia 23114 <br> (804) 893-3866 (Nanavati) <br> (804) 893-3862 (Jones) <br> (804) 378-2610 (Facsimile) <br> mnanavati@snllaw.com <br> cjones@snllaw.com <br> *Counsel for Evanston Insurance Company a/s/o Norfolk and Portsmouth Belt Line Railroad Company* | Zachary M. Jett, Esq. (VSB No.: 93285) <br> BUTLER WEIHMULLER KATZ, et al <br> 11525 North Community House Road <br> Suite 300 <br> Charlotte, North Carolina 28277 <br> (704) 543-2321 (Telephone) <br> (704) 543-2324 (Facsimile) <br> zjett@butler.legal <br> *Counsel for Evanston Insurance Company, a/s/o Norfolk and Portsmouth Belt Line Railroad Company* |

James L. Chapman, IV, VSB No. 21983
W. Ryan Snow, VSB No. 47423
Mackenzie R. Pensyl VSB No. 100012
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
mpensyl@cwm-law.com
*Attorneys for Norfolk and Portsmouth Belt Line Railroad Company*

                */s/ Harold L. Cohen*

4