IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| In the Matter of COEYMANS MARINE TOWING, LLC d/b/a CARVER MARINE TOWING, as Owner and Operator of the *M/T Mackenzie Rose*, (IMO No. 8968765), *et al.* | Civil Action No. 2:24-cv-00490-MSD LRL |

## AGREED ORDER

Petitioner Coeymans Marine Towing, LLC d/b/a Carver Marine Towing and Claimants Norfolk and Portsmouth Belt Line Railroad Company ("Belt Line") and Evanston Insurance Company ("Evanston") (together, "Claimants"), upon their joint request to modify and extend the briefing schedule for Claimants' Motion for Summary Judgment (ECF 90-91) and Petitioner's Motion for Summary Judgment (ECF 98-99), the Court ORDERS as follows:

1. Petitioner shall file its Response to Claimants' Motion for Summary Judgment (ECF 90-91) **on or before September 15, 2025**. Claimants shall file their Replies in Support of Motion for Summary Judgment **on or before September 22, 2025**.

2. Claimants shall file their Response(s) to Petitioner's Motion for Summary Judgment (ECF 98-99) **on or before September 19, 2025**. Petitioner shall file its Reply in Support of Motion for Summary Judgment **on or before September 26, 2025.**

3. Good cause exists to modify and extend the deadlines by three (3) business days, as set forth herein, to allow the parties to further explore resolution and preserve resources prior to trial.

4. Except for the foregoing, no other changes are made to the scheduling orders.

September 12, 2025

/s/ MSD
Mark S. Davis
Chief Judge
Mark S. Davis
Chief Judge
United States District Court

Seen and Agreed:

/s/ Mark C. Nanavati

Mark C. Nanavati, Esq. (VSB No.: 38709)
G. Christopher Jones, Jr., Esq. (VSB No.: 82260)
SINNOT, NUCKOLS & LOGAN, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
(804) 893-3866 (Nanavati)
(804) 893-3862 (Jones)
(804) 378-2610 (Facsimile)
mnanavati@snllaw.com
cjones@snllaw.com
*Counsel for Evanston Insurance Company a/s/o Norfolk and Portsmouth Belt Line Railroad Company*

/s/ Zachary M. Jett

Zachary M. Jett, Esq. (VSB #93285)
BUTLER WEIHMULLER KATZ, et al
11525 North Community House Road
Suite 300
Charlotte, North Carolina 28277
(704) 543-2321 (Telephone)
(704) 543-2324 (Facsimile)
zjett@butler.legal
*Counsel for Evanston Insurance Company, a/s/o Norfolk and Portsmouth Belt Line Railroad Company*

/s/ James L. Chapman, IV

James L. Chapman, IV, VSB No. 21983
W. Ryan Snow, VSB No. 47423
Mackenzie R. Pensyl VSB No. 100012
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
mpensyl@cwm-law.com
*Attorneys for Norfolk and Portsmouth Belt Line Railroad Company*

/s/ Harold L. Cohen

Harold L. Cohen (VSB No. 98148)
1221 Brickell Ave., Ste. 160
Miami FL 33131
CLYDE & CO US LLP
Tel: 305-446-2646
Fax: 305-441-2374
harry.cohen@clydeco.us
*Counsel for Petitioner Coeymans Marine Towing, LLC*

/s/ Harold L. Cohen

2