# Exhibit 24

# Burnett & Sons Inc.

## Invoice

### T/A Burnett's Construction

2400 Cavalier Road
Ringgold, VA 24586
Phone (434) 822-6060   Fax (434) 822-5048
office@burnettsconstruction.com

DATE: November 21, 2024
Invoice #: 7523

**Invoice To:**
Norfolk & Portsmouth Belt Line RR
Attn: Adam Reeder
1340 Truxton St
Chesapeake, VA 23324

Prepared by: JR Burnett

**Comments:** Elizabeth River Bridge - Tie Removal & Install

| Item NO. | Description | Hours | Rate | AMOUNT |
|---|---|---|---|---|
| | Remove Ties, rail, OTM, and walkway from Bridge (August 5-7) | | | |
| | Tie Handler (rate same as medium backhoe) | 35 | $ 81.00 | $ 2,835.00 |
| | Mini Excavator (rate same as medium backhoe) | 55 | $ 81.00 | $ 4,455.00 |
| | Medium Backhoe | 55 | $ 81.00 | $ 4,455.00 |
| | Heavy Haul Lowboy | 20 | $ 110.00 | $ 2,200.00 |
| | Dump Truck (2) | 40 | $ 67.00 | $ 2,680.00 |
| | Tool Truck (3) | 90 | $ 38.00 | $ 3,420.00 |
| | Laborer (3) | 105 | $ 33.00 | $ 3,465.00 |
| | Out of Town Rate (5 men for 3 nights) | 15 | $ 60.00 | $ 900.00 |
| | Install Ties, rail, OTM, and Mider Rail on Bridge (October 28 - Nov. 2) | | | |
| | Tie Handler (rate same as medium backhoe) | 66 | $ 81.00 | $ 5,346.00 |
| | Mini Excavator (rate same as medium backhoe) | 66 | $ 81.00 | $ 5,346.00 |
| | Medium Backhoe | 66 | $ 81.00 | $ 5,346.00 |
| | Heavy Haul Lowboy | 12 | $ 110.00 | $ 1,320.00 |
| | Tool Truck (3) | 195 | $ 38.00 | $ 7,410.00 |
| | Laborer (4) | 264 | $ 33.00 | $ 8,712.00 |
| | Out of Town Rate (6 men for 5 nights) | 30 | $ 60.00 | $ 1,800.00 |
| | Install Ties, rail, OTM, and Mider Rail on Bridge (Nov. 4 - 6) | | | |
| | Tie Handler (rate same as medium backhoe) | 34 | $ 81.00 | $ 2,754.00 |
| | Mini Excavator (rate same as medium backhoe) | 34 | $ 81.00 | $ 2,754.00 |
| | Medium Backhoe | 34 | $ 81.00 | $ 2,754.00 |
| | Heavy Haul Lowboy (2) | 40 | $ 110.00 | $ 4,400.00 |
| | Tool Truck (3) | 102 | $ 38.00 | $ 3,876.00 |
| | Laborer (3) | 102 | $ 33.00 | $ 3,366.00 |
| | Out of Town Rate (5 men for 3 nights) | 15 | $ 60.00 | $ 900.00 |
| | *** 20% increase for Specialty/Bridge work | | | $ 16,098.80 |
| | | | TOTAL | $ 96,592.80 |

If you have any questions concerning this invoice, please call.

**THANK YOU FOR YOUR BUSINESS!**

NPBL005967

# DIAMONDBACK SIGNAL

December 18, 2024

| | |
|---|---|
| F09015 | |
| $ | 298.08 |
| $ | 90.00 |
| $ | 16.74 |
| $ | 405.00 |
| $ | 34.56 |
| $ | 1,710.00 |
| $ | 136.40 |
| $ | 1,080.00 |
| $ | 293.22 |
| $ | 1,520.00 |
| $ | 900.00 |
| $ | 277.02 |
| $ | 6,761.02 |

SOLD TO: Norfolk & Portsmouth Belt Line Railroad  (C1242)
1340 Truxton Street
Chesapeake, VA 23324

Contract Number: 1440004508

INVOICE-#    1068-24M
TERMS: Net due 30 days

LOCATION: Multiple Rail Crossings
DESCRIPTION: Maintenance & Inspection of Automatic Crossing Protection

A. **SIGNAL MAINTENANCE:**
Month of November 2024
18  Crossing @ $100.00 each                                                      $   1,800.00

                                      TOTAL SIGNAL MAINTENANCE         $   1,800.00

B. **SUPPLIED MATERIAL:**

**11/07 - Mainline Bridge**
18 - Plug Bond @ $16.56 ea.                                                       $    298.08

**11/07 - Barnes Rd.**
3 - Shear Pin @ $1.45 ea.                                                             $       4.35
3 - Shear Pin @ $1.45 ea.                                                             $       4.35

                                      TOTAL SUPPLIED MATERIAL           $     306.78

C. **TROUBLE CALLS & AUTHORIZED EXTRAS:**

**11/01 - Mainline Bridge**
Met with Adam to deliver parts.
2 hours @ $45.00/hr.                                                                    $      90.00
31 miles @ $0.54/mi.                                                                   $      16.74

**11/04 - Mainline Bridge**
Took pictures. Watched bridge movement. Inspected and
located damaged cables and bonds.
9 hours @ $45.00/hr. (2 men)                                                      $    405.00
64 miles @ $0.54/mi.                                                                   $      34.56

INVOICE-#   1068-24M

<u>11/07 - Mainline Bridge</u>
==Drilled plug bonds on west side of fixed bridge.== Inspected cables.
Removed wires from old transformer that was shorting circuit.
Cleaned fuse block. Reviewing plans for wire replacement.
Installed charger.

| | |
|---|---|
| 18 hours @ $90.00/hr. (Supervisor) Time & Travel | $ 1,620.00 |
| Lodging | $ 136.40 |
| 24 hours @ $45.00/hr. (3 men) | $ 1,080.00 |
| 543 miles @ $0.54/mi. | $ 293.22 |

<u>11/07 - Barnes Rd.</u>
Gate reported hit. Repaired and tested.

| | |
|---|---|
| 2 hours @ $45.00/hr. | $ 90.00 |
| 31 miles @ $0.54/mi. | $ 16.74 |

<u>11/13 - Mainline Bridge</u>
Found all cables in use from the bridge house to the bayonets.
Identified and tagged all service cables to each west side
bayonets junction box. Had to wait for bridge and boat traffic.

| | |
|---|---|
| 16 hours @ $90.00/hr. (Supervisor) Time & Travel | $ 1,440.00 |
| 20 hours @ $45.00/hr. (2 men) | $ 900.00 |
| 513 miles @ $0.54/mi. | $ 277.02 |

<u>11/14 - Deep Creek Blvd.</u>
False activation reported. Adjusted hold clear and tested.

| | |
|---|---|
| 2 hours @ $45.00/hr. | $ 90.00 |
| 31 miles @ $0.54/mi. | $ 16.74 |
| TOTAL TROUBLE CALLS & AUTHORIZED EXTRAS | $ 6,506.42 |
| INVOICE TOTAL (Please pay this amount) | $ 8,613.20 |

**Please remit payment to:**   **Diamondback Signal**
**5965 Exchange Drive, Suite D**
**Sykesville, MD  21784**

NPBL005969



**DIAMONDBACK SIGNAL**

January 27, 2025

$8,695.28 F09015 materials
$5,323.32 F09015 trouble call
$3,364.30 remainder
$17,382.90 TOTAL

SOLD TO: Norfolk & Portsmouth Belt Line Railroad (C1242)
1340 Truxton Street
Chesapeake, VA 23324

Contract Number: 1440004508

INVOICE-# 1068-25A
TERMS: Net due 30 days

LOCATION: Multiple Rail Crossings
DESCRIPTION: Maintenance & Inspection of Automatic Crossing Protection

A. **SIGNAL MAINTENANCE:**
Month of December 2024
28 Crossing @ $100.00 each                                    $ 2,800.00

TOTAL SIGNAL MAINTENANCE                 $ 2,800.00

B. **SUPPLIED MATERIAL:**

12/09 - Mainline Bridge
| | |
|---|---|
| 600' Reel - 12/C#14 Cable | $ 8,176.52 |
| 6 - Bond to Bond Sleeve @ $2.73 ea. | $ 16.38 |
| 24 - Staple @ $0.48 ea. | $ 11.52 |
| 50' - Bond Strand Wire @ $2.67 per ft. | $ 133.50 |
| 18 - Plug Bond @ $16.56 ea. | $ 298.08 |
| 12 - Fiber Tag @ $0.48 ea. | $ 5.76 |
| 8 - STN Track Connector @ $6.69 ea. | $ 53.52 |

TOTAL SUPPLIED MATERIAL                 $ 8,695.28

C. **TROUBLE CALLS & AUTHORIZED EXTRAS:**

12/06 - Poindexter St.
Changed out stick release timer with railroad part.
6 hours @ $45.00/hr. (2 men)                                  $ 270.00
35 miles @ $0.54/mi.                                          $ 18.90

12/06 - Yacht Dr.
Troubleshooting AC issue. Changed out C-4 unit (RR Part).
6 hours @ $45.00/hr. (2 men)                                  $ 270.00
10 miles @ $0.54/mi.                                          $ 5.40

INVOICE-# 1068-25A

### 12/09 - Mainline Bridge Project
Wired bridge and megged cables.

| | |
|---|---|
| 21.5 hours @ $90.00/hr. (Supervisor) Time & Travel | $ 1,935.00 |
| 68 hours @ $45.00/hr. (4 men) | $ 3,060.00 |
| 608 miles @ $0.54/mi. | $ 328.32 |
| TOTAL TROUBLE CALLS & AUTHORIZED EXTRAS | $ 5,887.62 |
| **INVOICE TOTAL (Please pay this amount)** | **$ 17,382.90** |

**Please remit payment to:**   Diamondback Signal
5965 Exchange Drive, Suite D
Sykesville, MD 21784

**NPBL005971**



February 24, 2025

| | |
|---|---|
| F09015 | |
| $ | 16.02 |
| $ | 5.46 |
| $ | 4.80 |
| $1,395.00 | |
| $1,080.00 | |
| $ | 312.12 |
| $2,813.40 | |

SOLD TO: Norfolk & Portsmouth Belt Line Railroad (C1242)
1340 Truxton Street
Chesapeake, VA 23324

Contract Number: 1440004508

INVOICE-#   1068-25B
TERMS: Net due 30 days

LOCATION: Multiple Rail Crossings
DESCRIPTION: Maintenance & Inspection of Automatic Crossing Protection

A. **SIGNAL MAINTENANCE:**
Month of January 2025
24 Crossing @ $100.00 each                                    $  2,400.00

TOTAL SIGNAL MAINTENANCE                                    $  2,400.00

B. **SUPPLIED MATERIAL:**

01/05 - Bainbridge Blvd.
1 - Gate Light @ $90.00 ea.                                     $    90.00
2 - Shear Pin @ $1.45 ea.                                       $     2.90
1 - Gate Light Cord @ $53.75 ea.                                $    53.75

01/14 - Barnes Rd.
3 - Shear Pin @ $1.45 ea.                                       $     4.35

01/29 - Mainline Bridge
6' - Bond Strand Wire @ $2.67 per ft.                           $    16.02
2 - Bond to Bond Sleeve @ $2.73 ea.                             $     5.46
10 - Fiber Tag @ $0.48 ea.                                      $     4.80

TOTAL SUPPLIED MATERIAL                                     $   177.28

C. **TROUBLE CALLS & AUTHORIZED EXTRAS:**

12/30 - Deep Creek Blvd., Woodrow St. & Portsmouth Blvd.
Performed Four Year Relay Test per FRA guidelines.
18 relays @ $20.00 ea.                                          $   360.00

1 of 2

5965 EXCHANGE DR. SUITE D SYKESVILLE, MD 21784 (410) 795-9601

NPBL005972

INVOICE-# 1068-25B

### 12/30 - Smith Douglas Rd.
Performed Ten Year Megging Test per FRA guidelines.
1 location(s) @ $300.00 ea.                                    $   300.00

### 01/05 - Bainbridge Blvd.
Gate reported hit. Repaired and tested.
2.5 hours @ $45.00/hr.                                         $   112.50
22 miles @ $0.54/mi.                                           $    11.88

### 01/09 - Bainbridge Blvd.
Monitored crossing and put track #2 back into service.
3.5 hours @ $45.00/hr.                                         $   157.50
21 miles @ $0.54/mi.                                           $    11.34

### 01/14 - Barnes Rd.
Gate reported hit. Repaired and tested.
2.5 hours @ $45.00/hr.                                         $   112.50
30 miles @ $0.54/mi.                                           $    16.20

### 01/29 - Mainline Bridge
West side would not lock. While troubleshooting, the polar relay was found to be defective. Replaced relay but switch still would not drive locks. Jumpers were found in junction box to falsely give indication to the control tower. No one will state who put these wires on or what was moved. Will need to return and continue troubleshooting.
15.5 hours @ $90.00/hr. (Supervisor) Time & Travel             $  1,395.00
24 hours @ $45.00/hr. (3 men)                                  $  1,080.00
578 miles @ $0.54/mi.                                          $    312.12

TOTAL TROUBLE CALLS & AUTHORIZED EXTRAS                                      $  3,869.04

**INVOICE TOTAL (Please pay this amount)**                                   $  6,446.32

*(handwritten: 09015)*

**Please remit payment to:**   **Diamondback Signal**
**5965 Exchange Drive, Suite D**
**Sykesville, MD 21784**

NPBL005973

# F09015

**NPBL RAILROAD COMPANY**  January 31, 2025
1340 Truxton Street
Chesapeake, VA  23342

ATTENTION:   Mr. Cannon Moss
                cannon.moss@nscorp.com
           Mr. Nathan Rose
                Nathan.rose@nscorp.com,

SUBJECT:    Run 4" Schedule 80 PVC Underbridge
                Dorey Electric Company's Job Number 818

Gentlemen:

Below is the breakdown for our invoice to install new 4" conduit under the railway bridge:

| | | | |
|---|---|---|---:|
| LABOR | STRAIGHT TIME | 90 HRS @ $ 80.00 / HR | $ 7,200.00 |
| | OVERTIME | 21 HRS @ $120.00 / HR | 2,520.00 |
| | SUPERVISION (15%) | 17 HRS @ $120.00 / HR | 2,040.00 |
| | **TOTAL LABOR COST** | | **$ 11,760.00** |

| | |
|---|---:|
| MATERIAL - LARGE JUNCTION BOX, 4" SCH. 80 PVC - CONDUIT & FITTINGS, STAINLESS STEEL HANGERS, ETC. | $ 4,493.00 |
| SALES TAX 6% | 270.00 |
| SUBTOTAL MATERIAL | $ 4,763.00 |
| MATERIAL MARKUP 25% | 1,191.00 |
| **TOTAL MATERIAL COST** | **$ 5,954.00** |
| **TOTAL THIS INVOICE** | **$ 17,714.00** |

.

Thank you.

Very truly yours,

**DOREY ELECTRIC COMPANY**



Don Dorey
President

**NPBL005974**



# Invoice

| | | | |
|---|---|---|---|
| 901137403 | Date issued: 08/26/2024 | | Tax ID:873972693 |
| Customer PO / item<br>4551636188 | Purchase order date<br>07/22/2024 | Bill of lading (BOL)<br>0212-32120 | Please remit payment to<br>Cliffs Steel Inc.<br>PO Box 735146 |
| Order no.<br>TB107-01667-A | Shipped date<br>08/23/2024 | Processor BOL | Chicago, IL 60673-5146<br>Payment due date: 09/25/2024 |

Bill to: 502207
SOUTHERN REGION MATERIALS SUPPLY INC
ATTN: ACCOUNTS PAYABLE
110 FRANKLIN RD SE
ROANOKE, VA 24042 USA

Ship to: 413030
NORFOLK & PORTSMOUTH BELT LINE
MWS HEADQUARTERS
1340 TRUXTON ST
CHESAPEAKE, VA 23324 USA

| Payment terms<br>½% 10 NET 30 | Delivery Terms<br>TRUCK MILL | Freight terms<br>COLLECT | Finishing plant<br>STEELTON, PA |
|---|---|---|---|
| Ship from point<br>STEELTON PA | Ship mode<br>TRUCK | Route<br>CUSTOMER TRUCK | Carrier (Car/Trailer#Barge#)<br>TRL#000058 |
| BOL material weight<br>35,947 | BOL weight total<br>35,947 | | |

| Label | Description | | | | Quantity | Unit price | Amount $ |
|---|---|---|---|---|---|---|---|
| Product description | 21 PCS NEW STEEL RAILS RY TRACK<br>SPEC: NS SPEC.<br>RT-001 DTD. SEPT 2020 & STEELTON/NS<br>CLARIFICATION LTR DTD 12/8/20 FOR<br>HIGH STRENGTH HEAD HARDENED RAIL -<br>LENGTH TOLERANCE +/-7/16" MAX. | | | | | | |
| Misc item notes | 132RE | | | | | | |
| Size | English: 39' | | | | | | |
| Piece ID | Heat no: 207N758 | | | | | | |
| | Pieces | Act wgt | Theo wgt | Lineal | | $ PER FT | |
| | 6 | 10270 LB | - | 234 | 234 | 26.30 | 6,154.20 |
| Piece ID | Heat no: 217L970 | | | | | | |
| | Pieces | Act wgt | Theo wgt | Lineal | | $ PER FT | |
| | 1 | 1712 LB | - | 39 | 39 | 26.30 | 1,025.70 |
| Piece ID | Heat no: 217L971 | | | | | | |
| | Pieces | Act wgt | Theo wgt | Lineal | | $ PER FT | |
| | 1 | 1712 LB | - | 39 | 39 | 26.30 | 1,025.70 |
| Piece ID | Heat no: 217L972 | | | | | | |
| | Pieces | Act wgt | Theo wgt | Lineal | | $ PER FT | |
| | 1 | 1712 LB | - | 39 | 39 | 26.30 | 1,025.70 |
| Piece ID | Heat no: 217N007 | | | | | | |
| | Pieces | Act wgt | Theo wgt | Lineal | | $ PER FT | |
| | 11 | 18829 LB | - | 429 | 429 | 26.30 | 11,282.70 |
| Misc item notes | DRILLED<br>ENDS CHAMFERED | | | | | | |

Cliffs Steel Inc.
200 Public Square, Suite 3300
Cleveland,OH 44114-2315

**INVOICE PRICE INCLUDES CLIFFS H<sup>TM</sup> SURCHARGES AND DISCOUNTS APPLICABLE TO THIS ORDER.**
THIS DOCUMENT IS FOR YOUR ORDER CONDITIONED ON YOUR ACCEPTANCE OF CLIFFS STEEL INC. TERMS AND CONDITIONS OF SALE
AVAILABLE FOR REVIEW AT HTTP://WWW.CLEVELANDCLIFFS.COM/TANDC. Thank you for your business

Page 1 of 2     For questions regarding invoicing, please call 1-855-787-4840 or email: Accounts.receivable@clevelandcliffs.com
V3.0

NPBL002540



# Invoice

| 901137403 | | Date issued: 08/26/2024 | | | | Tax ID:873972693 | |
|---|---|---|---|---|---|---|---|
| Label | Description | | | | Quantity | Unit price | Amount $ |
| Piece ID | **Heat no: 217N010** | | | | | $ PER FT | |
| | **Pieces** | **Act wgt** | **Theo wgt** | **Lineal** | | | |
| | 1 | 1712 LB | - | 39 | 39 | 26.30 | 1,025.70 |
| | | | | | ------------ | | ------------ |
| | | | | | 819 | | 21,539.70 |
| Comments | *(M19)PO LINE 10** | | | | | | |

| Cliffs Steel Inc. | Disc.Due Date | Cash disc | Amount w/disc | Invoice wgt | # Pieces | Total amount |
|---|---|---|---|---|---|---|
| 200 Public Square, Suite 3300 | 09/05/2024 | $107.70- | $21,432.00 | 35,947 | 21 | $21,539.70 |
| Cleveland,OH 44114-2315 | | | | | | Payable USD |

**INVOICE PRICE INCLUDES CLIFFS H™ SURCHARGES AND DISCOUNTS APPLICABLE TO THIS ORDER.**
THIS DOCUMENT IS FOR YOUR ORDER CONDITIONED ON YOUR ACCEPTANCE OF CLIFFS STEEL INC. TERMS AND CONDITIONS OF SALE
AVAILABLE FOR REVIEW AT HTTP://WWW.CLEVELANDCLIFFS.COM/TANDC. Thank you for your business

Page 2 of 2    For questions regarding invoicing, please call 1-855-787-4840 or email: Accounts.receivable@clevelandcliffs.com.
           V3.0

NPBL002541



**ORDER CONFIRMATION**
Standard Order

Sold To:
NORFOLK & PORTSMOUTH BELT LINE RR
A DIV OF NS CORP
PO Box # 32
ATLANTA GA 30309 US

Ship To:
NORFOLK & PORTSMOUTH BELT LINE RR
C/O MWS HEADQUARTERS
1340 TRUXTON ST
CHESAPEAKE VA 23324-1325 US

| | |
|---|---|
| Order Number: | 20219826 |
| Order Date: | 08/18/2024 |
| Customer: | NORFOLK & PORTSMOUTH BELT LINE RR A DIV OF NS CORP |
| Customer PO: | 4551633689 |
| End User PO: | |
| Ship From: | Goshen - Plant S VA US |
| Ship Via: | Truck/Camion |
| Shipping Condition: | Truck TM |
| Incoterms: | FCA ORIGIN |

NORFOLK AND PORTSMOUTH BELT LINE - MLB TIES - BRIDGE TIMBERS

CREO 8# - 100% EP - OAK
240 MI - 3 TL

For the first group of 150 ties, the first dap should start at 1'-1 ½ " and end at 2'-4 ½ ".
The second dap should start at 7'-7 ½ " and end at 8'-10 ½ "
Dap should be 1" deep (All dimensions are from one end of the tie).

For the second group of 148 ties, the first dap should start 1'-2 ½ " and end at 2'-3 ½ ".
The second dap should start at 7'-8 ½ " and end at 8'-9 ½ "
Dap Should be 1" deep (All dimensions are from one end of the tie).

| Item No | Material | Description | QTY Weight | Unit Price | Freight | Gross Price |
|---|---|---|---|---|---|---|
| | | | | | Currency: USD | |
| 10 | 40002048 | NPBR BRIDGE TIMBER 2024 | 1 EA | 74,091.74/EA | | 74,091.74 |
| 20 | 10003252 | TIMBER 8X10X10' OAK CREO 356" | 150 EA | 0.00/EA | | 0.00 |
| | | | 53,400.000 LB | | | |
| 30 | 10003252 | TIMBER 8X10X10' OAK CREO | 148 EA | 0.00/EA | | 0.00 |
| | | | 52,688.000 LB | | | |

| | |
|---|---|
| Gross Total | 74,091.74 |
| Net Value | 74,091.74 |
| **TOTAL VALUE** | **74,091.74** |

Total Weight: 106,088.000 LB
Total Volume: 1,655.688 FT3

298 pcs.

Payment Terms: Net 30 Days
Required Delivery Date: 09/08/2024

CONTACTS:
RACHAEL SEARS / RACHAEL.SEARS@NSCORP.COM / 757-271-1722
CANNON MOSS / CANNON.MOSS@NSCORP.COM / 757-237-0888

NPBL002543



**ORDER CONFIRMATION**
Standard Order - 20219826

SHIP TO CODE: NPBL / LOCATION CODE: NPBL / STORAGE LOCATION ID: 1801

TR FRT - $1,140.00/TL

Customer Service: MICHELLE COBB          Sales Manager: AMANDA BATTISTI
Stella-Jones Corporation 1000 Cliff Mine Road Suite 500 Park West One Pittsburgh PA 15275 US
PRD-1                                                                    Page 2 of 2

NPBL002544