# Exhibit 26

LAW OFFICES
# CRENSHAW, WARE & MARTIN, P.L.C.
150 WEST MAIN STREET, SUITE 1923
Norfolk, Virginia 23510
www.cwm-law.com

TELEPHONE (757) 623-3000
FACSIMILE (757) 623-5735

JAMES L. CHAPMAN IV
EMAIL: jchapman@cwm-law.com
Also licensed in North Carolina

May 5, 2025

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| James H. Rodgers, Esq.<br>CLYDE & CO US LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, New York 10174<br>*James.Rodgers@clydeco.us* | Harold L. Cohen. Esq.<br>CLYDE & CO US LLP<br>1221 Brickell Ave #1600<br>Miami, FL 33131<br>*Harry.Cohen@clydeco.us* |
| Michael Roman, Esq.<br>Dawn Johnson, Esq.<br>CLYDE & CO US LLP<br>30 S. Wacker Drive, Ste 2600<br>Chicago, IL 60606<br>*Michael.Roman@clydeco.us*<br>*Dawn.Johnson@clydeco.us* | Rachel Werner, Esq.<br>CLYDE & CO US LLP<br>One North Central Avenue, Suite 1030<br>Pheonix, Arizona 85004<br>*Rachel.werner@clydeco.us* |

Re:  COEYMANS MARINE TOWING, LLC D/B/A CARVER MARINE TOWING as Owner and Operator of M/T Mackenzie Rose (IMO No. 8968765), etc. United States District Court, Eastern District of Virginia, Case No. 2:24-cv-00490

Dear Mr. Rodgers:

I write to follow up the depositions of three current Carver employees (Brian Moore, Jarkeis Morrissey, Sharif Porter) and one former Carver employee (Leonard Baldassare) produced by Carver at your offices on April 28-30, 2025. There were numerous documents identified by the deponents that are clearly within the scope of our prior discovery requests which have not been produced, and we want to ensure they are produced by **Friday, May 9, 2025** with the production ordered by Magistrate Judge Leonard. They are listed below with the corresponding document request.

| Relevant RFP | Document description | Deponent |
|---|---|---|
| 1st RFP No. 14 | Electronically stored information ("ESI") versions of photographs of the bridge and barge taken from the M/T MACKENZIE ROSE on June 15, 2024, including all metadata | All – not produced (exhibits 1, 2 are incomplete thumbnail images) |



James H. Rodgers, Esq.
May 5, 2025
Page 2

| | | |
|---|---|---|
| 2nd RFP No. 1, 11-14 | The entire Safety Management System ("SMS"); this includes every version of the SMS, whether paper or ESI, including any record or log of changes made to it | All – deposition exhibit 4 incomplete |
| 2nd RFP No. 11-14 | Health and Safety Plan ("HSP"); this includes every version of the HSP, whether paper or ESI, including any record or log of changes made to it | Brian Moore – deposition exhibit 4 incomplete |
| 2nd RFP No. 11-14 | Employee Safety Handbook ("ESH"); this includes every version of the ESH, whether paper or ESI, including any record or log of changes made to it | Sharif Porter – not produced |
| 1st RFP No. 2 | Personnel files of the M/T MACKENZIE ROSE crew members; this includes both paper and ESI formats | Brian Moore and Leonard Baldassare – deposition exhibits 8, 10, 12, 14, 16 incomplete |
| 2nd RFP No. 4 | Documents pertaining to James Morrissey's suspension, being placed on administrative leave, discipline, or termination by Carver | Brian Moore – not produced |
| 1st RFP No. 30 & 34 | Communications to/from Mr. Baldassare's work cell phone on June 15-20, 2024; this includes texts, emails, photographs, videos and phone call logs | Leonard Baldassare – not produced |
| 1st RFP No. 30 & 34 | Communications to/from Mr. Moore's work cell phone on June 15-20, 2024; this includes texts, emails, photographs, videos and phone call logs | Brian Moore and Leonard Baldassare – not produced |
| 1st RFP No. 30 & 34 | Communications between Mr. Moore and Mr. Baldassare relating to CG-2692 form; this includes drafts, texts, emails, photographs, videos and phone call logs | Brian Moore and Leonard Baldassare – not produced |
| 1st RFP No. 30 & 34 | Communications to/from the phone onboard the M/T MACKENZIE ROSE on June 15, 2024; this includes texts, emails, photographs, videos and phone call logs | All – not produced |
| 2nd RFP No. 2 | Communications with Tug and Barge Solutions related to Carver's purchase of the SMS and Helm Connect, including any record or log of changes made to them | Brian Moore and Leonard Baldassare – not produced |
| 1st RFP No. 30 | Communications to or with the United States Coast Guard relating to the June 15, 2024 allision | Brian Moore and Leonard Baldassare – not produced |
| 2nd RFP No. 9 | Certificate of Inspection of the M/T MACKENZIE ROSE from January 2025 | Leonard Baldassare – not produced |
| 2nd RFP No. 3 | Annual Review Form from ride-along with James Morrissey | Leonard Baldassare – not produced |
| 1st RFP No. 16 & 26 | January 1 – September 30, 2024 Deck Log from M/T MACKENZIE ROSE, whether paper or ESI, including any record or log of changes made to ESI versions | All – exhibits 6, 7, 23 incomplete; rough logs poorly copied |
| 1st RFP No. 16 & 26 | January 1 – September 30, 2024 Engine Log from M/T MACKENZIE ROSE, whether paper or ESI, including any record or log of changes made to ESI versions | All – exhibits 20, 22 incomplete; rough logs poorly copied |
| 1st RFP No. 1 & 26 | Legible copy of crew hours worked reports | Brian Moore and Leonard Baldassare – exhibit 18 not legible |



James H. Rodgers, Esq.
May 5, 2025
Page 2

| | | |
|---|---|---|
| 2nd RFP No. 11 | Manuals for the autopilot system on the M/T MACKENZIE ROSE, whether paper or ESI | Leonard Baldassare – not produced |
| 1st RFP No. 34 | ESI versions of the typed crew statements included within deposition exhibits 9, 11, 13, 15, and 17, including all metadata and drafts | All – not produced |
| 2nd RFP No. 5 | ESI and paper versions of 9.2 Near Miss reports for M/T MACKENZIE ROSE | Brian Moore and Leonard Baldassare – deposition exhibits 26, 28, 30 incomplete and poorly copied |
| 2nd RFP No. 6 & 7 | Attachments to the 9.5 Incident Report for January 22, 2024 | Brian Moore and Leonard Baldassare – deposition exhibit 3 incomplete |
| 2nd RFP No. 6 & 7 | 9.5 Incident Report for June 15, 2024, including any drafts | Brian Moore and Leonard Baldassare – exhibit 21 incomplete |
| 1st RFP No. 26 | 7.9 Voyage Planning Form for June 15, 2024, including all attachments | Leonard Baldassare – deposition exhibit 34 incomplete |
| 1st RFP No. 26 | 9.4 Risk Assessment Form for June 15, 2024 | Leonard Baldassare |

The above-noted documents are within the scope of documents previously requested which the Court ordered to be produced. They are not, however, intended to limit in any way what Carver must produce to comply with the Court's Order. We look forward to receiving all requested documents, including the ones described above, by **May 9, 2025**.

Very truly yours,

James L. Chapman, IV

JLC/mda
cc:  W. Ryan Snow. Esq.
     Mackenzie R. Pensyl, Esq.
     Zachary M. Jett, Esq.
     Mark C. Nanavati, Esq.

