# Exhibit 28

|  | **7.3 MASTER'S DAILY VESSEL REPORTING (TUGS) - MACKENZIE ROSE** | | |
| --- | --- | --- | --- |
| | External Number<br>**FRM003852** | Effective Date<br>**09/27/2021** | Tags<br>**Masters Daily Log** |
| | Asset<br>**Mackenzie Rose** | Filled By<br>**Christopher (Chris) L. Miller** | Filled<br>**06/15/2024 23:55** |

## Form Response Items

| | Item | Value |
| --- | --- | --- |
| **1** | **CREW MEMBERS ONBOARD** | |
| 1.1 | 46 CFR 140.400, you are required to log who is on the vessel, and the times that a watchstander assumes a watch and is relieved of a watch.<br>Enter the vessel crew below as well as any non-crew members.<br>Use Log a New Event on the Wheelhouse tab (upper right) and Choose appropriate position On and Off.<br>Example: Captain On Watch or Captain's Deckhand Off Watch. | |
| 1.2 | Master: | Christopher (Chris) L. Miller |
| 1.3 | Watch Times: | 0600-1200,1800-2400 |
| 1.4 | Mate: | James D. Morrissey |
| 1.5 | Watch Times: | 0000-0600,1200-1800 |
| 1.6 | Engineer: | Jason McGrath |
| 1.7 | Watch Times: | 0600-1200,1800-2400 |
| 1.8 | Deckhand: | Sharif Porter |
| 1.9 | Watch Times: | 0600-1200,1800-2400 |
| 1.10 | Deckhand: | Jarkeis Morrisey |

CARVER 000019

| | | |
|---|---|---|
| 1.11 | Watch Times: | 0000-0600,0600-1200 |
| 1.12 | Other: | |
| 1.13 | Look Out: | N/A |
| 1.14 | If Look Out was used, who was it? | |
| 1.15 | Times that look out was on watch: | |
| 1.16 | Non-Crew members onboard (if applicable): | |
| 1.17 | 46 USC 8104 An individual licensed to operate a towing vessel may not work for more than 12 hours in a consecutive 24-hour period except in an emergency. | |
| 1.18 | Check here if any crew member worked more than 12 hours today? | |
| 1.19 | Why did someone work more than 12 hours (if applicable)? | |
| 1.20 | Did you have a new crew member come on board today? | No |
| 1.21 | Did you fill out 6.2 B and C (New Captains) or E (New Deckhands)? | N/A |
| 1.22 | Do you have a new crew member onboard the vessel for the first time today that is a current employee with the Company? | No |
| 1.23 | Did you fill out 6.2 F New Crew Orientation- New to Vessel for Existing Employee form? | N/A |
| 1.24 | Did you conduct a fire drill within 24 hours of the new crew member reporting onboard? | N/A |
| 2 | **DAILY TESTS & INSPECTIONS (33 CFR 164.80)** | |
| 2.1 | Steering Systems: | Pass |
| 2.2 | Signaling Whistle: | Pass |
| 2.3 | Navigation Equipment: | Pass |
| 2.4 | Communications Systems: | Pass |

CARVER 000020

| | | |
|---|---|---|
| 2.5 | Navigation Lights: | Pass |
| 2.6 | Floodlights: | Pass |
| 2.7 | Towing Gear: | Pass |
| 2.8 | Propulsion Controls/Systems: | Pass |
| 2.9 | Fathometer (if applicable): | Yes |
| 2.10 | Searchlights: | Pass |
| 2.11 | GPS: | Pass |
| 2.12 | AIS: | Pass |
| 2.13 | Compass: | Pass |
| 2.14 | Hatches, doors or other openings function properly: | Pass |
| 2.15 | Weather forecast checked? | Yes |
| 2.16 | Crew knows sailing plan? | Yes |
| 2.17 | I certify that I have personally inspected and tested the above equipment and systems and my responses on this report are true, correct and complete to the best of my ability (140.615/.725). | |
| 2.18 | Master's Electronic Signature: | Christopher (Chris) L. Miller |
| 3 | **RADIO LOG (47 CFR 80.409)** | |
| 3.1 | Channels Monitored:<br>13/16<br>VTS 11/12/14 | |
| 3.2 | Condition of VHF Radios:<br>* Were there any important service incidents?<br>* Were the batteries and radios tested?<br>* Was a daily condition test conducted?<br>If you turned the radios on, could talk and listen without any issues, then answer PASS below, if not then FAIL and describe the problem. | |
| 3.3 | Condition of VHF Radios: | Pass |
| 3.4 | Condition of Handheld Radios: | Pass |

CARVER 000021

| | | |
|---|---|---|
| 3.5 | Condition of PA System: | Pass |
| 3.6 | Position where Radio Log was filled out: | Chesapeake Bay |
| 3.7 | Name of Operator: | Christopher (Chris) L. Miller |
| **4** | **TOWLINE & TERMINAL GEAR for TOWING ALONGSIDE and PUSHING AHEAD (33 CFR 164.74/.76)** | |
| 4.1 | Inspections must include the following:<br>*surface condition, including corrosion and discoloration;<br>*visible damage to the wire(s); material deterioration indicated by measurements of diameter and if applicable, measurements of lay extension;<br>*condition of all lines including deterioration, nicks, cuts and serviceability;<br>*shackles and associated towing gear. | |
| 4.2 | * Face wires, spring lines & push gear used are appropriate for the vessel's horsepower?<br>* Face wires, spring lines & push gear used are frequently inspected?<br>* Face wires, spring lines & push gear used are appropriate for the arrangement of the tow?<br>* Face wires, spring lines & push gear used remain serviceable? | |
| 4.3 | Has all towing gear been inspected and does it meet the above requirements? | Pass |
| **5** | **NAVIGATION WATCH ASSESSMENT (140.635) and TOWING SAFETY (140.805)** | |
| 5.1 | By signing at the end of this form, you affirm that: | |

CARVER 000022

| | |
|---|---|
| 5.2 | (a) The officer in charge of a navigational watch must conduct a navigation assessment for the intended route and operations prior to getting underway. The navigation assessment must incorporate the requirements of pilothouse resource management of § 140.640, assess operational risks, and anticipate and manage workload demands. At a minimum, this assessment must consider:<br>(1) The velocity and direction of currents in the area being transited;<br>(2) Water depth, river stage, and tidal state along the route and at mooring location;<br>(3) Prevailing visibility and weather conditions and changes anticipated along the intended route;<br>(4) Density (actual and anticipated) of marine traffic;<br>(5) The operational status of pilothouse instrumentation and controls, to include alarms, communication systems, variation and deviation errors of the compass, and any known nonconformities or deficiencies;<br>(6) Air draft relative to bridges and overhead obstructions taking tide and river stage into consideration;<br>(7) Horizontal clearance, to include bridge transits;<br>(8) Lock transits;<br>(9) Navigation hazards such as logs, wrecks or other obstructions in the water;<br>(10) Any broadcast notice to mariners, safety or security zones or special navigation areas;<br>(11) Configuration of the vessel and tow, including handling characteristics, field of vision from the pilothouse, and activities taking place onboard;<br>(12) The knowledge, qualifications, and limitations of crewmembers who are assigned as members on watch and the experience and familiarity of crewmembers with the towing vessels particulars and equipment; and<br>(13) Any special conditions not covered above that impact the safety of navigation. | |
| 5.3 | If a pre-bridge transit or lock transit meeting was conducted, check Done. | |

CARVER 000023

| | | |
|---|---|---|
| 5.4 | Prior to getting underway, and giving due consideration to the prevailing and expected conditions of the trip or voyage, the officer in charge of the navigational watch for a towing vessel must ensure that:<br>• The barges, vessels, or objects making up the tow are properly configured and secured;<br>• Equipment, cargo, and industrial components on board the tow are properly secured and made ready for transit;<br>• The towing vessel is safely and securely made up to the tow; and<br>• The towing vessel has appropriate horsepower or bollard pull and is capable of safely maneuvering the tow. See SMM 7.26 for<br>reference | |
| **6** | **PILOTHOUSE RESOURCE MANAGEMENT (140.640)** | |
| 6.1 | Captains, please sign off that at each watch change, you have verified the following with the on-coming Captain:<br>*Off-going watch stander believes that the on-coming watch stander is competent and capable;<br>The on-coming watch stander has done the following;<br>*Verified planned route (navigation watch assessment if applicable);<br>*Anticipated hazards to navigation;<br>*Verified operational condition of towing vessel;<br>*Verified situational awareness and minimized distractions;<br>*Verified available personnel to take watch;<br>*Critical info has been reviewed;<br>*Understands navigation risks and route is displayed;<br>*Agrees with transit procedures;<br>*Night vision OK, if applicable;<br>*Understands decision making process and the chain of command. | |
| 6.2 | Captain/Pilot's Electronic Signature: | Christopher (Chris) L. Miller |
| 6.3 | Mate's Electronic Signature: | James D. Morrissey |

CARVER 000024