# Exhibit 30

TRANSPORTATION WORKER IDENTIFICATION CREDENTIAL





**MORRISSEY, JAMES D.**

EXPIRES
**2025**
MAY 22







CARVER 000089



CARVER 000090

THIS DOCUMENT IS A SEAFARERS' IDENTITY DOCUMENT FOR THE PURPOSE OF THE SEAFARERS' IDENTITY DOCUMENTS CONVENTION (REVISED), 2003, OF THE INTERNATIONAL LABOR ORGANIZATION.

I DO SOLEMNLY SWEAR OR AFFIRM THAT I WILL FAITHFULLY AND HONESTLY, ACCORDING TO MY BEST SKILL AND JUDGMENT, AND WITHOUT CONCEALMENT AND RESERVATION, PERFORM ALL THE DUTIES REQUIRED OF ME BY THE LAWS OF THE UNITED STATES. I WILL FAITHFULLY AND HONESTLY CARRY OUT THE LAWFUL ORDERS OF MY SUPERIOR OFFICERS ABOARD A VESSEL.

SIGNATURE OF BEARER

# UNITED STATES OF AMERICA
## MERCHANT MARINER CREDENTIAL
Issued By: The United States Coast Guard National Maritime Center
Website: http://www.uscg.mil/nmc  Phone: 1-888-I-ASK-NMC

**Document Number:** USA000611973
**Type:** PG
**Country Code:** USA
**Reference Number:** 1577407



**Full Name:** JAMES DOMINICK MORRISSEY
**Present Address:** 4723 BAYWOOD DRIVE, PANAMA CITY, FL 32444
**Citizenship:** USA
**Height:** 5'09"
**Hair Color:** BRO
**DOB:** 29-NOV-1962
**Sex:** M
**Weight:** 160
**Eye Color:** GRN
**Place of Birth:** STATEN ISLAND, NY
**Issue Date:** 13-DEC-2021
**Expiration Date:** 13-DEC-2026

```
PGUSAMORRISSEY<<JAMES<DOMINICK<<<<<<<<<<<<<<<
0006119733USA6211291M2612133<<<<<<<<<<<<<<<0
```

CARVER 000091

This credential has been issued under the provisions of the International Convention on Standards of Training Certification on Watchkeeping for Seafarers 1978, as amended.

The lawful holder of this Credential as endorsed below, is entitled under Title 46 (Shipping) U.S. Code to serve in the capacity or capacities specified, subject to any limitations indicated.

The Government of the United States of America certifies that

## JAMES DOMINICK MORRISSEY

has been duly qualified in accordance with the provisions of regulation(s) II/1; II/2; II/3; II/4; II/5; VI/1; VI/2; VI/3

Of the above Convention, as amended, and has been found competent to perform the following functions, at the levels specified, subject to any limitation indicated until 13-DEC-2026

Ref Num 1577407    Serial Num 000611973



| CAPACITY | LIMITATIONS APPLYING (IF ANY) |
|---|---|
| Master. | Not valid on vessels 3,000 Gross Tons (GT) or more. Limited to near coastal voyages. Not valid on vessels equipped with ARPA. Not valid on vessels equipped with ECDIS. |
| Officer in charge of a navigational watch (OICNW). | Limited to near coastal voyages. Not valid on vessels equipped with ARPA. Not valid on vessels equipped with ECDIS. |
| Able Seafarer - Deck. Rating forming part of a navigational watch (RFPNW). Proficiency in survival craft and rescue boats other than fast rescue boats - limited (PSC - limited). Advanced Firefighting. Basic Training. | Not valid for service on vessels with lifeboats. |

Ref Num 1577407    Serial Num 000611973

CARVER 000092

The lawful holder of this credential,

## JAMES DOMINICK MORRISSEY

as endorsed below, is entitled under Title 46 (Shipping) U.S. Code to serve in the capacity or capacities specified (National Only), subject to any limitations indicated.

| CAPACITY | LIMITATIONS APPLYING (IF ANY) |
|---|---|
| Master | Of Self-Propelled Vessels Not Including Sail or Auxiliary Sail Of Less Than 1,600 Gross Register Tons (GRT) Upon Near Coastal Waters. |
| Master | Of Towing Vessels Upon Near Coastal Waters and Western Rivers. |
| Radar Observer (Unlimited) | |
| Able Seaman- Unlimited | |
| Lifeboatman- Limited | Limited to Non-Lifeboat Equipped Vsls |
| Wiper | |
| Steward's Department (F.H.) | |

Ref Num 1577407                                Serial Num 000611973

*Bradley W Clare* (signature)

BRADLEY W CLARE, CAPT, USCG

Ref Num 1577407                                Serial Num 000611973

CARVER 000093