# Exhibit 31

Witness Statement 1/21/24

On January 31, 2024, we sailed from pier j cooper river at 0800, after coming off the dock at pier J the tug and barge was set quickly towards pier k with a strong ebb current and strong north wind. I tried to maneuver the unit, but was unable to avoid contact with pier k. The result was damage to the port bow of the y not 2 and damage to the upriver corner of pier K. After incident the tug Jim McAllister assisted us back to tie up to pier J.

James Morrissey, Captain

CARVER TBS HELM CONNECT 003732