**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

| | |
|---|---|
| In the Matter of COEYMANS MARINE TOWING, LLC d/b/a CARVER MARINE TOWING, as Owner and Operator of the *M/T Mackenzie Rose*, (IMO No. 8968765), *et al.* | **Civil Action No. 2:24-cv-00490-MSD LRL** |

**ORDER**

The Court, having reviewed Petitioner's Unopposed Motion to Modify Trial Witness and Exhibit Disclosure Deadlines and being fully advised in the premises, hereby ORDERS AS FOLLOWS:

1. Petitioner's Motion is GRANTED. Paragraph 5 of the Scheduling Order (ECF 32) is modified to reflect that Petitioner shall serve the pretrial disclosures required by Rule 26(a)(3) **on or before September 15, 2025** and Claimants shall file any Objections thereto **on or before September 22, 2025**.

2. Except as provided herein, no other changes are made to the Scheduling Orders.

 

_____
Mark S. Davis
Chief Judge United States District Court