IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division
In Admiralty

| | |
|---|---|
| In the Matter of COEYMANS MARINE TOWING, LLC D/B/A CARVER MARINE TOWING as Owner and Operator of M/T Mackenzie Rose, (IMO No. 8968765), *et al*. | Civil Action No. 2:24-cv-00490-MSD-LRL |

**CLAIMANTS' FIRST MOTION *IN LIMINE* TO PRECLUDE
COAST GUARD INVESTIGATIVE MATERIALS AND CG-2692 FORMS AT TRIAL**

Norfolk and Portsmouth Belt Line Railroad Company ("Belt Line") and Evanston Insurance Company ("Evanston"), by counsel, move this Court to preclude any evidence of, mention of, or reference to Coast Guard Form 2692 Reports ("CG-2692 Forms") or any other Coast Guard investigative materials in the trial of this case. Specifically, Claimants moves this Court to exclude:

1. Any introduction into evidence of CG-2692 Forms filed with the Coast Guard regarding the subject allision;

2. Any testimony, commentary, or questioning regarding the contents of such CG-2692 Forms;

3. Any reference to, reliance upon, or argument concerning CG-2692 Forms as part of the record in this matter;

4. Any introduction into evidence of any other reports, records, documents, witness interviews, notes, or materials generated or maintained by the United States Coast Guard in connection with its investigation of the subject allision;

5.  Any testimony, deposition, or trial examination of Coast Guard personnel, or any other person, concerning the Coast Guard's investigative process, conclusions, findings, recommendations, deliberations, or opinions related to the allision; and

6.  Any reference to, reliance upon, or argument concerning any portion of the Coast Guard's marine casualty investigation in this matter.

The legal and factual grounds supporting this motion are set forth in the accompanying memorandum in support.

Dated: September 18, 2025

NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY

By: _____/s/ Mackenzie R. Pensyl_____
James L. Chapman, IV, VSB No. 21983
W. Ryan Snow, VSB No. 47423
Mackenzie R. Pensyl, VSB No. 100012
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
mpensyl@cwm-law.com
*Counsel for Norfolk and Portsmouth Belt Line Railroad Company*

EVANSTON INSURANCE COMPANY,
a/s/o NORFOLK AND PORTSMOUTH
BELT LINE RAILROAD COMPANY

_____/s/ Mark C. Nanavati_____
Mark C. Nanavati, VSB No. 38709
G. Christopher Jones, Jr., VSB No. 82260
SINNOTT, NUCKOLS & LOGAN, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114

>(804) 893-3866 (Nanavati)
>(804) 378-2610 (Facsimile)
>mnanavati@snllaw.com
>cjones@snllaw.com
>
>Zachary M. Jett, VSB No. 93285
>BUTLER WEIHMULLER KATZ CRAIG LLP
>11525 N. Community House Road, Ste 300
>Charlotte, North Carolina 28277
>(704) 543-2321 (Telephone)
>(704) 543-2324 (Facsimile)
>zjett@butler.legal
>*Counsel for Evanston Insurance Company, a/s/o Norfolk and Portsmouth Belt Line Railroad Company*

## **CERTIFICATE OF SERVICE**

I certify that on this 18th day of September 2025, a true copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all registered counsel of record, and a copy was mailed to:

>James Morrissey
>4723 Baywood Drive
>Lynnhaven, FL 32444

>By: _____*/s/ Mackenzie R. Pensyl*_____
>James L. Chapman, IV, VSB No. 21983
>CRENSHAW, WARE & MARTIN, P.L.C.
>150 W. Main Street, Suite 1923
>Norfolk, Virginia 23510
>Telephone: (757) 623-3000
>Facsimile: (757) 623-5735
>mpensyl@cwm-law.com
>*Counsel for Norfolk and Portsmouth Belt Line Railroad Company*

3