# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division
### In Admiralty

| | |
|---|---|
| In the Matter of COEYMANS MARINE TOWING, LLC D/B/A CARVER MARINE TOWING as Owner and Operator of M/T Mackenzie Rose, (IMO No. 8968765), *et al*. | Civil Action No. 2:24-cv-00490-MSD-LRL |

## NOTICE OF SETTLEMENT

Please take notice that Coeymans Marine Towing, LLC d/b/a Carver Marine Towing and Evanston Insurance Company have reached a settlement in the above-captioned matter[1] and will be submitting Stipulation of Dismissal with prejudice of Evanston Insurance Company's claim as soon as the Parties have finalized the necessary paperwork to effectuate their agreement and no later than thirty days from today.

COEYMANS MARINE TOWING LLC
d/b/a CARVER MARINE TOWING

*/s/ Harold L. Cohen*
Harold L. Cohen (VSB No.:98148)
CLYDE & CO US LLP
1221 Brickell Avenue, Suite 1600
Miami, FL 33131
Tel: 305-446-2646
Fax: 305-441-2374
Email: harry.cohen@clydeco.us
*Counsel for Coeymans Marine Towing LLC d/b/a Carver Marine Towing*

---

[1] Norfolk and Portsmouth Belt Line Railroad Company's claim has not been resolved and remains pending.

EVANSTON INSURANCE COMPANY

*/s/ Zachary M. Jett*

---

Zachary M. Jett, Esq. (VSB # 93285)
BUTLER WEIHMULLER KATZ CRAIG LLP
11525 N. Community House Road, Suite 300
Charlotte, North Carolina  28277
Telephone: (704) 543-2321
Facsimile:   (704) 543-2324
Email: zjett@butler.legal
*Counsel for Evanston*


           /s/ *Mark C. Nanavati*
Mark C. Nanavati, Esq. (VSB #38709)
G. Christopher Jones, Jr., Esq. (VSB #82260)
SINNOTT, NUCKOLS & LOGAN, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
(804) 893-3866 (Nanavati)
(804) 893-3864 (Jones)
(804) 378-2610 (Facsimile)
mnanavati@snllaw.com
cjones@snllaw.com
*Counsel for Evanston*

2

## CERTIFICATE OF SERVICE

I hereby certify that, on this 19th day of September 2025, a true and accurate copy of the foregoing Motion was filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

                                        /s/ *Mark C. Nanavati*
                                  Mark C. Nanavati, Esq. (VSB #38709)
                                  G. Christopher Jones, Jr., Esq. (VSB #82260)
                                  SINNOTT, NUCKOLS & LOGAN, P.C.
                                  13811 Village Mill Drive
                                  Midlothian, Virginia 23114
                                  (804) 893-3866 (Nanavati)
                                  (804) 893-3864 (Jones)
                                  (804) 378-2610 (Facsimile)
                                  mnanavati@snllaw.com
                                  cjones@snllaw.com
                                  *Counsel for Evanston*