# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division
### In Admiralty

| | |
|---|---|
| In the Matter of COEYMANS MARINE TOWING, LLC D/B/A CARVER MARINE TOWING as Owner and Operator of M/T Mackenzie Rose, (IMO No. 8968765), *et al*. | Civil Action No. 2:24-cv-00490-MSD-LRL |

## **NOTICE**

Norfolk and Portsmouth Belt Line Railroad Company, by counsel, hereby gives Notice that mediation conducted by Judge Thomas Shadrick (Ret.) took place on September 4, 2025, but did not result in settlement of the matter.

Dated: September 19, 2025

NORFOLK AND PORTSMOUTH BELT
LINE RAILROAD COMPANY

By: */s/ James L. Chapman, IV*
James L. Chapman, IV, VSB No. 21983
W. Ryan Snow, VSB No. 47423
Mackenzie R. Pensyl, VSB No. 100012
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
mpensyl@cmw-law.com
*Counsel for Norfolk and Portsmouth Belt Line Railroad Company*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 19th day of September 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all registered counsel of record, and mailed to:

>James Morrissey
>4723 Baywood Drive
>Lynnhaven, FL 32444

                          By:  */s/ James L. Chapman, IV*
                               James L. Chapman, IV, VSB No. 21983
                               Crenshaw, Ware & Martin, P.L.C.
                               150 W. Main Street, Suite 1923
                               Norfolk, Virginia 23510
                               Telephone: (757) 623-3000
                               Facsimile: (757) 623-5735
                               jchapman@cwm-law.com
                               *Counsel for Norfolk and Portsmouth Belt Line Railroad Company*