**First Legal Depositions**
P.O. Box 745087
Los Angeles, CA 90074
Phone: (855) 348-4997



Crenshaw, Ware & Martin, P.L.C.
James L. Chapman, IV
150 W. Main Street, Suite 1500
Norfolk, VA 23510

## Invoice #129893

| Date | Terms |
|---|---|
| 07/10/2025 | Net 30 |

**Job #114503 on 06/24/2025 at 10:00 AM CT**

Firm Case#: 2:24-cv-00490

Case: In the Matter of Coeymans Marine Towing, LLC
Location: Hand Arendall Harrison Sale, LLC 304 Magnolia Avenue Panama City, FL 32401

Shipped On: 06/30/2025
Shipped Via: Email Only
Delivery Type: 4 day Expedite
Services: Court Reporter; DepoAnalyst; Lap Top Rental; Remote Link; Videographer

| Description | Price | Amount |
|---|---|---|
| **Original Transcript of James Morrissey** | | |
| Certificate of Non-Appearance | $ 350.00 | $ 350.00 |
| Expedite (1 Page) | $ 50.00 | $ 50.00 |
| Transcript Surcharges - Video/Remote (75 Pages) | $ 2.98 | $ 223.50 |
| Hourly (2 Hours) | $ 85.00 | $ 170.00 |
| In Person Coverage | $ 250.00 | $ 250.00 |
| Exhibit(s) - Electronic (8 Pages) | $ 0.65 | $ 5.20 |
| Processing & Handling | $ 35.00 | $ 35.00 |
| Litigation Package | $ 100.00 | $ 100.00 |
| | | $ 1,183.70 |
| **Remote Services** | | |
| Remote Set-Up Fee | $ 100.00 | $ 100.00 |
| | | $ 100.00 |

| | Amount Due: | $ 1,283.70 |
|---|---|---|
| | Paid: | $ 0.00 |
| | **Balance Due:** | **$ 1,283.70** |
| | **Payment Due:** | **08/09/2025** |

We appreciate your business - Where the client comes first!
Billing questions?  Please call us at (855) 348-4997   or   email us at depoclientcare@firstlegal.com

First Legal Deposition Services LLC
P.O. Box 745087
Los Angeles, CA 90074-5087

Tax ID: 99-3169047      First Legal Depositions       Phone: 855-348-4997


EXHIBIT 1

**UPS**

**Delivery Service Invoice**
Invoice Date **June 14, 2025**
Invoice Number  0000A497A1245
Account Number  A497A1

Page 3 of 3

**Outbound**
**UPS CampusShip**

| Pickup Date | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|
| 06/10 | 1ZA497A12498168507 | Next Day Air Residential Letter | 32444 | 105 | Letter | 56.93 | -11.39 | 45.54 |
| | | Customer Weight | | | 0.5 | | | |
| | | Residential Surcharge | | | | 6.55 | | 6.55 |
| | | Delivery Confirmation Signature | | | | 7.20 | | 7.20 |
| | | Fuel Surcharge | | | | 12.55 | -2.02 | 10.53 |
| | | Total | | | | 83.23 | -13.41 | 69.82 |

1st ref: 4132240219
Sender : Breanna Morgan
CRENSHAW, WARE & MARTIN, P.L.C
150 W MAIN ST
NORFOLK VA 23510

UserID: BMorgan150
Receiver:
James Morrissey
4723 Baywood Drive
LYNN HAVEN FL 32444-3407

| Total for UserID: BMorgan150 | | | | | | 83.23 | -13.41 | 69.82 |
| Total UPS CampusShip | | | | | | | | |
| Total Outbound | | | | | | | | |

L. Lance & Associates, LLC
P.O. Box 9985
Panama City Beach, FL 32417

# Invoice

**Bill To**
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. MAIN ST
SUITE 1923
NORFOLK, VA. 23510

| Date | Invoice No. | P.O. Number | Terms | Project |
|---|---|---|---|---|
| 06/18/25 | 25-453 | | | |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Process Service | Process Service-JAMES MORRISSEY | 1 | 65.00 | 65.00 |

ok to pay

| | |
|---|---|
| Subtotal | $65.00 |
| Sales Tax | $0.00 |
| Total | $65.00 |

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 2:24-cv-490

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* James Morissey
on *(date)* 6/12/2025.

☑ I served the subpoena by delivering a copy to the named individual as follows: served personally James Morissey at 4723 Baywood Dr, Lynn Haven, FL 32444 65 YOA, w/m, 5'8", 170 lbs, Bald   on *(date)* 6/17/2025 @; or 12:50 PM

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 6/18/2025

*Server's signature*

Charles R. Laney Jr. SPS 011
*Printed name and title*

P.O. Box 9905
Panama City Beach, FL 32417
*Server's address*

Additional information regarding attempted service, etc.: