Crenshaw, Ware & Martin P.L.C.
Travel and Expense Report

| Name: | James Chapman IV | File Number: | 4132.240219 |
|---|---|---|---|
| Destination: | Panama City, Florida 32401 | File Name: | NPBL- Mackenzie Rose |
| Purpose of Travel: | Deposition - James Morrissey | Area of Practice: | Maritime |
| | | Date: | 6/23/25-6/24/25 |

| Type | | Amount |
|---|---|---|
| Airfare | $706.37 | $706.37 |
| Hotel | $231.89 | $231.89 |
| Airport Parking | 24.00 | $24.00 |
| Uber/taxi | $9.95  $85.00 | $94.95 |
| Meals | $32.00  $17.50  $9.68 | $59.18 |
| Tolls/Tips | | $0.00 |
| Subtotal | | $1,116.39 |

Other Reimbursable Expenses

| | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Subtotal for Other Reimbursements | $0.00 |

| Total Travel and Expenses | $ 1,116.39 |
|---|---|
| Less Advances Received | |
| Amount Due | $ 1,116.39 |

Litigation code required for task-based billing matters:
E Code required for task-based billing matters

updated

EXHIBIT 2

| | |
|---|---|
| **From:** | James Chapman |
| **To:** | Breanna Morgan |
| **Subject:** | FW: [External] Your trip confirmation (ORF - ECP) |
| **Date:** | Sunday, June 22, 2025 2:08:40 PM |

**From:** American Airlines <no-reply@info.email.aa.com>
**Sent:** Thursday, June 19, 2025 9:27 PM
**To:** James Chapman <jchapman@cwm-law.com>
**Subject:** [External] Your trip confirmation (ORF - ECP)

CAUTION External Email: This email originated from outside of the CWM network. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

American Airlines home



Issued: June 20, 2025

# Your trip confirmation and receipt

You can check in via the American app 24 hours before your flight and get your mobile boarding pass.

Confirmation code: **KJNRWS**

## Monday, June 23, 2025

**ORF**
Norfolk
10:56 AM

AA 3122

**CLT**
Charlotte
12:20 PM

Seat: **14C**
Class: **Economy (L)**
Meals:

**CLT**
Charlotte
1:18 PM

AA 5529
Operated by PSA Airlines as American Eagle

**ECP**
Panama City
2:00 PM

Seat: 9D
Class: Economy (L)
Meals:

### Tuesday, June 24, 2025

**ECP**
Panama City
2:39 PM

AA 5529
Operated by PSA Airlines as American Eagle

**CLT**
Charlotte
5:22 PM

Seat: 9C
Class: Economy (L)
Meals:

**CLT**
Charlotte
6:01 PM

AA 5635
Operated by PSA Airlines as American Eagle

**ORF**
Norfolk
7:19 PM

Seat: 11C
Class: Economy (L)
Meals:

**Manage your trip**

Limited Time: Earn up to 100,000 bonus miles*
Find the Citi® / AAdvantage® card that's right for you.
Terms Apply
Learn more

## Your purchase

James Chapman - AAdvantage® #: 1A3****

New ticket (0012250566587)                $706.37

[$610.58 + Taxes & carrier-imposed fees $95.79]

**Total cost**                                         $706.37

## Your payment

MasterCard (ending 7033 )                              $706.37

**Total paid**                                         $706.37

## Bag information

| Checked Bag (Airport) | | Checked Bag (Online*) | |
|---|---|---|---|
| 1st bag | No charge | 1st bag | No charge |
| 2nd bag | No charge | 2nd bag | No charge |

Taxes are included, when applicable.
Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 50 pounds or 23 kilograms

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. For information regarding American Airlines checked baggage policies, please visit: Bag and optional fees

If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 2 hours) before departure.

Carry-on bags (American Airlines operated flights)

| | |
|---|---|
| **Personal item** | A small purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you. |
| **Carry-on** | Maximum dimensions must not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm). |

# HOTEL INDIGO
PANAMA CITY MARINA

23      06-24-25

| | | |
|---|---|---|
| **James Chapman**<br>**Crenshaw Ware Martin**<br>**1200 Bank Of America Bldg.**<br>**Norfold VA 23510**<br>**United States** | Folio No.       : 33047<br>A/R Number   :<br>Group Code   :<br>Company         : **business**<br>Membership No. : PC   801872974<br>Invoice No.      : | Room No.   : 417<br>Arrival        : 06-23-25<br>Departure  : 06-24-25<br>Conf. No.   : 25771691<br>Rate Code : IDAAA<br>Page No.   : 1 of 2 |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 06-23-25 | Deposit Transfer at Check-In | | | 231.89 |
| 06-23-25 | *Accommodation | | 205.00 | |
| 06-23-25 | Merchant Fee - 1% | | 2.05 | |
| 06-23-25 | State Tax  - 6% | | 12.42 | |
| 06-23-25 | Bed Tax  - 5% | | 10.35 | |
| 06-23-25 | County Tax - 1% | | 2.07 | |
| | Thank you for your loyalty as an IHG(R) Rewards Club member, and for staying with us! | **Total** | **231.89** | **231.89** |
| | Qualifying points for this stay will automatically be credited to your account.  Please tell us about your stay by writing a review here - www.ihgrewardsclub.com/reviews.  We look forward to welcoming you back soon. | **Balance** | **0.00** | |

Guest Signature: _____

Hotel Indigo Panama City Marina
7 Harrison Avenue
Panama City, FL 32401
Telephone: (850) 402-5100 Fax: (850) 402-5111

Owned and Operated by St Joe Resort Operations, LLC

**From:** James Chapman
**To:** Breanna Morgan
**Subject:** Fwd: [External] Your Tuesday morning trip with Uber
**Date:** Tuesday, June 24, 2025 11:12:49 AM

Sent from my iPad

Begin forwarded message:

> **From:** Uber Receipts <noreply@uber.com>
> **Date:** June 24, 2025 at 9:55:54 AM CDT
> **To:** James Chapman <jchapman@cwm-law.com>
> **Subject: [External] Your Tuesday morning trip with Uber**
> **Reply-To:** no-reply@replies.uber.com

CAUTION External Email: This email originated from outside of the CWM network. Do not click any links or open any attachments unless you trust the sender and know the content is safe.



Total $9.95
June 24, 2025

# Thanks for tipping, Jim

Here's your updated Tuesday morning ride receipt.



## Total                    $9.95

In December 2024 in Florida, roughly 21% of customers' fares went toward covering government-mandated commercial insurance for rideshare/TNC (transportation network company) trips. Take action to bring down costs.

| | |
|---|---|
| Trip fare | $6.21 |
| Subtotal | $6.21 |
| Booking Fee | $1.74 |
| Tip | $2.00 |

**Payments**

 Mastercard ••••7033         $9.95
6/24/25 9:55 AM

Switch Payment Method

Download PDF

## You rode with TONY

4.98   Rating                    Has passed a multi-step safety screen

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more

 0.57 miles | 3 min

9:35 AM
7 Harrison Ave, Panama City, FL 32401, US

9:38 AM
304 Magnolia Ave, Panama City, FL 32401-3125, US

**From:** James Chapman
**To:** Brianna Homan
**Subject:** Fwd: [External] Receipt from Cinco rubio pina llc
**Date:** Monday, June 23, 2025 4:10:47 PM

Taxi charge

Sent from my iPhone

Begin forwarded message:

From: Cinco rubio pina llc <messenger@messaging.squareup.com>
Date: June 23, 2025 at 2:42:48 PM CDT
To: James Chapman <jchapman@cwm-law.com>
Subject: [External] Receipt from Cinco rubio pina llc
Reply-To: Cinco rubio pina llc via Square
<CAESQhIAGjRyX21memRnNXJxcGJtdmF1bGNuYjJ0bTRrcmd5MnVlMmQyb3lydXFxc3ZwZmR3b29wemxlghkaWFsb2d1ZSlgPyEVJXdq46iaa.y7VePfe/AFmO9sjeAE3JLnwA4/wpY=@reply2.squareup.com>

CAUTION External Email: This email originated from outside of the CWM network. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Square automatically sends receipts to the email address you used at any Square seller. Learn more



**Cinco rubio pina llc**

Let Cinco rubio pina llc know how your experience was

# $85.00

| | |
|---|---|
| Custom Amount | $75.00 |
| Purchase Subtotal | $75.00 |
| Tip | $10.00 |
| **Total** | **$85.00** |

Cinco rubio pina llc
701 Parkview Dr, 701
Lynn Haven, FL 32444

MasterCard 7033        Jun 23 2025 at 12:42 PM
(Contactless)
                                     #3v0x
                       Auth code 88624Z

AID A0000000041010

Run your own business?
Start using Square and process $1,000 in sales for free



# HARRISON'S
KITCHEN • BAR

5 HARRISON AVE
PANAMA CITY, FL 32405

HARRISONSKITCHENANDBAR.COM

128 Alyssa M.                          WS#: 2

CHK 9675          TBL 81/1
                  GST  1

6/23/2025 6:19 PM

1 Grouper Taco-D              25.00
  BLACKENED
1 WATER                        0.00

FOOD/NAB                     $25.00
State Tax                     $1.75
City Tax                      $0.25
6:49 PM
   Total Due  $27.00

---

Check #  : 9675
Table #  : 81
Employee : 128 - Alyssa M.
           6/23/2025 6:50 PM

Trans Time: 06/23/2025 06:50 PM
TID       : 781145140004
Trans Type: Purchase
MASTERCARD: XXXXXXXXXXXX7033
Entry Mode: Chip
CVM       :
Invoice   : 916013?236
Response  : APPROVED
Auth Code : 65198Z
AID       : A0000000041010
TVR       : 0000008001
IAD       : 
0110A04001223000000000000000000000FF

Amount    : USD $27.00

Tip       : _____5.00_____

Total     : _____32.00____

NO SIGNATURE REQUIRED

*** CUSTOMER COPY ***

---

First Class Concessions
6300 West Bay Parkway
Panama City Bch Fl 32409
850-234-5798

                              05/24/2025
                              11:54 PM
                              #20331

Server: Tracy
Fast Close/1
Guests: 0

Chicken                        14.00
  Chix Wrap
  Fajita                        3.50
  Fajita                       17.50
Basalt                         17.50

Subtotal                       17.50

Total                          17.50

M C #XXXXXXXXXXXX7033
     Auth: 745147

+ Tip:  _____

= Total: _____

X_____

Balance Due            0.00

Thank you !!!!!

**Norfolk International Airport**

| | |
|---|---|
| Receipt Number | H0102500486126 |
| Ticket-Nr. | 20314325 |
| In: | 06/23/2025 9:48 |
| Out: | 06/24/2025 19:32 |
| Duration | 1:09:44 |
| **Transient** | $ 24.00 |
| **Total:** | $ 24.00 |
| Validations | $ 0.00 |
| **Balance Due:** | $ 24.00 |
| | $ 24.00 |
| Card Issuer | MASTERCARD |
| CreditCard | XXXXXXXXXXXX7033 |
| Auth. | 52676Z |
| Amount | $ 24.00 |
| Change | $ 0.00 |

**Hudson**

Norfolk International Airport
2200 Norview Ave
Norfolk, VA 23518

SALE TRANSACTION

| | | |
|---|---|---|
| 3568352 | GLACEAU SMART WATER 2 | $4.79 |
| 4003081 | SIMPLY CRANBERRY COCK | $4.79 |

SALES TAX   $9.58 @ 1.0 %          $0.10

Items in Transaction: 2
Balance to pay                     $9.68
MasterCard                         $9.68
CARD#: XXXXXXXXXXXX7033
APPROVAL
AMOUNT: USD $9.68
CARD: MASTERCARD CREDIT XXXX7033 CTLS EMV
APPROVAL CODE: 19644Z
AID: A0000000041010
TVR: 0000008001
IAD: 0110A04001220000000000000000000000FF
TSI:
ARC: 00
APPLICATION CRYPTOGRAM: D3139435F1E56DE7
APPLICATION PREFERRED NAME: MASTERCARD
APPLICATION LABEL: MASTERCARD

**HUDSON**
The Traveler's Best Friend
Customer Service Inquiries
www.hudsongroup.com/customers
Return Policy
www.hudsongroup.com/return-policy

Today you were served by Joanne

STORE  TILL OP NO. TRANS.    DATE
 1625    2  157410 19607  06-23-25 10:07


9990216250020196073