**First Legal Depositions**
P.O. Box 745087
Los Angeles, CA 90074
Phone: (855) 348-4997



# Invoice #133885

| Date | Terms |
|---|---|
| 09/19/2025 | Net 30 |

Crenshaw, Ware & Martin, P.L.C.
W. Ryan Snow, Esq.
150 W. Main Street
Suite 1500
Norfolk, VA 23510

**Job #117805 on 09/02/2025 at 1:30 PM ET**

**Firm Case#:** 2:24-cv-00490
**Case:** In the Matter of Coeymans Marine Towing, LLC
**Location:** Crenshaw, Ware & Martin, P.L.C.
150 W. Main Street
Suite 1500
Norfolk, VA 23510

**Shipped On:** 09/16/2025
**Shipped Via:** Email Only
**Delivery Type:** Normal
**Services:** Court Reporter; Lap Top Rental; Remote Link; Videographer

| Description | Price | Amount |
|---|---|---|
| **James Morrissey** | | |
| Certificate of Non-Appearance | $ 525.00 | $ 525.00 |
| Remote Surcharge (100 Pages) | $ 0.75 | $ 75.00 |
| Appearance Fee (Half Day) | $ 575.00 | $ 575.00 |
| Exhibit(s) - Electronic (6 Pages) | $ 0.65 | $ 3.90 |
| Processing & Handling | $ 35.00 | $ 35.00 |
| Litigation Package | $ 100.00 | $ 100.00 |
| | | $ 1,313.90 |
| **Remote/Video Services** | | |
| Remote Set-Up Fee | $ 325.00 | $ 325.00 |
| Videographer: First Two Hours (Minimum) | $ 395.00 | $ 395.00 |
| In Person Coverage | $ 200.00 | $ 200.00 |
| | | $ 920.00 |

| | |
|---|---|
| Amount Due: | $ 2,233.90 |
| Paid: | $ 0.00 |
| Balance Due: | $ 2,233.90 |
| Payment Due: | 10/19/2025 |

*In Person in VA - National rates applied*

We appreciate your business - Where the client comes first!
Billing questions?  Please call us at (855) 348-4997  or   email us at depoclientcare@firstlegal.com

First Legal Deposition Services LLC
P.O. Box 745087
Los Angeles, CA 90074-5087



ok to pay
[signature]

EXHIBIT 3

# Invoice

L. Lance & Associates, LLC
P.O. Box 9985
Panama City Beach, FL 32417

**Bill To**
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. MAIN ST
SUITE 1923
NORFOLK, VA. 23510

| Date | Invoice No. | P.O. Number | Terms | Project |
|---|---|---|---|---|
| 08/05/25 | 25-620 | | | |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Process Service | Process Service-JAMES MORRISSEY | 1 | 55.00 | 55.00 |
| Expedited Rush Service | Expedited Rush Service | 1 | 55.00 | 55.00 |

*ok to pay* (handwritten)

| | |
|---|---|
| Subtotal | $110.00 |
| Sales Tax | $0.00 |
| Total | $110.00 |

# Invoice

L. Lance & Associates, LLC
P.O. Box 9985
Panama City Beach, FL 32417

| Bill To |
| --- |
| CRENSHAW, WARE & MARTIN, P.L.C.<br>150 W. MAIN ST<br>SUITE 1923<br>NORFOLK, VA. 23510 |

| Date | Invoice No. | P.O. Number | Terms | Project |
| --- | --- | --- | --- | --- |
| 08/28/25 | 25-659 | | | |

| Item | Description | Quantity | Rate | Amount |
| --- | --- | --- | --- | --- |
| Expedited Rush Service | Expedited Rush Service on jJames Morrissey | 1 | 150.00 | 150.00 |

*ok to pay* [signature]

| | |
| --- | --- |
| Subtotal | $150.00 |
| Sales Tax | $0.00 |
| Total | $150.00 |

# AFFIDAVIT OF SERVICE

| Case: 2:24CV490 | Court: UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA | County: | Job: 14021735 |
|---|---|---|---|
| Plaintiff / Petitioner: NORFOLK AND PORSMOUTH BELT LINE RAILROAD COMPANY | | Defendant / Respondent: JAMES MORRISEY | |
| Received by: L. Lance &. Associates LLC | | For: CRENSHAW WARE & MARTIN, PLC | |
| To be served upon: JAMES MORRISEY | | | |

I, Charles R. Lance, Jr., being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** JAMES MORRISEY, 4723 BAYWOOD DRIVE, LYNN HAVEN, FL 32444
**Manner of Service:** Personal/Individual, Aug 27, 2025, 2:00 pm CDT
**Documents:** ORDER, SECOND AMENDED NOTICE OF DEPOSITION, CERTIFICATE OF SERVICE (Received Aug 25, 2025 at 2:15pm CDT)

**Additional Comments:**
1) Successful Attempt: Aug 27, 2025, 2:00 pm CDT at 4723 BAYWOOD DRIVE, LYNN HAVEN, FL 32444 received by JAMES MORRISEY. Age: 65; Ethnicity: Caucasian; Gender: Male; Weight: 150; Height: 5'8"; Hair: Gray;

_____   9/28/25
Charles R. Lance, Jr.          Date
SPS: 011

L. Lance &. Associates LLC
P.O. Box 9985
Panama City Beach, FL 32417
850-960-5437