# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division
## In Admiralty

| | |
|---|---|
| In the Matter of COEYMANS MARINE TOWING, LLC D/B/A CARVER MARINE TOWING as Owner and Operator of M/T Mackenzie Rose, (IMO No. 8968765), *et al*. | Civil Action No. 2:24-cv-00490-MSD-LRL |

## NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY AND EVANSTON INSURANCE COMPANY'S SECOND MOTION IN LIMINE TO EXCLUDE EXPERT OPINION AND EVIDENCE FROM SAM STEPHENSON, J.D.

Norfolk and Portsmouth Belt Line Railroad Company ("Belt Line") and Evanston Insurance Company ("Evanston"), by and through undersigned counsel, move this Court for an Order *in limine* excluding certain opinion testimony about credibility expected to be offered by Coeymans Marine Towing, LLC d/b/a Carver Marine Towing's expert witness Sam Stephenson, J.D., along with any reference by him to a U.S. Coast Guard 2692 form, as such evidence is not admissible. The reasons for this motion are more fully set forth in the accompanying Memorandum in Support.

WHEREFORE, Belt Line and Evanston respectfully request that this Court enter an Order *in limine* excluding the credibility opinion testimony of Sam Stephenson, J.D., along with any reference by him to a U.S. Coast Guard 2692 form or any other Coast Guard investigative process.

Dated: September 23, 2025                    NORFOLK AND PORTSMOUTH BELT
                                             LINE RAILROAD COMPANY

By:     */s/ James L. Chapman, IV*
James L. Chapman, IV, VSB No. 21983
W. Ryan Snow, VSB No. 47423
Mackenzie R. Pensyl, VSB No. 100012
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
mpensyl@cmw-law.com
*Counsel for Norfolk and Portsmouth Belt Line Railroad Company*

EVANSTON INSURANCE COMPANY, a/s/o NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY


    */s/ Mark C. Nanavati*
Mark C. Nanavati, VSB No. 38709
G. Christopher Jones, Jr., VSB No. 82260
SINNOTT, NUCKOLS & LOGAN, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
(804) 893-3866 (Nanavati)
(804) 378-2610 (Facsimile)
mnanavati@snllaw.com
cjones@snllaw.com

Zachary M. Jett, VSB No. 93285
BUTLER WEIHMULLER KATZ CRAIG LLP
11525 N. Community House Road, Ste 300
Charlotte, North Carolina 28277
(704) 543-2321 (Telephone)
(704) 543-2324 (Facsimile)
zjett@butler.legal
*Counsel for Evanston Insurance Company, a/s/o Norfolk and Portsmouth Belt Line Railroad Company*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 23rd day of September 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all registered counsel of record, and mailed to:

James Morrissey<br>
4723 Baywood Drive<br>
Lynnhaven, FL 32444

By:    /s/ James L. Chapman, IV
James L. Chapman, IV, VSB No. 21983
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
*Counsel for Norfolk and Portsmouth Belt Line Railroad Company*