I was in my rack resting when I felt a bump. I immidialtly got up and went to see what happened. I saw us backing away from the rr bridge & I ran up top to speak with James Morrisey and he informed me that the tug went Had over. He said the rupper struck. I called Brian Moore & Lenny Baldosarie immipratly to report incident. Lenny informed me that he & Brian will inform CG of incident. waiting on orders

Captain Chris Miller

CARVER 000047