IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division
In Admiralty

| | |
|---|---|
| In the Matter of COEYMANS MARINE TOWING, LLC D/B/A CARVER MARINE TOWING as Owner and Operator of M/T Mackenzie Rose, (IMO No. 8968765), *et al*. | Civil Action No. 2:24-cv-00490-MSD-LRL |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41, Coeymans Marine Towing LLC d/b/a Carver Marine Towing an Evanston Insurance Company, by and through their respective undersigned counsel, hereby stipulate and agree that Evanston Insurance Company's Claim (ECF 22) and Evanston Insurance Company's Verified Intervening Complaint (ECF 5-1) filed in 2:24-CV-00407, which was consolidated into this matter by this Court's December 20, 2024 Order (ECF 30), shall be DISMISSED WITH PREJUDICE with the Court retaining jurisdiction for the sole purpose of enforcing their settlement agreement and resolving any disputes between them with respect to any term of the settlement agreement. Coeymans Marine Towing LLC d/b/a Carver Marine Towing and Evanston Insurance Company further agree that each will bear its own attorneys' fees, expenses and costs and that neither of the parties will be deemed a prevailing party.

COEYMANS MARINE TOWING LLC
d/b/a CARVER MARINE TOWING

*/s/ Harold L. Cohen*
Harold L. Cohen (VSB No.:98148)
CLYDE & CO US LLP
1221 Brickell Avenue, Suite 1600
Miami, FL 33131
Tel: 305-446-2646
Fax: 305-441-2374

      Email: harry.cohen@clydeco.us
*Counsel for Coeymans Marine Towing LLC d/b/a Carver Marine Towing*

EVANSTON INSURANCE COMPANY

*/s/ Zachary M. Jett*
_____
Zachary M. Jett, Esq. (VSB # 93285)
BUTLER WEIHMULLER KATZ CRAIG LLP
11525 N. Community House Road, Suite 300
Charlotte, North Carolina  28277
Telephone: (704) 543-2321
Facsimile:   (704) 543-2324
Email: zjett@butler.legal
*Counsel for Evanston*

      /s/ *Mark C. Nanavati*
Mark C. Nanavati, Esq. (VSB #38709)
G. Christopher Jones, Jr., Esq. (VSB #82260)
SINNOTT, NUCKOLS & LOGAN, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
(804) 893-3866 (Nanavati)
(804) 893-3864 (Jones)
(804) 378-2610 (Facsimile)
mnanavati@snllaw.com
cjones@snllaw.com
*Counsel for Evanston*

2

## CERTIFICATE OF SERVICE

I hereby certify that, on this 24th day of September 2025, a true and accurate copy of the foregoing Motion was filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

                                            /s/ *Mark C. Nanavati*
                                      Mark C. Nanavati, Esq. (VSB #38709)
                                      G. Christopher Jones, Jr., Esq. (VSB #82260)
                                      SINNOTT, NUCKOLS & LOGAN, P.C.
                                      13811 Village Mill Drive
                                      Midlothian, Virginia 23114
                                      (804) 893-3866 (Nanavati)
                                      (804) 893-3864 (Jones)
                                      (804) 378-2610 (Facsimile)
                                      mnanavati@snllaw.com
                                      cjones@snllaw.com
                                      *Counsel for Evanston*