UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

In the Matter of COEYMANS MARINE
TOWING, LLC D/B/A CARVER MARINE
TOWING as Owner and Operator of
M/T Mackenzie Rose, (IMO No.
8968765), etc., et al.,

Civil No. 2:24cv490

### ORDER

A bench trial in this matter is currently scheduled for October 21, 2025. The Court wishes to advise counsel that it currently has multiple criminal trials set in October that may go forward and that overlap with the trial in this matter. In addition, there are cross motions for summary judgment pending, one of which is not yet ripe. Also pending are multiple discovery-related motions as well as a motion for relief under Fed. R. Civ. P. 30 and 37 that has been referred to the Magistrate Judge for a Report and Recommendation. Due to the Court's docket as well as the time necessary to resolve all of the pending motions in this case, the Court continues the current trial date of October 21, 2025, to a date in early March 2026.

Counsel are **DIRECTED** to contact the Court's calendar clerk to reschedule the bench trial for a mutually agreeable date.

The Clerk is **DIRECTED** to send a copy of this Order to all counsel of record.

/s/ _____
Mark S. Davis
Chief United States District Judge

Norfolk, Virginia
September 24, 2025