# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

In the Matter of COEYMANS MARINE TOWING, LLC, d/b/a CARVER MARINE TOWING AS OWNER AND OPERATOR OF M/T MACKENZIE ROSE, (IMO No. 8968765), Her Cargo, Engines, Boilers, Tackle, Equipment, Apparel, and App,

   Plaintiff,

Civil Action No. 2:24cv490

NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY,

   Consolidated Plaintiff/Claimant,

and

EVANSTON INSURANCE COMPANY,

   Intervening Plaintiff/Claimant,

v.

JAMES MORRISSEY,

   Defendant.

## SUPPLEMENTAL RULE 16(b) SCHEDULING ORDER

  Pursuant to the Order entered on September 25, 2025, the following additional 16(b) Scheduling Order dates have been amended:

  **Trial** shall commence on **March 10, 2026, at 10:00 a.m.** at the courthouse in Norfolk.

The pretrial disclosures required by Rule 26(a)(3) shall be delivered to all counsel and unrepresented parties on or before **January 27, 2026**, and filed with the Court at the final pretrial conference as part of the final pretrial order. Any objections to this disclosure shall be delivered to all counsel and unrepresented parties on or before **February 3, 2026**, and, if unresolved, will be heard at the final pretrial conference.

An **attorney's conference** is scheduled in the office of counsel for plaintiff, on **February 5, 2026, at 2:00 p.m.**

The **final pretrial conference** shall be conducted on **February 12, 2026, at 10:00 a.m.**, at the courthouse in Norfolk. While preparation of the final pretrial order shall be the responsibility of all counsel and unrepresented parties, counsel for the plaintiff, or if the plaintiff is unrepresented, counsel for the first-named defendant, shall distribute a proposed final draft to all other counsel and unrepresented parties on or before **February 10, 2026**.

**Trial by jury has not been demanded.** Proposed findings of fact and conclusions of law shall be electronically filed with the Clerk on or before **March 3, 2026.**

                                                                         /s/ _____
                                                                         Mark S. Davis
                                                                         Chief Judge

Date: September 26, 2025