IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division
In Admiralty

| | |
|---|---|
| In the Matter of COEYMANS MARINE TOWING, LLC D/B/A CARVER MARINE TOWING as Owner and Operator of M/T Mackenzie Rose, (IMO No. 8968765), *et al*. | Civil Action No. 2:24-cv-00490-MSD-LRL |

**OBJECTION TO STIPULATION OF DISMISSAL**

Claimant/Respondent, Norfolk and Portsmouth Belt Line Railroad Company ("Belt Line") files this Objection to the Stipulation of Dismissal (ECF 125) and states the following:

1. Under Fed. R. Civ. P. 41 (a), "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal *signed by all parties* who have appeared." (emphasis added).

2. A stipulation of dismissal that does not include the signatures of all parties who have appeared is ineffective under Fed. R. Civ. P. 41. *See Camacho v. Mancuso*, 53 F.3d 48, 52 (4th Cir. 1995); *see also City of Jacksonville v. Jacksonville Hosp. Holdings, L.P.*, 82 F.4th 1031 (11th Cir. 2023).

3. On September 24, 2025, Coeymans Marine Towing LLC d/b/a Carver Marine Towing and Evanston Insurance Company filed a Joint Stipulation of Dismissal under Federal Rule of Civil Procedure 41. *See* ECF 125.

4. The Stipulation of Dismissal does not include the signatures of all parties who have appeared as required by Fed. R. Civ. P. 41(a)(1)(A)(ii), as the Belt Line does not consent. It is therefore invalid.

Dated: October 2, 2025												NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY

By:      */s/ James L. Chapman, IV*
James L. Chapman, IV, VSB No. 21983
W. Ryan Snow, VSB No. 47423
Mackenzie R. Pensyl, VSB No. 100012
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
mpensyl@cwm-law.com
*Counsel for Norfolk and Portsmouth Belt Line Railroad Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of October 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all registered counsel of record, and mailed to:

James Morrissey
4723 Baywood Drive
Lynnhaven, FL 32444

By:      */s/ James L. Chapman, IV*
James L. Chapman, IV, VSB No. 21983
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
*Counsel for Norfolk and Portsmouth Belt Line Railroad Company*