# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Norfolk Division
# In Admiralty

| | |
|---|---|
| In the Matter of COEYMANS MARINE TOWING, LLC D/B/A CARVER MARINE TOWING as Owner and Operator of M/T Mackenzie Rose, (IMO No. 8968765), *et al*. | Civil Action No. 2:24-cv-00490-MSD-LRL |

## PROPOSED ORDER

Upon consideration of Evanston Insurance Company and Coeymans Marine Towing LLC d/b/a Carver Marine Towing motion for Rule 41(a)(2) dismissal of Evanston Insurance Company's Claim (ECF 22) and Evanston Insurance Company's Verified Intervening Complaint (ECF 5-1) filed in 2:23-CV-00407, together with the Memorandum in Support, any Opposition thereto, and Reply thereto,

It is hereby ORDERED that the Motion to Dismiss is GRANTED.

It is further ORDERED that Evanston Insurance Company's Claim (ECF 22) and Evanston Insurance Company's Verified Intervening Complaint (ECF 5-1) filed in 2:23-CV-00407 are dismissed with prejudice.

SO ORDERED this ___ day of _____, 2025.

_____
Mark S. Davis
Chief Judge
United States District Court