IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division
In Admiralty

| | |
|---|---|
| In the Matter of COEYMANS MARINE TOWING, LLC D/B/A CARVER MARINE TOWING as Owner and Operator of M/T Mackenzie Rose, (IMO No. 8968765), *et al*. | Civil Action No. 2:24-cv-00490-MSD-LRL |

**MEMORANDUM IN SUPPORT OF
JOINT MOTION TO DISMISS WITH PREJUDICE**

Evanston Insurance Company ("Evanston") and Coeymans Marine Towing LLC d/b/a Carver Marine Towing ("Carver"), by and through undersigned counsel, submit this Memorandum in Support of their Motion to Dismiss with Prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

1. Evanston is the Intervening Plaintiff / Claimant in this action consolidated by this Court's December 20, 2024 Order (ECF 30).

2. Evanston wishes at this time to voluntarily dismiss its Claim (ECF 22) and Verified Intervening Complaint (ECF 5-1) filed in 2:23-CV-00407. As such, Evanston and Carver filed a Stipulation of Dismissal (ECF 125) pursuant to Rule 41(a)(1)(A).

3. Claimant Norfolk and Portsmouth Belt Line Railroad Company ("Belt Line") filed an Objection to Stipulation of Dismissal (ECF 130).

4. Pursuant to Rule 41(a)(2), after a party files an answer to a complaint, "[a]n action may be dismissed at the plaintiff's request only by court order, on terms that the court considered proper..." *See* Fed. R. Civ. P. 41(a)(2).

WHEREFORE, for the forgoing reasons, Evanston Insurance Company and Coeymans Marine Towing LLC d/b/a Carver Marine Towing respectfully request this Court enter an Order

pursuant to Fed. R. Civ. P. 41(a)(2) dismissing Evanston's Claim (ECF 22) and Verified Intervening Complaint (ECF 5-1), with prejudice.

Respectfully submitted, this 3rd day of October 2025.

/s/ Zachary M. Jett
Zachary M. Jett, Esq. (VSB # 93285)
BUTLER WEIHMULLER KATZ CRAIG LLP
11525 N. Community House Road, Suite 300
Charlotte, North Carolina  28277
Telephone: (704) 543-2321
Facsimile:  (704) 543-2324
Email: zjett@butler.legal

Mark C. Nanavati, Esq. (VSB # 38709)
G. Christopher Jones, Jr., Esq. (VSB # 82260)
SINNOTT, NUCKOLS & LOGAN, P.C.
13811 Village Mill Drive
Midlothian, Virginia  23114
Telephone: (804) 378-7600
Facsimile: (804) 378-2610
mnanavati@snllaw.com
cjones@snllaw.com

*Attorneys for Intervening Plaintiff / Claimant Evanston Insurance Company*

/s/ Harold L. Cohen
Harold L. Cohen, Esq. (VSB # 98148)
CLYDE & CO US LLP
1221 Brickell Avenue, Suite 1600
Miami, Florida  33131
Telephone: 305-446-2646
Facsimile: 305-441-2374
Harry.Cohen@Clydeco.us

James H. Rodgers, Esq. *(pro hac vice)*
CLYDE & CO US LLP
405 Lexington Avenue
New York, New York  10174
Telephone: (212)704-6771
James.Rodgers@clydeco.us

Michael J. Roman, Esq. *(pro hac vice)*
Siobhan Murphy, Esq. *(pro hac vice)*
CLYDE & CO US LLP
30 S. Whacker Drive, Suite 2600
Chicago, Illinois  60606
Telephone: (312) 635-7000
Michael.Roman@clydeco.us
Siobhan.murphy@clydeco.us

Rachel Werner, Esq. *(pro hac vice)*
CLYDE & CO US LLP
One North Central Avenue, Suite 1030
Phoenix, Arizona  85004
Rachel.Werner@clydeco.us

*Attorneys for Coeymans Marine Towing, LLC d/b/a Carver Marine Towing*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of October 2025 a true and correct copy of the forgoing *Memorandum in Support of Joint Motion to Dismiss with Prejudice* has been filed through the Court's CM/ECF electronic filing system, which will automatically delivery electronic notification of the same to the following counsel of record:

>James L. Chapman, IV, Esq.
>W. Ryan Snow, Esq.
>Mackenzie R. Pensyl, Esq.
>CRENSHAW, WARE & MARTIN, P.L.C.
>150 W. Main Street, Suite 1923
>Norfolk, Virginia 23510
>Telephone: (757) 623-3000
>Facsimile: (757) 623-5735
>jchapman@cwm-law.com
>wrsnow@cwm-law.com
>mpensyl@cmw-law.com
>
>*Attorneys for Norfolk and Portsmouth Belt Line Railroad Company*

I further certify that on this 3rd day of October 2025 a true and correct copy of the forgoing *Memorandum in Support of Joint Motion to Dismiss with Prejudice* has been served upon the following by electronic mail and by placing a copy in the United States Mail, postage pre-paid to:

>James Morrissey
>4723 Baywood Drive
>Lyn Haven, Florida  32444
>Jdmorrissey15@gmail.com
>*Pro Se Defendant*

/s/ Zachary M. Jett
Zachary M. Jett, Esq.
