**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**
**In Admiralty**

| | |
|---|---|
| In the Matter of COEYMANS MARINE TOWING, LLC D/B/A CARVER MARINE TOWING as Owner and Operator of M/T Mackenzie Rose, (IMO No. 8968765), *et al*. | Civil Action No. 2:24-cv-00490-MSD-LRL |

**THIRD MOTION *IN LIMINE* OF NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY TO PRECLUDE ALL EFFORTS TO DEPRECIATE THE BELT LINE'S REPAIR COSTS AND ALL TESTIMONY BY CARVER'S EXPERT WITNESSES AT R.L. BANKS & ASSOCIATES, INC.**

Norfolk and Portsmouth Belt Line Railroad Company ("Belt Line"), by counsel, moves this Court for entry of an order precluding all evidence of, suggestion of, or reference to the following topics in the trial of this case:

1. All efforts to depreciate the Belt Line's repair costs for its Main Line Bridge; and

2. All testimony by Carver's proposed expert witnesses at R.L. Banks & Associates, Inc., W. M. Marianos and Charlie Cunningham, who opine that the Belt Line's nearly $16 million in repair costs should be depreciated to $2,972,767.[1]

The legal and factual grounds supporting this Motion are set forth in the accompanying Memorandum in Support.[2]

Dated: October 3, 2025

NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY

By: _____*/s/ James L. Chapman, IV*_____

---

[1] The Belt Line's damages at the time of the R.L. Banks Report were approximately $15.5 million. Based on the latest contractor invoice, they are now $15,922,877.46.

[2] This reply brief is also submitted on behalf of Evanston Insurance Company to the extent Evanston remains in the case.

1

        James L. Chapman, IV, VSB No. 21983
        W. Ryan Snow, VSB No. 47423
        Mackenzie R. Pensyl, VSB No. 100012
        CRENSHAW, WARE & MARTIN, P.L.C.
        150 W. Main Street, Suite 1923
        Norfolk, Virginia 23510
        Telephone: (757) 623-3000
        Facsimile: (757) 623-5735
        jchapman@cwm-law.com
        wrsnow@cwm-law.com
        mpensyl@cwm-law.com
        *Counsel for Norfolk and Portsmouth Belt Line Railroad Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of October 2025, a true copy of the foregoing was (i) electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all registered counsel of record, and (ii) mailed to:

    James Morrissey
    4723 Baywood Drive
    Lynnhaven, FL 32444

        By:    */s/ James L. Chapman, IV*
        James L. Chapman, IV, VSB No. 21983
        CRENSHAW, WARE & MARTIN, P.L.C.
        150 W. Main Street, Suite 1923
        Norfolk, Virginia 23510
        Telephone: (757) 623-3000
        Facsimile: (757) 623-5735
        jchapman@cwm-law.com
        *Counsel for Norfolk and Portsmouth Belt Line Railroad Company*