# Exhibit A

```
 1           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF VIRGINIA
 2                   Norfolk Division
                      In Admiralty
 3

 4
     In the Matter of COEYMANS      )
 5   MARINE TOWING, LLC D/B/A       )
     CARVER MARINE TOWING as        )
 6   Owner and Operator of M/T      )
     Mackenzie Rose,                )
 7   (IMO No. 8968765) her cargo,   )
     engines, boilers, tackle,      )
 8   equipment, apparel, and        )
     appurtenances, etc., in rem,   )
 9   petitioning for Exoneration    )
     from or Limitation of          )
10   Liability in allision with     )
     Norfolk and Portsmouth Belt    ) CIVIL ACTION FILE
11   Line Railroad Company Main     ) NO.: 2:24-cv-00490
     Line Railroad Bridge           )
12   occurring June 15, 2024 in     )
     and about the Elizabeth        )
13   River, Virginia.               )

14

15
                     DEPOSITION OF
16                   HOWARD SWANSON
               WEDNESDAY, JUNE 25, 2025
17                    10:00 A.M.

18              CLYDE & CO US, LLP
           271 17TH ST. NW, STE. 1720
19              ATLANTA, GA 30363

20

21

22

23

24

25
```



800.211.DEPO (3376)
EsquireSolutions.com

```
 1   that call.
 2        Q.   Okay.  What did you and Mr. Snow
 3   discuss?
 4        A.   I don't remember exactly what we
 5   discussed, but my recollection is that my
 6   answer was somewhat similar to your questioning
 7   there in that it's hard to tell what the useful
 8   life of an existing railroad bridge is.
 9        Q.   Do you have any opinion either
10   agreeing or disagreeing or another way, as to
11   whether the Main Line Bridge had a indefinite
12   useful service life if it had undergone routine
13   repair and maintenance?
14        A.   I agree it would have an indefinite
15   service life.
16        Q.   Okay.  And what makes you say that
17   you would agree with that statement?
18        A.   Because I have seen plenty of
19   railroad bridges that are 40, 50 years older
20   than the Belt Line bridge that are still in
21   good shape and in good service, and so just
22   sort of figuring out that this bridge is 40 to
23   50 years younger than that and maybe slightly
24   better construction than -- since those bridges
25   have an indefinite life, this bridge has a 40
```



1  stronger in any way?
2       A.   Not -- not of any significant amount.
3       Q.   Okay.  We went through -- in addition
4  to the steel that got replaced we went through
5  the contract plan that Hardesty had prepared.
6  If you recall those you referred to them a
7  couple of times in Exhibit 4.  Do you remember
8  that?
9       A.   (Witness nods head affirmatively).
10      Q.   You have to say yes.
11      A.   Yes, sorry.  You can't hear my head
12 shaking.
13      Q.   Exactly.  And those drawings coupled
14 with Exhibit 3, the emergency inspection
15 report, showed the components that would be
16 repaired or replaced as part of your design?
17      A.   Yes, sir.
18      Q.   To your knowledge were any of those
19 components that were part of your repair design
20 supposed to be imminently replaced anyway?
21      A.   None of them to our knowledge would
22 have been imminently replaced.
23      Q.   And were all of the components for
24 the repair in your design drawings integral to
25 the bridge structure?



1    A.   Yes, except for that motor brake that
2  we've talked about, the M drawings, that was
3  not put on.
4    Q.   Correct.  To your knowledge the motor
5  brake has not been replaced?
6    A.   Right.
7    Q.   As we sit here today I take it the
8  repair project is complete and trains are
9  running over the bridge?
10    A.   Yes, sir.
11    Q.   In your view is the condition of the
12  bridge as repaired as good as it was before the
13  allision ever happened?
14    A.   That's a hard professional question
15  to answer.  Our goal with repair plans were to
16  make the bridge as good as it was, you know,
17  we're repairing this to make it as good as it
18  was.  There just, where we ran into certain
19  things that we had trouble getting exactly back
20  into the right alignment as -- as was
21  originally -- or as originally designed so it
22  should have the same strength as what it did
23  originally.
24         However, there are probably some items
25  that are not as good in terms of how the bridge



1  is aligned than what it was when it was
2  originally built or before the allision.  And
3  those are the -- well, anyways.
4      Q.   Well, what -- what parts are not in
5  as good a condition as they were before the
6  allision?
7      A.   Well, the -- to splice in the bottom
8  cord members, we -- there was one -- one splice
9  there to begin with as it was originally built.
10 And now to put in the piece that we put in,
11 there's now two splices there where that piece
12 is.  And the -- from what I can tell -- well, I
13 don't know for certain but my guess is that the
14 splice was a little bit better aligned than
15 what we were able to get two -- the single
16 splices built was better aligned than what we
17 were able to get the two splices aligned as
18 with the new -- with the repaired bridge.
19     Q.   And when you say the repaired bridge
20 is not aligned as well as pre-allision, what
21 part of the bridge are you talking about?
22     A.   The bottom cord, which is the bottom
23 structural piece along the -- from L1 prime to
24 L4 prime, and that should have been straight as
25 an arrow before the allision.  And there's



```
 1   still some, even after the repairs, there's
 2   still some deformation in it, some slightly out
 3   of alignment there.
 4       Q.   Okay.  And to describe that, you're
 5   referring to sheet 21 in the structural
 6   drawings on Exhibits 4?
 7       A.   Yeah, it would be 3802.
 8            MR. ROMAN:  Sorry, you said L1
 9   prime.  Could you just give the section again?
10            THE WITNESS:  It is L1 prime to
11   L4 prime, or L4 -- L1 prime to L4.
12   BY MR. SNOW:
13       Q.   This is probably my last question.
14   In the very beginning of the deposition you had
15   talked about NPBL as a subsidiary of NS.  Do
16   you actually know the Belt Line's corporate
17   structure?
18       A.   No, I do not know the Belt Line's
19   corporate structure.
20       Q.   And I take it you also don't know the
21   ownership structure of the Belt Line?
22       A.   No, I do not understand the ownership
23   structure.
24            MR. SNOW:  Give me one minute to
25   flip through, I think I'm finished.  Yeah,
```

