# Exhibit B

**In the Matter Of:**

MATTER OF COEYMANS MARINE TOWING

No.: 2:24-cv-00490

# KEVIN M. LUGO P.E.

*June 15, 2024*



800.211.DEPO (3376)
EsquireSolutions.com

```
 1   section, if you will.
 2       Q.    Okay.
 3       A.    There it is.
 4       Q.    These are the angle sections?
 5       A.    Yeah.  Well, in this instance.  Yeah.
 6   It's beams angle sections and all we did was we just
 7   did it differently using poundage instead of
 8   footage.
 9       Q.    And what type of steel was used to replace
10   any of the components that needed to be replaced
11   after the allision?
12       A.    I'm going off memory, so don't hold me to
13   this.  But I want to say it was 792.  But don't hold
14   me to that.  But it was a different steel than what
15   was originally used on the project.
16       Q.    And was that originally used on the
17   project or do you mean the original?
18       A.    Original project.  Yes.  Sorry.  Yes.
19       Q.    The original design and build of the
20   bridge; right?
21       A.    Yes.  That's a special order now.  This
22   steel that was used on the bridge repairs is more
23   commercially available while the older steel would
24   have had to have been a custom order.  So we know
25   that that would be more expensive.  So we didn't,
```



1  you know, calculate that because we know --
2      Q.   The older type of steel, it would have
3  been more expensive because it would have been a
4  custom -- for custom project to fabricate it?
5      A.   Yes.  And it's not only the -- it's not
6  only the cost for the custom, but it's the time
7  component as well.  And as you know, time is money.
8  And that would have just impacted the overall
9  duration of the repair process as well.
10     Q.   Is the steel that was used for the repair,
11 the 792, a stronger steel than the steel that was
12 used in the original design (indiscernible)?
13     A.   It's -- it's a better steel.  It's a newer
14 steel, stronger, more corrosion resistant.
15     Q.   Okay.
16     A.   It's also cheaper, so there's no reason
17 not to use it.
18     Q.   And the fact that it's more resistant to
19 corrosion, would that indicate that it has a longer
20 useful life than the steel that was used in the
21 original design and build?
22          MR. SNOW:  Object to form.
23     A.   I'm going to answer your question the way
24 I understand it.  Individually, yes.  Collectively,
25 no.



```
 1       Q.    (By Mr. Roman)  And --
 2       A.    And for the entire structure, you have not
 3  extended the life of the entire structure
 4  necessarily by changing out some damaged pieces with
 5  some newer, better pieces.  You still have an entire
 6  structure; so it's not a betterment by any stretch
 7  of imagination.
 8       Q.    But you would agree that the newer steel
 9  is going to corrode at a slower rate than the steel
10  that it was originally built with; right?
11             MR. SNOW:  Object to form.
12       A.    The pieces will corrode less quickly than
13  the original.  The individual pieces, yes.  But it's
14  not -- you haven't -- there's no -- there's no
15  advantage to using anything else because while the
16  steel may be a better quality steel, it's also a
17  cheaper steel.  So that's -- all right.
18             I'm going to be full disclosure.  I'm a
19  car guy, so I like car guy analogies.  And my
20  analogy is I've run around in a 1957 Volkswagen, and
21  I've smashed the original fender that has less
22  quality steel.  And so am I going to go necessarily
23  go out and buy that old original fender?  Well,
24  maybe if I want to be a purist, but if I want a
25  newer fender that has better quality, that's
```

