# Exhibit D



# INDEMNITY AGREEMENT AND PERMIT

## I. Indemnity Agreement

KNOW ALL MEN BY THESE PRESENTS THAT I, **Jeffrey Schroeder** ("Licensee"), request permission of Norfolk and Portsmouth Belt Line Railroad Company ("Company") to enter and be present upon premises and/or facilities owned, leased or controlled by Company ("Company Property") on MAY 5, 2025, at and in the vicinity of NPBL MAIN LINE BRIDGE ON THE SOUTHERN BRANCH OF THE ELIZABETH RIVER.

In consideration of the consent of Company to my entry and presence upon Company Property, I agree and undertake to:

(1) Give advance notice to Company's designated representative of each entry upon Company Property;
(2) Be at all times subject to Company's direction and rules when on Company Property;
(3) Be at all times subject to removal from Company Property for any reason in Company's sole discretion;
(4) Assume all risk of injury to myself (including death) and damage to my property or property in my custody or control as a result of my presence on Company Property; and
(5) Indemnify and hold harmless Company, its officers, owners, agents, and employees against all claims, demands, losses, liens, suits, judgments, fines, expenses, attorney's fees, and other liabilities resulting from injury to or death of any person, including without limitation myself, and/or damage to or loss of any property, including without limitation Company Property, arising out of or in any way involving, directly or indirectly, in whole or in part, my presence on or about Company Property, regardless of any contributory fault or negligence of Company, its officers, owners, agents, or employees.

I know that railroad operations involve particular risks and dangers. If my being on Company Property exposes me to any railroad operations, I specifically assume all risk of injury (including death) from such operations as part of my assumption of the risk herein.

I agree that neither I nor my heirs, executors, administrators, assigns or successors shall cause any claim or lawsuit to be brought for any injury (including death) that I may sustain, directly or indirectly, as a result of my presence on or about Company Property.

I agree that this agreement shall be binding on my heirs, executors, administrators, assigns and successors, and that if any term or provision shall to any extent be held invalid or unenforceable, the remaining terms of the agreement shall not be affected thereby.

If applicable, I am an employee or agent of the following Principal: **SEA LTD.**

In witness of my understanding of the foregoing and to evidence that I HAVE READ THIS ENTIRE AGREEMENT AND UNDERSTAND AND ACCEPT ITS TERMS, I have executed this writing the 5TH day of MAY 2025.

Licensee: _____ (Sign)    Witness: _____ (Sign)

Print or type name: **Jeffrey T. Schroeder**    Print or type name: _____

## II. Permit

In consideration of the above agreement, permission is hereby granted to Licensee to be upon Company Property at the location(s) and during the time(s) specified above. If applicable, the right of entry granted herein shall be solely for the following purpose(s): _____.

Norfolk and Portsmouth Belt Line Railroad Company

By (sign): _____

Name and Title: _____

Date: _____



# INDEMNITY AGREEMENT AND PERMIT

### I. Indemnity Agreement

KNOW ALL MEN BY THESE PRESENTS THAT I, **BRIAN LAWN** ("Licensee"), request permission of Norfolk and Portsmouth Belt Line Railroad Company ("Company") to enter and be present upon premises and/or facilities owned, leased or controlled by Company ("Company Property") on JULY 29, 2024, at and in the vicinity of NPBL MAIN LINE BRIDGE ON THE SOUTHERN BRANCH OF THE ELIZABETH RIVER.

In consideration of the consent of Company to my entry and presence upon Company Property, I agree and undertake to:

(1) Give advance notice to Company's designated representative of each entry upon Company Property;
(2) Be at all times subject to Company's direction and rules when on Company Property;
(3) Be at all times subject to removal from Company Property for any reason in Company's sole discretion;
(4) Assume all risk of injury to myself (including death) and damage to my property or property in my custody or control as a result of my presence on Company Property; and
(5) Indemnify and hold harmless Company, its officers, owners, agents, and employees against all claims, demands, losses, liens, suits, judgments, fines, expenses, attorney's fees, and other liabilities resulting from injury to or death of any person, including without limitation myself, and/or damage to or loss of any property, including without limitation Company Property, arising out of or in any way involving, directly or indirectly, in whole or in part, my presence on or about Company Property, regardless of any contributory fault or negligence of Company, its officers, owners, agents, or employees.

I know that railroad operations involve particular risks and dangers. If my being on Company Property exposes me to any railroad operations, I specifically assume all risk of injury (including death) from such operations as part of my assumption of the risk herein.

I agree that neither I nor my heirs, executors, administrators, assigns or successors shall cause any claim or lawsuit to be brought for any injury (including death) that I may sustain, directly or indirectly, as a result of my presence on or about Company Property.

I agree that this agreement shall be binding on my heirs, executors, administrators, assigns and successors, and that if any term or provision shall to any extent be held invalid or unenforceable, the remaining terms of the agreement shall not be affected thereby.

If applicable, I am an employee or agent of the following Principal: _____.

In witness of my understanding of the foregoing and to evidence that I HAVE READ THIS ENTIRE AGREEMENT AND UNDERSTAND AND ACCEPT ITS TERMS, I have executed this writing the 29TH day of JULY 2024.

Licensee: _____ (Sign)  
Print or type name: BRIAN LAWN

Witness: _____ (Sign)  
Print or type name: Zak Sork

### II. Permit

In consideration of the above agreement, permission is hereby granted to Licensee to be upon Company Property at the location(s) and during the time(s) specified above. If applicable, the right of entry granted herein shall be solely for the following purpose(s): _____.

Norfolk and Portsmouth Belt Line Railroad Company

By (sign): _W. OBrien_  
Name and Title: W. OBrien Jr — V.P.  
Date: 7-29-24