# Exhibit E

## Confidential

**CONFIDENTIAL**



# PCL CIVIL CONSTRUCTORS, INC.
1 N Dale Mabry Hwy, Suite 300
Tampa, FL, 33602

Norfolk & Portsmouth Belt Line Railroad
1340 Truxton St.
Chesapeake, VA 23324

**Attention: Cannon Moss**

DATE - 08/11/2025

Invoice # - 5524004-014

| OUR PROJECT NO. 5524004 | Contract # 1440007400 | Net 30 Days |
|---|---|---|

**NS MAINTENANCE PROJECT**
NPBL
To invoice for work completed to date
on the above noted project

| | | |
|---|---:|---:|
| Progress to Date | $13,803,669.06 | |
| Previous Gross Claims | 13,529,383.46 | |
| **Current Gross Claim** | $ 274,285.60 | |
| Less Holdback | - | |
| **Current Net Claim:** | $ 274,285.60 | |
| **PAYMENT REQUESTED** | | $ 274,285.60 |

**Holdback Summary:**

| | |
|---|---:|
| Previous Holdback | $ - |
| Current Holdback Amount | - |
| Holdback to Date | $ - |
| Holdback Previously Released | - |
| Total Holdback Retained | $ - |

**CONFIDENTIAL**  NPBL008178

**CONFIDENTIAL**

**PCL Civil Constructors, Inc.**
1 N Dale Mabry Hwy, Suite 300

**NS MAINTENANCE PROJECT**
Contract # 1440007400

| Category | Total Previous billed | Amount Billed Total to Date | Over time Units | Double time Units | THIS BILLING |
|---|---|---|---|---|---|
| CONSTRUCTION MANAGER | $ 312,715.50 | $ 318,420.50 | | | $ 5,705.00 |
| PROJECT MANAGER | $ 61,060.00 | $ 61,060.00 | | | $ - |
| PROJECT ENGINEER | $ 188,755.50 | $ 188,755.50 | | | $ - |
| SAFETY SUPERVISOR | $ - | $ - | | | $ - |
| SUPERINTENDENT | $ 620,919.00 | $ 620,919.00 | | | $ - |
| IRON WORKER | $ 1,810,867.50 | $ 1,751,893.83 | | | $ (58,973.67) |
| FOREMAN | $ 205,261.00 | $ 205,261.00 | | | $ - |
| SKILLED LABORER | $ 30,649.50 | $ 61,472.41 | | | $ 30,822.91 |
| OPERATOR | $ - | $ - | | | $ - |
| CARPENTER | $ - | $ - | | | $ - |
| TRUCK DRIVER | $ - | $ - | | | $ - |
| GENERATOR | $ 21,280.00 | $ 21,280.00 | | | $ - |
| AIR COMPRESSOR | $ 186,208.00 | $ 186,208.00 | | | $ - |
| LIGHT PLANT | $ 59,680.00 | $ 59,680.00 | | | $ - |
| LOADER | $ - | $ - | | | $ - |
| PICKUP TRUCK | $ 291,335.00 | $ 291,335.00 | | | $ - |
| TRAILER | $ 11,280.00 | $ 11,280.00 | | | $ - |
| WELDER | $ 70,400.00 | $ 70,400.00 | | | $ - |
| BOAT | $ 604,000.00 | $ 604,000.00 | | | $ - |
| 3/4" ELECTRIC IMPACT | $ 5,356.00 | $ 5,356.00 | | | $ - |
| 3/4" PNEUMATIC IMPACT | $ 10,380.00 | $ 10,380.00 | | | $ - |
| 3/4" MAGNETIC DRILL | $ 219,040.00 | $ 219,040.00 | | | $ - |
| 1-1/4" MAGNETIC DRILL | $ - | $ - | | | $ - |
| RIVET BUSTER | $ 72,720.00 | $ 72,720.00 | | | $ - |
| GRINDER | $ 38,280.00 | $ 38,280.00 | | | $ - |
| PORTABAND | $ 10,440.00 | $ 10,440.00 | | | $ - |
| TORCH | $ 17,280.00 | $ 17,280.00 | | | $ - |
| MANLIFT | $ 810,288.00 | $ 810,288.00 | | | $ - |
| SKID LOADER | $ 27,600.00 | $ 27,600.00 | | | $ - |
| FORKLIFT - 10K | $ 233,520.00 | $ 233,520.00 | | | $ - |
| ROTARY HAMMER DRILL | $ 28,480.00 | $ 28,480.00 | | | $ - |
| FLOATING DOCKS | $ 31,137.00 | $ 31,137.00 | | | $ - |
| ACCESS TRESSTLE | $ 17,717.40 | $ 17,717.40 | | | $ - |
| PERMANENT MATERIALS | $ 1,172,827.89 | $ 1,237,861.73 | | | $ 65,033.84 |
| CREDIT FOR STEEL SCRAP | $ - | $ (1,467.04) | | | $ (1,467.04) |
| SUBTRADE | $ 4,065,614.21 | $ 4,132,020.69 | | | $ 66,406.48 |
| STS | $ 507,373.97 | $ 642,389.29 | | | $ 135,015.32 |
| FOG | $ - | $ - | | | |
| TRAVEL EXPENSE | $ 403,923.75 | $ 392,791.26 | | | $ (11,132.49) |
| MATERIAL MARKUP 15% | $ 312,618.85 | $ 340,736.29 | | | $ 28,117.44 |
| SUBTRADE MARKUP 15% | $ 609,842.13 | $ 619,803.10 | | | $ 9,960.97 |
| PER DIEM | $ 318,983.66 | $ 318,600.00 | | | $ (383.66) |
| TRAVEL MILEAGE | $ 7,022.38 | $ 8,693.41 | | | $ 1,671.03 |
| INSURANCE | $ 134,527.22 | $ 138,036.69 | | | $ 3,509.47 |
| **PROJECT TOTALS** | **$ 13,529,383.46** | **$ 13,803,669.06** | | | **$ 274,285.61** |