# Exhibit G

IN THE MATTER OF COEYMANS MARINE TOWING, LLC., ET AL.
Cannon Moss on 06/04/2025

```
 1              IN THE UNITED STATES DISTRICT COURT

 2             FOR THE EASTERN DISTRICT OF VIRGINIA

 3                       Norfolk Division

 4                         In Admiralty

 5

 6   In The Matter of COEYMANS     )
     MARINE TOWING, LLC D/B/A      )
 7   CARVER MARINE TOWING as Owner )   CIVIL ACTION NO.
     and Operator OF M/T MACKENZIE )   2:24-cv-00490
 8   ROSE (IMO NO. 8968765) her    )
     cargo, engines, boilers,      )
 9   tackle, equipment, apparel,   )
     and appurtenances, etc. in    )
10   rem, petitioning for          )
     Exoneration from or Limitation)
11   of Liability in allision with )
     Norfolk and Portsmouth Belt   )
12   Line Railroad Company Main    )
     Line Railroad Bridge          )
13   occurring June 15, 2024 in    )
     and about the Elizabeth River,)
14   Virginia.                     )

15

16              DEPOSITION UPON ORAL EXAMINATION

17                       OF CANNON MOSS

18             TAKEN ON BEHALF OF THE PETITIONER

19

20                       Norfolk, Virginia

21                        June 4, 2025

22

23

24

25
```

Page 179

```
 1   that --
 2              MR. ROMAN:  Fair enough.
 3              THE WITNESS:  And I think we're expecting
 4   another invoice from PCL.
 5   BY MR. ROMAN:
 6        Q.    Okay.  That's what I was wondering.
 7   I was going to ask.  So you are expecting that
 8   there might be additional invoices from the
 9   contractors?
10        A.    Correct.
11        Q.    Okay.  How many are you expecting?
12        A.    I would expect one more from PCL and one
13   more from H&H probably.
14        Q.    Okay.  Do you know what timeframe that
15   would be for?
16        A.    I'm not sure.  I'm not sure.
17        Q.    All right.  The top line, the
18   construction of the road access, do you see those line
19   items?
20        A.    Yes.
21        Q.    Okay.  What was that road for?
22        A.    It was for access to the site where PCL
23   staged all of the work.
24        Q.    Is that road still in existence today?
25        A.    It is.
```

Page 180

```
 1      Q.    And is that a road that the Belt Line
 2   continues to use?
 3      A.    No.
 4      Q.    Okay.  Are there any plans to destroy
 5   the road or is it just going to exist?
 6      A.    It's just going to exist.
 7      Q.    Has it been utilized at all since --
 8   since the allision?
 9      A.    Only for you to come out and inspect the
10   bridge.
11      Q.    All right.  Do you see line for the
12   additive rate next to it?
13      A.    Yes.
14      Q.    Could you explain what those figures are
15   for me?
16      A.    Sure.  That's an additive rate that we
17   add to labor and material.  We do it for our state
18   projects and we do it for any work we do for other
19   customers, I guess.
20      Q.    And what do you mean by other customers?
21      A.    We recently replaced the road crossing
22   that was damaged for a customer at the end of our
23   line, and we did the rail work for it and they paid
24   for it.  We tacked on an additive rate to their
25   invoice.
```

Page 181

```
 1      Q.    Okay.  And how did you determine that
 2   272.34 percent additive rate that we see on the
 3   first line there?
 4      A.    Sure.  We used Norfolk Southern's
 5   additive rates.  We have the same union that
 6   they have.  In fact, we use their payroll department
 7   to pay all our folks, and so they had some additives
 8   that were recently -- well, two years ago -- audited
 9   by the Georgia Department of Transportation, and so
10   we used those numbers.  They've been accepted by the
11   Department of Rail & Public Transportation, so when
12   we submit invoices for these grants we used these
13   numbers.
14      Q.    You said that's from the Georgia
15   Secretary of State is who you said?
16      A.    That's from Norfolk Southern.  They
17   submitted it to the Georgia Department of
18   Transportation.  Well, they didn't submit it.  The
19   Georgia Department of Transportation I guess audited
20   them and approved that, so we used those rates.
21      Q.    And then how did you determine the five
22   percent additive rate that's below that?
23      A.    Came off the same approved additive rate
24   that the labor forces have.
25      Q.    Are the additive rates typically used
```