# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division
### In Admiralty

| | |
|---|---|
| In the Matter of COEYMANS MARINE TOWING, LLC D/B/A CARVER MARINE TOWING as Owner and Operator of M/T Mackenzie Rose, (IMO No. 8968765), *et al.* | Civil Action No. 2:24-cv-00490-MSD-LRL |

## NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY'S FOURTH MOTION IN LIMINE TO EXCLUDE TESTIMONY AND OPINIONS OF <u>JASON R. MEYERROSE</u>

Norfolk and Portsmouth Belt Line Railroad Company ("Belt Line"), by counsel, moves this Court for an Order *in limine* excluding from trial expert testimony from Carver's expert, Jason R. Meyerrose ("Mr. Meyerrose").[1] The reasons for this motion are more fully set forth in the accompanying Memorandum in Support.

Dated: <u>October 7, 2025</u>

NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY

By:     */s/ Mackenzie R. Pensyl*
James L. Chapman, IV, VSB No. 21983
W. Ryan Snow, VSB No. 47423
Mackenzie R. Pensyl, VSB No. 100012
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
mpensyl@cwm-law.com
*Counsel for Norfolk and Portsmouth Belt Line Railroad Company*

---

[1] This filing is also submitted on behalf of Evanston Insurance Company to the extent Evanston remains in the case.

## CERTIFICATE OF SERVICE

      I hereby certify that on this 7th day of October 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all registered counsel of record, and mailed to:

      James Morrissey
      4723 Baywood Drive
      Lynnhaven, FL 32444

By:     */s/ Mackenzie R. Pensyl*
      Mackenzie R. Pensyl, VSB No. 100012
      CRENSHAW, WARE & MARTIN, P.L.C.
      150 W. Main Street, Suite 1923
      Norfolk, Virginia 23510
      Telephone: (757) 623-3000
      Facsimile: (757) 623-5735
      mpensyl@cwm-law.com
      *Counsel for Norfolk and Portsmouth Belt Line Railroad Company*