Exhibit A

# MEYERROSE AND CO., INC.

## MARINE SURVEYORS – CONSULTANTS

55 BROADWAY, 2ND FLOOR
AMITYVILLE, NY 11701
TEL 631-225-3641 FAX 631-225-3642
WEB meyerrosemarinesurveyors.com

Jason R. Meyerrose
Marine Surveyor – President
Cell: 516-592-9198
Email: jmeyerrose@meyerrosemarinesurveyors.com

Richard Meyerrose, Jr.
Senior Advisor
Email: richardmeyerrose@gmail.com
Cell: 516-658-9059

7 July 2024

FILE NUMBER: M-14469

## INSPECTION REPORT

ACCOUNT: **COEYMANS MARINE TOWING**
VESSEL: TWIN SCREW OCEAN SERVICE TUG **"MACKENZIE ROSE"**

This is to certify that on 25 June 2024 the undersigned Marine Surveyor, at the request of Mr. Brian Moore, Coeymans Marine Towing, without prejudice and interested parties, did carry out a general Condition and Suitability for service Inspection survey of the twin screw ocean service tug **"MACKENZIE ROSE"**, as the vessel lay afloat at lay berth at the Caddell Dry Dock & Repair Co., Pier D, 1515 Richmond Terrace, Staten Island, New York.



CARVER 000796

VESSEL: "MACKENZIE ROSE"

VESSEL PARTICULARS
1. Name: "MACKENZIE ROSE", ex- "MARY GELLATLY", ex- "VERNON C".
2. Owners/Operator: Coeymans Marine Towing.
3. Registered Dimensions: 96.4'L x 33.5'B x 17.9'D approx. 101' LOA.
4. Official No.: 1098224 – 157 GRT / 107 NRT.
5. Built: 2000 by Seaboats, Inc., Portsmouth, RI, hull #5.
6. Construction: All welded steel.
7. Horsepower: Approx. 4400 via twin V-12 Alco diesel engines, driving through Haley marine reversing 4-1 reduction gears.
8. Auxiliary Power: Total (3) gensets. Three model 3304 Caterpillar engines, two driving a Caterpillar 65 KW AC generator and one x 99KW AC.
9. Tow Winch: Single drum Almond A. Johnson hydraulically driven, 2 1/4" x 2000' wire.
8. USCG Inspected Vessel: No. Has valid USCG Certificate of Documentation. Has valid stability letter 101' x 33.5' x 17' Uninspected tug (C).
9. ABS Classed Vessel: Yes. ABS International Loadline # 0139443-2472862-001.
10. Utilization: Currently, contract towing / company towing of materials barges.

VESSEL DESCRIPTION

The subject vessel is a conventional configuration (for age), all welded steel construction, twin screw ocean service tugboat, having a single main deck with raised foredeck, curved stem, chined hull and square stern with rounded corners.

There is a two level deckhouse on deck. There is internal and external access from the engine room to the pilothouse.

The main deckhouse is arranged from forward: galley; wide centerline longitudinal passageway leading aft with stairway up – toilet locker – stateroom starboard and two staterooms to port, and upper engine room aft with watertight door aft.

The second level deckhouse is arranged with toilet locker to port and mechanical room to starboard, forward. There is a watertight door at starboard side and stairway mid run and two staterooms aft.

The pilothouse forms the third level deckhouse, and is positioned at forward end of the second level deckhouse

There is a raised pilothouse offering about 60' height of eye, accessed by a series of inclined open stairways starting at the main deck.

Internally, the hull is conventionally divided by (5) transverse steel bulkheads, and is conventionally framed and stiffened.

The hull is arranged from forward as follows: forepeak void; port / starboard ballast; port / starboard fuel oil; engine room with port and starboard fuel wing tanks – two oil wing tanks each port and starboard (for lube oil – hydraulic – oil – gear oil); port / starboard potable water tanks forward; port and starboard deep ballast tanks in forward half length of engine room; port center fuel day tank to forward – starboard wash water

VESSEL: "MACKENZIE ROSE"

Capacities are listed as: fuel oil – 56,000 gallons; ballast – 53,500 gallons; hydraulic oil – 950 gallons; gear oil – 700 gallons; lube oil – 1,600 gallons; potable water – 5,800 gallons.

tank to forward; port / starboard center fuel – port / starboard ballast outboard; port / starboard aft peak ballast.

<u>EQUIPMENT</u>

Conventional complement of equipment fitted as follows:

8 - runs of dissimilar length D-section cut tire bow fenders, short to long extending to forward quarter bitts, including section following raised foredeck line of the bulwark .

1 – sheer level D-section cut tire fender from forward quarter to around stern.

Perimeter box type steel bulwark with freeing ports protected by guards.

1 – staple at stem.

1 – three pole horned bits on foredeck which is fitted with a grate deck to make level.

1 – oval bolted cover hatch on foredeck.

1 – open stairway with handrails forward, up to deckhouse roof.

Port and starboard (7) step stairways with handrail against deckhouse down to main deck.

2 – sets double horned quarter bitts, port and starboard.

Complement of handrails, protected night lights and high level vents fitted with non-return fittings.

1 – watertight door on raised sill, aft end of deckhouse.

At aft end of deckhouse, fuel and lube / gear oil fills, and bilge (or dirty oil) discharge with fixed box below, and high fuel vents with fixed box below.

1 – open stairway with safety handrails, aft end of deckhouse to starboard of winch.

1 – single drum Almon A. Johnson hydraulically driven towing winch, aft of deckhouse, rigged with 2 1/4" x 2000' wire and fitted with level winder and closed pipe guide. One gypsy head on port side of winch.

1 – towing bitt aft of winch.

1 – cleat centerline on aft deck.

CARVER 000798

Page 4

VESSEL: "MACKENZIE ROSE"

4 – large sheaves on aft deck for push wires

1 - texas tow bar with two wire rollers.

1 – steel frame with grate platform over steering gear, aft. Steering gear consists of two hydraulic rams and jockey bar made up to the respective rudder posts.

Deckhouse Roof:

2 – tier perimeter fixed steel safety rails. Fixed handrails around second level house.

1 – enclosed aft steering station with hinged door access aft port, with steering – engine – tow winch controls. VHF radiotelephone and rudder angle indicator. Search light atop. Guard fitted on aft facing window.

1 – short mast with towing lights, centerline aft, and (1) floodlight. Name and hope port boards mounted on aft rails

1 – low trunk with ventilation cowling centerline between the stacks,

1 – rack with spare towline.

1 – inflatable life raft in rack, aft starboard; ring buoys fitted with lanyard and float light mounted on rails port and starboard; (2) injection molded spill barrels and fire station between the stacks.

1 – watertight door on raised sill, starboard side.

Atop second level deckhouse:

1 – (new) HVAC unit

2 – tier perimeter fixed safety rails, name board mounted each side on rails.

1 – open stairway with safety rails to pilothouse roof level.

Atop Pilothouse:

Perimeter (2) tier fixed safety rails. Pilothouse eyebrow.

2 – Perko searchlights.

1 – (new) house type air conditioner in aft pilothouse window.

1 - EPIRB

1 – open stairway with safety rails up to upper pilothouse level.

Around Upper Pilothouse:

CARVER 000799

VESSEL: "MACKENZIE ROSE"                                                                Page 5

Walk around platform with perimeter (2) tier fixed safety rails. Complement of flood lights. (1) fixed straight ladder to atop roof. (1) house type air conditioner in starboard side window.

Atop Upper Pilothouse:

Complement of navigation lights, horns, searchlight and box type mast fitted with complement of electronic antennas and radar scanners. Eyebrow.

PILOTHOUSE EQUIPMENT

Pilothouse with 360 degree visibility with windows all around, watertight door aft starboard. One internal stairway down and staircase in tower up. Helm station centerline forward with (2) seats padded helm chairs, navigation cabinet aft and equipment as follows:

2 – sets engine controls.
2 – non follow-up steering controllers.
1 – magnetic compass.
1 – Datamarine depth finder.
1 – Robertson rudder angle indicator.
1 – Furuno satellite compass.
2 – Furuno radars.
3 – Standard Horizon, Matrix, GX 2000, VHF.
1 – Furuno Universal AIS.
1 – Simrad AP50 autopilot.
1 – Simrad rudder angle indicator.
2 – Computer with monitor, chart program
General alarm, in-house telephone.

Upper Pilothouse:

General complement of controls and electronics.

ACCOMODATIONS

The galley, staterooms and toilet lockers are fitted with basic liners and ceilings, and are outfitted commiserate for type.

A clothes washer and dryer are located in the upper engine room.

MACHINERY AND SYSTEMS

The upper engine room is fitted with a watertight door aft to main deck, with one stairway down to engine room with fixed safety rails around opening. The engine exhausts are well wrapped.

CARVER 000800

VESSEL: "MACKENZIE ROSE"

Located in the upper engine room is a Caterpillar model 3304 diesel genset fitted with a 99 KW AC electric end. The engine is fresh water keel cooled and air-started. Racor fuel filters are installed. The exhaust is wrapped.

Also located in the upper engine room is a Dayton domestic oil fired boiler; exhaust blower in the over head trunk; and fixed CO2 bottles with hose and nozzle.

Propulsion power is provided by two V-12 cylinder Alco diesel engines, rated at about 2000 HP each, which are air-started and fresh water keel cooled, driving approx. 10" shafts fitted with four blade stainless steel propellers through Haley marine reversing 4-1 reduction gears.

The vessel is fitted with a typical complement of auxiliary machinery, equipment and systems, including:

2 – Caterpillar model 3304 diesel engines, each driving a 65 KW AC generator. One engine is battery electric started, the other air-started, and both are fresh water keel cooled and fitted with Racor filter sets.

4 – electro/hydraulic units piped directly to one wing oil tank, two for steering, one for tow winch, one back-up, plus an electrically driven oil transfer pump.

Fuel manifold system with (2) electrically driven transfer pumps. A total of (4) sets of Racor fuel filter / water separator units are installed.

Bilge/ballast/fire manifold system with electrically driven pumps.

4 – self-contained electrically driven air compressor units. System fitted with Speedaire compressed air dryer.

2 – large lube oil filters, electrically driven pumps, oil heat exchangers and lube oil purifier unit.

Potable water system with electrically driven pump, pressure demand tank, hot water heater.

2 – approved type sanitation systems.

Main electrical breaker panels; generator panel with lock out bar and rubber mat for (3) gensets and shore power. Murphy alarm panel.

FIRE-FIGHTING AND SAFETY EQUIPMENT

The vessel is fitted with a typical complement of fire-fighting and safety equipment, including:

1 – inflatable life raft.

1 – EPIRB.

VESSEL: "MACKENZIE ROSE"

Fire station rigged with hose and nozzle.

3 – ring buoys, two rigged with lanyard and emergency float light.

CO2 system with long hose and nozzle for engine room.

Complement of required portable fire extinguishers.

Fire axes.

Complement of life preservers and work vests.

CONDITION

    Overall condition of the vessel is considered to be above satisfactory.

    External hull, main deck and main deckhouse coatings are satisfactory / good overall. The bottom was coated with a complement of zinc anodes fitted at last docking in Yr. 2021 (ABS class docking).

    Internally, coatings and housekeeping are satisfactory. The quality of interior accommodation spaces ceilings, liners and flooring are below average for type, but fully serviceable.

    The engine room is spacious and machinery and systems are clean.

    The vessel under went an extensive shipyard repair period in Year 2016 resultant of charter damages (surveys completed by this office), which are noted below for record purposes:

1. Propellers reconditioned.

2. Renewed cutlass bearings.

3. Renewed port propeller shaft.

4. Repaired starboard propeller shaft.

5. Port rudder stock lightly bent (no repairs made).

6. Extensive renewal of box type keel coolers. Systems flushed, with Caterpillar SCA rust inhibitor added in main engine coolers, and Dello ECC coolant added in the generator coolers.

7. Prepare and paint hull, including installation of zinc anodes.

8. Renewal of bow fendering in part (lower levels).

CARVER 000802

VESSEL: "MACKENZIE ROSE"                                                                 Page 8

9. All diesel engines assessed and component repairs completed. One genset diesel rebuilt. All auxiliary systems assessed and component repairs completed.

10. Renewed deckhouse HVAC condenser. House type air conditioner renewed.

11. The after void compartments fully cleaned of failed paint coatings.

12. Separate from charter repairs, the forward ballast compartment aft transverse bulkhead and longitudinal bulkhead were renewed as required by ABS.

The vessel is considered to be fully equipped and serviceable and is ready for service.

CONCLUSION

As far as may be ascertained from a general examination of the subject vessel and machinery while afloat, without removals or opening up to expose parts ordinarily concealed, and without testing to ascertain thickness of structural members, or testing for tightness or opening up the machinery, it is the opinion of the undersigned that the hull, machinery, and equipment of the subject vessel are in satisfactory condition for operation, as well as for intended tug services.

Further, no determination of inherent structural integrity or stability has been made, and no opinion is expressed or implied in this respect.

**ESTIMATED CURRENT VALUE:          $ 2.25 to 2.5 MILLION**

**ESTIMATED REPLACEMENT VALUE: $ 9 MILLION**

RECOMMENDATIONS

1. Maintain the necessary safety, life saving and fire-fighting gear and equipment, with up to date tags and servicing at all times.

The above report is a statement of opinion made, signed, and submitted without prejudice to the rights and/or interests of whom it may concern.

Respectfully submitted,

Jason R. Meyerrose
Marine Surveyor - President

Enc:   Photographs
       Invoice

Prepared for:

VESSEL: "MACKENZIE ROSE"

Coeymans Marine Towing
Mr. Brain Moore

JRM/

Page 9

CARVER 000804

1. M-14469     CVS SURVEY     TUGBOAT     **"MACKENZIE ROSE"**     06/25/24     CARVER 000805     jrm



PORT SIDE



PORT SIDE



FORWARD – PORT SIDE







AFT DECK TOWING GEAR



AFT DECK AND TEXAS TOW BAR



PORT SIDE



AFT SIDE OF DECKHOUSE AND TOW WINCH





AFT DECK



2. M-14469    CVS SURVEY    TUGBOAT    "MACKENZIE ROSE"    06/25/24    jrm
CARVER 000806



AFT SIDE OF DECKHOUSE



AFT SIDE OF DECKHOUSE



TOW WINCH



STB BULWARK AND MARGIN DECK





3. M-14469     CVS SURVEY     TUGBOAT     "MACKENZIE ROSE"     06/25/24     jrm
CARVER 000807

4. M-14469    CVS SURVEY    TUGBOAT    **"MACKENZIE ROSE"**    06/25/24    CARVER 000808    jrm

STAIRS UP TO ATOP DECKHOUSE



FOREDECK



MAN OVERBOARD STATION



LIFE RAFT



FWD SIDE OF PILOTHOUSE



STB MARGIN DECK AND BULWARK



5. M-14469     CVS SURVEY     TUGBOAT     "MACKENZIE ROSE"     06/25/24     jrm
CARVER 000809

STACKS


LOOKING DOWN AT AFT DECK


ATOP DECKHOUSE


AFT END ATOP DECKHOUSE


STACKS




6. M-14469    CVS SURVEY    TUGBOAT    **"MACKENZIE ROSE"**    06/25/24    CARVER 000810    jrm

UPPER PILTOHOUSE



A/C UNIT



TOWING WINCH





LOOKING DOWN FROM UPPER PILOTHOUSE



AFT FACING CONTROL STATION



7. M-14469

CVS SURVEY

TUGBOAT

"MACKENZIE ROSE"

06/25/24
CARVER 000811     jrm

PILOTHOUSE



PILOTHOUSE



PILOTHOUSE









UPPER ENGINE ROOM – FIDDLY





ACCOMODATIONS (NOTE – USCG MEETING ON BOARD, GALLEY NOT AVAILABLE AT TIME OF SURVEY)





PILOTHOUSE







8. M-14469     CVS SURVEY     TUGBOAT     **"MACKENZIE ROSE"**     06/25/24     jrm
CARVER 000812



9. M-14469    CVS SURVEY    TUGBOAT    **"MACKENZIE ROSE"**    06/25/24    CARVER 000813    jrm

ENGINE ROOM









10. M-14469    CVS SURVEY    TUGBOAT    **"MACKENZIE ROSE"**    06/25/24    jm
CARVER 000814

ENGINE ROOM



ENGINE ROOM



ENGINE ROOM









11. M-14469    CVS SURVEY    TUGBOAT    **"MACKENZIE ROSE"**    06/25/24    CARVER 000815    jm

ENGINE ROOM







