# Exhibit B

# MEYERROSE AND CO., INC.
### MARINE SURVEYORS – CONSULTANTS

| | |
|---|---|
| **NY (MAIN) OFFICE** | **VIRGINIA OFFICE** |
| 55 BROADWAY, 2ND FLOOR | 5717 MAGNOLIA CHASE WAY - #104 |
| AMITYVILLE, NY 11701 | VA BEACH, VA 23464 |
| Richard Meyerrose, Jr. – Senior Advisor | www.meyerrosemarinesurveyors.com |
| | |
| Jason R. Meyerrose | Patrick J. Meyerrose |
| Marine Surveyor – President | Marine Surveyor |
| Cell: 516-592-9198 | Cell: 516-313-7590 |

Email: jmeyerrose@meyerrosemarinesurveyors.com
Email: pmeyerrose@meyerrosemarinesurveyors.com

28 August 2025                                                                                                   FILE NUMBER: M-15123

## REBUTTAL REPORT

The following notations are considered to be our rebuttal to the opinions of Poulson Marine Consultants (PMC), LLC., valuation report of the tugboat **"MACKENZIE ROSE"** at the time of the reported incident involving the Norfolk and Portsmouth Beltline Railroad Company Bridge in Portsmouth, Virginia.

**PMC Item 2.1:**

Poulson expounds on the incident which is irrelevant to preparing a vessel value. We have no involvement in the incident, having been solely retained to perform a general C&V opinion of the vessel upon its return to NY Harbor after the reported incident.

**PMC Item 3.0:**

PMC report states that "access to the tug was not provided by the Owners". Owners to substantiate this item.

**PMC Item 6:**

There is no requirement to substantiate values for a general C&V report.

**PMC Item 6.2**: Meyerrose did elaborate about repairs and maintenance under the conditions section of report M-14905. We also reviewed the extensive TVIB, ABS, and shipyard work orders provided by Carver prior to this survey.

**PMC Item 6.3**. Wrong, items noted in report M-14905 under conditions etc. showing list of major work completed.

**PMC Item 6.4,** There are no true comparables to the "MACKENZIE ROSE" as she is a one off built ocean towing vessel by the original owners, not designed to be a harbor tug with high raised bow and foredeck.

**PMC Item 6.5**, agreed.

VESSEL: "REBUTTAL TO PMC VALUATION"                                    Page 2

**PMC Item 6.6**, PMC notes 17 C&V surveys in 2024.  Meyerrose completed approximately (30) specific barge CVS reports and approximately (15) tugs.  Meyerrose has completed some 672 surveys in 2024, with approximately 350+ of those being On hire surveys, which 50% of those charterers were provided with our "Preliminary Advices" report, which is a short condition report with photos, and with an estimated current and replacement values that are given to Underwriter's when requested, to determine what they are insuring based on our findings (before the full On Hire survey report is produced).  Continuing, Meyerrose has completed the following number of surveys in the past years

    2024 – 672 surveys (including extensive work at the Key Bridge incident, and now in 2025, starting the On Hire surveys for the FSK demo and rebuild.
    2023 – 566 surveys
    2022 – 630 (beginning stages of the HRBT bridge / tunnel rebuild in Hampton Roads in which Meyerrose is doing all of the floating equipment surveys for the project).
    2021 – 599 surveys
    2020 – 573 surveys
    2019 – 504 surveys
    2018 – 586 surveys
    2017 – 644 (ongoing surveys at the Tappan Zee bridge rebuild and demo throughout the entire project, including surveys from Maine to Norfolk, VA).
    2016 – 556 surveys

**PMC Item 6.7**, Required maintenance for SUB M and ABS loadline makes PMC statement almost worthless.

Also the extensive maintenance and rebuild was AFTER the incident and should have no meaning to the value of the vessel at the time of the incident. The reason the tug has undergone the recent maintenance and repair period, and ongoing maintenance is to continue operation under SUB M, TVIB, and ABS loadline requirements at its 5 year docking.  Valuation of a vessel is temporarily higher as a result of the dry docking and extensive maintenance and repairs that were carried out.  (for example, inspected or classed vessels generally spike or higher than usual after certification renewed, and gradually lowers out at the end of the 5 year class period). PMC testimony states that the value of the vessel should not have changed at all after the year 2025 re-build as noted in the Meyerrose & Co., Inc. report. Replacing extensive internals of the interior of the hull, replacing (2) Auxiliary engines and replacing various electronics, including other work that was completed to the underwater machinery and steering gear are not considered to be "general maintenance" that is required. That being said, Meyerrose & Co., Inc., again stands by our valuation of the vessels current value as of early year 2025, after the extensive re-build that was completed by Carver.

**PMC Item 6.8**: comparable sales, again, no comparables to special build "MACKENZIE ROSE" design (see item below).

VESSEL: "REBUTTAL TO PMC VALUATION"                                          Page 3

**PMC Item 6.10:** we are not familiar with General Income approach to valuation. PMC needs to prove each item listed as a basis for substantiating value, otherwise, not reliable.

**PMC Item 6:**

Overall item 6 is mostly filler material, assumes showing comparisons when IN FACT there is no other vessel comparable to the one off built "MACKENZIE ROSE".

The only comparisons can be to similar vessels including review of HP, type, age and intended service. Next is factoring in age and classification if any, again all opinions. And finally, the conditions of the vessel as found are one of those most significant factors in the valuation process. With note, this tug was a one off built tug for offshore towing by the original owners' oil barges, is extremely ungainly for harbor work, and sat for a numerous years as unsellable. Pursuant to the provided testimony of Mr. Nick Laraway of Carver Companies, the vessel was purchased from Gellatly & Criscione in year 2020 for $1,000,000.00, and subsequently, as noted from Mr. Laraway's' testimony that it was insured for around $3,000,000.00 based upon the survey and valuation that was done by Mr. Rick Meyerrose of this office in year 2018 prior to Carver's Purchase. At the time of the purchase Mr. Laraway states that no immediate work was required to the vessel, to put it into immediate service. This further supports our 2024 evaluation of $2.5 Million is accurate based on normal depreciation of the vessel since the time of purchase by Carver.

**PMC Item 7.1**: not required to elaborate.

**PMC Item 7.2**: PMC definition of FMV is correct. However, after reviewing the testimony of Mr. Poulson, he has stated that the comparable values he used in his valuation are based entirely on non FMV numbers and are based on the brokers values of vessels or a current "for sale" value, which would dispar the info of research tables 1 and 2 and should not be used for this valuation, and that insured value is not FMV. Based on the PMC original valuation report, using tables 1 and 2, the $4,000,000.00 value by PMC is considered to have no true basis, and way above the vessels actual current value at the time of the incident. Also, based on the fact that the last true sales price of the vessel was $1,000,000.00 at the time of purchase by Carver Companies in year 2020, the survey of Rick Meyerrose in 2018 valuing the tug at $3 Million, and based on our review done for our July 2024 survey, soon after the incident, of the Marcon Intl., and Heartland Barge websites of comparable vessel sale values, the extensive Meyerrose & Co., Inc. file reference material (over 40 years worth), knowledge and experience in the industry, we stand firm that as of July 2024 the "MACKENZIE ROSE" current value was $2,500,000.00.

CONCLUSION

The above report is a statement of opinion made, signed, and submitted without prejudice to the rights and/or interests of whom it may concern.

                                                            Respectfully submitted,

VESSEL: "REBUTTAL TO PMC VALUATION"                                                Page 4

Jason R. Meyerrose

Marine Surveyor – President

JRM/