# Exhibit A

UNITED STATES OF AMERICA

NATIONAL TRANSPORTATION SAFETY BOARD

```
* * * * * * * * * * * * * * * * * *
Investigation of:            *
                             *
ALLISION OF M/T MACKENZIE ROSE    *
WITH THE BELT LINE BRIDGE ON THE  *    Accident No.: DCA24FM039
ELIZABETH RIVER IN VIRGINA        *
ON JUNE 15, 2024                  *
                             *
* * * * * * * * * * * * * * * * * *
```

Interview of:  JAMES MORRISSEY, Captain
               M/T *Mackenzie Rose*

via videoconference

Wednesday,
June 26, 2024

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

APPEARANCES:

LUKE WISNIEWSKI, Investigator
National Transportation Safety Board

██ ██████ ██████
United States Coast Guard

██ █████ █████
United States Coast Guard

CHRIS ABEL, ESQ.
Willcox & Savage on behalf of Carver Marine Towing

MICHAEL COLLETT, ESQ.
Willcox & Savage on behalf of Carver Marine Towing

BRIAN MOORE
Carver Marine Towing

JAMES CHAPMAN, ESQ.
Crenshaw, Ware & Martin on behalf of
Norfolk and Portsmouth Belt Line Railroad

RYAN SNOW, ESQ.
Crenshaw, Ware & Martin on behalf of
Norfolk and Portsmouth Belt Line Railroad

ROBERT GRAY BRACKNELL, ESQ.
Crenshaw, Ware & Martin on behalf of
Norfolk and Portsmouth Belt Line Railroad

CANNON MOSS
Norfolk and Portsmouth Belt Line Railroad Company

RICHARD GONZALEZ, ESQ.
Gallo Vitucci Klar on behalf of Captain Miller

<u>I N D E X</u>

<u>ITEM</u>                                                                          <u>PAGE</u>

Interview of James Morrissey:

       By ██ ████████                                        5

       By Mr. Wisniewski                                     6

       By ██ ████████                                        10

       By Mr. ████                                           18

       By ██ ████████                                        21

       By Mr. Wisniewski                                     22

       By Mr. Abel                                           31

       By Mr. Chapman                                        49

       By Mr. Gonzalez                                       62

       By Mr. Wisniewski                                     64

       By Mr. Abel                                           73

       By Mr. Chapman                                        74

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

4

1                        I N T E R V I E W

2                                           (10:13 a.m. ET)

3          █  ████████   Good morning again.  This is █  █████  █████

4    with Coast Guard Sector Virginia.  And we are here because the

5    Coast Guard is a conducting marine casualty investigation into the

6    allision of the Towing Vessel *Mackenzie Rose* with the Norfolk and

7    Portsmouth Belt Line Railroad Bridge that occurred on June 15th,

8    2024.

9          Today's date is June 26th, local time is 10:13 a.m.  Online

10   we have Mr. James Morrissey.  Sir, would you please state your

11   full name?

12         MR. MORRISSEY:  James Robert Morrissey.

13         █  ████████   And could you spell your last name for us.

14         MR. MORRISSEY:  M-o-r-r-i-s-s-e-y.

15         █  ████████   Can you confirm that you consent to the

16   recording and transcription of this call?

17         MR. MORRISSEY:  Yes, ma'am. I do.

18         █  ████████   Thank you.  For the purposes of the

19   transcription, my name is █  █████  ███████   Last name,

20   █████████████.

21         █  █████   My name's █  █████  █████   Last name, █████████

22         █  ████████   Over to Mr. Wisniewski.

23         MR. WISNIEWSKI:  Yes, Luke Wisniewski with the National

24   Transportation Safety Board, W-i-s-n-i-e-w-s-k-i.

25         █  ████████   Thank you, sir.  Over to Carver.

5

1        MR. ABEL:  Yeah, this is Chris Abel with the law firm of

2   Willcox & Savage representing Carver Marine.  That's Abel,

3   A-b-e-l.  With me is my associate, Michael Collett, C-o-l-l-e-t-t.

4   And as a corporate representative, we've got Brian Moore from

5   Carver Marine, Moore, M-o-o-r-e.

6        ███ ██████  Thank you.  Over to the Belt Line.

7        MR. SNOW:  Good morning.  For the Belt Line, this is

8   Ryan Snow, S-n-o-w, with the law firm of Crenshaw, Ware & Martin.

9   We also have James Chapman, C-h-a-p-m-a-n; and Robert Bracknell,

10  B-r-a-c-k-n-e-l-l.  And for the company, we have the president of

11  the Belt Line, Cannon Moss, M-o-s-s.

12       ███ ██████  Thank you.  Over to Mr. Gonzalez.

13       MR. GONZALEZ:  Good morning.  Richard Gonzalez,

14  G-o-n-z-a-l-e-z with the law firm of Gallo Vitucci Klar

15  representing Captain Christopher Miller.

16       ███ ██████  Is there anyone on the line who I skipped or

17  did not get a chance to introduce themselves?  All right.

18                    INTERVIEW OF JAMES MORRISSEY

19       BY ██ ████████

20  Q.  Mr. Morrissey, thank you for taking the time to participate

21  in this interview.  And, first, I'd like to start by giving you a

22  chance to introduce yourself and give us a little bit of your

23  background, sir.

24  A.  Okay.  My name's James Morrissey.  I'm 61 years old.  I've

25  been sailing on tug boats for the last 35 to 40 years.  I started

6

1   as a deckhand, worked my way up to captain.  I've been a captain

2   for the last, almost 30 years now.

3   Q.   Thank you, sir.  Could you give me a little bit of a quick

4   summary on those 30 years of history?

5   A.   I've worked for a bunch of different companies.  I've done

6   different types, pretty much all, every type of work as well as

7   the tug boating, sand and stone, I've done oil works, I've done

8   dredge works, I've done offshore and inland, and a lot of towing

9   work.

10   Q.   And, how long have you worked for Carver Marine Towing?

11   A.   I've worked for Carver for the last past year, maybe just a

12   little a bit over a year.

13   Q.   And what vessels have you been assigned to during that time?

14   A.   I've worked mainly on the *Mackenzie Rose*.  I've worked on the

15   *Helen*, the Tug *Helen*; the Tug *Mister Jim*; the Tug *Pike*; and the

16   Tug *Isla*.

17   Q.   Thank you.  What roles have you fulfilled on those vessels

18   while with Carver?

19   A.   Mainly as captain, also I've filled in quite a bit as mate.

20         ███   ████████   Mr. Wisniewski, any questions, general

21   information?

22         MR. WISNIEWSKI:  Sure, yes.

23         BY MR. WISNIEWSKI:

24   Q.   Luke Wisniewski, NTSB.  Mr. Morrissey, just wanted to go

25   through it.  What's the highest license that you have obtained?

1  Do you have 1600 Tonner Masters?

2  A.   Yes, sir, 1600 Ton Masters in the Intercoastals and a Master

3  of Towing.

4  Q.   The Intercoastals.  Okay any --

5  A.   And also a Master of Towing.

6  Q.   Master of Towing.  How long have had those, the 1600 Tonners

7  Masters?

8  A.   I think I'm on my sixth or seventh issue.

9  Q.   You're talking, you've had it for 30 years then, roughly?

10  A.   Yes, roughly, yes.

11  Q.   And the Towing endorsement as well?

12  A.   Yes.  Well, the Towing endorsement is somewhat new in the

13  past 15 years or so.  When I originally started, there was no

14  Towing endorsement.

15  Q.   Okay, got it.  And then as far as the *Mackenzie Rose*, have

16  you served as captain as well?  You're on as the mate, correct?

17  A.   Correct.  I was filling in on my off time on this trip, but

18  I'm really the captain on the other side, on the other hitch.

19  Q.   So you're the other captain's hitch or rotation.  All right.

20  And you said you'd been on several of the different vessels over

21  the past year in employment.  How many trips have you made on

22  board the *Mackenzie Rose*?

23  A.   Well, I've been on the *Mackenzie Rose* since I started.  So

24  over the past years, I've made every other hitch trip and then,

25  also, I've done the extra time on other boats.

8

1   Q.   So those hitches, they are two week?

2   A.   The hitches on the tugs are two weeks; two on, two off.

3   Q.   Two on, two off, okay.

4   A.   But I've worked quite a bit extra.

5   Q.   All right.  You have really close to a year experience

6   onboard the *Mackenzie* not just the time on, time off, right, not

7   just the two weeks on, two weeks off?

8   A.   Right.

9   Q.   So you're saying you've been exclusively on the *Mackenzie*

10  *Rose* even filling in?

11  A.   Not even filling in.  I'm filling in a month.  Sometimes on

12  the *Mackenzie Rose*, most of the times on other boats.

13  Q.   You're filling in on the other vessels, all right, which are

14  similar size and capabilities, correct, to the *Mackenzie Rose*?

15  A.   Some are, some are a little smaller.  This one or two that, a

16  couple maybe just a little bit smaller, a little bit less

17  horsepower.  But most of them are, most of the boats are smaller.

18  Q.   Thank you.  And then just one more as far as the, for the

19  *Mackenzie Rose* side, the 98 feet, 4,500 horsepower-type vessels,

20  how many other vessels of this size of class have you sailed upon

21  in your career?

22  A.   I don't know exactly how many, but I mean, quite a few.  I've

23  sailed on tugs up to 8,000 horsepower and some bigger than this.

24  Q.   I'm just trying to assess your familiarity with this size

25  vessel or larger.  Can you give me an estimate of the number of

9

1  vessels?

2  A.    I mean, I can take a guess.  Most of the boats I've been on

3  have been 3,000 horsepower or more.  The *Mackenzie*'s 45, I

4  believe.  So I would say three quarters of the boats I've been on

5  in my career have been at least that size or bigger.

6        MR. WISNIEWSKI:  Appreciate it.  That's all I have, thank you.

7        MR. MORRISSEY:  Welcome.

8        ███  ███████  Carver, any questions for you?

9        MR. ABEL:  No questions about the captain's background.

10       ███  ███████  Belt Line.

11       MR. CHAPMAN:  Thank you.

12       BY MR. CHAPMAN:

13 Q.    I just wanted to understand a little bit more about the hitch

14 cycle that you mentioned, two on, two off, is that right, Captain?

15 A.    Yes, sir.

16 Q.    And the *Mackenzie Rose* was your normal tug, the one you were

17 typically assigned to, right?

18 A.    That's correct, yes.

19 Q.    I thought I heard you say you were filling in for somebody

20 else, so was this your kind of two-week off period but you were

21 actually working?

22 A.    Yes, it was.

23 Q.    When was the last time you had off from duty with the tug?

24 A.    I think it, five weeks when I -- I worked on the *Mackenzie*

25 for five weeks and then I just got off last week.

1  Q.  Okay. So you stayed with the tug after the incident with the

2  bridge for some period of time before you got off?

3  A.  Yes, I did.

4  Q.  Is it fair to say that you had been on duty with this tug for

5  about a month when --

6  A.  Right.

7  Q.  I'm sorry, did you answer that?  Did you --

8  A.  Yes.  I was on from, that's correct, for five weeks.

9  Q.  And just to be clear, you did not have any days off during

10  that month?

11  A.  No, I did not.

12      MR. CHAPMAN:  Thank you.

13      ███ ████████  Anything further, Belt Line?

14      MR. CHAPMAN:  No, ma'am.

15      ███ ████████  Thank you.  Mr. Gonzalez.

16      MR. GONZALEZ:  No questions, thank you.

17      ███ ████████  All right, thank you.

18      BY ██ ████████

19  Q.  Mr. Morrissey, for this next part, I would like you to just

20  take me through, to the best of your recollection, the events from

21  the time you woke up on the morning of the June 15th, so two

22  Saturdays ago, and provide as much detail as you can of the

23  events.

24  A.  Okay.  Well, I got up, I was working on the mate's watch

25  which is 12 to six; it's 12 p.m. to 6 p.m. and then 12 a.m. to,

11

1    then 00:01 to 6 a.m.  We sailed at, I believe it was 15:00 we

2    sailed -- coastal Precon with the barge, I believe it was a 281.

3    And we got underway, we were sailing, came on duty onto the

4    bridge.  I had no problem.

5        And then as I was sailing, when the river opened up a little

6    bit, then I put it on autopilot.  Do you me to go through the

7    whole, the details of what happened, correct?

8    Q.   Yes, sir, as much detail as you can provide.

9    A.   I was out sailing, when I got, when the river opened up and

10   it cleared up a little bit as far as width, I put the boat on

11   autopilot.  As I was steering on autopilot, when I got close to

12   the bridge in question, not in question, the bridge that we hit, I

13   had lost steering and the autopilot had tripped without an alarm.

14   I didn't realize I lost steering.

15       Started to head over towards the bridge, I started to turn on

16   autopilot, and I was unable to turn it.  I got too close.  I tried

17   to back and it wasn't, it was not turnable.  I was not able to

18   back without touching up on the bridge.

19       After we touched the bridge, I backed down, informed the

20   crew.  We checked out as much as we could as far as visually.

21   When we got underway, we made our phone calls to notify everybody.

22   I ran it slow at the anchorage to wait on final orders.  And

23   that's pretty much what happened.

24       We've had trouble with the autopilot in the past.  Not often,

25   but every once in a while.  And I did not realize that it had

1  tripped at the time, and I was unable to get out of touching the

2  bridge.

3  Q.    Thank you for providing the summary there, sir.  Anything

4  else to add as far as the overall order of events?

5  A.    No.  I don't know what else to say at this point.  I'm

6  terribly sorry that that wasn't, you know --

7  Q.    So you mentioned that the autopilot has had some issues in

8  the past.  Could you elaborate a little bit more on that?

9  A.    We've had issues with the steering on the boat which the

10  company has gone out of its way to correct.  We've had multiple

11  people on there, as far as technicians, correcting, and it seems

12  to be corrected.  And then we have another problem, we correct it,

13  we had another problem and correct it again.

14      Like I said, the company has gone out of its way to correct

15  that.  And we always think that it's fixed and then we have

16  another problem with it.  Then we fix it again and then, they've

17  changed a lot of the components in the steering so it is better

18  than it was before, but we still have the problem every so often.

19  Q.    Do you remember the last time that you had issues prior to

20  June 15th, issues with the autopilot?

21  A.    I don't know off hand.  It would be logged in the log book,

22  but I don't know the exact date.

23  Q.    About how many times in your experience on the *Mackenzie Rose*

24  do you think you had an issue with the autopilot?

25  A.    We've had an issue with autopilot and the steering probably,

13

1  I don't know, maybe six or seven times.

2  Q.    That would be your roughly a year timeframe with the vessel?

3  A.    Yeah, it could be more than, you know, I don't know exactly

4  the number, but it would be logged.

5  Q.    And when any of these technicians came on board, do you

6  remember if you spoke to them about the issues?

7  A.    Yes, I did.

8  Q.    What did you pass to them?

9  A.    I passed to them exactly what happened, and they would check

10  the system out and they would actually redid a lot of the system

11  to correct it.  We still had problems with it every so often.

12  Q.    Do you remember if the bulk of those six times were more

13  recently or earlier on in your employment on the *Mackenzie Rose*?

14  A.    We've had problems with it recently but, you know, with the

15  autopilot going out but not as much as in the beginning, the

16  majority at the beginning of my start at Carver.

17  Q.    And could you walk me through your thought process and what

18  you noticed with the equipment at the time you realized there was

19  an autopilot issue on June 15th?

20  A.    Well, the autopilot had tripped and when it trips, it doesn't

21  always give an alarm, but it did not give an alarm that day.  As

22  far as I was concerned, as far as I knew, I was still on steering

23  with the autopilot.  And as I was turning, she was just, just kept

24  swaying over.  By the time I realized that I was, that it had

25  tripped, I was too close to the bridge.

14

1  Q.   Am I hearing it correctly, so you thought you had switched

2  off the autopilot and thought you were in hand steering?

3  A.   No, I thought I still had, I thought the autopilot was still

4  working correctly.  When I realized it had switched, when I

5  realized it wasn't on, I switched over to hand steering.

6  Q.   And how long before the impact with the bridge did you make

7  that switch?

8  A.   It was short, in a short period of time.  I don't know

9  exactly the time line.  When I realized I was getting too close to

10  the bridge, I switched it over anyway to hand steering.  So I

11  would say within a couple of minutes.

12  Q.   Do you remember roughly what time it was when this was

13  happening?

14  A.   I do not know exactly what time it happened.

15  Q.   As far as being on autopilot, is that typical to use on the

16  *Mackenzie Rose* in a transit?

17  A.   It's typical.  It is typical to use it on most boats and on

18  the *Mackenzie Rose*, it is typical.  I usually don't use autopilot

19  when I'm inland but because the barge was a smaller barge and it

20  was handling really well, I did use autopilot.

21  Q.   Are there any company --

22  A.   What happened --

23  Q.   I'm sorry.  Please go ahead, sir.

24  A.   Sorry.  No, I have used autopilot inland before, but just

25  typically with it being a barge, if the barge doesn't handle well,

1  I would not use it.

2  Q.   Do you remember the size of this barge that you were pushing

3  that day?

4  A.   I believe it was 208, or somewhere around 208.

5  Q.   Are there any company policies that dictate when you can or

6  cannot use autopilot?

7  A.   I have never seen any company policy like that on any company

8  that I've worked for.

9  Q.   So, once you noticed or once you saw the impact with the

10  bridge, could you walk me through in detail what you saw for

11  distances from the main channel there?

12  A.   Once I had the impact with the bridge, the point at the

13  bridge, I was backing full trying to stop the barge.  I thought I

14  had slowed down enough to stop in and point at the bridge, but she

15  did not stop or come.  And so I hit the bridge, I backed down, I

16  turned the barge on hand steering.  That's when it -- I tried to

17  get it around and then, like I said, notified the crew and got to

18  the draw, bridge draw.  And then I notified the company.

19  Q.   What speed do you think you were going before you started

20  backing down?

21  A.   I was at minimal speed.  I don't know exactly what speed I

22  Touched on that, and I would be lying if I told you.  It was

23  minimal, it was almost stopped.  It wouldn't be too much longer

24  before I stopped the barge cleanly.

25  Q.   Okay. How long before the impacts would say you started

1  backing down?

2  A.    I don't know exactly the time line, you know, everything was

3  happening kind of quick after I got close.  But it was a few

4  minutes before I hit the bridge, I would say.  Like I said, I

5  don't know exactly.  It should have been enough time to stop.

6  Q.    You're saying you started backing down a few minutes before

7  hitting the bridge.

8  A.    Well, yeah.  I don't exactly how many minutes it was, but it

9  was, you know, I should of, I thought I had enough time to stop.

10 Q.    What portion of the bridge did the vessel or the barge, make

11 impact with?  Did you hit the fendering system?

12 A.    No, it's not the fendering system, it was the actual bridge.

13 It was inside the fendering system.

14 Q.    After the impact, did you notice any damage to the bridge?

15 A.    We all looked at the bridge, and I did not notice the damage.

16 I could not see it that well.  What I can see when I looked at it

17 was we could not see any visual damage.

18 Q.    Who was the first person to, or who in the crew came up and

19 talked with you after the incident?

20 A.    Everybody came up eventually.  I think the captain and the

21 deckhand were the first two up.

22 Q.    And what about damage to the barge, was there any to it?

23 A.    There was no damage to the barge.  We were able to visually

24 check that when we went out to the anchorage.  I came around with

25 the tug and looked at the barge, you know, we took pictures of the

17

1  barge.

2  Q.    From the center of the channel there, going under the center

3  span, if you had to guess, how many feet off were you from the

4  point of impact?

5  A.    I don't know.  It was not far off of the center of the

6  channel.  I don't know.  In feet, I don't know exactly.  It was

7  not even a barge length, I don't believe.

8  Q.    Did you log the incident in the vessel log book?

9  A.    Yes.

10  Q.    Did you make any of the calls in the aftermath?

11  A.    No, I did not.  I was handling the boat and the other, the

12  captain that was on, he made the calls.  I asked him to please

13  make the call for me.

14  Q.    And did he tell you who he spoke to, or what information was

15  passed?

16  A.    He told me that he called the office, called our office, and

17  they were notifying the Coast Guard.

18  Q.    Did you feel, were you feeling unrested on that watch?  Were

19  you tired, feeling ill, anything like that?

20  A.    Honestly, I was a little bit tired.  I've been on for a long

21  time, but I was okay as far as the --

22  Q.    Are there any distractions on the bridge as far as if you

23  were engaged in the Rose Point system or in Helm at the time of --

24  A.    I don't know, I don't remember exactly.  I was paying

25  attention, if that's what you're asking, but I wasn't engaged in

18

1  anything, I wasn't on the phone, I wasn't on, you know, engaged in

2  a computer.  No.

3  Q.   Was your cell phone on the bridge with you?

4  A.   No, it was not.

5  Q.   And is the number you're calling -- at the, or did somebody

6  take your --

7  A.   Yes.

8  Q.   If you don't want to share this here, please feel free not to

9  answer this, but are you on any prescription medication?

10  A.   I am on prescription medication, but I'd rather not share it,

11  the name of it, you know, openly.  It's not a narcotic, though, if

12  that's what you're asking.

13  Q.   Okay, understood.

14       BY ██ ██████

15  Q.   Mr. Morrissey, this is ██ █████ along side ██ ████████  I have

16  a couple of follow up, if that's all right with you?

17  A.   I'm sorry, I couldn't hear that.

18  Q.   This is ██ █████ I'm along side ██ ███████  I apologize, I'm

19  fighting the remnants of a cold so if you need me to repeat

20  myself, please --

21       With regard to the autopilot, you've talked about that quite

22  a bit, I'm just trying to paint a picture.  You state when the

23  river opened up, do you know exactly how far you were from any

24  problem structures, you know, bridges or something like that, or

25  any facilities you recognized as to when you put the vessel in to

19

1 autopilot?

2 A.    I don't know exactly at what point it was that I did that.

3 It was after, when I came around Money Point and went past

4 Paradise Creek, I believe that's when I did it there.

5 Q.    Okay.  And the autopilot, is it a, like a heading full type,

6 I think might be the right term, or is it a course follow?  How

7 does it operate?

8 A.    It's on a satellite compass, no Gyro on the boat.  It's a

9 Sperry unit.

10 Q.    So, I guess, I'm just going to ask this.  If you put it on

11 autopilot, will it follow a projected track, or will it just

12 maintain the current track?

13 A.    It'll correct itself to whatever heading you have on it.  It

14 will follow up -- go ahead.

15 Q.    Okay.  And just ballpark, I know it's was two weeks ago and

16 you're not exactly sure, but about how far from the incident site,

17 so the Belt Line Railroad Bridge, in terms of minutes were you,

18 before you -- the autopilot?

19 A.    Well, I switched the autopilot off, minutes, I don't know

20 exactly how many minutes.  It was, when I realized that it wasn't

21 working, that it was, that it had tripped, at that point, I don't

22 know at that point exactly how much time that was.  But it was way

23 before I checked that bridge.

24 Q.    Was it before you think, that fixed bridge before it?

25 A.    No, it was after.  It was when I was close to the bridge that

1  we made contact with.

2  Q.   Was when you switched the autopilot off?

3  A.   Correct, yes.

4  Q.   And then was anybody on the bridge with you when you were

5  going through the southbound transit?

6  A.   No, I did not.  Not, you know, they came up and down, but I

7  had nobody up there at the time.

8  Q.   Okay. So is there any, can I say -- or lookout in terms of,

9  to comply with general rules of the road, or did you function as

10  that lookout and the helmsman?

11  A.   There's no dedicated lookout that's on there, you know,

12  that's strictly looking out all the time.  The deckhands are all

13  lookouts in restricted visibility and different areas like that.

14  But not on a clear day and open channel.

15  Q.   If there was to be someone to designate this situation that

16  would require a lookout, who's decision would that be?

17  A.   That would be the captain and the mate's decision.

18  Q.   So you as the mate could make that decision if you felt it

19  warranted it?

20  A.   Yes.  Absolutely, yes.

21  Q.   What was the deckhand, the person on watch I should say,

22  doing at that time, I guess, the events, the 30 minutes leading up

23  to this?

24  A.   I don't know what the deckhand was doing so you're going to

25  have to ask him.  I was in the upper wheelhouse, and he was down

1  below.  He was probably doing maintenance, most likely maintenance

2  on the tug.  There's only one deckhand on watch at a time.

3  Q.  Understood.  I don't know what your visibility was, but is

4  there a reason you used the upper wheelhouse instead of the lower

5  wheelhouse, or is any kind of rhyme or reason for that?

6  A.  Yeah, the barge was loaded, I couldn't see over from the

7  lower wheelhouse.

8  ████  ████  I think that's all I have for now, at least.  I

9  appreciate it.  I'll turn it over to Ms. ████ to see if she has

10  any follow ups.

11  ████  ████  Yes, sir.

12  BY ██  ████

13  Q.  This is ██  ████  ████ again.  When was the last time that

14  someone else was up on the wheelhouse with you prior to the

15  impact?

16  A.  Probably 30 minutes before, they came up to bring me a cup of

17  coffee.

18  Q.  And who was that?

19  A.  The deckhand.

20  Q.  Thank you.  I know you had stated, did you see any damage to

21  the bridge or under -- system as you were maneuvering the vessel

22  after the impact?

23  A.  I'm sorry, I got a bad connection.  I missed the first part

24  of that.  Can you repeat that?

25  Q.  Sure.  Did you see any damage to the bridge after --

22

1  A.    No, I did not.  I did not see it.  I did visually look at it

2  and so did the rest of the crew, the other captain, but we

3  couldn't see, we couldn't tell.

4  Q.    Okay. What did the rest of the day's transit look like?

5  A.    The rest of the day was fine.  Once we got through the draw,

6  we were at, we wait in the waters, we went out to the anchorage

7  and just ran a slow bell.  We weren't sure if we were going to

8  have stop down and wait or continue on.  And that's what we did.

9  Q.    And did you remain on the helm for the rest of your watch?

10 A.    Yes, I did.

11 Q.    And who relieved you after your watch?

12 A.    Captain Chris relieved me on his, when it was time for his

13 watch.

14 Q.    And what time would that have been?

15 A.    That was 5:30, 17:30.

16     ███  ████████   Thank you, sir.  Now I'd like to open this up

17 for Mr. Wisniewski with the NTSB.

18     MR. WISNIEWSKI:  Yes.  Thank you.

19     BY MR. WISNIEWSKI:

20 Q.    This is Luke Wisniewski, NTSB.  Captain, if you could just go

21 through with me real quick, you said with the Simrad system, the

22 autopilot, can you recall what steering pumps were on?

23 A.    There was, Steering Pump 1, I believe was on, and Steering

24 Pump 3.

25 Q.    And this is when you were in autopilot, you were on Steering

23

1  Pumps 1 and 3?

2  A.   I'm sorry, let me rephrase that.  When I was maneuvering on

3  the two pumps, so it was one and three.  When I went on to

4  autopilot, I switched to one pump which was Number 1.

5  Q.   Okay.  So while you were underway and you were in autopilot,

6  you were on Pump Number 2, is that correct?

7  A.   Pump Number 1, I believe.

8  Q.   Oh, you were on Pump Number 1, okay.  And then when, while

9  making this approach to the Belt Line Bridge, you said you

10  switched it from, well, it kicked out so you would have still been

11  in just one pump, is that correct, Pump Number 1?

12  A.   Yes, I would still be on one pump, correct.

13  Q.   Did you turn on the second pump when you switched back to

14  hand steering after the --

15  A.   No, I did not.  There's no switch over on that boat.  Most

16  boats have a switch over, you go from one pump to the other,

17  that's all connected, it's all the same.

18  Q.   Did you turn --

19  A.   So I switched pumps.  I'm sorry.

20  Q.   Oh, go ahead.

21  A.   I'm sorry, sir, go ahead.  Switching pumps doesn't correct

22  the problem on the boat, on that boat.  Where other boats that you

23  switch the pumps, it may correct it.

24  Q.   All right.  Did you start a second steering pump when you

25  were in hand steering after you made contact with the bridge?

24

1   A.   At the time, I don't remember exactly what I did with the

2   pumps.  I don't believe I switched the other one on, no.

3   Q.   So you stayed with just Steering Pump Number 1 online in hand

4   steering?

5   A.   Correct.

6   Q.   All right.  And you indicated that this Simrad autopilot when

7   it tripped, it didn't provide an alarm.  What alarm, would you

8   receive a visual and an audio if the system does alarm?

9   A.   No, I did not receive anything.

10  Q.   Okay.  And in the past when you've had, where it's tripped

11  offline, is it audio or a visual alarm?

12  A.   It has tripped with audio, it has tripped without.

13  Q.   Then on this trip, since you're on acting as the mate, has it

14  tripped off before at any point during your one month on board?

15  A.   It has tripped offshore.  It has done that, yes.

16  Q.   Can you give me an estimate of time of when it tripped off

17  during this one month while you were on board?

18  A.   I don't know exactly what day it was.  It was happening every

19  once and a while.  I don't, I couldn't answer that, sorry.

20  Q.   So sometime within the last month, you're saying it did trip

21  off?

22  A.   Yes.

23  Q.   And where were you at roughly, you said you were offshore?

24  A.   I believe we were offshore.  I don't know exactly what day it

25  was or where it was, but it has tripped off.

25

1  Q.   And you said that would have been entered into the official

2  log book.  Where do you enter those, this error?

3  A.   I don't know if I entered it or not.  I apologize, I'm not

4  sure.

5  Q.   In addition to like if you didn't write it down or you're not

6  sure if you wrote it down, did you notify anyone ashore that it

7  tripped off when you're offshore?

8  A.   We had notified the people offshore.  I'm not sure, quite a

9  few times.  I did tell the other captain.  He's also told me the

10 same thing, you know, when it trips to just let each other know.

11 Q.   Okay.  But you don't know if anything was made ashore the

12 previous time, right, while you were on board?

13 A.   No, I don't.

14 Q.   That no one ashore is notified, it was just a conversation

15 between you and who, the captain, Chris Miller?

16 A.   Yes, the captain, yes.  But they have, well, there was

17 multiple times when we had notified the company.  And like I said,

18 the company was, again, gone out of its way to try and correct it.

19 Q.   From what you were told when they've come out and serviced

20 it, it was corrected or not corrected?

21 A.   No, it was corrected.  According to what the technician said,

22 it was all corrected.  A lot of the wiring was replaced, the pumps

23 were replaced, you know, they took multiple times trying to

24 correct it.

25 Q.   And from what you were aware of, when was the last time that

1  they came out, the technicians were on board to correct, or

2  identify, or troubleshoot this issue?

3  A.    I don't know exactly.  I mean, that would be log also, maybe

4  it was, it was not very long ago, maybe within a couple of months.

5  Q.    Was it your own watch, on your hitch, or your off time?

6  A.    It roughly, I think it was on my hitch a couple of times, and

7  it was on the captain's hitch a few times.

8  Q.    Captain, I'm going to share a picture on my screen.  I don't

9  know if you have the capability.  I just took a picture of the

10 upper wheelhouse, it's Image Number 3.  And it just lays out --

11 A.    I didn't have visual on it.

12 Q.    Oh, you're just on the phone?

13 A.    Correct.

14 Q.    So we're looking at the upper wheelhouse.  You have your

15 computer that shows your navigation, Rose Point, off to your left.

16 You have your autopilot which is the Simrad just below the screen

17 in the lower left-hand corner; it's a little, it has a little

18 tiller on it and screen.

19     So you're saying it would alarm if there was an issue, or if

20 it was identified as an alarm, it would be there?  Or there's also

21 a Simrad that's on the, right on the center line column, right

22 below, it looks like a camera or maybe a VHF radio, and you have a

23 compass there.  There's a display screen there.

24     Is that where you would see an alarm or an indication that it

25 tripped off?`

1  A.   Right, correct, yes.  It was on, I believe it's on the right

2  side, on the starboard side by the window.

3  Q.   Until you took control hand steering, there is a tiller up

4  just center line of the throttles, the throttles are right on the

5  center line of the upper wheelhouse bridge, and you have your

6  hand-controlled steering to the right of that.  And so you say you

7  took control using the, is it --

8  A.   In the non-follow-up.

9  Q.   In the non-follow-up mode?

10 A.   Not the follow-up steering, the non-follow-up.

11 Q.   The non-follow-up, all right, great.  And so you took control

12 of that just prior to contact, right?

13 A.   Yes.

14 Q.   So you switched that just prior to contact and then the

15 throttles, they would have been, I guess, in the full ahead

16 position.  Can you recall what, where you had them clutched in

17 that of main engines, port and starboard?

18 A.   No, that's, I had slowed the boat down quite a bit, you know,

19 it's going to get throttles to that and almost neutral.  Slow

20 ahead is what I was at when I realized that the, I'm sorry, once I

21 realized the autopilot had tripped, I pulled them back to slow

22 ahead and then when I realized I was getting too close, I backed.

23 Q.   When you were in the full ahead position, there's notches on

24 there, do you remember, can you recall what they were at?  What

25 was your full ahead on the throttles?

28

1   A.    Full ahead would be like 750 RPMs on that boat, is what we

2   run at, but I was not at full ahead, I was never at full ahead.   I

3   was probably running 600 through that channel and then, like I

4   said, I slowed it down after I got close and when I realized the

5   autopilot tripped, I switched to hand steering and back.

6   Q.    So both engines, port and starboard engines, were at 600 RPM

7   prior to the trip of the engine, you pulled them back, and you

8   pulled them back to what was the RPM?  You said it was slow ahead,

9   but what was the RPM reading?

10  A.    Probably 450.

11  Q.    And that's RPMs, 450 RPM for slow ahead?

12  A.    Yes, approximately.

13  Q.    Then can you take us through your tiller movement.  What did

14  you, did you go, if you were continuing to turn to forward, can

15  you tell us your action again with the tiller?  What do you do

16  with the hand tiller, hand steering?

17  A.    I went hard to starboard.

18  Q.    Hard starboard, so is that like a 30, 35 degree hard

19  starboard?

20  A.    Correct, yes, 35.

21  Q.    And then as far as hard to starboard 35 before contact, can

22  you estimate a time, I think you said two minutes or a minute

23  before --

24  A.    No.  Before the point of contact, it was longer than that.

25  It was, I don't know, I can't really estimate the time.  At the

29

1  time, I was just thinking about trying to get out of the hazardous

2  situation.

3  Q.    Okay. Yeah, I'm just trying to understand so you went hard to

4  starboard and you took, you went to slow ahead.  I'm just trying

5  to understand the movement without having the thrusts across the

6  rudder propulsion making that turn without either like a backing

7  movement.  So continue on.

8        How did you, so you're turning starboard, I guess you made

9  contact by that point?  When did you put it into neutral or full

10  astern?

11 A.    That was before, that was well before I touched the bridge,

12 you know, I was already trying to turn.

13       The steering on that boat, the rudder on hand steering is so

14 slow that it takes me for, it takes quite a bit of time for it to

15 go from static to hard over.

16       The time line on that and it's eight seconds away on the

17 clutches so the backing can take eight seconds to get back into

18 gear after going into neutral.  So I was already in the process of

19 doing that well before I touched 'cause like I said, I was still

20 moving, I wasn't able to stop or turn in time.

21 Q.    And you were saying this, as far as, you were saying

22 clutching in from forward to reverse is eight seconds?

23 A.    Correct, yes.

24 Q.    And how about swinging of the rudder from hard port to hard

25 starboard, what's that time on one pump?  Do you know off hand?

30

A.    I don't know.  Yeah, because one pump or two pumps or even

three pumps, it's all the same time.  It's slow.  I don't know, I

really can't estimate the actual time it takes to turn from, to go

from center to hard over, but it's longer than any other boat I've

ever been on.

Q.    You believe that you were clutched in or in reverse.  Did you

do like a crash astern over reverse?  Take me through that portion

of it.  You clutched in, it probably took eight seconds, you said.

A.    Right, correct.  Before I hit the bridge, I was already in

reverse.  I had clutched in earlier and then I backed, as soon as

I could back full, I backed full.

Q.    Do you think you had the back full in before you made contact

with the pier, with the bridge?

A.    Yes, I believe so.

Q.    Then I guess the only one right now I have, and I'll pass it

on to the next group that like to speak, as far as, you said you

were relieved by the captain just at regular watch relief time?

A.    Yes, sir.

Q.    And you said that occurred roughly at 5:30?

A.    Approximately 5:30, yes.  He had come up after the incident,

and we had taken some pictures.  We looked at it as closely as we

could.  And he was up when we went out to the anchorage, and we

also took pictures out there, and then we went on a tow wire --

until we got confirmation.

Q.    And then one last one.  Once you went back on watch, you

31

1   relieved the captain at 11:30 that night, on June --

2   A.   Correct, yes.

3   Q.   And then at that point in time, did you ever go back to using

4   the autopilot?

5   A.   I think we did use the autopilot offshore when we were

6   outside, but not inshore at all, anymore.

7   Q.   And that was just a precautionary measure that you took?

8   A.   Absolutely, yes.

9   Q.   So offshore, were you in autopilot for your transit back to

10   the New York Harbor?

11   A.   Yes, we were.

12   Q.   Experience any issues with that?

13   A.   I did not, no.

14       MR. WISNIEWSKI:  Thank you.  That's all the questions I have

15   at this time.

16       MR. MORRISSEY:  Thank you.

17       MR. WISNIEWSKI:  I can stop sharing my --

18       MR. ABEL:  Lieutenant, am I up next?

19       ███ ████████         Yes, sir.  Can anyone hear me?

20       UNIDENTIFIED SPEAKER:  Yes.

21       ███ ████████         It's showing that I'm muted here so I think

22   there's a delay here on my computer.  Yes, please, Carver, go

23   ahead.

24       BY MR. ABEL:

25   Q.   Captain Morrissey, this is Chris Abel.  I represent Carver

1    Marine.  I got a couple of questions for you.

2         Let me follow up on something that Mr. Wisniewski had

3    finished up with in the questions that he had asked.  You said

4    that you used the autopilot offshore for the rest of the voyage,

5    at least during the remainder of the voyage.  Have you used the

6    autopilot since this particular voyage that we've been talking

7    about, the one that involved the allision with the bridge, and

8    then ended up in New York?

9    A.    Yes.

10   Q.    Any problems with it?

11   A.    No, not offshore.  We did not have any problems after that.

12   But that's been a regular occurrence.  We have problems, issues

13   every once in a while, and then it would work fine for a while and

14   then have problems again.

15   Q.    Okay.  And if I understand correctly from what you said

16   before, any time you'd had a problem with it but it got reported,

17   the company would respond, have a technician come out and make

18   sure it was in good working order.  Is that your experience?

19   A.    Yes, it is.

20   Q.    In terms of your experience on the *Mackenzie Rose*, am I

21   correct in understanding that you're pretty much paired up with

22   Captain Miller, Chris Miller, so that, you know, one of you or the

23   other of you will be on watch on your hitches?

24   A.    That's correct, yes.

25   Q.    But the voyages that you make on the *Mackenzie Rose* by and

33

1  large are the ones that Captain Miller is making on the *Mackenzie*

2  *Rose* as well, right?

3  A.    Correct, yes.

4  Q.    On those occasions when you have had a problem with the

5  autopilot when you were on watch, on each of those occasions,

6  would you let Captain Miller know about it?

7  A.    Yes, absolutely.

8  Q.    I assume that the reverse is true that, as far as you know,

9  whenever Captain Miller had a problem with the autopilot, he let

10  you know, right?

11  A.    That's correct also, yes.

12  Q.    It's my understanding that the autopilot effectively was

13  replaced, you talked about a lot of work being done on it, in

14  March of this year.  Does that sound about right?

15  A.    Yes, it does.

16  Q.    And then you were asked earlier about whether there were any

17  problems with the autopilot prior to the voyage that led to the

18  allision, you thought there'd been one about a month before.  Are

19  you sure that there was a problem with the autopilot after March

20  and before the allision on the 15th of June?

21  A.    I am, yes.

22  Q.    Just once, or more than once?

23  A.    I don't know exactly how many times.  At least once or twice

24  for me.

25  Q.    And on each of those occasions, and you might have been asked

34

1  about this before but I want to make sure I'm clear on it, did

2  that get logged in the ship's log?

3  A.    I believe so, at certain points it did.  It did not get

4  logged every time, I believe.

5  Q.    Why not?

6  A.    I don't know.  I can't answer that.

7  Q.    Well, every time it happened when you were on watch, did it

8  logged?

9  A.    No, it did not.  I don't believe I logged it the last time it

10  happened.

11  Q.    And I'll ask again, why not?

12  A.    I can't answer that either at this point.

13  Q.    Okay. I think you had said that the last time it had happened

14  about a month before the allision with the bridge, you were

15  offshore when it failed, is that right?

16  A.    Yes, sir.

17  Q.    Since I think you said earlier, it was about six or seven

18  times that you were aware of that there had been a problem with

19  the autopilot since you were a board the ship, the *Mackenzie Rose*.

20  Any kind of common point in there where, is there a particular

21  speed you're operating at, you know, long runs, short runs, I

22  don't know, there's something that would indicate that oh, yeah,

23  when we have a problem, it's in circumstances like this, or is it

24  entirely unpredictable?

25  A.    It's entirely unpredictable.

35

1   Q.   Okay. I also believe you've been asked earlier, but I want to

2   make sure I remember it correctly, that as far as reporting it to

3   anybody off of the tug, you did not make any reports to anybody

4   off the tug, right, about the autopilot?

5   A.   That's not true.  No, I did make reports.  We had notified

6   the company most of the time that it happened.

7   Q.   That's why I'm asking so thanks for clarifying.  When you

8   say, we, I'm going to make it particular to you, just so we're

9   clear.  Have you on occasion reported to the company when there,

10  if there's a failure of the autopilot?

11  A.   Yes.

12  Q.   Captain, how would you go about doing that?

13  A.   I would call, mainly, I'd either call the port engineer or

14  the port captain and notify them that we had issues with,

15  sometimes dispatch but mainly port captains and the port engineer.

16  Q.   Well, you named three different people and I understand it

17  only failed six or seven times during the time you've been on the

18  boat.  Have you personally called all three of those folks about a

19  failure in the autopilot?

20  A.   I have.  I've personally called everybody and told them.

21  Q.   So, let's walk through then.  You say the port captain, what

22  is his is name?

23  A.   Lenny.

24  Q.   Okay.  How many times do you think you reported it to the

25  port captain?

36

1  A.    I don't know how many times.  Every time, pretty much every

2  time it happened, I called him.  And the port engineer is Chris.

3  Q.    You said dispatch, that's the company dispatch?

4  A.    Yes, sir.

5  Q.    I've asked about Lenny as the port captain.  As far as the

6  port engineer, how many times did you report the autopilot

7  failures to Chris?

8  A.    Multiple times.  I don't exactly offhand how many times.  I

9  can't tell you how many times exactly it tripped, or how many

10 times I called him, but I did notify them.

11 Q.    And as far as dispatch, that would be in addition to talking

12 to Chris and to Lenny?

13 A.    It would usually be after, letting them know that we had an

14 issue, and we'll try to figure out how to fix it or correct it.

15 Q.    For a particular failure, is it, are you saying you would

16 have talked to dispatch and to Chris and to Lenny about that

17 particular failure?

18 A.    Not always all three, sometimes it would be one or the other.

19 Then I would usually dispatch know if we were planning on doing

20 anything or not moving or anything that would delay the boat.

21 Q.    All right.  If we go back to the most recent time before the

22 15th of June when the allision occurred when you were offshore,

23 who did you notify on that occasion?

24 A.    I don't remember who I notified, honestly.

25 Q.    Do you know if notified anybody off the boat about the

1  occasion a month before?

2  A.   I already said that at the time, the trip before that, I did

3  not notify anybody.  But I'd have to say I have notified them

4  multiple times.

5  Q.   Sure.  Have you notified anybody off the boat since the

6  system effectively was replaced in March?

7  A.   Yes.

8  Q.   How far back was that notification made, if we look back from

9  the 15th of June?

10  A.   I don't know.  I can't answer that.  I don't remember the

11  date.

12  Q.   The offshore time you said was about a month before so that

13  would put it, you know, roughly middle of May.  Do you think the

14  time before that would have been in May, in April, best guess?

15  A.   Best guess, yes, but I'm not sure exactly.

16  Q.   Right.  So your best guess is, was it earlier in May or was

17  it all the way back in April?

18  A.   I can't answer that question.  I don't know exactly.

19           ████      Mr. Abel.

20           MR. ABEL:  Yes.

21           ████         I'm going to ask that we move on to something

22  aside from the autopilot here.

23           MR. ABEL:  The Coast Guard's not interested in the autopilot

24  working or not working.

25           ████         Yes, sir, they are.  I think we've established

1  the reporting.  The answer's on this.

2       BY MR. ABEL:

3  Q.  So earlier you've been asked about the company policy on

4  using the autopilot in restricted waters, and your answer,

5  Captain, had been that you had never seen one.  Because I get paid

6  to think like a lawyer, it seems, it sounds like literally seeing

7  it, have you ever been told what the company policy is on using

8  autopilot in restricted waters?

9  A.  No, I am not.

10 Q.  Have you ever asked?

11 A.  No, I have not.  At this point, I think I'd like to have a

12 lawyer representative come and ask questions like this.  I'm

13 sorry.

14      ███  ███████  Mr. Morrissey, this ██  ███████  Can you hear

15 me?

16      MR. MORRISSEY:  Yes, I can hear you.

17      ███  ███████  You are absolutely welcome to have

18 representation.  But if we move on to different questions

19 regarding the incident, would you feel comfortable continuing

20 questioning here?

21      MR. MORRISSEY:  Yes possibly.

22      ███  ███████  We can fully -- is there anything --

23      MR. MORRISSEY:  I'd like to cooperate without a lawyer, but I

24 don't want to be in -- either.

25      ███  ███████  I fully understand you, sir.  You do not need to

39

1   answer any questions.  This is an administrative investigation

2   right now.  We will move onto different questions.  And please let

3   me know if you're uncomfortable answering questions.

4        MR. MORRISSEY:  Okay.

5        ▆▆   ▆▆▆▆▆▆    Mr. Abel, do you have any other questions?

6        MR. ABEL:  I do and, obviously, I can't, if at any point you

7   feel uncomfortable, don't want to answer them, just say so.

8        Let me shift gears a little bit here.

9        BY MR ABEL:

10  Q.   On this particular transit, you started at Precon.  How many

11  bridges did you have to transit through or under before you got to

12  the Norfolk and Portsmouth Belt Line Bridge on this occasion?

13  A.   I believe it's one, I believe it's four bridges

14  approximately.

15  Q.   Okay. The Norfolk and Portsmouth Belt Line Bridge would have

16  been the fourth of those four, the last of the four?

17  A.   Yeah.  I don't know.  I'd have to think back exactly how many

18  bridges there were, but I believe it's four.

19  Q.   If I understand correctly, you tell me if I got this right,

20  you were hand steering through the previous three but had shifted

21  to autopilot, I think you said around Money Point or Paradise

22  Creek before you got to the Norfolk and Portsmouth Belt Line

23  Bridge, correct?

24  A.   Yeah, that was two bridges I transited before I went on the

25  autopilot.

40

1   Q.    Then there would have been one that you went through on

2   autopilot before you got the Norfolk and Portsmouth Belt Line

3   Bridge, correct?

4   A.    Correct, yeah.

5   Q.    I assume that in terms of transiting under the Norfolk and

6   Portsmouth Belt Line Bridge, you basically want to be in the

7   middle of the channel, equal distance apart from the fenders on

8   either side as far as how you make your transit under the bridge?

9   A.    Yes, you want to go through the draw.  Depending on the

10  traffic in the area, you may not be in center line approaching it,

11  but, yes.

12  Q.    Help me visualize it.  On bad days, you're approaching the

13  Norfolk and Portsmouth Belt Line Bridge, or lining up to transit

14  under the bridge, was there traffic that would cause you to have

15  to be over to one side or the other of the channel?

16  A.    There was.  There was quite a few pleasure boats at that

17  point.

18  Q.    Was it your plan to transit the bridge being on the starboard

19  side of the center line that you would be closer to the fender on

20  the starboard side going through?

21  A.    Right.  I was on the portside of the channel when I was

22  approaching the bridge and then I was going to turn towards the

23  starboard to go through the draw.

24  Q.    And maybe I'm not doing a good job of describing this and

25  that's on me, I apologize.

41

1      Ordinarily if there's no traffic, you'd want to go equal

2  distance between the fenders for the bridge if no other vessels

3  are out there, right?

4  A.   What you want to, you want to equal distance every time.  You

5  don't want to pass anybody inside the bridge so you want to be in

6  the middle especially going through the draw, yes.

7  Q.   All right.  I just want to make sure I'm clear, it sounded

8  like you said because there was a lot of traffic on this occasion,

9  you didn't want to be right in the middle of the center line of

10 the draw.

11     Had you wanted to be to the left of the center line or the

12 right of the center line as you were approaching the draw?

13 A.   I wanted to be in the middle, but I was off to the portside

14 of the draw until I was able to turn into the draw.  But as I was

15 going to portside draw, I want to be in the middle of the draw.

16     My fault, maybe I'm not explaining correctly.  I was off to

17 the port of the channel.  I was in the channel but off to the

18 portside of the channel to avoid the smaller, the pleasure craft

19 that was in the area.  And then I, but as I was approaching the

20 bridge, I was going to turn to starboard to go through the draw,

21 the center of the draw.

22 Q.   Got it.  We're talking about the draw 'cause this is a lift

23 bridge, right?

24 A.   I believe so.

25 Q.   What was, the bridge lifted?  Was it in the up position as

1  you were approaching it?

2  A.   Yeah, the bridge was open, it was wide open, we were going --

3  Q.   And that leads me to my next question which is so as part of

4  the approach to the bridge, you didn't have to contact the tender

5  or anybody else as far as having the bridge open for you to get

6  through?

7  A.   Correct, yes.

8  Q.   In fact, during the transit, and when I say the transit, from

9  Precon as you were heading up the southern branch of the Elizabeth

10  River, had you had to contact any bridge tenders or anybody in

11  connection with getting through the bridges?

12  A.   Yes, I did.  At Bridge Number 7, which is a railroad bridge,

13  that was the first one, and then Gilmerton Bridge is the second

14  bridge.  I had contact with both of those.

15  Q.   No problem contacting the tenders in each of those cases?

16  A.   No, no problem.  I had to wait on the bridge, but there was

17  no problem contacting them.

18  Q.   And because the Norfolk and Portsmouth Belt Line Bridge was

19  in an open position already, there was no need to contact anybody

20  for you to make that transit, right?

21  A.   Correct, yes.

22  Q.   You had earlier said that you knew that the autopilot, or at

23  least came to realize that the autopilot had tripped, I think was

24  the way described it, how did you know that the autopilot had

25  tripped?

43

A.    Because I was turning the knob and the boat wasn't turning.
And when I looked at the rudder, the rudder was still in the same
position.

Q.    So the rudder angle indicator is not moving even though
you're trying to steer by hand, is that right?

A.    Well, it did after I switched over to hand.  But as I was
turning in the autopilot, it did not turn.

Q.    Got it.  And I believe you said earlier when you had that
realization, that you first realized that hey, the autopilot isn't
working properly, you're not sure how far you were away from the
bridge, could you estimate in terms of, I don't know, barge
lengths or anything like that?

A.    Maybe two barge lengths.

Q.    So up until that point, everything was lined up fine as far
as you going through the center line under there.  And then about
two barge lengths away, you realized that you don't have the
control that you thought you would have with the autopilot, right?

A.    Somewhat, I mean, I was off to the portside of the channel
coming down towards the bridge when I was on autopilot.  And then
I was, like I said, when I turned it into the draw so I would have
had to come to starboard to go to the center line.

Q.    At that point, I'm just trying to understand, is it a case of
the head is falling off to the left and you're trying to correct,
or you want it to come to the right so you can get lined up the
way you want to go through the draw and it's just not coming to

1  the right?

2  A.   Yeah, that's pretty close, yes.

3  Q.   So it's not a case of the rudder is over to the left and

4  you're now making a left turn you don't want to make, it's you

5  can't make a right turn, you can't turn, you know, adjust to the

6  right the way you want to and that's when you realize you had a

7  problem with the autopilot, correct?

8  A.   Yeah, that's correct.

9  ███████████      Mr. Abel, I'm going to jump in here real quick.

10 Mr. Morrissey, we've been going for a little over an hour now, do

11 you need a break and reconvene in a few minutes, if you need to

12 get water, anything like that?

13      MR. MORRISSEY:  That's okay.  I'm all right if you want to --

14 ███████████      Thank you, sir.  If you'd like a break, just

15 please let me know.

16      MR. MORRISSEY:  Thank you.

17      BY MR. ABEL:

18 Q.   You're now approaching the bridge a couple of barge lengths

19 away, it's not coming to the right the way you want it to, or

20 certainly the thought you could control it with the autopilot, is

21 it at that point when you're about two barge lengths away when you

22 realize I can't get it to turn right, that you start backing down,

23 or do you shift to the hand mode before you start backing down?

24 A.   I shifted to hand mode before I started backing.

25 Q.   Okay.  When you shifted to hand mode, did the rudder respond?

1  A.   Yes, it responded but it's very slow so it, you're not making

2  a quick enough turn to turn out of the problem.

3  Q.   From the time you shifted to hand mode until you started

4  backing down, best estimate as to how long that was?

5  A.   I don't know exactly.  Like I said, it was a few minutes.

6  Q.   People are notoriously bad with time and distance; I'm not

7  picking on you.  A few minutes can be pretty long.  Minutes,

8  seconds, I just want to be clear as to, you know, you don't get

9  the head coming right the way you want it to, you shift to hand,

10 but it's going to be slow.  Is it minutes that you wait before you

11 start backing down, or is it a matter of seconds?

12 A.   No, it's a matter of seconds before I start backing down, but

13 it takes time to get it into reverse into, you know, going astern.

14 Eight seconds from the head just to get it, I got to back to

15 clutch, lay the clutch in, and then go eight seconds to back,

16 started backing.

17 Q.   Sure.  But from when you shifted to hand mode until now,

18 you're starting to back down, a matter of seconds, is that

19 accurate, sir?

20 A.   Yeah, correct.

21 Q.   As far as where, I'm just trying to get the visual image of

22 this, in terms of the impact with the bridge structure itself, you

23 hit the bridge inside of the fender, correct?

24 A.   Correct, yes.

25 Q.   Is it as you're looking at the bridge, as you were

46

1  approaching the bridge, did you hit the bridge inside of the

2  fender to the port or the fender to the starboard of the *Mackenzie*

3  *Rose*?

4  A.   Well, it was coming, outbound, it was on the portside of the

5  channel.

6  Q.   You had the fender on the portside and then you actually

7  impacted the bridge to the left of the fender there inside of the

8  fender system, right?

9  A.   Correct, yes.

10  Q.   In all the time that we've been talking about from what you

11  realized, you wanted to turn to the right but it wasn't turning

12  right so then you shifted to hand, did the head of the barge ever

13  come to the right?

14  A.   It did somewhat but not very much at the time before I made

15  contact.

16  Q.   We talked about speed a little earlier.  If I, I was going to

17  ask what speed you were making coming out of Precon, but it sounds

18  like you had to wait to transit some of the bridges coming up the

19  channel, right?

20  A.   Yes, that's correct.

21  Q.   Once you came through the last bridge prior to the Norfolk

22  and Portsmouth Belt Line Bridge, do you know about what speed you

23  were making after you cleared that last bridge before this one?

24  A.   I don't know off hand.  That would be, it would be easier to

25  check on that if you would on the Rose Point.  I don't know what

1  speed it was, sir.  I would say it was about five knots maybe.

2  Q.    As far as, if it's easier to remember, I don't know that it

3  would be, you got engine turns, you know, what kind of turns you

4  had her set for, for that last leg as you were coming out of the

5  last bridge approaching the Norfolk and Portsmouth Bridge.

6  A.    I think I was on, kind of a slow bell.  I don't know exactly

7  what RPMs.  But I think I said earlier it was like 600 to the rev,

8  600 or so, maybe a little slower.

9  Q.    Around that on both shafts, obviously, right?

10  A.    Correct, yes.

11  Q.    Okay.  We talked about turning right, left, you know, what

12  the autopilot was doing for you, prior to backing down when we

13  talked about after you'd shifted to the hand steering, had you

14  adjusted the speed at all prior to that?

15  A.    Yes, I had.  I had slowed down.

16  Q.    From the five knots, more or less, that you were doing coming

17  after the last bridge, do you now about what you had slowed down

18  to?

19  A.    I don't know.  I was a little bit above clutch, I believe.  I

20  don't know the RPMs.

21  Q.    I'm sorry?

22  A.    I was a little bit above clutch speed, but I don't know what

23  the RPMs were exactly.

24  Q.    Got it.  A little above clutch speed.  Once again if it helps

25  with barge lengths as an estimate, how far away from the Belt Line

48

1  Bridge when you dropped down to clutch speed?

2  A.    I don't remember exactly.

3      MR. ABEL:  I think that's all the questions I have at this

4  time.  I appreciate your patience and you're walking me through

5  it, Captain.  I'll shut up and let somebody else have an

6  opportunity to ask you some questions.

7      MR. MORRISSEY:  Thank you.

8      ███ ██████    Thanks, Mr. Abel.  Over to the Belt Line.

9      MR. CHAPMAN: I would like a -- can you hear me okay?

10     ███ ██████    Yes, one second, sir --

11     MR. CHAPMAN:  You were asked earlier about taking a break.  I

12  would like to take a break for five minutes before we, give

13  everybody a chance to recharge their --

14     ███ ██████    Mr. Morrissey, is that okay with you, sir?

15  Mr. Morrissey?

16     MR. MORRISSEY:  Yes, that's fine.

17     ███ ██████    Great.  Just wanted to certify that with you.

18  And also when we come back, I don't if you all are having some lag

19  issues as well, but we'll be switching off our camera.  I'm going

20  to ask if anyone who isn't talking shuts off their camera as well

21  just for bandwidth standing.

22     UNIDENTIFIED SPEAKER:  Got it.

23     ███ ██████    Let's take a, is five minutes enough for you,

24  Belt Line side?

25     MR. CHAPMAN:  Yes, thank you.

49

1       ████  ████████      Yeah, 11:35 then.  I'm not going to, well, I

2  will just for the record say that it is currently 11:29.  I will

3  not be stopping the recording of the transcription just for

4  reference awareness just be pausing it here.

5       MR. MORRISSEY:  Thank you.

6       (Off the record)

7       (On the record)

8       MR. WISNIEWSKI:  I am, yes.

9       ████  ████████      And Carver, are you and your -- back?  What

10  about Belt Line?

11       MR. GONZALEZ:  I'm here.  Richard Gonzalez.

12       ████  ████████      Is all -- at the beginning of the recording.

13       MR. CHAPMAN:  Just so I'm clear, everybody is here and we're

14  okay to proceed, or are we waiting for somebody?

15       ████  ████████      Based on roll call, it sounds like everyone is

16  back so you may proceed.

17       BY MR. CHAPMAN:

18  Q.  Hi Captain. My name is James Chapman, and I represent the

19  Belt Line Bridge Company.

20  A.  Yes, sir.

21  Q.  I just, I want to be clear about this autopilot.  You said

22  that it had some type of an alarm on it.  Was it an audible alarm,

23  or just a visual alarm to tell you that it was, that it tripped

24  off, it was --

25  A.  Audible alarm.

50

Q.    Visual?

A.    Audible, sir.

Q.    Audible.  And what kind of sound does it make?

A.    It makes a beeping sound, like a, I don't know how to describe the beep, but it's a loud beeping sound.

Q.    Does it only sound in the wheelhouse, or can you hear it in other places on the tug?

A.    Just in the wheelhouse.

Q.    Just to be clear, there's no visual alarm, there's no light that comes on or something flashing at you, it's just an audible alarm?

A.    Correct, yes.

Q.    Does the alarm go off as a signal that the autopilot is no longer working, or is not functioning in some way, is that what it's telling you?

A.    Yes, it does.

Q.    Is there a reset button, something you can press to like --

A.    Yes, there is.  There is a reset.

Q.    When you realized that the autopilot was not, it apparently had tripped as you said without getting you that alarm, did you do anything to press the reset button or otherwise try to reengage it?

A.    At that point, I did not because I was too close to the bridge.  I went immediately to hand steering.

Q.    I think in response to some questions by Mr. Abel, you said

1   that you were about two barge lengths from the bridge when you

2   switched it to hand steering, is that right?

3   A.    That's approximate, yes, approximately.

4   Q.    Okay.  So when you say that, if we assume that the barge, as

5   you said earlier, is about 200 hundred feet long, that would have

6   been approximately 400 feet away from the bridge?

7   A.    Somewhat, maybe a little bit more.  I'm not -- with this.

8   Q.    When you are estimating that, are you saying that that is

9   your estimate from the bow of the barge to the bridge or from your

10  vantage point in the wheelhouse?

11  A.    I would say probably from the bow of barge.

12  Q.    I just want to confirm.  I think you said that you turned the

13  autopilot on near the Gilmerton Bridge, is that correct?

14  A.    It was after the, at Paradise Creek, I think Bridge Number 5,

15  I believe that's, I know -- seven and the Gilmerton.  The next

16  bridge right at Paradise Creek, right after that bridge is when I

17  turned the autopilot on.

18  Q.    And is that bridge a railroad bridge?

19  A.    It is, yes.

20  Q.    Was it in an up or down position at the time you arrived at

21  it?

22  A.    It was in the up position.

23  Q.    I'm sorry, I missed that.  Can you say that again?

24  A.    It was up, the bridge was up.

25  Q.    You were able to go right through it without dealing with a

52

1  course change or speed?

2  A.    Correct, yes.

3  Q.    It was right after that bridge that you put the autopilot on?

4  A.    Yes, right after Paradise Creek.

5  Q.    Does the autopilot have any sort of setting that you put it

6  on?

7  A.    It does have settings.  We usually leave it on the same

8  setting unless the weather's rough, like offshore.

9  Q.    When you say you usually leave it on the same setting, are

10 you telling us that you left it on the same setting, or the usual

11 setting?

12 A.    Yeah, it was on whatever setting it was on, it was the

13 setting that it was on.  I never changed the settings.

14 Q.    Okay. And when you have it on that setting, does it sort of

15 tell the tug where to go, just stay in the channel, or you --

16 course?

17 A.     You have to steer a course.  It doesn't tell itself where to

18 go.

19 Q.    You still have to exercise some control of the autopilot

20 while it's functioning?

21 A.    Correct, yes.

22 Q.    How many times did you do that after turning on the autopilot

23 or engaging the autopilot?

24 A.    About, pretty much the whole time I was steering, you know,

25 here and there, adjusting it, adjusting the rudder.  It's not

53

1  like, I don't know -- me to explain it.  It's not like well, sure,

2  you put it on one setting and you're steering a course of -- and

3  you're staying on the course for a long time.  When you're

4  steering in a channel, you're turning it back and forth

5  constantly.

6  Q.    You're using that toggle on the autopilot to do that?

7  A.    Using the dial, the dial on the autopilot.

8  Q.    What is necessary, what action do you have to take to

9  disengage the autopilot?

10 A.    There's a button you have to hit, and you have to, there's

11 two buttons you have to hit to disengage it.

12 Q.    Do you have to hit them simultaneously or just in sequence?

13 A.    In a sequence.

14 Q.    I've heard you say something about technicians coming out and

15 redoing a lot, I think those were your words, redid a lot related

16 to the autopilot system.  What is your understanding of what they

17 did the last time you know that they worked on?

18 A.    Well, they replaced the autopilot system.  There was an old

19 system in it before that we had multiple problems with.  They took

20 that out, put a new system in.

21 Q.    Did they do any work on the steering pumps?

22 A.    They did, yes.

23 Q.    Was it the same company or a different company, if you know?

24 A.    It was actually multiple companies that came.  Mainly the

25 same ones.  I believe it's GMT out of New Jersey.

54

1   Q.   And they're the company that worked on the autopilot?

2   A.   Well, it was two different companies that came depending on

3   what port we were in, but they were the main company that did most

4   of the work.  I believe they're the ones that put the actual new

5   autopilot in.

6   Q.    Did they, to your knowledge, also work on the steering

7   pumps?

8   A.   They did.  To my knowledge, they also did that.

9   Q.   Okay.  And even after they had done that work, you still

10  experienced problems with the autopilot system?

11  A.   Correct.

12  Q.   You said earlier that you turned on the autopilot because you

13  thought this barge was handling well.  Can you kind of describe

14  what you mean by that?

15  A.   The barge was, so that boat, that barge, was not a big barge,

16  it was kind of a small barge.  Sometimes on, a loaded barge on

17  autopilot sometimes won't hold, the autopilot's not strong enough

18  to hold it.  That barge was fine and well on autopilot loaded.

19  Q.   That barge had some cargo on it, right?

20  A.   Correct, yes.

21  Q.   And could you tell from the way it was loaded what the drafts

22  were on the barge when you came to pick it up?

23  A.   I would have to check the log.  I don't remember exactly what

24  the draft was.  It was minimal though.  I don't think she was

25  running more than seven feet, six feet, maybe.

1  Q.  That would have been recorded in your ship's log?

2  A.  Yes.

3  Q.  Were you, you were obviously made up in pushing gear, had you

4  supervised the setting up the tug and barge for that push mode?

5  A.  Yes, I did.

6  Q.  About what time did you get underway from the dock with the

7  barge?

8  A.  I think it, I think I said 15:00 was the time.

9  Q.  After this happened, you said that the captain was the one

10  who handled the, calling the office.  Did he tell you who he spoke

11  with at the office?

12  A.  I believe he spoke with Lenny, the port captain.  I'm not

13  sure who else.

14  Q.  Were you with him or in his presence when he was having a

15  conversation with Lenny or whoever it was at the office?

16  A.  I was not.  I was down, I was still handling the boat.

17  Q.  Did you observe anybody take any pictures of the bridge while

18  you were still in the vicinity of it?

19  A.  Yes.  Captain Chris took pictures of it.

20  Q.  Did he ever share those with you?

21  A.  Yes.

22  Q.  Did he text them to you, or how did you get them?

23  A.  He showed me on the phone.  He took them with the boat phone.

24  Q.  How many pictures do you recall that he took?

25  A.  I don't know.  Of the bridge itself, there wasn't too many

56

1  because we were out of position to take a really good picture of

2  it, you know, when he did take that.  The barge, he took quite a

3  few.

4  Q.   Was it more than one picture of the bridge?

5  A.   I believe so.  I can't remember how many exactly though.

6  Q.   Did you ever make any effort with the tug to get back closer

7  to the bridge to take any better pictures?

8  A.   Not with the tug, not the barge in front of us, no.

9  Q.   Did the captain tell you that he made any effort to contact

10  the bridge or the bridge owners and operators?

11  A.   No.

12  Q.   Did you ask him why not?

13  A.   I did not.

14  Q.   Did you try to reach anybody on the radio after this

15  incident?

16  A.   No, there was no need to reach anybody on the radio.  I

17  don't, you know, unless -- the only people we called were the

18  office to notify the Coast Guard and then go from there.

19  Q.   When you say the only people you called were the office to

20  notify the Coast Guard, was it your understanding that somebody in

21  the office was going to notify the Coast Guard.

22  A.   Yes.

23  Q.   Is that what the captain told you?

24  A.   Yes.

25  Q.   How long was it before you found out that you were free to go

1  or free to leave port?

2  A.    Like I said before, when we, after the incident, we came to

3  that bridge, we were operating on slow bell at the anchorage then

4  we waited at the, until we towed the bell so we were cleared to

5  leave.  I --

6  Q.    And did you talk -- I apologize, I cut you off.  I didn't

7  mean to.

8  A.    No, that's okay. I'm good, thank you.

9  Q.    Okay.  Did you talk to anybody at the office that informed

10  you that it was okay to go?

11  A.    No, I did not.  The only person I talked to was the other

12  captain who said the office had called and said we were good to

13  go.

14  Q.    Were you still on watch when that call came that it was okay

15  to go?

16  A.    Yes.  Yeah, I had thought that we would be tied up somewhere

17  and, you know, and get stuck doing everything.

18  Q.    You mentioned earlier that you, I think in response to one of

19  the Coast Guard Investigators, were a little bit tired but you

20  were okay.  Can you tell us what you mean by being a little bit

21  tired?

22  A.    Well, I'm 61 and I'm getting old so I'm tired a lot.  I mean,

23  not tired like --

24  Q.    So are you saying it's just for, age related?

25  A.    Yeah, I think so.

58

1 Q.   I don't want to dive into whatever your medical situation is,

2 but with respect to the fact that you're on prescription

3 medication, the only thing I really want to know is whatever you

4 were talking about, were you taking that medication at the time of

5 this incident?

6 A.   Well, I take, I have to medication every day.  I have an

7 immune deficiency so my immune system is not functioning

8 correctly.  So that's what I'm on the medication for.

9 Q.   Okay.  Thank you for sharing that.

10     You said that when you switched over to hand steering that

11 there was, I think I got this right, no switch over to another one

12 of the steering pumps so you stayed on the same pump which you

13 thought was Pump Number 1, do you recall that?

14 A.   Yes, correct.

15 Q.   At any time after that, did you switch pumps?

16 A.   I believe I added the second pump, putting the second pump

17 and trying to make the steering a little faster, but it did not

18 correct it.

19 Q.   At what point did you turn on the second pump or bring it up?

20 A.   I don't know, I was a little shook up after all that

21 happened.  I don't know exactly what point it was.

22 Q.   It was after hitting the bridge?

23 A.   Yes, correct.

24 Q.   I think you said that you had gotten coffee, I think the

25 deckhand had brought you coffee about 30 minutes before the

1  incident, do you recall that?

2  A.    Yes, I recall that.

3  Q.    Were you already on autopilot at that point, or were you

4  still on hand steering?

5  A.    I was on autopilot at that point.

6  Q.    So the deckhand brought you a cup of coffee into the

7  wheelhouse, correct?

8  A.    Correct, yes.

9  Q.    At any time after that while the vessel was on autopilot, did

10  you leave the wheelhouse?

11  A.    No, I did not.

12  Q.    So you remained in the wheelhouse at least from the time you

13  put it on autopilot, is that right?

14  A.    I was in the wheelhouse the whole time, from the time I left

15  the dock until the time we hit the --

16  Q.    And between the time that the deckhand brought you coffee and

17  the incident, did anybody else come into the wheelhouse with you?

18  A.    I believe the engineer came up there for a minute.  And I

19  don't know of anybody else that came up.

20  Q.    Did he come up, as you say, for a minute before hitting the

21  bridge or after?

22  A.    Before and after.  After, everybody came up.

23  Q.    Okay.  So there were four other crew members.  Did all four

24  of them come into the wheelhouse at the same time after the

25  incident?

60

1  A.    Not at the same time, but they all came up.

2  Q.    What you're telling us is that from the time you put it on

3  autopilot, the only people that came into the wheelhouse were,

4  first, the deckhand to bring you a cup of coffee and then second,

5  you believe the engineer came into the wheelhouse?

6  A.    Well, it might have been, yeah, the engineer might have came

7  up first just to check on everything and then the deckhand.

8  Q.    I just want to clarify, I wasn't quite finished with the

9  question.

10       Those two individuals came into the wheelhouse while the

11  vessel was on autopilot, but before the flotilla hit the bridge,

12  is that right?

13  A.    Correct, yes.

14  Q.    And what did the engineer want?

15  A.    He just came up to say hello and just talk for a minute then

16  he went back down.

17  Q.    So it wasn't like some official business or something related

18  to his role as the engineer on the tug?

19  A.    No.  I have the crew check on me every hour, at least every

20  hour, just to make sure everything's okay.

21  Q.    Is that a company practice or company policy?

22  A.    That's a, like a, mostly every company, every boat does that

23  or they try to.  They always want to keep, you know, make sure the

24  captain or the mate is okay, he's not sleeping, having a problem,

25  has to go to the bathroom, needs coffee, whatever the issue is.

61

1    Q.    Is there an intercom system on that tug?

2    A.    There's no intercom, we use the radio on a certain channel.

3    Q.    If somebody's remote from the wheelhouse on the tug, they

4    could use the ship's radio to speak with you?

5    A.    Correct.  They can talk to me or I can talk to them any time

6    during the watch.

7    Q.    You were running as the relief mate during this hitch, if I

8    understood you, what you said right there, is that right?

9    A.    Yes, that's correct.

10   Q.    On the, I'll call it, the other hitch, we know that

11   Captain Miller is the captain of the tug during this two-week

12   cycle.  Who's the captain during the other two-week cycle?

13   A.    That's me, I would be the captain.

14   Q.    Oh, you would?  Okay.  So you would be the captain of the tug

15   at the other times?

16   A.    Correct.

17   Q.    Gotcha.  Captain Miller told us that he was hired around the

18   beginning of this year.  Who was the tug captain before him, if

19   you recall?

20   A.    The tug captain before him was Jeff Keeting.

21   Q.    Can you spell that for us?

22   A.    J, Jeff, Jeffrey.  Keeting, K-e-e-t-i-n-g.

23   Q.    Thank you.  Is he still with the company?

24   A.    Yes, he is.  He's the captain of the Tug *Helen*, I believe

25   he's at.

62

1  Q.   And have you ever run as the captain or the mate on any other

2  of the tugs operated by Carver Marine?

3  A.   Yes, I have.

4  Q.   On any of those tugs, did you experience problems with the

5  autopilot system in the same way that you've experienced on the

6  *Mackenzie Rose*?

7  A.   No, I have never.  I've never experienced that problem with

8  any other tug, the same problems.

9       MR. CHAPMAN:  Thank you, Captain.  I don't have any further

10  questions at this time.

11      MR. MORRISSEY:  Thank you.

12      █   ████████   Mr. Gonzalez, do you have anything?

13      MR. GONZALEZ:  Yes.

14      BY MR. GONZALEZ:

15  Q.   This is Richard Gonzalez.  For my clarification, was the tug

16  proceeding southbound or northbound when it came in contact with

17  the bridge?

18  A.   It was northbound, it was outbound.

19  Q.   I'm sorry, southbound?

20  A.   No, we were northbound as we were outbound in the --

21  Q.   All right, you were northbound.  And from the last bridge

22  prior to the one that came into contact of it, so at that transit,

23  had there anything, any weather conditions that could have had

24  affected the autopilot?

25  A.   No, there was no, the weather was clear.

63

1  Q.   And the prior instances in which you mentioned that you've

2  had, that there were issues with the autopilot of it, was the

3  weather condition clear or was it, or do you consider they were

4  affected by the weather?

5  A.   Well, it's been both, on clear days and with weather

6  conditions.  I don't know if the weather had any effect on it, but

7  we've had both types of weather.

8  Q.   What is your understanding of the company's policy regarding

9  post-casualty notifications?  What is a captain to do after your

10 experience a casualty?

11 A.   Right away notify the company and then, you know, go from

12 there, whatever we're told to do.

13 Q.   Okay. When you say notify the company, that's notify the

14 dispatch or the port captain?

15 A.   Port captain or dispatch --

16 Q.   Did at any time were you communicated that the crew needed to

17 conduct any drug and alcohol tests?

18 A.   No, I was not, no.  I was expecting to, but I did not.

19 Q.   You mentioned that after the casualty, you were shook up.

20 Prior to the casualty when you experienced that the autopilot had

21 tripped, did that cause any reaction on you?  Were you shook up

22 when that took place, or what do you do?

23 A.   No, I was fine.  I was trying to get out of the situation.

24 And so I hit it, you know, of course I was upset.

25       MR. GONZALEZ:  Thank you.  No further questions.

64

1      ████  ██████    This is ██  ██████    Can anyone hear me?

2      MR. GONZALEZ:  Yes.

3      MR. CHAPMAN:  We got you.

4      ██  ██████    There's a lag on my end, thank you.  I will go

5  back over to the NTSB at this time.

6      MR. WISNIEWSKI:  Thank you.

7      BY MR. WISNIEWSKI:

8  Q.   Luke Wisniewski, NTSB again.  Captain, I just wanted to

9  follow up on, you indicated that when you went to hand steering,

10 is there a rudder indicator, or what position was the rudder at

11 the time when you transferred over from the autopilot to hand

12 steering?

13 A.   It was almost centered.

14 Q.   Okay, so the rudder was center line?

15 A.   Correct, yeah.  The autopilot was drifting to port, but it

16 was just off to port a little bit, I'm not, closer to center.

17 Q.   Thank you for that.  And then you're saying it's drifting to

18 port, was there a rata of turn indicator?

19 A.   No, there's no rate of turn indicator on the vessel.

20 Q.   I'm just trying to understand how much you were drifting to

21 port so the vessel, you say the rudders were midship?

22 A.   Yes.

23 Q.   Go ahead, sir.

24 A.   The vessel was already, I'm sorry, it was already over to

25 port.  I was on the portside of the channel, like I said earlier.

65

1    And I was going to turn to starboard to get to the draw.  The

2    autopilot tripped.  I was kind of drifting over that way when it

3    was tripped without realizing it.  That's where it was at.

4    Q.    Okay. Thank you.  And then the current in the Elizaeth River

5    at the time, do you recall, were you experiencing the flood

6    condition, or what was the current in the river at the time?

7    A.    I believe it was -- but I'm not, I can't be exactly sure at

8    this time.  I don't remember exactly what --

9    Q.    But not a whole lot of current pushing against you, is what

10   I'm trying to evaluate.

11   A.    No.  Right.

12   Q.    And then you talked about the notifications that are made.

13   But, for the Belt Line Bridge, do you have a number for the Belt

14   Line Bridge in the upper wheelhouse?

15   A.    I do not, no.

16   Q.    So if it was closed, how would you notify the bridge, VHF?

17   A.    VHF, yes.

18   Q.    There was no VHF notification either to the bridge, right, by

19   yourself to the Belt --

20   A.    No, the bridge was open so, yeah, I did not notify.

21   Q.    Yeah, even after contact with the bridge, right, you didn't

22   notify the bridge operator VHF?

23   A.    No, I did not.

24   Q.    And would that be on Channel 13, or how would do that if you

25   were to --

66

1  A.   Yeah, I would have did it on 13, or 16 I would try, actually,

2  you can get them 13.

3  Q.   And then continue with the VHF radio.  You had some outbound

4  traffic behind you as well, did you make any notifications via VHF

5  radio that you made contact, or you had a little bit of a delay

6  there at the approach?

7  A.   I had a delay, right, I did not make any notifications about

8  the contact.  I did talk to the other vessels in the area that

9  were transiting and that -- were passing me.

10 Q.   So no notifications yet, any inbound or outbound traffic?

11 A.   No, not that I hit the bridge, only on passing arrangements.

12 Q.   Okay, just on passing.  And then I'd like to go through now

13 just a little bit of your work/rest cycle.  On the day of

14 June 15th, you relieved the captain a little bit early.  The log,

15 official log book, says you relieved him at 10:18 in the morning.

16 A.   That's possible, yes.  I don't remember what time I relieved

17 him.  Sometimes I do that if I'm up and already awake and the

18 same, vice a versa.

19 Q.   Yeah, I just want to understand, you relieved him almost an

20 hour early.  I know you would typically go up there at 11:30 so

21 just trying to understand the 10:18 change of watch.

22 A.   Like I said, sometimes, you know, to let him get a little

23 extra rest and I'm already up, I would come up a little bit early.

24 Q.   But you were fine, you slept well during your rest period?

25 A.   I did, yes.

67

Q.    Okay. But it looks like you were only getting, how many hours
would you estimate you got prior to watch?

A.    I don't know, four hours maybe, five hours.

Q.    Do you record your work/rest?

A.    I do not record it, no.

Q.    And then as far as, just trying to go back for your, like a
96-hour profile, the day before, did you work just your six on,
six off?  Did you work any overtime on the 14th?

A.    No, just my six on, six off, I believe.

Q.    And then how about the, so the 14th, regular, six on, six
off.  And going back to the 13th?

A.    Correct, six on, six off.

Q.    And then just one last day, which would have been June 12th,
that Wednesday, can you recall?  I know it's two weeks.

A.    Right.  Yes, regularly it was just the six on, six off.

Q.    Okay.  What do you do prepare yourself for watch?  Obviously,
you get up.  Do you shower?  Do you drink coffee?  Do you smoke?

A.    I do smoke.  I have coffee, sometimes I shower before watch,
sometimes after watch.  It's not a steady, it's not the same thing
every day.  Sometimes before, sometimes after, but I always have
coffee.

Q.    Yeah, understood.  Can you remember that morning of June 15th
at 10:18 when you relieved him, did you have a cup of coffee down
in the galley before you went up?

A.    Yes, I did.  I drink a lot of coffee.

1  Q.   And how about a shower?

2  A.   No shower that day.  I do drink a lot of coffee so I had

3  probably a couple of cups, a cup before and a couple on watch.

4  Q.   Cup before, okay.  How many drinks of coffee do you drink per

5  six hours or watch?

6  A.   Three or four sometimes, sometimes more, sometimes not,

7  usually it's at least one cup.

8  Q.   All right, one cup, okay.  Yeah, I'm just trying to

9  understand your routine and rhythmic cycle.  After you are

10 relieved after your morning shift for that afternoon from your

11 11:30 to 5:30 p.m., do you lay down again for a few hours?

12 A.   I usually do, yes.

13 Q.   Can you recall the day before your watch on June 15th so that

14 would have been the following evening, did you lay down before you

15 took over watch at 11:30 at night on June --

16 A.   Yes, I did.

17 Q.   Of the six hours that you were off, how many hours you

18 estimate you slept?

19 A.   Usually, I sleep about four hours at a time.

20 Q.   Okay.  Can you recall that night of June 14th, that Friday,

21 the day before on the Saturday of the accident?

22 A.   I can't recall exactly that time limit, but that's usually my

23 regular schedule.  I usually sleep about four hours a watch, not

24 on my watch.

25 Q.   When you're off watch?

69

1   A.   About five.

2   Q.   Now if I just go into a little bit --

3   A.   Usually --

4   Q.   Go ahead.

5   A.   I'm sorry.  I was going to say, usually when I get off watch,

6   I eat and then I lay down and then I set my alarm and I get up.

7   Q.   Thank you, appreciate that.  I'm just trying to understand

8   your rhythm, circadian rhythm.  You've been staying on that

9   evening, or the zero to six and then noon to six watch the entire

10  trip, right, the entire hitch this time you were on for, you said,

11  over a month?

12  A.   Correct, yes.  Originally, I was on as captain and then when

13  it was my time off, I ended up staying on as mate.  So I was on a

14  six to 12 originally and then when I switched over to mate, I was

15  on a 12 to six schedule.

16  Q.   Right, but you've been on, operating as the mate for how

17  long, you said five weeks, I think?

18  A.   Well, it was not as mate I was on for, I was three weeks as

19  captain and then one week as mate.

20  Q.   Okay.  So you've only been on the evening shift for one week?

21  A.   Correct, yes.

22  Q.   You're saying on, when did you start as a mate?

23  A.   I don't know the date 'cause that, the exact date.  But the

24  week that Captain Chris came on as captain, when we changed crew,

25  I stayed on and then I switched to mate.

70

1  Q.   So that would have been not the Wednesday of June 12th,

2  right, you're doing crew changes on the Wednesday?

3  A.   Yes, sir.

4  Q.   Did it occur on, so it's not three days prior to the incident

5  on June 12th, it was, you served as mate since June 5th?

6  A.   I don't know the date exactly, but I'd have to look at the

7  crew change date.

8  Q.   Okay. We'll look at that but, yeah, just looking at the

9  calendar, Wednesday, June 5th, would have been the previous week

10  for the turn over, if that's when it occurred.

11  A.   Right, that's probably --

12  Q.   We'll follow up with requests for that, thank you.

13       I wanted to just go into a little bit about the lookout and

14  your understanding, you said that they, you previously said that

15  they check on you at least every hour.  Are they up there with you

16  in the wheelhouse, up in the upper bridge?

17  A.   Sometimes they call up top and sometimes they come up.  I

18  usually have, like I said, sometimes I drink a lot of coffee.

19  I'll have them bring me up coffee 'cause I can't leave the

20  wheelhouse so that when they do that, they check on me, but

21  otherwise, they call on the radio.

22  Q.   So they also check in on radio.  You said just prior to this

23  that they checked in 30 minutes prior, you said?

24  A.   Correct, yes, you know, approximately.

25  Q.   Yeah, approximately, that's fine, fair enough.  And then as

1  far as that lookout performing other duties on board, is that

2  pretty typical for this vessel that the lookout is either down in

3  the galley or you said performing maintenance?

4  A.    That's typical on every tug boat because we're short in

5  hands.  We only have five people on the boat.  There's one

6  deckhand on watch so, you know, we have maintenance on the boat

7  and other things that have to be done.  So on his watch, unless

8  the visibility's bad or there's conditions that require a lookout,

9  then usually they're not a lookout.

10 Q.    And when you say you're short manned, what's the normal crew

11 then?  Is it six people?

12 A.    No, that is the normal crew.  That's not, you know, the

13 regulations are right as far as manning, but as far as, the

14 maintenance on the tug has to be done and we only have a lookout,

15 like a standby lookout, looking out when it's decreased

16 visibility, fog or a situation that calls for it.

17 Q.    That's what I was going to get into, yes.  As far as the

18 lookout's responsibility, when is he up there with you.  So you're

19 saying during foul weather, fog, those types of conditions, can

20 you elaborate on that?

21 A.    Yeah, whatever conditions call for a lookout, you know, we

22 feel we need somebody up there.  Always in reduced visibility, we

23 always have a lookout during that time.  That could mean fog, it

24 could mean rain, it could mean the visibility of seeing over the

25 barge, we can't see over the barge well, we'll post a lookout out

1  on the barge.

2      But on a clear day with the barge that you can see over, we

3  usually don't have a lookout.  They have a lot of other

4  responsibilities.  But that's how we usually set it.

5  Q.   It's not short manned, you're right, it's following the COI.

6  It's just there's a lot of work that needs to get done with a few

7  amount of people on board.

8  A.   Correct, yes.

9  Q.   Okay. And I just, going back one last time with the steering.

10 So, you indicated maybe that you turned on the second pump but you

11 couldn't recall the time frame when you did that.

12 A.   Correct, yes.

13 Q.   But you feel that was post incident, post contact with the

14 bridge?

15 A.   It was post contact, but it really wouldn't have mattered

16 because the steering's the same, it's all one pump.  There's three

17 pumps on the boat, but the switch that set the pump on doesn't

18 speed it up or anything.  It doesn't make much of a difference as

19 far as the steering goes.

20 Q.   Oh, okay.  That surprised me a little bit because my

21 experience of it if you put the two pumps on or when you have a

22 little more flow rate and capacity, the response is a little bit

23 quicker with four pumps.

24 A.   Correct, that is usually how it goes, yes.

25 Q.   Okay. But not on this vessel?

1   A.   Correct, yes.

2   Q.   And then to just, tell me again from hard over port to

3   starboard, how long does that take in your estimation?

4   A.   I don't know exactly how long it takes, but it's very slow.

5   I don't know, it takes probably half a minute --

6   Q.   Half a minute, okay.

7   A.   -- from setting out, you know, I mean approximately.

8   Q.   No, I understood.

9        MR. WISNIEWSKI:  I think that's all the questions I have for

10  now.  Thanks so much, Captain.

11       MR. MORRISSEY:  Thank you.

12       ███ ██████     All right.  This ███ ██████ again.  Does anyone

13  from Carver have any follow up?

14       MR. ABEL:  Just one question.

15       BY MR. ABEL:

16  Q.   Again, Captain, this is Chris Abel on behalf of Carver

17  Marine.

18  A.   Hi, Chris.

19  Q.   The log entry, you got the rough log that talks about tapping

20  the bridge.  Let me ask, this may sound dumb but just bear with

21  me, how did you know you actually hit the bridge?

22  A.   I can feel it, you know, any time you hit anything, you feel

23  it.

24  Q.   You felt the impact, right?

25  A.   I didn't feel an impact, I felt a bump.  I didn't realize we

1  hit it that hard, I didn't think we hit it that hard.  I felt a

2  bump when, you know, in the upper house.

3  Q.    So you felt the bump and then, 'cause I'm just trying to,

4  again, decode the tapping part.  If you had to estimate, however

5  you want to do it, seconds, one steamboat, two steamboat,

6  whatever, how long do you think the barge, the rake of the barge

7  was in contact with the bridge structure?  I mean, did it stay in

8  contact for a couple of seconds?  Was it the bulk of you already

9  backing away?  You tell me what you understood the duration of the

10  actual contact with the bridge to be.

11  A.    Seconds.  It was a bump then I was already actually backing

12  away.  I was trying to maneuver before I hit it, but I wasn't able

13  to.

14  Q.    Do you think it's fair to say that maybe for like a one

15  count, a two count, something like that and then you're backing

16  away, for maybe those one or two counts, you might have actually

17  been in contact with the bridge then opened up as you backed away?

18  A.    Correct, yes.

19        MR. ABEL:  Thanks.  That's the only question I had.

20        MR. MORRISSEY:  Thanks.

21        ███  █████  This ██  ████  █████  again asking if the Belt

22  Line has anything.

23        MR. CHAPMAN:  Yes, and thank you.

24        BY MR. CHAPMAN:

25  Q.    Can you hear me okay?

1  A.   Yes, sir.

2  Q.   Great, and James Chapman again.  Just a couple of follow ups.

3  At any time after hitting the bridge did you ever lay the flotilla

4  up against the fender system of the bridge?

5  A.   No, I did not.

6  Q.   And I heard you say a couple of times that you drink a lot of

7  coffee.  Where is the head in relation to your position in the

8  upper wheelhouse?

9  A.   The head is down below and there's a head on the first deck

10  and on the second deck.

11  Q.   Okay.  Did you ever have to relieve yourself after putting

12  the vessel on autopilot before the impact with the bridge?

13  A.   No, I don't believe I did.

14      MR. CHAPMAN:  That's all I've got, thank you.

15      MR. MORRISSEY:  Thank you.

16      ███  ████████  Thanks, Mr. Chapman.  Over to you, Mr. Gonzalez.

17      MR. GONZALEZ:  No questions.  Thank you very much.

18      ███  ████████  Thank you, sir.  Mr. Morrissey, I really want to

19  thank you for your time and giving us so many great details and

20  thorough answers.  Coast Guard and everyone here appreciates that.

21      At this time, I'd like to ask if there's any additional

22  information that you think we should know, or that you'd like to

23  provide regarding the incident.

24      MR. MORRISSEY:  No, I'm available for anything else that you

25  guys have.  I'm willing to answer whatever you need.

1          ███  ██████          We really appreciate that, sir, thank you.

2          MR. MORRISSEY:  Thank you.

3          ███  ██████          All right.  I will now be stopping the

4     recording.  It is, today is June 26th, time is 12:22 Eastern

5     Standard Time.  And I am stopping now.

6          (Whereupon, at 12:22 p.m., the interview was concluded.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CERTIFICATE

This is to certify that the attached proceeding before the

NATIONAL TRANSPORTATION SAFETY BOARD

IN THE MATTER OF:          ALLISION OF M/T *MACKENZIE ROSE* WITH
                           THE BELT LINE BRIDGE ON THE
                           ELIZABETH RIVER IN VIRGINIA,
                           ON JUNE 15, 2024
                           Interview of James Morrissey

ACCIDENT NO.:              DCA24FM039

PLACE:                     via videoconference

DATE:                      June 26, 2024

was held according to the record, and that this is the original,

complete, true and accurate transcript which has been transcribed

to the best of my skill and ability.


                                    _____
                                    Christina H. Neilson
                                    Transcriber