# Exhibit B

UNITED STATES OF AMERICA

NATIONAL TRANSPORTATION SAFETY BOARD

```
* * * * * * * * * * * * * * * * * *
Investigation of:              *
                              *
ALLISION OF M/T MACKENZIE ROSE   *
WITH THE BELT LINE BRIDGE ON THE   *   Accident No.: DCA24FM039
ELIZABETH RIVER IN VIRGINA     *
ON JUNE 15, 2024               *
                              *
* * * * * * * * * * * * * * * * * *
```

Interview of:  SHARIF PORTER, AB Deckhand
               M/T Mackenzie Rose



                         via telephone

                         Wednesday,
                         July 3, 2024

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

APPEARANCES:

LUKE WISNIEWSKI, Investigator
National Transportation Safety Board

██ ██████ ██████
United States Coast Guard

██ █████ ███
United States Coast Guard

██ ██████ ███
United States Coast Guard

███ ████████ ██████
United States Coast Guard

BRIAN MOORE
Carver Marine Towing

JAMES RODGERS, ESQ.
Clyde & Co on behalf of Carver

DAWN JOHNSON, ESQ.
Clyde & Co on behalf of Carver

JAMES CHAPMAN, ESQ.
Crenshaw, Ware & Martin on behalf of
Norfolk and Portsmouth Belt Line Railroad

ROBERT BRACKNELL, ESQ.
Crenshaw, Ware & Martin on behalf of
Norfolk and Portsmouth Belt Line Railroad

<u>I N D E X</u>

<u>ITEM</u>                                                                                          <u>PAGE</u>

Interview of Sharif Porter:

       By ██ ██████                                                        5

       By Mr. Chapman                                                    7

       By ██ ██████                                                        7

       By ██ ████                                                          9

       By ██ ████                                                          11

       By ██ ████                                                          11

       By ██ ████                                                          12

       By ██ ████                                                          13

       By ███ ████                                                         13

       By Mr. Wisniewski                                                 14

       By Mr. Rodgers                                                    16

       By Mr. Gonzalez                                                   21

       By Mr. Chapman                                                    22

       By Mr. Rodgers                                                    22

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

4

                    I N T E R V I E W

                                              (10:57 a.m.)

1

2

3      ██ ███████     Good morning, everyone.  My name is ██ ██████

4      ███████    I'm with Coast Guard Sector Virginia.  We are here for

5      the interview of Mr. Sharif Porter in relation to the allision of

6      the Towing Vessel *Mackenzie* ██████ with the Belt Line Bridge on

7      June 15th, 2024.

8           Mr. Porter, would you please state your name?

9           MR. PORTER:  I am Sharif Porter, my last name is spelled

10     P-o-r-t-e-r.  First name, S-h-a-r-i-f.

11     ██ ███████     Thank you, sir.  And can you confirm that you

12     consent to the recording?

13          MR. PORTER:  I consent to the recording.

14     ██ ███████     And today is July 3rd, time is 10:57 a.m., and

15     my last name is spelled ██████████.

16     ██ █████ ██ █████ ██████ U. S. Coast Guard, last name's

17     spelled ██████.

18     ██ █████ ██ ██████ ███████ last name's spelling, ███████,

19     United States Coast Guard.

20     ██ █████ ██ ██████ ███████ U. S. Coast Guard, last name,

21     ███████.

22     ██ ███████     Over to the NTSB.

23          MR. WISNIEWSKI:  Luke Wisniewski with the National

24     Transportation Safety Board, W-i-s-n-i-e-w-s-k-i.

25     ██ ███████     Over to Carver.

                    FREE STATE REPORTING, INC.
                  Court Reporting  Transcription
                      D.C. Area 301-261-1902
                    Balt. & Annap. 410-974-0947

1      MR. RODGERS:  Yes, James Rodgers of Clyde & Co on behalf of

2  Carver.

3      MR. MOORE:  Brian Moore, Carver Marine Towing, M-o-o-r-e.

4      MS. JOHNSON:  Dawn Johnson, Clyde & Co on behalf of Carver.

5      ███  ████████  And the Belt Line?

6      MR. CHAPMAN:  James Chapman of Crenshaw, Ware & Martin on

7  behalf of Norfolk and Portsmouth Belt Line Railroad.  My last name

8  is spelled, C-h-a-p-m-a-n.

9      MR. BRACKNELL:  Hi, Robert Bracknell, also with Crenshaw,

10  Ware & Martin, B-r-a-c-k-n-e-l-l.

11      ███  ████████  Over to Mr. Gonzalez.

12      MR. GONZALEZ:  Richard Gonzalez, G-o-n-z-a-l-e-z, Gallo

13  Vitucci Klar on behalf of Captain Miller.

14      ███  ████████  Thank you, everyone.

15                    INTERVIEW OF SHARIF PORTER

16      BY ███  ████████

17  Q.  Mr. Porter, we're here for the events on June 15th of 2024.

18  I know we're a few weeks removed from that now but to the best of

19  your recollection, could you just run me through the events of the

20  day?

21  A.  I was actually off watch, I was in bed.  It felt like the

22  push gear popped because the boat slid over.  So I got out bed, I

23  went to the wheelhouse and my captain said, we tapped the bridge,

24  and he was putting the boat in reverse.  Then I went back

25  downstairs and got back in bed.

6

1   Q.   Okay.  And what is your role on the vessel?

2   A.   I'm an AB deckhand.

3   Q.   And how much experience do you have in the maritime industry?

4   A.   In the maritime industry for the last 10 years.

5   Q.   What were some of the roles that you filled during that time?

6   A.   I worked on offshore supply vessels out in the Gulf of

7   Mexico, worked on crew boats, tug boats, that's about it.

8   Q.   And how long have you worked for Carver?

9   A.   Going on six years.

10  Q.   Have you been the AB deckhand during that entire six years?

11  A.   AB deckhand for the last four years.

12  Q.   Okay.  What were the first two years?

13  A.   I was an OS.

14  Q.   Do you have a Merchant Mariner credential?

15  A.   Yes, I do.

16  Q.   How long have you held that?

17  A.   Ten years.

18  Q.   Okay.  And what's the highest endorsement you have?

19  A.   An AB.

20       ██  ████████   Any other questions for his background,

21  gentlemen?

22       ██  ██████   No, I think I'm good.

23       ██  ██████   Mr. Wisniewski with the NTSB, do you have any

24  questions for Mr. Porter regarding background?

25       MR. WISNIEWSKI:  No, not all for the background, thank you.

1      ██  ████████        Carver?

2      MR. RODGERS:  No questions at this time, thank you.

3      ██  ████████        Thank you, and Belt Line?

4      MR. CHAPMAN:  Thanks, ██  ████████

5      BY MR. CHAPMAN:

6  Q.   The only thing I'd like to know, Mr. Porter, are there, do

7  you have any endorsements on your Merchant Mariner's credential,

8  other than AB?

9  A.   Yes, I am an A -- firefighting, STCW, lifeboatman.

10 Q.   All right, thank you.

11 A.   You're welcome.

12     MR. CHAPMAN:  Nothing else.

13     ██  ████████        Mr. Gonzalez?

14     MR. GONZALEZ:  Nothing from me, thank you.

15     ██  ████████        Okay, thank you.

16     BY ██  ████████

17 Q.   So, Mr. Porter, back to the date.  You said you were not on

18 watch at the time.

19 A.   Right.

20 Q.   Would you mind just from the, when you woke up that morning

21 or what your watch schedule was, just run me through in a little

22 bit more detail with some times, the events of the day?

23 A.   I think it was, I got in bed at 11:30.  It was maybe one,

24 13:00, that's when I, it felt like the push gear popped on the

25 barge and the boat slid over a little bit.  That's what it felt

8

1    like.

2    Q.    And you said you heard or you felt that, it cut out there?

3    A.    I felt it.

4    Q.    Okay. And where were you at the time?

5    A.    In my stateroom.

6    Q.    Could you go into some detail as to what exactly you felt?

7    A.    It felt like the boat was, okay, we push barges and there's,

8    and the push gear, on a push gear pops on the boats -- on the

9    barge.  It felt like the boat just stood on the barge and that was

10   it.

11   Q.    Okay.  And what did you do after you felt that?

12   A.    I got dressed, I ran up to the wheelhouse and the captain was

13   backing off of the bridge.

14   Q.    When you say backing off the bridge, could you go into some

15   details as to what visuals you were seeing?

16   A.    And then I seen was the, on the bridge, it was in front of us

17   and he was backing down off of it, basically.

18   Q.    What part of the bridge?

19   A.    On the left-hand side of the bridge.

20   Q.    And did you have any conversations with the master?

21   A.    No, because once I had seen everything was okay, I got back

22   in bed because I was up on watch all morning long and half the

23   night.

24   Q.    Okay.  And so you said you gotten to bed at 11:30 and then

25   you heard this about, was that 13:30?

1  A.   Somewhere around there, yeah.

2  Q.   Did you have any conversations with anyone before going back

3  to your rack?

4  A.   No, I didn't, because, like I said, once the captain said

5  everything was okay and the push gear didn't pop and we was okay,

6  I got back in bed.

7  Q.   What time did you get up after going back to your rack that

8  time?

9  A.   About 16:00.

10  Q.   And once you were back up, did you have any conversations

11  with anyone about the prior incident?

12  A.   Not really, no.

13  Q.   Okay.  Do you have any other details you'd wish to share

14  about what you saw up on the bridge?

15  A.   No, ma'am.

16       ████  ██████    Anything for you, ████████

17       ████  ████  Yes.

18       BY ██  ██████

19  Q.   So, yeah, I had a couple of follow ups.  You got off, what

20  time did you get off watch?  Did you --

21  A.   Eleven, at 11:30 a.m.

22  Q.   11:30 a.m.  And then was the vessel underway at that time, or

23  what was the vessel status?

24  A.   Yes.  The vessel was underway.

25  Q.   Going to or from where?

1    A.    Leaving Virginia, and we was going to, heading towards New

2    York, but we were still in the channel, though, before it was --

3    Q.    So you had the barge that you were pushing already, right?

4    A.    Right.

5    Q.    And then you mentioned that you felt like the push gear

6    popped and when you got to the bridge, the captain or the person

7    at the controls, who was at the controls backing down?

8    A.    The captain.

9    Q.    The captain was?

10   A.    Yes.

11   Q.    So the master, who was that?

12   A.    Yes, that's the master.

13   Q.    What's their name?

14   A.    Jimmy Morrissey, I believe.

15   Q.    Okay.  And then you mentioned that you noticed that when you

16   were on the bridge, it was a left side of the bridge --

17   A.    Right.

18   Q.    -- can you describe, in relation to the channel, where the

19   high part of the bridge was, if you remember?  I know it was a

20   while ago.  Where were you guys at?

21   A.    Like I just said, it was the left-hand side of the bridge.  I

22   didn't really pay mind to what was going on because, like I said,

23   I was tired and once I'd seen everything was okay, I got back in

24   bed.

25   Q.    Okay, yeah, no problem.  Did you see where you were in

1  relation to the fendering system of the bridge?

2  A.   No, I didn't.

3       ███ █████   That's all I have for now so I appreciate it, thank

4  you.

5       ███ █████        Anything for you, Josh?

6       MR. PORTER:  No problem.

7       BY ███ █████

8  Q.   Yeah, I know you said you didn't know where the fendering

9  system was, where you guys were on relation, but as far as like

10 the channel marker, I know you answered this already.  But were

11 you to the left of the channel?  I know you said the left side of

12 the bridge.  Were you outside of that initial channel when you

13 were backing out, or were you still in that --

14 A.   It was like off of the channel a little bit, I believe.  I

15 guess.

16      ███ █████   Okay.  No further questions for me on that then.

17      ███ █████   And I just brought one more question.  I apologize,

18 I thought I was done.

19      BY ███ █████

20 Q.   I heard you mention before that they were, he was backing

21 down when you came to the top of bridge --

22 A.   Right.

23 Q.   -- or when you came to the top of the wheelhouse, I should

24 say.

25 A.   Like I said while he was backing up.

12

1  Q.   Do you know if, I know it's tough to remember, it's been a

2  while and you were tired, but do you know when you remember him

3  putting the vessel in astern?  Was it before or after you felt

4  that pop?

5  A.   I have no clue because, like I said, I just felt the boat

6  slide so I don't know what was going on.  My reaction was if the

7  push gear, it didn't pop out, just spring into action and I try

8  and make sure the barge was okay and that everybody on the boat

9  was okay.  That was my main concern and once he told me it was

10 okay, I got back in bed.

11 Q.   Understood.  Did you elaborate, what would your rule be so,

12 hypothetically, if the push gear did pop, what would your role be?

13 A.   I would have had to get up and try fix the push gear and get

14 the barge back under control so we could get back underway, and to

15 make sure everybody has their fingers and toes and they had it

16 attached to them, and make sure everything was okay.

17      MR. ████    Actually, sorry, add a few more questions, real

18 quick.  I know we have a lot of people who have further follow-up

19 questions.

20      BY ██ ██████

21 Q.   So when you went to bed, did the captain ask you to take any

22 photographs or do any assessments of the barge or towing vessel

23 prior to releasing you to go to bed?

24 A.   No.

25 Q.   No, he did not.

1   A.    Everything was okay then.

2   Q.    Okay. So, from your understanding from the captain's

3   interactions and conversation, everything was okay, you just

4   proceeded down to your rack?

5   A.    Right.

6         ██   ████        That's it.

7         BY  ██   ████

8   Q.    Mr. Porter, this is  ██   ████    I got, I'm sorry to interrupt

9   but I needed clarification of it that he's mentioned a couple of

10  times captain as being Morrisey and then we also know that captain

11  was Miller of it.

12        Morrissey is a captain by license, but he was filling the

13  role here as mate.  I just wanted to clarify who was the one at

14  the time, can we use Morrissey and Miller instead of captain, it

15  would be easier to identify the involved parties.

16  A.    Morrissey.

17        ██   ████        Thank you.

18        ██   ████        Thanks for the clarification.

19        BY  ██   ████

20  Q.    Mr. Porter, this  ██   ████    Just real quick.  When did you go

21  back to the rack?  Was it before going, passing through the

22  bridge, or was it after you passed through the bridge?

23  A.    After I've seen everything was okay, I got back in the rack.

24  As long as everything was okay, I didn't care what was going on.

25  I was tired, I was half asleep anyway.

14

1     As he was backing up and when I asked him if everything was

2   okay, he was backing down, he said, yeah, everything was fine, the

3   push gear's fine.  I just went back downstairs and I got back in

4   bed.

5     ████  ████  I understood, thank you.

6     ██    █████    All right.  That's all we have from the Coast

7   Guard for now.  Over to the NTSB.

8     BY MR. WISNIEWSKI:

9   Q.   Yes, Luke with NTSB.  You indicated that you were asleep.

10  Did you hear any vibration or anything before, you said you slid

11  up on the barge, was there any vibration, did you hear any backing

12  of engines prior to that?  I know they asked you that.

13  A.   I didn't hear anything that, I just felt the sliding of the

14  boat, basically.  If felt like the boat was sliding, almost

15  sliding along the barge.  I didn't feel the vibrations or anything

16  else like that.  I don't know 'cause I was sleeping.  I was sound

17  asleep actually until I felt the boat almost sliding sideways.

18  And that's when I got up.

19  Q.   All right.  When you got up, you said you went to the lower

20  wheelhouse or upper wheelhouse?

21  A.   The upper wheelhouse.

22  Q.   So you ran all the way up to the upper wheelhouse with

23  Mr. James Morrissey who was at the helm at the time, correct?

24  A.   Correct.

25  Q.   And when he was backing down, you said he was backing down

1   from the bridge, could you see the lineup of where the front of

2   the tow WAS in relation to the bridge?  You said, you know --

3   A.   I really wasn't paying attention, to be honest with you.

4   Q.   Okay.  Could you see any damage on either the fendering or

5   the railroad bridge itself?

6   A.   What I did, when I, when we dropped the barge off, what

7   happened with that, after we got on the wire, I looked at the

8   barge, the barge is close up to us, and it was like a little

9   scratch on it, basically, it wasn't no --

10       I've been in situations where barges, bang into other barges,

11  and walls and things like that, and there's dents and everything.

12  It was like a little scratch on it.  And it got sliding, the

13  sliding, it didn't feel, didn't think it backed into anything

14  really hard because I would have been thrown out of bed because

15  I've been thrown out of bed before.  So, like I said, it just

16  slid.  It didn't like bang into anything.  I wasn't rolled around

17  the bed or anything like that.

18  Q.   So you described the damage to the barge itself after you

19  went on the wire.  How about the bridge itself when you were up in

20  the upper wheelhouse, could you see any damage to the --

21  A.   I couldn't --

22  Q.   -- railroad bridge?

23  A.   I wasn't looking, sir.

24  Q.   All right.  And so you weren't instructed to do anything

25  other than go back to get your rest, right?

16

1  A.    There was another deck, the other AB was on watch and so was

2  the engineer so they didn't need me.

3  Q.    And who told you to go back to sleep, the captain, Captain

4  Chris Miller?

5  A.    No, I told the captain I was getting back in bed 'cause

6  everything was okay.  He said okay because I was off watch anyway.

7  Q.    And that was Chris Miller?

8  A.    No, that was Jimmy.

9  Q.    Okay.  You told, all right, James Morrissey, you're going

10  back to bed, or he --

11  A.    Right.

12  Q.    -- didn't your assistance?

13  A.    Correct.

14        MR. WISNIEWSKI:  That's all I have, thank you.

15        ■ PALMOBA: Over to Carver.

16        BY MR. RODGERS:

17  Q.    Hi, Mr. Porter.

18  A.    Hey, Jim, what's up?

19  Q.    Not much.  Jim Rodgers for Carver.  I don't think I spelled

20  it before, R-o-d-g-e-r-s.  Just a few quick questions.

21        When you went up to the upper wheelhouse, could you tell us

22  everybody you saw in the wheelhouse?

23  A.    I believe Jason was up there, which is the engineer.  And the

24  other deckhand was up there also, I believe.

25  Q.    And Mr. Morrissey?

1   A.   Yes.

2   Q.   And Mr. Morrissey at the helm?

3   A.   Yes, he was.

4   Q.   And so at that time when you went from your rack up to the

5   upper wheelhouse, Captain Miller wasn't in the wheelhouse at that

6   time, right?

7   A.   No, I don't believe so.

8   Q.   Do you call him Captain Miller or Chris Miller?  How would

9   you refer to him?

10  A.   I call him Cap, I call them both Cap.

11  Q.   Did you understand that for the voyage, Mr. Miller was the

12  captain?

13  A.   Yes.

14  Q.   Okay.  And when you got up to the upper wheelhouse, you

15  understood that Mr. Morrissey was in control as far as maneuvering

16  the barge away from the bridge itself?

17  A.   Yes.

18       MR. RODGERS:  All right, I have no further questions at this

19  time, thank you.

20       ███  █████     Thank you, Mr. Rodgers.  Over to the Belt Line.

21       BY MR. CHAPMAN:

22  Q.   Hi, Mr. Porter, just a couple or three follow ups.  I get

23  that you were, had awoken from sleeping and you had to quickly get

24  dressed and go up to the wheelhouse.

25       At any time before you got up the wheelhouse, did you feel or

1  experience, you know, give some sensation of the vessel backing

2  down, or was it not until you got to the wheelhouse?  I'm just

3  trying to understand when you felt that.

4  A.   I think he was probably backing down before I got to the

5  wheelhouse because when I got to the wheelhouse, we was backing up

6  already.

7  Q.   And you told us that Jason, the other deckhand, and Captain

8  Morrissey were all in the wheelhouse, were they all there when you

9  got there, or kind of do you remember the order of arrival?

10 A.   I really don't remember.  But I think the other deckhand was

11 there and Jason, that's the engineer, was there also.

12 Q.   And, of course --

13 A.   I'm not sure that the -- don't quote me, but I know there

14 was, I think the other deckhand and Jason was up there, or it was

15 just Jason up there, I'm not actually sure.  But yeah.

16 Q.   Okay.  You said that the sensation that you felt while you

17 were in bed was similar to the gear popping, that is --

18 A.   Right.

19 Q.   -- it was made up in push gear and if that gear pops, does

20 that mean that you've lost control of the barge?

21 A.   Yeah.  Well, no, actually --

22     MR. RODGERS:  Just hold on, sorry.  Lieutenant.  He's asking

23 him something you'd ask an expert.

24     ███  ████  I think that's a fair question as a deckhand on

25 the barge and towing vessel just to understand what the popping

19

1   means.

2      MR. RODGERS:  Okay.  If you could just proceed, Mr. Chapman,

3   by saying his, your understanding.

4      MR. CHAPMAN:  Yeah, I don't have any problem with that.

5      BY MR. CHAPMAN:

6   Q.   I'm just trying to get a sense of what Mr. Porter, you know,

7   what was going through your mind in the sense of what you would

8   have to go do as one of the ABs on the boat, right?

9   A.   Okay.  When the boat pops, we still have safeties and we have

10  a head line.  You don't have full control of the barge, but we

11  have a lot of control of the barge as far as backing down and

12  keeping the barge in place until we can get the push gear back up.

13  That's our safety measures, that's --

14  Q.   In terms of then kind of reconnecting the push gear, that

15  sounds like a job that would require both deckhands?

16  A.   Yes.

17  Q.   So there was a role that you would play if that had happened?

18  A.   Right.  But like I said, we still have a head line and two

19  safety lines that's acting as push gear.

20  Q.   So if I understand what you said earlier when you saw that it

21  wasn't a push gear problem, you were relieved in the sense of oh,

22  I don't have to go do anything.  And that would be a reason to go

23  back to your rack, correct?

24  A.   Right, yes.

25  Q.   You said that at some point you saw a scratch on the barge.

20

1   A.   Yes.

2   Q.   Was this after you got to New York, or was this --

3   A.   When we got on the wire.

4   Q.   So you're still in kind of the Hampton Roads Area?

5   A.   Right.

6   Q.   Yeah.  And where did you see this scratch.  Where was it

7   located on the barge?

8   A.   I think the scratch was on the, if we're looking at the

9   barge, it was on the right-hand side, I believe.

10  Q.   So if we think of it as a starboard side of the barge?

11  A.   Portside maybe.

12  Q.   Oh, it could have been on the portside?

13  A.   Yeah.

14  Q.   Do you recall?

15  A.   I believe it was on the portside, maybe.

16  Q.   Is that the only place you saw what appeared to be a scratch?

17  A.   Yes, I believe so.

18  Q.   Did anybody ask you to take a picture?

19  A.   The other deckhands took pictures, I believe.

20  Q.   Did you ever take any pictures of anything that you saw?

21  A.   No, I didn't.

22       MR. CHAPMAN:  All right, thank you.  I don't have any further

23  questions at this time.

24       ██  ██████  Thanks, Mr. Chapman.  Mr. Gonzalez?

25       MR. GONZALEZ:  Yes, but hold on, I'm trying to get my camera

1    here.  All right, I'm good.

2        BY MR. GONZALEZ:

3    Q.   I want to go back into when you mentioned you got to the

4    bridge, you said that the engineer was there, that you believe the

5    engineer, the deckhand were there, and Morrissey.  Captain Miller

6    was not at the bridge, correct?

7    A.   I think he was in the lower wheelhouse, maybe.

8    Q.   Okay.  Did you speak to Morrissey before you left the bridge?

9    A.   I asked him if everything was okay.  He said, yeah, and I got

10   back into bed.

11   Q.   Did you speak to the engineer?

12   A.   I spoke to him, and I asked him what happened, did the push

13   gear pop.  And he was like, no.  He was like, he didn't know what

14   happened.

15   Q.   Did you speak to the deckhand?

16   A.   I asked him what happened also, and he was like, I don't

17   know.

18   Q.   Did you speak with Captain Miller at any time?

19   A.   I don't believe so.

20       MR. GONZALEZ:  Okay, thank you.  I'm sorry, I have no

21   questions.

22       ██    ████        Thanks, Mr. Gonzalez.  Are there any other

23   questions from anyone online?

24       MR. CHAPMAN: Yeah, I have a follow up just based on what

25   Mr. Gonzalez asked.

1      BY MR. CHAPMAN:

2    Q.    Did you ever ask Captain Morrissey what happened?

3    A.    Yes, I did.

4    Q.    And what did he tell you?

5    A.    He said that the autopilot went hard over.

6    Q.    Did he say which way which way it went hard over?

7    A.    It went over to the portside.

8    Q.    Did he say anything about coming into contact with the

9    bridge?

10   A.    I didn't ask.  I asked him if everything was --

11   Q.    I really want you to know it's --

12   A.    Yeah.  I asked if everything was okay and that was it.

13   Q.    So he didn't say anything about contact to the bridge?

14   A.    Like I said, I didn't ask.  When I got up there, we was

15   backing down already.  So maybe -- probably said I was backing

16   down and I asked what I felt, but I don't know.

17        MR. CHAPMAN:  All right, thank you, Mr. Porter.

18        MR. PORTER:  You're welcome.

19        ███  ████    All right.  Anything from the NTSB or Carver?

20        MR. RODGERS:  Yes, just a quick question.

21        BY MR. RODGERS:

22   Q.    Mr. Porter, could you, to the best of your memory, say

23   exactly what Mr. Morrissey said to you when you asked him what

24   happened?  Do you remember the exact words?

25   A.    He said the autopilot just went hard over.

23

1  Q.   He said that -- yeah, just like that?

2  A.   Yes, he just said hard --

3  Q.   And did you say -- go ahead, sorry.

4  A.   It just went hard over to port.

5  Q.   And did you say anything to him?

6  A.   I asked him what happened and he sat there, he said, it went

7  hard over.  And I asked him if it's okay now.  And he was like,

8  yeah, we're good now so I got back in bed.

9       MR. RODGERS:  All right, thank you.  I don't have any further

10  questions at this time.

11       ███████████  Mr. Porter, we have asked you quite a few

12  questions, and I wanted to give you a chance to provide any other

13  details you feel are relevant, or ask us any questions.

14       MR. PORTER:  I don't have any questions for you at this time.

15       ███████████  Okay.  Any additional details for us?

16       MR. PORTER:  No.

17       ███████████  All right.  We greatly appreciate your time.  I

18  will now be stopping the recording.  Today is July 3rd.  It is

19  11:25 a.m.

20       (Whereupon, at 11:25 a.m., the interview was concluded.)

21

22

23

24

25

CERTIFICATE

This is to certify that the attached proceeding before the

NATIONAL TRANSPORTATION SAFETY BOARD

IN THE MATTER OF:          ALLISION OF M/T *MACKENZIE ROSE* WITH
                           THE BELT LINE BRIDGE ON THE
                           ELIZABETH RIVER IN VIRGINIA,
                           ON JUNE 15, 2024
                           Interview of Sharif Porter

ACCIDENT NO.:              DCA24FM039

PLACE:                     via telephone

DATE:                      July 3, 2024

was held according to the record, and that this is the original,

complete, true and accurate transcript which has been transcribed

to the best of my skill and ability.


                                    _____
                                    Christina H. Neilson
                                    Transcriber