# Exhibit C

UNITED STATES OF AMERICA

NATIONAL TRANSPORTATION SAFETY BOARD

```
* * * * * * * * * * * * * * * * * *
Investigation of:              *
                               *
ALLISION OF M/T MACKENZIE ROSE     *
WITH THE BELT LINE BRIDGE ON THE   *    Accident No.: DCA24FM039
ELIZABETH RIVER IN VIRGINA         *
ON JUNE 15, 2024                   *
                               *
* * * * * * * * * * * * * * * * * *
```

Interview of:  JARQUES BASS MORRISSEY, AB Deckhand
               M/T *Mackenzie Rose*


On Board *Mackenzie Rose*

Tuesday,
June 25, 2024

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

APPEARANCES:

LUKE WISNIEWSKI, Investigator
National Transportation Safety Board

██ ████████ ████
United States Coast Guard

███ ████ █████████
United States Coast Guard

CHRIS ABEL, ESQ.
Willcox & Savage on behalf of Carver

BRIAN MOORE
Carver Marine Towing

██ ████████ ████
United States Coast Guard

███ ████ ████
United States Coast Guard

JAMES CHAPMAN, ESQ.
Crenshaw, Ware & Martin on behalf of
Norfolk and Portsmouth Belt Line Railroad

RYAN SNOW, ESQ.
Crenshaw, Ware & Martin on behalf of
Norfolk and Portsmouth Belt Line Railroad

ROBERT GRAY BRACKNELL, ESQ.
Crenshaw, Ware & Martin on behalf of
Norfolk and Portsmouth Belt Line Railroad

CANNON MOSS
Norfolk and Portsmouth Belt Line Railroad Company

<u>I N D E X</u>

<u>ITEM</u>                                                                <u>PAGE</u>

Interview of Jarques Bass Morrissey:

      By Mr. Wisniewski                                       5

      By ██ ████                                             8

      By ██ ██████                                           9

      By Mr. Chapman                                         9

      By Mr. Wisniewski                                      12

      By ██ ████                                            20

      By ██ ██████                                          22

      By Mr. Chapman                                        22

      By ██ ██████                                          24

      By Mr. Chapman                                        24

      By Mr. Wisniewski                                     34

      By Mr. Chapman                                        37

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

4

<u>I N T E R V I E W</u>

(10:43 a.m.)

3    MR. WISNIEWSKI:  All right, I've started the recording.

4  Today is June 25th, the time is 10:43 local.  We're on board the

5  *MacKenzie Rose* interviewing the deckhand as it relates to the

6  June 15th, around 16:22, contact with the Belt Line Railroad

7  Bridge.

8    Before I -- is it okay to record, Deckhand?

9    MR. BASS MORRISSEY:  Yes, sir.

10    MR. WISNIEWSKI:  Can you state your name for the record.

11    MR. BASS MORRISSEY:  Jarques (ph.) Bass Morrissey.

12    MR. WISNIEWSKI:  And spell your last name please.

13    MR. BASS MORRISSEY:  B-a-s-s M-o-r-r-i-s-s-e-y.

14    MR. WISNIEWSKI:  Great, thank you.  And we'll go around the

15  room, I'll start.  Luke with NTSB.  Last name is spelled

16  W-i-s-n-i-e-w-s-k-i.

17    ██ ████████ ██████ with the U.S. Coast Guard Sector New

18  York.  Last name's spelled █████.

19    ██ █████████ ████████ ████████ with U.S. Coast Guard Sector

20  New York.  Last name is spelled ████████████.

21    MR. ABEL:  Chris Abel with the Willcox & Savage law firm,

22  representing Carver, the owner/operator of the vessel.  Last

23  name's spelled A-b-e-l.

24    MR. MOORE:  Brian Moore, general manager of Carver Marine

25  Towing, M-o-o-r-e.

5

1      MR. WISNIEWSKI:  Lieutenant, please identify yourself.

2      ██  ████    Yes, sir.  This ██ ████  ████  with Coast

3  Guard Sector Virginia.  Last name's spelled ████████.

4      MR. WISNIEWSKI:  And those --

5      ██ ████  ██ ██  --

6      MR. WISNIEWSKI:  Go ahead.

7      ██ ████  ██ ███  ████  U.S. Coast Guard Sector Virginia.

8  Last name's spelled ██████

9      MR. CHAPMAN:  James Chapman with the law firm of Crenshaw,

10  Ware & Martin representing Norfolk and Portsmouth Belt Line

11  Railroad Company.  My last name is spelled, C-h-a-p-m-a-n.

12     MR. WISNIEWSKI:  Okay.  And those that are also in the room

13  with you.

14     MR. SNOW:  Which is Ryan Snow, also with Crenshaw, Ware &

15  Martin.  Last name is spelled S-n-o-w.

16     MR. BRACKNELL:  Robert Gray Bracknell.  Last name,

17  B-r-a-c-k-n-e-l-l, also with Crenshaw, Ware & Martin.

18     MR. MOSS:  Cannon Moss, M-o-s-s, Norfolk and Portsmouth Belt

19  Line Railroad.

20     MR. WISNIEWSKI:  Great, thank you.  Coast Guard's the lead

21  agency.  NTSB is here as well.

22                INTERVIEW OF JARQUES BASS MORRISSEY

23     BY MR. WISNIEWSKI:

24  Q.  Deckhand, I'd like to just go through your background

25  maritime experience.

1    A.    Okay.

2    Q.    Can you go through how long you've been in the industry.

3    A.    It's almost my second year in this industry.  Started

4    November 12th of last year as a deckhand.  I'm an AB right now.

5    That's pretty much it.

6    Q.    How long have you worked for this company, Carver Marine

7    Towing?

8    A.    For like a month and some change.

9    Q.    And your Merchant Mariner credential you hold?  You hold a

10   Deckhand?

11   A.    Deckhand, AB Seaman, that's all.

12   Q.    Then prior to that, what company were you at before here?

13   A.    I used to work at Dann Marine's Towing Company.

14   Q.    And in the same capacity as deckhand?

15   A.    Deckhand and then got my AB before I came over here.

16   Q.    And as far as when you were employed here, what type of

17   training, was it just On-The-Job Training, would you have, do

18   classroom training?

19   A.    On-The-Job Training.

20   Q.    For Carver Marine Towing, yes?

21   A.    Yes, sir.

22   Q.    It was all on OJT?

23   A.    Yeah.  I don't know what that means.

24   Q.    On-The-Job Training.

25   A.    Yeah.

7

1  Q.   Did you take any computer classes, in-person training?

2  A.   Well, I took a class at home in Panama City then take my AB

3  class so kind of a little bit of knowledge of what's going on

4  Q.   It's great that you shared that.  I'm trying, I'm just

5  interested in what type of training that Carver Marine provided

6  you prior to, you know, when you started.

7  A.   Right.  Deckhand and stuff?

8  Q.   Deckhand, yes.

9  A.   Well, I know most of it when I was at Dann Marine just trying

10  to practice, keep getting better at, like doing lines, making up

11  to tow gear, and all of that.

12  Q.   And how about as far as safety management procedures on

13  board, policies?

14  A.   Yes, sir.  We go over that almost every single day.  If

15  something's wrong, we either ask questions about it, or we do

16  drills about it to see if everybody will be safety, like, fire

17  drill in the engine room work that we do, hit the general alarm,

18  get everybody out and all of that.  Just to make sure everybody

19  know what they do just in case of an emergency.

20  Q.   Then who are the individuals that trained you?

21  A.   Eric --

22  Q.   Was it just this ship?

23  A.   Yes, sir.

24  Q.   Or this boat?

25  A.   This boat and all the other boats I was at Dann Marine's.

8

1    Q.    Specifically for Carver Marine Towing, who was the individual

2    that trained you?

3    A.    Eric, Jimmy Morrissey, and Chris.

4    Q.    Chris was the captain?

5    A.    For one of his hitch, yes.

6          MR. WISNIEWSKI: All right. So that's, I'll go around the

7    room here first, but does anyone have any questions on background,

8    training of the deckhand? I'll start with Coast Guard.

9          BY ███ ████

10   Q.    Yeah, this is ██ ████ When you were first hired, was there

11   a separate safety orientation you had to go through to be part of

12   the crew?

13   A.    Like of the vessel?

14   Q.    Yeah.

15   A.    Yes. They show me all the way around, like we're the EPIRB

16   was at, how to work it; where the life rafts was at, how many was

17   on board, how many fire extinguishers.

18   Q.    Was there any documentation or paperwork you had to sign as

19   part of that?

20   A.    Yes.

21          ██ ████ That's all the questions I have.

22          MR. ABEL: No questions.

23          MR. WISNIEWSKI: All right, we'll start with Coast Guard

24   Sector Hampton Roads Virginia. Any questions for training and

25   background?

9

1    BY ██  ████████

2    Q.    Just a clarifying question.  Mr. Bass Morrissey, so you have

3    been employed by Carver Marine Towing for one month and the

4    entirety of that time was on the *Mackenzie Rose*?

5    A.    Yes, ma'am.

6          ██  ███████    Thank you, that's all.

7          MR. WISNIEWSKI:  And Belt Line Bridge, PII?

8          BY MR. CHAPMAN:

9    Q.    Thank you.  Mr. Morrissey, what was the first day of your

10   employment with Carver?

11   A.    I don't know that answer.  I have the paper at home.

12   Q.    So today is June 25th, was it prior to May 25th?

13   A.    No, I've probably been with the company more than that, more

14   than two months then, over two months.  It was almost the end of

15   April, I think.  Two or three months maybe.  Yeah, I don't know

16   that question.

17   Q.    In all of your working time was aboard the *Mackenzie Rose*?

18   A.    Just in general, or --

19   Q.    No, since you've worked for Carver.

20   A.    Yes, sir.

21   Q.    I heard you mention three people who were involved in your

22   training while you've been at Carver, somebody named Eric.  Do you

23   know that person's last name?

24   A.    Eric Wick.

25   Q.    Can you spell that?

10

```
 1   A.   Hold on.  W-a-r-l-o-r-d-y, Warlordy.

 2   Q.   I heard you mention somebody named Morrissey.  I think the

 3   first name was Jimmy Morrissey?

 4   A.   Yes, sir.

 5   Q.   Is that correct?

 6   A.   Yes, sir.

 7   Q.   And then the third person was somebody named Chris.

 8   A.   Miller.

 9   Q.   Do you know -- Chris Miller?

10   A.   Yes, sir.

11   Q.   M-i-l-l-e-r?

12   A.   Yes, sir.

13   Q.   Are any of those individuals, crewmates of yours on the

14   Mackenzie Rose?

15   A.   Say that again.  Like, are they on the boat right now?

16   Q.   Yeah, no, any of those three people, Eric, Jimmy or Chris,

17   are any of them crewmates of yours on the Mackenzie Rose?

18   A.   Yes.  They're captains and mate.

19   Q.   Which one?

20   A.   Right now Chris, Chris Miller, is on the boat as the captain.

21   Q.   I'm sorry, who was the mate?

22   A.   We got Shawn right now, Shawn [sic] Porter.

23   Q.   Yeah, no, I'm just focused on the three people that you said

24   trained you.  You said Chris Miller was one of them, he's the

25   captain of the boat?
```

11

1  A.   Yeah.

2  Q.   Was Jimmy Morrissey a member of the crew of the *Mackenzie*

3  *Rose*?

4  A.   Yes.

5  Q.   What was his position?

6  A.   A captain.

7  Q.   And Eric?

8  A.   He was a mate.

9  Q.   Was he a crewmember?

10 A.   Yes, sir.

11 Q.   He was a mate?

12 A.   He was a mate.

13 Q.   All three of them worked on board the *Mackenzie Rose* with

14 you?

15 A.   Yes, sir.

16 Q.   And trained you?

17 A.   Yes, sir.  Even their deckhand and their engineer on here

18 too.

19 Q.   So the deckhand and the engineer also trained you?

20 A.   Okay, what do you mean by train?  Like, know knowledge of,

21 know tugboats at all or, 'cause you keep saying trained me.  I

22 know most of the stuff, I was, before I came to this company.

23 Q.   You were asked previously by the Investigator about the

24 training you received for, when you came to work for Carver.  You

25 described it as the OJT, On-The-Job Training, and it included fire

12

1    drills and general alarms.  I don't know if there was anything

2    else.

3    A.    Yes.

4    Q.    But I'm just trying to find out who actually trained you when

5    you came to work for Carver.

6    A.    Well, they told me how the boat was run, told me where all

7    the general alarm was at, and the life rafts.  But most of my

8    training came from Dann Marine.

9    Q.    Okay. And how long have you held an AB ticket?

10   A.    For almost five months now; five, four months now.

11   Q.    Do you know how many sea days you have?

12   A.    Don't know that answer off the top of my head.

13        MR. CHAPMAN:  All right.  I don't have any further questions

14   about training, thank you.

15        BY MR. WISNIEWSKI:

16   Q.    This is Luke again, NTSB.  We'll go now into the, your

17   position itself on board the *Mackenzie*, you're a deckhand.  Can

18   you go through your general duties and responsibilities?

19   A.    My general duties cook, clean, help out on the deck, on the

20   barge, help tie the barge to the dock, give a distant, how far the

21   dock is away or how far they're close to it, I believe.  Make sure

22   there's no traffic coming when they're backing up.  Like, be a

23   lookout for them pretty much.

24   Q.    Are you a day worker, or do you work certain shift?  What's

25   your --

13

1  A.   We do six and six.  I'm on back watch with the mate.

2  Q.   Back watch which means you start when?

3  A.   So we start at 11:30, get done at 5:30 or 6:00.  So, the

4  watch start at 12 and at six.

5  Q.   Okay.  And during underway operations, are you a lookout?

6  What's your responsibilities?

7  A.   Underway, check up on the captain every hour; check on the

8  engine room, what the engineer told me to check for; make sure

9  there's nothing wrong or like alarms going off, if there is, get

10  that engineer up, tell him what was going off.  He would go check

11  it out, make sure there's no fire.  It's all that.

12  Q.   Your work/rest.  When you're off, are you required to report

13  your sleep hours?  How's that work with the company?

14  A.   So far I haven't seen nothing about that, but we sleep when

15  we go off our watch pretty much so six on, six off.

16  Q.   Yeah.  All right.  And as far as your timecard, you punch in

17  daily, weekly, how do you guys manage your time?

18  A.   What 'cha mean by that?

19  Q.   For your hours worked every day.

20  A.   We do it every day.  I just, we get paid weekly so it's by

21  day, I guess.

22  Q.   What I'm trying to gather is, do you report into a time card?

23  A.   No.

24  Q.   Does the captain record your hours?  How's that work, or is

25  it --

14

A.   Oh, in the Red Book right there.  He put all our names for
the day we worked and that's pretty much it.

Q.   Are you allowed to work overtime?

A.   Like, on the boat?

Q.   Yeah.

A.   Yes.

Q.   How many hours are you allowed to work overtime?

A.   Whenever, how much they need, probably like an hour or two
then probably go to bed.  It really depends on what we're doing
'cause everybody have to be up for the tow wire.

Q.   Yeah, I'm just trying to understand your work/rest and how
the policy is on board the vessel.

A.   Yeah.

Q.   All right.  So, let's see, you covered underway, when you're
tied up to the pier, or maneuvering to or from a pier, what's your
responsibilities typically.

A.   Just make sure nothing is wrong and check for anything on the
boat from us.

Q.   Are you handling lines up on the barge, or are you --

A.   It depends on what barge we're taking 'cause either, on this
boat doing lines, or on the barge catching lines for them too.

Q.   Okay.  And then even when you take a barge and you're
bringing it in, either the wires or the caps and you're running
all that?

A.   No.  Everybody on the ship, boat is running is everything.

1    So everybody help out each other.

2    Q.    So it's all team effort?

3    A.    Yes.

4    Q.    What's your duties when you're making fast a barge?

5    A.    Making fast the barge, catching lines or giving distance.

6    Q.    Okay.  What other general duties, responsibilities do you

7    have?  You identified a lot, but is there anything else that you

8    cover during the day?

9    A.    Not that I can think of off the top of my head.

10   Q.    We're going to go then right into June 15th.  Can you take us

11   through like the start of your day?

12   A.    June 15th, we woke up, we was heading there to get the barge.

13   We got there like around 11, 11:30-ish, sat there for almost, 'til

14   3:00, so 15:00.

15   Q.    And where were you coming from?  You remember?

16   A.    Baltimore.

17   Q.    When you woke up at your watch turn over time, were you

18   underway?  What was --

19   A.    We was making up, like, I catch a head line for the barge and

20   then we just sat there until we have to leave.

21   Q.    All right.  So take me through your watch, what --

22   A.    I woke up, went to go check on the captain and see what we

23   was doing.  Then he said go catch a head line for one of the

24   inspection to come on the boat, said okay.  Then we took the barge

25   out like around 3:10 then waited, about 3:45, 3:50 until the gate

1  opened.

2      Then after that, I came back on the boat, went to the galley.

3  I was cleaning up and stuff like that and then an hour later, or

4  30 minutes later, it just seemed like we completely stopped.  I

5  thought we grounded, and I ran up to the wheelhouse to check on

6  the captain and see if he was good.  He said the boat just went

7  hard left.

8  Q.  And where did you, where were you at the time?

9  A.  I was in the galley cooking and cleaning.

10  Q.  And what time was this?

11  A.  After I got done with the barge, went and got on the barge.

12  Q.  Can you give me an approximate time?

13  A.  We crossed the bridge around like 3:45, 3:50 then I came back

14  on the boat and finished what I was doing.

15  Q.  And when you're talking about the, you thought it was like a

16  grounding.  You ran up to the upper wheelhouse?

17  A.  Upper wheelhouse.

18  Q.  And you checked on, who was the mate at the time, or the

19  captain?

20  A.  Captain was Jimmy although he's on back watch so he was the

21  mate.  The captain was Chris Miller.  Chris Miller was in bed,

22  Jimmy was driving.

23  Q.  And that's Jimmy Morrison?

24  A.  Morrissey.

25  Q.  Morrissey.  And he was up at the upper wheelhouse?

17

1   A.   Yes, sir.

2   Q.   Did he have anyone else up there with him, or just himself?

3   A.   I'm going to say no one was up there with him, just his self

4   at the moment.

5   Q.   And he told you we just --

6   A.   Just went hard to the left and hit the bridge.  But it wasn't

7   like a hard hit, it was just like it completely stopped.  That's

8   why I thought we grounded because we didn't have water.  So I just

9   went all the way in the upper wheelhouse and asked him, hey,

10   what's happened.

11   Q.   When you say you didn't have water, did you go down and check

12   the bilges, or did you listen for alarms when you were saying

13   water?

14   A.   Well, I was listening for alarms but also at the same time

15   just ran up to upper wheelhouse to make sure everything was good,

16   see what happened.

17   Q.   After the, we call it the mate on watch, or what's his title?

18   A.   Mate.

19   Q.   He's a mate, okay.

20   A.   On watch for that hitch, he was.

21   Q.   After he told you that they made contact --

22   A.   After he told me, I went back to the galley, I said, okay,

23   everything's good 'cause he was backing out.

24        And then Chris called me to go check the barge to make sure

25   there was no damage.  I went to go check.  I couldn't really see

18

1  nothing because we was moving at the same time.

2  Q.    And what time was this when you were going up on the barge to

3  check for damage?

4  A.    About 4:20.

5  Q.    Did you notice any damage?

6  A.    No.  I haven't looked at the barge, like in front of the

7  barge before we left either so I can't really tell you.

8  Q.    You couldn't tell, okay.  Did you see the Belt Line Railroad

9  Bridge?  Did you see where contact was made, or were you already

10  passed it by the time you got up there?  Did you already pass the

11  bridge?

12  A.    I was in the galley when he made it so I don't know.

13  Q.    You don't know where he was at?

14  A.    No.

15  Q.    So when you went up there, where was he --

16  A.    Backing out, like backing up, he was in the middle of it on

17  the left side.

18  Q.    And if you can recall, there's a fendering system along that

19  bridge, were you out in front of that fendering or behind it?  Do

20  you know where the bow was?  He was already pulling out so you

21  didn't see where --

22  A.    Yeah, I didn't see where it was.

23  Q.    -- the bow was in relation to the fendering?

24  A.    Yeah.

25  Q.    So you went back down to the galley, continued --

1  A.    Finished cleaning and --

2  Q.    Did you pass the word, anything else?  Did anyone ask?

3  A.    Everybody else ran up to the upper wheelhouse.  The engineer

4  and then Rif, the other person that was in bed.

5  Q.    So you said the engineer went up to the upper wheelhouse.

6  A.    To see what was going on.  And then the other deckhand went

7  up there to see what was going on 'cause it was just like a sudden

8  stop.

9  Q.    So you just went up there.  They come back and tell you

10  anything?

11  A.    Well, we all went up there to see what was going on.

12  Q.    Oh, you all went up there at the same time?

13  A.    Not at the same time, at different times 'cause I was doing

14  something in the galley and I went -- after I knew he was all

15  good.  Like no alarm was going off.

16  Q.    Yeah, you had no alarms.  Did anyone check the, in your own

17  bilges or barge?

18  A.    The engineer did, and I checked the barge when the cap said,

19  hey, go check the barge real quick.  But I couldn't really see

20  nothing.

21  Q.    But you didn't take any soundings for the barge?

22  A.    No.

23  Q.    Is there any ballasts?

24  A.    No.

25  Q.    No.  Any manholes you can open up and look?

20

1  A.   No.

2  Q.   So continue.  Then after that you just went back to work?

3  A.   Went back to work, what I was doing.  And then we was heading

4  back to, either Norfolk or -- no, we was heading back to

5  Baltimore, but we switched the barge off with someone.

6      MR. WISNIEWSKI:  At this time, I'll let the Coast Guard in

7  the room, pass it over to you, if you have any questions.

8      ██  ████   This is ██ ████

9      BY ██ ████

10 Q.   I do have a follow-up question.  While the vessel's underway

11 pushing ahead, is there a dedicated lookout?

12 A.   Who's on that watch, yes.

13 Q.   So at that time, who would the dedicated lookout had been?

14 A.   It would have been me at that moment, but I was in the

15 galley.

16 Q.   There's the operator, the person who's driving, so the mate

17 and you.  Is there anybody else on watch during that time.

18     MR. CHAPMAN:  Excuse me.  Whoever is asking the question,

19 would you get a little closer to the mic.  This is very difficult

20 to hear.

21     MR. WISNIEWSKI:  Yeah, and identify yourself and speak up a

22 little bit.

23     ██  ████   This is ██ ████

24     BY ██ ████

25 Q.   The question was while the vessel is underway pushing a

21

1    barge, is there a dedicated lookout.  And during that time, we

2    have the mate, and we have Mr. Jarques here and I was asking if

3    there was anybody else on watch during that time.

4    A.    There's five people on this boat so two will be in bed.

5    There's three on the front watch and one on the back watch.  Well,

6    two on the back watch, mate and the deckhand.  And then you got

7    the captain, the engineer and another deckhand on the front watch.

8    Q.    Is the engineer always on the front watch, or does he --

9    A.    No, he just float pretty much.

10   Q.    During that time, the only two people on watch were yourself

11   and the mate?

12   A.    Yeah.

13   Q.    And then if you were to see a safety discrepancy, or if you

14   were concerned about something, how would you report that?

15   A.    I would I report that?

16   Q.    Yeah.  Say there's something possibly messed up with the

17   equipment or one of the lines.

18   A.    I'll let the captain or mate or the engineer know because --

19   what can I do.  All I can do is just learn from them when they try

20   to fix it or see what they can do.

21   Q.    And are you comfortable bringing up safety concerns?

22   A.    Yeah.

23        ██  ██████   That's all the questions I have, thank you very

24   much.

25        MR. WISNIEWSKI:   ██████

1       ████ ████████        No questions.

2       MR. ABEL:  Nothing from me.

3       MR. MOORE:  No questions.

4       MR. WISNIEWSKI:  Sector Hampton Roads?

5       ████ ████████      This is ████ ████████

6       BY ████ ████████

7    Q.   Just to clarify, I think we had a little bit of a hard time

8    hearing there.  Mr. Bass Morrissey, you were on watch at the time

9    of what you've thought was a grounding initially, but were in the

10   galley temporarily?

11   A.   Yes, ma'am.

12   Q.   Okay.  And for this dedicated lookout watch, are they

13   typically positioned on the barge or at a different point on the

14   vessel or barge for transit?

15   A.   Just on the boat in general, make sure everything's good and

16   make sure the captain not fall asleep as well.

17   Q.   Okay.  So no specific station that they stay at?

18   A.   No.

19       ████ ████████        Thank you.

20       MR. BASS MORRISSEY:  Welcome.

21       ████ ████████        That's all from Hampton Roads.

22       MR. WISNIEWSKI:  And Belt Line Railroad.

23       MR. CHAPMAN:  Thank you.

24       BY MR. CHAPMAN:

25   Q.   Mr. Morrissey, I heard you say that the vessel arrived at the

23

1    dock around 11:30 on the morning of June 15th, is that right?

2    A.    Yes, sir.

3    Q.    Did you deliver the barge to that location, or were you there

4    to pick it up?

5    A.    We was there to pick it up.

6    Q.    So were they in the process of loading the barge when you got

7    there?

8    A.    No, they was already finished.  The barge was completely

9    still, nobody was touching it.

10   Q.    But you didn't leave the dock until about three hours later

11   or more?

12   A.    Yeah, that's when the gate opened up.

13   Q.    What do you mean by the gate opened up?

14   A.    There's a gate before we could go out.  I don't know.

15   Q.    There's a gate at the dock?

16   A.    Not a gate.  It's like a belt bridge that go up for boats to

17   go by, boats and ships.

18   Q.    Yeah, are you saying there's a lift bridge or some sort of --

19   A.    Yes, a lift bridge that was there.  We was, we left at one

20   but we didn't get underneath the bridge until like 3:45-ish.  So

21   we were just floating to the --

22   Q.    Did you tie up, was the boat tied up at the dock while you

23   were waiting for this gate to open?

24   A.    Yes, sir, for like an hour.  Hour's up and then we backed it

25   out and just float there until the bridge gate opened up.

24

1  Q.    Did anybody go ashore while you were tied up at the dock?

2  A.    No.  We all was on the boat just waiting for the gate --

3  Q.    I want to understand -- I'm sorry, I didn't mean to interrupt

4  you.  Go ahead.

5  A.    We all was on the boat just waiting for the gate to open up,

6  that's pretty much it.

7        BY ███████████

8  Q.    Mr. Bass Morrissey, this is ███████████  Do you remember if

9  it was a railroad bridge or a road bridge?

10 A.    A road bridge, I think.  I'm not 100 percent sure.

11 Q.    Thank you.  Could you also, do you remember the name of the

12 facility that you were at, where you picked up the barge?

13 A.    No, ma'am, I do not.  Sorry.

14       BY MR. CHAPMAN:

15 Q.    I want to try to understand exactly what your watch is when

16 the vessel is underway.

17 A.    My watch is to make sure the captain don't fall asleep.

18 Q.    No, I'm asking about the hours of your watch.

19 A.    Six and six.

20 Q.    I'm sorry, you're on from six to six, but --

21 A.    So it's six-hour shifts.

22 Q.    -- so it's a 12-hour watch?

23 A.    It's six-hour shifts so I come on at 11:30, but my watch

24 don't start 'til 12.  And then I get off at six.

25 Q.    And that's twice a day then?

25

1   A.   Yes, sir.

2   Q.   You come on at noon and midnight?

3   A.   Yes, sir.

4   Q.   You were on watch all afternoon as the deckhand on June 15th,

5   right?

6   A.   No.  Rif was on watch, well, yeah, Rif.  Either Rif or

7   Justin [sic] was on watch.  They was on watch the first time and

8   then I came on watch for that afternoon 'til 6:00.

9   Q.   So you're memory, when did you actually come on watch on

10  June 15th in the afternoon.

11  A.   11:30.

12  Q.   And who is Rif?

13  A.   The other deckhand, but I don't think he was on here --

14  Q.   Do you know his full name?

15  A.   I think it was the other one.  It was Justin, I think.

16  June 15, yeah.

17  Q.   How many deckhands are on this boat?

18  A.   We have two, an engineer, a mate and then a captain.  It was

19  crew change on Wednesday so it was --

20  Q.   I'm just trying to understand who the deckhands are in this

21  crew on June 15th.  You're one of them.

22  A.   Well, we didn't have no deckhand.  It was just, I was the

23  only deckhand.  We had a engineer, a captain, a mate.  Yeah, it

24  was Justin so two deckhands that day.

25  Q.   And what is Justin's last name?

26

1  A.    M-c-g-r-a-t-h.

2  Q.    Is that McGrath?

3  A.    I think.  Yes.

4  Q.    His position was also deckhand, is that what you're saying?

5  A.    Yes, sir.

6  Q.    Was Justin McGrath also on watch at the same time you were on

7  the afternoon of June 15th?

8  A.    We switched watch so whenever I get up, I relieve him.  I go

9  brush my teeth, do all that, and probably relieve him like around

10 11:40, 11:45.

11 Q.    Okay.  So while the vessel was underway, you said that you'd

12 thought it had grounded and --

13 A.    It wasn't underway.

14 Q.    -- I assume that's because it kicked --

15 A.    We was at the dock.

16 Q.    That's because it came to a stop?

17 A.    Yeah.

18 Q.    At the time that that happened, was there anybody on watch

19 besides you and the captain?

20 A.    Not that I could think of.

21 Q.    And at the time that it happened, you were in the galley, is

22 that right?

23 A.    Yes.

24 Q.    What were you doing in the galley?

25 A.    I was cleaning up and cooking for lunch.

1  Q.   It's your responsibility to fix the next meal?

2  A.   Yes, sir.

3  Q.   Do you remember what you were fixing?

4  A.   I do not.

5  Q.   When the vessel felt like it had grounded, what did you do?

6  Walk us through that.

7  A.   I ran up to the upper wheelhouse to check up on the captain

8  to see if he was okay.  And when I got up there, he was just

9  backing out.  He said we went hard left.  And then I went back to

10  the galley.

11  Q.   Tell me what he said, he went hard left?

12  A.   We was on auto pilot and it went hard left.  He said it went

13  hard left.

14  Q.   Did he say how long he had had it on auto pilot?

15  A.   No, sir.

16  Q.   Did he say what he was doing while he had it on auto pilot?

17  A.   Watching out for traffic and all that.  I don't know because

18  I was not up there.

19  Q.   Did he say anything about having hit the bridge?

20  A.   He said he touched the bridge, like, it was a stop,

21  completely stop.  We didn't hit it hard, it's just like a soft

22  hit.

23  Q.   Do you know what speed the tug was making before it hit the

24  bridge?

25  A.   No, sir.

28

1   Q.   I think you said that your duties include to go up and check

2   on the captain every hour?

3   A.   Every hour.  Yes, I did.

4   Q.   Is that right?

5   A.   Yes, I did.  I checked up on him and he was --

6   Q.   When was --

7   A.   He was fine.  And then --

8   Q.   Sorry.

9   A.   I said I went up there and checked on him, he was fine for

10  that hour.  But then I went back to the galley, start cooking and

11  cleaning again.  And then 20 minutes later, we hit something.

12  Q.   When the vessel felt to you like it grounded, did you fall

13  down?

14  A.   No, sir.

15  Q.   Did you feel like you were losing your balance in any way?

16  A.   No, sir.

17  Q.   What did it feel like then?

18  A.   I just, we just completely went to stop.  That's all.  I was

19  not falling or nothing.  I was just moving, I just took one step

20  back, that's pretty much it.

21  Q.   When you got up to the wheelhouse, the captain was already

22  backing the tug up, is that right?

23  A.   Yes, sir.

24  Q.   Did he give you any instructions to go look at the front end

25  of the barge?

29

1    A.    The captain did 'cause he ran up to the wheelhouse, the lower

2    wheelhouse, to see what was going on.  And said, hey, go check out

3    for the barge, see what was wrong with the barge.  But I couldn't

4    see nothing because we was underway.  It's in front of the bow.

5    Q.    So you actually went on the barge and went up to the bow end

6    of the barge?

7    A.    Yes.

8    Q.    Is that barge a rake, does it have a rake at the bow?

9    A.    I don't know.  Yes.

10       MR. WISNIEWSKI:  And if you don't know the answer, that's --

11   say you don't know.

12       BY MR. CHAPMAN:

13   Q.    What were you looking for when you went up to the boat, to

14   the front of the barge?

15   A.    If there was any damage, but I couldn't tell you because I

16   didn't see the barge before we left.

17   Q.    Did you go up on the barge while the captain was still

18   backing up?

19   A.    No, sir.  We was already underway.

20   Q.    You did not go up and look at the front end of the barge

21   until after the tug and barge had passed by the railroad bridge?

22   A.    Yes, sir, 'cause the captain said go up there so I did.

23   Q.    About how long after the barge grounded do you think that you

24   were told to go by, go check the front of the barge by the

25   captain?

30

1   A.   Maybe like five or six minutes after.

2   Q.   Did you take any photographs?

3   A.   How could I?  I couldn't see it.

4   Q.   So the answer is no?

5   A.   No, I have not.  They took photos when the barge stopped.

6   Q.   I'm sorry, what did you say?

7   A.   I said they took photos when the barge was completely

8   stopped.  I couldn't take photos because it was at an angle.

9   Q.   Who took photos when the barge was completely stopped?

10  A.   Chris, Chris Miller.  Captain Chris.

11  Q.   About how long after the barge hit the bridge were those

12  photographs taken?

13  A.   I don't know.

14  Q.   Well, were they taken after you went to look at the front end

15  of the barge?

16  A.   We couldn't.  We were still pushing it, trying to get out of

17  the channel until we go on the tow wire.  When we got on the tow

18  wire, then --

19  Q.   Then where --

20  A.   Say that again?

21  Q.   Where did you put it on the tow wire?  What was your

22  location?

23  A.   It was on the portside 'cause there's where the tow was made

24  up at.  We broke off on push gear and then they drove around to

25  the front of the bow, took pictures and then we mate up to it on

31

1   tow.

2   Q.   Was that after you guys hit the bay?

3   A.   Yeah.

4   Q.   Did anybody send you any of those photographs that were taken

5   at that time?

6   A.   No, sir.  Why would they send it to me?

7   Q.   It was a little hard for me to understand some of the earlier

8   questioning, but did any alarm go off on the vessel when --

9   A.   No, sir.  No alarm was going off.

10  Q.   When the barge hit the bridge, did everybody else that was on

11  the tug get up to come see what happened?

12  A.   Yeah.  They went to the upper wheelhouse to see what was

13  going on.

14  Q.   Did Captain Morrissey ever say why they hit the bridge?

15  A.   We was in auto, and it just went hard left.  He lost control.

16  Q.   Have you ever known Captain Morrissey to fall asleep while

17  he's on watch?

18  A.   No, sir.

19  Q.   After this happened, did you text anyone or call anyone about

20  the incident?

21  A.   No, sir.

22  Q.   Did you have your cell phone with you?

23  A.   No, it was on the galley table.

24  Q.   You did have your cell phone on the tug then?

25  A.   Yes, I have my phone on the tug, yes, sir.  But it was only

1  personally.  It was at the galley table.

2  Q.    Has anyone on the *Mackenzie Rose* that you know of contact --

3  A.    No, sir.

4  Q.    -- or call the Coast Guard about having hit the bridge?

5  A.    Chris did.  Well, he called the office, and I think he called

6  the Coast Guard after.

7  Q.    That's Chris Miller?

8  A.    Yes, sir.

9  Q.    Did anyone call the railroad?

10  A.    I don't think so.  I don't know.

11  Q.    You didn't do it?

12  A.    No.  Why would I do it?  I'm the lowest of them all.

13  Q.    Who do you think called the railroad?

14  A.    Probably the captain, probably Chris Miller did.

15  Q.    Why do you say that?

16  A.    Because he normally call everybody if anything goes wrong.

17  Q.    Are you related to Jimmy Morrissey?

18  A.    Yes, sir.  That is my dad.

19  Q.    Do you know how long Jimmy Morrissey has worked for Carver?

20  A.    No, sir, I do not.

21  Q.    Did he have anything to do with getting you a job with

22  Carver?

23  A.    He got me the application so he helped me get over here.

24         ███ ████  Mr. Chapman, this is ██ ████  ███████  I'm

25  just going to ask that we keep our questions directly related to

33

1  the incident currently.

2       MR. BASS MORRISSEY:  -- he asked so -- thank you 'cause I

3  have nothing to do with it.  I'm not his watch.

4       BY MR. CHAPMAN:

5  Q.  When the tug went under the railroad bridge, where were you

6  located?

7  A.  I was in the galley, like I just said.

8  Q.  So you had gone back down to the galley already?

9  A.  I went back down to the galley to finish what I was doing and

10  then Chris called on the radio and say, hey, go and see if you

11  could go take pictures.  And that's what I try to go do.

12  Q.  I'm just unclear, you had gone up to the wheelhouse and the

13  captain was in the process of backing the tug up?

14  A.  Yes, sir.

15  Q.  How long did you stay in the wheelhouse?

16  A.  For like maybe two or three minutes.

17  Q.  So were you in the wheelhouse when the tug went by the

18  railroad bridge?

19  A.  No, sir.  I was in the galley.

20  Q.  Or had you already gone --

21  A.  I was already downstairs.

22  Q.  Had you already gone back?

23  A.  Yes.

24  Q.  When you went back down to the galley, who else was in the

25  wheelhouse besides Captain Jimmy Morrissey?

34

1  A.    Chris came up to the lower wheelhouse to see what was going

2  on.   When we went to a complete stop, everybody got up and see

3  what was going on.

4  Q.    Do you know what the cargo was that was on the barge that

5  was --

6  A.    It was like cement.  But no, I really don't know.

7  Q.    Was the cargo so high that you had to be in the upper

8  wheelhouse in order to see over the end of the barge?

9  A.    Like, to drive it?  Yes.  They had to be in the upper

10 wheelhouse to look over the barge.

11      MR. CHAPMAN:  All right, thank you.  I don't have any further

12 questions at this time.

13      BY MR. WISNIEWSKI:

14 Q.    This is Luke Wisniewski again.  I wanted to follow up on just

15 a couple of them.  You indicated that when you went up to check on

16 the mate on watch in the upper wheelhouse, you didn't say a time.

17 Can you estimate for us when that was?

18 A.    Honestly, I don't know.  Like, all these times, I really

19 don't know.

20 Q.    Do you have a set schedule because what you were saying --

21 A.    A set schedule?  Yeah.  Every hour I go check up on the

22 captain so I was up there already and then I came right back down.

23 Then 20 minutes later, I felt a complete stop.

24 Q.    So you think that was at the start of the hour at 16:00, or

25 what time do --

1  A.   Yeah, I think it was at 16:00, maybe.  Yeah, because that's
2  when I got back on the boat.
3  Q.   Okay.  And you estimate that it was about 20 minutes
4  afterwards when the contact, the grounding, where you went back
5  up?
6  A.   Yeah.
7  Q.   Thanks for clarifying that.  And then after the incident,
8  after everyone got to the dock, were you required to give a
9  statement to anyone?  Did you have to do a written statement or
10  anything?
11  A.   Just a written statement and then sent it to our office.  So,
12  our captain had everybody on the boat that was on the boat had to
13  do a written statement and he sent it off to the office.
14  Q.   And what day did you write that statement?
15  A.   Probably that same day.
16  Q.   The same day, that evening sometime?
17  A.   Same day that evening, or probably that next morning because
18  most of us was already off watch.
19     MR. WISNIEWSKI:  And I'll go around again in the room.
20  That's all I have.
21     ██  ██████   No questions.
22     UNIDENTIFIED SPEAKER:  No --
23     MR. WISNIEWSKI:  Sector Hampton Roads?
24     ██  ██████   This is ██  ██████   Nothing from Sector Hampton
25  Roads, thank you.

36

1      MR. WISNIEWSKI:  And back to Belt Line Bridge.

2      MR. CHAPMAN:  Yes, thank you.

3      BY MR. CHAPMAN:

4  Q.   Who asked you to prepare a written statement?

5  A.   Chris Miller.

6  Q.   And you gave it to him?

7  A.   Yes, sir.  He was the captain on our boat at the time.

8  Q.   Was it a form that you were asked to fill out, or was it just

9  a blank piece of paper to write down what you remembered?

10  A.   It was a blank piece of paper, what happened, what we had

11  remembered that day.  And he sent it off to the office.  And

12  that's all I know.

13      MR. CHAPMAN:  Thank you.

14      MR. BASS MORRISSEY:  Welcome.

15      MR. WISNIEWSKI:  Is that all your questions from Belt Line

16  Bridge?

17      MR. CHAPMAN:  Yes, that is all the questions.  I apologize

18  for not saying so.

19      MR. WISNIEWSKI:  No, thank you.  Just want to keep it going.

20      BY MR. WISNIEWSKI:

21  Q.   This is my last question as far as, you know, we asked you a

22  lot of questions, a lot of things.  Is there anything that you'd

23  like to share with us that maybe we didn't touch on from a safety

24  aspect if you want to share with investigators to look into, or

25  something that were to help things in this type of an incident?

37

1  A.   I'm going to say that this probably, this was not the first

2  time the boat just went hard over or something.  They had this

3  happen a couple of times so probably get that fixed.  That's

4  pretty much it.

5  Q.   Can you recall the other times when the --

6  A.   I was not here when those happened so, no, sir.

7  Q.   So, you just heard about that through the, talking with other

8  colleagues?

9  A.   Yes, sir.

10 Q.   Anything else you want to share?  No?

11 A.   No, sir.  I'm good.

12      MR. WISNIEWSKI:  Does anyone else have any follow up based on

13 that?  Sector Hampton Roads?

14      ██    ████      Nothing from the Coast Guard.

15      MR. CHAPMAN:  From the Belt Line, I just wanted to make sure

16 I understood the last statement.

17      BY MR. CHAPMAN:

18 Q.   Mr. Morrissey, are you saying that you had never experienced

19 that situation before, but you had been told by others --

20 A.   That worked on this boat.

21 Q.   -- that this was not the first time the boat steered to the

22 left when it was on auto pilot?

23 A.   Yes, sir.

24 Q.   Do you recall who told you that?

25 A.   No, sir.  It was just a crew member that worked on this boat.

38

1          MR. CHAPMAN:  Okay, thank you.

2          MR. BASS MORRISSEY:  Welcome.

3          MR. CHAPMAN:  I don't have any other questions.

4          MR. WISNIEWSKI:  All right.  At this time if we don't have

5    any other questions, I'm going to stop the recording.  Local time

6    is 11:36.  The recording is stopped.

7          (Whereupon, at 11:36 a.m., the interview was concluded.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CERTIFICATE

This is to certify that the attached proceeding before the

NATIONAL TRANSPORTATION SAFETY BOARD

IN THE MATTER OF:          ALLISION OF M/T *MACKENZIE ROSE* WITH
                           THE BELT LINE BRIDGE ON THE
                           ELIZABETH RIVER IN VIRGINIA,
                           ON JUNE 15, 2024
                           Interview of Jarques Bass Morrissey
ACCIDENT NO.:              DCA24FM039

PLACE:                     On board *Mackenzie Rose*

DATE:                      June 25, 2024

was held according to the record, and that this is the original,

complete, true and accurate transcript which has been transcribed

to the best of my skill and ability.


                                        _____
                                        Christina H. Neilson
                                        Transcriber