# Exhibit D

UNITED STATES OF AMERICA

NATIONAL TRANSPORTATION SAFETY BOARD

```
* * * * * * * * * * * * * * * * *
Investigation of:              *
                               *
ALLISION OF M/T MACKENZIE ROSE     *
WITH THE BELT LINE BRIDGE ON THE   *     Accident No.: DCA24FM039
ELIZABETH RIVER IN VIRGINA         *
ON JUNE 15, 2024                   *
                               *
* * * * * * * * * * * * * * * * *
```

Interview of:  JASON MCGRATH, Mate
               *Mackenzie Rose*

On Board *Mackenzie Rose*

Tuesday,
June 25, 2024

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

APPEARANCES:

LUKE WISNIEWSKI, Investigator
National Transportation Safety Board

██ ████████ ███
United States Coast Guard

███ ████ ██████████
United States Coast Guard

CHRIS ABEL, ESQ.
Willcox & Savage on behalf of Carver

BRIAN MOORE
Carver Marine Towing

██ ████████ ████████
United States Coast Guard

███ ████ ██████
United States Coast Guard

JAMES CHAPMAN, ESQ.
Crenshaw, Ware & Martin on behalf of
Norfolk and Portsmouth Belt Line Railroad

RYAN SNOW, ESQ.
Crenshaw, Ware & Martin on behalf of
Norfolk and Portsmouth Belt Line Railroad

ROBERT GRAY BRACKNELL, ESQ.
Crenshaw, Ware & Martin on behalf of
Norfolk and Portsmouth Belt Line Railroad

CANNON MOSS
Norfolk and Portsmouth Belt Line Railroad Company

I N D E X

ITEM                                                        PAGE

Interview of Jason McGrath:

        By Mr. Wisniewski                                    5

        By ██ ████████                                       8

        By Mr. Wisniewski                                    8

        By ██ █████                                         17

        By Mr. Aber                                         18

        By ██ ████████                                      19

        By Mr. Snow                                         19

        By Mr. Wisniewski                                   26

        By ██ ████████                                      31

        By Mr. Snow                                         32

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

4

1                     I N T E R V I E W

2                                              (11:48 a.m.)

3         MR. WISNIEWSKI:  I started the recording.  The time is 11:48

4    local on June 25th, 2024.  We're on board the *Mackenzie Rose*

5    interviewing the engineer for the vessel.

6         Can you state your name and spell your last name for us?

7         MR. MCGRATH:  Jason Thomas McGrath, M-c-g-r-a-t-h.

8         MR. WISNIEWSKI:  Great.  My name is Luke Wisniewski with the

9    National Transportation Safety Board.  Last name is

10   W-i-s-n-i-e-w-s-k-i.

11        ████  ████    My name's  ████████  ████  with the U. S. Coast Guard

12   Sector New York Investigations.  Last name's spelled

13   ██████.

14        ████  ████████████  ██  ██████  ████████  Sector New York

15   Investigations, last name's spelled  ██████████████.

16        MR. ABEL:  Chris Abel with Willcox & Savage representing

17   Carver as the owner/operator of the *Mackenzie Rose*.  Abel,

18   A-b-e-l.

19        MR. MOORE:  Brian Moore, general manager of Carver Marine

20   Towing, last name, M-o-o-r-e.

21        MR. WISNIEWSKI:  Great.  Is it okay to record this interview?

22        MR. MCGRATH:  Yes.

23        MR. WISNIEWSKI:  NTSB, Coast Guard, we're doing a joint

24   investigation --

25        UNIDENTIFIED SPEAKER:  Do you want the guys on --

5

```
 1          MR. WISNIEWSKI:  Oh, yeah.  Sector Hampton Roads, can you
 2    identify yourselves?
 3          ███ ███████   This is ███ ██████  ███████ Coast Guard Sector
 4    Virginia.  Last name's spelled, ██████████████
 5          ███ ██████   And ███ █████ █████ of Coast Guard Sector Virginia.
 6    Last name's spelled ███████.
 7          MR. WISNIEWSKI:  Okay.  And Belt Line Bridge?
 8          MR. CHAPMAN:  James Chapman with the law firm of Crenshaw,
 9    Ware & Martin representing Norfolk and Portsmouth Belt Line
10    Railroad Company.  My last name is spelled, C-h-a-p-m-a-n.
11          MR. SNOW:  Ryan Snow, also with Crenshaw, Ware & Martin.
12    Last name is S-n-o-w.
13          MR. BRACKNELL:  Robert Gray Bracknell, also with Crenshaw,
14    Ware & Martin. Last name, B-r-a-c-k-n-e-l-l.
15          MR. MOSS:  Cannon Moss with the Norfolk and Portsmouth Belt
16    Line Railroad.  Last name is M-o-s-s.
17          MR. BRACKNELL:  That's all of us.
18          MR. WISNIEWSKI:  Thank you.  Once again, Luke Wisniewski,
19    NTSB.
20                    INTERVIEW OF JASON MCGRATH
21          BY MR. WISNIEWSKI:
22    Q.  Engineer, we're just going to go through your background,
23    your history so can you start off and just say how long you've
24    been in the maritime industry?
25    A.  On and off since I was a child.  I've lived in, I basically
```

6

1  grew up in Massachusetts, Cape and The Islands, worked boat yards,

2  fished, tech schools.  Worked for Hooey, worked for NOAA, Marine

3  Corps, for mechanic wise.  Tech schools for Bobcat. Went to the

4  Landing School.  A couple random tech schools that I couldn't tell

5  you the name of them, for, yeah, and Mark Kubota, ████ Deere.

6  Q.    And how long have you been with the company, Carver Marine

7  Towing?

8  A.    Less than a year.

9  Q.    With Carver Marine Towing, as an engineer.  Any other

10 capacities you serve on board?

11 A.    The swing man.  I also help with the deck duties and anything

12 really asked of me.

13 Q.    When did you start employment with, can you give us a rough

14 estimate of mate, month, day, or month, year?

15 A.    Last year, last winter.  I couldn't be too specific.  But

16 I've only, I think I've only been here seven or eight months.

17 Q.    And who were you with prior to joining --

18 A.    I worked for Vane, Vane Brothers.

19 Q.    Vane Brothers?

20 A.    Bunker and Fuel.

21 Q.    So you have a Tankerman PIC endorsement?

22 A.    I have my, all I require is PIC.  I don't have my PIC on the

23 books.

24 Q.    And how long did you work for Vane Brothers?

25 A.    I was there for probably three years.

7

1  Q.   With Vane Brothers, is that also in an Engineering Tankerman

2  position?

3  A.   I was, I started off as a deckhand and then went to engineer.

4  After I got my DD Unlimited at MPT in Florida.

5  Q.   What time did you actually get the license, you took the --

6  A.   Right around February.

7  Q.   February of last year, 2023?

8  A.   The year before.  2023, yes.

9  Q.   2023?

10 A.   Yeah, I'm pretty sure.

11 Q.   Okay.  And you got your certification done at MPT?

12 A.   Yes, sir.

13 Q.   All right.  As far as your Merchant Mariner credential, do

14 you have any other endorsements?

15 A.   No.

16 Q.   So you have the --

17 A.   I did my MOC.  I still haven't done my Advanced Firefighting

18 so I haven't been able to get it changed from wiper, I don't know,

19 wiper/deckhand.

20 Q.   Deckhand, okay, and I've got that.  Are you looking to pursue

21 more in a QMED or what do you --

22 A.   Yes, I'm trying to it's just the time and not, you know,

23 missing work which I can't afford do right now.

24 Q.   That's great.

25       MR. WISNIEWSKI:  We'll go around the room here as far as

8

1  questions on background, training.  ██ ████

2      ██ ████   I don't have any questions.

3      ██ ██████    No questions.

4      MR. ABEL:  No, sir, no questions.

5      MR. WISNIEWSKI:  Sector Hampton Roads.

6      BY ██ ███████

7  Q.  Mr. McGrath, how long have you been assigned to the *Mackenzie*

8  *Rose*?

9  A.  I believe six, seven months, something like that, eight

10 maybe.

11 Q.  Okay. Is that the entirety of your employment with Carver

12 Marine?

13 A.  Yes, ma'am.

14      ██ ██████    Thank you, sir.  Nothing else from Sector

15 Virginia.

16      MR. SNOW:  This is the Belt Line.  We have no questions.

17 This is Ryan Snow.

18      MR. WISNIEWSKI:  All right, great, thank you.

19      BY MR. WISNIEWSKI:

20 Q.  We'll go right into the day of June 15th.  Just take us

21 through your start of your day, when you wake up, what watch

22 you're on.  So if you would start with that.

23 A.  Yeah.  I'm up doing my checks at 06, was getting towards the

24 end of my watch, I was doing the logs and, when I felt a slight

25 forward jerk motion that was out of the ordinary.  I thought we

9

1   parted a line or something.

2       So, I went up to the upper wheelhouse to check on the cap,

3   look at the lines as I went up from the wheelhouse up.  And, when

4   I got up there, I looked forward, saw the railroad bridge.  Cap

5   was real busy so I didn't really bother him.

6       Then once I saw that he was operating the controls all right,

7   I immediately went to the engine room to check with everything and

8   there was nothing wrong.  I mean, if we hit something too hard,

9   felt as everything go flying off the shelves, nothing was

10  disturbed.

11      And then went to the galley and talking, just talking with

12  everyone.  And it was talked about, it was mentioned about the

13  autopilot kicking out again which has happened before.

14      And then I pretty much, I went back to my log and then I hit

15  the rack.

16  Q.   All right.  Let's go back.  So you started your day at 06?

17  A.   Yes, sir.

18  Q.   And you said you were down in the engine room at the time?

19  A.   No, I was in my room doing paperwork.

20  Q.   Okay. You were saying you were filling out logs?  Okay.

21  A.   Yes, sir.

22  Q.   Logs for the end of your shift, or what did those logs

23  entail?

24  A.   Daily logs.  What happens, the checks I've done, we have

25  requirements, everything we're supposed to do every day.  We log

10

1  it in and then we put it on the Helm system.

2  Q.   And that day of daily logs for, does that include

3  maintenance, is it running hours, what was --

4  A.   It's, yeah, checks and services, checking out what hours

5  require what.  I check the stuffing boxes, check the live wells,

6  engine oils, fuel pressures, oil pressures.  I check on the

7  generator, look for leaks, this and that.  Daily inspections, I

8  would just call it.

9  Q.   Okay. And during your daily rounds, all that day, was there

10  anything reported to you not working, functioning, for the --

11  A.   No, I had no issues relayed to me.

12  Q.   Okay, nothing was relayed.  And the main propulsion,

13  everything worked fine?

14  A.   Everything was fine.  No hiccups, no issues whatsoever.

15  Q.   Your twin screws, you got two --

16  A.   Yes, sir.

17  Q.   -- main engines, no problem with the engines?

18  A.   No, none at all.

19  Q.   And then let's go into the navigation equipment.  Anything

20  reported to you wrong with the navigation or stern?

21  A.   Past issues with navigation kicking out and then the boat and

22  barge would heel over.  We had, I remember there, we bought a tech

23  on and took him around for the navigation system itself.

24  Q.   Can you go into explaining that navigation system?  You're

25  talking about the autopilot?

11

1  A.   Yes, sir.

2  Q.   What is it?  What's the manufacturer, the name, do you know?

3  A.   I'm not 100, I'm not too familiar with the autopilot.

4  Q.   And then when you say it kicks out, what --

5  A.   This is just what's been relayed to me by either mates

6  or captains is that if you don't keep an eye on it every so often,

7  it'll kick out and then it'll heel one way or the other.

8  Q.   Okay. Have you seen it on your trip at all, this voyage?

9  A.   No, I haven't this voyage.  We've been tied up a lot this

10 voyage as well though.  But you could, every so often you will

11 feel when it would happen and then whoever's in the wheelhouse

12 corrects it.

13 Q.   So you can feel when it goes hard over, whether it's port to

14 starboard?

15 A.   Most of the times, yes.

16 Q.   Is it one over the other, is it portside?

17 A.   Most time it goes port, from what I remember.

18 Q.   So it didn't happen on your voyage this time around.  Have

19 you reported it before?  Have you had to make reports on loss of

20 steering?

21 A.   No, I've never reported it before.  The captains usually

22 handle that.

23 Q.   The captain makes that --

24 A.   Or the mate, yeah, they -- on that.

25 Q.   -- or mate on watch?

12

1  A.   And I know we've had technicians on board from the, I don't

2  know if it's from the company that makes it, or if they're just

3  certified for it.  I know we've had a guy on here with this

4  problem before.

5  Q.   So it looks like the problem wasn't addressed, or it's hard

6  to troubleshoot the problem?

7  A.   It's hard to troubleshoot something that just sporadically

8  happen.

9  Q.   Intermittent?

10 A.   Yes, sir.

11 Q.   Okay. And is there any documentation when you're looking into

12 the autopilot that would record what, the event that caused it?

13 A.   Not that I'm aware.

14 Q.   No?

15 A.   No, sir, not that I'm aware of.  Like I said, I'm --

16 Q.   That technicians shared with you or anything?

17 A.   I talk to them a little bit, but not too much.  I stay below,

18 I don't come up to the wheelhouse at all unless I'm called up or

19 need to inform somebody of something.

20 Q.   So safe to say that yeah, there was no, nothing reported to

21 you, nothing you took up your chain of command.  And how would you

22 report that if, let's say, an issue, if it happened on your --

23 A.   I don't have wheel watch on this because alternating shifts

24 between the mate and the captain so we never sit on anchor.  So

25 I've never had a watch up here on this boat.

13

1  Q.    Okay.  So you would leave that to the mate and captain?

2  A.    Yes, sir.

3  Q.    As far engineering, the plan, you said everything was working

4  fine?

5  A.    Yes, sir.  On Number 2, we have a faulty check valve, but we

6  use Steering Pumps 1 and 3, and we're just waiting for the part to

7  replace it.

8  Q.    But that doesn't affect the operation of it?

9  A.    No, sir.

10  Q.    And then just take me through again, you went up to the --

11  A.    The upper wheelhouse.

12  Q.    -- upper wheelhouse after you felt contact?

13  A.    Yes.

14  Q.    When you say contact or when you felt the movement of the

15  vessel, can you kind of describe that for us?  Did it knock you

16  off your feet?  Did it --

17  A.    It was, yeah, it was noticeable but it wasn't to send me

18  flying.  It was more like if you went to go beach your boat to hop

19  off, like you just glide in and slide in and come to that stop.

20  It wasn't very, it wasn't a very hard impact of any sort, from

21  what I felt.

22        When I was sitting in my chair doing logs, I went forward and

23  then it was enough for me to leave and check with the captain.

24  Q.    Okay.  So you went to the upper wheelhouse and you checked?

25  A.    Yes, sir.

14

1   Q.   What did he instruct you, or what did he tell you?

2   A.   He was real short, and he was real busy so I wasn't going to

3   start pestering him with a thousand questions.  And I wanted to

4   immediately get down to make sure everything was all right in the

5   engine room.  One of the deckhands was already up there with him

6   when I got there.

7   Q.   The mate on watch, Mr. Jim Morrissey, or is it James?  Yeah.

8   A.   Chris was on watch, was in the rack.  And I went up, I was

9   the second man up and then I went back down, down to the engine

10  room to check everything.  Jar was the first one that I saw get up

11  there.

12  Q.   And you weren't given any instruction to go forth and do, you

13  just took it upon yourself to go to the engine room?

14  A.   To inspect for any damages or anything going wrong.

15  Q.   And did you find any damage?

16  A.   Nothing.

17  Q.   No water in the bilge?

18  A.   No, sir, not even a filter off the shelf.  And usually if we

19  hit something too hard, they go everywhere.

20  Q.   Okay.  And then after you did your assessment, how long did

21  that take?

22  A.   I was down there five, 10 minutes looking at everything.

23  Q.   Were you given any instruction, or did you report back to the

24  captain?

25  A.   I went back up to the galley where everybody was gathered and

1  started asking questions and just about if anybody knew what

2  happened.

3  Q.    Got it.

4  A.    And it was autopilot kicked out is all I really heard.

5  Q.    All right.  So you made, did you tell the captain, Captain

6  Miller, that everything's fine in the engine room?  Did you make

7  an assessment up on the barge then went --

8  A.    I inspected on my way, I looked over the side back here to

9  look for, to look at the push gear and for anything --

10  Q.    Okay, push gears.

11  A.    Everything was fine and then I saw the railroad bridge in

12  front of us and figured that what was happened.

13  Q.    And take us through that, describe the railroad bridge.  Were

14  you guys already backing out by the time --

15  A.    He was already 15, 20 feet off by the time I got up there

16  away from it.  It wasn't, it didn't, honestly, I was surprised it

17  even happened.  It didn't seem like --

18  Q.    Could you see any damage to the railroad bridge?

19  A.    No, sir.  When we, I don't know, passed off the tug as we

20  were going by, I looked at the front of the bow and really didn't

21  see any damage to the barge either.

22  Q.    Did you take any pictures?

23  A.    Pictures were taken by Jar.  They sent him up on the barge to

24  take pictures, but I didn't take any pictures.

25  Q.    But you could not see any physical damage to the bridge?

16

1   A.   No, sir, no.

2   Q.   To the railroad bridge?

3   A.   No, sir.  I didn't see anything.  It looked like an old

4   railroad bridge.

5   Q.   Now, at that point when you were walking forward up to the

6   barge, Weeks Barge 281, who --

7   A.   I didn't go, I didn't get on the barge.

8   Q.   You didn't get on the barge, you stayed right here on the --

9   A.   No, Jar's sent up there.

10  Q.   Jar's, just so I'm, okay.

11  A.   Yes, sir.

12  Q.   All right.  So you were out on the front of the tug?

13  A.   No.  When they sent him up to take pictures, I was still, I

14  was down in the galley --

15  Q.   Well, I guess I want to know where you were at when you saw

16  the bridge and looking at the --

17  A.   I was headed up this ladder right here.

18  Q.   You were on the aft ladder going to the upper wheelhouse?

19  A.   Yes, sir.  And we were already, he was already backing away

20  from it.

21  Q.   Do you know what side of the fender you were on?  There's

22  fenders that were present for that railroad bridge.

23  A.   We were on the portside.  Like I said, I didn't see where it

24  struck or anything like that.

25  Q.   All right.  So you think you were inboard of those fendering,

1  for the, when you say portside?

2  A.    Well, when he was backing up, there was a huge amount of room

3  so where he could have hit, I couldn't give you --

4  Q.    You couldn't tell us?

5  A.    I couldn't tell you accurately.

6  Q.    That's fine.  All right.  Then were you required to make any

7  notifications to anyone?

8  A.    No.  Captain Chris did.  He immediately, I saw him getting on

9  the phone to make notifications.

10  Q.    You had no responsibility to make notifications to shore, it

11  all came from the captain?

12  A.    Nothing I know, I wasn't told to do anything.  I didn't do

13  anything notification wise.  I was just making sure everything was

14  all right with the boat.

15  Q.    And everything was good?

16  A.    Yes, sir, not a problem.

17       MR. WISNIEWSKI:  All right.  At this time, I'll go around the

18  problem.  ██  ███████

19       BY ██  ███████

20  Q.    Hi, this ██  ██████ with Coast Guard Sector New York.  I do have

21  a couple follow-up questions.

22       So, when you're onboard, how long are your tours onboard or

23  your stints onboard?

24  A.    Two weeks.

25  Q.    Two weeks?

18

1    A.    Yes, sir.

2    Q.    Okay. If there's any engine room issues or anything like

3    that, how are those logged to where the next person coming would

4    know about them?

5    A.    We have a Red Book log book.  Anything that, any issues, we

6    keep track in the book.  And then we have turn over notes that we

7    write up for the on-coming engineer.

8    Q.    Would autopilot be one of those that would be logged anywhere

9    in your books?

10   A.    Not our books just because it was a wheelhouse thing, and

11   it's happened several times.

12   Q.    So it's purely, your books are basically engine room?

13   A.    Yes, sir.

14   Q.    Hard mechanics?

15   A.    Yes.

16        ██  ██████    All right.  That's all the questions I have, thank

17   you very much.

18        ██  ████████    No questions.

19        BY MR. ABEL:

20   Q.    Mr. McGrath, you said it's, this is Chris Abel for the

21   transcript, on the audio pilot happening in the past, has it ever

22   happened when you've been aboard the boat previous to this?

23   A.    Yeah, it has when I've been on the boat, but I haven't been

24   up here when it's happened.

25   Q.    So you've never actually seen it happen?

19

1   A.   No, sir.  No, I haven't.

2   Q.   Just heard people talking about it?

3   A.   Yeah, it just, I've always heard it second hand.  And like I

4   said, the one time, there was a technician on here for it.

5        MR. ABEL:  All right.  No further questions.

6        MR. MOORE:  No, no questions.

7        MR. WISNIEWSKI:  Sector Hampton Roads.

8        ███  ███████    Yes, this is  ███  ██████  ███████

9        BY  ███  ████████

10  Q.   Mr. McGrath, do you know if it's a heading hold kind of

11  autopilot, or if it's a course follow?

12  A.   I believe it's a course follow, but I couldn't be 100 percent

13  about that.  As I said, I'm not too familiar with them.

14  Q.   Understood, thank you.  Was there a significant demand on the

15  engines after, that you noticed, you felt the stop of the vessel?

16  A.   Not enough to shake the boat.  No, ma'am.

17       ███  ████████   No further questions from Sector Virginia.

18       MR. WISNIEWSKI:  Okay. Belt Line Bridge.

19       BY MR. SNOW:

20  Q.   Yes, sir.  Mr. McGrath, this is Ryan Snow.  I know you told

21  us you felt a forward jerking motion when the bridge impact

22  happened, where were you at that time?

23  A.   I was in my room.  I have a desk in there where I do my

24  paperwork, and I was sitting at the desk.

25  Q.   Did anything fall over in your room when the impact happened?

20

1   A.   No, sir.

2   Q.   So you went from your room up to the wheelhouse to check on

3   the captain, is that right?

4   A.   The upper wheelhouse, yes, sir.

5   Q.   Okay. And that's where you found Chris Miller, who was the

6   captain at the time?

7   A.   No, it was Captain Jimmy.  He was the one running the boat.

8   I think he was the mate at the time.  They're both captains, but

9   they trade off between captain and mate when they're together.

10  Q.   I see.  As I understand it, there were five people on the

11  tug.  There was Chris Miller; Jimmy Morrissey; Jason McGrath,

12  that's you; Sharif Porter; and Jarques (phonetic sp.) Morrissey.

13  Is that right?

14  A.   That's correct.

15  Q.   Okay.  When you came up after you felt the impact, where was

16  Chris Miller?

17  A.   I believe he was in his rack.  He wasn't far behind us when,

18  well, he wasn't far behind me when I got up there.

19  Q.   And where was Jimmy Morrissey?

20  A.   He was running the controls in the upper wheelhouse.

21  Q.   So he was serving as the captain at that time?

22  A.   I believe he was serving as the mate, but he was, it was his

23  watch.

24  Q.   He was at the controls then?

25  A.   Yes, sir.

21

1  Q.    Okay.  And then Sharif Porter, where was that person?

2  A.    I saw him in the galley after I came back up from the engine

3  room.

4  Q.    Do you know where he was at the time of the impact?

5  A.    I believe he was in his rack.

6  Q.    Okay.  How about Jarques Morrissey, do you know where he was

7  at the time of the impact?

8  A.    He was in the galley and he was up at the, he got up to the

9  upper wheelhouse before I did.

10  Q.    When you got to the upper wheelhouse, what was happening with

11  the movement?  Was it all still or was it going one direction or

12  another?

13  A.    Jimmy was in the process of backing up the tug and barge.

14  Q.    Do you know at what speed the movement was traveling when it

15  was approaching the bridge?

16  A.    No, sir, I do not.

17  Q.    Did you feel the movement slow down before that impact, or

18  was it just steady speed and then impact?

19  A.    I didn't feel anything, no.  It was just all of a sudden, I

20  felt the impact and I left my room.

21  Q.    So you didn't feel the movement slow down at all before the

22  impact?

23  A.    No, I didn't feel it from my room, no.

24  Q.    And then I think you said that after the tug started, I

25  guess, reversing really, everybody gathered in the galley, whoever

22

1   that --

2   A.   Once I came back out from the engine room, the other two

3   deckhands were in the galley, and I went into the galley.

4   Q.   Had the movement gone underneath the railroad bridge at that

5   point?

6   A.   I'm sorry?

7   Q.   Had the flotilla gone underneath the railroad bridge at that

8   point?

9   A.   I'm not sure where it was when I went into the galley.

10  Q.   Okay.  'Cause either way you had, or did you have all five

11  people on the tug in the galley at that point?

12  A.   Can you say that again, please?

13  Q.   Yeah.  When you said everybody gathered in the galley, in my

14  mind, I'm assuming it was everybody except Jimmy Morrissey.  Is

15  that correct?

16  A.   No, sir.  Chris Miller wasn't in the galley.  It was just the

17  deckhands and myself.

18  Q.   Was Jimmy Morrissey in the galley?

19  A.   No, he was at the wheelhouse.

20  Q.   Okay.  So who is everybody then that gathered in the galley?

21  A.   The two deckhands, Sharif and Jar, and myself.

22  Q.   And then I wrote down that you said somebody said the

23  autopilot kicked out?

24  A.   Yes.

25  Q.   Who said that?

23

1  A.    I believe, it was Jar and then Sharif.

2  Q.    Do you know how they learned that information?

3  A.    I do not know.  I wasn't, that was just relayed to me.  I

4  didn't ask too many questions because it's happened in the past.

5  Q.    When you say happened in the past, has it happened any time

6  while you were on the *Mackenzie Rose*?

7  A.    Yes, it has.

8  Q.    Tell me about that?

9  A.    Most of the time is I hear it from whoever's steering the

10  boat.  We'll hear about it afterwards, or it will happen while

11  we're in the rack, or we'll be doing something.  I haven't first

12  hand seen it happen.

13  Q.    You haven't been up operating the vessel while it's happened?

14  A.    I've never operated this vessel once.

15  Q.    Right.  Has it happened multiple times since you've been on

16  the *Mackenzie Rose*, or was it just once?

17  A.    It's happened multiple times, what I've been told.

18  Q.    And who has told you that?

19  A.    Captains and mates have told me that in the past.

20  Q.    Which captains and mates?

21  A.    Dwight was a mate that was here, or Dwayne was his name.  He

22  said it happened.  Jimmy and Chris, I believe, also told me it's

23  happened.

24  Q.    I'm sorry, sir, what is Dwight's last name?

25  A.    I honestly couldn't tell you, I only sailed with him once

24

1  before he quit.  Dwayne, Dwayne was his name, not Dwight.

2  Q.   I think you mentioned that -- I'm sorry?

3  A.   Dwayne.  I misspoke on his name.  It was Dwayne, not Dwight.

4  Q.   Okay, I appreciate that.  When the impact happened, who was

5  in the engine room?

6  A.   No one was.

7  Q.   So after you went up to check on Jimmy Morrissey in the

8  wheelhouse, you then went to the engine room, correct?

9  A.   Correct.

10 Q.   Why did you do that?

11 A.   To make sure everything is all right and functioning

12 properly.

13 Q.   You talked about a faulty check valve, and the audio went a

14 little poor on our end, what was the issue with the faulty check

15 valve?

16 A.   It would stick open on one of the pumps, but they don't use

17 that pump, they use the two others.

18 Q.   Okay. Did that have anything to do with the autopilot or the

19 navigation?

20 A.   No, sir.

21 Q.   You said that some techs were brought in to the address the

22 autopilot problem.  Did I hear that correctly?

23 A.   Yes.  One guy was brought in a few hitches ago.  I didn't

24 speak to him much, but I was told that's why he was here.  And, I

25 believe, we were in South Carolina, and he was riding around with

25

1  us for a bit.

2  Q.   You know what company he was from?

3  A.   I couldn't tell you, sir, no.

4  Q.   Did you meet with him?

5  A.   I talked to him briefly, brought him up to the wheelhouse and

6  then went about my duties of the day.

7  Q.   Okay.  Did you talk to him about any engineering problems?

8  A.   No, I did not.  He was there just to mess with the console in

9  the wheelhouse.

10 Q.   How long was this before the incident we're talking about

11 today on June 15?

12 A.   That the technician was onboard?

13 Q.   Yes, sir.

14 A.   Quite a few hitches, maybe four hitches, five hitches.

15 Q.   In terms of time, how long was that?

16 A.   A couple, four or five months maybe, three.  I'm not 100

17 percent.

18 Q.   I understand that the tug is in dry dock right now?

19 A.   No, sir.

20 Q.   Is that right?

21 A.   No, sir, it's not.

22 Q.   Has anyone work been done on the tug since this incident with

23 the Belt Line Bridge?

24 A.   We had a fender replaced.

25 Q.   That's the only thing?

26

1  A.    Yes, sir.

2  Q.    Where was the fender on the vessel?

3  A.    Starboard side, midship; midship forward.

4  Q.    Is that as a result of the bridge allision?

5  A.    No, sir.  It was just rust and natural wear.

6        MR. ABEL:  Thank you, sir.  That's all I have.

7        MR. MCGRATH:   Okay, thank you.

8        BY MR. WISNIEWSKI:

9  Q.    This is Luke with NTSB again.  Just a couple follow up based

10 on what was just said.

11       Prior to the contact, the motion that you felt, did you hear

12 the engines go in reverse?  Do you know if there was any

13 acceleration of the engines?  Did you hear the clutch engage in

14 reverse at all?

15 A.    No, I didn't hear anything that would have gotten my

16 attention until then or after.

17 Q.    Yeah, you didn't hear any noise, any change or fluctuations?

18 A.    He didn't put it to the boards or anything, no.

19 Q.    Yeah, he didn't back hard?

20 A.    No.  And like I said, when I got up there, he was already a

21 good distance away.

22 Q.    Okay.  So even when he backed, it wasn't, you couldn't hear

23 the propulsion?

24 A.    They weren't wound out or anything, no.

25 Q.    They were not, you know, ramped up like full stern?

27

```
 1  A.    No.

 2  Q.    Like a crash or anything like that?

 3  A.    Yeah, that would shake the boat if it happened.

 4  Q.    Yeah, you would feel the stern, you would feel the growling

 5  of the --

 6  A.    Yeah, growl your teeth.

 7  Q.    I just want to make sure --

 8  A.    Yes, sir.

 9  Q.    Thank you for that clarification.  And you indicated you

10  start your day at six, you're done at noon, so you work the six to

11  six, six to twelve?

12  A.    And then I work six to midnight.

13  Q.    Six to midnight.

14  Q.    Then an alarm goes up, I'm up out of the rack for that.

15  Q.    You're called out as the engineer?

16  A.    I'm on call -- yes, sir.

17  Q.    You're on call?

18  A.    Yes, sir.

19  Q.    And then as far as you're work/rest, where do you record

20  that?  Is that --

21  A.    It's all in my room is where I record my work.  I have a desk

22  in there and a chair.

23  Q.    And how do you know record the days that you work to the

24  captain for pay?

25  A.    It goes into the Helm system.
```

```
 1  Q.   So it will go into the Helm CONNECT?

 2  A.   Yes.  So I put all the information there after, after I, once

 3  I put it in the log, I transfer it to the Helm.

 4  Q.   Okay.  And then just trying to get a profile of your

 5  work/rest.  We try to go back like 96 hours so can you take me

 6  back, did you get enough sleep the night before?

 7  A.   Yes.

 8  Q.   Were you working on a lot of stuff before?  Take me back the

 9  day before, June 14th?

10  A.   The day before was just preventive maintenance, checking

11  fluids.  Like I said, I helped the deckhands with the barge,

12  running lines, this and that.  Nothing over strenuous or I tell

13  you that it takes, it took a lot.

14  Q.   Any overtime did you work?

15  A.   No.  I worked by 12 that I'm, I don't go any farther per

16  regulations unless, I mean, unless there's an emergency obviously.

17  Q.   Yeah, unless you're needed, unless needed?

18  A.   Yes.

19  Q.   Understood.  And then June 13th, so that's two days before.

20  That would have been, let's see, it happened on a Saturday, so

21  June 13th would have been a Thursday.  Can you dive back in your

22  memory bank and remember?  If not, that's fine.

23  A.   Yeah.  When we're waiting for barges, this or that, we'll

24  hang a line and, you know, there's a, sit down, get things done.

25  Q.   Like I heard that the vessel was tied up?
```

29

A.    Yes.  I do my daily checks and services.  If we come in
usually to relax then we'll go get dinner.  We get a little bit of
down time.

Q.    So you felt well rested?

A.    Yeah, no issues with -- yeah.

Q.    Work/rest?

A.    Yes.

Q.    And if you did, you would identify that to the captain?  How
would you say, hey, I'm tired, I need help with the watch?

A.    Yes.  Jimmy's actually really good on making sure that
everyone is all right.  He'd make a nice lunch and be like, you
know, everybody relax for a little bit.  He's very conscientious
of it, not to over work us.

Q.    Good.  And then after the incident, were you told to do drug
testing?  Did anyone advise you?  Do you have a company policy for
that?

A.    Yeah, I was, no, we didn't do any of that.  And I didn't ask
any questions on what Captain Miller was doing about it or
anything like that?

Q.    But you are notified hey, we got to do drug testing?

A.    No.  I mean, usually that happens when everybody gets tested
when an accident happens, but nothing came about of it.

Q.    Was anything relayed to when you were down in the galley or
afterwards about the incident?  Did this raise the level to a
significant marine incident?

30

A.    Well, I mean, we were all worried 'cause we hit a bridge
after that whole fiasco, you know, it's just naturally worried.
Nobody, you know, everybody feels like it's, they're all at fault
if a boat gets into an accident.

Q.    I understood.  I'm just trying to understand what was relayed
to you guys afterwards, what you should do.

A.    No, nothing really.  We were just, you know, more worried
about cap's job, and we didn't want to see him get in trouble for
something, you know I mean.  Just, basically, was added tension in
the air about cap getting in trouble.

Q.    And then were you asked by the company to do a written
statement or by the captain?

A.    We were, yeah, we did an initially written statement on pads
of papers and gave them to Captain Chris.  And then we did a
second one that we did over the phone with Carver and then it was
printed out so it was official, and we signed it to be sent back
in.  But that was all taken care of by Captain Chris.

Q.    And who were the, on the phone with Carver, you were speaking
of?

A.    I couldn't remember the name.  I'm not sure.

Q.    They had you sign a statement as well?

A.    Yeah, they asked us what happened.  Then they printed out,
Captain Chris printed out a statement, we signed it and he sent it
to them.

        MR. WISNIEWSKI:  All right, sounds good to me.  I'll go

1  around the room again.

2  ██  ██   No questions.

3  ██  ████   No, sir.

4  MR. ABEL:  Yeah, I'm good.

5  MR. WISNIEWSKI:  Okay.  Sector Hampton Roads, please.

6  BY ██  ████

7  Q.   This is ██  ████   Mr. McGrath, when was the first statement

8  that you were asked to do conducted?

9  A.   The same day, ma'am.

10  Q.   Same day, thank you.  And what about that phone interview or

11  phone statement?

12  A.   It was either the day after or the day after that.  It was

13  all pretty quick, company got on it pretty quick.

14  Q.   Thank you.  Do you remember the name of the facility that you

15  guys took that barge to?

16  A.   We handed that barge off to another boat owned by Carver, and

17  I don't know where they took it.  It was the *Caroline M* that took

18  it.

19  Q.   Where was that hand off done?

20  A.   The harbor coming into New York, right by the Verrazzano.

21  Q.   Have you ever had to take any post-casualty drug tests or

22  other incidents in previous work?

23  A.   No, not at work, ma'am, no.

24  ██  ████   Nothing else from Sector Virginia.

25  MR. MCGRATH:  Oh, wait, I'm mistaken on that.  I was injured

32

1  at my last company and when I, I had to take a drug test for that,

2  for my injury.

3       BY ██ ████████

4  Q.   Was that at Vane Brothers, sir?

5  A.   Yes, ma'am.  I apologize, brain fart on that.

6  Q.   No worries, thank you for the clarification.

7       BY MR. SNOW:

8  Q.   This is Ryan Snow with the Belt Line, if you're ready.

9  A.   Yes, sir.

10  Q.   Just a few follow ups, sir.  I assume you make an engine room

11  log, is that right?

12  A.   Yes, sir.

13  Q.   And do you have a rough and a smooth log?

14  A.   We have our handwritten log and then it goes into an online

15  log called the Helm CONNECT.

16  Q.   Okay. You mean, you're saying your handwritten log in some

17  kind of book?

18  A.   Yes, sir, a log book.

19  Q.   Do you still have that log book for, with the entries for

20  June 15th?

21  A.   Yes, sir.  I did not record that incident in that log book.

22  It's, we record just engines and mechanical systems with it.

23  Q.   You anticipated my question.  I was wondering if you wrote

24  anything down about this.  Did you write anything down about this

25  anywhere else besides the statements that you just talked about?

33

1    A.    No, sir, just the statements.

2    Q.    And if I heard you correctly, you gave that first statement

3    the same day the accident happened on June 15th, is that right?

4    A.    The same day of the accident, we gave a handwritten

5    statement, yes, sir.

6    Q.    And that was at the company's direction?

7    A.    That was at Captain Chris's direction, but --

8    Q.    Okay, but nobody --

9    A.    -- I wouldn't be able to tell you who told him to do it.

10   Q.    Am I correct that even though you gave statements the same

11   day, nobody asked you to take a drug or alcohol test the same day?

12   A.    I was not asked, no.

13   Q.    Did you know if anybody else on the crew was asked?

14   A.    Not to my knowledge, no, sir.  I don't know.  I don't ask

15   questions.

16   Q.    I understand that immediately as the tug got underway after

17   picking up the barge, before you all even got to the railroad

18   bridge, there was a long stop where you had to wait for another

19   bridge to open.  Do you remember that?

20   A.    Yes, sir.

21   Q.    Do you know if anybody went ashore during that stop?

22   A.    No, sir.  We were underway.  We were sitting still in the

23   middle of the channel.  We weren't on dry land at all.

24         MR. SNOW:  Okay, thank you, sir.  That's all I have.

25         MR. WISNIEWSKI:  This is Luke Wisniewski again, NTSB.  We

34

1    asked you a lot of questions.  I just wanted to, going to ask you

2    a general one as far as, is there anything that we didn't touch on

3    today that you want to share with us that would help from a

4    safety, something that you would feel would help prevent this from

5    happening again or something that --

6        MR. MCGRATH:  No, sir.  I think everybody performed great

7    for, given the situation.  The whole incident was over rather

8    quick, and everyone was on point, and I think the crew did a good

9    job, in my opinion.

10       MR. WISNIEWSKI:  All right.  Thank you, that's good for

11   assessment.  Any other questions in the room?

12       █████  ████  No questions.

13       █████  ███████     No questions.

14       MR. WISNIEWSKI:  Sector Virginia, please.

15       █████  ██████   Nothing from Sector Virginia.

16       MR. WISNIEWSKI:  Belt Line?

17       MR. SNOW:  Nothing else from the Belt Line.

18       MR. WISNIEWSKI:  All right.  Well, thank you.

19       UNIDENTIFIED SPEAKER:  And nothing else from Belt.

20       MR. WISNIEWSKI:  All right, thank you.  The time is 12:32

21   local.  This concludes the interview.

22       (Whereupon, at 12:32 p.m., the interview was concluded.)

23

24

25

CERTIFICATE

This is to certify that the attached proceeding before the

NATIONAL TRANSPORTATION SAFETY BOARD

IN THE MATTER OF:        ALLISION OF M/T *MACKENZIE ROSE* WITH
                         THE BELT LINE BRIDGE ON THE
                         ELIZABETH RIVER IN VIRGINIA,
                         ON JUNE 15, 2024
                         Interview of Jason McGrath

ACCIDENT NO.:            DCA24FM039

PLACE:                   On Board *Mackenzie Rose*

DATE:                    June 25, 2024

was held according to the record, and that this is the original,

complete, true and accurate transcript which has been transcribed

to the best of my skill and ability.


                                    _____
                                    Christina H. Neilson
                                    Transcriber

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947