UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**In the Matter of COEYMANS MARINE TOWING, LLC D/B/A CARVER MARINE TOWING as Owner and Operator of M/T Mackenzie Rose, (IMO No. 8968765), etc., et al.,**

Civil No. 2:24cv490

## ORDER

Petitioner Coeymans Marine Towing, LLC d/b/a Carver Marine Towing filed a motion to modify briefing and hearing schedules in this matter on October 2, 2025. ECF No. 131. Coeymans seeks to extend the deadline for its responses to the pending motions filed at ECF Nos. 114 and 123 to October 31, 2025. Id. at 3. Coeymans represents that Claimant Norfolk and Portsmouth Belt Line Railroad Company ("Belt Line") "objects to Petitioner's request for a 30-day standdown of briefing motions." Id.

Considering that trial in this matter is now scheduled to take place in March 2026, see ECF Nos. 126, 128, the Court finds it appropriate to order a slightly modified briefing schedule. Accordingly, Coeymans is hereby **ORDERED** to file its responses to the pending motions filed at ECF Nos. 114 and 123 no later than **October 21, 2025**. Any replies thereto shall be filed no later than **November 4, 2025**.

The Court reserves ruling on Coeymans's request for mandatory private mediation or a settlement conference to permit Belt Line to respond to that request, if so inclined, no later than **October 16, 2025.**

The scheduling of additional hearings, if any, shall be addressed by separate order.

The Clerk is **DIRECTED** to send a copy of this Order to all counsel of record.

/s/ [signature]
Mark S. Davis
Chief United States District Judge

Norfolk, Virginia
October 8, 2025