IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division
In Admiralty

| | |
|---|---|
| In the Matter of COEYMANS MARINE TOWING, LLC D/B/A CARVER MARINE TOWING as Owner and Operator of M/T Mackenzie Rose, (IMO No. 8968765), *et al*. | Civil Action No. 2:24-cv-00490-MSD-LRL |

### JOINT MOTION TO EXTEND RESPONSE DEADLINES

Petitioner Coeymans Marine Towing, LLC d/b/a Carver Marine Towing ("Carver") and Claimants Norfolk and Portsmouth Belt Line Railroad Company ("Belt Line") and Evanston Insurance Company ("Evanston"), file this Joint Motion to Extend Response Deadlines and state the following:

1. The Belt Line shall file its Response to the Joint Motion to Dismiss (ECF 132) with Prejudice on or before October 24, 2025. Coeymans Marine Towing LLC d/b/a Carver Marine Towing and Evanston Insurance Company shall file their Reply to the Belt Line's response on or before November 7, 2025.

2. The Belt Line shall file its written Objection to the Report and Recommendation (ECF 136) on or before October 24, 2025. Any reply to the written Objection shall be filed on or before November 7, 2025.

4. Counsel for Carver and Evanston have consented to the extension of the response dates as set forth herein.

5. Except for the foregoing, no other changes are made to the Scheduling Order.

WHEREFORE, Coeymans Marine Towing, LLC d/b/a Carver Marine Towing ("Carver") and Claimants Norfolk and Portsmouth Belt Line Railroad Company ("Belt Line") and Evanston Insurance Company ("Evanston") respectfully request that the Court allow the foregoing extensions of response deadlines in accordance with the proposed Agreed Order submitted herewith.

Dated: October 16, 2025

NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY

By: */s/ James L. Chapman, IV*
James L. Chapman, IV, VSB No. 21983
W. Ryan Snow, VSB No. 47423
Mackenzie R. Pensyl, VSB No. 100012
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
mpensyl@cwm-law.com
*Counsel for Norfolk and Portsmouth Belt Line Railroad Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of October 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all registered counsel of record, and mailed to:

>James Morrissey
>4723 Baywood Drive
>Lynnhaven, FL 32444

By: */s/ James L. Chapman, IV*
James L. Chapman, IV, VSB No. 21983
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
*Counsel for Norfolk and Portsmouth Belt Line Railroad Company*