IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division
In Admiralty

| | |
|---|---|
| In the Matter of COEYMANS MARINE TOWING, LLC D/B/A CARVER MARINE TOWING as Owner and Operator of M/T Mackenzie Rose, (IMO No. 8968765), *et al*. | Civil Action No. 2:24-cv-00490-MSD-LRL |

## AGREED ORDER

Subject to any motions now pending, Petitioner Coeymans Marine Towing, LLC d/b/a Carver Marine Towing ("Carver") and Claimants Norfolk and Portsmouth Belt Line Railroad Company ("Belt Line") and Evanston Insurance Company ("Evanston"), upon their joint motion extending the response deadlines, the Court ORDERS as follows:

1. The Belt Line shall file its Response to the Joint Motion to Dismiss (ECF 132) with Prejudice on or before October 24, 2025. Coeymans Marine Towing LLC d/b/a Carver Marine Towing and Evanston Insurance Company shall file their Reply to the Belt Line's response on or before November 7, 2025.

2. The Belt Line shall file its written Objection to the Report and Recommendation (ECF 136) on or before October 24, 2025. Any reply to the written Objection shall be filed on or before November 7, 2025.

3. No other dates in the Scheduling Order shall be affected by the entry of this Order.

ENTERED: _____

Mark S. Davis
Chief Judge
United States District Court

1

SEEN AND AGREED:

| | |
|---|---|
| ___/s/ Mark C. Nanavati___ | ___/s/ Zachary M. Jett___ |
| Mark C. Nanavati, Esq. (VSB No.: 38709) | Zachary M. Jett, Esq. (VSB #93285) |
| G. Christopher Jones, Jr., Esq. (VSB No.: 82260) | BUTLER WEIHMULLER KATZ, et al |
| SINNOT, NUCKOLS & LOGAN, P.C. | 11525 North Community House Road |
| 13811 Village Mill Drive | Suite 300 |
| Midlothian, Virginia 23114 | Charlotte, North Carolina 28277 |
| (804) 893-3866 (Nanavati) | (704) 543-2321 (Telephone) |
| (804) 893-3862 (Jones) | (704) 543-2324 (Facsimile) |
| (804) 378-2610 (Facsimile) | zjett@butler.legal |
| mnanavati@snllaw.com | *Counsel for Evanston Insurance Company,* |
| cjones@snllaw.com | *a/s/o Norfolk and Portsmouth Belt Line* |
| *Counsel for Evanston Insurance Company* | *Railroad Company* |
| *a/s/o Norfolk and Portsmouth Belt Line* | |
| *Railroad Company* | |
| | |
| *s/ James L. Chapman IV* | *s/ Michael Roman* |
| James L. Chapman, IV, VSB No. 21983 | Michael Roman, Esq. |
| W. Ryan Snow, VSB No. 47423 | Dawn Johnson, Esq. |
| Mackenzie R. Pensyl VSB No. 100012 | Siobhan Murphy, Esq. |
| CRENSHAW, WARE & MARTIN, P.L.C. | CLYDE & CO US LLP |
| 150 W. Main Street, Suite 1923 | 30 S. Wacker Drive, Ste 2600 |
| Norfolk, Virginia 23510 | Chicago, IL 60606 |
| Telephone (757) 623-3000 | Tel No.: (312) 635-6971 |
| Facsimile: (757) 623-5735 | Fax No.: (312)635-6950 |
| jchapman@cwm-law.com | Michael.Roman@clydeco.us |
| wrsnow@cwm-law.com | Dawn.Johnson@clydeco.us |
| mpensyl@cwm-law.com | Siobhan.murphy@clydeco.us |
| *Attorneys for Norfolk and Portsmouth Belt Line Railroad Company* | *Attorneys for Coeymans Marine Towing, LLC, d/b/a Carver Marine Towing* |