IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division
In Admiralty

| | |
|---|---|
| In the Matter of COEYMANS MARINE TOWING, LLC D/B/A CARVER MARINE TOWING as Owner and Operator of M/T Mackenzie Rose, (IMO No. 8968765), *et al*. | Civil Action No. 2:24-cv-00490-MSD-LRL |

### RESPONSE TO CARVER'S DEMAND FOR SECOND MEDIATION

Claimant/Respondent, Norfolk and Portsmouth Belt Line Railroad Company ("Belt Line") files this Response to Carver's Motion to Modify Briefing Schedules (ECF 131), and the demand for second mediation therein, and states as follows:

1. On October 2, 2025, Carver filed a motion requesting *inter alia* that the Court order Carver and the Belt Line to participate in a second mediation or settlement conference. ECF 131 at 4.

2. On October 8, 2025, this Court entered an Order, permitting the Belt Line to respond to Carver's demand for a second mediation by October 16, 2025. ECF 140 at 2.

3. On September 4, 2025, the Belt Line, Evanston, and Carver attended a full day private mediation with Carver's chosen mediator, Hon. Thomas S. Shadrick (Ret.), but were unable to reach a resolution.

4. In its subsequent filings, Carver has chosen to disclose the details of its settlement discussions with Evanston in a way that may be prejudicial to the Belt Line.

5. The Belt Line does not see the utility of the time and expense of an additional private mediation or a settlement conference.

6.  Should the Court order a Settlement Conference, the Belt Line respectfully requests that the conduct of such conference be assigned to a Magistrate Judge other than Magistrate Judge Leonard, as he has already ruled on four motions in this matter and has had seven other motions referred to him.

Dated: October 16, 2025

NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY

By:    */s/ James L. Chapman, IV*
James L. Chapman, IV, VSB No. 21983
W. Ryan Snow, VSB No. 47423
Mackenzie R. Pensyl, VSB No. 100012
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
mpensyl@cwm-law.com
*Counsel for Norfolk and Portsmouth Belt Line Railroad Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of October 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all registered counsel of record, and mailed to:

James Morrissey
4723 Baywood Drive
Lynnhaven, FL 32444

By:    */s/ James L. Chapman, IV*
James L. Chapman, IV, VSB No. 21983
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
*Counsel for Norfolk and Portsmouth Belt Line Railroad Company*