**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

| | |
|---|---|
| In the Matter of COEYMANS MARINE TOWING, LLC d/b/a CARVER MARINE TOWING, as Owner and Operator of the *M/T Mackenzie Rose*, (IMO No. 8968765), *et al.* | Civil Action No. 2:24-cv-00490-MSD LRL |

**PETITIONER'S AGREED MOTION FOR AN EXTENSION OF TIME**
**AND MODIFICATION OF BRIEFING SCHEDULE ON**
**CLAIMANT NORFOLK'S MOTION *IN LIMINE* #3 (ECF 134-135)**

Petitioner Coeymans Marine Towing, LLC d/b/a Carver Marine Towing ("Carver") respectfully moves with agreement for a seven (7) day extension of time to respond to Claimant Norfolk and Portsmouth Railroad Company's ("Belt Line") Motion *in Limine* #3 To Preclude Efforts on Depreciation and Bar R.L. Banks experts (ECF 134-35). In support of its motion, Petitioner states as follows:

1. Carver requests an extension of time to October 24, 2025 to file its Response to Claimant's Motion in *Limine* #3 filed at ECF 134 and ECF 135 due to the press of other business and counsel's travel for family obligations.

2. Belt Line's and Evanston's deadline to file the Reply in Support of Motion *in Limine* #3 shall be modified and reset to November 3, 2025.

3. Counsel for Carver, Norfolk and Evanston Insurance Company have conferred regarding Carver's request. Norfolk and Evanston consent to Carver's request for an extension and modification of the briefing schedule.

4. Except for the foregoing, no changes to the Scheduling Order are requested. This motion is brought in good faith and not for purposes of undue delay.

1

WHEREFORE, Petitioner respectfully requests that the Court grant this motion and modify the briefing schedule for dispositive motions as set forth herein.

Respectfully submitted by,

Dated: October 17, 2025

**CLYDE & CO US LLP**

/s/ *Harold L. Cohen*
Harold L. Cohen  (VSB No.:98148)
1221 Brickell Avenue, Suite 1600
Miami, FL  33131
Tel: 305-446-2646
Fax: 305-441-2374
Email: harry.cohen@clydeco.us;
James H. Rodgers*
Clyde & Co US LLP
45 Lexington Avenue, 16th Floor
New York, NY 10174
Phone: (212) 702-6771
Email: james.rodgers@clydeco.us

Michael J. Roman*
Dawn L. Johnson
Siobhan M. Murphy*
Clyde & Co US LLP
30 South Wacker Drive, Suite 2600
Chicago, IL 60606
Phone: (312) 635-7000
Email: michael.roman@clydeco.us
dawn.johnson@clydeco.us
Siobhan.murphy@clydeco.us
**pro hac vice*

**Seen and Agreed:**

/s/ Mark C. Nanavati

Mark C. Nanavati, Esq. (VSB No.: 38709)
G. Christopher Jones, Jr., Esq. (VSB No.: 82260)
SINNOT, NUCKOLS & LOGAN, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
(804) 893-3866 (Nanavati)
(804) 893-3862 (Jones)
(804) 378-2610 (Facsimile)
mnanavati@snllaw.com
cjones@snllaw.com
*Counsel for Evanston Insurance Company a/s/o Norfolk and Portsmouth Belt Line Railroad Company*

/s/ Zach M. Jett

Zachary M. Jett, Esq. (VSB #93285)
BUTLER WEIHMULLER KATZ, et al
11525 North Community House Road
Suite 300
Charlotte, North Carolina 28277
(704) 543-2321 (Telephone)
(704) 543-2324 (Facsimile)
zjett@butler.legal
*Counsel for Evanston Insurance Company, a/s/o Norfolk and Portsmouth Belt Line Railroad Company*

/s/ *James L. Chapman, IV*

James L. Chapman, IV, VSB No. 21983
W. Ryan Snow, VSB No. 47423
Mackenzie R. Pensyl VSB No. 100012
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
mpensyl@cwm-law.com
*Attorneys for Norfolk and Portsmouth Belt Line Railroad Company*

/s/ *Harold L. Cohen*

Harold L. Cohen (VSB No. 98148)
1221 Brickell Ave., Ste. 160
Miami FL 33131
CLYDE & CO US LLP
Tel: 305-446-2646
Fax: 305-441-2374
harry.cohen@clydeco.us
*Counsel for Petitioner Coeymans Marine Towing, LLC*

3

**CERTIFICATE OF SERVICE**

       I hereby certify that on October 17, 2025, a true and correct copy of the foregoing document was filed using the Court's CM/ECF system, which will serve all counsel of record by electronic mail as follows:

Mark C. Nanavati, Esq. (VSB No.: 38709)
G. Christopher Jones, Jr., Esq. (VSB No.: 82260)
SINNOT, NUCKOLS & LOGAN, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
(804) 893-3866 (Nanavati)
(804) 893-3862 (Jones)
(804) 378-2610 (Facsimile)
mnanavati@snllaw.com
cjones@snllaw.com
*Counsel for Evanston Insurance Company a/s/o Norfolk and Portsmouth Belt Line Railroad Company*

James L. Chapman, IV, VSB No. 21983
W. Ryan Snow, VSB No. 47423
Mackenzie R. Pensyl VSB No. 100012
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
mpensyl@cwm-law.com
*Attorneys for Norfolk and Portsmouth Belt Line Railroad Company*

Zachary M. Jett, Esq. (VSB No.: 93285)
BUTLER WEIHMULLER KATZ, et al
11525 North Community House Road
Suite 300
Charlotte, North Carolina 28277
(704) 543-2321 (Telephone)
(704) 543-2324 (Facsimile)
zjett@butler.legal
*Counsel for Evanston Insurance Company, a/s/o Norfolk and Portsmouth Belt Line Railroad Company*

                      */s/ Harold L. Cohen*