**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

| | |
|---|---|
| In the Matter of COEYMANS MARINE TOWING, LLC d/b/a CARVER MARINE TOWING, as Owner and Operator of the *M/T Mackenzie Rose*, (IMO No. 8968765), *et al.* | Civil Action No. 2:24-cv-00490-MSD LRL |

## AGREED ORDER

The Court, having reviewed Petitioner Coeymans Marine Towing, LLC's Agreed Motion for an Extension of Time and Modification of the Briefing Scheduling on Claimant Norfolk and Portsmouth Railroad Company's Motion *in Limine* #3 filed at ECF 134-35, hereby ORDERS as follows:

1. Petitioner Carver shall file its Response to Claimants' Motion *in Limine* #3 (ECF 134-135) on or before October 24, 2025.

2. Claimants Belt Line and Evanston shall file their Replies in Support of Motion *in Limine* #3 (ECF 134-35) on or before November 3, 2025.

3. Except for the foregoing, no other changes are made to the scheduling orders.

_____
Mark S. Davis
Chief Judge
United States District Court

**Seen and Agreed:**

**Seen and Agreed:**

/s/ Mark C. Nanavati

Mark C. Nanavati, Esq. (VSB No.: 38709)
G. Christopher Jones, Jr., Esq. (VSB No.: 82260)
SINNOT, NUCKOLS & LOGAN, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
(804) 893-3866 (Nanavati)
(804) 893-3862 (Jones)
(804) 378-2610 (Facsimile)
mnanavati@snllaw.com
cjones@snllaw.com
*Counsel for Evanston Insurance Company a/s/o Norfolk and Portsmouth Belt Line Railroad Company*

/s/ Zach M. Jett

Zachary M. Jett, Esq. (VSB #93285)
BUTLER WEIHMULLER KATZ, et al
11525 North Community House Road
Suite 300
Charlotte, North Carolina 28277
(704) 543-2321 (Telephone)
(704) 543-2324 (Facsimile)
zjett@butler.legal
*Counsel for Evanston Insurance Company, a/s/o Norfolk and Portsmouth Belt Line Railroad Company*

/s/*James L. Chapman, IV*

James L. Chapman, IV, VSB No. 21983
W. Ryan Snow, VSB No. 47423
Mackenzie R. Pensyl VSB No. 100012
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
 mpensyl@cwm-law.com
*Attorneys for Norfolk and Portsmouth Belt Line Railroad Company*

/s/ *Harold L. Cohen*

Harold L. Cohen (VSB No. 98148)
1221 Brickell Ave., Ste. 160
Miami FL 33131
CLYDE & CO US LLP
Tel: 305-446-2646
Fax: 305-441-2374
harry.cohen@clydeco.us
*Counsel for Petitioner Coeymans Marine Towing, LLC*

2