IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division
In Admiralty

| | |
|---|---|
| In the Matter of COEYMANS MARINE TOWING, LLC D/B/A CARVER MARINE TOWING as Owner and Operator of M/T Mackenzie Rose, (IMO No. 8968765), *et al.* | Civil Action No. 2:24-cv-00490-MSD-LRL |

## ORDER

Upon the joint motion, ECF No. 142, of Petitioner Coeymans Marine Towing, LLC d/b/a Carver Marine Towing ("Carver") and Claimants Norfolk and Portsmouth Belt Line Railroad Company ("Belt Line") and Evanston Insurance Company ("Evanston"), the Court **ORDERS** as follows:

1. The Belt Line shall file its Response to the Joint Motion to Dismiss with Prejudice, ECF No. 132, on or before October 24, 2025. Coeymans Marine Towing LLC d/b/a Carver Marine Towing and Evanston Insurance Company shall file their Reply to the Belt Line's response on or before November 7, 2025.

2. The Belt Line shall file its written Objection to the Report and Recommendation, ECF No. 136, on or before October 24, 2025. Any reply to the written Objection shall be filed on or before November 7, 2025.

3. No other dates in the Scheduling Order shall be affected by the entry of this Order.

DATED: October 21, 2025

/s/ MSD
Mark S. Davis
Chief Judge
Mark S. Davis
Chief Judge
United States District Court