# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division
In Admiralty

| | |
|---|---|
| In the Matter of COEYMANS MARINE TOWING, LLC D/B/A CARVER MARINE TOWING as Owner and Operator of M/T Mackenzie Rose, (IMO No. 8968765) her cargo, engines, boilers, tackle, equipment, apparel, and appurtenances, etc., *in rem*, ("M/T MACKENZIE ROSE"), petitioning for Exoneration from or Limitation of Liability in allision with Norfolk and Portsmouth Belt Line Railroad Company Main Line Railroad Bridge (the "Bridge") occurring June 15, 2024 in and about the Elizabeth River, Virginia. | Civil Action No: 2:24-cv-00490 |

## Declaration of Sam Stephenson

I, Sam Stephenson, am over the age of 18 years and declare under penalty of perjury as follows:

1. I am a licensed Master Mariner in the U.S. Merchant Marine (unlimited tonnage, any oceans), a Senior Port Everglades State Harbor Pilot, and a Port Everglades First Class Federal Pilot.

2. I have been a maritime operations expert with regard to maritime issues since 1999.

3. I have been retained by defendant Carver Marine Towing as a specially retained expert in the above-captioned lawsuit set forth in the attached Disclosure of Expert Witnesses. **Exhibit A.** As a specially retained expert witness, I have provided a written report with my opinions and conclusions, a copy of which is attached hereto as **Exhibit B**. On August 11, 2025 I provided testimony under oath regarding the opinions and conclusions set forth in my written report. A copy of my deposition transcript is attached as **Exhibit C**.

4. On September 26, 2025, the NTSB released a transcript of Capt. James Morrissey's interview conducted June 26, 2024, along with transcripts of interviews with the other crew members and Carver General Manager Brian Moore and Port Captain Leonard Baldassare, all of which were interviewed shortly after the allision by United State Coast Guard, NTSB, and questioned by counsel for the parties in this lawsuit.

5. I have reviewed each of the transcripts referenced above, and my conclusions and opinions remain the same as set forth in my June 8, 2025 written report and my August 11, 2025 deposition.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 20th of October 2025, Boca Raton, Florida.

*[signature]*

**Sam Stephenson**

Under penalties provided by law pursuant to 28 U.S.C. § 1746, I, Sam Stephenson certify that the statements set forth in this Affidavit are true and correct, except as to matters therein stated to be on information and belief, and as to such matters I certify that I verily believe the same to be true.