# Exhibit 5

**From:** Moss, Cannon <Cannon.Moss@nscorp.com>
**Sent:** Monday, July 8, 2024 2:37 PM
**To:** Williams, Angie <angela_williams@csx.com>; Hoffman, David <David_Hoffman2@csx.com>; Boyle, Ed F. <Ed.Boyle@nscorp.com>; Zampi, Jason <Jason.Zampi@nscorp.com>; Lafferty, Joshua E. <Joshua.Lafferty@nscorp.com>
**Cc:** Sears, Rachael <Rachael.Sears@nscorp.com>; Jim Chapman (jchapman@cwm-law.com) <jchapman@cwm-law.com>; W. Ryan Snow <wrsnow@cwm-law.com>
**Subject:** NPBL Bridge Update 7.8.24

NPBL Board:

Our engineers (Hardesty & Hanover) have completed their inspection and provided our contractor (PCL) with the list of temporary and permanent repairs as well as the sequence of these repairs.

- We have two of the three temporary spans in place.
- PCL and their engineers are finalizing design the final span that will end up supporting the main tower structure. We'll hopefully have that built by mid next week.
- H&H is continuing to work on the design work for the permanent structures.
- We have an updated method where we will plan to replace the damage sections with permanent structures then realign the bridge, which should be more efficient and provide a better product once completed.
- PCL is working on getting me an estimated timeline and budget now that they have a complete list of repairs.

A few other notes.

We're going to be removing most of the rail and large sections of ties to fix the bridge. We had planned to re-deck and re-rail the MLB in 2027. It would make sense to do this on the west side of the bridge now, since we're going through the effort of pulling everything off. I'm getting pricing for new rail and a complete tie replacement on the west section of the bridge. Whatever insurance doesn't cover can be run under one of our grants from the state.

After the collision, the counterweight of the bridge shifted and cause some damage to the cables and guide rails on the west side. The cables were replaced in 1983. It's a big deal to re-tension the cables so when we do that, we should consider replacing all 48 cables. There's a 6-month lead time for cables; however, the engineers believe we can operate the bridge with the weight out of tension for a short amount of time. Whatever insurance doesn't cover can be run under our MLB grant from the state.

Of course, we're going to continue working with our insurance broke to make sure whatever we can get covered by insurance, we do.

Please let me know if you have any questions.

Cannon

NPBL002712