# Exhibit 8



# Norfolk & Portsmouth Belt Line Railroad
## Mechanical Inspection Report
## Draft Submission For NPBL Review – October 2024

**Inspections Performed by: Hardesty & Hanover**

Exhibit
Swanson 7



## Executive Summary

This report summarizes Hardesty & Hanover's (H&H) field notes and observations from a mechanical inspection performed on 6/4/2024-6/5/2024, prior to the barge impact causing extensive damage to the bridge, as well as findings to date for the mechanical systems post-barge impact. The primary goal of the initial inspection was to determine the source of hard contact between the guides and guiderails for the west tower counterweight. As part of this inspection, H&H performed balance testing and inspected the main drive machinery.

Based on the inspection findings, H&H has the following recommendations:
1. Replace the existing 10" thruster brake with a 19" thruster brake. The existing motor brake is significantly undersized and has been adjusted well beyond its rated torque.
2. Replace the counterweight ropes. In the 1983 counterweight rope replacement, all of the counterweight ropes were replaced but only 2 tower sheaves were replaced. Given the current condition of the counterweight sheave grooves and the limited hub material available to be machined to recondition the sheave grooves, it is recommended that all 4 counterweight sheaves and trunnion shafts be replaced as part of this work. The ropes should be replaced in the next 5 years, however with the Contractor currently mobilized, consideration should be given to replacing the ropes in the near term. Care should be taken to specify ropes of a similar weight/construction given the lack of auxiliar counterweights / balance chains.
3. If the counterweight ropes and sheaves are not replaced in the near term, perform ultrasonic testing on all of the counterweight sheave trunnion shafts.
4. Repair auto-lubrication system for the counterweight trunnions.
5. Lubricate the counterweight ropes using Vitalife or similar wire rope lubricant. If desired, H&H could design an auto-lubrication system for the counterweight ropes.
6. Consider installation of an auxiliary counterweight or balance chains to at least partially balance out the uneven counterweight rope weight. This would reduce wear/tear on the machinery and decrease the likelihood of future mechanical failures, similar to the ones previously experienced (bevel gear failures, operating rope failures, etc). If desired, H&H could evaluate the feasibility of auxiliary counterweights and/or balance chains.
7. The span balance was as well-adjusted as possible, given the lack of auxiliary counterweighting. Care should be taken when performing work on the lift span to maintain the current balance condition.
8. If the main drive machinery gets rehabilitated in the future, replace the asbestos band brake with a modern thruster brake. With the condition of the existing machinery and the limited available space, options for replacing the existing brake are limited. If desired, H&H could evaluate alternatives for replacing the asbestos band brake. Correct excessive bearing clearances as part of any rehabilitation work.
9. Consider access improvements including better/safer access when stepping from the span to the counterweight, as well access improvements when moving from the ladder to the span when the bridge is in the fully raised position. Repair loose ladder cages.
10. Consider the installation of a buffer/hard stop to prevent the span from being able to overtravel.
11. Perform M&E inspection once the tower is realigned to verify machinery/ctwt alignment and to confirm the electrical systems are still functioning as intended.



## Mechanical Inspection

***Counterweight Guides***

The west counterweight is currently skewed due to uneven rope stretch between sheaves, see Photo M1. There are provisions to shim the counterweight ropes to adjust tensions, however either the span or counterweight would have to be jacked in order to adjust the shims. This would be performed with the span in the lowered position, so a marine outage would be required. The power lines mounted to both sides of the bridge also add to the difficulty of performing this work.

The east counterweight had minimal skew. The counterweight was found to be closer to the North guide, however no operational issues were observed.

***Span Balance***

According to the 1941 American Railway Engineering Association Specifications for Movable Railway Bridges, "In vertical lift bridges, the counterweight ropes shall be balanced by chains unless otherwise specified". In the current AREMA Manual for Railway Engineering (MRE), Section 6.2.3 states "for vertical lift bridges having a vertical movement exceeding 40 feet, the counterweight ropes should be balanced by auxiliary counterweights or other devices unless specified. Rope unbalance shall be considered when sizing the operating machinery". The bridge has a normal lift height of 135'-6". Given the requirements from when the bridge was built and the lift height, it is unusual to not have balance chains or a similar means of balancing the operating ropes.

Span balance testing was performed. In general, the span balance is as good as practical given the large, unbalanced wire rope loads. The bridge operator mentioned that there are plans to replace the rails/ties in the near term. Given that new ties are heavier, it is recommended that the span be rebalanced as part of this work. As the ties dry, a subsequent balance adjustment should be performed.

Note that the current AREMA MRE, Section 6.2.4 states that span locks shall be provided on vertical lift bridges normally left in the open position. Given the large imbalance with the bridge in the fully raised position (counterweight heavy), in lieu of a span lock, consideration should be given to providing a stop to prevent overtravel in the event of a brake failure.

***Counterweight Trunnions***

The 2019 Mechanical and Electrical inspection report stated that the trunnion bearing covers were not removed for the inspection. On older vertical lift bridges, the counterweight trunnion shafts are known to frequently have fatigue issues. The AREMA Bridge Inspection Handbook, Chapter 10, states "the sheave shafts commonly have a reduction in diameter at the interface with the sheave hub. An in-depth inspection is needed at a determined interval based on age, details and bridge cycles to ultrasonically look for cracks in the shaft".





**TOWER SHEAVE SHAFTS**

4 reqd - Forged steel.
Scale 1"=1'-0"
Assemble with sheaves in shop.
See details of tower bearings for matchmarking requirements.

H&H performed hardness testing on one of the sheave shafts and determined the ultimate tensile strength is approximately 90 ksi. H&H performed rope tension testing to determine actual loads on the trunnion shafts. With the ultimate tensile strength and rope tensions, H&H performed fatigue calculations and found that there is a fatigue concern at the fillets of the trunnion shafts. It is recommended that ultrasonic testing be performed to confirm there are no cracks in the counterweight trunnions.

H&H opened several trunnion caps and found that the trunnion shafts have considerable scoring, see Photo M2. It was noted that the west auto-lubrication system may not be functional. The east auto-lubrication system was observed to operate when the lever arm limit switch was made. In both towers, it was noted that the auto-lubrication system was doing a poor job of lubricating the trunnion shafts.

***Counterweight Ropes***

The counterweight ropes were observed to have inadequate lubrication, surface corrosion, and abrasive crown wear, see Photo M3. The counterweight ropes are nearing the end of their useful life. Based on the wear observed, H&H recommends planning on a counterweight rope replacement in the next 5 years.

***Counterweight Sheaves***

For a new sheave, the grooves are generally at least 5% larger in diameter than the nominal rope size. New ropes can range from nominal size to up to 5% oversized. Having sheave grooves at least 5% over the rope size ensures that the wire rope is not pinched. Over time, the diameter of the wire rope decreases and wears into the sheave. When the sheave groove is less than 2.5% over the nominal rope size, the sheave is no longer able to accommodate new standard wire ropes. The counterweight sheave grooves were inspected with groove gages. It was found that there was daylight under the “worn sheave gage”, indicating that the sheaves can no longer accommodate a new standard wire rope, see Photo M4. Generally, the sheave grooves would be machined to accommodate the new rope, however based on the original design, the is fairly thin by modern standards, so there may be insufficient material available to machine the grooves.



Another option would be to evaluate whether the wire rope manufacturer could make custom ropes to suit the existing worn grooves, however, uneven wear was observed in the sheave grooves, so a poor load share between ropes can be expected. Given the fatigue concerns with the counterweight trunnions, the ideal solution would be to replace the counterweight sheaves as part of the wire rope replacement.

***Brakes***

The existing motor brake is a 10" thruster brake. Per the manufacturer, these brakes are generally rated for up to 330 ft-lbf. The brake in use appears to be a custom brake with an increased rating of 500 ft-lbf. The brake is missing the lower supports and is currently set well beyond the scale (see Photos M5 and M6). While the 500 ft-lbf matches what was shown on the original plans as the set-point, the actual brake size was intended to be significantly larger, with a peak rating of 1600 ft-lbf at intermittent duty. It is recommended that the motor brake be increased to a 19" thruster brake. This will have sufficient braking torque while not imposing stresses on the machinery that exceed those of the drive motor.

The machinery brakes were originally hand operated, and subsequently retro-fit with a hydraulic cylinder to allow remote operation. The original asbestos pads are still present. Poor contact was observed, see Photo M7.

***Access***

Currently the bridge is stuck in the fully raised position as emergency repairs are performed. In order to access the machinery, someone must climb approximately 196' of ladders, followed by climbing down another 60' of ladders. There is a location that would allow access at the current fully raised position, however the safety line is loose, see Photo M8. Consideration should be given to improving the access at this location as well as where maintenance crews step from the movable span to the counterweight.

**Recommendations**

***Immediate Repairs:***

- Replace the undersized 10" motor brake with a larger 19" thruster brake.
- Unless the wire ropes and counterweight sheaves are replaced in the near term, perform ultrasonic testing of the counterweight trunnions.
- Clean counterweight trunnion shafts, including grease passages, and ensure that the auto-lubrication system is adequately pumping grease to all trunnions. We recommend manually applying fresh grease to the trunnions during this work.
- Lubricate counterweight ropes and operating ropes with Vitalife or similar lubricant.

***Short Term (0-5 years):***

- Replace counterweight ropes and counterweight sheaves.

***Additional Recommendations to Consider:***

- Consider adding auxiliary counterweights or balance chains to reduce the operating loads and extend the life of the operating machinery.
- Consider adding a buffer / stop to prevent span overtravel.
- Consider adding an auto-lubrication system for the counterweight ropes.
- Evaluate replacing the machinery brake with a more modern thruster brake.
- Based on the findings of the ultrasonic inspection, further recommendations can be provided to improve the counterweight trunnion shaft fatigue life.
- Install a platform to allow easier/safer movement between span and counterweight.
- Install walkway to allow access from the ladder to the span when the span is in the fully raised position.



**Photographs**

Photo M1 – West Counterweight Hanging out an Angle





Photo M2 – Southwest Inboard Trunnion Bearing with Significant Scoring (Typ)





Photo M3 – Wire Ropes with Dry Lubricant, Corrosion, and Approximately 50% Crown wear through the Outer Wires




**Photo M4 – Main Counterweight Sheave Grooves Measured with a Worn Groove Gage**

**Note the gap between the gage and the sheave groove indicates a worn groove.**




**Photo M5 – Missing Supports under the Motor Brake**





Photo M6 – Motor Brake set off of the Scale



H&H

Photo M7 – Poor Asbestos Pad Contact for the Machinery Brake





**Photo M8 – Picture Taken from the West Tower Adjacent to the Lift Span in the Fully Raised Position. The Safety Line was too Loose to be Safely Used.**



**Appendix A – Balance Report (to be included with future submissions)**