# Exhibit 9

# Norfolk & Portsmouth Belt Line Railroad Co.

## Main Line

### Annual Inspection 01/24/2024

| Location/Access: |
|---|

Town or Station: Portsmouth      State: VA

GPS: N 36 48.6543 W 76 17.4983

**Access Notes:** T - Truck
**Bridge Notes:** Previously Noted in Reports as Bridge IE-05

| Track/Bridge Information: |
|---|

Bridge/Track: Curve          Number of Tracks: 1

Superelevated: No            Superelevation Direction:

Mile Increase: North to South   Members Numbered From: East



**Bridge SBER Section 1**

| Bridge Description: |
|---|

Super/Type: DPG              Sub Type: Concrete

Deck: Open                   Year Built: 1950

Number of Spans: 3           Section Length: 165

Maximum Height: 10'          Skewed: No

Guard Rail: No               Utilities Present: No

Walkway: Yes                 Walkway Location:

| Site Condition: | Action Required: |
|---|---|

Feature Crossed: Elizabeth River        Requires Bridge Engineer Review: No

Maximum Water Depth: 0                  Underwater Inspection Required: Yes

Scour Susceptible: Yes                  Snooper Truck Required: No

Drift: No          Priority:

Vegetation: No     Priority:

Rail: Jointed

Lead Inspector: T. Bennett

Date Approved: 02/16/2024

EXHIBIT

7

**Norfolk & Portsmouth Belt Line Railroad Co.**

**Inspection Summary**                                                           Line: Main Line

| | |
|---|---|
| **Bridge Name: Lift Bridge** | **Bridge # SBER** |
| **Milepost: 0.00** | **Section: 1** |
| **Type: DPG** | **Location: Portsmouth, VA** |
| **Inspection Date(s): 01/24/2024** | **Inspector: T. Bennett, G. Grumke** |
| **Inspection Type: Annual** | **Critical Review By RBE: No** |

*Bridge in a curve.*

| Findings: | Finding Notes: |
|---|---|
| Abutment 1 | Ballast on seat |
|     Bearings | Bearing shoes have 5-10% section loss |
| | Anchor nuts and bolts are corroded |
| | |
| Concrete Pier 1 | |
|     Bearings | Bearing shoes have 5-10% section loss |
| | Anchor nuts and bolts are corroded |
| | |
| Span 1 | |
|     Girders | Web corrosion at all intermediate stiffener bottom 10" locations |
| | Top cover plates have minor pitting |
| | Girder 1 bottom cover plate rivet heads are severely corroded with up to 100% section loss to heads on the first 21' of cover plate |
| | Girder 2 has a 1"x1.5" hole in web at 2nd intermediate stiffener |
| | Girder 2 web has small pin holes at bottom of middle stiffener between crossframes 1 & 2 |
| | |
| | Girder 2 at Abutment 1 inboard bottom cover plate and flange angle has 30-40% section loss out 24" |
|     Bracing | Heavy pack rust and debris on top gusset plates, plates have 25-30% section loss |
| | Crossframe 2 bottom strut has moderate section loss |
| | |
| Span 2 | |
|     Girders | Bottom cover plates and rivets at the first 6' out from Pier 1 are severely corroded with up to 100% section loss to heads and 25% section loss to cover plates |
| | Top cover plates have minor pitting |
| | Girder 2 has a previous repair to web in first panel |
| | Girder 2 first 6' of interior bottom flange has 40% section loss with missing rivets |
| | Girder 2 1st interior stiffener has 100% section loss to bottom 6" |
|     Bracing | Heavy pack rust and debris on top gusset plates, plates have 25-30% section loss |
| | 1st Crossframe both bottom gusset plates, bottom strut and bottom vertical gusset at girder 2 are heavily corroded |
| | 1st Bottom lateral brace is heavily corroded and bent |
| | 2nd Bottom gusset plate on girder 2 has heavy section loss |
| | One bent bottom lateral brace between crossframes 2 & 3 |

**Norfolk & Portsmouth Belt Line Railroad Co.**

**Inspection Summary**                                                                   Line: Main Line

| | |
|---|---|
| **Bridge Name: Lift Bridge** | **Bridge # SBER** |
| **Milepost: 0.00** | **Section: 1** |
| **Type: DPG** | **Location: Portsmouth, VA** |
| **Inspection Date(s): 01/24/2024** | **Inspector: T. Bennett, G. Grumke** |
| **Inspection Type: Annual** | **Critical Review By RBE: No** |

**Bridge in a curve.**

Span 3
    Girders          Top cover plates have minor pitting
                         Bottom cover plates and rivets at the first 6' out from Pier 2 are severely corroded with up to 100% section loss to heads and 25% section loss to cover plates
                         Girder 2 first 5' of interior bottom flange out from Pier 2 has 20% section loss with severe section loss to rivet heads (up to 100% section loss to heads)

    Bracing          Heavy pack rust and debris on top gusset plates, plates have 25-30% section loss
                         Severe section loss to bottom gussets at 1st crossframe
                         Heavy corrosion to 1st bottom lateral brace

| | |
|---|---|
| Approach | Low |
| Ties | OK (4 exceptions) |
| Parapet Tie | OK |
| Guard Timber | OK |
| Walkway | OK |
| Handrail | OK |

## Recommended Work:

| Item# | Priority | Repair Description |
|---|---|---|
| 1 | 3 | Replace:<br>    Anchor bolts on Pier 1<br>    Anchor bolts on Abutment 1 |
| 2 | 3 | Repair:<br>    1st Crossframe in Span 2 |
| 3 | 3 | Replace:<br>    Top Gusset plates in Span 1<br>    Top Gusset plates in Span 2<br>    1st Bottom lateral brace in Span 2<br>    2nd Bottom gusset plate at girder 2 in Span 2<br>    Top Gusset plates in Span 3<br>    Bottom gussets at 1st crossframe in Span 3<br>    1st Bottom lateral brace in Span 3 |
| 4 | 3 | Repair:<br>    Girder 1 bottom cover plate in Span 1<br>    Web hole at 2nd intermediate stiffener in Girder 2 in Span 1<br>    Both Girder bottom cover plates in Span 2<br>    Girder 2 interior bottom flange angle in Span 2<br>    Both Girders bottom cover plate in Span 3<br>    Girder 2 interior bottom flange angle in Span 3 |
| 5 | 3 | Add ballast and tamp up approach |

## Completed Work:

**Koppers Railroad Structures Inc.**

NPBL002175

Date Created: 01/25/2024
Date Printed: 03/11/2024

**Norfolk & Portsmouth Belt Line Railroad Co.**

**Inspection Summary**                                                    **Line: Main Line**

<span style="color:red">**Bridge in a curve.**</span>

| | |
|---|---|
| **Bridge Name: Lift Bridge** | **Bridge # SBER** |
| **Milepost: 0.00** | **Section: 1** |
| **Type: DPG** | **Location: Portsmouth, VA** |
| **Inspection Date(s): 01/24/2024** | **Inspector: T. Bennett, G. Grumke** |
| **Inspection Type: Annual** | **Critical Review By RBE: No** |

Date            Item#    Repair Description

# Norfolk & Portsmouth Belt Line Railroad Co.



Bridge SBER Section 1 Deck View



Bridge SBER Section 1 View from Below



Bridge SBER Section 1 Typical Abutment



Bridge SBER Section 1 Typical Pier

# Norfolk & Portsmouth Belt Line Railroad Co.



Bridge SBER Section 1 Typical Span

**Norfolk & Portsmouth Belt Line Railroad Co.**

Line: Main Line

Structure Report

| | |
|---|---|
| **Bridge # SBER** | |
| Milepost: 0.00 | Section: 1 |
| Type: DPG | Location: Portsmouth, VA |
| Inspection Date(s): 01/24/2024 | Inspector: T. Bennett, G. Grumke |
| Inspection Type: Annual | Critical Review By RBE: No |

### Substructure

| Structure | Member | Priority/Status | Remarks | Dimensions (WxDxL) |
|---|---|---|---|---|
| Abutment 1 | | 4 | Ballast on seat | 2' |
| | Bearings | 3 | Bearing shoes have 5-10% section loss<br><br>Anchor nuts and bolts are corroded | |
| Concrete Pier 1 | | | | 2' |
| | Bearings | 3 | Bearing shoes have 5-10% section loss<br><br>Anchor nuts and bolts are corroded | |
| Concrete Pier 2 | | OK | | 2' |
| | Bearings | OK | | |

### Superstructure

| Structure | Member | Priority/Status | Remarks | Dimensions (WxDxL) |
|---|---|---|---|---|
| Span 1 | | | | 55'-0" |
| | Girders | 3 | Web corrosion at all intermediate stiffener bottom 10" locations<br><br>Top cover plates have minor pitting<br><br>Girder 1 bottom cover plate rivet heads are severely corroded with up to 100% section loss to heads on the first 21' of cover plate<br><br>Girder 2 has a 1"x1.5" hole in web at 2nd intermediate stiffener<br><br>Girder 2 web has small pin holes at bottom of middle stiffener between crossframes 1 & 2<br><br>Girder 2 at Abutment 1 inboard bottom cover plate and flange angle has 30-40% section loss out 24" | |
| | Bracing | 3 | Heavy pack rust and debris on top gusset plates, plates have 25-30% section loss<br><br>Crossframe 2 bottom strut has moderate section loss | |
| Span 2 | | | | 55'-0" |

| | | | | |
|---|---|---|---|---|
| CN - Cornering | G/L - Groundline Area | P/W - Heavy Duty Pile Wrap | SR - Shell Rot | Mileage Increases from: North |
| CR- Crushing | H - Heart | PE - Possible Exception | ST - Shell Thickness | |
| D/P - Drift Pin | HS - (Cap) Heart Separation | PP - Previously Posted | V - Void | Members are Numbered From: East |
| DP - Decay Pocket | HS - (Stringer) Horizontal Shear | RS - Ring Separation | VE - Visual Exception | |
| DR - Decay Ring | MD - Mechanical Damage | S - Min. or Max Shell | VS - Vertical Split | |
| E - Exception | O/W - OsmoWeld | SLCR - Slight Crushing | WPH - Wood Pecker Hole | *(Railroad Directions)* |

**Norfolk & Portsmouth Belt Line Railroad Co.**

**Line: Main Line**

**Structure Report**

| | |
|---|---|
| **Bridge # SBER** | |
| Milepost: 0.00 | Section: 1 |
| Type: DPG | Location: Portsmouth, VA |
| Inspection Date(s): 01/24/2024 | Inspector: T. Bennett, G. Grumke |
| Inspection Type: Annual | Critical Review By RBE: No |

## Superstructure

| Structure | Member | Priority/ Status | Remarks | Dimensions (WxDxL) |
|---|---|---|---|---|
| | Girders | 3 | Bottom cover plates and rivets at the first 6' out from Pier 1 are severely corroded with up to 100% section loss to heads and 25% section loss to cover plates<br><br>Top cover plates have minor pitting<br><br>Girder 2 has a previous repair to web in first panel<br><br>Girder 2 first 6' of interior bottom flange has 40% section loss with missing rivets<br><br>Girder 2 1st interior stiffener has 100% section loss to bottom 6" | |
| | Bracing | 3 | Heavy pack rust and debris on top gusset plates, plates have 25-30% section loss<br><br>1st Crossframe both bottom gusset plates, bottom strut and bottom vertical gusset at girder 2 are heavily corroded<br><br>1st Bottom lateral brace is heavily corroded and bent<br><br>2nd Bottom gusset plate on girder 2 has heavy section loss<br><br>One bent bottom lateral brace between crossframes 2 & 3 | |
| Span 3 | | | | 55'-0" |
| | Girders | 3 | Top cover plates have minor pitting<br><br>Bottom cover plates and rivets at the first 6' out from Pier 2 are severely corroded with up to 100% section loss to heads and 25% section loss to cover plates<br><br>Girder 2 first 5' of interior bottom flange out from Pier 2 has 20% section loss with severe section loss to rivet heads (up to 100% section loss to heads) | |
| | Bracing | 3 | Heavy pack rust and debris on top gusset plates, plates have 25-30% section loss<br><br>Severe section loss to bottom gussets at 1st crossframe<br><br>Heavy corrosion to 1st bottom lateral brace | |

| | | | | |
|---|---|---|---|---|
| CN - Cornering | G/L - Groundline Area | P/W - Heavy Duty Pile Wrap | SR - Shell Rot | Mileage Increases from: North |
| CR- Crushing | H - Heart | PE - Possible Exception | ST - Shell Thickness | |
| D/P - Drift Pin | HS - (Cap) Heart Separation | PP - Previously Posted | V - Void | Members are Numbered From: East |
| DP - Decay Pocket | HS - (Stringer) Horizontal Shear | RS - Ring Separation | VE - Visual Exception | |
| DR - Decay Ring | MD - Mechanical Damage | S - Min. or Max Shell | VS - Vertical Split | |
| E - Exception | O/W - OsmoWeld | SLCR - Slight Crushing | WPH - Wood Pecker Hole | *(Railroad Directions)* |

**Norfolk & Portsmouth Belt Line Railroad Co.**

Line: Main Line

**Structure Report**

| Bridge # SBER | |
|---|---|
| Milepost: 0.00 | Section: 1 |
| Type: DPG | Location: Portsmouth, VA |
| Inspection Date(s): 01/24/2024 | Inspector: T. Bennett, G. Grumke |
| Inspection Type: Annual | Critical Review By RBE: No |

**Other**

| Structure | Member | Priority/ Status | Remarks | Dimensions (WxDxL) |
|---|---|---|---|---|
| Approach | | 3 | Low | |
| Ties | | OK | Tie Count: 147, Verify tie sizes before replacing<br><br>OK (4 exceptions) | 9"x8.5" (various)x10' |
| Parapet Tie | | OK | | |
| Guard Timber | | OK | | |
| Walkway | | OK | | |
| Handrail | | OK | | |
| Rail | | | Type of Rail: Jointed | |

| | | | | |
|---|---|---|---|---|
| CN - Cornering | G/L - Groundline Area | P/W - Heavy Duty Pile Wrap | SR - Shell Rot | Mileage Increases from: North |
| CR- Crushing | H - Heart | PE - Possible Exception | ST - Shell Thickness | |
| D/P - Drift Pin | HS - (Cap) Heart Separation | PP - Previously Posted | V - Void | Members are Numbered From: East |
| DP - Decay Pocket | HS - (Stringer) Horizontal Shear | RS - Ring Separation | VE - Visual Exception | |
| DR - Decay Ring | MD - Mechanical Damage | S - Min. or Max Shell | VS - Vertical Split | |
| E - Exception | O/W - OsmoWeld | SLCR - Slight Crushing | WPH - Wood Pecker Hole | *(Railroad Directions)* |

**Koppers Railroad Structures Inc.**

Date Created: 01/25/2024
Date Printed: 03/11/2024

# Norfolk & Portsmouth Belt Line Railroad Co.

## Main Line

### Annual Inspection 01/24/2024

| Location/Access: |
|---|

Town or Station: Portsmouth      State: VA

GPS: N 36 48.6543 W 76 17.4983

**Access Notes:** T - Truck
**Bridge Notes:** Previously Noted in Reports as Bridge IE-05

| Track/Bridge Information: |
|---|

Bridge/Track: Tangent          Number of Tracks: 1

Superelevated: No               Superelevation Direction:

Mile Increase: North to South   Members Numbered From: East



**Bridge SBER Section 2**

| Bridge Description: |
|---|

Super/Type: Thru Truss (tower span)      Sub Type: Concrete

Deck: Open                                Year Built: 1950

Number of Spans: 1                        Section Length: 186'

Maximum Height: 10'                       Skewed: No

Guard Rail: No                            Utilities Present: No

Walkway: Yes                              Walkway Location:

| Site Condition: | Action Required: |
|---|---|

Feature Crossed: Elizabeth River          Requires Bridge Engineer Review: No

Maximum Water Depth: No                    Underwater Inspection Required: Yes

Scour Susceptible: Yes                     Snooper Truck Required: No

Drift: No            Priority:

Vegetation: No       Priority:

Rail: Jointed

Lead Inspector: T. Bennett

Date Approved: 02/16/2024

**Norfolk & Portsmouth Belt Line Railroad Co.**

**Inspection Summary**

**Restrictions Placed:**

**MNTR-90**

**Line: Main Line**

| | |
|---|---|
| **Bridge Name: Lift Bridge** | **Bridge # SBER** |
| **Milepost: 0.00** | **Section: 2** |
| **Type: Thru Truss (tower span)** | **Location: Portsmouth, VA** |
| **Inspection Date(s): 01/24/2024** | **Inspector: T. Bennett, G. Grumke** |
| **Inspection Type: Annual** | **Critical Review By RBE: No** |

---

**Findings:** | **Finding Notes:**

Concrete Pier 1 — Minor 1/8" cracks extending out from both DPG bearings

    Bearings — Truss bearings are rocked north
DPG bearing shoes have 5-10% section loss

Span 1
    Bracing — One bent bottom lateral brace in panel 4

    Floor System — Floorbeam 0 web has section loss with pin holes below stringer 1 connection angle
Floorbeam 0 web has section loss holes above and below stringer 2 connection angle (1" hole on inside above, 2"x4" hole below on inside and 1" below on outside)
Floorbeam 8 web has a 12" crack below top flange angle coming out from stringer 1 on outboard side
Floorbeam 8 web is cracked below top flange angle coming out from stringer 1 on inboard side, has a termination hole drilled
Floorbeam 8 web has localized corrosion above stringer 1 connection angle on inboard side

    Diagonals — Both Trusses U7-L8 has pack rust built up at L8 connection

    Chords — Both Trusses have pack rust built up at L0
Both Trusses have pack rust built up at L8 below inboard washer

    Tower — Tower gusset plates 7 on both sides has approximately 6 missing rivets
Counter weight channel guide is wearing heavily on left side, counter weight is not sitting plumb in tower
Both tower legs have worn rivet heads (worn from cable hitting rivets)
Minor pack rust and grease built up in tower

Ties — OK (7 exceptions)
Guard Timber — OK
Walkway — OK
Center Walkway Grating - OK
Handrail — OK

---

**Recommended Work:**

| Item# | Priority | Repair Description |
|---|---|---|
| 1 | 2 | Repair:<br>Floorbeam 8 web at stringer 1 outboard top flange angle area |
| 2 | 2 | Survey piers and monitor structure for any movement |
| 3 | 3 | Possible traction bracing required at end panel floorbeams |
| 4 | 3 | Repair:<br>Floorbeam 0 web at stringer 2 connection area |

---

**Koppers Railroad Structures Inc.**

Date Created: 01/25/2024
Date Printed: 03/11/2024

**Norfolk & Portsmouth Belt Line Railroad Co.**

**Inspection Summary**

**Restrictions Placed:**

**MNTR-90**

Line: Main Line

| | |
|---|---|
| **Bridge Name: Lift Bridge** | **Bridge # SBER** |
| **Milepost: 0.00** | **Section: 2** |
| **Type: Thru Truss (tower span)** | **Location: Portsmouth, VA** |
| **Inspection Date(s): 01/24/2024** | **Inspector: T. Bennett, G. Grumke** |
| **Inspection Type: Annual** | **Critical Review By RBE: No** |

**Recommended Work:**

| Item# | Priority | Repair Description |
|---|---|---|
| 5 | 3 | Monitor:<br>    Floorbeam 8 web crack at stringer 1 on inboard side for additional cracking past termination hole |

**Completed Work:**

| Date | Item# | Repair Description |
|---|---|---|

# Norfolk & Portsmouth Belt Line Railroad Co.



Bridge SBER Section 2 Deck View



Bridge SBER Section 2 View from Below



Bridge SBER Section 2 Floorbeam 0 - Web at Top of Stringer 2 Connection Angle (1" hole on inside above, 2"x4" hole below on inside and 1" below on outside)



Bridge SBER Section 2 Floorbeam 0 - Web at Bottom of Stringer 2 Connection Angle

# Norfolk & Portsmouth Belt Line Railroad Co.



Bridge SBER Section 2 Floorbeam 0 -
Web at Bottom of Stringer 2
Connection Angle



Bridge SBER Section 2 Floorbeam 8 -
Web Crack Out from Stringer 1



Bridge SBER Section 2 Typical Pier



Bridge SBER Section 2 Typical Span

**Norfolk & Portsmouth Belt Line Railroad Co.**

**Line: Main Line**

**Structure Report**

| | |
|---|---|
| **Bridge # SBER** | |
| Milepost: 0.00 | Section: 2 |
| Type: Thru Truss (tower span) | Location: Portsmouth, VA |
| Inspection Date(s): 01/24/2024 | Inspector: T. Bennett, G. Grumke |
| Inspection Type: Annual | Critical Review By RBE: No |

### Substructure

| Structure | Member | Priority/ Status | Remarks | Dimensions (WxDxL) |
|---|---|---|---|---|
| Concrete Pier 1 | | 4 | Minor 1/8" cracks extending out from both DPG bearings | 3' |
| | Bearings | 4 | Truss bearings are rocked north | |
| | | | DPG bearing shoes have 5-10% section loss | |

| | | | | |
|---|---|---|---|---|
| CN - Cornering | G/L - Groundline Area | P/W - Heavy Duty Pile Wrap | SR - Shell Rot | Mileage Increases from: North |
| CR- Crushing | H - Heart | PE - Possible Exception | ST - Shell Thickness | |
| D/P - Drift Pin | HS - (Cap) Heart Separation | PP - Previously Posted | V - Void | Members are Numbered From: East |
| DP - Decay Pocket | HS - (Stringer) Horizontal Shear | RS - Ring Separation | VE - Visual Exception | |
| DR - Decay Ring | MD - Mechanical Damage | S - Min. or Max Shell | VS - Vertical Split | |
| E - Exception | O/W - OsmoWeld | SLCR - Slight Crushing | WPH - Wood Pecker Hole | *(Railroad Directions)* |

**Koppers Railroad Structures Inc.**

NPBL002131

**Norfolk & Portsmouth Belt Line Railroad Co.**

**Line: Main Line**

| **Structure Report** | | |
|---|---|---|

| | | |
|---|---|---|
| **Bridge # SBER** | | |
| Milepost: 0.00 | Section: 2 |
| Type: Thru Truss (tower span) | Location: Portsmouth, VA |
| Inspection Date(s): 01/24/2024 | Inspector: T. Bennett, G. Grumke |
| Inspection Type: Annual | Critical Review By RBE: No |

## Superstructure

| Structure | Member | Priority/Status | Remarks | Dimensions (WxDxL) |
|---|---|---|---|---|
| Span 1 | | | 8 Panels @ 23'-8" | 186'-0" |
| | Bracing | | One bent bottom lateral brace in panel 4 | |
| | Floor System | 2 | Floorbeam 0 web has section loss with pin holes below stringer 1 connection angle | |
| | | | Floorbeam 0 web has section loss holes above and below stringer 2 connection angle (1" hole on inside above, 2"x4" hole below on inside and 1" below on outside) | |
| | | | Floorbeam 8 web has a 12" crack below top flange angle coming out from stringer 1 on outboard side | |
| | | | Floorbeam 8 web is cracked below top flange angle coming out from stringer 1 on inboard side, has a termination hole drilled | |
| | | | Floorbeam 8 web has localized corrosion above stringer 1 connection angle on inboard side | |
| | Verticals | OK | | |
| | Diagonals | 4 | Both Trusses U7-L8 has pack rust built up at L8 connection | |
| | Chords | 4 | Both Trusses have pack rust built up at L0 | |
| | | | Both Trusses have pack rust built up at L8 below inboard washer | |
| | Tower | 2 | Tower gusset plates 7 on both sides has approximately 6 missing rivets | |
| | | | Counter weight channel guide is wearing heavily on left side, counter weight is not sitting plumb in tower | |
| | | | Both tower legs have worn rivet heads (worn from cable hitting rivets) | |
| | | | Minor pack rust and grease built up in tower | |

| CN - Cornering | G/L - Groundline Area | P/W - Heavy Duty Pile Wrap | SR - Shell Rot | Mileage Increases from: North |
|---|---|---|---|---|
| CR- Crushing | H - Heart | PE - Possible Exception | ST - Shell Thickness | |
| D/P - Drift Pin | HS - (Cap) Heart Separation | PP - Previously Posted | V - Void | Members are Numbered From: East |
| DP - Decay Pocket | HS - (Stringer) Horizontal Shear | RS - Ring Separation | VE - Visual Exception | |
| DR - Decay Ring | MD - Mechanical Damage | S - Min. or Max Shell | VS - Vertical Split | |
| E - Exception | O/W - OsmoWeld | SLCR - Slight Crushing | WPH - Wood Pecker Hole | *(Railroad Directions)* |

**Koppers Railroad Structures Inc.**

NPBL002138

**Norfolk & Portsmouth Belt Line Railroad Co.**

**Structure Report**

| | |
|---|---|
| **Bridge # SBER** | |
| **Milepost: 0.00** | **Section: 2** |
| **Type: Thru Truss (tower span)** | **Location: Portsmouth, VA** |
| **Inspection Date(s): 01/24/2024** | **Inspector: T. Bennett, G. Grumke** |
| **Inspection Type: Annual** | **Critical Review By RBE: No** |

### Other

| Structure | Member | Priority/ Status | Remarks | Dimensions (WxDxL) |
|---|---|---|---|---|
| Ties | | OK | Tie Count: 146, OK (7 exceptions) | 8.5"x9"x10' |
| Guard Timber | | OK | | |
| Walkway | | OK | OK<br><br>Center Walkway Grating - OK | |
| Handrail | | OK | | |
| Rail | | | Type of Rail: Jointed | |

| | | | | |
|---|---|---|---|---|
| CN - Cornering | G/L - Groundline Area | P/W - Heavy Duty Pile Wrap | SR - Shell Rot | Mileage Increases from: North |
| CR- Crushing | H - Heart | PE - Possible Exception | ST - Shell Thickness | |
| D/P - Drift Pin | HS - (Cap) Heart Separation | PP - Previously Posted | V - Void | Members are Numbered From: East |
| DP - Decay Pocket | HS - (Stringer) Horizontal Shear | RS - Ring Separation | VE - Visual Exception | |
| DR - Decay Ring | MD - Mechanical Damage | S - Min. or Max Shell | VS - Vertical Split | |
| E - Exception | O/W - OsmoWeld | SLCR - Slight Crushing | WPH - Wood Pecker Hole | *(Railroad Directions)* |

Date Created: 01/25/2024
Date Printed: 03/11/2024

# Norfolk & Portsmouth Belt Line Railroad Co.

## Main Line

### Annual Inspection 01/24/2024

| Location/Access: |
|---|

Town or Station: Portsmouth      State: VA

GPS: N 36 48.6543 W 76 17.4983

**Access Notes:** T - Truck
**Bridge Notes:** Previously Noted in Reports as Bridge IE-05
**Section Notes:** Lift Span



**Bridge SBER Section 3**

| Track/Bridge Information: |
|---|

Bridge/Track: Tangent          Number of Tracks: 1

Superelevated: No              Superelevation Direction:

Mile Increase: North to South  Members Numbered From: East

| Bridge Description: |
|---|

Super/Type: Thru Truss (lift span)      Sub Type: Concrete

Deck: Open                              Year Built: 1950

Number of Spans: 1                      Section Length: 378'

Maximum Height: 75'                     Skewed: No

Guard Rail: No                          Utilities Present: No

Walkway: Yes                            Walkway Location:

| Site Condition: | Action Required: |
|---|---|

Feature Crossed: Elizabeth River        Requires Bridge Engineer Review: No

Maximum Water Depth: No                 Underwater Inspection Required: Yes

Scour Susceptible: Yes                  Snooper Truck Required: No

Drift: No            Priority:

Vegetation: No       Priority:

Rail: Jointed

Lead Inspector: T. Bennett

Date Approved: 02/16/2024

**Norfolk & Portsmouth Belt Line Railroad Co.**

**Inspection Summary**                                                 Line: Main Line

| | |
|---|---|
| **Bridge Name: Lift Bridge** | **Bridge # SBER** |
| **Milepost: 0.00** | **Section: 3** |
| **Type: Thru Truss (lift span)** | **Location: Portsmouth, VA** |
| **Inspection Date(s): 01/24/2024** | **Inspector: T. Bennett, G. Grumke** |
| **Inspection Type: Annual** | **Critical Review By RBE: No** |

**Findings:** | **Finding Notes:**

Concrete Pier 1 — Minor cracking with efflorescence and various 1/8" vertical cracks in corbel throughout

    Bearings — Lift span bearing shoes have 5-10% section loss with pack rust, rest plates are worn through
Tower span bearings at base have minor corrosion with light pack rust built up
Bearing Shoes full of Water, Drainage holes plugged with debris

Concrete Pier 2 — Minor 1/8"-1/4" cracks throughout corbel and minor spall on west side
Center guide riser has cracking with efflorescence throughout

    Bearings — Lift span bearing shoes have 5-10% section loss with pack rust, rest plates are worn through
Tower span bearings at base have minor corrosion with light pack rust built up

Span 1 — Center pin locking motors in panels 1 & 18 have loose or missing motor anchor hardware

    Bracing — All Truss bottom lateral braces at stringer connection locations have pack rust built up
Panel 1 end diaphragm has a 6" crack on stringer 1 side
Panel 8 north end housing beam has severe corrosion to flange angles
Panels 8 & 9 stringer lateral gusset plates have pack rust
Panel 9 has one bent bottom truss lateral brace
Both Trusses M8-M9 brace has pitting and pack rust built up
Pane1 18 end diaphragm web at top flange angle has 50% section loss on stringer 2 side

    Floor System — All Floorbeam top flange angles have minor pitting
Top of stringer 2 at floorbeam 8 in panel 7 has minor pitting
Floorbeam 8 top flange angles has 10% section loss
Top of both stringers in panels 8 & 9 have 25% section loss with some knife edging
Floorbeam 9 has a heavy build up of grease on top of beam

    Diagonals — Truss 2 2nd diagonal has grease built up at post 9, diagonal has section loss to web and flange angles with rivet heads having 50% section loss

    Chords — Both Trusses lower connection points have minor pack rust built up
Truss 1 Tower guide at Pier 1 is missing 3 bolts

Ties — OK (20 exceptions)
Guard Timber — OK
Walkway — OK
Center Walkway Grating - OK
Handrail — OK
Fender System — OK
Conley Joints — Approximately 8 loose bolts on south end
Approximately 8 loose nuts on north end

**Norfolk & Portsmouth Belt Line Railroad Co.**

**Inspection Summary**                                                                    **Line: Main Line**

| | |
|---|---|
| **Bridge Name: Lift Bridge** | **Bridge # SBER** |
| **Milepost: 0.00** | **Section: 3** |
| **Type: Thru Truss (lift span)** | **Location: Portsmouth, VA** |
| **Inspection Date(s): 01/24/2024** | **Inspector: T. Bennett, G. Grumke** |
| **Inspection Type: Annual** | **Critical Review By RBE: No** |

**Recommended Work:**

| Item# | Priority | Repair Description |
|---|---|---|
| 1 | 3 | Repair:<br>Center pin locking motor anchor hardware in panels 1 & 18 |
| 2 | 3 | Remove:<br>Debris from Drainage Holes in Bearing Shoes on Pier 1 |
| 3 | 3 | Tighten:<br>Loose bolts in South end Conley Joint<br>Loose nuts in North end Conley Joint |

**Completed Work:**

| Date | Item# | Repair Description |
|---|---|---|

# Norfolk & Portsmouth Belt Line Railroad Co.



Bridge SBER Section 3 Deck View



Bridge SBER Section 3 View from Below



Bridge SBER Section 3 Typical Pier

**Norfolk & Portsmouth Belt Line Railroad Co.**

**Line: Main Line**

**Structure Report**

| Bridge # SBER | |
|---|---|
| **Milepost: 0.00** | **Section: 3** |
| **Type: Thru Truss (lift span)** | **Location: Portsmouth, VA** |
| **Inspection Date(s): 01/24/2024** | **Inspector: T. Bennett, G. Grumke** |
| **Inspection Type: Annual** | **Critical Review By RBE: No** |

### Substructure

| Structure | Member | Priority/ Status | Remarks | Dimensions (WxDxL) |
|---|---|---|---|---|
| Concrete Pier 1 | | 4 | Minor cracking with efflorescence and various 1/8" vertical cracks in corbel throughout | 4' |
| | Bearings | 3 | Lift span bearing shoes have 5-10% section loss with pack rust, rest plates are worn through<br><br>Tower span bearings at base have minor corrosion with light pack rust built up<br><br>Bearing Shoes full of Water, Drainage holes plugged with debris | |
| Concrete Pier 2 | | 4 | Minor 1/8"-1/4" cracks throughout corbel and minor spall on west side<br><br>Center guide riser has cracking with efflorescence throughout | 4' |
| | Bearings | | Lift span bearing shoes have 5-10% section loss with pack rust, rest plates are worn through<br><br>Tower span bearings at base have minor corrosion with light pack rust built up | |

| | | | | | |
|---|---|---|---|---|---|
| CN - Cornering | G/L - Groundline Area | P/W - Heavy Duty Pile Wrap | SR - Shell Rot | Mileage Increases from: North | |
| CR- Crushing | H - Heart | PE - Possible Exception | ST - Shell Thickness | | |
| D/P - Drift Pin | HS - (Cap) Heart Separation | PP - Previously Posted | V - Void | Members are Numbered From: East | |
| DP - Decay Pocket | HS - (Stringer) Horizontal Shear | RS - Ring Separation | VE - Visual Exception | | |
| DR - Decay Ring | MD - Mechanical Damage | S - Min. or Max Shell | VS - Vertical Split | | |
| E - Exception | O/W - OsmoWeld | SLCR - Slight Crushing | WPH - Wood Pecker Hole | *(Railroad Directions)* | |

**Koppers Railroad Structures Inc.**

Date Created: 01/25/2024
Date Printed: 03/11/2024

**Norfolk & Portsmouth Belt Line Railroad Co.**

**Line: Main Line**

**Structure Report**

| | |
|---|---|
| **Bridge # SBER** | |
| Milepost: 0.00 | Section: 3 |
| Type: Thru Truss (lift span) | Location: Portsmouth, VA |
| Inspection Date(s): 01/24/2024 | Inspector: T. Bennett, G. Grumke |
| Inspection Type: Annual | Critical Review By RBE: No |

## Superstructure

| Structure | Member | Priority/ Status | Remarks | Dimensions (WxDxL) |
|---|---|---|---|---|
| Span 1 | | 3 | 18 Panels @ 21'-0"<br>Lift Span<br><br>Center pin locking motors in panels 1 & 18 have loose or missing motor anchor hardware | 378'-0" |
| | Bracing | 4 | All Truss bottom lateral braces at stringer connection locations have pack rust built up<br><br>Panel 1 end diaphragm has a 6" crack on stringer 1 side<br><br>Panel 8 north end housing beam has severe corrosion to flange angles<br><br>Panels 8 & 9 stringer lateral gusset plates have pack rust<br><br>Panel 9 has one bent bottom truss lateral brace<br><br>Both Trusses M8-M9 brace has pitting and pack rust built up<br><br>Panel 18 end diaphragm web at top flange angle has 50% section loss on stringer 2 side | |
| | Floor System | 4 | All Floorbeam top flange angles have minor pitting<br><br>Top of stringer 2 at floorbeam 8 in panel 7 has minor pitting<br><br>Floorbeam 8 top flange angles has 10% section loss<br><br>Top of both stringers in panels 8 & 9 have 25% section loss with some knife edging<br><br>Floorbeam 9 has a heavy build up of grease on top of beam | |
| | Verticals | OK | | |
| | Diagonals | 4 | Truss 2 2nd diagonal has grease built up at post 9, diagonal has section loss to web and flange angles with rivet heads having 50% section loss | |
| | Chords | 4 | Both Trusses lower connection points have minor pack rust built up<br><br>Truss 1 Tower guide at Pier 1 is missing 3 bolts | |

| | | | | |
|---|---|---|---|---|
| CN - Cornering | G/L - Groundline Area | P/W - Heavy Duty Pile Wrap | SR - Shell Rot | Mileage Increases from: North |
| CR- Crushing | H - Heart | PE - Possible Exception | ST - Shell Thickness | |
| D/P - Drift Pin | HS - (Cap) Heart Separation | PP - Previously Posted | V - Void | Members are Numbered From: East |
| DP - Decay Pocket | HS - (Stringer) Horizontal Shear | RS - Ring Separation | VE - Visual Exception | |
| DR - Decay Ring | MD - Mechanical Damage | S - Min. or Max Shell | VS - Vertical Split | |
| E - Exception | O/W - OsmoWeld | SLCR - Slight Crushing | WPH - Wood Pecker Hole | *(Railroad Directions)* |

**Koppers Railroad Structures Inc.**

Date Created: 01/25/2024
Date Printed: 03/11/2024

**Norfolk & Portsmouth Belt Line Railroad Co.**

Line: Main Line

**Structure Report**

| | |
|---|---|
| **Bridge # SBER** | |
| Milepost: 0.00 | Section: 3 |
| Type: Thru Truss (lift span) | Location: Portsmouth, VA |
| Inspection Date(s): 01/24/2024 | Inspector: T. Bennett, G. Grumke |
| Inspection Type: Annual | Critical Review By RBE: No |

### Other

| Structure | Member | Priority/ Status | Remarks | Dimensions (WxDxL) |
|---|---|---|---|---|
| Ties | | OK | Tie Count: 324, OK (20 exceptions) | 8.5"x9"x10' |
| Guard Timber | | OK | | |
| Walkway | | OK | OK<br><br>Center Walkway Grating - OK | |
| Handrail | | OK | | |
| Fender System | | OK | | |
| Conley Joints | | 3 | Approximately 8 loose bolts on south end<br><br>Approximately 8 loose nuts on north end | |
| Rail | | | Type of Rail: Jointed | |

| | | | | |
|---|---|---|---|---|
| CN - Cornering | G/L - Groundline Area | P/W - Heavy Duty Pile Wrap | SR - Shell Rot | Mileage Increases from: North |
| CR- Crushing | H - Heart | PE - Possible Exception | ST - Shell Thickness | |
| D/P - Drift Pin | HS - (Cap) Heart Separation | PP - Previously Posted | V - Void | Members are Numbered From: East |
| DP - Decay Pocket | HS - (Stringer) Horizontal Shear | RS - Ring Separation | VE - Visual Exception | |
| DR - Decay Ring | MD - Mechanical Damage | S - Min. or Max Shell | VS - Vertical Split | |
| E - Exception | O/W - OsmoWeld | SLCR - Slight Crushing | WPH - Wood Pecker Hole | *(Railroad Directions)* |

# Norfolk & Portsmouth Belt Line Railroad Co.

## Main Line

### Annual Inspection 01/24/2024

| Location/Access: |
|---|

Town or Station: Portsmouth        State: VA

GPS: N 36 48.6543 W 76 17.4983

**Access Notes:** T - Truck
**Bridge Notes:** Previously Noted in Reports as Bridge IE-05

| Track/Bridge Information: |
|---|

Bridge/Track: Tangent        Number of Tracks: 1

Superelevated: No        Superelevation Direction:

Mile Increase: North to South    Members Numbered From: East



**Bridge SBER Section 4**

| Bridge Description: |
|---|

Super/Type: Thru Truss (tower span)        Sub Type: Concrete

Deck: Open        Year Built: 1950

Number of Spans: 1        Section Length: 186'

Maximum Height: 10'        Skewed: No

Guard Rail: No        Utilities Present: No

Walkway: Yes        Walkway Location:

| Site Condition: | Action Required: |
|---|---|

Feature Crossed: Elizabeth River        Requires Bridge Engineer Review: No

Maximum Water Depth: No        Underwater Inspection Required: Yes

Scour Susceptible: Yes        Snooper Truck Required: No

Drift: No        Priority:

Vegetation: No        Priority:

Rail: Jointed

Lead Inspector: T. Bennett

Date Approved: 02/16/2024

**Koppers Railroad Structures Inc.**        NPBL002197

**Norfolk & Portsmouth Belt Line Railroad Co.**

| | |
|---|---|
| **Inspection Summary** | **Line: Main Line** |
| **Restrictions Placed:** | |
| **MNTR-90** | |

| | |
|---|---|
| **Bridge Name: Lift Bridge** | **Bridge # SBER** |
| **Milepost: 0.00** | **Section: 4** |
| **Type: Thru Truss (tower span)** | **Location: Portsmouth, VA** |
| **Inspection Date(s): 01/24/2024** | **Inspector: T. Bennett, G. Grumke** |
| **Inspection Type: Annual** | **Critical Review By RBE: No** |

---

**Findings:** | **Finding Notes:**

| | | |
|---|---|---|
| Concrete Pier 1 | | Minor cracking throughout |
| | Bearings | All Bearing shoes have 5-10% section loss |
| | | Bearings 1 & 2 are rocked north |
| | | Minor debris at Bearings |
| Span 1 | | |
| | Bracing | All Panels stringer lateral gusset plates have minor pitting with section loss |
| | Floor System | Floorbeam 0 web has localized pitting and section loss above and below stringer connection areas |
| | | Floorbeam 0 web has an 8" crack below top flange angle coming out from stringer 1 on outboard side |
| | | Floorbeam 0 web has an 8" crack below top flange angle coming out from stringer 1 on inboard side, has 2 termination holes |
| | | Floorbeam 0 web has two cracks below top flange angle coming out from stringer 2 on inboard side (top crack is 12", bottom crack is 4") |
| | | Floorbeam 0 web has a 2" crack below top flange angle coming out from stringer 2 on the south outboard side and a 2" crack through welded plate on the north outboard side |
| | | Floorbeam 8 web has localized pitting and section loss above and below stringer connection areas |
| | Chords | Both Trusses have pack rust built up at all lower connection areas |
| | | Truss 2 L8 pin appears to have 1/2" of play |
| | Tower | Minor pack rust and grease built up at connection points in tower |
| | | Impact damage to northern most tower legs at 30' |
| | | Impact damage to northern most tower legs 1st crossframe diagonal brace |
| | | Worn rivet heads to both tower legs (worn from cable hitting rivets) |
| Ties | | OK (15 exceptions) |
| Guard Timber | | OK |
| Walkway | | OK |
| | | Center Walkway Grating - OK |
| Handrail | | OK |
| Other | | Hook Bolts - OK |

**Recommended Work:**

| Item# | Priority | Repair Description |
|---|---|---|
| 1 | 2 | Repair: Floorbeam 0 web cracks at both stringer connection areas |
| 2 | 3 | Possible traction bracing required at end panel floorbeams |

**Completed Work:**

| Date | Item# | Repair Description |
|---|---|---|

---

# Norfolk & Portsmouth Belt Line Railroad Co.



Bridge SBER Section 4 Deck View



Bridge SBER Section 4 View from Below



Bridge SBER Section 4 Floorbeam 0 - Web Cracks Out from Stringer 1 (outboard)



Bridge SBER Section 4 Floorbeam 0 - Web Cracks Out from Stringer 1 (inboard)

# Norfolk & Portsmouth Belt Line Railroad Co.



Bridge SBER Section 4 Floorbeam 0 - Web Crack Out from Stringer 2 on North Side



Bridge SBER Section 4 Floorbeam 0 - Web Crack Out from Stringer 2 on North Side



Bridge SBER Section 4 Floorbeam 0 - Web Crack Out from Stringer 2 on South Side



Bridge SBER Section 4 Typical Pier

**Norfolk & Portsmouth Belt Line Railroad Co.**

Line: Main Line

**Structure Report**

| | |
|---|---|
| | **Bridge # SBER** |
| Milepost: 0.00 | Section: 4 |
| Type: Thru Truss (tower span) | Location: Portsmouth, VA |
| Inspection Date(s): 01/24/2024 | Inspector: T. Bennett, G. Grumke |
| Inspection Type: Annual | Critical Review By RBE: No |

### Substructure

| Structure | Member | Priority/Status | Remarks | Dimensions (WxDxL) |
|---|---|---|---|---|
| Concrete Pier 1 | | 4 | Minor cracking throughout | 4' |
| | Bearings | 4 | All Bearing shoes have 5-10% section loss<br><br>Bearings 1 & 2 are rocked north<br><br>Minor debris at Bearings | |

| | | | | |
|---|---|---|---|---|
| CN - Cornering | G/L - Groundline Area | P/W - Heavy Duty Pile Wrap | SR - Shell Rot | Mileage Increases from: North |
| CR- Crushing | H - Heart | PE - Possible Exception | ST - Shell Thickness | |
| D/P - Drift Pin | HS - (Cap) Heart Separation | PP - Previously Posted | V - Void | Members are Numbered From: East |
| DP - Decay Pocket | HS - (Stringer) Horizontal Shear | RS - Ring Separation | VE - Visual Exception | |
| DR - Decay Ring | MD - Mechanical Damage | S - Min. or Max Shell | VS - Vertical Split | |
| E - Exception | O/W - OsmoWeld | SLCR - Slight Crushing | WPH - Wood Pecker Hole | *(Railroad Directions)* |

**Koppers Railroad Structures Inc.**

NPBL002201

Date Created: 01/25/2024
Date Printed: 03/11/2024

**Norfolk & Portsmouth Belt Line Railroad Co.**

**Line: Main Line**

## Structure Report

| | |
|---|---|
| **Bridge # SBER** | |
| Milepost: 0.00 | Section: 4 |
| Type: Thru Truss (tower span) | Location: Portsmouth, VA |
| Inspection Date(s): 01/24/2024 | Inspector: T. Bennett, G. Grumke |
| Inspection Type: Annual | Critical Review By RBE: No |

### Superstructure

| Structure | Member | Priority/ Status | Remarks | Dimensions (WxDxL) |
|---|---|---|---|---|
| Span 1 | | | | 186'-0" |
| | Bracing | 4 | All Panels stringer lateral gusset plates have minor pitting with section loss | |
| | Floor System | 2 | Floorbeam 0 web has localized pitting and section loss above and below stringer connection areas<br><br>Floorbeam 0 web has an 8" crack below top flange angle coming out from stringer 1 on outboard side<br><br>Floorbeam 0 web has an 8" crack below top flange angle coming out from stringer 1 on inboard side, has 2 termination holes<br><br>Floorbeam 0 web has two cracks below top flange angle coming out from stringer 2 on inboard side (top crack is 12", bottom crack is 4")<br><br>Floorbeam 0 web has a 2" crack below top flange angle coming out from stringer 2 on the south outboard side and a 2" crack through welded plate on the north outboard side<br><br>Floorbeam 8 web has localized pitting and section loss above and below stringer connection areas | |
| | Verticals | OK | | |
| | Diagonals | OK | | |
| | Chords | 4 | Both Trusses have pack rust built up at all lower connection areas<br><br>Truss 2 L8 pin appears to have 1/2" of play | |
| | Tower | 4 | Minor pack rust and grease built up at connection points in tower<br><br>Impact damage to northern most tower legs at 30'<br><br>Impact damage to northern most tower legs 1st crossframe diagonal brace<br><br>Worn rivet heads to both tower legs (worn from cable hitting rivets) | |

| | | | | |
|---|---|---|---|---|
| CN - Cornering | G/L - Groundline Area | P/W - Heavy Duty Pile Wrap | SR - Shell Rot | Mileage Increases from: North |
| CR- Crushing | H - Heart | PE - Possible Exception | ST - Shell Thickness | |
| D/P - Drift Pin | HS - (Cap) Heart Separation | PP - Previously Posted | V - Void | Members are Numbered From: East |
| DP - Decay Pocket | HS - (Stringer) Horizontal Shear | RS - Ring Separation | VE - Visual Exception | |
| DR - Decay Ring | MD - Mechanical Damage | S - Min. or Max Shell | VS - Vertical Split | |
| E - Exception | O/W - OsmoWeld | SLCR - Slight Crushing | WPH - Wood Pecker Hole | *(Railroad Directions)* |

**Norfolk & Portsmouth Belt Line Railroad Co.**

Line: Main Line

**Structure Report**

| | |
|---|---|
| **Bridge # SBER** | |
| Milepost: 0.00 | Section: 4 |
| Type: Thru Truss (tower span) | Location: Portsmouth, VA |
| Inspection Date(s): 01/24/2024 | Inspector: T. Bennett, G. Grumke |
| Inspection Type: Annual | Critical Review By RBE: No |

### Other

| Structure | Member | Priority/ Status | Remarks | Dimensions (WxDxL) |
|---|---|---|---|---|
| Ties | | OK | Tie Count: 136, OK (15 exceptions) | 8.5"x9"x10' |
| Guard Timber | | OK | | |
| Walkway | | OK | OK<br><br>Center Walkway Grating - OK | |
| Handrail | | OK | | |
| Rail | | | Type of Rail: Jointed | |
| Other | | | Hook Bolts - OK | |

| | | | | |
|---|---|---|---|---|
| CN - Cornering | G/L - Groundline Area | P/W - Heavy Duty Pile Wrap | SR - Shell Rot | Mileage Increases from: North |
| CR- Crushing | H - Heart | PE - Possible Exception | ST - Shell Thickness | |
| D/P - Drift Pin | HS - (Cap) Heart Separation | PP - Previously Posted | V - Void | Members are Numbered From: East |
| DP - Decay Pocket | HS - (Stringer) Horizontal Shear | RS - Ring Separation | VE - Visual Exception | |
| DR - Decay Ring | MD - Mechanical Damage | S - Min. or Max Shell | VS - Vertical Split | |
| E - Exception | O/W - OsmoWeld | SLCR - Slight Crushing | WPH - Wood Pecker Hole | *(Railroad Directions)* |

# Norfolk & Portsmouth Belt Line Railroad Co.

## Main Line

### Annual Inspection 01/24/2024

| Location/Access: |
| --- |

Town or Station: Portsmouth       State: VA

GPS: N 36 48.6543 W 76 17.4983

**Access Notes:** T - Truck
**Bridge Notes:** Previously Noted in Reports as Bridge IE-05

| Track/Bridge Information: |
| --- |

| | |
| --- | --- |
| Bridge/Track: Tangent | Number of Tracks: 1 |
| Superelevated: No | Superelevation Direction: |
| Mile Increase: North to South | Members Numbered From: East |



**Bridge SBER Section 5**

| Bridge Description: |
| --- |

| | |
| --- | --- |
| Super/Type: Thru Truss | Sub Type: Concrete |
| Deck: Open | Year Built: 1950 |
| Number of Spans: 1 | Section Length: 178' |
| Maximum Height: 10' | Skewed: No |
| Guard Rail: No | Utilities Present: No |
| Walkway: Yes | Walkway Location: |

| Site Condition: | Action Required: |
| --- | --- |

| | | | |
| --- | --- | --- | --- |
| Feature Crossed: Elizabeth River | | Requires Bridge Engineer Review: No | |
| Maximum Water Depth: No | | Underwater Inspection Required: Yes | |
| Scour Susceptible: Yes | | Snooper Truck Required: No | |
| Drift: No | Priority: | | |
| Vegetation: No | Priority: | | |
| Rail: Jointed | | | |

Lead Inspector: T. Bennett

Date Approved: 02/16/2024

**Norfolk & Portsmouth Belt Line Railroad Co.**

**Inspection Summary**                                          Line: Main Line

| | |
|---|---|
| **Bridge Name: Lift Bridge** | **Bridge # SBER** |
| **Milepost: 0.00** | **Section: 5** |
| **Type: Thru Truss** | **Location: Portsmouth, VA** |
| **Inspection Date(s): 01/24/2024** | **Inspector: T. Bennett, G. Grumke** |
| **Inspection Type: Annual** | **Critical Review By RBE: No** |

## Findings:                    Finding Notes:

Concrete Pier 1
  Bearings            Truss Bearing 1 has heavy corrosion to outboard and inboard anchor bolts
                      Truss Bearing 2 has moderate corrosion to outboard anchor bolts
                      DPG Bearing 1 inside anchor bolts are corroded
                      DPG Bearing 2 has one inside anchor bolt corroded

Span 1
  Bracing             Pack rust built up at all bottom truss chord lateral angles and gussets
                      Pitting and section loss to stringer top lateral gussets in all panels
                      Panel 8 second crossframe between stringers bottom gusset plate at stringer 1 has 40% section loss

  Floor System        All Stringer tops have minor pitting
                      Floorbeam 0 web has localized corrosion above and below stringer connection areas
                      Floorbeam 8 web has localized corrosion above and below stringer connection areas, 1/2" hole
                      above stringer 2 on outboard side

  Diagonals           Both Trusses L6-U7 has pack rust built up to U7 plate

  Chords              Both Trusses have pack rust built up at all lower connections

Ties                  OK (14 exceptions)
Guard Timber          OK
Walkway               OK
                      Center Walkway Grating - OK
Handrail              OK
Other                 Hook Bolts - OK

## Recommended Work:

| Item# | Priority | Repair Description |
|---|---|---|
| 1 | 3 | Possible traction bracing required at end panel floorbeams |
| 2 | 3 | Repair:<br>Floorbeam 8 web above stringer 2 connection area |

## Completed Work:

| Date | Item# | Repair Description |
|---|---|---|
| | | |

# Norfolk & Portsmouth Belt Line Railroad Co.



Bridge SBER Section 5 Deck View



Bridge SBER Section 5 View from Below



Bridge SBER Section 5 Typical Pier

**Norfolk & Portsmouth Belt Line Railroad Co.**

Line: Main Line

| Structure Report | | |
|---|---|---|

| **Bridge # SBER** | |
|---|---|
| Milepost: 0.00 | Section: 5 |
| Type: Thru Truss | Location: Portsmouth, VA |
| Inspection Date(s): 01/24/2024 | Inspector: T. Bennett, G. Grumke |
| Inspection Type: Annual | Critical Review By RBE: No |

### Substructure

| Structure | Member | Priority/Status | Remarks | Dimensions (WxDxL) |
|---|---|---|---|---|
| Concrete Pier 1 | | | | 4' |
| | Bearings | 4 | Truss Bearing 1 has heavy corrosion to outboard and inboard anchor bolts<br><br>Truss Bearing 2 has moderate corrosion to outboard anchor bolts<br><br>DPG Bearing 1 inside anchor bolts are corroded<br><br>DPG Bearing 2 has one inside anchor bolt corroded | |

### Superstructure

| Structure | Member | Priority/Status | Remarks | Dimensions (WxDxL) |
|---|---|---|---|---|
| Span 1 | | | | 178'-0" |
| | Bracing | 4 | Pack rust built up at all bottom truss chord lateral angles and gussets<br><br>Pitting and section loss to stringer top lateral gussets in all panels<br><br>Panel 8 second crossframe between stringers bottom gusset plate at stringer 1 has 40% section loss | |
| | Floor System | 3 | All Stringer tops have minor pitting<br><br>Floorbeam 0 web has localized corrosion above and below stringer connection areas<br><br>Floorbeam 8 web has localized corrosion above and below stringer connection areas, 1/2" hole above stringer 2 on outboard side | |
| | Verticals | OK | | |
| | Diagonals | 4 | Both Trusses L6-U7 has pack rust built up to U7 plate | |
| | Chords | 4 | Both Trusses have pack rust built up at all lower connections | |

| CN - Cornering | G/L - Groundline Area | P/W - Heavy Duty Pile Wrap | SR - Shell Rot | Mileage Increases from: North |
|---|---|---|---|---|
| CR- Crushing | H - Heart | PE - Possible Exception | ST - Shell Thickness | |
| D/P - Drift Pin | HS - (Cap) Heart Separation | PP - Previously Posted | V - Void | Members are Numbered From: East |
| DP - Decay Pocket | HS - (Stringer) Horizontal Shear | RS - Ring Separation | VE - Visual Exception | |
| DR - Decay Ring | MD - Mechanical Damage | S - Min. or Max Shell | VS - Vertical Split | |
| E - Exception | O/W - OsmoWeld | SLCR - Slight Crushing | WPH - Wood Pecker Hole | *(Railroad Directions)* |

**Koppers Railroad Structures Inc.**

NPBL002204

Date Created: 01/25/2024
Date Printed: 03/11/2024

**Norfolk & Portsmouth Belt Line Railroad Co.**

Line: Main Line

**Structure Report**

| | |
|---|---|
| **Bridge # SBER** | |
| Milepost: 0.00 | Section: 5 |
| Type: Thru Truss | Location: Portsmouth, VA |
| Inspection Date(s): 01/24/2024 | Inspector: T. Bennett, G. Grumke |
| Inspection Type: Annual | Critical Review By RBE: No |

### Other

| Structure | Member | Priority/ Status | Remarks | Dimensions (WxDxL) |
|---|---|---|---|---|
| Ties | | OK | Tie Count: 148, OK (14 exceptions) | 9"x8.5"x10' |
| Guard Timber | | OK | | |
| Walkway | | OK | OK<br><br>Center Walkway Grating - OK | |
| Handrail | | OK | | |
| Rail | | | Type of Rail: Jointed | |
| Other | | | Hook Bolts - OK | |

| | | | | |
|---|---|---|---|---|
| CN - Cornering<br>CR- Crushing<br>D/P - Drift Pin<br>DP - Decay Pocket<br>DR - Decay Ring<br>E - Exception | G/L - Groundline Area<br>H - Heart<br>HS - (Cap) Heart Separation<br>HS - (Stringer) Horizontal Shear<br>MD - Mechanical Damage<br>O/W - OsmoWeld | P/W - Heavy Duty Pile Wrap<br>PE - Possible Exception<br>PP - Previously Posted<br>RS - Ring Separation<br>S - Min. or Max Shell<br>SLCR - Slight Crushing | SR - Shell Rot<br>ST - Shell Thickness<br>V - Void<br>VE - Visual Exception<br>VS - Vertical Split<br>WPH - Wood Pecker Hole | Mileage Increases from: North<br><br>Members are Numbered From: East<br><br>*(Railroad Directions)* |

**Koppers Railroad Structures Inc.**

NPBL002208

Date Created: 01/25/2024
Date Printed: 03/11/2024

# Norfolk & Portsmouth Belt Line Railroad Co.

## Main Line

### Annual Inspection 01/24/2024

| Location/Access: |
|---|

Town or Station: Portsmouth     State: VA

GPS: N 36 48.6543 W 76 17.4983

**Access Notes:** T - Truck
**Bridge Notes:** Previously Noted in Reports as Bridge IE-05

| Track/Bridge Information: |
|---|

Bridge/Track: Tangent          Number of Tracks: 1

Superelevated: No              Superelevation Direction:

Mile Increase: North to South  Members Numbered From: East



**Bridge SBER Section 6**

| Bridge Description: |
|---|

Super/Type: DPG                Sub Type: Concrete

Deck: Open                     Year Built: 1950

Number of Spans: 1             Section Length: 55

Maximum Height: 10'            Skewed: No

Guard Rail: No                 Utilities Present: No

Walkway: Yes                   Walkway Location:

| Site Condition: | Action Required: |
|---|---|

Feature Crossed: Elizabeth River          Requires Bridge Engineer Review: No

Maximum Water Depth: No                    Underwater Inspection Required: Yes

Scour Susceptible: Yes                     Snooper Truck Required: No

Drift: No          Priority:

Vegetation: No     Priority:

Rail: Jointed

Lead Inspector: T. Bennett

Date Approved: 02/16/2024

**Norfolk & Portsmouth Belt Line Railroad Co.**

**Inspection Summary**                                                                           Line: Main Line

| | |
|---|---|
| **Bridge Name: Lift Bridge** | **Bridge # SBER** |
| **Milepost: 0.00** | **Section: 6** |
| **Type: DPG** | **Location: Portsmouth, VA** |
| **Inspection Date(s): 01/24/2024** | **Inspector: T. Bennett, G. Grumke** |
| **Inspection Type: Annual** | **Critical Review By RBE: No** |

## Findings:

| Findings: | Finding Notes: |
|---|---|
| Abutment 1 | Ballast on seat |
|     Bearings | Bearing shoes have 5-10% section loss |
| | Inside anchor bolts are severely corroded |
| Span 1 | |
|     Girders | Webs have localized corrosion at all bottom flange to stiffener areas |
| | Minor corrosion to all intermediate stiffeners |
| | Bottom flange angles are pitted with 10-15% section loss at all gusset plate connections, rivet heads at those areas are severely corroded with up to 50% section loss |
| | Bottom cover plates near mid span have 25% section loss with up to 100% section loss to rivet heads in a 12' area |
| | Girder 1 inside bearing stiffener over pier 1 has severe corrosion to bottom 3" |
| | Girder 2 has one outside intermediate stiffener with severe corrosion to bottom 3" near mid span |
| | Inside bearing stiffeners over abutment have severe corrosion to bottom 6" |
|     Bracing | All lower lateral and center strut braces have pitting with section loss |
| | All top and bottom gusset plates have 10-20% section loss with pack rust and debris built up, top plates have knife edges with one plate over Pier 1 having some corrosion holes, bottom plates between crossframes 3 & 4 have severe section loss to rivet heads |
| | 1st Crossframe bottom gusset plates at both girders have moderate pitting and pack rust |
| Ties | OK (4 exceptions) |
| Guard Timber | OK |
| Walkway | OK |
| | Center Walkway Grating - OK |
| Handrail | OK |
| Other | Hook Bolts - OK |

## Recommended Work:

| Item# | Priority | Repair Description |
|---|---|---|
| 1 | 3 | Replace: |
| | |     All top and bottom gusset plates |
| 2 | 3 | Repair: |
| | |     12' area of corroded rivet heads in bottom cover plates of Girders |
| | |     Girder 1 inside bearing stiffener over Pier 1 |
| | |     Inside bearing stiffeners over Abutment |
| 3 | 3 | Remove ballast from abutment seat |

## Completed Work:

| Date | Item# | Repair Description |
|---|---|---|
| | | |

**Koppers Railroad Structures Inc.**

Date Created: 01/25/2024
Date Printed: 03/11/2024

# Norfolk & Portsmouth Belt Line Railroad Co.



Bridge SBER Section 6 Deck View



Bridge SBER Section 6 View from Below



Bridge SBER Section 6 Typical Span



Bridge SBER Section 6 Typical Abutment

**Koppers Railroad Structures Inc.**                    NPBL002211                    **Main Line**

**Norfolk & Portsmouth Belt Line Railroad Co.**

Line: Main Line

**Structure Report**

| | |
|---|---|
| **Bridge # SBER** | |
| Milepost: 0.00 | Section: 6 |
| Type: DPG | Location: Portsmouth, VA |
| Inspection Date(s): 01/24/2024 | Inspector: T. Bennett, G. Grumke |
| Inspection Type: Annual | Critical Review By RBE: No |

### Substructure

| Structure | Member | Priority/ Status | Remarks | Dimensions (WxDxL) |
|---|---|---|---|---|
| Abutment 1 | | 3 | Ballast on seat | 1' |
| | Bearings | 4 | Bearing shoes have 5-10% section loss<br><br>Inside anchor bolts are severely corroded | |

### Superstructure

| Structure | Member | Priority/ Status | Remarks | Dimensions (WxDxL) |
|---|---|---|---|---|
| Span 1 | | | | 55'-0" |
| | Girders | 3 | Webs have localized corrosion at all bottom flange to stiffener areas<br><br>Minor corrosion to all intermediate stiffeners<br><br>Bottom flange angles are pitted with 10-15% section loss at all gusset plate connections, rivet heads at those areas are severely corroded with up to 50% section loss<br><br>Bottom cover plates near mid span have 25% section loss with up to 100% section loss to rivet heads in a 12' area<br><br>Girder 1 inside bearing stiffener over pier 1 has severe corrosion to bottom 3"<br><br>Girder 2 has one outside intermediate stiffener with severe corrosion to bottom 3" near mid span<br><br>Inside bearing stiffeners over abutment have severe corrosion to bottom 6" | |
| | Bracing | 3 | All lower lateral and center strut braces have pitting with section loss<br><br>All top and bottom gusset plates have 10-20% section loss with pack rust and debris built up, top plates have knife edges with one plate over Pier 1 having some corrosion holes, bottom plates between crossframes 3 & 4 have severe section loss to rivet heads<br><br>1st Crossframe bottom gusset plates at both girders have moderate pitting and pack rust | |

| | | | | |
|---|---|---|---|---|
| CN - Cornering | G/L - Groundline Area | P/W - Heavy Duty Pile Wrap | SR - Shell Rot | Mileage Increases from: North |
| CR- Crushing | H - Heart | PE - Possible Exception | ST - Shell Thickness | |
| D/P - Drift Pin | HS - (Cap) Heart Separation | PP - Previously Posted | V - Void | Members are Numbered From: East |
| DP - Decay Pocket | HS - (Stringer) Horizontal Shear | RS - Ring Separation | VE - Visual Exception | |
| DR - Decay Ring | MD - Mechanical Damage | S - Min. or Max Shell | VS - Vertical Split | |
| E - Exception | O/W - OsmoWeld | SLCR - Slight Crushing | WPH - Wood Pecker Hole | *(Railroad Directions)* |

**Koppers Railroad Structures Inc.**

NPBL002212

Date Created: 01/25/2024
Date Printed: 03/11/2024

**Norfolk & Portsmouth Belt Line Railroad Co.**

Line: Main Line

**Structure Report**

| | |
|---|---|
| **Bridge # SBER** | |
| Milepost: 0.00 | Section: 6 |
| Type: DPG | Location: Portsmouth, VA |
| Inspection Date(s): 01/24/2024 | Inspector: T. Bennett, G. Grumke |
| Inspection Type: Annual | Critical Review By RBE: No |

### Other

| Structure | Member | Priority/Status | Remarks | Dimensions (WxDxL) |
|---|---|---|---|---|
| Ties | | OK | OK (4 exceptions) | |
| Guard Timber | | OK | | |
| Walkway | | OK | OK<br><br>Center Walkway Grating - OK | |
| Handrail | | OK | | |
| Rail | | | Type of Rail: Jointed | |
| Other | | | Hook Bolts - OK | |

| | | | | |
|---|---|---|---|---|
| CN - Cornering | G/L - Groundline Area | P/W - Heavy Duty Pile Wrap | SR - Shell Rot | Mileage Increases from: North |
| CR- Crushing | H - Heart | PE - Possible Exception | ST - Shell Thickness | |
| D/P - Drift Pin | HS - (Cap) Heart Separation | PP - Previously Posted | V - Void | Members are Numbered From: East |
| DP - Decay Pocket | HS - (Stringer) Horizontal Shear | RS - Ring Separation | VE - Visual Exception | |
| DR - Decay Ring | MD - Mechanical Damage | S - Min. or Max Shell | VS - Vertical Split | |
| E - Exception | O/W - OsmoWeld | SLCR - Slight Crushing | WPH - Wood Pecker Hole | *(Railroad Directions)* |

Koppers Railroad Structures Inc.

NPBL002213

Date Created: 01/25/2024
Date Printed: 03/11/2024