# Exhibit B

LAW OFFICES
## CRENSHAW, WARE & MARTIN, P.L.C.
150 WEST MAIN STREET, SUITE 1923
Norfolk, Virginia 23510
www.cwm-law.com

TELEPHONE (757) 623-3000
FACSIMILE (757) 623-5735

JAMES L. CHAPMAN, IV
EMAIL: jchapman@cwm-law.com

July 3, 2025

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| James H. Rodgers, Esq.<br>CLYDE & CO US LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, New York 10174<br>James.Rodgers@clydeco.us | Harold L. Cohen. Esq.<br>CLYDE & CO US LLP<br>1221 Brickell Avenue #1600<br>Miami, FL 33131<br>Harry.Cohen@clydeco.us |
| Michael Roman, Esq.<br>Dawn Johnson, Esq.<br>Siobhan Murphy, Esq.<br>CLYDE & CO US LLP<br>30 S. Wacker Drive, Ste 2600<br>Chicago, IL 60606<br>Michael.Roman@clydeco.us<br>Dawn.Johnson@clydeco.us<br>Siobhan.Murphy@clydeco.us | Rachel Werner, Esq.<br>CLYDE & CO US LLP<br>One North Central Avenue, Suite 1030<br>Pheonix, Arizona 85004<br>Rachel.werner@clydeco.us |

Re:   COEYMANS MARINE TOWING, LLC D/B/A CARVER MARINE TOWING as Owner and Operator of M/T Mackenzie Rose (IMO No. 8968765), etc.
United States District Court, Eastern District of Virginia, Case No. 2:24-cv-00490

Dear Mr. Rodgers:

On April 28, 29, and 30, counsel for the Belt Line deposed Carver's General Manager Brian Moore, Deckhand Jarkeis Morrissey, Deckhand Sharif Porter, and former Port Captain Leonard Baldassare. And on June 17, 2025, the Belt Line deposed Carver's 30(b)(6) representative, Nick Laraway. During these depositions, Carver's counsel made over 160 speaking objections and instructed the witnesses not to answer 12 times.

Such conduct is improper under Rule 30 of the Federal Rules of Civil Procedure and obstructed the Belt Line's ability to properly depose the witnesses regarding information relating to the limitation action. Given the obstructionist tactics used throughout depositions in this matter, re-deposition of the witnesses would be an insufficient remedy. The only feasible remedy for this obstruction is the dismissal of the limitation portion of this case. Accordingly, we request that you voluntarily dismiss Carver's Limitation Complaint to avoid the necessity of seeking Court intervention.





James H. Rodgers, Esq.
July 3, 2025
Page 2

    If the above relief is granted, either voluntarily or by Court Order, the Belt Line will still proceed with its negligence claim and proof of resulting damages.

    Please reach out to my office to provide your availability for a meet and confer for **Monday, July 7, 2025** regarding the matters in this letter.

Very truly yours,

        */s/ James L. Chapman*
James L. Chapman, IV

JLC/tal
cc:    Counsel of Record

