# Exhibit F

**From:** Rodgers, James
**To:** Mackenzie Pensyl; Roman, Michael; Cohen, Harry; Werner, Rachel; Johnson, Dawn; Alonzo, Jennifer; Vega, Joslin; Murphy, Siobhan
**Cc:** James Chapman; W. Ryan Snow; Mark Nanavati; Zach Jett; Christopher Jones; Tressa Lucas; Mariah Adickes; Rodgers, James
**Subject:** RE: [External] In re Coeymans Marine Towing, et al. - Daily Log Production [CC-US.60032.10679176.FID4210633]
**Date:** Monday, June 23, 2025 8:14:34 PM
**Attachments:** image002.png
image007.png
image009.png
image005.png
image006.png

---

CAUTION External Email: This email originated from outside of the CWM network. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Dear Ms. Pensyl,

I am not sure what deficiencies you are suggesting in your letter. But without any basis you are asserting that Carver is not in compliance with the Court Order. If entries do not exist in the electronic log, then they do not exist. As you know from Josef Malik's Declaration, the electronic logs were retrieved directly by TBS/Helm Connect. Entries have not been "omitted" in the production of the documents, and such an assertion by you and/or your firm, without any basis, is highly improper.

Under Rule 11, I am obligated to put you on notice that any misrepresentation to the Court by you or by members of your firm are subject to sanctions. Please withdraw these baseless allegations immediately.

As to portions of documents that you claim were "cut off" in the copying process, we will endeavor to produce full copies, assuming they were cut off in the production process.

Finally, we have not located a written or "rough" log for July 25, 2024-September 15, 2024.

Regards,
Jim Rodgers

**James Rodgers**
Senior Counsel | Clyde & Co US LLP
**Direct Dial:** +1 212 702 6771 | **Mobile:** +1 646 853 4277

The Chrysler Building | 405 Lexington Avenue | 16th Floor | New York | NY 10174 | USA
Main +1 212 710 3900 | Fax +1 212 710 3950 | www.clydeco.us

Please consider the environment before printing

---

**From:** Mackenzie Pensyl <mpensyl@cwm-law.com>
**Sent:** Monday, June 23, 2025 6:53 PM
**To:** Roman, Michael <Michael.Roman@clydeco.us>; Rodgers, James <James.Rodgers@clydeco.us>; Cohen, Harry <Harry.Cohen@clydeco.us>; Werner, Rachel <rachel.werner@clydeco.us>; Johnson, Dawn <Dawn.Johnson@clydeco.us>; Alonzo, Jennifer <jennifer.alonzo@clydeco.us>; Vega, Joslin



**From:** Rodgers, James
**To:** Mackenzie Pensyl; Roman, Michael; Cohen, Harry; Werner, Rachel; Johnson, Dawn; Alonzo, Jennifer; Vega, Joslin; Murphy, Siobhan
**Cc:** James Chapman; W. Ryan Snow; Mark Nanavati; Zach Jett; Christopher Jones; Tressa Lucas; Mariah Adickes; Rodgers, James
**Subject:** RE: [External] In re Coeymans Marine Towing, et al. - Daily Log Production [CC-US.60032.10679176.FID4210633]
**Date:** Monday, June 23, 2025 8:14:34 PM
**Attachments:** image002.png
image007.png
image009.png
image005.png
image006.png

---

CAUTION External Email: This email originated from outside of the CWM network. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Dear Ms. Pensyl,

I am not sure what deficiencies you are suggesting in your letter. But without any basis you are asserting that Carver is not in compliance with the Court Order. If entries do not exist in the electronic log, then they do not exist. As you know from Josef Malik's Declaration, the electronic logs were retrieved directly by TBS/Helm Connect. Entries have not been "omitted" in the production of the documents, and such an assertion by you and/or your firm, without any basis, is highly improper.

Under Rule 11, I am obligated to put you on notice that any misrepresentation to the Court by you or by members of your firm are subject to sanctions. Please withdraw these baseless allegations immediately.

As to portions of documents that you claim were "cut off" in the copying process, we will endeavor to produce full copies, assuming they were cut off in the production process.

Finally, we have not located a written or "rough" log for July 25, 2024-September 15, 2024.

Regards,
Jim Rodgers

**James Rodgers**
Senior Counsel | Clyde & Co US LLP
**Direct Dial:** +1 212 702 6771 | **Mobile:** +1 646 853 4277

The Chrysler Building | 405 Lexington Avenue | 16th Floor | New York | NY 10174 | USA
Main +1 212 710 3900 | Fax +1 212 710 3950 | www.clydeco.us

---

**From:** Mackenzie Pensyl <mpensyl@cwm-law.com>
**Sent:** Monday, June 23, 2025 6:53 PM
**To:** Roman, Michael <Michael.Roman@clydeco.us>; Rodgers, James <James.Rodgers@clydeco.us>; Cohen, Harry <Harry.Cohen@clydeco.us>; Werner, Rachel <rachel.werner@clydeco.us>; Johnson, Dawn <Dawn.Johnson@clydeco.us>; Alonzo, Jennifer <jennifer.alonzo@clydeco.us>; Vega, Joslin



<Joslin.vega@clydeco.us>; Murphy, Siobhan <Siobhan.Murphy@clydeco.us>
**Cc:** James Chapman <jchapman@cwm-law.com>; W. Ryan Snow <wrsnow@cwm-law.com>; Mark Nanavati <mnanavati@snllaw.com>; Zach Jett <zjett@butler.legal>; Christopher Jones <cjones@snllaw.com>; Tressa Lucas <tlucas@cwm-law.com>; Mariah Adickes <madickes@cwm-law.com>
**Subject:** In re Coeymans Marine Towing, et al. - Daily Log Production

Good afternoon,

Please see the attached correspondence in the above captioned matter.

Thank you,

Mackenzie

**Mackenzie R. Pensyl, Esquire**

CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923 | Norfolk, VA 23510
**T** (757) 623-3000 | **F** (757) 623-5735 | www.cwm-law.com | mpensyl@cwm-law.com

This communication is intended only for the recipient(s) named above and may be privileged or confidential. If you are not the intended recipient, any disclosure, distribution or other use is prohibited. If you received this communication in error, please notify Crenshaw, Ware & Martin, P.L.C. at (757) 623-3000 or by return email to mpensyl@cwm-law.com.

**If our account details change, we will notify these to you by letter, telephone or face-to-face and never by email.**

This email message and any attachments may contain legally privileged and/or confidential information intended solely for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution or copying of this message or its attachments is strictly prohibited. If you have received this email message in error, please immediately notify us by telephone, fax or email and delete the message and all attachments thereto. Thank you. Clyde & Co US LLP is a Delaware limited liability law partnership affiliated with Clyde & Co LLP, a multinational partnership regulated by The Law Society of England and Wales.

Disclosure: To ensure compliance with requirements imposed by the IRS in Circular 230, we inform you that any tax advice contained in this communication (including any attachment that does not explicitly state otherwise) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing or recommending to another party any transaction or matter addressed herein.

Case 2:24-cv-00490-MSD-RL Document 130-1 Filed 06/16/25 Page 2 of 9 PageID# 5102

<Joslin.vega@clydeco.us>; Murphy, Siobhan <Siobhan.Murphy@clydeco.us>
**Cc:** James Chapman <jchapman@cwm-law.com>; W. Ryan Snow <wrsnow@cwm-law.com>; Mark Nanavati <mnanavati@snllaw.com>; Zach Jett <zjett@butler.legal>; Christopher Jones <cjones@snllaw.com>; Tressa Lucas <tlucas@cwm-law.com>; Mariah Adickes <madickes@cwm-law.com>
**Subject:** In re Coeymans Marine Towing, et al. - Daily Log Production

Good afternoon,

Please see the attached correspondence in the above captioned matter.

Thank you,

Mackenzie

**Mackenzie R. Pensyl, Esquire**

CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923 | Norfolk, VA 23510
**T** (757) 623-3000 | **F** (757) 623-5735 | www.cwm-law.com | mpensyl@cwm-law.com

This communication is intended only for the recipient(s) named above and may be privileged or confidential. If you are not the intended recipient, any disclosure, distribution or other use is prohibited. If you received this communication in error, please notify Crenshaw, Ware & Martin, P.L.C. at (757) 623-3000 or by return email to mpensyl@cwm-law.com.

**If our account details change, we will notify these to you by letter, telephone or face-to-face and never by email.**

This email message and any attachments may contain legally privileged and/or confidential information intended solely for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution or copying of this message or its attachments is strictly prohibited. If you have received this email message in error, please immediately notify us by telephone, fax or email and delete the message and all attachments thereto. Thank you. Clyde & Co US LLP is a Delaware limited liability law partnership affiliated with Clyde & Co LLP, a multinational partnership regulated by The Law Society of England and Wales.

Disclosure: To ensure compliance with requirements imposed by the IRS in Circular 230, we inform you that any tax advice contained in this communication (including any attachment that does not explicitly state otherwise) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

LAW OFFICES
**CRENSHAW, WARE & MARTIN, P.L.C.**
150 WEST MAIN STREET, SUITE 1923
NORFOLK, VIRGINIA 23510

TELEPHONE (757) 623-3000
FACSIMILE (757) 623-5735

MACKENZIE R. PENSYL
EMAIL: mpensyl@cwm-law.com

June 23, 2025

**VIA ELECTRONIC MAIL ONLY**

James H. Rodgers, Esq.
CLYDE & CO US LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Email: james.rodgers@clydeco.us

Re: COEYMANS MARINE TOWING, LLC d/b/a CARVER MARINE TOWING as Owner and Operator of M/T MACKENZIE ROSE (IMO No. 8968765), etc. United States District Court, Eastern District of Virginia, Case No. 2:24-cv-00490

Dear Mr. Rodgers:

I write regarding the Daily Logs recently produced by Carver marked "1 RFP 16 CARVER TBS HELM CONNECT 000281-000731" and "1 RFP 16 CARVER 001732-1928 Standard Diary," which Carver produced in response to the Court's Order on the Belt Line's motion to compel the production of logs (smooth and rough) for the period January 1-September 15, 2024.

In reviewing these logs, we find that the entries for February 28, April 1, May 3 are markedly different from the Daily Logs having the same dates that Carver previously produced marked CARVER 000025-000032. Specifically, the entries for the "9.2 NEAR MISS" reports on these dates (and other entries) are missing from the newly produced logs. In fact, we find no entries of "9.2 NEAR MISS" reports in these newly produced smooth logs, leading us to conclude that the newly produced logs are incomplete.

Additionally, only the rough logs from January 1 through July 24, 2024 were produced in the documents labeled "1 RFP 16 CARVER 001732-1928 Standard Diary." The remaining logs for July 24 through September 15, 2024 were not produced. And again, the rough log pages show entries that are not included in the electronic versions from the same date, leading us to conclude that the electronic versions are incomplete.

For example, the rough log for March 31, 2024 indicates "steering issues ongoing" and a "group email to upper management about steering issues." The rough log for April 8, 2024 states that the "Auto Pilot kicked into standby hard right." The rough log for May 8, 2024 details further work on the steering system and other tug repairs. Yet, these entries are not included in the produced smooth logs. Further, the rough log for May 12, 2024 at 22:30 states "see electronic



entry" but no corresponding entry exists, only an entry that matches the rough log entry for 23:30. See CARVER 001822, CARVER 001830, CARVER 001860, and CARVER 001864, copies of which are attached. Such information is highly relevant but omitted from these logs. This is another breach of the Court's Order.

Finally, some pages in the smooth log appear to be cut off at the bottom, e.g., 1 RFP 16 CARVER TBS HELM CONNECT 000425, and others lack any entries at all, e.g., 1 RFP 16 CARVER TBS HELM CONNECT 000464.

We request immediate production of the complete Daily Logs covering January 1-September 15, 2024, and reserve our rights regarding Carver's non-compliance with the Court's Order.

Very truly yours,

Mackenzie R. Pensyl

MRP/clm
Enclosures
cc: James L. Chapman, IV, Esq.
W. Ryan Snow, Esq.
Michael Roman, Esq.
Harold L. Cohen. Esq.
Rachel Werner, Esq.
Dawn Johnson, Esq.
Siobhan Murphy, Esq.



ow

2024 91st day - 275 days follow
Easter

SUNDAY 31 MARCH

KTS

T

202° T

t,

o get in

0005 - hw Nucor Berkley - steering issues ongoing

0600 - group email to ~~[illegible]~~ upper Management About steering issues

0700 - 34° 45. 0N 75°56.7W

0900 34° 38.6N 76°07.6W 20/25, SE'ly Seas 5-7, Clear 5.2kts CSE 248°T

2200 33° 51.6N 77° 05.1W 20/25 SSW, SEAS 5-6' Clear, 5.6kts CSE 265°T

C. Miller

~~D. Dipietro~~ B. Kuster

J. McGrath

S. Porter

N. Coffee

CARVER 001822

AT-A-GLANCE®

follow | 2024 99th day - 267 days follow

MONDAY 8 APRIL

0001 U/W YNOT 8 IN TOW BOUND FOR NY
0100 35°53.9'N 075°29.6'W 6.2 kts, 349°T, SEA 1-2, 5-10 WIND NW
0300 36°06.6'N 075°35.7'W 6.5 kts, 351°T, SEA 1-2, NW 10 kts
0500 36°19.2'N 075°41.1'W 7.2 kts, 356°T SEA 2-3, NW 10 kts
0530 CHANGE OF WATCH TURNOVER COMPLETE/E. WALORDY RLVD BY C. MILLER
0615 Auto Pilot Kicked into Standby Hard Right*
0930 - 36°47.3N 75°51.3W speed 7kts CSE 26 Lt winds & SEAS.
1030 36°52.8N 75°49.6W speed 6kts CSE 32°T SW 15/20 4' SEAS
1130 WATCH CHANGE GENERAL ALARMS TESTED: SAT -
1140 Shortened tow to 2 layers out.
1300 37°06.3'N, 075°42.7'W, 038° CSE, 6.0 kts LT WIND/SEAS
1500 37°16.8'N, 075°35.6'W, 037° CSE, 5.7 kts, SEAS 1-2 NE, 5-10 South
1700 37°26.1'N 075°29.2'W, 049° CSE, 6.4 kts, SEAS/WIND LT
1730 WATCH CHANGE E. WALORDY RELIEVED BY C. MILLER
1900 37°37.8N 75°20.0W speed 6.2 SEAS Lt motion
2100 37°47.8N 75°12.1W " 6.0 kts SEAS Lt motion 42°T
2230 37°55.3N 75°06.4W 6.2 kts SEAS 3-4' SSE 15/18 42°T
2330 Watch change turnover complete - See helm notes

C. Miller
E. Warlordy
R. Nantista
J. Hoppe
C. Campanelli
A. Munoz

CARVER 001830

AT-A-GLANCE®

follow 2024 129th day - 237 days follow

WEDNESDAY 8 MAY

0001 VWYNOT 2 BOUND FOR NORFOLK
0100 36 45.0N 075 48.8W 5.7kts 353T
0300 36 54.1N 075 55.8W 5.8kts 311T
0500 36 59.8N 076 11.9W 7.1kts 296T
0530 WATCH TURNOVER COMP MILLER RELIEVES WALORDY
0630 Coastal trader on station
0700 Flop Round up into Push Gear Anchorage K-1
0950 Release Coastal trader All fast T Pier Norfolk
1000 Shut Down Mains, work on Steering system
1130 watch change E Warlord Relieves C. Miller
1200 Day work tug repairs continue
1800 Done with tug repairs for today
2000 - Standby paperwork
2330 E Warlordy Relieves C. Miller watch turnover complete

SEAS

Miller

C. Miller
E. Warlordy
A. O'rourke
C. Campanelli
D. Hogge
J. Morrisey

TFOB 34,446 0600
L/O 482
C/O 167
H/O 483
Potable H2O 4900

AT-A-GLANCE

2024 133rd day - 233 days follow
Mother's Day

SUNDAY 12 MAY

0001 V/W YND2 BOUND FOR BALTIMORE
0100 38°28.8'N 076°24.0'W 7.2kts 333°
0300 38°39.3'N 076°26.7W 7.2kts 000°T
0500 THOMAS POINT SHOAL LT. 5.8kts 004°T
0530 MILLER RELIEVES WALORDY
0730 39°08.1'N 76°24.4W 6.2Kts CSE 327°T VAR 5 Lt chop
0900 Scott Key Bridge Ivory Coast on station
0950 1st line up @ Lambert
1010 All fast @ Lambert Cabin Branch Ferry pt.
1015 Release Ivory Coast.
1045 4L uw NY
11:30 watch change E warlordy Relieves C. Miller
1300 GRN 11 BUOY TOLCHESTER CHANNEL 6.5KTS @040°T WX TSTORMS
1500 WORTON PT. 6.5KTS @045° WX SCATTERD TSTORMS
1700 ARNOLD PT 6.7kts @042°T WX LT VAR
1715 GENERAL ALARM WEEKLY TEST
1730 CHRIS MILLER RELIEVES ERIK WALORDY
1910 St Georges RR Bridge C n D Canal Lt wind ripple
2100 39°23.6'N 75°29.4W CSE 149°T S 9.2kts SE 20, 2' chop
2230 See electronic entry
2330 watch Turner complete

C. Miller
E. Warlordy
A. O'rourke
C. Campanelli
J. Morrisey
J. Hogge

TFOB 31,983 @ 0600
L/O 473.5
G/O ~~478~~ 167
H/O 478
Potable H2O 5,000

CARVER 001864
AT-A-GLANCE®