# Exhibit O

```
     IN THE UNITED STATES DISTRICT COURT
    FOR THE EASTERN DISTRICT OF VIRGINIA

       CIVIL ACTION NO: 2:24-CV-00490


---------------------------------------X
IN THE MATTER OF COEYMANS MARINE
TOWING, LLC D/B/A CARVER MARINE
TOWING AS OWNER AND OPERATOR OF M/T
MACKENZIE ROSE, (IMO NO. 8968765) HER
CARGO, ENGINES, BOILERS, TACKLE, EQUIPMENT,
APPAREL, AND APPURTENANCES, ETC., IN REM,
("M/T MACKENZIE ROSE"),


PETITIONING FOR EXONERATION FROM OR
LIMITATION OF LIABILITY IN ALLISION WITH
NORFOLK AND PORTSMOUTH BELT LINE RAILROAD
COMPANY MAIN LINE RAILROAD BRIDGE
(THE "BRIDGE") OCCURRING JUNE 15, 2024 IN
AND ABOUT THE ELIZABETH RIVER, VIRGINIA.

---------------------------------------X


                         April 30, 2025
                         12:39 p.m.




        AN IN PERSON DEPOSITION of SHARIF
PORTER, a Defendant herein, taken by the
respective parties, pursuant to Order, held
at the offices of 405 Lexington Avenue, New
York, New York, before Larin Kaywood, a
Notary Public for and within the State of
New York.








JOB NO.: 112264
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division
## In Admiralty

| | |
|---|---|
| In the Matter of COEYMANS MARINE TOWING, LLC D/B/A CARVER MARINE TOWING as Owner and Operator of M/T Mackenzie Rose, (IMO No. 8968765), *et al*. | Civil Action No. 2:24-cv-00490-MSD-LRL |

## EXHIBIT I

### Deposition of Sharif Porter – April 30, 2025

| Page | Line | Extract |
|---|---|---|
| 44 - 47 | 18 - 15 | 18   Q.   All right.  So in the statement<br>19  it says -- your name Sharif Porter.  "I was<br>20  in bed sleeping.  I felt the boat sliding,<br>21  thought we popped the push gear, went up<br>22  the wheelhouse, that was when the captain<br>23  told me the boat went hard over."  And<br>24  that's what do you recorded on the day of<br>25  the incident, right?<br>44<br><br>1   A.   Okay.<br>2    Q.   So does that refresh your<br>3  recollection that the captain told you that<br>4  the boat went hard over?<br>5    A.   Yes.<br>6    Q.   All right.  And when you say<br>7  the captain, do you mean Captain Jimmy<br>8  Morrissey?<br>9    A.   Right, yeah.<br>10    Q.   Okay. And it doesn't say you<br>11  went back to bed but, you've told us that<br>12  you did?<br>13    A.   Yes, I did.<br>14    Q.   Okay, all right.  When he told<br>15  you that the boat went hard over, what did<br>16  you understand that to mean?<br>17    A.   That the boat just slide over.<br>18    Q.   That it was propelled to slide |

```
19  over or?  I'm just trying to understand
20  what your thinking is.
21       MR. RODGERS:  Objection to
22    form.
23       You can answer if you
24    understand the question.
25    A.  I don't understand the
```

45

```
1   question.
2    Q.  Well, he says the boat went
3   hard over.  When it goes hard over -- you
4   told us that it went to the left or went to
5   the port.
6    A.  Right.
7    Q.  So presumably it went hard over
8   to the port.
9    A.  Yes.
10    Q.  Does that mean the whole
11  flotilla went hard over, or the stern end
12  of the tug went hard over, or what did that
13  mean to you when he said that?
14       MR. RODGERS:  Objection.
15    That's what the captain told him.
16    But you're asking for personal
17    knowledge of what happened to the
18    boat.
19       MR. CHAPMAN:  You know
20    Mr. Rogers, if he doesn't know what
21    it means, that's fine.  He just said
22    what the captain told him but --
23       MR. RODGERS:  I know, but your
24    question --
25       MR. CHAPMAN:  No, you --
```

46

```
1       MR. RODGERS:  No.  Your
2    question was something outside what
3    the captain told him.
4       MR. CHAPMAN:  My question was,
5    what did he understand the captain to
6    mean when he was told it went hard
7    over?  That's --
8       MR. RODGERS:  And then, you
9    gave him your example of what it
```

|         |       |                                                                                      |
|---------|-------|--------------------------------------------------------------------------------------|
|         |       | 10    could be, and I'm objecting to that. |
|         |       | 11        You can answer if you |
|         |       | 12    understand the question, or if you |
|         |       | 13    have the answer. |
|         |       | 14    A.   The boat -- that just felt like |
|         |       | 15  a slide, that's it. |
| 58 - 59 | 7 - 9 | 7     Q.   Okay.  I'm going to pass you |
|         |       | 8  Exhibit 23, and, again, produced to us by |
|         |       | 9  Carver.  It appears to be photocopies of |
|         |       | 10  pages from a logbook covering the period |
|         |       | 11  June 12th through June 16th of 2024. |
|         |       | 12        You see that? |
|         |       | 13    A.   Okay. |
|         |       | 14    Q.   I realize this isn't the |
|         |       | 15  logbook.  This is just a copy of it, but |
|         |       | 16  are these the way the pages would look in |
|         |       | 17  that book? |
|         |       | 18    A.   I believe so. |
|         |       | 19    Q.   All right.  And on page -- they |
|         |       | 20  all have numbers at the bottom.  Page 242 |
|         |       | 21  at the bottom, this is for Saturday, June |
|         |       | 22  15th, 2024.  The five members of the crew |
|         |       | 23  of the tug are listed, right? |
|         |       | 24    A.   Yes. |
|         |       | 25    Q.   And that's accurate? |
|         |       |  |
|         |       | 58 |
|         |       |  |
|         |       | 1        MR. RODGERS: |
|         |       | 2      Just -- objection.  Foundation for |
|         |       | 3      Exhibit 23, and just a standing |
|         |       | 4       objection for that exhibit so I don't |
|         |       | 5      have to keep repeating it.  Thank |
|         |       | 6      you. |
|         |       | 7     Q.   I'm sorry.  My question was, |
|         |       | 8  those are the crew members that were on the |
|         |       | 9  barge -- excuse me, on the tug that day? |
|         |       | 10    A.   Yes. |
|         |       | 11    Q.   Okay.  And I want to direct |
|         |       | 12  your attention to the entry at 1630.  You |
|         |       | 13  see that? |
|         |       | 14    A.   Yes. |
|         |       | 15    Q.   And it reads, "Co-captain |
|         |       | 16  reports steering went hard over and he was |
|         |       | 17  backing and we tapped the Northend PBLRR |
|         |       | 18  Bridge." |
|         |       | 19        I read that correctly? |

| | | |
|---|---|---|
| | | 20  A.  Yes.<br>21  Q.  Great.  So you told us that the<br>22  captain told you that it went hard over?<br>23      MR. RODGERS:  Objection.<br>24  Q.  And --<br>25      MR. RODGERS:  I think that's<br><br>59<br><br>1    what was in his statement.<br>  2   Q.  Yeah.  And you told us that you<br>3  had - you felt the sensation of backing,<br>4  right?<br>5   A.  Yes.<br>6   Q.  Okay.  Did anyone ever say<br>7  anything about taping or we tapped the<br>8  Northend PBLRR Bridge? |
| 59 - 61 | 15 - 4 | 9   A.  No.<br><br>15   Q.  Well, I apologize.  I thought<br>16  you said earlier, and if I'm wrong, please<br>17  correct me.  But I thought you said earlier<br>18  that you were looking at the head end of<br>19  the barge to see if there was any damage to<br>20  it, correct?<br>21   A.  Yes.<br>22      MR. RODGERS:  Objection.  I<br>23    thought that was when they -- when he<br>24    came --<br>25      MR. CHAPMAN:  On watch?<br><br>60<br><br>1      MR. RODGERS:  -- when he got on<br>2    the wire.<br>3      MR. CHAPMAN:  Yeah.<br>4      MR. RODGERS:  Okay.  When he<br>5    came on watch, not the wheelhouse,<br>6    right?<br>7      MR. CHAPMAN:  Correct, yes.<br>8      THE WITNESS:  Yeah.<br>9      MR. RODGERS:  Okay.  Well, I'm<br>10    getting confused, and I don't want<br>11    the witness to be confused.<br>12      THE WITNESS:  Thank you.<br>13  Q.  Is that right?<br>14  A.  When I came on -- when we put |

| | | |
|---|---|---|
| | | 15  the barge on the wire.<br>16     Q.   Yes.<br>17     A.   That's when we was able to see<br>18  the front.<br>19     Q.   Okay.  And you were looking at<br>20  it to see if there was any damage to it?<br>21     A.   Yes.<br>22     Q.   Right?<br>23     A.   There was no dents in or<br>24  anything like that.<br>25     Q.   Okay.  Do you recall who else<br><br>61<br><br>1  was out on --<br>2     A.   No, I don't.<br>3     Q.   -- the deck at the time?<br>4     A.   No, I don't.  I'm sorry. |
| 77 - 78 | 22 - 21 | 22     Q.   Okay.  All right.  Does Carver<br>23  Marine have any sort of operating<br>24  procedure, standard operating procedure for<br>25  approaching and transiting through bridges?<br><br>77<br><br>1          MR. RODGERS:  Objection to<br>2      form.<br>3          You can answer if you know.<br>4     A.   No, I don't know.<br>5     Q.   Does the company have any<br>6  policy or rules regarding the assignment of<br>7  lookouts during the transit underneath<br>8  bridges.<br>9          MR. RODGERS:  Objection to<br>10      form.<br>11          You can answer.<br>12     A.   Don't know.<br>13     Q.   Have you ever had the<br>14  opportunity under the supervision of either<br>15  the master or the mate on the vessel to<br>16  actually operate the tug?<br>17     A.   No.<br>18     Q.   So you'd not been in the<br>19  wheelhouse and handled the controls or the<br>20  rudder, or anything like that?<br>21     A.   No. |