IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division
In Admiralty

| | |
|---|---|
| In the Matter of COEYMANS MARINE TOWING, LLC D/B/A CARVER MARINE TOWING as Owner and Operator of M/T Mackenzie Rose, (IMO No. 8968765), *et al*. | Civil Action No. 2:24-cv-00490-MSD-LRL |

## JOINT MOTION TO EXTEND RESPONSE DEADLINES

Claimant Norfolk and Portsmouth Belt Line Railroad Company ("Belt Line"), Petitioner Coeymans Marine Towing, LLC d/b/a Carver Marine Towing ("Carver") and Evanston Insurance Company ("Evanston"), file this Joint Motion to Extend Response Deadlines to four motions identified below and states the following:

*Motion to Voluntarily Dismiss (ECF 132)*

1. On October 3, 2025, Evanston and Carver filed a joint Motion to Voluntarily Dismiss Evanston (ECF 132, 133). On October 24, 2025, the Belt Line filed its Response in Opposition (ECF 149).

2. With the consent of all parties, Carver and Evanston seek permission to file their reply to the Belt Line's Opposition (ECF 149) by November 14, 2025.

*Third Motion in Limine to Preclude Efforts to Depreciate the Repair Costs (ECF 134)*

3. On October 3, 2025, the Belt Line filed its Third Motion *in Limine* to Preclude Efforts to Depreciate the Repair Costs (ECF 134). On October 24, 2025, Carver filed a Response in Opposition (ECF 148).

4. With the consent of the other parties, the Belt Line respectfully requests that the deadline to file the Reply in Support of the Third Motion *in Limine* be extended to November 14, 2025.

*Objection to the Magistrate Judge's Report and Recommendation (ECF 136)*

5. The Belt Line filed its Objection (ECF 150) to the Magistrate Judge's Report and Recommendation (ECF 136) at 12:06 a.m. on October 25, 2025. The deadline was October 24, 2025.

6. For the reasons in the attached Memorandum, with the consent of the other parties, the Belt Line respectfully requests that the response date for its Objection be extended to October 25, 2025 to address the six-minute delay in filing. Any reply to the Objection to the Report and Recommendation would be filed on or before November 10, 2025.

*Motion to Exclude Testimony of Opinions of Jason R. Meyerrose (ECF 137)*

7. On October 7, 2025, the Belt Line filed a Motion to Exclude Testimony of Opinions of Jason R. Meyerrose (ECF 137, 138).

8. With the consent of all parties, Carver seeks permission to file its Response in Opposition by November 4, 2025, with the Belt Line to file its Reply by November 18, 2025

9. Except for the foregoing, no other changes are proposed to the Scheduling Order.

WHEREFORE, Norfolk and Portsmouth Belt Line Railroad Company, Coeymans Marine Towing, LLC d/b/a Carver Marine Towing, and Evanston Insurance Company respectfully request that the Court allow the foregoing extensions in accordance with the proposed Agreed Order submitted herewith.

Dated: October 28, 2025             NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY

By: */s/ James L. Chapman, IV*
James L. Chapman, IV, VSB No. 21983
W. Ryan Snow, VSB No. 47423
Mackenzie R. Pensyl, VSB No. 100012
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
mpensyl@cwm-law.com
*Counsel for Norfolk and Portsmouth Belt Line Railroad Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of October 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all registered counsel of record, and mailed to:

James Morrissey
4723 Baywood Drive
Lynnhaven, FL 32444

By: */s/ James L. Chapman, IV*
James L. Chapman, IV, VSB No. 21983
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
*Counsel for Norfolk and Portsmouth Belt Line Railroad Company*

3