# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Norfolk Division
# In Admiralty

In the Matter of COEYMANS MARINE TOWING, LLC D/B/A CARVER MARINE TOWING as Owner and Operator of M/T Mackenzie Rose, (IMO No. 8968765), *et al*.

Civil Action No. 2:24-cv-00490-MSD-LRL

## AGREED ORDER

THIS MATTER comes to the Court on the Joint Motion to Extend Response Deadlines filed by Claimant Norfolk and Portsmouth Belt Line Railroad Company ("Belt Line"), Petitioner Coeymans Marine Towing, LLC d/b/a Carver Marine Towing ("Carver") and Evanston Insurance Company ("Evanston"). Upon consideration thereof, and finding it in the interest of justice, it is hereby ORDERED as follows:

1. Carver and/or Evanston's deadline to file their reply in support of the Motion to Voluntarily Dismiss Coeymans Marine Towing, LLC d/b/a Carver Marine Towing (ECF 132) is extended to November 14, 2025.

2. The Belt Line's deadline to file its Reply in Support of the Third Motion *in Limine* (ECF 134) is extended to November 14, 2025.

3. The Belt Line's deadline for filing its Objection to the Report and Recommendation (ECF 136) is extended to October 25, 2025, the date of the Belt Line's filing at ECF 150. Any reply to the written Objection shall be filed on or before November 10, 2025.

4. Given the foregoing, the Court accepts the Belt Line's Objection at ECF 150 as timely filed on October 25, 2025.

5. Carver's deadline for filing its Response in Opposition to the Motion to Exclude Testimony of Opinions of Jason R. Meyerrose (ECF 137) is extended to November 4, 2025 and the Belt Line's deadline to file its Reply by November 18, 2025.

ENTERED: _____

Mark S. Davis
Chief Judge
United States District Court

SEEN AND AGREED:

*s/ Mark C. Nanavati*
Mark C. Nanavati, Esq. (VSB No.: 38709)
G. Christopher Jones, Jr., Esq. (VSB No.: 82260)
SINNOT, NUCKOLS & LOGAN, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
(804) 893-3866 (Nanavati)
(804) 893-3862 (Jones)
(804) 378-2610 (Facsimile)
mnanavati@snllaw.com
cjones@snllaw.com
*Counsel for Evanston Insurance Company a/s/o Norfolk and Portsmouth Belt Line Railroad Company*

*s/ Zachary M. Jett*
Zachary M. Jett, Esq. (VSB #93285)
BUTLER WEIHMULLER KATZ, et al
11525 North Community House Road
 Suite 300
Charlotte, North Carolina 28277
(704) 543-2321 (Telephone)
(704) 543-2324 (Facsimile)
zjett@butler.legal
*Counsel for Evanston Insurance Company, a/s/o Norfolk and Portsmouth Belt Line Railroad Company*

*s/ James L. Chapman IV*
James L. Chapman, IV, VSB No. 21983
W. Ryan Snow, VSB No. 47423
Mackenzie R. Pensyl VSB No. 100012
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
 mpensyl@cwm-law.com
*Attorneys for Norfolk and Portsmouth Belt Line Railroad Company*

*s/ Michael Roman*
Michael Roman, Esq.
Dawn Johnson, Esq.
Siobhan Murphy, Esq.
CLYDE & CO US LLP
30 S. Wacker Drive, Ste 2600
Chicago, IL 60606
Tel No.: (312) 635-6971
Fax No.: (312)635-6950
Michael.Roman@clydeco.us
Dawn.Johnson@clydeco.us
Siobhan.murphy@clydeco.us
*Attorneys for Coeymans Marine Towing, LLC, d/b/a Carver Marine Towing*