IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division
In Admiralty

| | |
|---|---|
| In the Matter of COEYMANS MARINE TOWING, LLC D/B/A CARVER MARINE TOWING as Owner and Operator of M/T Mackenzie Rose, (IMO No. 8968765), *et al*. | Civil Action No. 2:24-cv-00490-MSD-LRL |

**MEMORANDUM IN SUPPORT OF JOINT MOTION TO EXTEND RESPONSE DEADLINES**

Claimant Norfolk and Portsmouth Belt Line Railroad Company ("Belt Line"), Petitioner Coeymans Marine Towing, LLC d/b/a Carver Marine Towing ("Carver") and Evanston Insurance Company ("Evanston"), in support of the Joint Motion to Extend Response Deadlines, state as follows:

*Motion to Voluntarily Dismiss (ECF 132)*

1. On October 3, 2025, Evanston and Carver filed a joint Motion to Voluntarily Dismiss Coeymans Marine Towing, LLC d/b/a Carver Marine Towing (ECF 132, 133). Carver and Evanston require additional time to prepare a response and coordinate same. The Belt Line has consented to an extension. Carver and/or Evanston request that they file their reply to the Belt Line's Opposition (ECF 149) by November 14, 2025.

*Third Motion in Limine to Preclude Efforts to Depreciate the Repair Costs (ECF 134)*

2. On October 3, 2025, the Belt Line filed its Third Motion *in Limine* to Preclude Efforts to Depreciate the Repair Costs (ECF 134). On October 24, 2025, Carver filed a Response in Opposition (ECF 148). The Belt Line requires additional time to prepare a response to the same. With the consent of the other parties, the Belt Line respectfully requests that the deadline to file the Reply in Support of the Third Motion *in Limine* be extended to November 14, 2025.

*Objection to the Magistrate Judge's Report and Recommendation (ECF 136)*

3. The filing deadline for the Belt Line's written Objection (ECF 150) to the Magistrate Judge's Report and Recommendation (ECF 136) was October 24, 2025.

4. Due to difficulties in uploading the exhibits to the Objection, the Belt Line filed its Objection at 12:06 a.m. on October 25, 2025. The issues experienced were counsel's and not the result of error in the Court's system.

5. The Belt Line respectfully requests that the response date for its Objection be extended to October 25, 2025 to address the six-minute delay.

6. Any reply to the Objection to the Report and Recommendation would be filed on or before November 10, 2025.

*Motion to Exclude Testimony of Opinions of Jason R. Meyerrose (ECF 137)*

7. Due to an administrative oversight, Carver inadvertently did not file its response to the Belt Line's fourth Motion *in Limine* to Exclude Testimony and Opinions of Jason R. Meyerose but is prepared to do so by November 4, 2025. With the consent of the other parties, Carver requests that the deadline to file its response be extended to November 4, 2025 and the Belt Line's deadline to filed its Reply be extended to November 18, 2025.

8. Counsel for Carver and Evanston have consented to the extension of the dates as set forth herein.

9. Except for the foregoing, no other changes are proposed to the Scheduling Order.

WHEREFORE, Norfolk and Portsmouth Belt Line Railroad Company, Coeymans Marine Towing, LLC d/b/a Carver Marine Towing, and Evanston Insurance Company respectfully request that the Court allow the foregoing extensions in accordance with the proposed Agreed Order submitted herewith.

Dated: October 28, 2025

NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY

By: */s/ James L. Chapman, IV*
James L. Chapman, IV, VSB No. 21983
W. Ryan Snow, VSB No. 47423
Mackenzie R. Pensyl, VSB No. 100012
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
mpensyl@cwm-law.com
*Counsel for Norfolk and Portsmouth Belt Line Railroad Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of October 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all registered counsel of record, and mailed to:

James Morrissey
4723 Baywood Drive
Lynnhaven, FL 32444

By: */s/ James L. Chapman, IV*
James L. Chapman, IV, VSB No. 21983
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
*Counsel for Norfolk and Portsmouth Belt Line Railroad Company*