**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division
In Admiralty**

| | |
|---|---|
| In the Matter of COEYMANS MARINE TOWING, LLC D/B/A CARVER MARINE TOWING as Owner and Operator of M/T Mackenzie Rose, (IMO No. 8968765), *et al.* | **Civil Action No. 2:24-cv-00490-MSD-LRL** |

## ORDER

THIS MATTER comes before the Court on the Joint Motion to Extend Response Deadlines ("the Motion") filed by Claimant Norfolk and Portsmouth Belt Line Railroad Company ("Belt Line"), Petitioner Coeymans Marine Towing, LLC d/b/a Carver Marine Towing ("Carver"), and Evanston Insurance Company ("Evanston"). Upon consideration thereof, the Motion is **GRANTED in part.** It is hereby **ORDERED** as follows:

1. The request to extend Carver and/or Evanston's deadline to file their reply in support of the Motion to Voluntarily Dismiss, ECF No. 132, is **DENIED**. See Local Civ. R. 7(I). The deadline remains November 7, 2025, as set forth in the Court's Order dated October 21, 2025, ECF No. 146.

2. The request to extend Belt Line's deadline to file its Reply in Support of the Third Motion *in Limine*, ECF No. 134, is **DENIED**. See Local Civ. R. 7(I). The deadline remains November 3, 2025, as set forth in the Court's Order dated October 21, 2025, ECF No. 145.

3. The request to extend Belt Line's deadline for filing its Objection to the Report and Recommendation, ECF No. 136, is **GRANTED**. The deadline is extended to October 25, 2025, the date of Belt Line's filing of the Objection, ECF No. 150, which the Court accepts as timely filed. Any reply to the Objection shall be filed on or before November 10, 2025.

4.      The request to extend Carver's deadline for filing its Response in Opposition to the Motion *in Limine* to Exclude Testimony of Opinions of Jason R. Meyerrose, ECF No. 137, is **GRANTED**.  The deadline is extended to November 4, 2025.  Any reply shall be filed on or before November 18, 2025.

/s/ ~~Mark S. Davis~~

Mark S. Davis
Chief Judge

DATED: October 31 , 2025

Mark S. Davis
Chief Judge
United States District Court