# In the Matter Of:

## COEYMANS MARINE TOWING

NO: 2:24-cv-00490

## LEE R. LENTZ P.E.

*August 12, 2025*



EXHIBIT

A



800.211.DEPO (3376)
EsquireSolutions.com

1  survey AE companies, architectural engineering

2  companies and then house it and crunch the data and

3  then provide it as a service for that purpose, for

4  people like us, to benchmark ourselves to make sure

5  that at each level of experience we feel like we are

6  fair and tracking with other competitors.

7        Q.    Moving on to the last portion of your

8  report, Section 4 starts, in my opinion, should the

9  bridge have been repaired or replaced; do you have

10  that in front of you?

11        A.    Yes.

12        Q.    If you could, take us through your process

13  of how you evaluated this issue.

14        A.    Basically, we could surmise based on the

15  repair planning and really the impact videos that

16  this was going to impact structural, at first blush,

17  the most, certainly, had some questions about

18  electrical, mechanical and just the bridge itself.

19  As we reviewed everything and got a better picture,

20  that, yes, indeed this bridge can be brought back

21  online for operability, it certainly made sense to

22  repair.  Just basically looking at it as a time to

23  completion was one way of looking at it, repairing

24  certainly was more reasonable in terms of the amount

25  of material that had to be procured and the amount



1  of material that had to be installed.  So it

2  certainly would be quicker and in most cases then

3  that means less expensive to repair.

4            And just to, kind of, back all of that up,

5  looked at similar projects, movable bridge, trusses,

6  railroad and, kind of, I already had the feeling,

7  but offered one scenario here where we were talking

8  more of an order of magnitude increased costs to

9  replace as opposed to rehabilitate in this

10  circumstance on this type of bridge.

11            Then mechanical and electrical --

12  mechanical had little to no impact.  Electrical had

13  some, but with it primarily being structural.  And

14  if it were replaced, we would be tied into that

15  tower.  You know, the span is so complex with the

16  tower, too.  There would be such a big snowball

17  effect trying to replace that whole span that it

18  just did not make sense to me.

19      Q.   You might have anticipated my next

20  question.  So when you are doing the comparison

21  between the other project, including like the

22  Raritan Bridge, were you evaluating that as, like, a

23  total bridge replacement, which for the Main Line

24  would be the other span, the other half of the lift

25  system that was not damaged, or were you just



1  focusing on spans one through four as part?

2      A.    The Raritan was an interesting reference

3  because it's only a superstructure, so that job does

4  not include piers, which are in-water elements, so

5  that conceivably could be what you would consider

6  the Main Line Bridge, just the steel above the pier

7  and up and replacement and then it was the full

8  crossing with, kind of, a modification that it is a

9  wider bridge.  But, yeah, it would be all -- I

10  forget how many spans, but it would be all, assuming

11  that you were going to replace everything above the

12  piers and from above it to abutment over the water.

13      Q.    And do you recall how long the Raritan

14  River Bridge is?

15      A.    I do not.  I don't recall.

16      Q.    And if I am interpreting it correctly,

17  with the cost comparison that you made to the

18  Raritan Bridge, you split the total costs 444,000

19  million in half and you used the 222 million figure

20  because the Main Line has one -- the one track and

21  the Raritan had two tracks; am I correct?

22      A.    Correct.  And that certainly will -- that

23  is a conservative low estimation because you

24  wouldn't just cut the bridge price in half because

25  you have two tracks.  It is one track instead of



1  two.  Most of your major elements are still in

2  place.  And, yeah, it is narrower, but it's the

3  cheaper components that you are shrinking, so I

4  think that was a fair approach.

5      Q.    And did you do any evaluation on, like,

6  what it would have cost just to replace span four of

7  the Main Line Bridge at any time?

8      A.    No.

9      Q.    How about the same question for spans one,

10  two, or three, did you make any kind of independent

11  evaluation of what the replacement cost would be for

12  those particular spans?

13      A.    No.

14      Q.    And is it fair to say that since you

15  didn't do that evaluation, that you didn't compare,

16  on a span-by-span basis, to a similar type of

17  project like the Raritan River Bridge project;

18  right?

19      A.    That's fair.

20      Q.    The fourth paragraph down, the mechanical

21  and electrical systems were the least impacted

22  portions, therefore the repair was the most

23  appropriate path, did the Raritan Bridge have any

24  similar mechanical or electrical systems as the Main

25  Line Bridge?

