IN THE MATTER OF COEYMANS MARINE TOWING, LLC., ET AL.
Cannon Moss on 06/04/2025

```
 1                IN THE UNITED STATES DISTRICT COURT

 2               FOR THE EASTERN DISTRICT OF VIRGINIA

 3                         Norfolk Division

 4                            In Admiralty

 5

 6   In The Matter of COEYMANS      )
     MARINE TOWING, LLC D/B/A       )
 7   CARVER MARINE TOWING as Owner  )  CIVIL ACTION NO.
     and Operator OF M/T MACKENZIE  )  2:24-cv-00490
 8   ROSE (IMO NO. 8968765) her     )
     cargo, engines, boilers,       )
 9   tackle, equipment, apparel,    )
     and appurtenances, etc. in     )
10   rem, petitioning for           )
     Exoneration from or Limitation )
11   of Liability in allision with  )
     Norfolk and Portsmouth Belt    )
12   Line Railroad Company Main     )
     Line Railroad Bridge           )
13   occurring June 15, 2024 in     )
     and about the Elizabeth River, )
14   Virginia.                      )

15

16                 DEPOSITION UPON ORAL EXAMINATION

17                         OF CANNON MOSS

18                TAKEN ON BEHALF OF THE PETITIONER

19

20                         Norfolk, Virginia

21                          June 4, 2025

22

23

24

25
```

IN THE MATTER OF COEYMANS MARINE TOWING, LLC., ET AL.
Cannon Moss on 06/04/2025

Page 121

1  large sections of ties to fix the bridge.  We had
2  planned to redeck and rerail the MLB in 2027.  It
3  would make sense to do this on the west side of
4  the bridge now since we're going through the effort
5  of pulling everything off.  I'm getting pricing for
6  new rail and a complete tie replacement on the west
7  section of the bridge.  Whatever insurance doesn't
8  cover can be run under one of our grants from the
9  state.  Did I read that correctly?
10      A.    That is correct.
11      Q.    All right.  The second sentence, when
12  you say redeck, what did you -- what does redecking
13  the mainline bridge entail?
14      A.    Putting new cross ties down.
15      Q.    Okay.  Does that include putting new
16  rails down as well?
17      A.    That's rerailing.
18      Q.    Okay.  So redeck is simply the ties?
19      A.    Correct.
20      Q.    Do you know when the ties that were
21  on the bridge in June, 2024 were installed?
22      A.    I do not.
23      Q.    Okay.  How about the rails?
24      A.    I do not.
25      Q.    When did this plan to redeck and rerail

Page 122

```
 1   the -- when did you come up with the plan to redeck
 2   and rerail the bridge?
 3        A.   From when?
 4        Q.   Well, so you planned to do it in 2027,
 5   right?
 6        A.   That was one -- that was one of our
 7   considerations, yes.
 8        Q.   Okay.  Had you started budgeting for that
 9   project?
10        A.   No.
11        Q.   Okay.  I take it that plan of redeck
12   and rerail the bridge in 2027 had been formulated
13   prior to June 15, 2024, correct?
14        A.   Correct.
15        Q.   All right.  So when did that plan
16   formulate?
17        A.   I can't recall exactly when it was
18   formulated.
19        Q.   Was it within a year before the June
20   15th, 2024 allision?
21        A.   It might have been part of our six-year
22   plan that we had for maintenance.
23        Q.   All right.  And what is that six-year
24   plan?
25        A.   Six-year plan for maintenance for the
```

```
 1   railroad.
 2        Q.    Okay.  Do you have a plan every six
 3   years or was that like a specific plan for the next
 4   six years?
 5        A.    We have a five-year capital plan that
 6   keeps evolving every year.
 7        Q.    As of July 8th, 2024, at what point
 8   were you in the current six-year plan?
 9        A.    Maybe I did a bad job of describing
10   it.  I have a five-year capital plan that gets updated
11   every year for five years.
12        Q.    Okay.  So there is a five-year capital
13   plan in place today?
14        A.    Correct.
15        Q.    All right.  And there was a five-year
16   plan in place on June -- July 8th of 2024?
17        A.    Correct.
18        Q.    Had you determined who was going to
19   be doing the redecking and rerailing in 2027 as
20   of July 8, 2024?
21        A.    No.
22        Q.    Okay.  Do you recall how it was
23   determined that that's when you were going to
24   so the redecking and rerailing?
25        A.    It was a gap in our five-year plan
```

Page 124

1  where we had funds to do it, but it could have
2  been moved and pushed back to another date.  It
3  wasn't set in stone.
4       Q.    And where did those funds come from?
5       A.    We get grant money from the Department
6  of Rail & Public Transportation.
7       Q.    In July -- as of July 8, 2024 how
8  many existing grants had been issued to the Belt
9  Line for work on the -- that would include the
10 mainline bridge?
11      A.    I don't understand the question.
12 For --
13      Q.    Well, you said you get grants from the
14 state, right?
15      A.    Correct.
16      Q.    All right.  How many grants did you have
17 as of July 8, 2024?
18            MR. SNOW:  Object to form.
19            THE WITNESS:  I can't recall.  We had --
20 we had several.
21 BY MR. ROMAN:
22      Q.    Were all of the grants able to be used
23 towards improving the mainline bridge?
24      A.    No.
25      Q.    What departments, governmental entities,

Page 125

1   issued the grants?
2       A.   VDOT, Virginia Department of
3   Transportation.
4       Q.   Okay.  Anyone else?
5       A.   No.
6       Q.   And that's a State department?
7       A.   Correct.
8       Q.   No federal grants?
9       A.   No.  Federal grants for the bridge?
10      Q.   Correct.
11      A.   No.
12      Q.   And I'm really only concerned about
13  grants that you would be able to use for the mainline
14  bridge.
15      A.   Right.
16      Q.   So that's the only one?
17      A.   Correct.
18      Q.   Do you recall when that grant was --
19  when you received that grant?
20      A.   I can't recall.  Maybe 2022.
21      Q.   Do you know how much it was for?
22      A.   I can't recall specifically, but
23  it was probably a total of around 1 point -- one
24  and-a-half million dollars of the total project cost.
25  The grant was worth 70 percent of the total project

Page 199

```
 1    Tell me when you get to it.
 2         A.    All right.
 3         Q.    This is an update you gave to the
 4    NPBL Board on July 8th, 2024; is that correct?
 5         A.    Yes.
 6         Q.    Okay.  And one of the topics you
 7    were asked about was the rail and ties on the
 8    mainline bridge.  Do you recall that discussion?
 9         A.    Yes.
10         Q.    What was the condition of those rails
11    and ties after the tug hit the bridge?
12         A.    Well, the rail -- rail was severely
13    damaged, and the ties were also damaged as well.
14         Q.    So were you able to use the rail and
15    ties on the mainline bridge after the allision?
16         A.    With the rail being in that condition
17    you would not reuse it just from a liability
18    standpoint.  You can -- you don't know what has
19    happened to it, and then the ties were all damaged,
20    so you wouldn't -- you don't pull off ties and
21    put them back in.  It's kind of like taking a nail
22    out of a wall and putting the nail back in the hole.
23    It's going to be loose.  It's going to be -- you've
24    got to put a plug in there, and then that just adds --
25    speeds up the deterioration of the bridge tie, and so
```

Page 200

```
 1   you're not going to put back old.  You're going to put
 2   back new.
 3          Q.     Does that mean you were required to
 4   replace the rails and ties as a result of the
 5   allision?
 6          A.     Yes.
 7          Q.     And there was some discussion about
 8   potential grant money for work on the mainline
 9   bridge.  Was there any guaranteed grant for rail or
10   tie work?
11          A.     No.
12          Q.     In fact, I think your testimony regarding
13   the grant work was that you ended up using some or
14   all of the grant money you had for part of the repair
15   work after the allision; is that right?
16          A.     That's correct.
17          Q.     If you didn't have to use that
18   grant money for this repair, would you have had
19   it available for other projects the Belt Line
20   needed to do?
21          A.     Yes.  So we would have definitely
22   used it to fix the brake and replace the cables before
23   replacing the rails and cross ties.  That would have
24   been done.  In fact, we got another grant from the
25   state to replace the cables, so it's still less money
```