# F09015

**NPBL RAILROAD COMPANY**　　　　　　　　　　　　　　　　　　　　January 31, 2025
1340 Truxton Street
Chesapeake, VA  23342

ATTENTION:　　Mr. Cannon Moss
　　　　　　　　　　cannon.moss@nscorp.com
　　　　　　　　Mr. Nathan Rose
　　　　　　　　　　Nathan.rose@nscorp.com,

SUBJECT:　　　Run 4" Schedule 80 PVC Underbridge
　　　　　　　Dorey Electric Company's Job Number 818

Gentlemen:

Below is the breakdown for our invoice to install new 4" conduit under the railway bridge:

| LABOR | STRAIGHT TIME | 90 HRS @ $ 80.00 / HR | $ 7,200.00 |
| --- | --- | --- | --- |
| | OVERTIME | 21 HRS @ $120.00 / HR | 2,520.00 |
| | SUPERVISION (15%) | 17 HRS @ $120.00 / HR | 2,040.00 |
| | **TOTAL LABOR COST** | | **$ 11,760.00** |

MATERIAL - LARGE JUNCTION BOX, 4" SCH. 80 PVC - CONDUIT & FITTINGS,　　$ 4,493.00
　　　　　　STAINLESS STEEL HANGERS, ETC.

　　　　SALES TAX 6%　　　　　　　　　　　　　　　　　　　　　　　　　　　270.00

　　　　　　　　　　　　　　SUBTOTAL MATERIAL　　　　　　　　　　　　$ 4,763.00
　　　　　　MATERIAL MARKUP 25%　　　　　　　　　　　　　　　　　　　　1,191.00

　　　　　　　　　　　　**TOTAL MATERIAL COST**　　　　　　　　　　　**$ 5,954.00**

　　　　　　　　　　　　**TOTAL THIS INVOICE**　　　　　　　　　　　　**$ 17,714.00**
　　　　　　　　　　　　　　　　　　　　　　　.

Thank you.

　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　**DOREY ELECTRIC COMPANY**

　　　　　　　　　　　　　　　　Don Dorey
　　　　　　　　　　　　　　　　President



**NPBL005974**