# In the Matter Of:

## MATTER OF COEYMANS MARINE TOWING

No.: 2:24-cv-00490

# KEVIN M. LUGO P.E.

*June 15, 2024*



EXHIBIT G



800.211.DEPO (3376)
EsquireSolutions.com

1  went there, knocked it out.  Done.  So I'm pretty
2  comfortable with that number.
3       Q.   The estimation that you provided or ran
4  internally, is that the one that's referenced in the
5  last sentence of that paragraph starting with, from
6  our estimation?
7       A.   That's correct.
8       Q.   And then you ran those figures past Mr.
9  Graining after you had done those calculations, and
10 he said, yeah, that's about what it took PCL to do?
11      A.   Yes.
12      Q.   Sorry.  The next paragraph, fair to say,
13 you were discussing the lubrication; correct?
14      A.   Yes.  And we talked about this earlier,
15 too.
16      Q.   Yeah.  Do you have any opinion as to
17 whether the lubrication of the cables would have had
18 to been done regardless of whether the allision
19 occurred?
20      A.   So there was reference in one of the
21 inspection reports that they were going to need to
22 be done eventually, but it wasn't a high priority
23 from my recollection.
24           So yeah, eventually they were going to
25 have to do it.  I don't know when at this point when



```
 1   the Belt Line would have programmed that into their
 2   budgeting.  But based on my conversations with Mr.
 3   Graining, he said it had to be done because of the
 4   circumstances of the main span not moving up and
 5   down regularly, and we had to do it.  It wasn't
 6   because it wasn't done before, but it was because it
 7   had been sitting and not moving.
 8        Q.    Do you know what time frame PCL performed
 9   that lubricating work?
10        A.    I did at one point.  It would have had to
11   have been before October because they must have
12   raised -- when they raised the structure in October
13   manually, I would assume it was there, but I can
14   verify that exact date if you need me to sometime.
15        Q.    Yeah.  What would you do to verify it?
16        A.    I would -- there's two ways to do it.  I
17   would look in their check-ins documentation and I
18   would also go back to their invoicing and identify
19   it in there, if I could.
20        Q.    I think I asked this earlier.  My
21   apologies.  You don't recall as you sit here as to,
22   you know, how much work went into the cost of that
23   particular part of the project, lubricating the
24   ropes; right?
25        A.    That is correct.  I mean, I have a number
```

