# Exhibit A

| | |
|---|---|
| **From:** | Keating, Lourdes |
| **Sent:** | Wednesday, June 4, 2025 7:29 PM |
| **To:** | mnanavati@snllaw.com; cjones@snllaw.com; zjett@butler.legal; jchapman@cwm-law.com; wrsnow@cwm-law.com; mpensyl@cwm-law.com |
| **Cc:** | Rodgers, James; harold.cohen@clydeco.us; Roman, Michael; Johnson, Dawn; Werner, Rachel; Murphy, Siobhan |
| **Subject:** | In Re: Coeymans Marine Towing, LLC, et al; Carver Marine's Expert Identification [CC-US.60032.10679176.FID4210634] |
| **Attachments:** | Coeyman - Carver Marine's Expert Identification.pdf |
| **Importance:** | High |

This email is being sent to you on behalf of James H. Rodgers.

Please see the attached Carver Marine's Expert Identification.

**Lourdes Keating**
Legal Assistant | Clyde & Co US LLP
**Direct Dial:** +1 929 706 0146



The Chrysler Building | 405 Lexington Avenue | 16th Floor | New York | NY 10174 | USA
Main +1 212 710 3900 | Fax +1 212 710 3950 | **www.clydeco.u**s



1