# Exhibit B

| | |
|---|---|
| **From:** | Johnson, Dawn |
| **Sent:** | Wednesday, July 9, 2025 4:39 PM |
| **To:** | James Chapman; Rodgers, James |
| **Cc:** | Roman, Michael; Murphy, Siobhan; Werner, Rachel; Cohen, Harry; Mark Nanavati; Zach Jett; W. Ryan Snow; Mackenzie Pensyl; Tressa Lucas; Breanna Morgan; Christopher Jones; jdmorrissey15@gmail.com |
| **Subject:** | RE: Carver's disclosure of Jason Meyerrose [CC-US.980000.981028.FID1207794] |
| **Attachments:** | JRMresume2025 (002).pdf; Coeyman - Carver Marine's Expert Identification.pdf; CARVER 000796-000815 Meyerrose Survey with Photos CAR.pdf; Carver - Letter re Meyerrose expert disclosure - sent 7.9.2(41211465.1).pdf |

All –

Please see attached materials pertaining to expert Meyerrose pursuant to our discussion, below.

Thank you,
Dawn Johnson

---

**From:** James Chapman <jchapman@cwm-law.com>
**Sent:** Wednesday, July 9, 2025 3:24 PM
**To:** Rodgers, James <james.rodgers@clydeco.us>
**Cc:** Roman, Michael <michael.roman@clydeco.us>; Johnson, Dawn <dawn.johnson@clydeco.us>; Murphy, Siobhan <siobhan.murphy@clydeco.us>; Werner, Rachel <rachel.werner@clydeco.us>; Cohen, Harry <harry.cohen@clydeco.us>; Mark Nanavati <mnanavati@snllaw.com>; Zach Jett <zjett@butler.legal>; W. Ryan Snow <wrsnow@cwm-law.com>; Mackenzie Pensyl <mpensyl@cwm-law.com>; Tressa Lucas <tlucas@cwm-law.com>; Breanna Morgan <bmorgan@cwm-law.com>; Christopher Jones <cjones@snllaw.com>; jdmorrissey15@gmail.com
**Subject:** Carver's disclosure of Jason Meyerrose

Jim,

In our call yesterday, there was a question raised about whether Jason Meyerrose's identification as an expert on June 4 constituted an expert disclosure on Carver's burden of proof on the value of the tug. I agreed to double check the disclosure and get back to you.

While his valuation report was provided earlier in the litigation, and we subpoenaed his records regarding the tug, Rule 26(a)(2) requires that a list of his testimony, publications, qualifications, and compensation be provided with the disclosure. Since those were not provided, I concluded the June 4 identification of Mr. Meyerrose as one of your experts was not a Rule 26(a)(2) expert disclosure for him.

I had expected that Carver would make all its disclosures on August 1 as we had agreed and we would have until August 15 to respond. You mention that agreement in connection with Stevenson and Hutcheson. While not entirely clear, it seems that you meant what you sent on June 4 as an expert disclosure for Meyerrose because you wanted a rebuttal opportunity.

If you will provide us with Mr. Meyerrose's list of testimony, publications, qualifications, and compensation this week, we will consider his report to have been timely received as of July 2.

Please let me know if that is agreeable.

Thanks,
Jim

CC: All counsel; James Morrissey

**James L. Chapman, IV**

---

**CRENSHAW, WARE & MARTIN, P.L.C.**
150 W. Main Street, Suite 1923
Norfolk, VA  23510
T (757) 623-3000 | F (757) 623-5735
E-mail:  jchapman@cwm-law.com

---

Bio | Firm Website | Super Lawyers | Best Lawyers | Martindale-Hubbell

This communication is intended only for the recipient(s) named above and may be privileged or confidential.  If you are not the intended recipient, any disclosure, distribution or other use is prohibited.  If you received this communication in error, please notify Crenshaw, Ware & Martin, P.L.C. at (757) 623-3000 or by return e-mail to jchapman@cwm-law.com