# Exhibit D

| | |
|---|---|
| **From:** | James Chapman <jchapman@cwm-law.com> |
| **Sent:** | Wednesday, August 13, 2025 10:34 AM |
| **To:** | Rodgers, James; Cohen, Harry |
| **Cc:** | Roman, Michael; Johnson, Dawn; Werner, Rachel; Zach Jett; Mark Nanavati; Christopher Jones; W. Ryan Snow; Mackenzie Pensyl |
| **Subject:** | Carver Lim. Proc. - withdrawal of request to depose Jason Meyerrose |

Jim,

Please let this confirm that the Belt Line will not be taking the deposition of Mr. Meyerrose. We withdraw our notice as to his deposition.

Thanks,
Jim

**James L. Chapman, IV**

---

**CRENSHAW, WARE & MARTIN, P.L.C.**

150 W. Main Street, Suite 1923

Norfolk, VA  23510

T (757) 623-3000 | F (757) 623-5735

E-mail:  jchapman@cwm-law.com

---

Bio | Firm Website | Super Lawyers | Best Lawyers | Martindale-Hubbell

This communication is intended only for the recipient(s) named above and may be privileged or confidential.  If you are not the intended recipient, any disclosure, distribution or other use is prohibited.  If you received this communication in error, please notify Crenshaw, Ware & Martin, P.L.C. at (757) 623-3000 or by return e-mail to jchapman@cwm-law.com