IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| In the Matter of COEYMANS MARINE TOWING, LLC d/b/a CARVER MARINE TOWING, as Owner and Operator of the *M/T Mackenzie Rose*, (IMO No. 8968765), et al. | Civil Action No. 2:24-cv-00490-MSD LRL |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AS TO RACHEL WERNER

The Motion to Withdraw as Counsel as to Rachel Werner for Petitioner Coeymans Marine Towing, LLC d/b/a Carver Marine Towing ("Carver") for the withdrawal of Rachel Werner is hereby **GRANTED** this 5th day of November 2025.

/s/ MSD
_____
Mark S. Davis
Chief Judge
Mark S. Davis
Chief United States District Judge