IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division
In Admiralty

| | |
|---|---|
| In the Matter of COEYMANS MARINE TOWING, LLC D/B/A CARVER MARINE TOWING as Owner and Operator of M/T Mackenzie Rose, (IMO No. 8968765), *et al.* | Civil Action No. 2:24-cv-00490-MSD-LRL |

## REQUEST FOR HEARING

Claimant/Respondent Norfolk and Portsmouth Belt Line Railroad Company, by counsel, pursuant to Local Civil Rule 7(E), requests oral argument on the Joint Motion to Dismiss with Prejudice (ECF 132) filed by Carver and Evanston to the extent helpful to aid the decisional process. The issues in the Motion have been fully briefed by the parties.

Dated: November 13, 2025

NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY

By:    /s/ W. Ryan Snow
James L. Chapman, IV, VSB No. 21983
W. Ryan Snow, VSB No. 47423
Mackenzie R. Pensyl, VSB No. 100012
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
mpensyl@cwm-law.com
*Counsel for Norfolk and Portsmouth Belt Line Railroad Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of November 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all registered counsel of record, and mailed to:

>James Morrissey
>4723 Baywood Drive
>Lynnhaven, FL 32444

>By: _____/s/ W. Ryan Snow_____
>W. Ryan Snow, VSB No. 47423
>CRENSHAW, WARE & MARTIN, P.L.C.
>150 W. Main Street, Suite 1923
>Norfolk, Virginia 23510
>Telephone: (757) 623-3000
>Facsimile: (757) 623-5735
>wrsnow@cwm-law.com
>*Counsel for Norfolk and Portsmouth Belt Line Railroad Company*