IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division
In Admiralty

| | |
|---|---|
| In the Matter of COEYMANS MARINE TOWING, LLC D/B/A CARVER MARINE TOWING as Owner and Operator of MiT Mackenzie Rose, (IMO No. 8968765) her cargo, engines, boilers, tackle, equipment, apparel, and appurtenances, etc., *in rem,* ("M/T MACKENZIE ROSE"), petitioning for Exoneration from or Limitation of Liability in allision with Norfolk and Portsmouth Belt Line Railroad Company Main Line Railroad Bridge (the "Bridge") occurring June 15, 2024 in and about the Elizabeth River, Virginia. | Civil Action No: 2:24-cv-00490 |

**CARVER MARINE'S
DISCLOSURE OF EXPERT WITNESSES**

PLEASE TAKE NOTICE that, pursuant to Federal Civil Procedure 26(a)(2) and this Court's May 15, 2025 Order [Doc. 66], attorneys for Coeymans Marine Towing, LLC D/B/A Carver Marine Towing ("Carver Marine") discloses the following persons whom it expects to call, or reserves the right to call, as expert witnesses at trial:

SPECIALLY RETAINED EXPERTS

1. **Captain Sam S. Stephenson, J.D.**
   c/o Clyde & Co US LLP
   499 Thatch Palm Drive
   Boca Raton, Florida  33432

Captain Stephenson is a Senior Pilot with the Port Everglades Pilot Association, marine operations expert. He is a licensed U.S. Coast Guard Federal Pilot and is also State Licensed Pilot, Port Everglades, Florida. He holds a Master's license (unlimited tonnage, any oceans) in the U.S. Merchant Marine. His experience includes, *inter alia*, vessel, barge and tug operations, navigation, including auto pilot, safety training, crewing of vessel, and seaworthiness of M/T Mackenzie Rose


EXHIBIT A

and its crew. Captain Stephenson is expected to testify at trial in accordance with the opinions and factual bases set forth in his attached report. Captain Stephenson may also offer testimony to refute or rebut any opinion or testimony of any expert or other witness called on behalf of another party.

His opinions are based on his education and experience, the materials reviewed, and his inspection of the vessel on July 28, 2025. Captain Stephenson's testimony and opinions are based on his education, knowledge, skill experience, training, and expertise as reflected in his resume, as well as information identified in his report. All of his opinions are stated to a reasonable degree of certainty in his field of expertise. Captain Stephenson's qualifications, list of testimony, list of publications and fee schedule are included with this report.

Captain Stephenson reserves the right to supplement or amend his opinion up to and including trial of this matter, to the extent new or additional information becomes available.

2. **Jason R. Meyerrose**
   Meyerrose and Co., Inc.
   55 Broadway, 2nd Floor
   Amityville, New York 11701

Mr. Meyerrose is a Marine Surveyor, and President of Meyerrose and Co., Inc. His experience is as a marine surveyor as set forth in his resume. His expertise relates to the condition and value of the M/T Mackenize Rose prior to the Incident, at the time of the Incident, and subsequent to the Incident. Mr. Meyerrose executed the Affirmation of Valuation of the M/T Mackenzie Rose, which was submitted to the Court by Petitioner, Carver Marine [Doc. 3]. His post-incident survey and his entire file regarding M/T Mackenzie Rose has previously been produced to all parties. Carver Marine reserves the right to submit a Rebuttal Report by Mr. Meyerrose.

Mr. Meyerrose is expected to testify at trial in accordance with the opinions and factual bases set forth in his report as submitted to the Court by the Petitioner, *supra*. Mr. Meyerrose may also offer testimony to refute or rebut any opinion or testimony of any expert or other witness called on behalf of another party.

His opinions are based on the materials reviewed and his inspection and survey of the vessel. Mr. Meyerrose testimony and opinions are based on his education, knowledge, skill experience, training, and expertise as reflected in his resume, as well as information identified in his report. All of his opinions are stated to a reasonable degree of certainty in his field of expertise. Mr. Meyerrose qualifications and fee schedule are included with this report.

Mr. Meyerrose reserves the right to supplement or amend his opinion up to and including trial of this matter, to the extent new or additional information becomes available.

3. **Charlie Cunningham**
   R.L. Banks & Associates, Inc.
   2107 Wilson Boulevard, Suite 750
   Arlington, VA

Mr. Cunningham is a financial analyst and operations analyst with specialty in the transportation and logistics industries. His experience includes 19 years of evaluating operations, administering budgets, and valuing infrastructure and business costs for the transportation and logistics industries, including over a decade of experience working for a Class I railroad. A summary of Mr. Cunningham's experiences, education, and training is included in his curriculum vitae attached hereto.

Mr. Cunningham is expected to testify at trial in accordance with the opinions and factual bases set forth in the co-authored attached report and any discovery deposition taken in this

3

matter. Mr. Cunningham may also offer testimony to refute or rebut any opinion or testimony of any expert or other witness called on behalf of another party.

His opinions are based on his education, knowledge, skill experience, training, and expertise, materials reviewed, as well as information identified in his report. All of his opinions are stated to a reasonable degree of certainty in his field of expertise. Mr. Cunningham's qualifications, list of publications, and fee schedule are included with the report and his curriculum vitae produced herewith.

Mr. Cunningham reserves the right to supplement or amend his opinion up to and including trial of this matter, to the extent new or additional information becomes available.

4. **Ward Nicholas Marianos, Jr., Ph.D., P.E., S.E.**
R.L. Banks & Associates, Inc.
2107 Wilson Boulevard, Suite 750
Arlington, VA

Mr. Marianos has a background in structural engineering with a focus on the railroad industry. His opinions are included in the report produced herewith and will include the reasonableness of repairs, methodology of the contractors, and his observations of the work as observed during the site visit to the Main Line Bridge as well as similar bridges on the Elizabeth River.

His opinions are based on his education, knowledge, skill experience, training, and expertise, material reviewed, site inspection of the bridge, as well as information identified in his report. All of his opinions are stated to a reasonable degree of certainty in his field of expertise. Mr. Marianos' qualifications, list of publications, and fee schedule are included with the report and within his curriculum vitae produced herewith.

Mr. Marianos is expected to testify at trial in accordance with the opinions and factual bases set forth in the co-authored attached report and any discovery deposition taken in this matter.

4

Mr. Marianos may also offer testimony to refute or rebut any opinion or testimony of any expert or other witness called on behalf of another party.

Mr. Marianos reserves the right to supplement or amend his opinion up to and including trial of this matter, to the extent new or additional information becomes available.

PREVIOUSLY WITHDRAWN AS SPECIALLY RETAINED EXPERT;
REDESIGNATED AS CONSULTING EXPERT

1. **Stewart Hutcheson**
   Harbor & Ocean Services, Inc.
   P.O. Box 1524
   Palm City, Florida 34990

On June 4, 2025, Stewart Hutchenson was identified by Carver as a specially retained consulting expert. On August 6, 2025, Carver contracted Mr. Hutcheson and redesignated him as a consulting expert witness. No discovery of Mr. Hutchenson has been conducted, and he has not conducted a physical examination of the subject tug and barge or the bridge. He has not prepared a written report, nor has he been deposed.

Dated: August 8, 2025

**CLYDE & CO US LLP**

By: _____
James H. Rodgers, Esq. (JR-4798)
*Pro Hac Vice*
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Tel No.: (212) 702-6771
Fax No.: (212) 710-3950
Email: james.rodgers@clydeco.us

Harold L. Cohen, Esq. (VSB No.: 98148)
1221 Brickell Avenue, Ste. 1600
Miami, Florida 33131
Email: harold.cohen@clydeco.us

5

Michael J. Roman, Esq.
*Pro Hac Vice*
Dawn L. Johnson, Esq.
*Pro Hac Vice Forthcoming*
Siobhan Murphy, Esq.
*Pro Hac Vice*
30 S. Wacker Drive, Ste. 2600
Chicago, IL 60606
Tel: (312) 635-6971
Fax: (312) 635-6950
Email: Michael.roman@clydeco.us
　　　　Dawn.johnson@clydeco.us
　　　　Siobhan.murphy@clydeco.us

Rachel Werner, Esq.
*Pro Hac Vice*
One North Central Avenue, Suite 1030
Phoenix, AZ 85004
Tel: (480) 746-4580
Fax: (480) 746-4556
Email: Rachel.Werner@clydeco.us
*Attorneys For Coeymans Marine Towing, LLC*
*D/B/A Carver Marine Towing*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of August 2025, I served and/or caused to be served the foregoing by electronic mail on the following:

Mark C. Nanavati, Esq. (VSB No.: 38709)
G. Christopher Jones, Jr., Esq. (VSB No.: 82260)
SINNOT, NUCKOLS & LOGAN, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
(804) 893-3866 (Nanavati)
(804) 893-3862 (Jones)
(804) 378-2610 (Facsimile)
mnanavati@snllaw.com
cjones@snllaw.com
*Attorneys for Evanston Insurance Company a/s/o Norfolk and Portsmouth Belt Line Railroad Company*

Zachary M. Jett, Esq. (VSB No.: 93285)
BUTLER WEIHMULLER KATZ, et al
11525 North Community House Road
Suite 300
Charlotte, North Carolina 28277
(704) 543-2321 (Telephone)
(704) 543-2324 (Facsimile)
zjett@butler.legal
jhuber@butler.legal
*Attorneys for Evanston Insurance Company, a/s/o Norfolk and Portsmouth Belt Line Railroad Company*

James L. Chapman, IV (VSB No.: 21983)
W. Ryan Snow (VSB No.: 47423)
Mackenzie R. Pensyl VSB No. 100012
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
mpensyl@cwm-law.com
bmorgan@cwm-law.com
*Attorneys for Norfolk and Portsmouth Belt Line Railroad Company*

_____
James H. Rodgers, Esq. (JR-4798)

7