# MEYERROSE AND CO., INC.

**MARINE SURVEYORS – CONSULTANTS**

| | |
|---|---|
| **NY (MAIN) OFFICE** | **VIRGINIA OFFICE** |
| 55 BROADWAY, 2ND FLOOR | 5717 MAGNOLIA CHASE WAY - #104 |
| AMITYVILLE, NY 11701 | VA BEACH, VA 23464 |
| Richard Meyerrose, Jr. – Senior Advisor | www.meyerrosemarinesurveyors.com |
| | |
| Jason R. Meyerrose | Patrick J. Meyerrose |
| Marine Surveyor – President | Marine Surveyor |
| Cell: 516-592-9198 | Cell: 516-313-7590 |

Email: jmeyerrose@meyerrosemarinesurveyors.com

## Professional Experience

2003 – 2013
Marine Surveyor, trained daily under Principal Surveyor and Owner Richard Meyerrose, Jr., from year 2003 thru year 2007.

2013 — 2020
Marine Surveyor, partial Owner and Vice President of MEYERROSE AND CO., INC.

2021 – present
Principal Marine Surveyor, majority Owner and President of MEYERROSE AND CO., INC., providing general marine surveying services to the marine and related industries.

Has continued and further developed a strong Owner/Operator and Marine Contractor client base, including representing numerous insurance companies, legal and financial institutions. Company now averages in excess of 600-650 assignments per year.

Specializing in:

- On/Off Hire inspection surveys for charter purposes.

- Condition and Valuation and Suitability for service inspections.

- Appraisal and sale/purchase inspection surveys.

- Trip-in-tow inspection surveys

- Port Engineer/Owners: prime contractor representative services, trip-in-tow inspection surveys, and damage surveys, of all commercial vessels, particularly barges and tugs of all varieties (for contractors: dredging ,petroleum, bulk, plus, ferry and dinner cruise and specialty units, such as dry docks).

EXHIBIT B

- Providing field investigations, analysis, reports, and testimony towards the resolution of litigation involving marine and related industries.

Of all commercial vessels, including: tugboats and workboats; construction, dredging, petroleum and bulk barges; ferry and dinner cruise; and specialty units such as dry docks.

---

2001 - 2003
Golf Shop Manager — The Links at Shirley, Shirley NY

- In charge of 10 employees, including scheduling and payroll, revised employee policy and procedures manual.
- Inventory control, including; ordering, receiving, monthly inventory, and displaying merchandise.
- Tournament operations and golf instruction.

1999 — 2007
Assistant Golf Professional — Wheatley Hills G.C, East Williston NY

- Daily responsibilities in the golf shop.
- Ordering and receiving golf shop merchandise.
- Member tournament operations.

## Education

1999

Methodist College at Fayetteville, NC, Bachelor of Arts degree, Business Administration with a concentration in professional golf management. Member of National Championship Golf Team in 1998.

## Certifications

- ABYC in "Marine Accidents / Collision Investigation"

Respectfully submitted,

*[signature]*

Jason R. Meyerrose
Marine Surveyor – President

JRM/