**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**
**In Admiralty**

| | |
|---|---|
| In the Matter of COEYMANS MARINE TOWING, LLC D/B/A CARVER MARINE TOWING as Owner and Operator of M/T Mackenzie Rose, (IMO No. 8968765), *et al*. | Civil Action No. 2:24-cv-00490-MSD-LRL |

**NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY'S MOTION TO SUPPLEMENT RECORD OF UNDISPUTED FACTS ON SUMMARY JUDGMENT**

Norfolk and Portsmouth Belt Line Railroad Company ("Belt Line"), by counsel, moves to supplement the record of Undisputed Facts supporting its Motion for Summary Judgment against Carver (ECF 90 & 91) with two exhibits containing excerpts from the deposition testimony of Carver's Chief Legal Officer, Josef Malik, and Carver's Compliance and Logistics Supervisor, Jason Galioto. Both depositions were taken after the parties filed their summary judgment briefs. *See* **Exhibits A and B**. Neither exhibit requires additional briefing.

As set forth in the accompanying Memorandum, Mr. Malik's testimony authenticates text messages attached to the Belt Line's summary judgment brief (Undisputed Facts 7, 18, 19, 27, 28, 39, 40, ECF 91-6 & 91-12) and confirms that Carver's former General Manager Brian Moore was terminated and did not resign (Undisputed Fact 32, fn. 2). Mr. Galioto's testimony supports the fact that Carver's management received notice that the autopilot on the M/T MACKENZIE ROSE turned unexpectedly left on May 21, 2024, just 3 weeks before the June 15, 2024 allision, but that the Incident Report sat in Mr. Moore's electronic inbox unopened for months. It also establishes the date of Mr. Moore's termination in early May 2025 (Undisputed Facts 32, 49, ECF 91-26).

Trial is not set to begin until March 10, 2026, and underlying matters are fully briefed, so supplementation of the record with two exhibits will not prejudice any party. The Belt Line sent a draft of this motion to other counsel in good faith to determine possible agreement before filing.

Dated: November 24, 2025                                NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY

                                        By:     */s/ James L. Chapman, IV*
                                        James L. Chapman, IV, VSB No. 21983
                                        W. Ryan Snow, VSB No. 47423
                                        Mackenzie R. Pensyl, VSB No. 100012
                                        CRENSHAW, WARE & MARTIN, P.L.C.
                                        150 W. Main Street, Suite 1923
                                        Norfolk, Virginia 23510
                                        Telephone: (757) 623-3000
                                        Facsimile: (757) 623-5735
                                        jchapman@cwm-law.com
                                        wrsnow@cwm-law.com
                                        mpensyl@cwm-law.com
                                        *Counsel for Norfolk and Portsmouth Belt Line Railroad Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of November 2025, a true copy of the foregoing was (i) electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all registered counsel of record, and (ii) mailed to:

        James Morrissey
        4723 Baywood Drive
        Lynnhaven, FL 32444

                                        By:     */s/ James L. Chapman, IV*
                                          James L. Chapman, IV, VSB No. 21983
                                        CRENSHAW, WARE & MARTIN, P.L.C.
                                        150 W. Main Street, Suite 1923
                                        Norfolk, Virginia 23510
                                        Telephone: (757) 623-3000
                                        Facsimile: (757) 623-5735
                                        jchapman@cwm-law.com
                                        *Counsel for Norfolk and Portsmouth Belt Line Railroad Company*