IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION
IN ADMIRALTY

In the Matter of COEYMANS    )
MARINE TOWING, LLC D/B/A     )
CARVER MARINE TOWING, as     ) Civil Action No.
Owner and Operator of M/T    ) 2:24-cv-00490-MSD-LRL
Mackenzie Rose,              )
(IMO No. 8968765), et al.,   )
                             )

        The videotaped hybrid deposition of JOSEF

MALIK, called by Norfolk and Portsmouth Belt Line

Railroad Company for examination, taken pursuant to

notice and pursuant to the Federal Rules of Civil

Procedure for the United States District Courts

pertaining to the taking of depositions, taken before

Martina Miranda, Certified Shorthand Reporter, at

Clyde & Co. US, LLP, 30 South Wacker Drive, Suite 2600,

Chicago, Illinois, scheduled to commence at

11:00 a.m. CST on the 16th day of September, 2025.

JOB NO.: 118711
STENOGRAPHICALLY REPORTED BY:
Martina Miranda, CSR
Illinois License No. 084-004341



**JOSEF MALIK**

**September 16, 2025**

```
 1    APPEARANCES:

 2         CRENSHAW, WARE & MARTIN, PLC
           JAMES L. CHAPMAN, IV (jchapman@cwm-law.com)
 3         150 West Main Street
           Suite 1500
 4         Norfolk, Virginia 23510
           757.623.3000
 5
                appeared remotely on behalf of Norfolk and
 6              Portsmouth Belt Line Railroad Company;

 7         BUTLER WEIHMULLER KATZ CRAIG, LLP
           ZACHARY M. JETT (zjett@butler.legal)
 8         11525 North Community House Road
           Suite 300
 9         Charlotte, North Carolina 28277
           704.543.2321
10
                Appeared remotely on behalf of Evanston
11              Insurance Company s/s/o Norfolk and Portsmouth
                Belt Line Railroad Company;
12
           SINNOT, NUCKOLS & LOGAN, PC
13         G. CHRISTOPHER JONES, JR. (cjones@snllaw.com)
           13811 Village Mill Drive
14         Midlothian, Virginia 23114
           804.893.3862
15
                appeared remotely on behalf of Evanston
16              Insurance Company, s/s/o Norfolk and Portsmouth
                Belt Line Railroad Company;
17
           CLYDE & CO US, LLP
18         JAMES H. RODGERS (james.rodgers@clydeco.us)
           The Chrysler Building
19         405 Lexington Avenue
           New York, New York 10174
20         212.702.6771

21              appeared remotely on behalf of Coeymans Marine
                Towing, LLC, d/b/a Carver Marine Towing;
22


23


24
```

**JOSEF MALIK**

**September 16, 2025**

```
 1    APPEARANCES:  (continued)

 2         CLYDE & CO US LLP
           MICHAEL ROMAN (michael.roman@clydeco.us)
 3         30 South Wacker Drive
           Suite 2600
 4         Chicago, Illinois 60606
           312.635.6971
 5
                appeared on behalf of Coeymans Marine Towing,
 6              LLC, d/b/a Carver Marine Towing.

 7    ALSO PRESENT:

 8         Kasia Mecinski, Videographer
           Cannon Moss (remotely)
 9

10                   *    *    *    *    *    *

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

```
 1          THE VIDEOGRAPHER:  Going back on the record at
 2    11:04 a.m.
 3               Go ahead, Counsel.
 4                         JOSEF MALIK,
 5    called as a witness herein, having been first duly sworn,
 6    was examined and testified as follows:
 7                         EXAMINATION
 8    BY MR. CHAPMAN:
 9          Q.    Good morning, Mr. Malik.
10          A.    Good morning, Mr. Chapman.
11          Q.    We met before, and I just need to ask you a
12    little bit of background before we start kind of diving
13    into some questions.
14               State your full name, please.
15          A.    It's Josef Malik, no middle names.
16          Q.    And what -- and what is your position with
17    Carver?
18          A.    I'm the chief legal officer of Carve- -- of
19    the Carver group of companies.
20          Q.    Are there any other people in the legal
21    office group --
22          A.    Yes.
23          Q.    -- of which you're chief?
24          A.    Yeah.  I have an associate that works for me.
```

**JOSEF MALIK**

**September 16, 2025**

```
1    I also have an executive assistant that works for me
2    helping out on a number of fronts.
3              It's a relatively new setup.  I joined the
4    company on November 1st.
5         Q.   When you say you joined the company on
6    November 1st, which company?
7         A.   Carver Companies.  Like, I joined the
8    institution of Carver Companies.  There's a --
9         Q.   Okay.
10        A.   -- a number of holding companies, all sorts
11   of different sort of organizations involved.
12   Specifically, I'm employed by Carver Payroll, too.
13        Q.   Okay.  Prior to November of 2024, I take it,
14   did you have any relationship with Carver Companies?
15        A.   Not as counsel, no.  I bumped into Carver
16   Companies on the opposing side when they were looking to
17   acquire a port facility located in Houston, Texas, and I
18   was representing the seller at the time.
19        Q.   The reason I ask is, I did take a peek at
20   your LinkedIn profile, and it shows that the dates with
21   Carver begin in May of 2024?
22        A.   I don't know.  I'll need to double-check.
23   LinkedIn is not really accurate half the time when it
24   comes to sort of dates and tracking it.  So I can't speak
```

**JOSEF MALIK**

**September 16, 2025**

```
 1    to the LinkedIn profile currently.
 2         Q.    Okay.  I just want to be clear about that.  I
 3    thought it extended a little further back, and thank you
 4    for that clarification.
 5              I understand you're licensed to practice law.
 6              In what jurisdiction?
 7         A.    So I'm qualified as a solicitor in England
 8    and Wales; I'm qualified as a corporate counsel in the
 9    State of Illinois; and I'm registered as an in-house
10    counsel in the State of New York.
11         Q.    Did you have to sit for a bar exam in either
12    Illinois or New York --
13         A.    No.
14         Q.    -- to practice law?
15         A.    No.
16         Q.    I want to share a document with you, which I
17    think is just a good entry point to the topics that I
18    want to cover, which is a declaration that you signed
19    back in June of 2024.
20         A.    Sure.
21         MR. ROMAN:  And, Jim, I actually have a copy of
22    that here.  I just handed it to Mr. Malik if you don't
23    want to share your screen.
24         MR. CHAPMAN:  Okay.  We'll have it marked as
```

JOSEF MALIK

September 16, 2025

1    request that was made by the Belt Line in this case?

2         MR. ROMAN:  Objection, foundation.

3              Go ahead.

4         **THE WITNESS:  I believe so, yes.**

5    BY MR. CHAPMAN:

6         Q.    I mean, I can tell you that the first

7    document request is dated January 10th of 2025.

8         **A.    Okay.**

9         Q.    Were you involved from the very beginning in

10   collecting documents, then, that could be responsive --

11        **A.    I was involved in the --**

12        Q.    -- to the document requests?

13        **A.    Yeah, so the short answer is, I was involved**

14   **in the oversight of it from the very beginning, but I**

15   **walked into a number of cases.  This is one of them.**

16   **There's a number of legacy issues that I'm currently sort**

17   **of working through with the business, so I was supported**

18   **heavily by outside counsel on this along with sort of the**

19   **various leaders in the shared services department.**

20        Q.    Okay.  Did, to your knowledge, a gentleman

21   named Jason Galioto help in the process of collecting

22   documents?

23        **A.    Yeah, I believe so.  Yeah, Jason was**

24   **initially engaged by Brian Moore, who was the general**

JOSEF MALIK

September 16, 2025

1    manager of that business unit.

2              So the way the flow of requests usually

3    worked was, that information request came in from outside

4    counsel to myself or somebody on my team, and then that

5    request was relayed to the general manager of the

6    business unit, who then had engaged Jason Galioto.  After

7    Brian Moore exited the business, I believe the primary

8    person who was coordinating were either our outside

9    counsels directly or my associate, who was asking Jason

10   to help where needed.

11             But as of right now, Jason Galioto's

12   involvement in document collection is relatively reduced.

13   He, as far as I understand -- I've only spoken to the

14   gentleman a few times.  He's more of an administrative

15   assistant within that -- within that business unit when

16   it came to document collection.

17        Q.    You mentioned that Mr. Moore left the

18   organization?

19        A.    That's correct.

20        Q.    When did that -- when did that occur?

21        A.    I don't know the exact date.  A couple of

22   months ago.

23             THE WITNESS:  Do you remember by chance, Mike?

24             MR. ROMAN:  (Shaking head.)

**JOSEF MALIK**

**September 16, 2025**

1          THE WITNESS:  No.

2                    No idea.  A few months ago is the short

3     answer.  I can verify and get back to you.

4     BY MR. CHAPMAN:

5          Q.    And was he asked to leave?

6          A.    He doesn't report to me.  He reports to the

7     executive director of operations.  I believe he made that

8     final decision on whether or not Brian stayed or not.

9                    I believe it was related to job performance

10    as far as I'm aware, but I was not involved in the

11    termination of Brian Moore.

12         Q.    Okay.  It sounds like he was terminated by

13    Carver rather than him voluntarily resigning?

14         A.    That -- I believe that was the case, yes.

15         Q.    Did the performance issue have anything to do

16    with his handling of this particular incident involving

17    the damage to the Belt Line bridge?

18         A.    Again, I wasn't involved in the termination

19    of Brian Moore.  So I can't comment on that,

20    unfortunately.

21         Q.    Who's -- who was the person you described as

22    being some sort of operations person that made that

23    decision?

24         A.    So the way the business is set up is that you

 1    have an advisory board at the top, and the advisory board

 2    is made up of the chairman, Carver Laraway, two

 3    non-executive directors, and two executive directors.

 4    The two executive directors are also members of what we

 5    call the executive leadership team.  The executive

 6    leadership team reports to the advisory board on a

 7    quarterly basis just with the ongoings of the business.

 8              Within the executive leadership team, you've

 9    got the executive director of operations, who's George

10    McHugh.  You have the executive director of

11    administration, who is Nick Laraway.  You have myself as

12    chief legal officer.  You have our head of HR, which is

13    Ginny Falls.  And then you have our CFO, who is Darrell

14    Stoecklin.

15              The person who made the ultimate decision to

16    terminate would be Brian Moore's direct line manager, and

17    that was George McHugh.

18        Q.    George McHugh?

19        A.    That's correct.

20        Q.    And is he the interim general manager?

21        A.    No.  The interim general manager, his name

22    is -- I forget his name, but it's -- it's -- oh, sorry.

23    It's Dylan Galm.  Dylan Galm is the interim general

24    manager of that business unit, who now reports to George

**JOSEF MALIK**

**September 16, 2025**

1    McHugh.

2          Q.    And he -- was he -- was he an existing

3    employee and placed --

4          A.    Yeah.

5          Q.    He was already employed by Carver before he

6    was placed in that position --

7          A.    Yeah --

8          Q.    -- as interim management?

9          A.    -- that's correct.  He was part of that

10   specific business unit as their primary salesperson,

11   essentially.  He was their sales lead for that business

12   unit.

13         Q.    Okay.  So if you could -- you've described

14   how the process worked in terms of the people who would

15   be potentially involved in providing electronically

16   stored information to be produced.

17               In terms of its, I'll say, execution, right,

18   can you describe that for us?

19         A.    When you ask "execution," do you mean the

20   process of collecting that data?

21         Q.    Correct.

22         A.    So I believe there were certain search terms

23   that were asked for the ESI portion of it, for example,

24   and those search terms were provided to the IT team.

September 16, 2025

1    them, but I would need, probably, a minute to do so.

2         MR. CHAPMAN:  Okay.  I can put them on the screen.

3         MR. ROMAN:  Okay.

4         MR. CHAPMAN:  It -- it starts with ESI 001868.

5              (Brief pause.)

6         MR. CHAPMAN:  Can you guys see that on your end?

7         **THE WITNESS:  I can, yes.**

8    BY MR. CHAPMAN:

9         Q.   All right.  Does it need to be enlarged?  I

10   don't know if it's large enough for you to see.

11        **A.   I can -- I can see it fine on my end, and I**

12   **can zoom in if needed.**

13        Q.   All right.  So this document is -- we'll have

14   it marked as Exhibit 2 to your deposition, but it is

15   17 pages long.  And it was represented to us when it was

16   produced that these messages came from Mr. Baldassare's

17   phone -- or the phone that had been issued to

18   Mr. Baldassare, and they're labeled in the kind of lower

19   right corner with a Carver ESI number.

20             The first one is 1868, and the last one, if I

21   can scroll to it, is 1884 --

22        **A.   Mm-hmm.**

23        Q.   -- is that correct?

24        **A.   That's correct, yes.**

JOSEF MALIK

September 16, 2025

1        Q.    Great.  So -- and my first question is:  In

2    the -- in the lower -- the very lower right corner of

3    each page, there's a very small number; and on the first

4    page, it says 208.  Do you see that?

5        **A.    Yes, right next to the Carver reference.**

6    **That's correct.**

7        Q.    Yeah.  Yeah, very close to it, adjacent to

8    it.  And then page 209 and then 210 and then it jumps to

9    363.

10        My question is:  Do you know globally how

11    long this document is, how many pages it consists of?

12        MR. ROMAN:  Object to the form.

13        **THE WITNESS:  No, no idea.  I have no idea how long**

14    **the universal, global document is.**

15    BY MR. CHAPMAN:

16        Q.    Okay.  And do you have any insight into what

17    evaluation was made to determine whether these and only

18    these pages from that document were produced in the

19    litigation?

20        MR. ROMAN:  Form, foundation.

21        **THE WITNESS:  They were reviewed by outside**

22    **counsel, and outside counsel made that determination.  I**

23    **wasn't involved in that.**

24

```
1   BY MR. CHAPMAN:
2        Q.   Okay.  Do you know if any Carver employee was
3   involved?  For example, maybe Mr. Galioto?
4        A.   Mr. Galioto wouldn't be involved.  He's -- no
5   offense to Mr. Galioto's skill set.  He's -- he supports
6   gathering documentation rather than making any kind of
7   determination.
8        Q.   That's fair.  I appreciate that.
9             Do you know whether there is actual reports
10  and a narrative report associated with these pages that
11  were extracted from Mr. Baldassare's work phone?
12       MR. ROMAN:  Object to the form.
13       THE WITNESS:  Not as far as I'm aware.  I believe,
14  whatever report there was, it was sent directly from the
15  vendor to our outside counsel.
16  BY MR. CHAPMAN:
17       Q.   All right.  Thank you.
18            So looking at the first page of Exhibit 2
19  labeled Carver ESI 1868, there appear to be five text
20  messages.  And I presume that the different colors
21  represent --
22       A.   Would you --
23       Q.   -- one phone communicating with the other,
24  but do you know?
```

```
 1          A.    So Jim, currently, what I have on screen is
 2    1871.
 3          Q.    Okay.  I apologize.
 4          A.    No.  It's all good.
 5          Q.    Let me scroll back.  Forgive me.
 6          A.    No --
 7          Q.    Thank you for pointing that out.
 8                I'm back on 1868.  Do you see that?
 9          A.    Yes.
10          Q.    All right.  It looks -- if I'm reading this
11    correctly, it looks like there's a total of five e-mail
12    messages --
13          A.    Four.
14          Q.    -- between two phones?
15          MR. ROMAN:  Object to --
16    BY MR. CHAPMAN:
17          Q.    If you know.
18          MR. ROMAN:  -- form.
19          THE WITNESS:  I see five boxes, two green and three
20    blue.  I believe that indicates five messages.
21    BY MR. CHAPMAN:
22          Q.    Okay.  The first three here relate to a
23    vessel called the Erin Elizabeth.
24                Is that a Carver vessel?
```

JOSEF MALIK

**September 16, 2025**

1        A.    That's correct, yes.

2        Q.    All right.  They appear to be exchanged on

3     June 14th of 2024; is that right?

4        A.    That's what the time stamp suggests.  That's

5     correct, yeah.

6        Q.    Yeah.  And then the last two messages are on

7     a different date six days later, June 20th of '24,

8     correct?

9        A.    That's correct, yes.

10        Q.    Do you have any understanding of how these

11     are organized so as to shed light on why there are no

12     more messages between -- that there are no messages

13     between the last one on June 14th and the first one on

14     June 20th?

15        A.    I wouldn't know.  I wouldn't know how it's

16     organized or how it's, sort of, displayed in this report.

17     It would all be determined by, I'm guessing, the vendor

18     and outside counsel.

19        Q.    Okay.  So the last two messages are both

20     dated June 20th of 2024, correct?

21        A.    That's correct.

22        Q.    And -- and then when it says "from," do you

23     have an understanding what "CMT dispatch" is?

24        A.    Yeah.  I believe that's the shared sort of

1    dispatch center that the CMT business unit has.  So

2    within the CMT business unit, they have a unified sort of

3    dispatch center, and it's usually two or three people

4    that sort of man the phones and coordinate the vessels

5    for CMT.

6        Q.    All right.  I'm going to go to the next page,

7    which is 1869.

8            Those also appear to be follow-along messages

9    on June 20, 2024, correct?

10       A.    I believe that's correct, yeah.  I see four

11   messages -- oh, sorry -- yeah, yeah, four messages -- two

12   green, two blue -- all dated June 20th.

13       Q.    And in the last message on this page, 1869,

14   do you know who Brian is?

15       A.    Judging by context, I'm guessing it's a

16   reference to Brian Moore.

17       Q.    To your knowledge, was there anybody else

18   named Brian that was employed by Carver Marine Towing or

19   that division --

20       A.    Not as far as I'm aware, no.

21       Q.    And then continuing on to the next page,

22   which is 1870, again, there are -- it looks -- appears to

23   be four messages; two in blue, two in green?

24       A.    That's correct, yeah.

JOSEF MALIK

**September 16, 2025**

1          Q.    Also on June 20th, correct?

2          **A.    That's correct, yeah.**

3          Q.    The first message contains an attachment,

4     which is a vCard for somebody named Jim Hummel.

5                Do you know Mr. Hummel?

6          **A.    No idea.**

7          Q.    Do you understand anything about his role

8     with Skanska?

9          **A.    No, I do not.**

10         Q.    Okay.  So I believe that actually ends this

11    exchange that's been produced in discovery on page 1870,

12    and the new one starts on the next page in this document

13    with Carver ESI No. 1871.  And down in the corner, the

14    very small number adjacent to it is 363.  Do you see

15    that?

16         **A.    That's correct, yes.**

17         Q.    And the first three messages, are you able

18    to -- do you know whether they relate in any way to the

19    incident involving the bridge on June 14, 2024?

20         **A.    Not -- specifically, I wouldn't know whether**

21    **they relate to the bridge incident.**

22              **I'm happy to read it and give you my**

23    **speculative answer.**

24         Q.    Well, let me just ask it a little bit

**JOSEF MALIK**

**September 16, 2025**

1    differently.

2              Do you see the time stamp on there?

3    **A.    3:19 p.m.**

4         Q.    Yeah, the first one -- yeah, the first one is

5    3:19 and then the second one is 3:22 and the third one is

6    also 3:22, it looks like, a few seconds later.  Do you

7    see that?

8         **A.    I see 3:19 and the second message says 3:20**

9    **and then the third message says 3:22 and then the fourth,**

10   **final message says 4:36.**

11        Q.    Yeah.  So I think the record in this case is

12   pretty clear that the collision occurred at 4:30 p.m. on

13   the 15th, not the 14th.  So that last message appears to

14   relate to the incident involving the Mackenzie Rose or

15   the Mack Rose as it's called.  Do you see that?

16        **A.    Yes, yeah, the -- the one to Brian Moore**

17   **on --**

18        Q.    Yeah.

19        **A.    Yeah.**

20        Q.    And if I go to the next page, which I believe

21   is -- yeah, 1872 is 364 down there in the lower -- lower

22   right.

23              There's two more green messages, the

24   green-colored texts from Mr. Baldassare's phone to Brian

September 16, 2025

1    Moore, correct?

2         A.    That's correct, yes.

3         Q.    And then there's a text back from Brian

4    Moore, and that's the one in blue, correct?

5         A.    Correct.

6         Q.    In Mr. Moore's message, it says, Just make it

7    go away.

8              Do you have any understanding of what was

9    meant by that?

10         A.    I wouldn't know.  I didn't even -- I wasn't

11    even part of Carver Companies when that message was sent,

12    so I would have no idea.

13         Q.    Do you know the width of the bridge

14    opening --

15         A.    I do not.

16         Q.    -- at the Belt Line bridge?

17         A.    I do not.  The first time I saw it was at

18    your offices.

19         Q.    So if we go to -- I'm skipping down -- let's

20    see.  Well, before I get there, on 1872, the last message

21    from Mr. Baldassare to Mr. Moore says, He wants to call

22    the CG.  Do you see that?

23         A.    I do, yeah.

24              The one dated 15 June at 5:07 p.m.?

JOSEF MALIK

September 16, 2025

1          Q.    Yeah.  And then the next one from Mr. Moore

2     on page 1873, the second -- or the last sentence of it

3     says, If it's a hard hit, then I can guarantee CG and

4     TVIB will be all over their asses.

5                Do you know who CG is?

6          **A.    Surmising from context, I would think, Coast**

7     **Guard.**

8          Q.    And same question, do you know who TVIB is?

9          **A.    No, I don't.**

10         Q.    Are you familiar with the Towing Vessel

11    Inspection Bureau?

12         **A.    I am not.**

13         Q.    The third message on this page is from

14    Mr. Baldassare to Mr. Moore at -- on June 15, 2024, 5:15.

15    Do you see that?

16         **A.    I do.**

17         Q.    It says, I can tell Chris.  I notified them,

18    and they will do an inspection and to keep going just to

19    shut him up.

20               Do you know who Chris is?

21         **A.    I do not, no.  No idea.**

22         Q.    Are you aware that the captain of that vessel

23    was named Chris Miller, as the captain of the Mackenzie

24    Rose?

JOSEF MALIK

1          A.    Looking at the addendum, that's -- that
2     makes -- yeah, Captain Chris Miller.
3          Q.    All right.  And then I've got -- going to the
4     next page, 1874, there's two messages at the top from
5     Mr. Moore to Mr. Baldassare and then two responses
6     afterwards from Mr. Baldassare --
7          A.    That's correct.
8          Q.    -- correct?
9          A.    That's correct, yep.
10         Q.    In the second message from Mr. Moore to
11    Mr. Baldassare, it states, Also, if it does go down the
12    CG route, we handle all the calls and et cetera.  Boat
13    guys shouldn't be calling, too, and only after we speak
14    to Collin at TBS.  Let me know what course you want to go
15    on.
16              So my first question is:  Was it a company
17    policy that for incidents involving the Coast Guard, that
18    management would handle all of the calls?
19         MR. ROMAN:  Object to the form.
20              If you know, you can answer.
21         THE WITNESS:  I wouldn't know the answer to that.
22    The -- in -- again, this was prior to me being involved
23    with Carver Companies in any shape, way, or form except
24    for, you know, advising on that sales side in Houston.  I

JOSEF MALIK

1    don't know if Brian Moore, as the general manager, set a

2    policy for his business unit to that effect.  I

3    wouldn't -- I wouldn't know at all.

4    BY MR. CHAPMAN:

5        Q.   Okay.  And the same question is -- it

6    mentions Collin at TBS.

7             Now, we've talked about TBS already.  Do you

8    know who Collin is?

9        A.   I do not, no.  The only TBS contact is the

10   one person I advised Clyde of, and that was at the advice

11   of, again, the CMT folks that I asked for a contact from.

12   So I have no idea who Collin is.

13       Q.   You don't recall if it was Collin that you --

14       A.   No.  That was a lady.  It was a lady that we

15   had forwarded it on to at Clyde & Co.

16       Q.   Okay.  And then the last two messages on here

17   in green from Mr. Baldassare back to Mr. Moore, the first

18   one says, Yeah, I already yelled at Chris, at 6:15 --

19   excuse me -- on June 15, 2024, 5:20 p.m.?

20       A.   That's correct, yes.

21       Q.   And then the last message to Mr. Moore, it

22   says, Taken care of, on June 15, 2024, at 5:29 p.m.,

23   right?

24       A.   That's correct.

1          Q.    And if we go to the next page, Mr. Moore --

2    this is page 1875.  Mr. Moore responded asking -- it

3    says, Have them type official statements and send to you

4    and me only.  Do you see that?

5          A.    Yeah, at -- June 15th at 5:30 p.m.

6          Q.    5:31.

7          A.    That's interesting.  Yeah, on my end, I see

8    5:30 and 45 seconds.  That's the message in blue.

9                Or are you referring to the message in green?

10         Q.    No.  I'm referring to the message in blue.

11   It --

12         A.    Oh.  Yeah, I see 5:31; but below that in the

13   very bottom right-hand corner, it says 5:30.  So I was

14   looking at that time stamp.

15         Q.    Yeah.  Well, it appears that the data that, I

16   guess, can be mirrored from the phone includes something

17   about either when it was sent or when it was delivered or

18   when it was read or when it was opened.

19         A.    Seems to be the case, yeah.  I'm not sure.

20         Q.    Yeah.  Anyway, it's around 5:30 or 5:31 p.m.

21   on June 15th, correct?

22         A.    That's correct.

23         Q.    And it looks like Mr. Baldassare responds and

24   says he had already -- I asked for that, and this is what

JOSEF MALIK

**September 16, 2025**

1    I got.

2              And then he sends another e-mail with a -- it

3    appears to be a screenshot or some attachments?  Do you

4    see that?

5         **A.    I do.**

6         Q.    Have you ever seen those statements?

7         **A.    I have not.**

8         Q.    All right.  If you had, I was going to put

9    them on the screen; but since you haven't, I'm not going

10   to.

11             And if I go to the next page, which is marked

12   Carver ESI 1876, you'll notice that the number -- the

13   small number in the lower right is 376, which is nine

14   pages or so after the -- I'll just scroll back up so you

15   can see it.

16        **A.    Yeah.**

17        Q.    This one ends at 367, and the next one starts

18   at 376.

19        **A.    That's correct.**

20        Q.    And it appears that Mr. Moore is sending some

21   attachments, a giphy file or something to that effect to

22   Mr. Leonard on June 17th.  I'm unclear what that relates

23   to, but it's some sort of .gif.

24             And then on June 18th, the third message that

**JOSEF MALIK**

**September 16, 2025**

```
 1   we see on page 1876, there's another message from
 2   Mr. Moore to Mr. Baldassare.  Do you see that?
 3        A.    I do.
 4        Q.    And he's forwarding an attachment.  It looks
 5   like an audio file with instructions to "listen and call
 6   me."  Do you see that?
 7        A.    Yeah, I do.
 8        Q.    All right.  Have you listened to any audio
 9   files that were forwarded by Mr. Moore to Mr. Baldassare
10   in this exchange?
11        A.    I have not, no, not as far as I recall or
12   remember.  I try not to delve into the granular details
13   of an ESI request like that.
14        Q.    Okay.  So do you have any memory of listening
15   to a voicemail left by a United States Coast Guard
16   officer for Carver Marine?
17        A.    No, I do not.
18        Q.    Okay.  I'll scroll to the next page.
19        MR. ROMAN:  And, Jim, you're -- you're a little
20   off-center on our end.
21        THE WITNESS:  If I zoom out --
22        MR. CHAPMAN:  And when you say "off-center," my
23   view --
24        MR. ROMAN:  That's better, yeah.  That's better.
```

1          MR. CHAPMAN:  My head's -- yeah, I'm just looking

2     at a much larger monitor over on my right.  So apologies

3     for that.

4          **THE WITNESS:  No, it's all good.**

5          MR. CHAPMAN:  If it's important, I can try to shift

6     everything.

7          MR. ROMAN:  No.  I meant the messages were

8     off-center, not -- not you personally.

9          MR. CHAPMAN:  (Unintelligible.)

10          MR. ROMAN:  We're good now, yeah.

11          MR. CHAPMAN:  Okay.  All right.

12     BY MR. CHAPMAN:

13          Q.   So -- I apologize.  I should have covered the

14     last entry on the previous page.  So I'm going to flip

15     back to 1876.

16               But Mr. Baldassare responds to Mr. Moore and

17     says, Send me the number, she didn't leave it in the VM,

18     correct?

19          **A.   That's correct, yes.**

20          Q.   And then now go to the next page, which is

21     1877, and it appears that Mr. Moore is forwarding a

22     telephone number to Mr. Baldassare, correct?

23          **A.   Starting with 757, that's correct, yeah.**

24          Q.   Yeah.  And then the next entry is from

JOSEF MALIK

1    Mr. Baldassare back to Mr. Moore, and it says, Give me a

2    buzz when you can, just spoke to CG, correct?

3         A.    That's correct.

4         Q.    Okay.  Do you see the last entry there on

5    this page, a message from Mr. Baldassare to Mr. Moore,

6    which reads, As far as not reporting it, I guess we just

7    chalk it up to no damage and not thinking it was a

8    reportable incident, question mark.

9         A.    That's correct.

10        Q.    Do you see that?

11        A.    Yes.

12        Q.    I want to go to the next page, which is 1878,

13   but it does not appear that Mr. Moore responded to that

14   specific text message, does it?

15        A.    Not from the documents, no.

16        Q.    Okay.  So I want to go to page 1879 next.

17             At the top, there's two messages from

18   Mr. Moore to Mr. Baldassare.  I want to focus on the

19   message back to Mr. Moore from Mr. Baldassare, which is

20   in green, the third message on the page.  Do you see

21   that?

22        A.    I do, yeah.

23        Q.    It says, Okay, spoke to Jim, got them all

24   calmed down.

**JOSEF MALIK**

**September 16, 2025**

1             Do you know who Jim is?

2        A.    No, I can't -- gauging by that message, I

3    wouldn't know which -- what -- which Jim they're

4    referring to.  The only Jim -- but this would have been

5    before him -- is our IT director, but he wasn't employed

6    with Carver Companies at that time.  So I can't -- I

7    don't know.

8        Q.    Okay.  And then it continues, The, quote,

9    attorney, unquote, for the bridge people is saying we

10   damaged the counter weight on the bridge.  Chris on the

11   Mack Rose said bullshit on that too, we didn't land

12   anywhere near it.  They don't have the video though, only

13   the bridge people do.  I can maybe ask Coast Guard.  Do

14   you see that?

15       A.    Yeah.  Yes, I do.

16       Q.    Does -- does that provide any more

17   information about who Chris on the Mack Rose is?

18       A.    Again, by context, I would assume it would be

19   Chris Miller.

20       Q.    Okay.  And then Mr. Moore's response to that

21   message says, Okay, speak to the CG lady and see if we

22   can get it to add to our investigation, then submit late

23   tonight or tomorrow.

24             Do you know what is being referred to to

JOSEF MALIK

**September 16, 2025**

1    "submit late tonight or tomorrow"?

2         **A.    No, I do not.**

3         Q.    Do you know what a Coast Guard report --

4    incident report is or report of incident?

5         **A.    Generally.  Again, having come across similar**

6    **things in my career, I think that's a report issued by**

7    **the Coast Guard when an incident is reported to them.**

8    **It's, essentially, a police report equivalent or analog.**

9         Q.    Do you know whether the company has any

10   responsibility to submit a report after an incident?

11        **A.    Not as far as I'm --**

12        Q.    I should use -- I apologize.  I'll rephrase

13   that because I want to be clear that I'm asking about

14   Carver.

15             Do you know whether Carver has any

16   responsibility to submit a report to the Coast Guard

17   after an incident?

18        MR. ROMAN:  Object to the form.

19             You can answer.

20        **THE WITNESS:  I believe there is a requirement on**

21   **any operator on the water to report any incidents to the**

22   **Coast Guard, correct.**

23   BY MR. CHAPMAN:

24        Q.    Have you seen any of the incident reports

1    submitted by Carver to the Coast Guard in connection with

2    the damage to the Belt Line bridge?

3        A.    I have not, no.

4        Q.    Well, why don't we go to page 1880.

5              It has four messages on it, and they start

6    with Mr. Moore -- excuse me -- Mr. Baldassare's message

7    to Mr. Moore that says, Just spoke to Coast Guard.  And

8    it kind of goes on from there.

9              They don't have the video.  They asked the

10   bridge for it initially, but they never gave it to them.

11   She also asked if I can try and get her over the CG

12   paperwork today.  Is that all right if I send the 2692

13   and other documents and I'll send over the internal stuff

14   tomorrow morning, question mark.  Do you see that?

15       A.    Yes.

16       Q.    Then Mr. Moore's response is, Yep, totally.

17   We will play nice with them.

18             Mr. Moore responds, Firing off now, and then

19   he follows it up with another message.  It appears to be

20   later on the morning of June 20, '24.

21             The last one on this page, 1880, says, We

22   doing DASIY call, D -- and I'll spell that, all caps

23   D-A-S-I-Y.

24       A.    Yeah.

JOSEF MALIK

**September 16, 2025**

 1          Q.    We doing DASIY call?  Do you see that?
 2          A.    I do, yes.  I think it's a misspelling --
 3          Q.    Do you --
 4          A.    Of the word "Daisy," which is --
 5          Q.    Oh, you do?
 6          A.    -- also a vessel operated by CMT.
 7          Q.    So Daisy is another tugboat that the Carver
 8    Companies operates or Carver Marine --
 9          A.    I believe --
10          Q.    -- Towing?
11          A.    I believe so.  I've seen that name in CMT,
12    sort of, you know, in conversations, and it's either a
13    barge or a vessel.
14          Q.    Okay.  All right.  And then on the next page,
15    1881, Mr. Moore responds, Nah, trying to make this f'g
16    Mack thing not an entire atomic bomb, which it will be.
17    Do you see that?
18          A.    I do, 20 June.
19                Who was that message to?  I only see numbers.
20    It says "Brian Moore to."  Is it Baldassare, I'm
21    guessing?
22          Q.    Yes -- well, based on what -- the way it was
23    described, this collection of texts were all involving
24    Mr. Baldassare's work phone.

JOSEF MALIK

**September 16, 2025**

1          A.     Got it, yeah.

2          Q.     And then Mr. Baldassare responds -- I'm not

3     saying the whole word, but, F.  Anything I can do?

4                 And then Mr. Moore responds, Tie a noose so I

5     can hang myself.

6                 Then Mr. Baldassare responds, Shit.  Should I

7     dust off the resume?

8                 And it continues a little bit on the next

9     page, 1882, in which Mr. Moore says back, LOL, no, but

10    after looking at everything, I don't plan on -- excuse

11    me.  I misread that.

12                LOL, no, but after looking at everything,

13    don't plan on Jimmy coming back.  I don't know how that

14    barge has zero damage and the bridge is that far --

15    again, I'm abbreviating -- f'd.  Do you see that?

16         A.     I do, yes.

17         Q.     Now, that was on June 20th of 2024,

18    correct --

19         A.     Yes.

20         Q.     -- that message?

21         A.     Yeah.

22         Q.     Do you know who Jimmy is?

23         A.     No, I don't.

24              MR. ROMAN:  Hey, Jim, when you get to a good

**JOSEF MALIK**

**September 16, 2025**

1   stopping point, can we take a break?

2        MR. CHAPMAN:  Yeah.  Yeah, sure.  That's fine.

3        MR. ROMAN:  Okay.

4        MR. CHAPMAN:  Okay.  What do you need?

5        MR. ROMAN:  Five, comfort break.

6        MR. CHAPMAN:  Yeah, that's fine.

7        MR. ROMAN:  Okay.

8        MR. CHAPMAN:  Okay.

9        THE VIDEOGRAPHER:  Going off the record at

10   12:12 p.m.

11                    (A short break was had.)

12        THE VIDEOGRAPHER:  Going on the record at

13   12:25 p.m.

14            Go ahead, Counsel.

15   BY MR. CHAPMAN:

16        Q.    Mr. Malik, let me turn now in Exhibit 2 to

17   the next page, which is No. 1883 -- excuse me.  I'm going

18   to go one more page to 1884.  I believe this is the last

19   page of the exhibit.  And you see down in the lower --

20   very lower right, it's page 411 --

21        **A.    That's correct, yeah.**

22        Q.    -- you know, when the mirroring file was

23   provided; and it -- these are all texts that are about a

24   month later, July 18th of 2024.

JOSEF MALIK

September 16, 2025

1              And in the first one, Mr. Moore is asking --

2    or messaging Mr. Baldassare.  It says, I need the service

3    reports from Ayers, A-Y-E-R-S, and the Mack.  Could you

4    ask them again, please?

5              Do you know who Ayers is?

6         A.   No.  Again, speculating, I think they might

7    be a vendor.  I'm not sure.

8         Q.   And beyond that, do you know what kind of

9    vendor?

10        A.   No idea.

11        Q.   Or what services they provide?

12        A.   No idea.

13        Q.   Okay.  And then you see the third text down

14   there, a message from Mr. Baldassare to Mr. Moore.  It

15   says, Todd said he's going to send over ASAP.

16             The same question, do you know who Todd is?

17        A.   No, no.  Again, speculating, the only Todd

18   I've come across at Carver Companies is somebody who

19   works for Carver Air.  So it's unrelated to this business

20   unit, and he's a pilot.  So I don't think Brian Moore

21   would be -- or anybody at CMT would be talking to him.

22        Q.   All right.  And then the last text on this

23   page from Moore to Baldassare says, Thanks.  Can you also

24   get with GMT and whoever else worked on it and submit all

September 16, 2025

1    tech reports, too?

2              Same question, do you know who GMT is?

3         **A.    No idea.  Again, speculating -- "Can you also**

4    **get with GMT and whoever else" -- no, I wouldn't even be**

5    **able to guess what GMT is.  Greenwich Mean Time is the**

6    **closest I could guess.**

7         Q.    Okay.  Well, you wouldn't be expecting any

8    reports from Greewich Mean Time, I take it?

9         **A.    No, I wasn't.**

10        Q.    Okay.  All right.  So let me put the next

11   exhibit up that I have some questions about.  This is

12   another collection of text -- texts.  It will be marked

13   as Exhibit 3 to the deposition.  And the way it was

14   described in the production, this is a collection of

15   texts that come from or involve the phone that was on the

16   boat -- or assigned to the boat and the communications

17   involving that phone.

18             It is a 14-page document bearing Bates Nos.

19   Carver ESI 001888 through 001901.  Do you see that?

20        **A.    I see 001888 and 306 on the bottom right-hand**

21   **corner.**

22        Q.    Yep.  And I'll scroll to the end of this

23   exhibit.  You can see it's 1901.

24        **A.    That's correct, yes.**

JOSEF MALIK

**September 16, 2025**

```
 1        Q.    It has a -- the small number in the lower
 2   right is 74.  Do you see that?
 3        A.    That's correct, yes.
 4        Q.    Okay.  So let me just go back to page 1.
 5   It's a message from Mr. Baldassare on June 15, 2024,
 6   4:39 p.m., to what I understand to be the boat phone.
 7             Can you please e-mail us statements ASAP and
 8   let us know of any damages to the barge, tug, and bridge?
 9             And then the next message is a text
10   containing an attachment, a photograph, followed by two
11   text messages:  the first one stating, That's the photo I
12   took of the bridge, and the second one stating, I can't
13   tell anything from that.  Do you see those?
14        A.    I do, yes.
15        Q.    Have you ever seen the full-sized image of
16   that photograph?
17        A.    No.
18   MR. ROMAN:  Form.
19        THE WITNESS:  I have not.
20   MR. CHAPMAN:  I'm sorry?
21   MR. ROMAN:  Form.
22   BY MR. CHAPMAN:
23        Q.    No?
24        A.    (Shaking head.)
```

1      Q.    Okay.

2            MR. CHAPMAN:  What's wrong with the form, Mike?

3            MR. ROMAN:  Well, foundation.

4                  How about that?

5            MR. CHAPMAN:  Well, he -- he just -- okay.  He said

6      he had never seen it, so that's fine.

7      BY MR. CHAPMAN:

8      Q.    To your understanding, is this part of the

9      same report or collection of mirrored images that were

10     procured through that ESI vendor that was hired by Clyde?

11     **A.    I believe so, yes.**

12     Q.    Okay.  So let's go to the next page, which is

13     1889.

14           Mr. Baldassare to the boat says, Yeah, it

15     looks okay from the photo?

16           And then the response back from the boat

17     says, Jarkeis says not much damage to the barge, some

18     scrapes but underway, can't take a photo yet.

19           Do you know who Jarkeis is?

20     **A.    No idea.  Again, speculating, I would assume**

21     **somebody in the maintenance side of CMT.**

22     Q.    All right.  And then Mr. Baldassare responds,

23     Okay, keep me posted, at, it looks like, 4:47 on June 15,

24     2024.  Do you see that?

JOSEF MALIK

September 16, 2025

1          A.    I do, yes.

2          Q.    And then the next message in this string is

3    from Mr. Baldassare on June 15, 2024, at 5:24 p.m.  Do

4    you see that?

5          A.    5 -- yes.  Yes, I do.

6          Q.    Yeah.  It says, I'm on with CG now.  Continue

7    on the slow bell.  I'll let you know what they wanna do

8    shortly.

9                Is that a reference to -- is that CG a

10   reference to the Coast Guard?

11         A.    Again, speculating, I would think so, yes.

12         Q.    Okay.  You attended Mr. Laraway's deposition?

13         A.    That's correct, yes.

14         Q.    And do you recall that Mr. Laraway was asked

15   about whether the Coast Guard was ever contacted by

16   Carver on June 15, 2024?

17         A.    From memory, I believe that was one of your

18   questions to him.  That's correct.

19         Q.    And his testimony was that no, that Carver

20   hadn't, correct?

21         A.    I don't recall.  I'll need to look at the

22   records.

23         Q.    Do you have any knowledge that the Coast

24   Guard was contacted by Carver on June 15, 2024?

JOSEF MALIK

September 16, 2025

1          A.     That's prior to my arrival at Carver

2     Companies, so I'm -- unfortunately, I can't comment on

3     that.

4          Q.     So you wouldn't have any personal knowledge

5     from having been there; is that what you're saying?

6          A.     Yes.

7          Q.     Okay.  And if we go to the next page, it

8     appears that Mr. -- that the boat responded -- this is

9     page 1890.  The boat responds with the "Ok."

10              Do you see that at the top?

11         A.     I do, yes.

12         Q.     And then the next message from Mr. Baldassare

13    says, Okay, I'm sending the CG statements and photos.

14    They are allowing us to continue our voyage but will most

15    likely need to board the vessel upon arrival in NYH.

16    They will survey the bridge tomorrow for any damage.

17    Please proceed as planned.  I will notify sector NY and

18    TVIB.  Do you see that?

19         A.     I do, yes.

20         Q.     Do you know what NYH is?

21         A.     Having gathered, sort of, experience in the

22    last few months, I think NYH usually refers to New York

23    Harbor.

24         Q.     All right.  And do you understand what

September 16, 2025

1    "surveying the bridge for damage" pertains to?

2         A.    And then, "They will survey the bridge

3    tomorrow for any damage," no, I wouldn't know.  Again,

4    speculating, maybe the CG would do -- survey the bridge.

5    I'm not sure.

6         MR. ROMAN:  It's only if you know.

7         THE WITNESS:  Sure.

8    BY MR. CHAPMAN:

9         Q.    At any time after your employment by Carver,

10   did you ever learn that Mr. Baldassare lied to the crew

11   of the tug, Mackenzie Rose, about contacting the Coast

12   Guard on June 15, 2024?

13        A.    No, not that I'm aware of.  When you say --

14   would you mind repeating that, Jim, so I fully understand

15   the nature of the question?

16        Q.    Yeah.  I was just asking, at any time after

17   you became an employee at Carver, did you learn that

18   Mr. Baldassare had lied to the crew of the tug, Mackenzie

19   Rose, about contacting the Coast Guard on June 15, 2024?

20        A.    No, that would not be something I would have

21   ever have found out.  That seems like a business-unit

22   issue.  That would have been discussed through other

23   managers.  I'm not sure.

24        Q.    And on this page, 1890, Mr. Baldassare's

JOSEF MALIK

**September 16, 2025**

1    second message to the boat phone is, When possible, can

2    you please type those statements and send from the boat

3    laptop so -- boat laptop?  I don't think the CG is going

4    to accept them on a notepad.  Do you see that?

5         A.    I do.

6         Q.    I asked you earlier if you had ever seen the

7    written statements from the crew that were sent -- that

8    were forwarded by Mr. Baldassare to Mr. Moore when we

9    were looking at Exhibit 2.

10            But did you ever see the typed statements

11   that the crew had provided?

12        A.    Not -- not as far as I can recall, no.

13   Again, that would be too granular for my involvement.

14        Q.    So then on the last text, the boat responds,

15   Yes, I can, most likely tomorrow.

16            And then turning to the next page, 1891,

17   Mr. Baldassare responds, That's fine.  The on-duty

18   inspector won't be in until Monday, so I'm sure tomorrow

19   will be fine.  Thanks, Captain.  Do you see that?

20        A.    I do, yes.

21        Q.    Do you know what on-duty inspector

22   Mr. Baldassare is referring to?

23        A.    No idea.

24        Q.    And then that message was sent on June 15th

JOSEF MALIK

September 16, 2025

1    at 5:33 p.m., correct?

2        A.    That's correct, yes.

3        Q.    And then in the string, the next message from

4    the boat phone is the same day, June 15, 2024, at

5    6:38 p.m.  Do you see that?

6        A.    That's correct, yes.

7        Q.    And there appear to be four photographs that

8    were attached to this message.

9             So my first question is:  Have you seen those

10   photographs that were attached to this message?

11       A.    I have not, no.  I only -- I've only seen

12   these thumbnails.

13       Q.    Okay.  Do you have any understanding of what

14   photographs of the barge were taken of the bow, the front

15   end of the barge?

16       A.    I do not.

17       Q.    The next page, do you see the -- before we

18   get there, at the bottom of 1891, do you see the small

19   number is 309?

20       A.    At the bottom right, yes.

21       Q.    Yeah.  And then on the next page at the

22   bottom right, it's Carver ESI 1892 but the small number

23   next to it is 505, right?

24       A.    That's correct.

JOSEF MALIK

September 16, 2025

1        Q.    Okay.  And this starts with a text from

2    Mr. Baldassare to the boat, I'll call you right back, and

3    the boat responds "Ok."

4              And those are at 4 -- roughly, 4:49 p.m. --

5        A.    That's correct.

6        Q.    -- on June 15th?

7        A.    Yep.

8        Q.    And then it appears that about eight minutes

9    later Mr. Baldassare texts the phone -- the boat again,

10   Need witness statements for Coast Guard.do you see that?

11       A.    I do.

12       Q.    And if we turn to the next page, which is

13   1893, the boat responds "Ok."

14             And the next response is from -- excuse me --

15   from Mr. Baldassare back to the boat.  It says, Where are

16   you guys heading?

17             And the boat responds, Slow bell down river

18   to NY.

19             I presume NY is New York?

20       A.    I --

21       Q.    Do you see that?

22       A.    I believe so, yes.

23       Q.    And then on the next page, there is the start

24   of the transmission of four pictures, which are the

**JOSEF MALIK**

September 16, 2025

```
 1  witness statements that we talked about earlier.  Do you

 2  see that?

 3          I'm on page 1894.

 4     A.   I do.

 5     Q.   And then on 1495, there's two more.  Do you

 6  see those?

 7     A.   I do, yes.

 8     Q.   I may have misspoken the number.  If I did,

 9  it's --

10     A.   1890 --

11     Q.   -- 1895.

12          And I think it was your testimony, you

13  haven't read those witness statements.  The only thing

14  you've ever seen are these thumbnails, which you can't

15  read, right?

16     A.   That's correct.

17     MR. ROMAN:  Form on that one, Jim.

18     MR. CHAPMAN:  What am I missing, Mike?  What's

19  wrong with the form?  Help me out here.  I want to ask a

20  good question.

21     MR. ROMAN:  Well, the assumption that you can't

22  read them.  Some of us have young eyes, you know?

23     MR. CHAPMAN:  Oh.  Oh, hey, that's an excellent

24  point.
```

JOSEF MALIK

September 16, 2025

```
 1   BY MR. CHAPMAN:

 2       Q.    Mr. Malik, can you read those?

 3       A.    I cannot, no.

 4       Q.    Okay.  Here's what I'm going to do just to --

 5   I'm blowing up page 1895, okay, and I have to move it

 6   over, I think.

 7       A.    To help everybody out here, I've been wearing

 8   glasses since I was five.  So my eyesight has never been

 9   good.

10       Q.    Okay.

11       MR. CHAPMAN:  I'm sorry to make everybody dizzy

12   there, but...

13   BY MR. CHAPMAN:

14       Q.    Can you read -- yeah, I've blown it up as

15   much as I reasonably can.  Can you read that?

16       A.    I cannot, no.

17       Q.    Okay.  I can't either.

18       MR. CHAPMAN:  So Mike, I'll ask you.  Can you read

19   that?

20       MR. ROMAN:  I'm not close enough to the screen, but

21   I'm confident I would be able to read it, yes.

22   BY MR. CHAPMAN:

23       Q.    All right.  Let's go -- that was on

24   page 1895.
```

1               And then I want to -- so this is 1895, and

2      then we'll go to 1896.  And at the bottom of 1896 --

3      well, on page 1896, the first two entries are on

4      June 15th around 5:22 p.m.  The next entry, the one in

5      blue for Mr. Baldassare is, like, two days later or a day

6      and a half later, June 17th at 10:30 a.m.  Do you see

7      that?

8          A.    That's correct, yes.

9          Q.    Okay.  And Mr. Baldassare asks, What side did

10     you guys have the barge made up when you touched the

11     bridge?  And the response from the boat is, Dredging

12     ahead in push ahead.  Do you see that?

13         A.    I do.

14         Q.    Does that mean anything to you, what's being

15     described there?

16         A.    Not to me, no.

17         Q.    Okay.  Now, this page, 1896, the little

18     number at the bottom is 509?

19         A.    That's correct.

20         Q.    And then I'll go to the next page, which is

21     ESI 1897 but do you see the small number jumps to 570 --

22     576?

23         A.    Yep.

24         Q.    Do you see that?

JOSEF MALIK

September 16, 2025

1        A.    Yes, I do.

2        Q.    Okay.  It starts at the top with a text on

3   June 26, 2024, from the boat to Brian Moore.  Do you see

4   that?

5        A.    I do.

6        Q.    So do you know what the boat was responding

7   to in the way of a text from Mr. Moore on June 26, 2024?

8        A.    I do not, no.

9        Q.    So then looking at the next text on

10  page 1897, it's a text from the boat to Mr. Moore two

11  days later, June 28, 2024.  Do you see that?

12       A.    I do.

13       Q.    And the boat says, Please give me a call

14  about the incident report in regard to the steering.  I

15  can update you with steering veered off course?

16            And then the next text also on the 28th,

17  June 28, 2024, you know, basically a few seconds later,

18  there's a question, Anything else?

19            And then Mr. Moore responds and says, I'll

20  call you very shortly, but his interview statement with

21  CG said it never went hard over and it was midship the

22  entire time.

23            Do you see that?

24       A.    I do.

JOSEF MALIK
September 16, 2025

1      Q.    Do you have -- you know, I asked you about,
2   you know, the configuration of the vessel, and you didn't
3   know.
4            But I'm just going to ask you, do you know
5   what is being referred to when it says "hard over, it
6   never went hard over"?
7      **A.    I do not.  A lot of business units use**
8   **specific industry language, so I -- this isn't something**
9   **I would be familiar or expert in whatsoever.**
10     Q.    Okay.  The last thing I want to turn to in
11  this report is -- starts on page -- excuse me -- in this
12  collection of texts is on page ESI 001899.  Do you see
13  that?
14     **A.    It's still loading on my end, so one second.**
15     Q.    Okay.
16     **A.    Yeah, 001899 with the small number being 72.**
17     Q.    Yeah.  There's, like, three pages here that
18  are 72, 73, and 74.  So let's start with the one with the
19  small number 72 on it.
20           It looks like a message from the boat phone.
21  It says, This is the error code it's sending on the upper
22  wheelhouse when trying to go into autopilot mode.  Lower
23  is working fine.  Alex is up there troubleshooting it.
24  No luck so far.  I'm hand-steering for now in main while

September 16, 2025

```
 1   he's working on it.
 2            First of all, do you know who Alex is?
 3       A.   I wouldn't know, no.
 4       Q.   All right.  Do you know what he's describing
 5   regarding the autopilot mode?
 6       A.   No, I do not.  This is -- it might as well be
 7   a foreign language to me.  It's -- I know about the CMT
 8   business unit on their day-to-day operations as much as I
 9   know about the mining operations up in Canada.
10       Q.   So do you have any memory of actually seeing
11   the full-sized version of those thumbnail images that are
12   in this text message?
13       A.   I do not.
14       Q.   You do?
15       A.   No, I do not.  I do not have any memory of
16   seeing it.
17       Q.   I misunderstood.  Thank you for clarifying.
18            The next message from -- this appears to be
19   from Mr. Moore to Tom.
20            I'm not sure who Tom is, so do you know?
21       A.   No.  Speculating, the only Tom that I ever
22   came across at Carver Companies was Tom Marron.  He was a
23   former HR manager.
24       Q.   Okay.  The text right below it says, Tom
```

JOSEF MALIK

September 16, 2025

1    Feeney, from Tom Feeney.

2         A.    Oh, yeah.  Tom Feeney is another one.  Yeah,

3    I do recog- -- I do recognize the name Tom Feeney.

4         Q.    Do you know what his role is?

5         A.    I -- I believe he is a middle manager

6    within CMT.  I don't know what his exact role is.  I know

7    he's involved on the operations side.

8         Q.    Still employed by Carver?

9         A.    Yes.

10        Q.    Okay --

11        A.    I believe so.

12        Q.    It appears his response is, Yup, send over to

13   Todd.

14              We've already talked about Todd, but there's

15   some additional information on the next page that I want

16   to ask you about that related to it.

17              The first entry just shares that somebody

18   else has been added to the -- I guess, the text message,

19   but then you see the big green block of text.  It has a

20   second entry on page 1900.  Do you see that?

21        A.    I do, yeah.

22        Q.    It says, I had Alex troubleshoot what he

23   could on the steering and feel that I think it would be

24   best to have Todd Ayers or his technician come and take a

 1   look at it.  I just want to make sure that it's

 2   100 percent due to what happened on the 15th in Norfolk.

 3   I think it would be the best thing to do as we have gone

 4   as far as we can here and don't want to get too much into

 5   without a technician.  It could be a wiring problem or

 6   it's something with the components of it, question mark.

 7   I don't know.  Gordon, my relief, knows about it as I

 8   informed him -- excuse me -- as I informed home --

 9   spelled H-O-M-E, probably a typo -- of it when he called

10   me.  Thanks.  CM.  Do you see that?

11        **A.    I do.**

12        Q.    Do you know who CM is?

13        **A.    No idea.  Until now, I didn't even -- I**

14   **thought Ayers was a company, but it seems like that's an**

15   **individual, Todd Ayers.  So no idea.**

16        Q.    Yeah, I was going to ask you if that sheds

17   any more light on who Todd or Ayers are.

18        **A.    No, no.  They -- looking at that message, it**

19   **seems like Todd -- Ayers is a person.  I initially as- --**

20   **again, speculating or assuming, I thought it was a**

21   **vendor.  He might still be a vendor, but seems like an**

22   **individual.**

23        Q.    Okay.  And then the response from Brian Moore

24   says, Tom will have Ayers look at it and no autopilot

JOSEF MALIK

**September 16, 2025**

1    inside of sea buoys.  Do you see that?

2         A.    I do.

3         Q.    Do you know what "no autopilot inside of sea

4    buoys" refers to?

5         A.    No idea.

6         Q.    And that message also says, Tom, let us know.

7    And then the following message back from the boat is,

8    Yes, I only hand-steer on the inside, but I just want to

9    make sure it's not going into fester into a bigger

10   problem.  Do you see that?

11        A.    I do.

12        Q.    Do you know what the reference to

13   "hand-steer" is?

14        A.    I do not.

15        Q.    And then continuing over to the last page of

16   this exhibit, there's a response from Mr. Moore.  He must

17   have hit the "like" button.  Do you see that?

18        A.    Yeah.  He liked, "Yes" -- yeah, it seems that

19   way.

20        Q.    Okay.  And then the next message appears to

21   be from Tom Feeney.  You see that?

22        A.    10:44 a.m. or 10:45 --

23        Q.    Yeah, 10- -- mm-hmm, yeah.  It says, Shut off

24   the autopilot, shut off the power supply to the unit, and

**JOSEF MALIK**

**September 16, 2025**

1  it should find itself...as per Todd.  Do you see that?

2      A.    I do.

3      Q.    Do you know anything about what's meant by

4  shutting off the autopilot or the power supply?

5      A.    No idea.

6      Q.    And then the last text message on this page

7  appears to be from the boat.

8          10-4, it's all working again.  Do you see

9  that?

10     A.    I do, at 11:12 a.m.

11     MR. ROMAN:  This counts as your discovery review.

12     MR. CHAPMAN:  Sorry?

13     MR. ROMAN:  I just said this counts as Josef's

14  review of the discovery.

15     MR. CHAPMAN:  Okay.  Well, let me -- I'll go get

16  the other 10,000 pages you guys --

17     MR. ROMAN:  Yeah, I figured you had them next, Jim.

18  That's all.

19     THE WITNESS:  Please, gents, have mercy.

20     MR. CHAPMAN:  All right.  So I think I'm done, but

21  I'd just like to take five minutes and, kind of, look

22  over my notes and see if there's anything else to cover.

23          Does that work for you guys?

24     MR. ROMAN:  Perfect.

From: +18382072960 +18382072960 (owner)

ERIN ELIZABETH back up and running steering is all fixed

**Status:** Sent

6/14/2024 3:18:04 PM(UTC-4)

JOSEF
MALIK, ESQ.

**Exhibit 2**

09/16/2025

From: +15183222683 CMT Dispatch
To: +18382072960 +18382072960 (owner)

Ok sweet

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/14/202 4 3:19:00 PM(UTC -4) | |

**Status:** Read

6/14/2024 3:18:36 PM(UTC-4)

From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

Loved "ERIN ELIZABETH back up and running steering is all…"

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/14/2024 3:19:00 PM(UTC- 4) | |

**Status:** Read

6/14/2024 3:18:45 PM(UTC-4)

From: +15183222683 CMT Dispatch
To: +18382072960 +18382072960 (owner)

I just got a call from Skanska saying there is video footage of Mackenzie Rose hitting a bridge in Norfolk and that there is around 2-3 million dollars worth of damage on the bridge

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/20/2024 7:43:19 AM(UTC-4) | |

**Status:** Read

6/20/2024 7:33:38 AM(UTC-4)

From: +18382072960 +18382072960 (owner)

They landed on the bridge tendering after getting out of shape. We have been working with the coast guard all week. There is not 2-3 million in damage from the photos there looks like absolutely no damage

**Status:** Sent

6/20/2024 7:45:46 AM(UTC-4)

CARVER ESI 001868

From: +15183222683 CMT Dispatch
To: +18382072960 +18382072960 (owner)

Ok so you guys are aware?

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 | | 6/20/202 | |
| +18382072960 | | 4 | |
| | | 7:47:07 | |
| | | AM(UTC | |
| | | -4) | |

**Status:** Read

6/20/2024 7:46:55 AM(UTC-4)

From: +18382072960 +18382072960 (owner)

Yeah we're all over it

**Status:** Sent

6/20/2024 7:47:24 AM(UTC-4)

From: +15183222683 CMT Dispatch
To: +18382072960 +18382072960 (owner)

What do you want me to say to skanska? Or do you guys want to reach out to him?

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/20/2024 | |
| | | 7:47:26 | |
| | | AM(UTC-4) | |

**Status:** Read

6/20/2024 7:47:24 AM(UTC-4)

From: +18382072960 +18382072960 (owner)

Brian or I will reach out send the contact information over

**Status:** Sent

6/20/2024 7:47:41 AM(UTC-4)

CARVER ESI 001869

From: +15183222683 CMT Dispatch
To: +18382072960 +18382072960 (owner)

**Attachments:**

Title: Jim Hummel.vcf
Size: 187836
File name: ~/Library/SMS/Attachments/36/06/5144F353-A626-45D1-A369-
B6AEC320132C/Jim Hummel.vcf
Path: https://p48-
content.icloud.com/M79A5231CDA6ABA800865604DB9B4D835FD5349E6E06CCF86
F7CFA5A7F0548BF3.C01USN00
~/Library/SMS/Attachments/36/06/5144F353-A626-45D1-A369-
B6AEC320132C/Jim Hummel.vcf

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 | | 6/20/202 | |
| +18382072960 | | 4 | |
| | | 7:55:03 | |
| | | AM(UTC | |
| | | -4) | |

**Status:** Read

6/20/2024 7:48:25 AM(UTC-4)

From: +18382072960 +18382072960 (owner)

Thanks

**Status:** Sent

6/20/2024 7:55:05 AM(UTC-4)

From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

Lenny- I'm in a port meeting.

Please call him and down play and let them know we're working with CG that and see if they can send the video.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/20/2024 7:58:10 AM(UTC-4) | |

**Status:** Read

6/20/2024 7:57:57 AM(UTC-4)

From: +18382072960 +18382072960 (owner)

Liked "Lenny- I'm in a port meeting.

Please call him a…"

**Status:** Sent

6/20/2024 7:58:19 AM(UTC-4)

CARVER ESI 001870

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

Ended up having some moisture buildup in the potentiometers tech advises. It's most likely from when the boat was sitting and now with the change of temperature excessive buildup.

He's going to get me a spare parts list together and I will go ahead and get that order next week. I think it's worth it to spend the money just to have for future issues.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/14/2024 3:19:56 PM(UTC-4) | | |

Status: Sent

6/14/2024 3:19:56 PM(UTC-4)

From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

Yeah, for sure.  That boat is to valuable to have down time.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/14/2024 3:22:22 PM(UTC-4) | |

Status: Read

6/14/2024 3:20:54 PM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

Yup that's what I figured, but for now all good

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/14/2024 3:22:37 PM(UTC-4) | | |

Status: Sent

6/14/2024 3:22:36 PM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

MACKROSE rudder got stuck hard over and they hit the bridge as they were coming through it. I'm assuming down in Baltimore somewhere.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/15/2024 4:36:14 PM(UTC-4) | | |

Status: Sent

6/15/2024 4:36:13 PM(UTC-4)

CARVER ESI 001871

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

They're checking barge now

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/15/2024 4:36:22 PM(UTC-4) | | |

**Status:** Sent

6/15/2024 4:36:22 PM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

Doesn't seem to be any damage to bridge

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/15/2024 4:36:36 PM(UTC-4) | | |

**Status:** Sent

6/15/2024 4:36:36 PM(UTC-4)

From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

I just seen this.

If there isn't any damage besides actual scrapes, just make it go away.

So retarded because it's 300' wide

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/15/2024 5:07:09 PM(UTC-4) | |

**Status:** Read

6/15/2024 5:07:01 PM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

He wants to call the CG

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/15/2024 5:07:26 PM(UTC-4) | | |

**Status:** Sent

6/15/2024 5:07:25 PM(UTC-4)

CARVER ESI 001872

From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

Ugh, was it a hard hit or did he lay up alongside it to go through?  Kinda like Newtown creek style.  Slow things down and lay alongside the fenders to safely pass through.

The last thing Baltimore wants is a bridge investigation.  If its a hard hit, then I can guarantee CG and TVIB will be all over their asses

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/15/2024 5:14:13 PM(UTC-4) | |

Status: Read

6/15/2024 5:10:16 PM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

I don't think so sounds like that were a good ways through

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/15/2024 5:14:34 PM(UTC-4) | | |

Status: Sent

6/15/2024 5:14:34 PM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

I can tell Chris I notified them and they will do an investigation and to keep going just to shut him up

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/15/2024 5:15:22 PM(UTC-4) | | |

Status: Sent

6/15/2024 5:15:22 PM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

Idk if you saw pic in group chat doesn't look like any damage

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/15/2024 5:15:54 PM(UTC-4) | | |

Status: Sent

6/15/2024 5:15:47 PM(UTC-4)

CARVER ESI 001873

From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

Okay, CG will issue out an 835 for the rudder.  There is zero chance we can replicate the issue on the rudder so it won't be sailing any where for a while.

Did the rudder actually get stuck or just ship handling?

It's also a 250' barge that's hired out from weeks.

See how we can resolve the steering issue or they make it ship handing issue.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/15/2024 5:17:58 PM(UTC-4) | |

**Status:** Read

6/15/2024 5:17:45 PM(UTC-4)

From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

Also, if it does go down the CG route, we handle all the calls and etc.

Boat guys shouldn't be calling too and only after we speak to Collin at TBS

Let me know what course you want to go on.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/15/2024 5:21:23 PM(UTC-4) | |

**Status:** Read

6/15/2024 5:21:05 PM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

Yeah I already yelled at Chris

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/15/2024 5:21:31 PM(UTC-4) | | |

**Status:** Sent

6/15/2024 5:21:30 PM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

Taken care of.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/15/2024 5:29:21 PM(UTC-4) | | |

**Status:** Sent

6/15/2024 5:29:21 PM(UTC-4)

CARVER ESI 001874

From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

Have them type official statements and send to you and me only.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/15/2024 5:31:00 PM(UTC-4) | |

**Status:** Read

6/15/2024 5:30:45 PM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

I asked for that and this is what I got-

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/15/2024 5:31:06 PM(UTC-4) | | |

**Status:** Sent

6/15/2024 5:31:06 PM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

Attachments:



Title: IMG_0533.PNG
Size: 3128465
File name: ~/Library/SMS/Attachments/c8/08/3E2EB774-E67E-4F29-A0A2-
D5F6EFEC4854/IMG_0533.PNG
Path: https://p49-
content.icloud.com/M735D0A43EDB8993371F8504BEF4F888DF3353236267074211
777F18B7FCA8AC7.C01USN00
~/Library/SMS/Attachments/c8/08/3E2EB774-E67E-4F29-A0A2-
D5F6EFEC4854/IMG_0533.PNG

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/15/2024 5:31:22 PM(UTC-4) | | |

**Status:** Sent

6/15/2024 5:31:21 PM(UTC-4)

CARVER ESI 001875

From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

**Attachments:**



Title: giphy.com-media-3ohhwgmWRebr8jTO24-giphy.gif
Size: 1115259
File name: ~/Library/SMS/Attachments/cf/15/53F77725-9154-4360-9B34-
7ACB3613C5DE/giphy.com-media-3ohhwgmWRebr8jTO24-giphy.gif
Path: https://p53-
content.icloud.com/M94DF55AF77684CA1E3B5160CE868E64760CD02536FD1C1A9
FE3EC61406096CDD.C01USN00
~/Library/SMS/Attachments/cf/15/53F77725-9154-4360-9B34-
7ACB3613C5DE/giphy.com-media-3ohhwgmWRebr8jTO24-giphy.gif

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/17/202 4 9:07:36 PM(UTC -4) | |

**Status:** Read

6/17/2024 9:07:21 PM(UTC-4)

---

From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

Listen and call me

**Attachments:**

Title: voicemail-12892552352.m4a
Size: 45979
File name: ~/Library/SMS/Attachments/14/04/344E288A-4D96-4912-9B36-
C929950F9118/voicemail-12892552352.m4a
Path: https://p53-
content.icloud.com/M66B88975B905E65078446D6B2363D2A1623D91BC4AE56ECC
44FCD2A2560A2980.C01USN00
~/Library/SMS/Attachments/14/04/344E288A-4D96-4912-9B36-
C929950F9118/voicemail-12892552352.m4a

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/18/202 4 9:48:17 AM(UTC -4) | |

**Status:** Read

6/18/2024 9:48:03 AM(UTC-4)

---

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

Send me the number she didn't leave it in VM

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/18/2024 9:52:18 AM(UTC-4) | | |

**Status:** Sent

6/18/2024 9:52:18 AM(UTC-4)

CARVER ESI 001876

From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

+1 (757) 434-0800

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 | | 6/18/2024 9:52:35 AM(UTC-4) | |
| +18382072960 | | | |

**Status:** Read

6/18/2024 9:52:35 AM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

Give me a buzz when you can just spoke to CG

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/18/2024 12:01:50 PM(UTC-4) | | |

**Status:** Sent

6/18/2024 12:01:49 PM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

CG just sent all that stuff over I'll start getting everything together and make sure the statements all make sense

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/18/2024 2:19:19 PM(UTC-4) | | |

**Status:** Sent

6/18/2024 2:19:19 PM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

As far as not reporting it I guess we just chalk it up to no damage and not thinking it was a reportable incident?

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/18/2024 2:19:51 PM(UTC-4) | | |

**Status:** Sent

6/18/2024 2:19:50 PM(UTC-4)

CARVER ESI 001877

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

Do you have a spec sheet for that weeks 281 that the MACKROSE was bringing up here

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/19/2024 8:13:03 AM(UTC-4) | | |

**Status:** Sent

6/19/2024 8:13:03 AM(UTC-4)

From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

I have the trip and tow survey I can send.  Give me a second

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/19/2024 8:51:34 AM(UTC-4) | |

**Status:** Read

6/19/2024 8:51:26 AM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

I got it don't worry about

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/19/2024 8:51:40 AM(UTC-4) | | |

**Status:** Sent

6/19/2024 8:51:40 AM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

Do you know how to pull voyage plan in helm?

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/19/2024 8:51:52 AM(UTC-4) | | |

**Status:** Sent

6/19/2024 8:51:52 AM(UTC-4)

CARVER ESI 001878

From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

Stby. With Nick and Mark

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/19/202 4 8:59:56 AM(UTC -4) | |

**Status:** Read

6/19/2024 8:59:53 AM(UTC-4)

From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

In the safety committee meeting.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/20/202 4 8:18:01 AM(UTC -4) | |

**Status:** Read

6/20/2024 8:17:57 AM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

Okay spoke to Jim got them all calmed down, the "attorney" for the bridge people is saying we damaged the counter weight on the bridge. Chris on the MACKROSE said bullshit on that too we didn't land anywhere near it. They don't have the video though only the bridge people do I can maybe ask coast guard

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/20/2024 8:19:14 AM(UTC-4) | | |

**Status:** Sent

6/20/2024 8:19:14 AM(UTC-4)

From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

Okay. Speak to the CG lady and see if we can get it to add to our investigation.

Then submit late tonight or tomorrow.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/20/2024 8:21:04 AM(UTC-4) | |

**Status:** Read

6/20/2024 8:20:41 AM(UTC-4)

CARVER ESI 001879

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

Just spoke to CG

They don't have the video they asked the bridge for it initially but they never gave it to them.

She also asked if I could try and get her over the CG paperwork today, is that alright if I send the 2692 and other documents and I'll send over the internal stuff tomorrow morning?

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/20/2024 8:35:31 AM(UTC-4) | | |

Status: Sent

6/20/2024 8:35:31 AM(UTC-4)

From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

Yep, totally.  We will play nice with them

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/20/2024 8:42:08 AM(UTC-4) | |

Status: Read

6/20/2024 8:42:00 AM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

Firing off now

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/20/2024 8:42:15 AM(UTC-4) | | |

Status: Sent

6/20/2024 8:42:14 AM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

We doing DASIY call?

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/20/2024 11:36:02 AM(UTC-4) | | |

Status: Sent

6/20/2024 11:36:01 AM(UTC-4)

CARVER ESI 001880

From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

Nah, trying to make this fucking MACK thing not an entire atomic bomb. Which it will be

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/20/2024 12:02:19 PM(UTC-4) | |

**Status:** Read

6/20/2024 12:00:48 PM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

Fuck. Anything I can do?

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/20/2024 12:02:32 PM(UTC-4) | | |

**Status:** Sent

6/20/2024 12:02:31 PM(UTC-4)

From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

Tie a noose so I can hang myself

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/20/2024 12:10:08 PM(UTC-4) | |

**Status:** Read

6/20/2024 12:06:08 PM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

Shit, should I dust off the resume??

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/20/2024 12:12:25 PM(UTC-4) | | |

**Status:** Sent

6/20/2024 12:12:25 PM(UTC-4)

CARVER ESI 001881

From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

lol, no but after looking at everything don't plan on Jimmy coming back.  I don't don't get how that barge has zero damage and the bridge is that far fucked

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/20/2024 12:15:25 PM(UTC-4) | |

Status: Read

6/20/2024 12:14:30 PM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

Damn, did you get the video?

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/20/2024 12:15:54 PM(UTC-4) | | |

Status: Sent

6/20/2024 12:15:54 PM(UTC-4)

From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

No.  Lawyer is requesting it though.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/20/2024 12:16:47 PM(UTC-4) | |

Status: Read

6/20/2024 12:16:24 PM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

I'd be interested to see where they exactly hit

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/20/2024 12:16:55 PM(UTC-4) | | |

Status: Sent

6/20/2024 12:16:55 PM(UTC-4)

CARVER ESI 001882



From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

Liked "Morning.  Just on a sales call but I'll call you s…"

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/21/2024 7:27:33 AM(UTC-4) | | |

Status: Sent

6/21/2024 7:27:33 AM(UTC-4)



From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

One a call

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/21/2024 11:43:56 AM(UTC-4) | |

Status: Read

6/21/2024 11:43:54 AM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

No sweat finally out of dr. Just spoke to CG they wanna do phone interviews with everyone sometime next week

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/21/2024 11:44:19 AM(UTC-4) | | |

Status: Sent

6/21/2024 11:44:19 AM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

Brandon Kuster will work the first week on the ERIN

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/21/2024 1:41:23 PM(UTC-4) | | |

Status: Sent

6/21/2024 1:41:23 PM(UTC-4)

CARVER ESI 001883

From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

I need the service reports from Ayers and the Mack.  Could you ask them again please

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 7/18/2024 12:25:58 PM(UTC-4) | |

**Status:** Read

7/18/2024 12:16:26 PM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

Yes

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 7/18/2024 12:26:02 PM(UTC-4) | | |

**Status:** Sent

7/18/2024 12:26:02 PM(UTC-4)

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

Todd said he's going to send over asap

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 7/18/2024 1:05:43 PM(UTC-4) | | |

**Status:** Sent

7/18/2024 1:05:43 PM(UTC-4)

From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

Thanks.  Can you also get with GMT and who ever else worked on it and submit all tech reports too

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 7/18/2024 1:06:51 PM(UTC-4) | |

**Status:** Read

7/18/2024 1:06:47 PM(UTC-4)

CARVER ESI 001884

JOSEF
MALIK, ESQ.

**Exhibit 3**

09/16/2025

From: +18382072960 Lenny Baldassare
To: +15187084887 (owner)

Can you please email us statements asap and let us know of any damage to the barge tug and bridge

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +15187084887 | | 6/15/2024 4:39:54 PM(UTC-4) | |

**Status:** Read

6/15/2024 4:39:25 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7197EC (Table: message, handle; Size: 26599424 bytes)

From: +15187084887 (owner)

**Attachments:**

Title: IMG_1731.HEIC
Size: 1789470
File name: ~/Library/SMS/Attachments/94/04/4A3D3BCB-A4AC-4DD4-B74C-
D64C5C6A7A41/IMG_1731.HEIC
Path: https://p31-
content.icloud.com/M23B6160199B2E694083AEEF649F907F546344AD96963FAC06
71A56AE2143436E.C01USN00
~/Library/SMS/Attachments/94/04/4A3D3BCB-A4AC-4DD4-B74C-
D64C5C6A7A41/IMG_1731.HEIC

**Status:** Sent

6/15/2024 4:41:17 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7194F0 (Table: message, attachment; Size: 26599424
bytes)
iPhone/mobile/Library/SMS/Attachments/94/04/4A3D3BCB-A4AC-4DD4-B74C-
D64C5C6A7A41/IMG_1731.HEIC :  (Size: 1789470 bytes)

From: +15187084887 (owner)

That's the photo I took of the bridge
**Status:** Sent

6/15/2024 4:41:57 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x719262 (Table: message; Size: 26599424 bytes)

From: +15187084887 (owner)

I can't tell anything from that
**Status:** Sent

6/15/2024 4:42:17 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71AF3D (Table: message; Size: 26599424 bytes)

CARVER ESI 001888

From: +18382072960 Lenny  Baldassare
To: +15187084887 (owner)

Yeah it looks ok from the photo

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +15187084887 | | 6/15/2024 4:42:57 PM(UTC-4) | |

**Status:** Read

6/15/2024 4:42:29 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71AC85 (Table: message, handle; Size: 26599424 bytes)

From: +15187084887 (owner)

Jarkeis says not much damage to the barge some scraps but underway can't take a photo yet
**Status:** Sent

6/15/2024 4:44:38 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71AA0E (Table: message; Size: 26599424 bytes)

From: +18382072960 Lenny  Baldassare
To: +15187084887 (owner)

Okay keep me posted

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +15187084887 | | 6/15/2024 4:47:43 PM(UTC-4) | |

**Status:** Read

6/15/2024 4:45:15 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71A6E1 (Table: message, handle; Size: 26599424 bytes)

From: +18382072960 Lenny  Baldassare
To: +15187084887 (owner)

I'm on with CG now. Continue on the slow bell I'll let you know what they wanna do shortly

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +15187084887 | | 6/15/2024 5:24:44 PM(UTC-4) | |

**Status:** Read

6/15/2024 5:24:34 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71C482 (Table: message, handle; Size: 26599424 bytes)

CARVER ESI 001889

From: +15187084887 (owner)

Ok

**Status:** Sent

6/15/2024 5:24:50 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71DF3D (Table: message; Size: 26599424 bytes)

---

From: +18382072960 Lenny  Baldassare
To: +15187084887 (owner)

Okay I'm sending the CG statements and photos- they are allowing us to continue our voyage but will most likely need to board the vessel upon arrival to NYH they will survey the bridge tomorrow for any damage. Please proceed as planned. I will notify sector NY and TVIB.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +15187084887 | | 6/15/2024 5:28:43 PM(UTC-4) | |

**Status:** Read

6/15/2024 5:28:29 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71DCC3 (Table: message, handle; Size: 26599424 bytes)

---

From: +15187084887 (owner)

Ok

**Status:** Sent

6/15/2024 5:28:54 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71D66E (Table: message; Size: 26599424 bytes)

---

From: +18382072960 Lenny  Baldassare
To: +15187084887 (owner)

When possible can you please type those statements and send from the boat lap top I don't think the CG is going to accept them on a note pad

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +15187084887 | | 6/15/2024 5:32:10 PM(UTC-4) | |

**Status:** Read

6/15/2024 5:31:57 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71D3F4 (Table: message, handle; Size: 26599424 bytes)

---

From: +15187084887 (owner)

Yes I can most likely tomorrow.

**Status:** Sent

6/15/2024 5:32:43 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71EF3D (Table: message; Size: 26599424 bytes)

CARVER ESI 001890

From: +18382072960 Lenny Baldassare
To: +15187084887 (owner)

That's fine the on duty inspector won't be in until Monday so I'm sure tomorrow will be fine thanks Capt

| Participant | Delivered | Read | Opened |
|-------------|-----------|------|--------|
| +15187084887 | | 6/15/2024 5:33:25 PM(UTC-4) | |

**Status:** Read

6/15/2024 5:33:24 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71E99C (Table: message, handle; Size: 26599424 bytes)

From: +15187084887 (owner)

Looks like no Damage to us

**Attachments:**



Title: IMG_1741.HEIC
Size: 1730549
File name: ~/Library/SMS/Attachments/2d/13/F555EC74-7846-41FA-BBF2-2AA89FDD96EE/IMG_1741.HEIC
Path: https://p59-content.icloud.com/M23B6160199B2E694083AEEF649F907F546344AD96963FAC06 71A56AE2143436E.C01USN00
~/Library/SMS/Attachments/2d/13/F555EC74-7846-41FA-BBF2-2AA89FDD96EE/IMG_1741.HEIC



Title: IMG_1740.HEIC
Size: 984407
File name: ~/Library/SMS/Attachments/85/05/FC6AEAA1-1D7B-4D18-A128-7D4E9B47814C/IMG_1740.HEIC
Path: https://p29-content.icloud.com/M23B6160199B2E694083AEEF649F907F546344AD96963FAC06 71A56AE2143436E.C01USN00
~/Library/SMS/Attachments/85/05/FC6AEAA1-1D7B-4D18-A128-7D4E9B47814C/IMG_1740.HEIC



Title: IMG_1739.HEIC
Size: 1682450
File name: ~/Library/SMS/Attachments/4d/13/C869D9F1-DCE4-4BB2-86CF-F6DE64EBD15F/IMG_1739.HEIC
Path: https://p27-content.icloud.com/M23B6160199B2E694083AEEF649F907F546344AD96963FAC06 71A56AE2143436E.C01USN00
~/Library/SMS/Attachments/4d/13/C869D9F1-DCE4-4BB2-86CF-F6DE64EBD15F/IMG_1739.HEIC



Title: IMG_1738.HEIC
Size: 761669
File name: ~/Library/SMS/Attachments/31/01/8B059DA3-A95A-4414-9C73-EF5855F9E94C/IMG_1738.HEIC
Path: https://p27-content.icloud.com/M23B6160199B2E694083AEEF649F907F546344AD96963FAC06 71A56AE2143436E.C01USN00
~/Library/SMS/Attachments/31/01/8B059DA3-A95A-4414-9C73-EF5855F9E94C/IMG_1738.HEIC

**Status:** Sent

6/15/2024 6:38:04 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71FF3C (Table: message, attachment; Size: 26599424 bytes)
iPhone/mobile/Library/SMS/Attachments/2d/13/F555EC74-7846-41FA-BBF2-2AA89FDD96EE/IMG_1741.HEIC :  (Size: 1730549 bytes)
iPhone/mobile/Library/SMS/Attachments/85/05/FC6AEAA1-1D7B-4D18-A128-7D4E9B47814C/IMG_1740.HEIC :  (Size: 984407 bytes)
iPhone/mobile/Library/SMS/Attachments/4d/13/C869D9F1-DCE4-4BB2-86CF-F6DE64EBD15F/IMG_1739.HEIC :  (Size: 1682450 bytes)
iPhone/mobile/Library/SMS/Attachments/31/01/8B059DA3-A95A-4414-9C73-EF5855F9E94C/IMG_1738.HEIC :  (Size: 761669 bytes)

CARVER ESI 001891

From: +18382072960 Lenny  Baldassare
To: +15187084887 (owner)

Call you right back

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +15187084887 | | 6/15/202 4 4:49:39 PM(UTC -4) | |

**Status:** Read

6/15/2024 4:49:36 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71A485 (Table: message, handle; Size: 26599424 bytes)

From: +15187084887 (owner)
To: +18382072960 Lenny  Baldassare

Ok

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 Lenny Baldassare | 6/15/2024 4:49:42 PM(UTC-4) | | |

**Status:** Sent

6/15/2024 4:49:41 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71A233 (Table: message, handle; Size: 26599424 bytes)

From: +18382072960 Lenny  Baldassare
To: +15187084887 (owner)

Need witness statements for coast guard

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +15187084887 | | 6/15/202 4 4:57:10 PM(UTC -4) | |

**Status:** Read

6/15/2024 4:56:48 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71BF40 (Table: message, handle; Size: 26599424 bytes)

CARVER ESI 001892

From: +15187084887 (owner)
To: +18382072960 Lenny  Baldassare

Ok

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 Lenny Baldassare | 6/15/2024 4:57:16 PM(UTC-4) | | |

**Status:** Sent

6/15/2024 4:57:16 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71BCC6 (Table: message, handle; Size: 26599424 bytes)

From: +18382072960 Lenny  Baldassare
To: +15187084887 (owner)

Where are you guys heading

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +15187084887 | | 6/15/2024 5:09:32 PM(UTC-4) | |

**Status:** Read

6/15/2024 5:09:05 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71BA5D (Table: message, handle; Size: 26599424 bytes)

From: +15187084887 (owner)
To: +18382072960 Lenny  Baldassare

Slow bell down river to NY

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 Lenny Baldassare | 6/15/2024 5:09:56 PM(UTC-4) | | |

**Status:** Sent

6/15/2024 5:09:54 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71B7FD (Table: message, handle; Size: 26599424 bytes)

CARVER ESI 001893

From: +15187084887 (owner)
To: +18382072960 Lenny  Baldassare

**Attachments:**



Title: 74017867859__EBC3C0FA-5D62-453F-840F-0A75528A8488.HEIC
Size: 2814827
File name: ~/Library/SMS/Attachments/56/06/245A4E7F-0668-429E-8C81-
99CF113C9B02/74017867859__EBC3C0FA-5D62-453F-840F-0A75528A8488.HEIC
Path: https://p50-
content.icloud.com/M7058B07402094DD071BE619608D1ED60D7D11E2EBF00EE7D
9B43E42B63D5EC8.C01USN00
~/Library/SMS/Attachments/56/06/245A4E7F-0668-429E-8C81-
99CF113C9B02/74017867859__EBC3C0FA-5D62-453F-840F-
0A75528A8488.HEIC

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 Lenny Baldassare | 6/15/2024 5:12:47 PM(UTC-4) | | |

**Status:** Sent

6/15/2024 5:12:45 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71B570 (Table: message, attachment, handle; Size:
26599424 bytes)
iPhone/mobile/Library/SMS/Attachments/56/06/245A4E7F-0668-429E-8C81-
99CF113C9B02/74017867859__EBC3C0FA-5D62-453F-840F-0A75528A8488.HEIC :  (Size:
2814827 bytes)

From: +15187084887 (owner)
To: +18382072960 Lenny  Baldassare

**Attachments:**



Title: 74017869034__3B0EB8DE-4069-4FEE-840A-9B696C25BFAD.HEIC
Size: 3444191
File name: ~/Library/SMS/Attachments/1c/12/F303CACE-B5C8-4BAE-8CFC-
F11A30AED310/74017869034__3B0EB8DE-4069-4FEE-840A-9B696C25BFAD.HEIC
Path: https://p52-
content.icloud.com/M7058B07402094DD071BE619608D1ED60D7D11E2EBF00EE7D
9B43E42B63D5EC8.C01USN00
~/Library/SMS/Attachments/1c/12/F303CACE-B5C8-4BAE-8CFC-
F11A30AED310/74017869034__3B0EB8DE-4069-4FEE-840A-
9B696C25BFAD.HEIC

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 Lenny Baldassare | 6/15/2024 5:12:57 PM(UTC-4) | | |

**Status:** Sent

6/15/2024 5:12:55 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71B2ED (Table: message, attachment, handle; Size:
26599424 bytes)
iPhone/mobile/Library/SMS/Attachments/1c/12/F303CACE-B5C8-4BAE-8CFC-
F11A30AED310/74017869034__3B0EB8DE-4069-4FEE-840A-9B696C25BFAD.HEIC :
(Size: 3444191 bytes)

CARVER ESI 001894

From: +15187084887 (owner)
To: +18382072960 Lenny  Baldassare

**Attachments:**



Title: 74017870261__A08C1D08-799B-4F9C-BDC7-8E7FD86F29BB.HEIC
Size: 2665859
File name: ~/Library/SMS/Attachments/45/05/631CC439-02F6-4026-82B3-97499BF2D5EF/74017870261__A08C1D08-799B-4F9C-BDC7-8E7FD86F29BB.HEIC
Path: https://p54-content.icloud.com/M7058B07402094DD071BE619608D1ED60D7D11E2EBF00EE7D9B43E42B63D5EC8.C01USN00
~/Library/SMS/Attachments/45/05/631CC439-02F6-4026-82B3-97499BF2D5EF/74017870261__A08C1D08-799B-4F9C-BDC7-8E7FD86F29BB.HEIC

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 Lenny Baldassare | 6/15/2024 5:13:08 PM(UTC-4) | | |

**Status:** Sent

6/15/2024 5:13:06 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71CF4A (Table: message, attachment, handle; Size: 26599424 bytes)
iPhone/mobile/Library/SMS/Attachments/45/05/631CC439-02F6-4026-82B3-97499BF2D5EF/74017870261__A08C1D08-799B-4F9C-BDC7-8E7FD86F29BB.HEIC : (Size: 2665859 bytes)

---

From: +15187084887 (owner)
To: +18382072960 Lenny  Baldassare

**Attachments:**



Title: 74017871424__2EA6812A-B512-4753-859B-89662EE0EB47.HEIC
Size: 3334286
File name: ~/Library/SMS/Attachments/0f/15/0C98394F-6CC9-472A-BF10-476FE9023DAB/74017871424__2EA6812A-B512-4753-859B-89662EE0EB47.HEIC
Path: https://p54-content.icloud.com/M7058B07402094DD071BE619608D1ED60D7D11E2EBF00EE7D9B43E42B63D5EC8.C01USN00
~/Library/SMS/Attachments/0f/15/0C98394F-6CC9-472A-BF10-476FE9023DAB/74017871424__2EA6812A-B512-4753-859B-89662EE0EB47.HEIC

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 Lenny Baldassare | 6/15/2024 5:13:18 PM(UTC-4) | | |

**Status:** Sent

6/15/2024 5:13:16 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71CCC7 (Table: message, attachment, handle; Size: 26599424 bytes)
iPhone/mobile/Library/SMS/Attachments/0f/15/0C98394F-6CC9-472A-BF10-476FE9023DAB/74017871424__2EA6812A-B512-4753-859B-89662EE0EB47.HEIC :  (Size: 3334286 bytes)

CARVER ESI 001895

From: +15187084887 (owner)
To: +18382072960 Lenny  Baldassare

I let Jimmy know of the Statement, he needed a break and is laying down. I'm on a 1 throttle slow bell

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 Lenny  Baldassare | 6/15/2024 5:22:26 PM(UTC-4) | | |

Status: Sent

6/15/2024 5:22:25 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71CA44 (Table: message, handle; Size: 26599424 bytes)

From: +15187084887 (owner)
To: +18382072960 Lenny  Baldassare

We are by Pier P

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 Lenny  Baldassare | 6/15/2024 5:23:25 PM(UTC-4) | | |

Status: Sent

6/15/2024 5:23:25 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71C71A (Table: message, handle; Size: 26599424 bytes)

From: +18382072960 Lenny  Baldassare
To: +15187084887 (owner)

What side did you guys have the barge made up when you touched the bridge

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +15187084887 | | 6/17/2024 10:31:02 AM(UTC-4) | |

Status: Read

6/17/2024 10:28:34 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x725F40 (Table: message, handle; Size: 26599424 bytes)

From: +15187084887 (owner)
To: +18382072960 Lenny  Baldassare

Dredging ahead in push ahead

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 Lenny  Baldassare | 6/17/2024 10:31:15 AM(UTC-4) | | |

Status: Sent

6/17/2024 10:31:15 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x725C81 (Table: message, handle; Size: 26599424 bytes)

CARVER ESI 001896

From: +15187084887 (owner)
To: +18455944410 Brian Moore

Ok

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/26/2024 6:04:47 PM(UTC-4) | | |

**Status:** Sent

6/26/2024 6:04:47 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x77EA2D (Table: message, handle; Size: 26599424 bytes)

From: +15187084887 (owner)
To: +18455944410 Brian Moore

Please give me a call about the incident report in regard to the steering. I can update with steering veered off course?

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/28/2024 9:53:04 AM(UTC-4) | | |

**Status:** Sent

6/28/2024 9:53:03 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7A6433 (Table: message, handle; Size: 26599424 bytes)

From: +15187084887 (owner)
To: +18455944410 Brian Moore

Anything else?

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/28/2024 9:53:18 AM(UTC-4) | | |

**Status:** Sent

6/28/2024 9:53:17 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7A7F4A (Table: message, handle; Size: 26599424 bytes)

From: +18455944410 Brian Moore
To: +15187084887 (owner)

I'll call you very shortly but his interview statement to CG said it never went hard over and it was midship the entire time.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +15187084887 | | 6/28/2024 10:01:32 AM(UTC-4) | |

**Status:** Read

6/28/2024 10:01:19 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7A7CC9 (Table: message, handle; Size: 26599424 bytes)

CARVER ESI 001897

From: +15187084887 (owner)
To: +18455944410 Brian Moore

Ok will talk soon I just had put what he originally told me at the time.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/28/2024 10:02:36 AM(UTC-4) | | |

**Status:** Sent

6/28/2024 10:02:35 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7A799A (Table: message, handle; Size: 26599424 bytes)

From: +18455944410 Brian Moore
To: +15187084887 (owner)

Yeah, totally get it. The CG is allowing revised reports post investigation.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +15187084887 | | 6/28/2024 10:03:08 AM(UTC-4) | |

**Status:** Read

6/28/2024 10:03:07 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7A76A4 (Table: message, handle; Size: 26599424 bytes)

From: +15187084887 (owner)
To: +18455944410 Brian Moore

Ok

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/28/2024 10:03:17 AM(UTC-4) | | |

**Status:** Sent

6/28/2024 10:03:16 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7A73DB (Table: message, handle; Size: 26599424 bytes)

CARVER ESI 001898

From: +15187084887 (owner)

This is the error code it's sending on the upper Wheelhouse when trying to go into Auto pilot mode. Lower is working fine. Alex is up there troubleshooting it. No luck so far. I'm hand steering for now in main while he's working on it.

**Attachments:**



Title: IMG_1946.HEIC
Size: 1415368
File name: ~/Library/SMS/Attachments/32/02/924CEE85-052C-4E07-B6D4-73CB3E49715F/IMG_1946.HEIC
Path: https://p27-content.icloud.com/M7058B07402094DD071BE619608D1ED60D7D11E2EBF00EE7D9B43EE42B63D5EC8.C01USN00
**~/Library/SMS/Attachments/32/02/924CEE85-052C-4E07-B6D4-73CB3E49715F/IMG_1946.HEIC**



Title: IMG_1947.HEIC
Size: 1441210
File name: ~/Library/SMS/Attachments/ab/11/5A0A8D08-90DD-40BA-855E-7B0D406F0930/IMG_1947.HEIC
Path: https://p29-content.icloud.com/M7058B07402094DD071BE619608D1ED60D7D11E2EBF00EE7D9B43EE42B63D5EC8.C01USN00
**~/Library/SMS/Attachments/ab/11/5A0A8D08-90DD-40BA-855E-7B0D406F0930/IMG_1947.HEIC**

**Status:** Sent

7/2/2024 8:17:50 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7CAF3B (Table: message, attachment; Size: 26599424 bytes)
iPhone/mobile/Library/SMS/Attachments/32/02/924CEE85-052C-4E07-B6D4-73CB3E49715F/IMG_1946.HEIC :  (Size: 1415368 bytes)
iPhone/mobile/Library/SMS/Attachments/ab/11/5A0A8D08-90DD-40BA-855E-7B0D406F0930/IMG_1947.HEIC :  (Size: 1441210 bytes)

---

From: +18455944410 Brian Moore
To: +15187084887 (owner)

Tom- Please reach out and see what that new code is.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +15187084887 | | 7/2/2024 8:37:30 AM(UTC-4) | |

**Status:** Read

7/2/2024 8:37:18 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7CAB29 (Table: message, handle; Size: 26599424 bytes)

---

From: +18382072968 Tom Feeney
To: +15187084887 (owner)

Yup, send over to Todd

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +15187084887 | | 7/2/2024 8:37:44 AM(UTC-4) | |

**Status:** Read

7/2/2024 8:37:42 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7CA873 (Table: message, handle; Size: 26599424 bytes)

CARVER ESI 001899

From: System Message

You added +15184918420 to the conversation

**Label:** System

7/2/2024 9:50:06 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7CA66E (Table: message; Size: 26599424 bytes)

From: +15187084887 (owner)

I had Alex trouble shoot what he could on the Steering and feel that I think it would be best to have Todd Ayers or his Technician come and take a look at it. I just want to make sure that it's 100 percent due to what happened on the 15th in Norfolk. I think it would be the best thing to do as we have gone as far as we can here, and don't want to get too much more into it with out a Technician it Could be a wiring problem or if it's something with the components of it? I don't know. Gordon my relief knows about it as I informed home of it when he called me. Thanks CM

**Status:** Sent

7/2/2024 9:58:27 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7CBF3C (Table: message; Size: 26599424 bytes)

From: +18455944410 Brian Moore
To: +15187084887 (owner)

Tom will have Ayers work it and no autopilot inside of sea buoys.

Tom- Let us know

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +15187084887 | | 7/2/2024 10:04:35 AM(UTC-4) | |

**Status:** Read

7/2/2024 10:04:23 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7CB470 (Table: message, handle; Size: 26599424 bytes)

From: +15187084887 (owner)

Yes I only hand steer on the inside, but I just want to make sure it's not going into fester into a bigger problem.

**Status:** Sent

7/2/2024 10:05:57 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7CCF3C (Table: message; Size: 26599424 bytes)

CARVER ESI 001900

From: +18455944410 Brian Moore
To: +15187084887 (owner)

Liked "Yes I only hand steer on the inside, but I just wa…"

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +15187084887 | | 7/2/2024 10:06:14 AM(UTC-4) | |

**Status:** Read

7/2/2024 10:06:13 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7CCB3C (Table: message, handle; Size: 26599424 bytes)

---

From: +18382072968 Tom Feeney
To: +15187084887 (owner)

Shut off the autopilot, shut off the power supply to the unit, and it should find itself… as per Todd

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +15187084887 | | 7/2/2024 10:45:46 AM(UTC-4) | |

**Status:** Read

7/2/2024 10:44:06 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7CE9A6 (Table: message, handle; Size: 26599424 bytes)

---

From: +15187084887 (owner)

Ok

**Status:** Sent

7/2/2024 10:45:58 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7CE69F (Table: message; Size: 26599424 bytes)

---

From: +15187084887 (owner)

10-4 it's all working again. Both stations

**Status:** Sent

7/2/2024 11:12:59 AM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x7CFCFE (Table: message; Size: 26599424 bytes)

CARVER ESI 001901