# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division
### In Admiralty

| | |
|---|---|
| In the Matter of COEYMANS MARINE TOWING, LLC D/B/A CARVER MARINE TOWING as Owner and Operator of M/T Mackenzie Rose, (IMO No. 8968765) her cargo, engines, boilers, tackle, equipment, apparel, and appurtenances, etc., *in rem,* ("M/T MACKENZIE ROSE"), petitioning for Exoneration from or Limitation of Liability in allision with Norfolk and Portsmouth Belt Line Railroad Company Main Line Railroad Bridge (the "Bridge") occurring June 15, 2024 in and about the Elizabeth River, Virginia. | **Civil Action No: 2:24-cv-00490** |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Clyde & Co. US LLP, counsel for Coeymans Marine Towing, LLC D/B/A Carver Marine Towing**,** has relocated its New York Office to the following address effective January 12, 2026.

Clyde & Co US LLP
2 Grand Central Tower
140 E 45th Street, 26th Floor
New York, NY 10017

Please reflect this change in all future pleadings, correspondence, and other documents served or filed in the above-captioned matter.

Dated: Miami, Florida
January 16, 2026

**CLYDE & CO US LLP**

By:/s/ Harry Cohen

Harold L. Cohen, Esq. (VSB No.: 98148)
1221 Brickell Avenue, Ste. 1600
Miami, Florida 33131
Email: harold.cohen@clydeco.us

James H. Rodgers, Esq. (JR-4798)
*Pro Hac Vice*
140 E 45th Street, 26th Floor
New York, New York 10017
Tel.: (212) 702-6771
Tel No.: (212) 702-6771
Fax No.: (212) 710-3950
Email: james.rodgers@clydeco.us

Michael J. Roman, Esq.
*Pro Hac Vice*
Email: michael.roman@clydeco.us

Dawn L. Johnson, Esq.
*Pro Hac Vice*
Email: dawn.johnson@clydeco.us

Siobhan Murphy, Esq.
*Pro Hac Vice*
Siobhan.murphy@clydeco.us

30 S. Wacker Drive, Ste. 2600
Chicago, IL 60606
Tel: (312) 635-6971
Fax: (312) 635-6950
*Attorneys For Coeymans Marine Towing, LLC
D/B/A Carver Marine Towing*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of January 2026, I served and/or caused to be served the Notice of Change of Address of its New York Office <u>by electronic service</u> on the following:

Mark C. Nanavati, Esq. (VSB No.: 38709)
G. Christopher Jones, Jr., Esq. (VSB No.: 82260)
SINNOT, NUCKOLS & LOGAN, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
(804) 893-3866 (Nanavati)
(804) 893-3862 (Jones)
(804) 378-2610 (Facsimile)
mnanavati@snllaw.com
cjones@snllaw.com
*Attorneys for Evanston Insurance Company a/s/o Norfolk and Portsmouth Belt Line Railroad Company*

James L. Chapman, IV (VSB No.: 21983)
W. Ryan Snow (VSB No.: 47423)
Mackenzie R. Pensyl VSB No. 100012
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
mpensyl@cwm-law.com
bmorgan@cwm-law.com
*Attorneys for Norfolk and Portsmouth Belt Line Railroad Company*

Zachary M. Jett, Esq. (VSB No.: 93285)
BUTLER WEIHMULLER KATZ, et al
11525 North Community House Road
Suite 300
Charlotte, North Carolina 28277
(704) 543-2321 (Telephone)
(704) 543-2324 (Facsimile)
zjett@butler.legal
jhuber@butler.legal
*Attorneys for Evanston Insurance Company, a/s/o Norfolk and Portsmouth Belt Line Railroad Company*

 

*/s/ Harry Cohen*
Harold L. Cohen, Esq. (VSB No.: 98148)