**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**
**In Admiralty**

| | |
|---|---|
| In the Matter of COEYMANS MARINE TOWING, LLC D/B/A CARVER MARINE TOWING *et al.* | **Civil Action No: 2:24-cv-00490** |

## CARVER'S MOTION TO CORRECT CLERICAL ERRORS IN ORDERS (ECF NO. 171 and ECF NO. 173)

Petitioner Coeymans Marine Towing, LLC d/b/a Carver Marine Towing ("Carver"), by counsel, respectfully moves under Fed. R. Civ. P. 60(a) to correct a clerical error in the Court's February 6, 2026 Orders (ECF No. 171 and ECF No. 173). This motion seeks only ministerial corrections and does not request any substantive change to the Court's analyses or rulings. In support, Carver states:

1.      On February 6, 2026, the Court entered an Order resolving Carver's Motion to Exclude Testimony and Opinions of John S. Poulson (ECF No. 96). The Order's discussion identifies the challenged expert as John Poulson and addresses his valuation opinions.

2.      In the Conclusion section of the Order, however, the Court inadvertently states: "Carver's Motion to Exclude Testimony and Opinions of Robert Furborough, ECF No. 96, is GRANTED."

3.      This reference to "Robert Furborough" is a clerical mistake arising from oversight or omission. The motion decided at ECF No. 96 concerns John S. Poulson, and the relief granted is the exclusion of Poulson's testimony and opinions.

4.      Similarly, on February 6, 2026, the Court entered an Order resolving Carver's Motion to Exclude Testimony and Opinions of Captain Nicholas J. Lewis (ECF No. 173). The Order's discussion identifies the challenged expert as Captain Nicholas J. Lewis and addresses marine industry opinions.

5.      However, in the Analysis section of the Order, the Court inadvertently states: "Furborough is a retired, licensed U.S. Coast Guard Master of Steam and Motor Vessels and has been a Captain for over twenty-five years on 'tug and barge ocean going units.'" (*see* ECF No. 173 at 4)

6.      This reference to "Furborough" is a clerical mistake arising from oversight or omission. The motion decided at ECF No. 173 concerns Captain Nicholas J. Lewis, and the relief granted is the partial exclusion of Lewis's testimony and opinions.

7.      Rule 60(a) permits the Court to "correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record." Fed. R. Civ. P. 60(a).

8.      Carver respectfully requests that the Court correct the clerical errors in (a) the Conclusion of ECF No. 171 by replacing "Robert Furborough" with "John S. Poulson," (b) the Analysis of ECF No. 173 by replacing "Furborough" with "Lewis," and leave the remainder of the Orders unchanged.

WHEREFORE, Carver respectfully requests that the Court enter amended orders (or orders of correction) pursuant to Rule 60(a) correcting the Conclusion of ECF No. 171 to substitute John S. Poulson for Robert Furborough, correcting the reference in the Analysis of ECF No. 173 to substitute Lewis for Furborough, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

**COEYMANS MARINE TOWING LLC**

Dated: February 9, 2026

By:   /s/ Harold L. Cohen
      Harold L. Cohen  (VSB No.:98148)
      1221 Brickell Avenue, Suite 1600
      Miami, FL  33131
      Tel: 305-446-2646
      Fax: 305-441-2374
      Email: harry.cohen@clydeco.us;

      James H. Rodgers*
      Clyde & Co US LLP
      45 Lexington Avenue, 16th Floor
      New York, NY 10174
      Phone: (212) 702-6771
      Email: james.rodgers@clydeco.us

      Michael J. Roman*
      Dawn L. Johnson
      Siobhan M. Murphy*
      Clyde & Co US LLP
      30 South Wacker Drive, Suite 2600
      Chicago, IL 60606
      Phone: (312) 635-7000
      Email: michael.roman@clydeco.us
      dawn.johnson@clydeco.us
      Siobhan.murphy@clydeco.us

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2026, a true and correct copy of the foregoing document was filed using the Court's CM/ECF system, which will serve all counsel of record by electronic mail as follows:

Mark C. Nanavati, Esq. (VSB No.: 38709)
G. Christopher Jones, Jr., Esq. (VSB No.: 82260)
SINNOT, NUCKOLS & LOGAN, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
(804) 893-3866 (Nanavati)
(804) 893-3862 (Jones)
(804) 378-2610 (Facsimile)
mnanavati@snllaw.com
cjones@snllaw.com
*Counsel for Evanston Insurance Company a/s/o Norfolk and Portsmouth Belt Line Railroad Company*

Zachary M. Jett, Esq. (VSB #93285)
BUTLER WEIHMULLER KATZ, et al
11525 North Community House Road
 Suite 300
Charlotte, North Carolina 28277
(704) 543-2321 (Telephone)
(704) 543-2324 (Facsimile)
zjett@butler.legal
*Counsel for Evanston Insurance Company, a/s/o Norfolk and Portsmouth Belt Line Railroad Company*

James L. Chapman, IV, VSB No. 21983
W. Ryan Snow, VSB No. 47423
Mackenzie R. Pensyl VSB No. 100012
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
 mpensyl@cwm-law.com
*Attorneys for Norfolk and Portsmouth Belt Line Railroad Company*

*/s/ Harold L. Cohen*

4