# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division
## In Admiralty

| | |
|---|---|
| In the Matter of COEYMANS MARINE TOWING, LLC D/B/A CARVER MARINE TOWING as Owner and Operator of M/T Mackenzie Rose, (IMO No. 8968765), *et al*. | Civil Action No. 2:24-cv-00490-MSD-LRL |

## NOTICE OF DEPOSITION DESIGNATIONS

PLEASE TAKE NOTICE that, pursuant to the Court's directive at the Final Pretrial Conference on February 12, 2026, attached hereto are the deposition designations included as **Exhibit D** to the proposed Final Pretrial Order in a revised format that contains only page/line references for the designations with notations to indicate the testimony to which the opposing party objected under Rule 26(a)(3)(B). The intent as confirmed with the Court is for the attached revised version of **Exhibit D** to replace the version submitted at the Final Pretrial Conference.

Dated: February 17, 2026

NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY

By:     */s/ James L. Chapman, IV*
James L. Chapman, IV, VSB No. 21983
W. Ryan Snow, VSB No. 47423
Mackenzie R. Pensyl, VSB No. 100012
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
mpensyl@cwm-law.com
*Counsel for Norfolk and Portsmouth Belt Line Railroad Company*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 17th day of February 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all registered counsel of record, and mailed to:

        James Morrissey
        4723 Baywood Drive
        Lynnhaven, FL 32444

        By:    */s/ James L. Chapman, IV*
            James L. Chapman, IV, VSB No. 21983
            CRENSHAW, WARE & MARTIN, P.L.C.
            150 W. Main Street, Suite 1923
            Norfolk, Virginia 23510
            Telephone: (757) 623-3000
            Facsimile: (757) 623-5735
            jchapman@cwm-law.com
            *Counsel for Norfolk and Portsmouth Belt Line Railroad Company*