**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**
**In Admiralty**

| | |
|---|---|
| In the Matter of COEYMANS MARINE TOWING, LLC D/B/A CARVER MARINE TOWING as Owner and Operator of M/T Mackenzie Rose, (IMO No. 8968765), *et al*. | **Civil Action No. 2:24-cv-00490-MSD-LRL** |

### SUPPLEMENTAL EXHIBIT D

**Belt Line's Deposition Designations with Carver's Objections Page and Line Number**

## Deposition Designations

**Brian Moore** ...................................................................................................................2

**Leonard Baldassare** .......................................................................................................8

**Jason Galioto** ................................................................................................................15

**Nick Laraway (30(b)(6)** ...............................................................................................17

**Josef Malik**...................................................................................................................19

**Erik Walordy** ...............................................................................................................21

**Jarkeis Morrissey** .......................................................................................................22

**Jason McGrath**............................................................................................................25

**Sharif Porter** ...............................................................................................................26

**Alex O'Rourke** ............................................................................................................28

**Brian Moore – Deposed on April 28, 2025**

| Transcript | Page | Line | Carver Objection | Ruling |
|---|---|---|---|---|
| Brian Moore | 8 | 2 -25 | | |
| Brian Moore | 9 | 2 - 3 | | |
| Brian Moore | 9 | 20 -23 | | |
| Brian Moore | 10 | 4 - 9 | | |
| Brian Moore | 10 | 14 -19 | | |
| Brian Moore | 16 | 17 -20 | | |
| Brian Moore | 18 | 3 -17 | | |
| Brian Moore | 22 | 15 -18 | | |
| Brian Moore | 25 | 3 -23 | | |
| Brian Moore | 26 | 7 -12 | | |
| Brian Moore | 27 | 15 -25 | | |
| Brian Moore | 29 | 22 -25 | | |
| Brian Moore | 30 | 3 - 4 | | |
| Brian Moore | 34 | 20 -25 | | |
| Brian Moore | 35 | 2 -16 | | |
| Brian Moore | 36 | 2 - 7 | | |
| Brian Moore | 36 | 15 -25 | Relevancy FRE 401/402; Prejudicial, Confusing, Waste FRE 403; Post Remedial | |
| Brian Moore | 37 | 2 - 7 | Relevancy FRE 401/402; Prejudicial, Confusing, Waste FRE 403; Post Remedial | |
| Brian Moore | 37 | 18 -24 | Relevancy FRE 401/402; Prejudicial, Confusing, Waste FRE 403; Post Remedial | |
| Brian Moore | 39 | 10 -25 | Relevancy FRE 401/402; Prejudicial, Confusing, Waste FRE 403; Post Remedial | |
| Brian Moore | 40 | 2 - 4 | | |
| Brian Moore | 49 | 16 -25 | | |
| Brian Moore | 50 | 2 | | |
| Brian Moore | 51 | 17 -25 | | |
| Brian Moore | 52 | 1 -14 | | |
| Brian Moore | 52 | 20 -25 | | |
| Brian Moore | 53 | 2 -23 | | |
| Brian Moore | 54 | 16 -25 | | |
| Brian Moore | 55 | 2 -25 | | |
| Brian Moore | 56 | 2 - 6 | | |
| Brian Moore | 56 | 11 -16 | | |
| Brian Moore | 56 | 23 -25 | | |
| Brian Moore | 57 | 2 - 4 | | |
| Brian Moore | 57 | 11 -25 | | |
| Brian Moore | 58 | 1 - 6 | | |

| Brian Moore | 58 | 10 -25 | Relevancy FRE 401/402; Prejudicial, Confusing, Waste FRE 403; Post Remedial | |
| Brian Moore | 59 | 2 -25 | | |
| Brian Moore | 60 | 1 -18 | | |
| Brian Moore | 61 | 7 -16 | | |
| Brian Moore | 62 | 2 - 5 | Relevancy FRE 401/402; Prejudicial, Confusing, Waste FRE 403; Post Remedial | |
| Brian Moore | 62 | 12 -20 | | |
| Brian Moore | 63 | 5 -15 | Relevancy FRE 401/402; Prejudicial, Confusing, Waste FRE 403; Post Remedial | |
| Brian Moore | 63 | 22 -25 | | |
| Brian Moore | 64 | 2 -25 | | |
| Brian Moore | 65 | 2 - 3 | | |
| Brian Moore | 69 | 7 -25 | | |
| Brian Moore | 70 | 2 -23 | | |
| Brian Moore | 71 | 2 - 9 | | |
| Brian Moore | 72 | 3 -18 | | |
| Brian Moore | 73 | 12 -16 | | |
| Brian Moore | 73 | 23 -25 | | |
| Brian Moore | 74 | 2 -10 | | |
| Brian Moore | 75 | 25 | | |
| Brian Moore | 76 | 2 -25 | | |
| Brian Moore | 77 | 2 - 4 | | |
| Brian Moore | 78 | 19 -24 | | |
| Brian Moore | 81 | 23 -25 | | |
| Brian Moore | 82 | 2 -20 | | |
| Brian Moore | 84 | 21 -25 | | |
| Brian Moore | 85 | 2 -22 | | |
| Brian Moore | 86 | 25 | | |
| Brian Moore | 87 | 2 -10 | | |
| Brian Moore | 88 | 6 -25 | | |
| Brian Moore | 89 | 2 -17 | | |
| Brian Moore | 90 | 2 -25 | Relevancy FRE 401/402; Prejudicial, Confusing, Waste FRE 403; Post Remedial | |
| Brian Moore | 91 | 2 -20 | Relevancy FRE 401/402; Prejudicial, Confusing, Waste FRE 403; Post Remedial | |
| Brian Moore | 93 | 19 -25 | | |
| Brian Moore | 94 | 2 -15 | | |
| Brian Moore | 95 | 10 -22 | | |
| Brian Moore | 97 | 5 - 7 | | |
| Brian Moore | 100 | 14 -25 | | |
| Brian Moore | 101 | 2 -10 | | |
| Brian Moore | 101 | 20 -25 | | |
| Brian Moore | 102 | 2 - 5 | | |

3

| Brian Moore | 102 | 13 -25 | |
|---|---|---|---|
| Brian Moore | 103 | 2 -17 | |
| Brian Moore | 105 | 7 -15 | |
| Brian Moore | 107 | 6 -25 | |
| Brian Moore | 108 | 2 -12 | |
| Brian Moore | 109 | 12 -21 | |
| Brian Moore | 113 | 9 -25 | |
| Brian Moore | 114 | 2 - 6 | |
| Brian Moore | 114 | 12 -25 | |
| Brian Moore | 115 | 2 -25 | |
| Brian Moore | 116 | 2 -10 | |
| Brian Moore | 117 | 3 -16 | |
| Brian Moore | 118 | 9 -10 | |
| Brian Moore | 119 | 13 -19 | |
| Brian Moore | 120 | 25 | |
| Brian Moore | 121 | 2 -25 | |
| Brian Moore | 122 | 2 - 7 | |
| Brian Moore | 122 | 15 -25 | |
| Brian Moore | 123 | 2 -25 | |
| Brian Moore | 124 | 2 -13 | |
| Brian Moore | 125 | 21 -25 | |
| Brian Moore | 126 | 2 - 5 | |
| Brian Moore | 126 | 16 -24 | |
| Brian Moore | 127 | 2 -24 | |
| Brian Moore | 128 | 10 -15 | |
| Brian Moore | 128 | 24 -25 | |
| Brian Moore | 129 | 2 - 9 | |
| Brian Moore | 129 | 22 -25 | |
| Brian Moore | 130 | 2 -10 | |
| Brian Moore | 130 | 19 -23 | |
| Brian Moore | 135 | 7 -25 | |
| Brian Moore | 136 | 2 -25 | |
| Brian Moore | 137 | 2 -25 | |
| Brian Moore | 138 | 2 -25 | |
| Brian Moore | 144 | 2 -17 | |
| Brian Moore | 145 | 7 -25 | |
| Brian Moore | 146 | 2 -22 | |
| Brian Moore | 150 | 8 -18 | |
| Brian Moore | 151 | 11 -22 | |
| Brian Moore | 152 | 25 | |
| Brian Moore | 153 | 2 - 9 | |
| Brian Moore | 155 | 25 | |
| Brian Moore | 156 | 2 -20 | |
| Brian Moore | 160 | 4 -25 | |
| Brian Moore | 161 | 2 -13 | |
| Brian Moore | 163 | 20 -25 | |
| Brian Moore | 164 | 2 -25 | |
| Brian Moore | 165 | 2 -17 | |
| Brian Moore | 166 | 9 -25 | |

| | | | |
|---|---|---|---|
| Brian Moore | 167 | 2 - 6 | |
| Brian Moore | 168 | 19 -25 | |
| Brian Moore | 169 | 2 -25 | |
| Brian Moore | 170 | 13 -19 | |
| Brian Moore | 173 | 25 | |
| Brian Moore | 174 | 2 -21 | Relevancy FRE 401/402; Prejudicial, Confusing, Waste FRE 403; Post Remedial |
| Brian Moore | 175 | 2 -25 | |
| Brian Moore | 176 | 2 - 5 | |
| Brian Moore | 189 | 20 -24 | |
| Brian Moore | 190 | 2 -25 | |
| Brian Moore | 191 | 2 -25 | |
| Brian Moore | 192 | 2 -25 | |
| Brian Moore | 193 | 2 - 7 | |
| Brian Moore | 194 | 21 -25 | |
| Brian Moore | 195 | 11 -14 | |
| Brian Moore | 197 | 18 -25 | |
| Brian Moore | 198 | 2 -25 | |
| Brian Moore | 199 | 2 -21 | |
| Brian Moore | 201 | 23 -25 | |
| Brian Moore | 202 | 2 -21 | Relevancy FRE 401/402; Prejudicial, Confusing, Waste FRE 403; Post Remedial |
| Brian Moore | 209 | 9 -25 | |
| Brian Moore | 210 | 2 -25 | |
| Brian Moore | 211 | 19 -23 | |
| Brian Moore | 216 | 11 -25 | |
| Brian Moore | 217 | 3 -25 | |
| Brian Moore | 218 | 2 -25 | Relevancy FRE 401/402; Prejudicial, Confusing, Waste FRE 403; Post Remedial |
| Brian Moore | 219 | 2 -25 | Relevancy FRE 401/402; Prejudicial, Confusing, Waste FRE 403; Post Remedial |
| Brian Moore | 220 | 2 -13 | |
| Brian Moore | 221 | 7 -25 | |
| Brian Moore | 222 | 2 -25 | Relevancy FRE 401/402; Prejudicial, Confusing, Waste FRE 403; Post Remedial |
| Brian Moore | 223 | 2 -25 | |
| Brian Moore | 224 | 2 -25 | |
| Brian Moore | 227 | 22 -25 | |
| Brian Moore | 228 | 2 -25 | |
| Brian Moore | 229 | 2 -24 | |
| Brian Moore | 230 | 21 -25 | |
| Brian Moore | 231 | 2 -25 | |
| Brian Moore | 232 | 2 -10 | |
| Brian Moore | 233 | 19 -22 | |

| | | | |
|---|---|---|---|
| Brian Moore | 234 | 2 -25 | |
| Brian Moore | 235 | 2 -14 | |
| Brian Moore | 249 | 11 -16 | |
| Brian Moore | 253 | 16 -24 | |
| Brian Moore | 257 | 12 -14 | |
| Brian Moore | 257 | 22 -25 | |
| Brian Moore | 258 | 2 -25 | |
| Brian Moore | 259 | 2 - 4 | |
| Brian Moore | 261 | 8 -25 | |
| Brian Moore | 262 | 2 -25 | |
| Brian Moore | 263 | 2 -25 | |
| Brian Moore | 264 | 2 -25 | |
| Brian Moore | 266 | 2 -19 | |
| Brian Moore | 267 | 23 -25 | |
| Brian Moore | 268 | 2 -25 | |
| Brian Moore | 269 | 2 -25 | |
| Brian Moore | 273 | 2 -25 | |
| Brian Moore | 275 | 20 -25 | |
| Brian Moore | 276 | 2 -25 | |
| Brian Moore | 278 | 2 - 6 | |
| Brian Moore | 279 | 20 -25 | |
| Brian Moore | 280 | 2 -21 | |
| Brian Moore | 281 | 2 -25 | |
| Brian Moore | 282 | 2 -22 | |
| Brian Moore | 284 | 18 -25 | |
| Brian Moore | 285 | 2 -25 | |
| Brian Moore | 286 | 2 - 9 | |
| Brian Moore | 287 | 18 -25 | |
| Brian Moore | 288 | 2 -25 | |
| Brian Moore | 289 | 2 - 3 | |
| Brian Moore | 289 | 13 -21 | |
| Brian Moore | 291 | 2 - 9 | |
| Brian Moore | 291 | 17 -24 | |
| Brian Moore | 292 | 2 -25 | |
| Brian Moore | 293 | 2 | |
| Brian Moore | 294 | 2 -15 | |
| Brian Moore | 296 | 17 -25 | |
| Brian Moore | 297 | 2 -25 | |
| Brian Moore | 298 | 2 - 7 | |
| Brian Moore | 298 | 21 -25 | |
| Brian Moore | 299 | 2 -24 | |
| Brian Moore | 300 | 2 -25 | |
| Brian Moore | 301 | 2 -11 | |
| Brian Moore | 301 | 14 -20 | |
| Brian Moore | 302 | 21 -25 | |
| Brian Moore | 303 | 2 - 8 | |
| Brian Moore | 303 | 25 | |
| Brian Moore | 304 | 2 -25 | |
| Brian Moore | 306 | 2 -14 | |

| | | | | |
|---|---|---|---|---|
| Brian Moore | 306 | 21 -25 | | |
| Brian Moore | 307 | 2 -12 | | |
| Brian Moore | 308 | 4 -25 | | |
| Brian Moore | 309 | 2 - 6 | | |
| Brian Moore | 312 | 18 -25 | | |
| Brian Moore | 313 | 2 - 4 | | |
| Brian Moore | 314 | 4 - 9 | | |
| Brian Moore | 315 | 17 -24 | | |
| Brian Moore | 321 | 14 -25 | | |
| Brian Moore | 322 | 2 -11 | | |
| Brian Moore | 324 | 24 -25 | | |
| Brian Moore | 325 | 2 -15 | | |
| Brian Moore | 327 | 19 -25 | | |
| Brian Moore | 328 | 2 - 4 | | |
| Brian Moore | 329 | 16 -25 | | |
| Brian Moore | 330 | 2 -25 | | |
| Brian Moore | 331 | 2 -25 | | |
| Brian Moore | 332 | 2 | | |
| Brian Moore | 332 | 20 -25 | | |
| Brian Moore | 333 | 2 -17 | | |
| Brian Moore | 334 | 4 -25 | | |
| Brian Moore | 335 | 2 -12 | | |
| Brian Moore | 337 | 19 -25 | | |
| Brian Moore | 338 | 2 -25 | | |
| Brian Moore | 341 | 8 -15 | | |
| Brian Moore | 342 | 15 -21 | | |
| Brian Moore | 346 | 19 -25 | | |
| Brian Moore | 347 | 2 -11 | | |
| Brian Moore | 351 | 15 -25 | Relevancy FRE 401/402; Prejudicial, Confusing, Waste FRE 403; Post Remedial | |
| Brian Moore | 352 | 2 -25 | | |
| Brian Moore | 353 | 2 - 8 | | |
| Brian Moore | 354 | 15 -25 | | |
| Brian Moore | 355 | 2 -17 | | |

**Leonard Baldassare – Deposed on April 29, 2025**

| Transcript | Page | Line | Carver Objection | Ruling |
|---|---|---|---|---|
| Leonard Baldassare | 5 | 2 - 25 | | |
| Leonard Baldassare | 6 | 1 - 19 | | |
| Leonard Baldassare | 11 | 17 - 19 | | |
| Leonard Baldassare | 13 | 9 -11 | | |
| Leonard Baldassare | 14 | 15 - 19 | | |
| Leonard Baldassare | 14 | 23 - 25 | | |
| Leonard Baldassare | 15 | 1 - 2 | | |
| Leonard Baldassare | 16 | 22 - 25 | | |
| Leonard Baldassare | 17 | 1 - 4 | | |
| Leonard Baldassare | 17 | 10 - 22 | | |
| Leonard Baldassare | 18 | 3 - 23 | | |
| Leonard Baldassare | 19 | 10 - 15 | | |
| Leonard Baldassare | 21 | 17 - 19 | | |
| Leonard Baldassare | 22 | 3 - 6 | | |
| Leonard Baldassare | 23 | 3 - 16 | | |
| Leonard Baldassare | 24 | 24 - 25 | | |
| Leonard Baldassare | 25 | 1 - 12 | | |
| Leonard Baldassare | 29 | 20 - 25 | | |
| Leonard Baldassare | 30 | 1 - 23 | | |
| Leonard Baldassare | 33 | 17 - 25 | | |
| Leonard Baldassare | 34 | 1 -12 | | |
| Leonard Baldassare | 41 | 1 - 25 | | |
| Leonard Baldassare | 42 | 1 - 12 | | |

| | | | | |
|---|---|---|---|---|
| Leonard Baldassare | 47 | 25 | | |
| Leonard Baldassare | 48 | 1 - 25 | | |
| Leonard Baldassare | 49 | 1 - 25 | | |
| Leonard Baldassare | 50 | 1 - 25 | | |
| Leonard Baldassare | 51 | 1 - 8 | (1) Relevancy FRE 401/402 (2) Prejudicial, Confusing, Waste FRE 403 (3) Post Remedial | |
| Leonard Baldassare | 56 | 8 - 25 | | |
| Leonard Baldassare | 57 | 1 | | |
| Leonard Baldassare | 57 | 11 - 25 | | |
| Leonard Baldassare | 58 | 1 - 12 | | |
| Leonard Baldassare | 59 | 8 - 14 | (1) Relevancy FRE 401/402 (2) Prejudicial, Confusing, Waste FRE 403 (3) Post Remedial | |
| Leonard Baldassare | 60 | 1 - 25 | (1) Relevancy FRE 401/402 (2) Prejudicial, Confusing, Waste FRE 403 (3) Post Remedial | |
| Leonard Baldassare | 61 | 1 - 25 | (1) Relevancy FRE 401/402 (2) Prejudicial, Confusing, Waste FRE 403 (3) Post Remedial | |
| Leonard Baldassare | 62 | 1 - 19 | (1) Relevancy FRE 401/402 (2) Prejudicial, Confusing, Waste FRE 403 (3) Post Remedial | |
| Leonard Baldassare | 63 | 1 - 12 | | |
| Leonard Baldassare | 63 | 20 - 23 | | |
| Leonard Baldassare | 64 | 24 - 25 | | |
| Leonard Baldassare | 65 | 1 - 25 | (1) Relevancy FRE 401/402 (2) Prejudicial, Confusing, Waste FRE 403 (3) Post Remedial | |
| Leonard Baldassare | 66 | 1 - 25 | | |
| Leonard Baldassare | 67 | 1 - | | |

| | | | | |
|---|---|---|---|---|
| Leonard Baldassare | | 23 | | |
| Leonard Baldassare | 68 | 1 - 20 | (1) Relevancy FRE 401/402 (2) Prejudicial, Confusing, Waste FRE 403 (3) Post Remedial | |
| Leonard Baldassare | 69 | 24 - 25 | | |
| Leonard Baldassare | 70 | 1 - 4 | | |
| Leonard Baldassare | 70 | 7 - 25 | (1) Relevancy FRE 401/402 (2) Prejudicial, Confusing, Waste FRE 403 (3) Post Remedial | |
| Leonard Baldassare | 71 | 22 - 25 | | |
| Leonard Baldassare | 72 | 1 - 25 | | |
| Leonard Baldassare | 73 | 1 -16 | | |
| Leonard Baldassare | 74 | 1 - 25 | (1) Relevancy FRE 401/402 (2) Prejudicial, Confusing, Waste FRE 403 (3) Post Remedial | |
| Leonard Baldassare | 75 | 1 -18 | | |
| Leonard Baldassare | 76 | 15 - 25 | | |
| Leonard Baldassare | 77 | 1 - 25 | (1) Relevancy FRE 401/402 (2) Prejudicial, Confusing, Waste FRE 403 (3) Post Remedial | |
| Leonard Baldassare | 78 | 1 - 25 | | |
| Leonard Baldassare | 79 | 1 - 25 | (1) Relevancy FRE 401/402 (2) Prejudicial, Confusing, Waste FRE 403 (3) Post Remedial | |
| Leonard Baldassare | 82 | 6 - 25 | | |
| Leonard Baldassare | 83 | 1 - 7 | | |
| Leonard Baldassare | 84 | 8 - 17 | | |
| Leonard Baldassare | 86 | 7 - 25 | (1) Relevancy FRE 401/402 (2) Prejudicial, Confusing, Waste FRE 403 (3) Post Remedial | |
| Leonard Baldassare | 87 | 1 - 25 | | |

| Leonard Baldassare | 88 | 1 - 25 | (1) Relevancy FRE 401/402 (2) Prejudicial, Confusing, Waste FRE 403 (3) Post Remedial | |
|---|---|---|---|---|
| Leonard Baldassare | 89 | 14 - 25 | | |
| Leonard Baldassare | 90 | 1 – 5 | | |
| Leonard Baldassare | 91 | 14 - 25 | | |
| Leonard Baldassare | 92 | 9 - 25 | (1) Relevancy FRE 401/402 (2) Prejudicial, Confusing, Waste FRE 403 (3) Post Remedial | |
| Leonard Baldassare | 93 | 1 - 19 | | |
| Leonard Baldassare | 94 | 15 - 25 | | |
| Leonard Baldassare | 95 | 1 | | |
| Leonard Baldassare | 113 | 18 - 25 | | |
| Leonard Baldassare | 114 | 1 – 3 | | |
| Leonard Baldassare | 114 | 16 - 22 | | |
| Leonard Baldassare | 115 | 5 - 25 | | |
| Leonard Baldassare | 116 | 1 - 10 | | |
| Leonard Baldassare | 121 | 19 - 25 | | |
| Leonard Baldassare | 122 | 1 - 21 | | |
| Leonard Baldassare | 123 | 7 - 25 | | |
| Leonard Baldassare | 124 | 1 - 25 | | |
| Leonard Baldassare | 125 | 1 - 25 | | |
| Leonard Baldassare | 126 | 1 - 10 | | |
| Leonard Baldassare | 128 | 3 - 25 | | |
| Leonard Baldassare | 129 | 14 - 24 | | |
| Leonard Baldassare | 130 | 19 - 25 | (1) Relevancy FRE 401/402 (2) Prejudicial, Confusing, Waste FRE 403 (3) Post Remedial | |

| Leonard Baldassare | 131 | 1 - 25 | | |
|---|---|---|---|---|
| Leonard Baldassare | 132 | 1 - 6 | | |
| Leonard Baldassare | 132 | 18 - 25 | (1) Relevancy FRE 401/402<br>(2) Prejudicial, Confusing, Waste FRE 403<br>(3) Post Remedial | |
| Leonard Baldassare | 133 | 1 - 8 | | |
| Leonard Baldassare | 135 | 1 - 25 | | |
| Leonard Baldassare | 136 | 1 - 25 | | |
| Leonard Baldassare | 137 | 1 - 25 | | |
| Leonard Baldassare | 138 | 1 - 4 | | |
| Leonard Baldassare | 139 | 7 - 19 | | |
| Leonard Baldassare | 140 | 10 - 25 | (1) Relevancy FRE 401/402<br>(2) Prejudicial, Confusing, Waste FRE 403<br>(3) Post Remedial | |
| Leonard Baldassare | 141 | 1 - 22 | (1) Relevancy FRE 401/402<br>(2) Prejudicial, Confusing, Waste FRE 403<br>(3) Post Remedial | |
| Leonard Baldassare | 142 | 1 - 20 | (1) Relevancy FRE 401/402<br>(2) Prejudicial, Confusing, Waste FRE 403<br>(3) Post Remedial | |
| Leonard Baldassare | 143 | 6 - 11 | (1) Relevancy FRE 401/402<br>(2) Prejudicial, Confusing, Waste FRE 403<br>(3) Post Remedial | |
| Leonard Baldassare | 144 | 5 - 12 | | |
| Leonard Baldassare | 145 | 6 - 23 | | |
| Leonard Baldassare | 147 | 6 - 25 | | |
| Leonard Baldassare | 148 | 1 - 10 | | |
| Leonard Baldassare | 149 | 7 - 9 | | |
| Leonard Baldassare | 149 | 16 - 25 | | |
| Leonard Baldassare | 150 | 1 - 22 | | |

| | | | | |
|---|---|---|---|---|
| Leonard Baldassare | 152 | 13 - 25 | | |
| Leonard Baldassare | 153 | 1 – 6 | | |
| Leonard Baldassare | 153 | 18 - 23 | | |
| Leonard Baldassare | 155 | 1 - 15 | | |
| Leonard Baldassare | 159 | 5 - 15 | | |
| Leonard Baldassare | 163 | 17 - 25 | | |
| Leonard Baldassare | 164 | 1 – 2 | | |
| Leonard Baldassare | 166 | 10 - 25 | | |
| Leonard Baldassare | 167 | 1 - 25 | | |
| Leonard Baldassare | 168 | 1 - 11 | | |
| Leonard Baldassare | 168 | 24 - 25 | | |
| Leonard Baldassare | 169 | 1 - 23 | | |
| Leonard Baldassare | 170 | 1 - 25 | | |
| Leonard Baldassare | 173 - 174 | 17 - 15 | | |
| Leonard Baldassare | 175 - 177 | 9 - 19 | (1) Relevancy FRE 401/402 (2) Prejudicial, Confusing, Waste FRE 403 (3) Post Remedial | |
| Leonard Baldassare | 178 - 181 | 8 - 11 | (1) Relevancy FRE 401/402 (2) Prejudicial, Confusing, Waste FRE 403 (3) Post Remedial | |
| Leonard Baldassare | 185 - 190 | 8 - 13 | (1) Relevancy FRE 401/402 (2) Prejudicial, Confusing, Waste FRE 403 (3) Post Remedial | |
| Leonard Baldassare | 191 - 192 | 12 - 12 | (1) Relevancy FRE 401/402 (2) Prejudicial, Confusing, Waste FRE 403 (3) Post Remedial | |
| Leonard Baldassare | 193 | 12 - 15 | | |
| Leonard Baldassare | 194 - 198 | 12 - 19 | (1) Relevancy FRE 401/402 (2) Prejudicial, Confusing, Waste FRE 403 (3) Post Remedial | |

13

| Leonard Baldassare | 200 - 201 | 11 - 4 | | |
|---|---|---|---|---|
| Leonard Baldassare | 202 - 203 | 18 - 3 | | |
| Leonard Baldassare | 203 - 207 | 23 - 1 | | |

**Jason Galioto – Deposed on September 18, 2025**

| Transcript | Page | Line | Carver Objection | Ruling |
|---|---|---|---|---|
| Jason Galioto | 6 - 7 | 20 - 3 | Carver objects to each designation testimony of Mr. Galioto under FRE 401, 402, and 403 for relevance scope, prejudice, waste, and that it is cumulative of testimony from other witnesses. | |
| Jason Galioto | 7 | 11 - 14 | | |
| Jason Galioto | 7 - 8 | 18 -13 | | |
| Jason Galioto | 8 - 9 | 18 -17 | | |
| Jason Galioto | 10 | 23 - 25 | | |
| Jason Galioto | 11 | 1 - 7 | | |
| Jason Galioto | 11 | 22 - 25 | | |
| Jason Galioto | 12 | 2 – 3 | | |
| Jason Galioto | 12 | 7 – 9 | | |
| Jason Galioto | 13 14 | 24 - 5 | | |
| Jason Galioto | 15 | 16 - 22 | | |
| Jason Galioto | 16 | 9 - 24 | | |
| Jason Galioto | 17 18 | 15 - 16 | | |
| Jason Galioto | 20 - 21 | 15 - 4 | | |
| Jason Galioto | 23 25 | 3 – 4 | | |
| Jason Galioto | 25 26 | 21 - 6 | | |
| Jason Galioto | 26 27 | 9 - 10 | | |
| Jason Galioto | 27 28 | 20 - 15 | | |
| Jason Galioto | 30 31 | 7 - 11 | | |
| Jason Galioto | 34 35 | 13 - 5 | | |
| Jason Galioto | 36 37 | 25 - 19 | | |
| Jason Galioto | 45 46 | 9 – 4 | | |
| Jason Galioto | 46 47 | 15 - 11 | | |
| Jason Galioto | 53 54 | 14 - 11 | | |
| Jason Galioto | 55 56 | 8 – 9 | | |

| Jason Galioto | 56 | 16 - 25 | | |
|---|---|---|---|---|
| Jason Galioto | 58 59 | 17 - 14 | | |
| Jason Galioto | 59 60 | 23 - 10 | | |
| Jason Galioto | 60 61 | 14 - 3 | | |
| Jason Galioto | 61 62 | 25 - 12 | | |
| Jason Galioto | 68 69 | 20 - 11 | | |
| Jason Galioto | 69 70 | 22 – 7 | | |
| Jason Galioto | 74 78 | 23 – 7 | | |
| Jason Galioto | 78 79 | 22 - 13 | | |
| Jason Galioto | 80 | 4 - 25 | | |

**Nick Laraway (30(b)(6)) – Deposed on June 17, 2025**

| Transcript | Page | Line | Carver Objection | Ruling |
|---|---|---|---|---|
| Nick Laraway | 5<br>9 | 1 -<br>2 | | |
| Nick Laraway | 9<br>10 | 10 -<br>3 | | |
| Nick Laraway | 10<br>11 | 4 –<br>22 | | |
| Nick Laraway | 12<br>13 | 15 -<br>20 | | |
| Nick Laraway | 12<br>13 | 16 -<br>20 | | |
| Nick Laraway | 14<br>15 | 3 -<br>9 | (1) Relevancy FRE 401/402<br>(2) Prejudicial, Confusing, Waste FRE 403 | |
| Nick Laraway | 17<br>18 | 16 -<br>2 | | |
| Nick Laraway | 17<br>19 | 17 -<br>22 | (1) Relevancy FRE 401/402<br>(2) Prejudicial, Confusing, Waste FRE 403 | |
| Nick Laraway | 18<br>19 | 6 -<br>20 | (1) Relevancy FRE 401/402<br>(2) Prejudicial, Confusing, Waste FRE 403 | |
| Nick Laraway | 19<br>20 | 21 -<br>15 | (1) Relevancy FRE 401/402<br>(2) Prejudicial, Confusing, Waste FRE 403 | |
| Nick Laraway | 20 | 4 -<br>15 | | |
| Nick Laraway | 21<br>26 | 9 -<br>17 | (1) Relevancy FRE 401/402<br>(2) Prejudicial, Confusing, Waste FRE 403 | |
| Nick Laraway | 26 | 18 -<br>23 | | |
| Nick Laraway | 27<br>28 | 20 -<br>6 | | |
| Nick Laraway | 31<br>32 | 3 -<br>7 | | |
| Nick Laraway | 32<br>33 | 16 -<br>12 | | |
| Nick Laraway | 33<br>35 | 20 -<br>4 | | |
| Nick Laraway | 35<br>36 | 25 -<br>3 | | |
| Nick Laraway | 36<br>37 | 18 -<br>9 | | |
| Nick Laraway | 38<br>39 | 5 -<br>8 | | |
| Nick Laraway | 39<br>40 | 10 -<br>23 | | |
| Nick Laraway | 41 | 21 - | | |

| | 42 | 6 | | |
|---|---|---|---|---|
| Nick Laraway | 43<br>44 | 11 -<br>13 | | |
| Nick Laraway | 45 | 4 - 5 | | |
| Nick Laraway | 47 | 7 - 15 | | |
| Nick Laraway | 47<br>48 | 17 -<br>4 | | |
| Nick Laraway | 49 | 2 - 9 | | |
| Nick Laraway | 49<br>51 | 11 -<br>24 | | |
| Nick Laraway | 53 | 8 - 22 | | |
| Nick Laraway | 56 | 20 | | |
| Nick Laraway | 57<br>60 | 16 -<br>7 | | |
| Nick Laraway | 58<br>59 | 2 -<br>1 | | |
| Nick Laraway | 61<br>62 | 1 -<br>21 | | |
| Nick Laraway | 61<br>62 | 2 -<br>3 | | |
| Nick Laraway | 62<br>174 | 5 -<br>1 | (1) Relevancy FRE 401/402<br>(2) Prejudicial, Confusing, Waste FRE 403<br>(3) Post Remedial Measures | |

**Josef Malik – Deposed on September 16, 2025**

| Transcript | Page | Line | Carver Objection | Ruling |
|---|---|---|---|---|
| Josef Malik | 7 | 4 - 6 | (1) FRE 401/402 relevancy<br>(2) FRE 403 prejudicial, confusing, waste cumulative<br>(3) Post Remedial Measures | |
| Josef Malik | 7 | 10 | | |
| Josef Malik | 7 | 15 - 19 | Carver asserts these objections to each designation of deposition testimony of Mr. Malik | |
| Josef Malik | 8 | 5 - 18 | | |
| Josef Malik | 9 | 5 - 20 | | |
| Josef Malik | 9 11 | 24 - 6 | | |
| Josef Malik | 11 | 10 - 24 | | |
| Josef Malik | 12 | 1 - 22 | | |
| Josef Malik | 13 14 | 7 - 10 | | |
| Josef Malik | | | | |
| Josef Malik | 14 | 17 - 22 | | |
| Josef Malik | 15 16 | 5 - 17 | | |
| Josef Malik | 17 | 13 - 18 | | |
| Josef Malik | 17 | 22 - 24 | | |
| Josef Malik | 18 | 7 - 19 | | |
| Josef Malik | 20 | 10 - 12 | | |
| Josef Malik | 20 | 16 - 24 | | |
| Josef Malik | 21 | 1 - 6 | | |
| Josef Malik | 21 | 13 - 15 | | |
| Josef Malik | 22 23 | 18 - 15 | | |
| Josef Malik | 25 26 | 10 - 24 | | |
| Josef Malik | 29 31 | 6 - 2 | | |
| Josef Malik | 31 | 11 - 17 | | |
| Josef Malik | 33 | 5 - 18 | | |
| Josef Malik | 34 35 | 13 - 23 | | |
| Josef Malik | 39 | 13 - 20 | | |
| Josef Malik | 40 42 | 10 - 12 | | |
| Josef Malik | 42 45 | 19 - 24 | | |

| Josef Malik | 47 48 | 11 - 17 | | |
|---|---|---|---|---|
| Josef Malik | 52 | 15 - 22 | | |
| Josef Malik | 54 | 14 - 24 | | |
| Josef Malik | 55 | 1 - 21 | | |
| Josef Malik | 58 59 | 10 - 17 | | |
| Josef Malik | 60 61 | 8 - 11 | | |
| Josef Malik | 62 | 7 - 23 | | |
| Josef Malik | 63 | 9 - 23 | | |
| Josef Malik | 65 | 3 - 12 | | |
| Josef Malik | 71 72 | 10 - 3 | | |
| Josef Malik | 72 73 | 24 - 9 | | |
| Josef Malik | 73 74 | 17 - 11 | | |
| Josef Malik | 74 75 | 23 - 2 | | |
| Josef Malik | 75 76 | 20 - 5 | | |

**Erik Walordy - Deposed on August 6, 2025**

| Transcript | Page | Line | Carver Objection | Ruling |
|---|---|---|---|---|
| Erik Walordy | 4<br>6 | 2 -<br>11 | | |
| Erik Walordy | 9 | 2 - 17 | | |
| Erik Walordy | 12<br>13 | 3 -<br>11 | | |
| Erik Walordy | 16 | 8 -<br>22 | | |
| Erik Walordy | 17<br>18 | 19 -<br>15 | | |
| Erik Walordy | 18<br>21 | 17 -<br>5 | | |
| Erik Walordy | 23<br>26 | 20 -<br>18 | | |
| Erik Walordy | 28<br>32 | 17 -<br>6 | | |
| Erik Walordy | 33<br>36 | 18 -<br>5 | | |
| Erik Walordy | 36<br>37 | 8 - 7 | | |
| Erik Walordy | 38<br>41 | 19 -<br>3 | | |
| Erik Walordy | 41<br>43 | 13 -<br>13 | | |
| Erik Walordy | 52<br>54 | 1 - 6 | | |
| Erik Walordy | 54<br>55 | 17 -<br>17 | | |
| Erik Walordy | 56<br>57 | 16 -<br>12 | | |
| Erik Walordy | 62<br>64 | 7 -<br>4 | | |
| Erik Walordy | 65<br>71 | 4 -<br>5 | | |
| Erik Walordy | 71<br>73 | 21 -<br>15 | | |

**Jarkeis Morrissey – Deposed on April 30, 2025**

| Transcript | Page | Line | Carver Objection | Ruling |
|---|---|---|---|---|
| Jarkeis Morrissey | 5 | 1 - 25 | | |
| Jarkeis Morrissey | 6 | 1 - 25 | | |
| Jarkeis Morrissey | 7 | 1 - 3 | | |
| Jarkeis Morrissey | 7 | 7 - 25 | | |
| Jarkeis Morrissey | 8 | 1 - 12 | | |
| Jarkeis Morrissey | 9 | 22 - 24 | | |
| Jarkeis Morrissey | 11 | 3 - 9 | | |
| Jarkeis Morrissey | 20 | 19 - 25 | | |
| Jarkeis Morrissey | 21 | 1 - 4 | | |
| Jarkeis Morrissey | 22 | 7 - 18 | | |
| Jarkeis Morrissey | 23 | 1 - 9 | | |
| Jarkeis Morrissey | 23 | 20 - 24 | | |
| Jarkeis Morrissey | 26 | 2 - 20 | | |
| Jarkeis Morrissey | 27 | 18 - 22 | | |
| Jarkeis Morrissey | 28 | 1 - 11 | | |
| Jarkeis Morrissey | 29 | 5 - 10 | | |
| Jarkeis Morrissey | 29 | 17 - 25 | | |
| Jarkeis Morrissey | 30 | 1 - 11 | | |
| Jarkeis Morrissey | 30 | 15 -25 | | |
| Jarkeis Morrissey | 31 | 1 - 13 | | |
| Jarkeis Morrissey | 32 | 10 - 25 | | |
| Jarkeis Morrissey | 33 | 1 - 8 | | |

| Jarkeis Morrissey | 33 | 13 - 25 | | |
|---|---|---|---|---|
| Jarkeis Morrissey | 34 | 1 - 7 | | |
| Jarkeis Morrissey | 34 | 11 - 14 | | |
| Jarkeis Morrissey | 34 | 18 - 20 | | |
| Jarkeis Morrissey | 35 | 10 - 20 | | |
| Jarkeis Morrissey | 35 | 24 - 25 | | |
| Jarkeis Morrissey | 36 | 1 - 2 | | |
| Jarkeis Morrissey | 36 | 8 - 25 | | |
| Jarkeis Morrissey | 37 | 1 - 25 | | |
| Jarkeis Morrissey | 38 | 1 - 11 | | |
| Jarkeis Morrissey | 39 | 7 - 17 | | |
| Jarkeis Morrissey | 42 | 6 - 25 | | |
| Jarkeis Morrissey | 43 | 1 - 19 | | |
| Jarkeis Morrissey | 44 | 15 - 23 | | |
| Jarkeis Morrissey | 46 | 6 - 17 | | |
| Jarkeis Morrissey | 47 | 14 - 20 | | |
| Jarkeis Morrissey | 48 | 9 - 16 | | |
| Jarkeis Morrissey | 51 | 22 - 25 | | |
| Jarkeis Morrissey | 52 | 1 - 25 | | |
| Jarkeis Morrissey | 53 | 1 - 9 | | |
| Jarkeis Morrissey | 54 | 16 - 25 | | |
| Jarkeis Morrissey | 55 | 14 - 25 | | |
| Jarkeis Morrissey | 56 | 1 - 24 | | |
| Jarkeis Morrissey | 57 | 15 - 25 | | |
| Jarkeis Morrissey | 58 | 1 - 8 | | |

| | | | | |
|---|---|---|---|---|
| Jarkeis Morrissey | 58 | 22 - 25 | | |
| Jarkeis Morrissey | 59 | 1 - 2 | | |
| Jarkeis Morrissey | 59 | 16 - 25 | | |
| Jarkeis Morrissey | 60 | 1 - 21 | | |
| Jarkeis Morrissey | 62 | 20 - 25 | | |
| Jarkeis Morrissey | 63 | 1 - 25 | | |
| Jarkeis Morrissey | 64 | 5 - 16 | | |
| Jarkeis Morrissey | 68 | 8 - 17 | | |
| Jarkeis Morrissey | 70 | 1 - 13 | | |
| Jarkeis Morrissey | 71 | 5 - 25 | | |
| Jarkeis Morrissey | 72 | 3 -25 | | |
| Jarkeis Morrissey | 73 | 1 - 6 | | |
| Jarkeis Morrissey | 74 | 3 - 19 | | |
| Jarkeis Morrissey | 77 | 2 - 14 | | |
| Jarkeis Morrissey | 78 | 25 | | |
| Jarkeis Morrissey | 79 | 1 - 9 | | |
| Jarkeis Morrissey | 79 | 15 - 23 | | |
| Jarkeis Morrissey | 83 | 8 - 15 | | |
| Jarkeis Morrissey | 85 | 13 - 25 | | |
| Jarkeis Morrissey | 86 | 1 | | |

| Jason McGrath – Deposed on June 18, 2025 | | | | |
|---|---|---|---|---|
| **Transcript** | **Page** | **Line** | **Carver Objection** | **Ruling** |
| Jason McGrath | 4 5 | 2 - 11 | | |
| Jason McGrath | 6 | 10 -19 | | |
| Jason McGrath | 10 11 | 12 - 6 | | |
| Jason McGrath | 11 12 | 8 - 21 | | |
| Jason McGrath | 12 13 | 1 - 19 | | |
| Jason McGrath | 14 16 | 4 - 20 | | |
| Jason McGrath | 19 21 | 18 - 22 | | |
| Jason McGrath | 23 24 | 21 - 16 | | |
| Jason McGrath | 26 27 | 11 - 6 | | |
| Jason McGrath | 27 37 | 14 - 13 | | |
| Jason McGrath | 38 44 | 13 - 16 | | |
| Jason McGrath | 44 48 | 18 - 19 | | |
| Jason McGrath | 48 49 | 21 - 23 | | |
| Jason McGrath | 50 51 | 12 - 9 | | |
| Jason McGrath | 57 61 | 25 - 5 | | |
| Jason McGrath | 61 63 | 14 - 3 | | |
| Jason McGrath | 65 68 | 7 - 10 | | |
| Jason McGrath | 70 | 5 - 11 | | |
| Jason McGrath | 72 73 | 14 - 5 | | |
| Jason McGrath | 74 76 | 16 - 12 | | |

**Sharif Porter – Deposed on April 30, 2025**

| Transcript | Page | Line | Carver Objection | Ruling |
|---|---|---|---|---|
| Sharif Porter | 5 | 1 - 25 | | |
| Sharif Porter | 6 | 1 - 20 | | |
| Sharif Porter | 8 | 9 - 13 | | |
| Sharif Porter | 8 | 17 - 19 | | |
| Sharif Porter | 8 | 23 - 25 | | |
| Sharif Porter | 9 | 1 - 17 | | |
| Sharif Porter | 10 | 2 – 4 | | |
| Sharif Porter | 11 | 16 - 25 | | |
| Sharif Porter | 12 | 1 | | |
| Sharif Porter | 12 | 13 - 25 | | |
| Sharif Porter | 13 | 15 - 20 | | |
| Sharif Porter | 15 | 11 - 13 | | |
| Sharif Porter | 16 | 4 - 15 | | |
| Sharif Porter | 17 | 10 -18 | | |
| Sharif Porter | 18 | 20 - 25 | | |
| Sharif Porter | 19 | 1 - 21 | | |
| Sharif Porter | 20 | 22 - 25 | | |
| Sharif Porter | 21 | 16 - 18 | | |
| Sharif Porter | 21 | 24 - 25 | | |
| Sharif Porter | 22 | 1 - 15 | | |
| Sharif Porter | 23 | 1 - 22 | | |
| Sharif Porter | 24 | 7 - 25 | | |
| Sharif Porter | 25 | 5 - 25 | | |
| Sharif Porter | 26 | 18 - 25 | | |
| Sharif Porter | 27 | 1 – 8 | | |
| Sharif Porter | 27 | 13 - 18 | | |
| Sharif Porter | 27 | 23 - 25 | | |
| Sharif Porter | 28 | 1 - 14 | | |
| Sharif Porter | 28 | 21 - 25 | | |
| Sharif Porter | 29 | 1 - 6 | | |
| Sharif Porter | 31 | 21 - 25 | | |
| Sharif Porter | 32 | 1 - 6 | | |
| Sharif Porter | 32 | 13 - 20 | | |
| Sharif Porter | 33 | 1 -17 | | |
| Sharif Porter | 37 | 3 -18 | | |
| Sharif Porter | 37 | 25 | | |
| Sharif Porter | 38 | 1 - 4 | | |
| Sharif Porter | 39 | 5 - 13 | | |
| Sharif Porter | 40 | 16 - 22 | | |
| Sharif Porter | 43 | 3 - 25 | | |
| Sharif Porter | 44 | 1 - 4 | | |
| Sharif Porter | 44 | 9 - 17 | | |
| Sharif Porter | 45 | 1 - 17 | | |
| Sharif Porter | 46 | 2 - 9 | | |
| Sharif Porter | 47 | 18 - 23 | | |

| Sharif Porter | 48 | 1 - 2 | | |
| Sharif Porter | 48 | 19 - 25 | | |
| Sharif Porter | 49 | 1 - 5 | | |
| Sharif Porter | 49 | 13 - 25 | | |
| Sharif Porter | 50 | 1 - 2 | | |
| Sharif Porter | 50 | 6 - 14 | | |
| Sharif Porter | 52 | 10 - 21 | | |
| Sharif Porter | 53 | 1 - 16 | | |
| Sharif Porter | 57 | 13 - 25 | | |
| Sharif Porter | 58 | 1 - 13 | | |
| Sharif Porter | 58 | 19 - 25 | | |
| Sharif Porter | 59 | 7 - 20 | | |
| Sharif Porter | 60 | 2 - 5 | | |
| Sharif Porter | 62 | 12 -17 | | |
| Sharif Porter | 63 | 3 - 18 | | |
| Sharif Porter | 65 | 15 - 19 | | |
| Sharif Porter | 66 | 9 - 25 | | |
| Sharif Porter | 67 | 1 - 17 | | |
| Sharif Porter | 68 | 11 - 21 | | |
| Sharif Porter | 69 | 22 - 25 | | |
| Sharif Porter | 73 | 3 - 25 | | |
| Sharif Porter | 74 | 1 - 20 | | |
| Sharif Porter | 75 | 7 - 25 | | |
| Sharif Porter | 76 | 1 -25 | | |
| Sharif Porter | 77 | 1 – 8 | | |
| Sharif Porter | 77 | 22 - 25 | | |
| Sharif Porter | 78 | 1 - 4 | | |
| Sharif Porter | 81 | 1 - 12 | | |
| Sharif Porter | 82 | 18 - 25 | | |
| Sharif Porter | 83 | 1 - 11 | | |

| Alex O'Rourke – August 5, 2025 | | | | |
| --- | --- | --- | --- | --- |
| **Transcript** | **Page** | **Line** | **Carver Objection** | **Rulings** |
| Alex O'Rourke | 5<br>6 | 4 -<br>17 | | |
| Alex O'Rourke | 8<br>9 | 11 -<br>17 | | |
| Alex O'Rourke | 11<br>13 | 5 -<br>11 | | |
| Alex O'Rourke | 14<br>15 | 1 -<br>18 | | |
| Alex O'Rourke | 14 | 6 - 20 | | |
| Alex O'Rourke | 17<br>18 | 8 -<br>15 | | |
| Alex O'Rourke | 19<br>23 | 9 -<br>17 | | |
| Alex O'Rourke | 26<br>27 | 15 -<br>11 | | |
| Alex O'Rourke | 28<br>34 | 7 - 7 | | |
| Alex O'Rourke | 34<br>38 | 12 -<br>3 | | |
| Alex O'Rourke | 38<br>40 | 5 - 9 | | |
| Alex O'Rourke | 41<br>45 | 17 -<br>3 | | |
| Alex O'Rourke | 45<br>46 | 11 -<br>15 | | |
| Alex O'Rourke | 47<br>50 | 20 -<br>6 | | |
| Alex O'Rourke | 51<br>52 | 2 -<br>19 | | |
| Alex O'Rourke | 53 | 15 - 18 | | |
| Alex O'Rourke | 54<br>55 | 7 -<br>18 | | |
| Alex O'Rourke | 56<br>59 | 4 -<br>15 | | |
| Alex O'Rourke | 62<br>63 | 11 -<br>10 | | |
| Alex O'Rourke | 63<br>67 | 14 -<br>16 | | |
| Alex O'Rourke | 67<br>69 | 18 -<br>4 | | |
| Alex O'Rourke | 72<br>76 | 7 -<br>15 | | |

**Coeymans Marine Towing, LLC d/b/a Carver Marine Towing as Owner and Operator of M/T Mackenzie Rose, (IMO No. 8968765) ("Carver")'s Deposition Designations with Belt Line's Objections Page and Line Number**

## Deposition Designations

**Howard Swanson**....................................................................................................................**30**

**Nicholas Laraway**....................................................................................................................**31**

| **Howard Swanson – Deposed on June 25, 2025** | | | | |
|---|---|---|---|---|
| **Transcript** | **Page** | **Line** | **Belt Line Objection** | **Ruling** |
| Howard Swanson | 93 | 14 - 25 | The Belt Line objects to use of deposition testimony to the extent the witness appears at trial. The Belt Line also objects to any testimony elicited as a basis to depreciate the cost of repairs. *See* Fed. R. Civ. P. 401 & 403; *see also* ECF 175. | |
| Howard Swanson | 94 | 1 - 25 | | |
| Howard Swanson | 95 | 1 - 25 | | |
| Howard Swanson | 96 | 1 - 25 | | |
| Howard Swanson | 101 | 3 - 25 | | |
| Howard Swanson | 102 | 1 - 23 | | |
| Howard Swanson | 102 | 24 - 25 | | |
| Howard Swanson | 103 | 1 - 25 | | |
| Howard Swanson | 104 | 1 - 25 | | |
| Howard Swanson | 121 | 6 - 15 | | |
| Howard Swanson | 122 | 1 - 25 | | |
| Howard Swanson | 123 | 1 - 25 | | |
| Howard Swanson | 124 | 1 - 25 | | |
| Howard Swanson | 133 | 19 - 25 | | |
| Howard Swanson | 134 | 1 - 25 | | |
| Howard Swanson | 135 | 1 - 25 | | |
| Howard Swanson | 136 | 1 - 25 | | |
| Howard Swanson | 137 | 1 - 14 | | |
| Howard Swanson | 137 | 21 - 25 | | |
| Howard Swanson | 138 | 1 - 25 | | |
| Howard Swanson | 139 | 1 - 25 | | |
| Howard Swanson | 140 | 1 - 24 | | |
| Howard Swanson | 145 | 11 - 25 | | |
| Howard Swanson | 146 | 1 - 25 | | |
| Howard Swanson | 147 | 1 - 25 | | |
| Howard Swanson | 148 | 1 - 25 | | |
| Howard Swanson | 149 | 1 - 25 | | |
| Howard Swanson | 150 | 1 - 25 | | |
| Howard Swanson | 151 | 1 - 25 | | |
| Howard Swanson | 152 | 1 - 23 | | |
| Howard Swanson | 153 | 3 - 25 | | |
| Howard Swanson | 154 | 1 - 25 | | |
| Howard Swanson | 155 | 1 - 25 | | |
| Howard Swanson | 156 | 1 - 5 | | |

**Nicholas Laraway – Deposed on June 17, 2025**

| Transcript | Page | Line | Belt Line Objection | Ruling |
|---|---|---|---|---|
| Nicholas Laraway | 32 | 16 - 25 | The Belt Line objects to these designations as untimely. The designations were provided on February 11, 2026, 15 days after the deadline to do so. The designations are also improper under Rule 32(a)(3) because Mr. Laraway is Carver's own Rule 30(b)(6) witness and is not permitted to testify on behalf of Carver. The Belt Line further objects to the extent Mr. Laraway lacks personal knowledge of the subject matter in the designated testimony. |  |
| Nicholas Laraway | 33 | 25 |  |  |
| Nicholas Laraway | 34 | 1 - 25 |  |  |
| Nicholas Laraway | 35 | 1 - 25 |  |  |
| Nicholas Laraway | 36 | 1 - 25 |  |  |
| Nicholas Laraway | 38 | 5 - 25 |  |  |
| Nicholas Laraway | 39 | 1 - 25 |  |  |
| Nicholas Laraway | 40 | 1 - 25 |  |  |
| Nicholas Laraway | 41 | 1 - 25 |  |  |
| Nicholas Laraway | 42 | 1 - 25 |  |  |
| Nicholas Laraway | 43 | 1 - 25 |  |  |
| Nicholas Laraway | 47 | 16 - 25 |  |  |
| Nicholas Laraway | 48 | 1 - 25 |  |  |
| Nicholas Laraway | 49 | 1 - 14 |  |  |
| Nicholas Laraway | 50 | 19 - 25 |  |  |
| Nicholas Laraway | 51 | 1 - 24 |  |  |
| Nicholas Laraway | 52 | 14 - 25 |  |  |
| Nicholas Laraway | 53 | 1 - 7 |  |  |
| Nicholas Laraway | 58 | 15 - 25 |  |  |
| Nicholas Laraway | 59 | 1 - 25 |  |  |
| Nicholas Laraway | 60 | 1 - 25 |  |  |