## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

**In the Matter of COEYMANS MARINE TOWING, LLC,**
***d/b/a* CARVER MARINE TOWING AS OWNER AND**
**OPERATOR OF M/T MACKENZIE ROSE, (IMO No. 8968765),**
**Her Cargo, Engines, Boilers, Tackle, Equipment, Apparel, and App,**

**Case No.:  2:24cv490**

---

**NORFOLK AND PORTSMOUTH BELT LINE**
**RAILROAD COMPANY,**

      **Consolidated Plaintiff/Claimant,**

**v.**

**JAMES MORRISEY,**

      **Defendant.**

### SUPPLEMENT TO FINAL PRETRIAL ORDER

Exhibit D: Deposition designations

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division
### In Admiralty

In the Matter of COEYMANS MARINE
TOWING, LLC D/B/A CARVER MARINE
TOWING as Owner and Operator of M/T
Mackenzie Rose, (IMO No. 8968765), *et al.*

Civil Action No. 2:24-cv-00490-MSD-LRL

## SUPPLEMENTAL EXHIBIT D

Belt Line's Deposition Designations with Carver's Objections Page and Line Number

## Deposition Designations

Brian Moore ...........................................................................................2
Leonard Baldassare ..............................................................................8
Jason Galioto .......................................................................................15
Nick Laraway (30(b)(6)) ....................................................................17
Josef Malik ...........................................................................................19
Erik Walordy.........................................................................................21
Jarkeis Morrissey ................................................................................22
Jason McGrath......................................................................................25
Sharif Porter .........................................................................................26
Alex O'Rourke ......................................................................................28

O = Overruled
S = Sustained
Def = Deferred to Trial Judge

**Brian Moore – Deposed on April 28, 2025**

| Transcript | Page | Line | Carver Objection | Ruling |
|---|---|---|---|---|
| Brian Moore | 8 | 2 -25 | | |
| Brian Moore | 9 | 2 - 3 | | |
| Brian Moore | 9 | 20 -23 | | |
| Brian Moore | 10 | 4 - 9 | | |
| Brian Moore | 10 | 14 -19 | | |
| Brian Moore | 16 | 17 -20 | | |
| Brian Moore | 18 | 3 -17 | | |
| Brian Moore | 22 | 15 -18 | | |
| Brian Moore | 25 | 3 -23 | | |
| Brian Moore | 26 | 7 -12 | | |
| Brian Moore | 27 | 15 -25 | | |
| Brian Moore | 29 | 22 -25 | | |
| Brian Moore | 30 | 3 - 4 | | |
| Brian Moore | 34 | 20 -25 | | |
| Brian Moore | 35 | 2 -16 | | |
| Brian Moore | 36 | 2 - 7 | | |
| Brian Moore | 36 | 15 -25 | Relevancy FRE 401/402; Prejudicial, Confusing, Waste FRE 403; Post Remedial | S |
| Brian Moore | 37 | 2 - 7 | Relevancy FRE 401/402; Prejudicial, Confusing, Waste FRE 403; Post Remedial | S |
| Brian Moore | 37 | 18 -24 | Relevancy FRE 401/402; Prejudicial, Confusing, Waste FRE 403; Post Remedial | S |
| Brian Moore | 39 | 10 -25 | Relevancy FRE 401/402; Prejudicial, Confusing, Waste FRE 403; Post Remedial | S |
| Brian Moore | 40 | 2 - 4 | | |
| Brian Moore | 49 | 16 -25 | | |
| Brian Moore | 50 | 2 | | |
| Brian Moore | 51 | 17 -25 | | |
| Brian Moore | 52 | 1 -14 | | |
| Brian Moore | 52 | 20 -25 | | |
| Brian Moore | 53 | 2 -23 | | |
| Brian Moore | 54 | 16 -25 | | |
| Brian Moore | 55 | 2 -25 | | |
| Brian Moore | 56 | 2 - 6 | | |
| Brian Moore | 56 | 11 -16 | | |
| Brian Moore | 56 | 23 -25 | | |
| Brian Moore | 57 | 2 - 4 | | |
| Brian Moore | 57 | 11 -25 | | |
| Brian Moore | 58 | 1 - 6 | | |

| Brian Moore | 58 | 10 -25 | Relevancy FRE 401/402; Prejudicial, Confusing, Waste FRE 403; Post Remedial | |
|---|---|---|---|---|
| Brian Moore | 59 | 2 -25 | | |
| Brian Moore | 60 | 1 -18 | | |
| Brian Moore | 61 | 7 -16 | | |
| Brian Moore | 62 | 2 - 5 | Relevancy FRE 401/402; Prejudicial, Confusing, Waste FRE 403; Post Remedial | |
| Brian Moore | 62 | 12 -20 | | |
| Brian Moore | 63 | 5 -15 | Relevancy FRE 401/402; Prejudicial, Confusing, Waste FRE 403; Post Remedial | |
| Brian Moore | 63 | 22 -25 | | |
| Brian Moore | 64 | 2 -25 | | |
| Brian Moore | 65 | 2 - 3 | | |
| Brian Moore | 69 | 7 -25 | | |
| Brian Moore | 70 | 2 -23 | | |
| Brian Moore | 71 | 2 - 9 | | |
| Brian Moore | 72 | 3 -18 | | |
| Brian Moore | 73 | 12 -16 | | |
| Brian Moore | 73 | 23 -25 | | |
| Brian Moore | 74 | 2 -10 | | |
| Brian Moore | 75 | 25 | | |
| Brian Moore | 76 | 2 -25 | | |
| Brian Moore | 77 | 2 - 4 | | |
| Brian Moore | 78 | 19 -24 | | |
| Brian Moore | 81 | 23 -25 | | |
| Brian Moore | 82 | 2 -20 | | |
| Brian Moore | 84 | 21 -25 | | |
| Brian Moore | 85 | 2 -22 | | |
| Brian Moore | 86 | 25 | | |
| Brian Moore | 87 | 2 -10 | | |
| Brian Moore | 88 | 6 -25 | | |
| Brian Moore | 89 | 2 -17 | | |
| Brian Moore | 90 | 2 -25 | Relevancy FRE 401/402; Prejudicial, Confusing, Waste FRE 403; Post Remedial | |
| Brian Moore | 91 | 2 -20 | Relevancy FRE 401/402; Prejudicial, Confusing, Waste FRE 403; Post Remedial | |
| Brian Moore | 93 | 19 -25 | | |
| Brian Moore | 94 | 2 -15 | | |
| Brian Moore | 95 | 10 -22 | | |
| Brian Moore | 97 | 5 - 7 | | |
| Brian Moore | 100 | 14 -25 | | |
| Brian Moore | 101 | 2 -10 | | |
| Brian Moore | 101 | 20 -25 | | |
| Brian Moore | 102 | 2 - 5 | | |

3

| | | | | |
|---|---|---|---|---|
| Brian Moore | 102 | 13 -25 | | |
| Brian Moore | 103 | 2 -17 | | |
| Brian Moore | 105 | 7 -15 | | |
| Brian Moore | 107 | 6 -25 | | |
| Brian Moore | 108 | 2 -12 | | |
| Brian Moore | 109 | 12 -21 | | |
| Brian Moore | 113 | 9 -25 | | |
| Brian Moore | 114 | 2 - 6 | | |
| Brian Moore | 114 | 12 -25 | | |
| Brian Moore | 115 | 2 -25 | | |
| Brian Moore | 116 | 2 -10 | | |
| Brian Moore | 117 | 3 -16 | | |
| Brian Moore | 118 | 9 -10 | | |
| Brian Moore | 119 | 13 -19 | | |
| Brian Moore | 120 | 25 | | |
| Brian Moore | 121 | 2 -25 | | |
| Brian Moore | 122 | 2 - 7 | | |
| Brian Moore | 122 | 15 -25 | | |
| Brian Moore | 123 | 2 -25 | | |
| Brian Moore | 124 | 2 -13 | | |
| Brian Moore | 125 | 21 -25 | | |
| Brian Moore | 126 | 2 - 5 | | |
| Brian Moore | 126 | 16 -24 | | |
| Brian Moore | 127 | 2 -24 | | |
| Brian Moore | 128 | 10 -15 | | |
| Brian Moore | 128 | 24 -25 | | |
| Brian Moore | 129 | 2 - 9 | | |
| Brian Moore | 129 | 22 -25 | | |
| Brian Moore | 130 | 2 -10 | | |
| Brian Moore | 130 | 19 -23 | | |
| Brian Moore | 135 | 7 -25 | | |
| Brian Moore | 136 | 2 -25 | | |
| Brian Moore | 137 | 2 -25 | | |
| Brian Moore | 138 | 2 -25 | | |
| Brian Moore | 144 | 2 -17 | | |
| Brian Moore | 145 | 7 -25 | | |
| Brian Moore | 146 | 2 -22 | | |
| Brian Moore | 150 | 8 -18 | | |
| Brian Moore | 151 | 11 -22 | | |
| Brian Moore | 152 | 25 | | |
| Brian Moore | 153 | 2 - 9 | | |
| Brian Moore | 155 | 25 | | |
| Brian Moore | 156 | 2 -20 | | |
| Brian Moore | 160 | 4 -25 | | |
| Brian Moore | 161 | 2 -13 | | |
| Brian Moore | 163 | 20 -25 | | |
| Brian Moore | 164 | 2 -25 | | |
| Brian Moore | 165 | 2 -17 | | |
| Brian Moore | 166 | 9 -25 | | |

4

| Brian Moore | 167 | 2 - 6 | | |
| Brian Moore | 168 | 19 -25 | | |
| Brian Moore | 169 | 2 -25 | | |
| Brian Moore | 170 | 13 -19 | | |
| Brian Moore | 173 | 25 | | |
| Brian Moore | 174 | 2 -21 | Relevancy FRE 401/402; Prejudicial, Confusing, Waste FRE 403; Post Remedial | |
| Brian Moore | 175 | 2 -25 | | |
| Brian Moore | 176 | 2 - 5 | | |
| Brian Moore | 189 | 20 -24 | | |
| Brian Moore | 190 | 2 -25 | | |
| Brian Moore | 191 | 2 -25 | | |
| Brian Moore | 192 | 2 -25 | | |
| Brian Moore | 193 | 2 - 7 | | |
| Brian Moore | 194 | 21 -25 | | |
| Brian Moore | 195 | 11 -14 | | |
| Brian Moore | 197 | 18 -25 | | |
| Brian Moore | 198 | 2 -25 | | |
| Brian Moore | 199 | 2 -21 | | |
| Brian Moore | 201 | 23 -25 | | |
| Brian Moore | 202 | 2 -21 | Relevancy FRE 401/402; Prejudicial, Confusing, Waste FRE 403; Post Remedial | |
| Brian Moore | 209 | 9 -25 | | |
| Brian Moore | 210 | 2 -25 | | |
| Brian Moore | 211 | 19 -23 | | |
| Brian Moore | 216 | 11 -25 | | |
| Brian Moore | 217 | 3 -25 | | |
| Brian Moore | 218 | 2 -25 | Relevancy FRE 401/402; Prejudicial, Confusing, Waste FRE 403; Post Remedial | |
| Brian Moore | 219 | 2 -25 | Relevancy FRE 401/402; Prejudicial, Confusing, Waste FRE 403; Post Remedial | |
| Brian Moore | 220 | 2 -13 | | |
| Brian Moore | 221 | 7 -25 | | |
| Brian Moore | 222 | 2 -25 | Relevancy FRE 401/402; Prejudicial, Confusing, Waste FRE 403; Post Remedial | |
| Brian Moore | 223 | 2 -25 | | |
| Brian Moore | 224 | 2 -25 | | |
| Brian Moore | 227 | 22 -25 | | |
| Brian Moore | 228 | 2 -25 | | |
| Brian Moore | 229 | 2 -24 | | |
| Brian Moore | 230 | 21 -25 | | |
| Brian Moore | 231 | 2 -25 | | |
| Brian Moore | 232 | 2 -10 | | |
| Brian Moore | 233 | 19 -22 | | |

5

| Brian Moore | 234 | 2 -25 | | |
|---|---|---|---|---|
| Brian Moore | 235 | 2 -14 | | |
| Brian Moore | 249 | 11 -16 | | |
| Brian Moore | 253 | 16 -24 | | |
| Brian Moore | 257 | 12 -14 | | |
| Brian Moore | 257 | 22 -25 | | |
| Brian Moore | 258 | 2 -25 | | |
| Brian Moore | 259 | 2 - 4 | | |
| Brian Moore | 261 | 8 -25 | | |
| Brian Moore | 262 | 2 -25 | | |
| Brian Moore | 263 | 2 -25 | | |
| Brian Moore | 264 | 2 -25 | | |
| Brian Moore | 266 | 2 -19 | | |
| Brian Moore | 267 | 23 -25 | | |
| Brian Moore | 268 | 2 -25 | | |
| Brian Moore | 269 | 2 -25 | | |
| Brian Moore | 273 | 2 -25 | | |
| Brian Moore | 275 | 20 -25 | | |
| Brian Moore | 276 | 2 -25 | | |
| Brian Moore | 278 | 2 - 6 | | |
| Brian Moore | 279 | 20 -25 | | |
| Brian Moore | 280 | 2 -21 | | |
| Brian Moore | 281 | 2 -25 | | |
| Brian Moore | 282 | 2 -22 | | |
| Brian Moore | 284 | 18 -25 | | |
| Brian Moore | 285 | 2 -25 | | |
| Brian Moore | 286 | 2 - 9 | | |
| Brian Moore | 287 | 18 -25 | | |
| Brian Moore | 288 | 2 -25 | | |
| Brian Moore | 289 | 2 - 3 | | |
| Brian Moore | 289 | 13 -21 | | |
| Brian Moore | 291 | 2 - 9 | | |
| Brian Moore | 291 | 17 -24 | | |
| Brian Moore | 292 | 2 -25 | | |
| Brian Moore | 293 | 2 | | |
| Brian Moore | 294 | 2 -15 | | |
| Brian Moore | 296 | 17 -25 | | |
| Brian Moore | 297 | 2 -25 | | |
| Brian Moore | 298 | 2 - 7 | | |
| Brian Moore | 298 | 21 -25 | | |
| Brian Moore | 299 | 2 -24 | | |
| Brian Moore | 300 | 2 -25 | | |
| Brian Moore | 301 | 2 -11 | | |
| Brian Moore | 301 | 14 -20 | | |
| Brian Moore | 302 | 21 -25 | | |
| Brian Moore | 303 | 2 - 8 | | |
| Brian Moore | 303 | 25 | | |
| Brian Moore | 304 | 2 -25 | | |
| Brian Moore | 306 | 2 -14 | | |

6

| | | | | |
|---|---|---|---|---|
| Brian Moore | 306 | 21 -25 | | |
| Brian Moore | 307 | 2 -12 | | |
| Brian Moore | 308 | 4 -25 | | |
| Brian Moore | 309 | 2 - 6 | | |
| Brian Moore | 312 | 18 -25 | | |
| Brian Moore | 313 | 2 - 4 | | |
| Brian Moore | 314 | 4 - 9 | | |
| Brian Moore | 315 | 17 -24 | | |
| Brian Moore | 321 | 14 -25 | | |
| Brian Moore | 322 | 2 -11 | | |
| Brian Moore | 324 | 24 -25 | | |
| Brian Moore | 325 | 2 -15 | | |
| Brian Moore | 327 | 19 -25 | | |
| Brian Moore | 328 | 2 - 4 | | |
| Brian Moore | 329 | 16 -25 | | |
| Brian Moore | 330 | 2 -25 | | |
| Brian Moore | 331 | 2 -25 | | |
| Brian Moore | 332 | 2 | | |
| Brian Moore | 332 | 20 -25 | | |
| Brian Moore | 333 | 2 -17 | | |
| Brian Moore | 334 | 4 -25 | | |
| Brian Moore | 335 | 2 -12 | | |
| Brian Moore | 337 | 19 -25 | | |
| Brian Moore | 338 | 2 -25 | | |
| Brian Moore | 341 | 8 -15 | | |
| Brian Moore | 342 | 15 -21 | | |
| Brian Moore | 346 | 19 -25 | | |
| Brian Moore | 347 | 2 -11 | | |
| Brian Moore | 351 | 15 -25 | Relevancy FRE 401/402; Prejudicial, Confusing, Waste FRE 403; Post Remedial | S |
| Brian Moore | 352 | 2 -25 | | |
| Brian Moore | 353 | 2 - 8 | | |
| Brian Moore | 354 | 15 -25 | | |
| Brian Moore | 355 | 2 -17 | | |

7

**Leonard Baldassare – Deposed on April 29, 2025**

| Transcript | Page | Line | Carver Objection | Ruling |
|---|---|---|---|---|
| Leonard Baldassare | 5 | 2 - 25 | | |
| Leonard Baldassare | 6 | 1 - 19 | | |
| Leonard Baldassare | 11 | 17 - 19 | | |
| Leonard Baldassare | 13 | 9 -11 | | |
| Leonard Baldassare | 14 | 15 - 19 | | |
| Leonard Baldassare | 14 | 23 - 25 | | |
| Leonard Baldassare | 15 | 1 - 2 | | |
| Leonard Baldassare | 16 | 22 - 25 | | |
| Leonard Baldassare | 17 | 1 - 4 | | |
| Leonard Baldassare | 17 | 10 - 22 | | |
| Leonard Baldassare | 18 | 3 - 23 | | |
| Leonard Baldassare | 19 | 10 - 15 | | |
| Leonard Baldassare | 21 | 17 - 19 | | |
| Leonard Baldassare | 22 | 3 - 6 | | |
| Leonard Baldassare | 23 | 3 - 16 | | |
| Leonard Baldassare | 24 | 24 - 25 | | |
| Leonard Baldassare | 25 | 1 - 12 | | |
| Leonard Baldassare | 29 | 20 - 25 | | |
| Leonard Baldassare | 30 | 1 - 23 | | |
| Leonard Baldassare | 33 | 17 - 25 | | |
| Leonard Baldassare | 34 | 1 -12 | | |
| Leonard Baldassare | 41 | 1 - 25 | | |
| Leonard Baldassare | 42 | 1 - 12 | | |

| | | | | |
|---|---|---|---|---|
| Leonard Baldassare | 47 | 25 | | |
| Leonard Baldassare | 48 | 1 - 25 | | |
| Leonard Baldassare | 49 | 1 - 25 | | |
| Leonard Baldassare | 50 | 1 - 25 | | |
| Leonard Baldassare | 51 | 1 - 8 | (1) Relevancy FRE 401/402<br>(2) Prejudicial, Confusing, Waste FRE 403<br>(3) Post Remedial | ⬭ |
| Leonard Baldassare | 56 | 8 - 25 | | |
| Leonard Baldassare | 57 | 1 | | |
| Leonard Baldassare | 57 | 11 - 25 | | |
| Leonard Baldassare | 58 | 1 - 12 | | |
| Leonard Baldassare | 59 | 8 - 14 | (1) Relevancy FRE 401/402<br>(2) Prejudicial, Confusing, Waste FRE 403<br>(3) Post Remedial | ⬭ |
| Leonard Baldassare | 60 | 1 - 25 | (1) Relevancy FRE 401/402<br>(2) Prejudicial, Confusing, Waste FRE 403<br>(3) Post Remedial | ⬭ |
| Leonard Baldassare | 61 | 1 - 25 | (1) Relevancy FRE 401/402<br>(2) Prejudicial, Confusing, Waste FRE 403<br>(3) Post Remedial | ⬭ |
| Leonard Baldassare | 62 | 1 - 19 | (1) Relevancy FRE 401/402<br>(2) Prejudicial, Confusing, Waste FRE 403<br>(3) Post Remedial | ⬭ |
| Leonard Baldassare | 63 | 1 - 12 | | |
| Leonard Baldassare | 63 | 20 - 23 | | |
| Leonard Baldassare | 64 | 24 - 25 | | |
| Leonard Baldassare | 65 | 1 - 25 | (1) Relevancy FRE 401/402<br>(2) Prejudicial, Confusing, Waste FRE 403<br>(3) Post Remedial | ⬭ |
| Leonard Baldassare | 66 | 1 - 25 | | |
| Leonard Baldassare | 67 | 1 - | | |

9

| | | | | |
|---|---|---|---|---|
| Leonard Baldassare | | 23 | | |
| Leonard Baldassare | 68 | 1 - 20 | (1) Relevancy FRE 401/402 (2) Prejudicial, Confusing, Waste FRE 403 (3) Post Remedial | ⬯ |
| Leonard Baldassare | 69 | 24 - 25 | | |
| Leonard Baldassare | 70 | 1 - 4 | | |
| Leonard Baldassare | 70 | 7 - 25 | (1) Relevancy FRE 401/402 (2) Prejudicial, Confusing, Waste FRE 403 (3) Post Remedial | ⬯ |
| Leonard Baldassare | 71 | 22 - 25 | | |
| Leonard Baldassare | 72 | 1 - 25 | | |
| Leonard Baldassare | 73 | 1 -16 | | |
| Leonard Baldassare | 74 | 1 - 25 | (1) Relevancy FRE 401/402 (2) Prejudicial, Confusing, Waste FRE 403 (3) Post Remedial | ⬯ |
| Leonard Baldassare | 75 | 1 -18 | | |
| Leonard Baldassare | 76 | 15 - 25 | | |
| Leonard Baldassare | 77 | 1 - 25 | (1) Relevancy FRE 401/402 (2) Prejudicial, Confusing, Waste FRE 403 (3) Post Remedial | ⬯ |
| Leonard Baldassare | 78 | 1 - 25 | | |
| Leonard Baldassare | 79 | 1 - 25 | (1) Relevancy FRE 401/402 (2) Prejudicial, Confusing, Waste FRE 403 (3) Post Remedial | ⬯ |
| Leonard Baldassare | 82 | 6 - 25 | | |
| Leonard Baldassare | 83 | 1 - 7 | | |
| Leonard Baldassare | 84 | 8 - 17 | | |
| Leonard Baldassare | 86 | 7 - 25 | (1) Relevancy FRE 401/402 (2) Prejudicial, Confusing, Waste FRE 403 (3) Post Remedial | ⬯ |
| Leonard Baldassare | 87 | 1 - 25 | | |

| | | | | |
|---|---|---|---|---|
| Leonard Baldassare | 88 | 1 - 25 | (1) Relevancy FRE 401/402 (2) Prejudicial, Confusing, Waste FRE 403 (3) Post Remedial | ⭕ |
| Leonard Baldassare | 89 | 14 - 25 | | |
| Leonard Baldassare | 90 | 1 – 5 | | |
| Leonard Baldassare | 91 | 14 - 25 | | |
| Leonard Baldassare | 92 | 9 - 25 | (1) Relevancy FRE 401/402 (2) Prejudicial, Confusing, Waste FRE 403 (3) Post Remedial | ⭕ |
| Leonard Baldassare | 93 | 1 - 19 | | |
| Leonard Baldassare | 94 | 15 - 25 | | |
| Leonard Baldassare | 95 | 1 | | |
| Leonard Baldassare | 113 | 18 - 25 | | |
| Leonard Baldassare | 114 | 1 – 3 | | |
| Leonard Baldassare | 114 | 16 - 22 | | |
| Leonard Baldassare | 115 | 5 - 25 | | |
| Leonard Baldassare | 116 | 1 - 10 | | |
| Leonard Baldassare | 121 | 19 - 25 | | |
| Leonard Baldassare | 122 | 1 - 21 | | |
| Leonard Baldassare | 123 | 7 - 25 | | |
| Leonard Baldassare | 124 | 1 - 25 | | |
| Leonard Baldassare | 125 | 1 - 25 | | |
| Leonard Baldassare | 126 | 1 - 10 | | |
| Leonard Baldassare | 128 | 3 - 25 | | |
| Leonard Baldassare | 129 | 14 - 24 | | |
| Leonard Baldassare | 130 | 19 - 25 | (1) Relevancy FRE 401/402 (2) Prejudicial, Confusing, Waste FRE 403 (3) Post Remedial | ⭕ |

| | | | | |
|---|---|---|---|---|
| Leonard Baldassare | 131 | 1 - 25 | | |
| Leonard Baldassare | 132 | 1 - 6 | | |
| Leonard Baldassare | 132 | 18 - 25 | (1) Relevancy FRE 401/402 (2) Prejudicial, Confusing, Waste FRE 403 (3) Post Remedial | O |
| Leonard Baldassare | 133 | 1 - 8 | | |
| Leonard Baldassare | 135 | 1 - 25 | | |
| Leonard Baldassare | 136 | 1 - 25 | | |
| Leonard Baldassare | 137 | 1 - 25 | | |
| Leonard Baldassare | 138 | 1 - 4 | | |
| Leonard Baldassare | 139 | 7 - 19 | | |
| Leonard Baldassare | 140 | 10 - 25 | (1) Relevancy FRE 401/402 (2) Prejudicial, Confusing, Waste FRE 403 (3) Post Remedial | O 1. 10-15 S 1. 16-25 |
| Leonard Baldassare | 141 | 1 - 22 | (1) Relevancy FRE 401/402 (2) Prejudicial, Confusing, Waste FRE 403 (3) Post Remedial | S |
| Leonard Baldassare | 142 | 1 - 20 | (1) Relevancy FRE 401/402 (2) Prejudicial, Confusing, Waste FRE 403 (3) Post Remedial | S |
| Leonard Baldassare | 143 | 6 - 11 | (1) Relevancy FRE 401/402 (2) Prejudicial, Confusing, Waste FRE 403 (3) Post Remedial | O |
| Leonard Baldassare | 144 | 5 - 12 | | |
| Leonard Baldassare | 145 | 6 - 23 | | |
| Leonard Baldassare | 147 | 6 - 25 | | |
| Leonard Baldassare | 148 | 1 - 10 | | |
| Leonard Baldassare | 149 | 7 - 9 | | |
| Leonard Baldassare | 149 | 16 - 25 | | |
| Leonard Baldassare | 150 | 1 - 22 | | |

| | | | | |
|---|---|---|---|---|
| Leonard Baldassare | 152 | 13 - 25 | | |
| Leonard Baldassare | 153 | 1 – 6 | | |
| Leonard Baldassare | 153 | 18 - 23 | | |
| Leonard Baldassare | 155 | 1 - 15 | | |
| Leonard Baldassare | 159 | 5 - 15 | | |
| Leonard Baldassare | 163 | 17 - 25 | | |
| Leonard Baldassare | 164 | 1 – 2 | | |
| Leonard Baldassare | 166 | 10 - 25 | | |
| Leonard Baldassare | 167 | 1 - 25 | | |
| Leonard Baldassare | 168 | 1 - 11 | | |
| Leonard Baldassare | 168 | 24 - 25 | | |
| Leonard Baldassare | 169 | 1 - 23 | | |
| Leonard Baldassare | 170 | 1 - 25 | | |
| Leonard Baldassare | 173 - 174 | 17 - 15 | | |
| Leonard Baldassare | 175 - 177 | 9 - 19 | (1) Relevancy FRE 401/402 (2) Prejudicial, Confusing, Waste FRE 403 (3) Post Remedial | O |
| Leonard Baldassare | 178 - 181 | 8 - 11 | (1) Relevancy FRE 401/402 (2) Prejudicial, Confusing, Waste FRE 403 (3) Post Remedial | O |
| Leonard Baldassare | 185 - 190 | 8 - 13 | (1) Relevancy FRE 401/402 (2) Prejudicial, Confusing, Waste FRE 403 (3) Post Remedial | O |
| Leonard Baldassare | 191 - 192 | 12 - 12 | (1) Relevancy FRE 401/402 (2) Prejudicial, Confusing, Waste FRE 403 (3) Post Remedial | O |
| Leonard Baldassare | 193 | 12 - 15 | | |
| Leonard Baldassare | 194 - 198 | 12 - 19 | (1) Relevancy FRE 401/402 (2) Prejudicial, Confusing, Waste FRE 403 (3) Post Remedial | O |

13

| | | | | |
|---|---|---|---|---|
| Leonard Baldassare | 200 - 201 | 11 - 4 | | |
| Leonard Baldassare | 202 - 203 | 18 - 3 | | |
| Leonard Baldassare | 203 - 207 | 23 - 1 | | |

| Jason Galioto – Deposed on September 18, 2025 | | | | |
|---|---|---|---|---|
| **Transcript** | **Page** | **Line** | **Carver Objection** | **Ruling** |
| Jason Galioto | 6 - 7 | 20 - 3 | Carver objects to each designation testimony of Mr. Galioto under FRE 401, 402, and 403 for relevance scope, prejudice, waste, and that it is cumulative of testimony from other witnesses. | Def – Trial Judge can determine if testimony is cumulative; other objections overruled |
| Jason Galioto | 7 | 11 - 14 | | |
| Jason Galioto | 7 - 8 | 18 -13 | | |
| Jason Galioto | 8 - 9 | 18 -17 | | |
| Jason Galioto | 10 | 23 - 25 | | |
| Jason Galioto | 11 | 1 - 7 | | |
| Jason Galioto | 11 | 22 - 25 | | |
| Jason Galioto | 12 | 2 – 3 | | |
| Jason Galioto | 12 | 7 – 9 | | |
| Jason Galioto | 13 14 | 24 - 5 | | |
| Jason Galioto | 15 | 16 - 22 | | |
| Jason Galioto | 16 | 9 - 24 | | |
| Jason Galioto | 17 18 | 15 - 16 | | |
| Jason Galioto | 20 - 21 | 15 - 4 | | |
| Jason Galioto | 23 25 | 3 – 4 | | |
| Jason Galioto | 25 26 | 21 - 6 | | |
| Jason Galioto | 26 27 | 9 - 10 | | |
| Jason Galioto | 27 28 | 20 - 15 | | |
| Jason Galioto | 30 31 | 7 - 11 | | |
| Jason Galioto | 34 35 | 13 - 5 | | |
| Jason Galioto | 36 37 | 25 - 19 | | |
| Jason Galioto | 45 46 | 9 – 4 | | |
| Jason Galioto | 46 47 | 15 - 11 | | |
| Jason Galioto | 53 54 | 14 - 11 | | |
| Jason Galioto | 55 56 | 8 – 9 | | |

15

| | | | | |
|---|---|---|---|---|
| Jason Galioto | 56 | 16 - 25 | | |
| Jason Galioto | 58 59 | 17 - 14 | | |
| Jason Galioto | 59 60 | 23 - 10 | | |
| Jason Galioto | 60 61 | 14 - 3 | | |
| Jason Galioto | 61 62 | 25 - 12 | | |
| Jason Galioto | 68 69 | 20 - 11 | | |
| Jason Galioto | 69 70 | 22 – 7 | | |
| Jason Galioto | 74 78 | 23 – 7 | | |
| Jason Galioto | 78 79 | 22 - 13 | | |
| Jason Galioto | 80 | 4 - 25 | | |

16

**Nick Laraway (30(b)(6)) – Deposed on June 17, 2025**

| Transcript | Page | Line | Carver Objection | Ruling |
|---|---|---|---|---|
| Nick Laraway | 5<br>9 | 1 -<br>2 | | |
| Nick Laraway | 9<br>10 | 10 -<br>3 | | |
| Nick Laraway | 10<br>11 | 4 –<br>22 | | |
| Nick Laraway | 12<br>13 | 15 -<br>20 | | |
| Nick Laraway | 12<br>13 | 16 -<br>20 | | |
| Nick Laraway | 14<br>15 | 3 -<br>9 | (1) Relevancy FRE 401/402<br>(2) Prejudicial, Confusing, Waste FRE 403 | ⬭ |
| Nick Laraway | 17<br>18 | 16 -<br>2 | | |
| Nick Laraway | 17<br>19 | 17 -<br>22 | (1) Relevancy FRE 401/402<br>(2) Prejudicial, Confusing, Waste FRE 403 | ⬭ |
| Nick Laraway | 18<br>19 | 6 -<br>20 | (1) Relevancy FRE 401/402<br>(2) Prejudicial, Confusing, Waste FRE 403 | ⬭ |
| Nick Laraway | 19<br>20 | 21 -<br>15 | (1) Relevancy FRE 401/402<br>(2) Prejudicial, Confusing, Waste FRE 403 | ⬭ |
| Nick Laraway | 20 | 4 -<br>15 | | |
| Nick Laraway | 21<br>26 | 9 -<br>17 | (1) Relevancy FRE 401/402<br>(2) Prejudicial, Confusing, Waste FRE 403 | ⬭ |
| Nick Laraway | 26 | 18 -<br>23 | | |
| Nick Laraway | 27<br>28 | 20 -<br>6 | | |
| Nick Laraway | 31<br>32 | 3 -<br>7 | | |
| Nick Laraway | 32<br>33 | 16 -<br>12 | | |
| Nick Laraway | 33<br>35 | 20 -<br>4 | | |
| Nick Laraway | 35<br>36 | 25 -<br>3 | | |
| Nick Laraway | 36<br>37 | 18 -<br>9 | | |
| Nick Laraway | 38<br>39 | 5 -<br>8 | | |
| Nick Laraway | 39<br>40 | 10 -<br>23 | | |
| Nick Laraway | 41 | 21 - | | |

| | 42 | 6 | | |
|---|---|---|---|---|
| Nick Laraway | 43 44 | 11 - 13 | | |
| Nick Laraway | 45 | 4 - 5 | | |
| Nick Laraway | 47 | 7 - 15 | | |
| Nick Laraway | 47 48 | 17 - 4 | | |
| Nick Laraway | 49 | 2 - 9 | | |
| Nick Laraway | 49 51 | 11 - 24 | | |
| Nick Laraway | 53 | 8 - 22 | | |
| Nick Laraway | 56 | 20 | | |
| Nick Laraway | 57 60 | 16 - 7 | | |
| Nick Laraway | 58 59 | 2 - 1 | | |
| Nick Laraway | 61 62 | 1 - 21 | | |
| Nick Laraway | 61 62 | 2 - 3 | | |
| Nick Laraway | 62 174 | 5 - 1 | (1) Relevancy FRE 401/402 (2) Prejudicial, Confusing, Waste FRE 403 (3) Post Remedial Measures | ⟲ |

**Josef Malik – Deposed on September 16, 2025**

| Transcript | Page | Line | Carver Objection | Ruling |
|---|---|---|---|---|
| Josef Malik | 7 | 4 - 6 | (1) FRE 401/402 relevancy (2) FRE 403 prejudicial, confusing, waste cumulative (3) Post Remedial Measures | ◯ |
| Josef Malik | 7 | 10 | | |
| Josef Malik | 7 | 15 - 19 | Carver asserts these objections to each designation of deposition testimony of Mr. Malik | ◯ |
| Josef Malik | 8 | 5 - 18 | | |
| Josef Malik | 9 | 5 - 20 | | |
| Josef Malik | 9 11 | 24 - 6 | | |
| Josef Malik | 11 | 10 - 24 | | |
| Josef Malik | 12 | 1 - 22 | | |
| Josef Malik | 13 14 | 7 - 10 | | |
| Josef Malik | | | | |
| Josef Malik | 14 | 17 - 22 | | |
| Josef Malik | 15 16 | 5 - 17 | | |
| Josef Malik | 17 | 13 - 18 | | |
| Josef Malik | 17 | 22 - 24 | | |
| Josef Malik | 18 | 7 - 19 | | |
| Josef Malik | 20 | 10 - 12 | | |
| Josef Malik | 20 | 16 - 24 | | |
| Josef Malik | 21 | 1 - 6 | | |
| Josef Malik | 21 | 13 - 15 | | |
| Josef Malik | 22 23 | 18 - 15 | | |
| Josef Malik | 25 26 | 10 - 24 | | |
| Josef Malik | 29 31 | 6 - 2 | | |
| Josef Malik | 31 | 11 - 17 | | |
| Josef Malik | 33 | 5 - 18 | | |
| Josef Malik | 34 35 | 13 - 23 | | |
| Josef Malik | 39 | 13 - 20 | | |
| Josef Malik | 40 42 | 10 - 12 | | |
| Josef Malik | 42 45 | 19 - 24 | | |

19

| Josef Malik | 47 48 | 11 - 17 | | |
|---|---|---|---|---|
| Josef Malik | 52 | 15 - 22 | | |
| Josef Malik | 54 | 14 - 24 | | |
| Josef Malik | 55 | 1 - 21 | | |
| Josef Malik | 58 59 | 10 - 17 | | |
| Josef Malik | 60 61 | 8 - 11 | | |
| Josef Malik | 62 | 7 - 23 | | |
| Josef Malik | 63 | 9 - 23 | | |
| Josef Malik | 65 | 3 - 12 | | |
| Josef Malik | 71 72 | 10 - 3 | | |
| Josef Malik | 72 73 | 24 - 9 | | |
| Josef Malik | 73 74 | 17 - 11 | | |
| Josef Malik | 74 75 | 23 - 2 | | |
| Josef Malik | 75 76 | 20 - 5 | | |

20

| Erik Walordy - Deposed on August 6, 2025 | | | | |
|---|---|---|---|---|
| Transcript | Page | Line | Carver Objection | Ruling |
| Erik Walordy | 4<br>6 | 2 -<br>11 | | |
| Erik Walordy | 9 | 2 - 17 | | |
| Erik Walordy | 12<br>13 | 3 -<br>11 | | |
| Erik Walordy | 16 | 8 -<br>22 | | |
| Erik Walordy | 17<br>18 | 19 -<br>15 | | |
| Erik Walordy | 18<br>21 | 17 -<br>5 | | |
| Erik Walordy | 23<br>26 | 20 -<br>18 | | |
| Erik Walordy | 28<br>32 | 17 -<br>6 | | |
| Erik Walordy | 33<br>36 | 18 -<br>5 | | |
| Erik Walordy | 36<br>37 | 8 - 7 | | |
| Erik Walordy | 38<br>41 | 19 -<br>3 | | |
| Erik Walordy | 41<br>43 | 13 -<br>13 | | |
| Erik Walordy | 52<br>54 | 1 - 6 | | |
| Erik Walordy | 54<br>55 | 17 -<br>17 | | |
| Erik Walordy | 56<br>57 | 16 -<br>12 | | |
| Erik Walordy | 62<br>64 | 7 -<br>4 | | |
| Erik Walordy | 65<br>71 | 4 -<br>5 | | |
| Erik Walordy | 71<br>73 | 21 -<br>15 | | |

21

**Jarkeis Morrissey – Deposed on April 30, 2025**

| Transcript | Page | Line | Carver Objection | Ruling |
|---|---|---|---|---|
| Jarkeis Morrissey | 5 | 1 - 25 | | |
| Jarkeis Morrissey | 6 | 1 - 25 | | |
| Jarkeis Morrissey | 7 | 1 - 3 | | |
| Jarkeis Morrissey | 7 | 7 - 25 | | |
| Jarkeis Morrissey | 8 | 1 - 12 | | |
| Jarkeis Morrissey | 9 | 22 - 24 | | |
| Jarkeis Morrissey | 11 | 3 - 9 | | |
| Jarkeis Morrissey | 20 | 19 - 25 | | |
| Jarkeis Morrissey | 21 | 1 - 4 | | |
| Jarkeis Morrissey | 22 | 7 - 18 | | |
| Jarkeis Morrissey | 23 | 1 - 9 | | |
| Jarkeis Morrissey | 23 | 20 - 24 | | |
| Jarkeis Morrissey | 26 | 2 - 20 | | |
| Jarkeis Morrissey | 27 | 18 - 22 | | |
| Jarkeis Morrissey | 28 | 1 - 11 | | |
| Jarkeis Morrissey | 29 | 5 - 10 | | |
| Jarkeis Morrissey | 29 | 17 - 25 | | |
| Jarkeis Morrissey | 30 | 1 - 11 | | |
| Jarkeis Morrissey | 30 | 15 -25 | | |
| Jarkeis Morrissey | 31 | 1 - 13 | | |
| Jarkeis Morrissey | 32 | 10 - 25 | | |
| Jarkeis Morrissey | 33 | 1 - 8 | | |

| | | | | |
|---|---|---|---|---|
| Jarkeis Morrissey | 33 | 13 - 25 | | |
| Jarkeis Morrissey | 34 | 1 - 7 | | |
| Jarkeis Morrissey | 34 | 11 - 14 | | |
| Jarkeis Morrissey | 34 | 18 - 20 | | |
| Jarkeis Morrissey | 35 | 10 - 20 | | |
| Jarkeis Morrissey | 35 | 24 - 25 | | |
| Jarkeis Morrissey | 36 | 1 - 2 | | |
| Jarkeis Morrissey | 36 | 8 - 25 | | |
| Jarkeis Morrissey | 37 | 1 - 25 | | |
| Jarkeis Morrissey | 38 | 1 - 11 | | |
| Jarkeis Morrissey | 39 | 7 - 17 | | |
| Jarkeis Morrissey | 42 | 6 - 25 | | |
| Jarkeis Morrissey | 43 | 1 - 19 | | |
| Jarkeis Morrissey | 44 | 15 - 23 | | |
| Jarkeis Morrissey | 46 | 6 - 17 | | |
| Jarkeis Morrissey | 47 | 14 - 20 | | |
| Jarkeis Morrissey | 48 | 9 - 16 | | |
| Jarkeis Morrissey | 51 | 22 - 25 | | |
| Jarkeis Morrissey | 52 | 1 - 25 | | |
| Jarkeis Morrissey | 53 | 1 - 9 | | |
| Jarkeis Morrissey | 54 | 16 - 25 | | |
| Jarkeis Morrissey | 55 | 14 - 25 | | |
| Jarkeis Morrissey | 56 | 1 - 24 | | |
| Jarkeis Morrissey | 57 | 15 - 25 | | |
| Jarkeis Morrissey | 58 | 1 - 8 | | |

23

| | | | | |
|---|---|---|---|---|
| Jarkeis Morrissey | 58 | 22 - 25 | | |
| Jarkeis Morrissey | 59 | 1 - 2 | | |
| Jarkeis Morrissey | 59 | 16 - 25 | | |
| Jarkeis Morrissey | 60 | 1 - 21 | | |
| Jarkeis Morrissey | 62 | 20 - 25 | | |
| Jarkeis Morrissey | 63 | 1 - 25 | | |
| Jarkeis Morrissey | 64 | 5 - 16 | | |
| Jarkeis Morrissey | 68 | 8 - 17 | | |
| Jarkeis Morrissey | 70 | 1 - 13 | | |
| Jarkeis Morrissey | 71 | 5 - 25 | | |
| Jarkeis Morrissey | 72 | 3 -25 | | |
| Jarkeis Morrissey | 73 | 1 - 6 | | |
| Jarkeis Morrissey | 74 | 3 - 19 | | |
| Jarkeis Morrissey | 77 | 2 - 14 | | |
| Jarkeis Morrissey | 78 | 25 | | |
| Jarkeis Morrissey | 79 | 1 - 9 | | |
| Jarkeis Morrissey | 79 | 15 - 23 | | |
| Jarkeis Morrissey | 83 | 8 - 15 | | |
| Jarkeis Morrissey | 85 | 13 - 25 | | |
| Jarkeis Morrissey | 86 | 1 | | |

24

| Jason McGrath – Deposed on June 18, 2025 | | | | |
|---|---|---|---|---|
| **Transcript** | **Page** | **Line** | **Carver Objection** | **Ruling** |
| Jason McGrath | 4 5 | 2 - 11 | | |
| Jason McGrath | 6 | 10 -19 | | |
| Jason McGrath | 10 11 | 12 - 6 | | |
| Jason McGrath | 11 12 | 8 - 21 | | |
| Jason McGrath | 12 13 | 1 - 19 | | |
| Jason McGrath | 14 16 | 4 - 20 | | |
| Jason McGrath | 19 21 | 18 - 22 | | |
| Jason McGrath | 23 24 | 21 - 16 | | |
| Jason McGrath | 26 27 | 11 - 6 | | |
| Jason McGrath | 27 37 | 14 - 13 | | |
| Jason McGrath | 38 44 | 13 - 16 | | |
| Jason McGrath | 44 48 | 18 - 19 | | |
| Jason McGrath | 48 49 | 21 - 23 | | |
| Jason McGrath | 50 51 | 12 - 9 | | |
| Jason McGrath | 57 61 | 25 - 5 | | |
| Jason McGrath | 61 63 | 14 - 3 | | |
| Jason McGrath | 65 68 | 7 - 10 | | |
| Jason McGrath | 70 | 5 - 11 | | |
| Jason McGrath | 72 73 | 14 - 5 | | |
| Jason McGrath | 74 76 | 16 - 12 | | |

| Sharif Porter – Deposed on April 30, 2025 | | | | |
|---|---|---|---|---|
| **Transcript** | **Page** | **Line** | **Carver Objection** | **Ruling** |
| Sharif Porter | 5 | 1 - 25 | | |
| Sharif Porter | 6 | 1 - 20 | | |
| Sharif Porter | 8 | 9 - 13 | | |
| Sharif Porter | 8 | 17 - 19 | | |
| Sharif Porter | 8 | 23 - 25 | | |
| Sharif Porter | 9 | 1 - 17 | | |
| Sharif Porter | 10 | 2 – 4 | | |
| Sharif Porter | 11 | 16 - 25 | | |
| Sharif Porter | 12 | 1 | | |
| Sharif Porter | 12 | 13 - 25 | | |
| Sharif Porter | 13 | 15 - 20 | | |
| Sharif Porter | 15 | 11 - 13 | | |
| Sharif Porter | 16 | 4 - 15 | | |
| Sharif Porter | 17 | 10 -18 | | |
| Sharif Porter | 18 | 20 - 25 | | |
| Sharif Porter | 19 | 1 - 21 | | |
| Sharif Porter | 20 | 22 - 25 | | |
| Sharif Porter | 21 | 16 - 18 | | |
| Sharif Porter | 21 | 24 - 25 | | |
| Sharif Porter | 22 | 1 - 15 | | |
| Sharif Porter | 23 | 1 - 22 | | |
| Sharif Porter | 24 | 7 - 25 | | |
| Sharif Porter | 25 | 5 - 25 | | |
| Sharif Porter | 26 | 18 - 25 | | |
| Sharif Porter | 27 | 1 – 8 | | |
| Sharif Porter | 27 | 13 - 18 | | |
| Sharif Porter | 27 | 23 - 25 | | |
| Sharif Porter | 28 | 1 - 14 | | |
| Sharif Porter | 28 | 21 - 25 | | |
| Sharif Porter | 29 | 1 - 6 | | |
| Sharif Porter | 31 | 21 - 25 | | |
| Sharif Porter | 32 | 1 - 6 | | |
| Sharif Porter | 32 | 13 - 20 | | |
| Sharif Porter | 33 | 1 -17 | | |
| Sharif Porter | 37 | 3 -18 | | |
| Sharif Porter | 37 | 25 | | |
| Sharif Porter | 38 | 1 - 4 | | |
| Sharif Porter | 39 | 5 - 13 | | |
| Sharif Porter | 40 | 16 - 22 | | |
| Sharif Porter | 43 | 3 - 25 | | |
| Sharif Porter | 44 | 1 - 4 | | |
| Sharif Porter | 44 | 9 - 17 | | |
| Sharif Porter | 45 | 1 - 17 | | |
| Sharif Porter | 46 | 2 - 9 | | |
| Sharif Porter | 47 | 18 - 23 | | |

| | | | | |
|---|---|---|---|---|
| Sharif Porter | 48 | 1 - 2 | | |
| Sharif Porter | 48 | 19 - 25 | | |
| Sharif Porter | 49 | 1 - 5 | | |
| Sharif Porter | 49 | 13 - 25 | | |
| Sharif Porter | 50 | 1 - 2 | | |
| Sharif Porter | 50 | 6 - 14 | | |
| Sharif Porter | 52 | 10 - 21 | | |
| Sharif Porter | 53 | 1 - 16 | | |
| Sharif Porter | 57 | 13 - 25 | | |
| Sharif Porter | 58 | 1 - 13 | | |
| Sharif Porter | 58 | 19 - 25 | | |
| Sharif Porter | 59 | 7 - 20 | | |
| Sharif Porter | 60 | 2 - 5 | | |
| Sharif Porter | 62 | 12 -17 | | |
| Sharif Porter | 63 | 3 - 18 | | |
| Sharif Porter | 65 | 15 - 19 | | |
| Sharif Porter | 66 | 9 - 25 | | |
| Sharif Porter | 67 | 1 - 17 | | |
| Sharif Porter | 68 | 11 - 21 | | |
| Sharif Porter | 69 | 22 - 25 | | |
| Sharif Porter | 73 | 3 - 25 | | |
| Sharif Porter | 74 | 1 - 20 | | |
| Sharif Porter | 75 | 7 - 25 | | |
| Sharif Porter | 76 | 1 -25 | | |
| Sharif Porter | 77 | 1 – 8 | | |
| Sharif Porter | 77 | 22 - 25 | | |
| Sharif Porter | 78 | 1 - 4 | | |
| Sharif Porter | 81 | 1 - 12 | | |
| Sharif Porter | 82 | 18 - 25 | | |
| Sharif Porter | 83 | 1 - 11 | | |

27

**Alex O'Rourke – August 5, 2025**

| Transcript | Page | Line | Carver Objection | Rulings |
|---|---|---|---|---|
| Alex O'Rourke | 5<br>6 | 4 -<br>17 | | |
| Alex O'Rourke | 8<br>9 | 11 -<br>17 | | |
| Alex O'Rourke | 11<br>13 | 5 -<br>11 | | |
| Alex O'Rourke | 14<br>15 | 1 -<br>18 | | |
| Alex O'Rourke | 14 | 6 - 20 | | |
| Alex O'Rourke | 17<br>18 | 8 -<br>15 | | |
| Alex O'Rourke | 19<br>23 | 9 -<br>17 | | |
| Alex O'Rourke | 26<br>27 | 15 -<br>11 | | |
| Alex O'Rourke | 28<br>34 | 7 - 7 | | |
| Alex O'Rourke | 34<br>38 | 12 -<br>3 | | |
| Alex O'Rourke | 38<br>40 | 5 - 9 | | |
| Alex O'Rourke | 41<br>45 | 17 -<br>3 | | |
| Alex O'Rourke | 45<br>46 | 11 -<br>15 | | |
| Alex O'Rourke | 47<br>50 | 20 -<br>6 | | |
| Alex O'Rourke | 51<br>52 | 2 -<br>19 | | |
| Alex O'Rourke | 53 | 15 - 18 | | |
| Alex O'Rourke | 54<br>55 | 7 -<br>18 | | |
| Alex O'Rourke | 56<br>59 | 4 -<br>15 | | |
| Alex O'Rourke | 62<br>63 | 11 -<br>10 | | |
| Alex O'Rourke | 63<br>67 | 14 -<br>16 | | |
| Alex O'Rourke | 67<br>69 | 18 -<br>4 | | |
| Alex O'Rourke | 72<br>76 | 7 -<br>15 | | |

28

**Coeymans Marine Towing, LLC d/b/a Carver Marine Towing as Owner and Operator of M/T Mackenzie Rose, (IMO No. 8968765) ("Carver")'s Deposition Designations with Belt Line's Objections Page and Line Number**

**Deposition Designations**

**Howard Swanson**.................................................................................................................30

**Nicholas Laraway**.................................................................................................................31

Swanson - Neither the deposition nor any designations have been provided, nor has the identity of who this witness is been disclosed. Therefore, his deposition may not be used.

Laraway - Carver has identified no counter-designations, and it has designated him as a live witness. Therefore, Carver may not use portions of his deposition not designated by Belt Line.