# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

In the Matter of COEYMANS MARINE TOWING, LLC,
d/b/a CARVER MARINE TOWING AS OWNER AND
OPERATOR OF M/T MACKENZIE ROSE, (IMO No. 8968765),
Her Cargo, Engines, Boilers, Tackle, Equipment, Apparel, and App,

Case No.: 2:24cv490

NORFOLK AND PORTSMOUTH BELT LINE
RAILROAD COMPANY,

      Consolidated Plaintiff/Claimant,

v.

JAMES MORRISEY,

      Defendant.

## SECOND SUPPLEMENT TO FINAL PRETRIAL ORDER

The parties, having failed to identify specific deposition designations in their proposed Final Pretrial Order, were ordered to produce specific designations no later than 9:00 a.m. on Tuesday, February 17. Belt Line filed the appropriate Notice this morning. ECF No. 179. Attached to that Notice were Belt Line's deposition designations, but Carver's designations only included the names of two witnesses, Harold Swanson and Nick Laraway. In the Court's Supplement to Final Pretrial Order filed earlier today, the Court held that, since Carver failed to specifically designate any portions of either deposition and failed to produce Swanson's deposition transcript, Carver was precluded from offering excerpts of those depositions at trial. ECF No. 180. As a further basis, the Court also found that, since Laraway was Carver's witness and was designated by it to appear live, his deposition could not be used. *Id.*

The Court has since learned that Belt Line delivered a courtesy copy of the Notice as well as the deposition designations and transcripts, for both their witnesses and, unlike in the electronic filing, Carver's witnesses, Swanson and Larraway. Nonetheless, since both witnesses are scheduled to appear live, and both appear to be Carver's own personnel, Carver may not offer excerpts from their depositions except to the extent permitted under Federal Rule of Civil Procedure 32.

/s/ Lawrence R. Leonard
United States Magistrate Judge

Norfolk, Virginia
February 17, 2026