# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

| | |
|---|---|
| In the Matter of COEYMANS MARINE TOWING, LLC d/b/a CARVER MARINE TOWING, as Owner and Operator of the *M/T Mackenzie Rose*, (IMO No. 8968765), *et al.* | Civil Action No. 2:24-cv-00490-MSD LRL |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Matthew J. Obiala, Esq. of Clyde & Co US LLP hereby enters his appearance as counsel for COEYMANS MARINE TOWING, LLC d/b/a CARVER MARINE TOWING in the above-captioned matter:

    Respectfully submitted,

    CLYDE & CO US LLP

    By: */s/ Matthew J. Obiala*
    Matthew J. Obiala (VSB No. 100626)
    CLYDE & CO US LLP
    30 S. Wacker Drive, Suite 2600
    Chicago, Illinois 60606
    T: (312) 635-7000
    E: Matt.Obiala@clydeco.us

    *Counsel for Coeymans Marine Towing, LLC d/b/a Carver Marine Towing*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on February 20, 2026, a copy of the foregoing Notice of Appearance was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Matthew J. Obiala*

Matthew J. Obiala (VSB No. 100626)