UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

In the Matter of COEYMANS MARINE TOWING, LLC,
*d/b/a* CARVER MARINE TOWING AS OWNER AND
OPERATOR OF M/T MACKENZIE ROSE, (IMO No. 8968765),
Her Cargo, Engines, Boilers, Tackle, Equipment, Apparel, and App,

Case No.: 2:24cv490

**NORFOLK AND PORTSMOUTH BELT LINE
RAILROAD COMPANY,**

    Consolidated Plaintiff/Claimant,

v.

**JAMES MORRISEY,**

    Defendant.

## ORDER

Presently before the Court is Petitioner Coeymans Marine Towing, LLC d/b/a Carver Marine Towing's ("Carver") Motion to Exclude Testimony and Opinions of Zane Sadik PE, and an accompanying memorandum in support. ECF Nos. 102–03. Sadik is a professional engineer who was retained as an expert witness by Claimant Evanston Insurance Company. *Id.* However, Sadik has not been identified as a witness who will or may testify at trial. ECF No. 178 at 9–11. Accordingly, the Carver's Motion, ECF No. 102, is **DISMISSED as moot**.

The Clerk is **DIRECTED** to forward a copy of this Order to all counsel of record.

It is so **ORDERED**.

/s/ Lawrence R. Leonard
United States Magistrate Judge

Norfolk, Virginia
February 20, 2026