# Exhibit 3

# INTERNATIONAL VALUATION STANDARDS

EFFECTIVE 31 JANUARY 2025



**IVSC**

INTERNATIONAL VALUATION
STANDARDS COUNCIL

The adoption or use of any International Valuation Standards Council standards by any entity is entirely voluntary and at the user's risk. The International Valuation Standards Council does not control how or if any entity chooses to use the standards and does not and cannot ensure or require compliance with the standards. The International Valuation Standards Council does not audit, monitor, review, or control in any way the manner in which users apply the standards.

Copyright © 2024 International Valuation Standards Council.

All rights reserved.

No part of this publication may be translated, reprinted or reproduced or utilised in any form either in whole or in part or by any electronic, mechanical or other means, now known or hereafter invented, including photocopying and recording, or in any information storage and retrieval system, without permission in writing from the International Valuation Standards Council.

Please address publication and copyright matters to:
International Valuation Standards Council, 20 St Dunstan's Hill, LONDON, EC3R 8HL, UK
United Kingdom  Email: contact@ivsc.org  www.ivsc.org

ISBN: 978-0-9931513-7-8

The International Valuation Standards Council, the authors and the publishers do not accept responsibility for loss caused to any person who acts or refrains from acting in reliance on the material in this publication, whether such loss is caused by negligence or otherwise.

Typeset by Page Bros, Norwich

# Contents

Foreword                                                          5

Glossary                                                          8

**General Standards**                                            12

    IVS 100  *Valuation Framework*            13

    IVS 101  *Scope of Work*                  16

    IVS 102  *Bases of Value*                 19

    IVS 103  *Valuation Approaches*           31

    IVS 104  *Data and Inputs*                52

    IVS 105  *Valuation Models*               56

    IVS 106  *Documentation and Reporting*    59

**Asset Standards**                                              62

    IVS 200  *Businesses and Business Interests*    63

    IVS 210  *Intangible Assets*              76

    IVS 220  *Non-Financial Liabilities*      92

    IVS 230  *Inventory*                     102

    IVS 300  *Plant, Equipment and Infrastructure*  110

    IVS 400  *Real Property Interests*       122

    IVS 410  *Development Property*          131

    IVS 500  *Financial Instruments*         145



# IVS 300  Plant, Equipment and Infrastructure

| IVS 200 Businesses and Business Interests | IVS 210 Intangible Assets | IVS 220 Non-Financial Liabilities | IVS 230 Inventory | **IVS 300 Plant, Equipment and Infrastructure** | IVS 400 Real Property Interests | IVS 410 Development Property | IVS 500 Financial Instruments |

| **Contents** | **Paragraphs** |
|---|---|
| Overview | 10 |
| Introduction | 20 |
| Valuation Framework | 30 |
| Scope of Work | 40 |
| Bases of Value | 50 |
| Valuation Approaches | 60 |
| Market Approach | 70 |
| Income Approach | 80 |
| Cost Approach | 90 |
| Data and Inputs | 100 |
| Valuation Models | 110 |
| Documentation and Reporting | 120 |
| Special Considerations for Plant and Equipment | 130 |

**Asset Standards: IVS 300** *Plant, Equipment and Infrastructure*

### 10.    Overview

10.01    The principles contained in the General Standards apply to *valuations* of plant, equipment and infrastructure (PEI). This standard includes modifications, additional requirements or specific examples of how the General Standards apply to *valuations* to which this standard applies. *Valuations* of PEI must also follow the applicable standards for that type of *asset* and/or *liability* (see IVS 400 *Real Property Interests* and IVS 410 *Development Property*, where applicable).

### 20.    Introduction

20.01    Items of PEI (which may sometimes be categorised as a type of personal property) are *tangible assets* that are usually held by an entity for use in the manufacturing/production or supply of goods or services, for rental by others or for administrative purposes and that are expected to be used over a period of time. PEI may also include infrastructure assets, which are typically part of a specialised system, network or group of complementary *assets*. Where applicable, *valuations* relating to infrastructure *should* also have consideration to IVS 400 *Real Property Interests* and IVS 410 *Development Property*.

20.02    The right to use an item of machinery and equipment (such as a right



110

basis, or alternatively may be achieved by selling the *assets* as a group, depending upon the market.

50.05   It *should* be noted that for plant and equipment, selling an *asset* on a removed (ex-situ) or piecemeal basis may be quite common. For infrastructure, selling an *asset* on a removed (ex-situ) or piecemeal basis may or may not be possible and will vary depending upon the characteristics of the *asset*.

50.06   The proposition of a removed (ex-situ) basis raises the possibility that there will be certain *asset* components (or originally incurred indirect *costs*) that are not recoverable once the *asset* is removed (either physically or economically). Such items might include (but not be limited to) foundations, electrical and process piping, transportation costs, installation and commissioning costs, fixed buildings, safety and protection equipment, etc.

50.07   In the event that a scope of work specifically requires the determination of a net amount (as opposed to gross amount) that would be realised from a liquidation sale, the nature and quantum of the *costs* that will likely be incurred by the seller to get from the gross to the net amount *should* be made clear.

**60.   Valuation Approaches**

60.01   The three principal *valuation approaches* described in IVS 103 *Valuation Approaches* may all be applied to the *valuation* of PEI *assets* and/or *liabilities* depending on the nature of the *assets*, the information available, and the facts and circumstances surrounding the *valuation*.

**70.   Market Approach**

70.01   For classes of plant and equipment that are homogenous, eg, cranes, construction equipment, motor vehicles (light and heavy) and earthmoving equipment, the market approach is commonly used as there may be sufficient *data* of recent sales of similar *assets*. However, many types of plant and equipment are specialised and in these instances care *must* be exercised in offering *valuation* using a market approach when available market data is poor or non-existent. In such circumstances it may be appropriate to adopt either the income approach or the cost approach to the *valuation* (see IVS 103 *Valuation Approaches*, para 20.03).

70.02   When using the market approach, types of evidence will include (see section 100, para 100.02 of this standard):

(a)   actual sales of identical *assets*,

(b)   actual sales of similar *assets,*

(c)   asking prices for identical *assets*,

(d)   asking prices for similar *assets*.

70.03   Depending upon the *asset(s)* being valued, market evidence may be considered in a variety of ways including:

(a)   piecemeal (ie, individual *asset* basis),

*Asset Standards: IVS 300 Plant, Equipment and Infrastructure*

