# Exhibit 4

2020-2021 EDITION

# 2020-2021
## Uniform Standards of Professional Appraisal Practice (USPAP)

Effective January 1, 2020 through December 31, 2021

electronic edition

**PLUS**
Guidance from the Appraisal Standards Board
+ USPAP ADVISORY OPINIONS
+ USPAP FREQUENTLY ASKED QUESTIONS (FAQ)



The Appraisal FOUNDATION
Authorized by Congress as the Source of Appraisal Standards and Appraiser Qualifications

APPRAISAL STANDARDS BOARD

# UNIFORM STANDARDS OF PROFESSIONAL APPRAISAL PRACTICE

## 2020-2021 EDITION



Authorized by Congress as the Source of Appraisal Standards and Appraiser Qualifications

APPRAISAL STANDARDS BOARD

Published in the United States of America.

ISBN: 978-0-9985335-8-2

**All Rights Reserved**
Copyright © 2020, The Appraisal Foundation.

The Appraisal Foundation reserves all rights with respect to this material. No part of this publication may be reproduced, duplicated, altered or otherwise published in electronic or paper means or in any format or form without the express written permission of the publisher.

**EFFECTIVE:**

January 1, 2020 through December 31, 2021

# TABLE OF CONTENTS

## UNIFORM STANDARDS OF PROFESSIONAL APPRAISAL PRACTICE

FOREWORD . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . I

TABLE OF CONTENTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . V

PREAMBLE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

DEFINITIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

ETHICS RULE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

RECORD KEEPING RULE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

COMPETENCY RULE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

SCOPE OF WORK RULE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

JURISDICTIONAL EXCEPTION RULE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

## STANDARDS AND STANDARD RULES

STANDARD 1: REAL PROPERTY APPRAISAL, DEVELOPMENT . . . . . . . . . . . . . . . . . . . . . . . . 16

STANDARD 2: REAL PROPERTY APPRAISAL, REPORTING . . . . . . . . . . . . . . . . . . . . . . . . . . 20

STANDARD 3: APPRAISAL REVIEW, DEVELOPMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

STANDARD 4: APPRAISAL REVIEW, REPORTING . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29

STANDARD 5: MASS APPRAISAL, DEVELOPMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32

STANDARD 6: MASS APPRAISAL, REPORTING . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38

STANDARD 7: PERSONAL PROPERTY APPRAISAL, DEVELOPMENT . . . . . . . . . . . . . . . . . . 42

STANDARD 8: PERSONAL PROPERTY APPRAISAL, REPORTING . . . . . . . . . . . . . . . . . . . . . 46

STANDARD 9: BUSINESS APPRAISAL, DEVELOPMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51

STANDARD 10: BUSINESS APPRAISAL, REPORTING . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54

## STATEMENTS ON APPRAISAL STANDARDS

Statements on Appraisal Standards (SMT) are authorized by the by-laws of The Appraisal Foundation and are specifically for the purposes of clarification, interpretation, explanation, or elaboration of the *Uniform Standards of Professional Appraisal Practice* (USPAP). Statements have the full weight of a Standards Rule and can be adopted by the Appraisal Standards Board only after exposure and comment. There are currently no active Statements.

# STANDARD 7: PERSONAL PROPERTY APPRAISAL, DEVELOPMENT

In developing a personal property appraisal, an appraiser must identify the problem to be solved, determine the scope of work necessary to solve the problem, and correctly complete research and analyses necessary to produce a credible appraisal.

> **FAQ** See also FAQ 265-334

*Comment*: The requirements set forth in STANDARD 7 follow the appraisal development process in the order of topics addressed and can be used by appraisers and the users of appraisal services as a checklist.

**STANDARDS RULE 7-1, GENERAL DEVELOPMENT REQUIREMENTS**
In developing a personal property appraisal, an appraiser must:

(a) be aware of, understand, and correctly employ those recognized methods and techniques that are necessary to produce a credible appraisal;

*Comment*: This Standards Rule recognizes that the principle of change continues to affect the manner in which appraisers perform appraisal services. Changes and developments in personal property practice have a substantial impact on the appraisal profession. Important changes in the cost and manner of acquiring, producing, and marketing personal property and changes in the legal framework in which appraisers perform their assignments result in the need for corresponding changes in personal property appraisal theory and practice. Social change has also had an effect on appraisal theory and practice. The appraisal profession responds to changing circumstances with revised and new appraisal methods and techniques. Therefore, it is not sufficient for appraisers to maintain the skills and the knowledge they possess when they become appraisers. Each appraiser must improve and update his or her skills and knowledge to remain proficient in the appraisal of personal property.

(b) not commit a substantial error of omission or commission that significantly affects an appraisal; and

*Comment*: An appraiser must use sufficient care to avoid errors that would significantly affect his or her opinions and conclusions. Diligence is required to identify and analyze the factors, conditions, data, and other information that would have a significant effect on the credibility of the assignment results.

(c) not render appraisal services in a careless or negligent manner, such as by making a series of errors that, although individually might not significantly affect the results of an appraisal, in the aggregate affect the credibility of those results.

**STANDARDS RULE 7-2, PROBLEM IDENTIFICATION**
In developing a personal property appraisal, an appraiser must:

(a) identify the client and other intended users;[70]

(b) identify the intended use of the appraiser's opinions and conclusions;

*Comment*: An appraiser must not allow the intended use of an assignment or a client's objectives to cause the assignment results to be biased.

(c) identify the type and definition of value; and ascertain whether the value is to be:

    (i) in terms of cash; or
    (ii) in terms of financial arrangements equivalent to cash; or
    (iii) in other precisely defined terms; and
    (iv) if the opinion of value is to be based on non-market financing or financing with unusual conditions or incentives, identify the terms of such financing and any influences on value;

---

[70] See Advisory Opinion 36, *Identification and Disclosure of Client, Intended Use, and Intended Users*. Also applicable to Standards Rule 7-2(b).



> Comment: When reasonable exposure time is a component of the definition for the value opinion being developed, the appraiser must also develop an opinion of reasonable exposure time linked to that value opinion.[71]

(d) identify the effective date of the appraiser's opinions and conclusions;[72]

(e) identify, from sources the appraiser reasonably believes to be reliable, the characteristics of the property that are relevant to the type and definition of value and intended use of the appraisal, including:

  (i) sufficient characteristics to establish the identity of the item including the method of identification;[73]

  (ii) sufficient characteristics to establish the relative quality of the item (and its component parts, where applicable) within its type;

  (iii) all other physical and economic characteristics with a material effect on value;

  > Comment: Some examples of physical and economic characteristics include condition, style, size, quality, manufacturer, author, materials, origin, age, provenance, alterations, restorations, and obsolescence. The type of property, the type and definition of value, and intended use of the appraisal determine which characteristics have a material effect on value.

  (iv) the ownership interest to be valued;

  (v) any known restrictions, encumbrances, leases, covenants, contracts, declarations, special assessments, ordinances, or other items of a similar nature if relevant to the assignment; and

  (vi) any real property or intangible assets that are not personal property but which are included in the appraisal;

  > Comment on (i)–(vi): An appraiser may use any combination of a property inspection, documents, or other information to identify the relevant characteristics of the subject property.
  >
  > When appraising proposed modifications, an appraiser must examine and have available for future examination, documentation sufficient to identify the extent and character of the proposed modifications.
  >
  > An appraiser may not be required to value the whole when the subject of the appraisal is a fractional interest, a physical segment, or a partial holding.

(f) identify any extraordinary assumptions necessary in the assignment. An extraordinary assumption may be used in an assignment only if:

  (i) the extraordinary assumption is required to properly develop credible opinions and conclusions;

  (ii) the appraiser has a reasonable basis for the extraordinary assumption; and

  (iii) use of the extraordinary assumption results in a credible analysis;

(g) identify any hypothetical conditions necessary in the assignment. A hypothetical condition may be used in an assignment only if:

  (i) use of the hypothetical condition is clearly required for legal purposes, for purposes of reasonable analysis, or for purposes of comparison; and

  (ii) use of the hypothetical condition results in a credible analysis; and

(h) determine the scope of work necessary to produce credible assignment results in accordance with the SCOPE OF WORK RULE.[74]

---

71  See Advisory Opinion 35, *Reasonable Exposure Time in Real Property and Personal Property Opinions of Value*.
72  See Advisory Opinion 34, *Retrospective and Prospective Value*.
73  See Advisory Opinion 2, *Inspection of Subject Property*.
74  See Advisory Opinion 34, *Retrospective and Prospective Value*.

STANDARD RULE 7-3, PROPERTY'S USE, MARKET, AND RELEVANT ECONOMIC CONDITIONS
In developing a personal property appraisal, when necessary for credible assignment results, an appraiser must:

   (a) analyze the property's current use and alternative uses as relevant to the type and definition of value and intended use of the appraisal;

      Comment: In the context of personal property, value can be a function of the choice of the appropriate market or, in some cases, market level for the type of item, the type and definition of value, and the intended use of the appraisal.

      The appraiser must consider the various uses of the property when viable alternative uses exist and when those alternative uses may result in a different value.

   (b) define and analyze the appropriate market consistent with the type and definition of value; and

      Comment: The appraiser must recognize that there are distinct levels of trade (measureable marketplaces), and each may generate its own data. For example, a property may have a different value at a wholesale level of trade, retail level of trade, or under various auction conditions. Therefore, the appraiser must analyze the subject property within the correct market context.

   (c) analyze the relevant economic conditions that exist on the effective date of the valuation, including market acceptability of the property and supply, demand, scarcity or rarity.

STANDARDS RULE 7-4, APPROACHES TO VALUE
In developing a personal property appraisal, an appraiser must collect, verify, and analyze all information necessary for credible assignment results.

   (a) When a sales comparison approach is necessary for credible assignment results, an appraiser must analyze such comparable sales data as are available to indicate a value conclusion.

   (b) When a cost approach is necessary for credible assignment results, an appraiser must:

      (i) analyze such comparable cost data as are available to estimate the cost new of the property; and

      (ii) analyze such comparable data as are available to estimate the difference between cost new and the present worth of the property (depreciation).

   (c) When an income approach is necessary for credible assignment results, an appraiser must:

      (i) analyze such comparable data as are available to estimate the market income of the property;

      (ii) analyze such comparable operating expense data as are available to estimate the operating expenses of the property;

      (iii) analyze such comparable data as are available to estimate rates of capitalization and/or rates of discount; and

      (iv) base projections of future income and expenses on reasonably clear and appropriate evidence.

         Comment: An appraiser must, in developing income and expense statements and cash flow projections, weigh historical information and trends, current supply and demand factors affecting such trends, and competition.

   (d) When developing an opinion of the value of a lease, leased, or encumbered property, an appraiser must analyze the effect on value, if any, of the terms and conditions of the lease(s) or encumbrances.

   (e) When appraising multiple objects, the appraiser must consider the significance of the value of the individual assets to the assignment results. Those objects which are more significant to the assignment results should be the focus of the analysis and analyzed in appropriate detail.

  Comment: A group of objects may have a mix of high and low value items. Those objects that are more significant to the assignment results should be subject to a greater and appropriate depth of analysis.    1424
1425

(f) When analyzing the assemblage of the various component parts of a property, an appraiser must analyze the effect on value, if any, of the assemblage. An appraiser must refrain from valuing the whole solely by adding together the individual values of the various component parts.   1426
1427
1428

  Comment: Although the value of the whole may be equal to the sum of the separate parts, it also may be greater than or less than the sum of such parts.   1429
1430

(g) When analyzing anticipated modifications to the subject property, an appraiser must analyze the effect on value, if any, of such modifications to the extent they are reflected in market actions.   1431
1432

(h) When real property or intangible assets are included in the appraisal, the appraiser must analyze the effect on value of such non-personal property assets.   1433
1434

  Comment: When the scope of work includes an appraisal of real property or intangible assets, competency in real property appraisal (see STANDARD 1) or business appraisal (see STANDARD 9) is required. In addition, competency in other types of personal property outside of the appraiser's specialty area may be necessary (see the COMPETENCY RULE).   1435
1436
1437
1438

**STANDARDS RULE 7-5, SALE AGREEMENTS, OPTIONS, LISTINGS, AND PRIOR SALES**   1439
When necessary for credible assignment results, an appraiser must, if such information is available to the appraiser in the normal course of business:[75]   1440
1441

(a) analyze all agreements of sale, validated offers or third-party offers to sell, options, and listings of the subject property current as of the effective date of the appraisal if warranted by the intended use of the appraisal; and   1442
1443
1444

(b) analyze all prior sales of the subject property that occurred within a reasonable and applicable time period if relevant given the intended use of the appraisal and property type.   1445
1446

**STANDARDS RULE 7-6, RECONCILIATION**   1447
In developing a personal property appraisal, an appraiser must:   1448

(a) reconcile the quality and quantity of data available and analyzed within the approach or approaches used; and   1449
1450

(b) reconcile the applicability and relevance of the approach or approaches, methods and techniques used to arrive at the value conclusion(s).   1451
1452

---

75 See Advisory Opinion 24, *Normal Course of Business*.

# STANDARD 8: PERSONAL PROPERTY APPRAISAL, REPORTING

In reporting the results of a personal property appraisal, an appraiser must communicate each analysis, opinion, and conclusion in a manner that is not misleading.

See also FAQ 127-264

   Comment: STANDARD 8 addresses the content and level of information required in a report that communicates the results of a personal property appraisal.

   STANDARD 8 does not dictate the form, format, or style of personal property appraisal reports. The substantive content of a report determines its compliance.

**STANDARDS RULE 8-1, GENERAL REPORTING REQUIREMENTS**
Each written or oral personal property appraisal report must:

(a) clearly and accurately set forth the appraisal in a manner that will not be misleading;

(b) contain sufficient information to enable the intended user(s) of the appraisal to understand the report properly; and

(c) clearly and accurately disclose all assumptions, extraordinary assumptions, hypothetical conditions, and limiting conditions used in the assignment.

**STANDARDS RULE 8-2, CONTENT OF A PERSONAL PROPERTY APPRAISAL REPORT**
Each written personal property appraisal report must be prepared under one of the following options and prominently state which option is used: Appraisal Report or Restricted Appraisal Report.[76]

An appraiser may use any other label in addition to, but not in place of, the labels set forth in this Standards Rule for the type of report provided. The use of additional labels such as analysis, consultation, evaluation, study, or valuation does not exempt an appraiser from adherence to USPAP.

The report content and level of information requirements in this Standards Rule are minimums for each type of report.

(a) The content of an Appraisal Report must be appropriate for the intended use of the appraisal and, at a minimum:

   (i) state the identity of the client, or if the client requested anonymity, state that the client's identity is withheld at the client's request but is retained in the appraiser's workfile;[77]

      Comment: Because the client is an intended user, they must be identified in the report as such. However, if the client has requested anonymity the appraiser must use care when identifying the client to avoid violations of the Confidentiality section of the ETHICS RULE.

   (ii) state the identity of any other intended user(s) by name or type;

      Comment: A party receiving a copy of an Appraisal Report in order to satisfy disclosure requirements does not become an intended user of the appraisal unless the appraiser identifies such party as an intended user as part of the assignment.

   (iii) state the intended use of the appraisal;

   (iv) summarize information sufficient to identify the property involved in the appraisal, including the physical and economic property characteristics relevant to the assignment;

   (v) state the property interest appraised;

---

76  See Advisory Opinion 38, *Content of an Appraisal Report and Restricted Appraisal Report.*
77  See Advisory Opinion 36, *Identification and Disclosure of Client, Intended Use, and Intended Users.* Also applicable to Standards Rules 8-2(a)(ii) and (iii).

(vi)  state the type and definition of value and cite the source of the definition;

> Comment: Stating the definition of value also requires any comments needed to clearly indicate to the intended users how the definition is being applied.
>
> When reporting an opinion of value, state whether the opinion is:
>
> - in terms of cash or of financing terms equivalent to cash; or
> - based on non-market financing or financing with unusual conditions or incentives.
>
> When an opinion of value is based on non-market financing terms or financing with unusual conditions or incentives, summarize the terms of such financing and any influences on value.
>
> When an opinion of reasonable exposure time has been developed in compliance with Standards Rule 7-2(c), the opinion must be stated in the report.[78]

(vii)  state the effective date of the appraisal and the date of the report;[79]

(viii)  summarize the scope of work used to develop the appraisal;[80]

> Comment: Summarizing the scope of work includes disclosure of research and analyses performed and might also include disclosure of research and analyses not performed.

(ix)  summarize the extent of any significant personal property appraisal assistance and, in an assignment involving appraisers with expertise in different specialties (e.g., antiques, fine art, or machinery and equipment), disclose the role of each appraiser signing the certification;[81]

(x)  provide sufficient information to indicate that the appraiser complied with the requirements of STANDARD 7 by:

  (1)  summarizing the appraisal methods or techniques employed;

  (2)  stating the reasons for excluding the sales comparison, cost, or income approach(es) if any have not been developed;

  (3)  summarizing the results of analyzing the subject property's sales, agreements of sale, options, and listings when, in accordance with Standards Rule 7-5, it was necessary for credible assignment results and if such information was available to the appraiser in the normal course of business;[82]

  > Comment: If such information is unobtainable, a statement on the efforts undertaken by the appraiser to obtain the information is required. If such information is irrelevant, a statement acknowledging the existence of the information and citing its lack of relevance is required.

  (4)  stating the value opinion(s) and conclusion(s); and

  (5)  summarizing the information analyzed and the reasoning that supports the analyses, opinions, and conclusions, including reconciliation of the data and approaches;

(xi)  state, as appropriate to the class of personal property involved, the use of the property existing as of the effective date and the use of the property reflected in the appraisal;

> Comment: In the context of personal property, value can be a function of the current and alternative use of the subject property, the choice of the appropriate market or market level for the type of item, the type and definition of value, and intended use of the report.

---

78  See Advisory Opinion 35, *Reasonable Exposure Time in Real and Personal Property Opinions of Value*.
79  See Advisory Opinion 34, *Retrospective and Prospective Value Opinions*.
80  See Advisory Opinion 28, *Scope of Work Decision, Performance, and Disclosure* and Advisory Opinion 29, *An Acceptable Scope of Work*.
81  See Advisory Opinion 31, *Assignments Involving More than One Appraiser*.
82  See Advisory Opinion 24, *Normal Course of Business*.

| | | |
|---|---|---|
|1526| (xii) | when, in compliance with Standards Rule 7-3, an opinion of the appropriate market or market level was developed by the appraiser, state that opinion and summarize the support and rationale for that opinion; |
|1529| (xiii) | clearly and conspicuously: |
|1530| | • state all extraordinary assumptions and hypothetical conditions; and |
|1531| | • state that their use might have affected the assignment results; and |
|1532| (xiv) | include a signed certification in accordance with Standards Rule 8-3. |

(b) The content of a Restricted Appraisal Report must be appropriate for the intended use of the appraisal and, at a minimum:

(i) state the identity of the client, or if the client requested anonymity, state that the identity is withheld at the client's request but is retained in the appraiser's workfile;[83]

Comment: Because the client is an intended user, they must be identified in the report as such. However, if the client has requested anonymity the appraiser must use care when identifying the client to avoid violations of the Confidentiality section of the ETHICS RULE.

(ii) state the identity of any other intended user(s) by name;

Comment: A Restricted Appraisal Report may be provided when the client is the only intended user; or, when additional intended users are identified by name.

A party receiving a copy of a Restricted Appraisal Report in order to satisfy disclosure requirements does not become an intended user of the appraisal unless the appraiser identifies such party as an intended user as part of the assignment.

(iii) clearly and conspicuously state a restriction that limits use of the report to the client and the named intended user(s);

(iv) clearly and conspicuously warn that the report may not contain supporting rationale for all of the opinions and conclusions set forth in the report;

(v) state the intended use of the appraisal;

(vi) state information sufficient to identify the property involved in the appraisal;

(vii) state the property interest appraised;

(viii) state the type of value and cite the source of its definition;

Comment: When an opinion of reasonable exposure time has been developed in compliance with Standards Rule 7-2(c), the opinion must be stated in the report.[84]

(ix) state the effective date of the appraisal and the date of the report;[85]

(x) state the scope of work used to develop the appraisal;[86]

Comment: Stating the scope of work includes disclosure of research and analyses performed and might also include disclosure of research and analyses not performed.

(xi) state the extent of any significant personal property appraisal assistance;[87]

---

83  See Advisory Opinion 36, *Identification and Disclosure of Client, Intended Use, and Intended Users*. Also applicable to Standards Rules 8-2(b)(ii) and (v).
84  See Advisory Opinion 35, *Reasonable Exposure Time in Real and Personal Property Opinions of Value*.
85  See Advisory Opinion 34, *Retrospective and Prospective Value Opinions*.
86  See Advisory Opinion 28, *Scope of Work Decision, Performance, and Disclosure* and Advisory Opinion 29, *An Acceptable Scope of Work*.
87  See Advisory Opinion 2, *Inspection of Subject Property*.

(xii) provide sufficient information to indicate that the appraiser complied with the requirements of STANDARD 7 by:

    (1) stating the appraisal methods and techniques employed;

    (2) stating the reasons for excluding the sales comparison, cost, or income approach(es) if any have not been developed;

    (3) summarizing the results of analyzing the subject sales, agreements of sale, options, and listings in accordance with Standards Rule 7-5; and

        *Comment*: If such information is unobtainable, a statement on the efforts undertaken by the appraiser to obtain the information is required. If such information is irrelevant, a statement acknowledging the existence of the information and citing its lack of relevance is required.

    (4) stating the value opinion(s) and conclusion(s);

        *Comment*: An appraiser must maintain a workfile that includes sufficient information to indicate that the appraiser complied with the requirements of STANDARD 7 and for the appraiser to produce an Appraisal Report.[88]

(xiii) state, as appropriate to the class of personal property involved, the use of the property existing as of the effective date and the use of the property reflected in the appraisal;

    *Comment*: In the context of personal property, value can be a function of the current and alternative use of the subject property, the choice of the appropriate market or market level for the type of item, the type and definition of value, and intended use of the report.

(xiv) when an opinion of the appropriate market or market level was developed by the appraiser, state that opinion;

(xv) clearly and conspicuously:

- state all extraordinary assumptions and hypothetical conditions; and
- state that their use might have affected the assignment results; and

(xvi) include a signed certification in accordance with Standards Rule 8-3.

### STANDARDS RULE 8-3, CERTIFICATION
A signed certification is an integral part of the appraisal report.

(a) The wording of a certification does not have to match the following verbatim, but each of the elements must be addressed:

I certify that, to the best of my knowledge and belief:

- the statements of fact contained in this report are true and correct.
- the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no (or the specified) present or prospective interest in the property that is the subject of this report and no (or the specified) personal interest with respect to the parties involved.
- I have performed no (or the specified) services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding the agreement to perform this assignment.
- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

---

88  See RECORD KEEPING RULE.

- my engagement in this assignment was not contingent upon developing or reporting predetermined results.
- my compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- my analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the *Uniform Standards of Professional Appraisal Practice*.
- I have (or have not) made a personal inspection of the property that is the subject of this report. (If more than one person signs this certification, the certification must clearly specify which individuals did and which individuals did not make a personal inspection of the appraised property.)[89]
- no one provided significant personal property appraisal assistance to the person signing this certification. (If there are exceptions, the name of each individual providing significant personal property appraisal assistance must be stated.)[90]

(b) An appraiser who signs any part of the appraisal report, including a letter of transmittal, must also sign a certification.

*Comment*: In an assignment that includes only assignment results developed by the personal property appraiser(s) from the same personal property specialty, any appraiser who signs a certification accepts full responsibility for all elements of the certification, for the assignment results, and for the contents of the appraisal report. In an assignment involving appraisers with expertise in different specialties (e.g., antiques, fine art, or machinery and equipment), an appraiser who signs a certification may accept responsibility only for the elements of the certification, assignment results, and report contents specific to the appraiser's specialty. The role of each appraiser signing a certification must be disclosed in the report.

In an assignment that includes real property, business or intangible asset assignment results not developed by the personal property appraiser(s), any personal property appraiser who signs a certification accepts full responsibility for the personal property elements of the certification, for the personal property assignment results, and for the personal property contents of the appraisal report.

(c) When a signing appraiser has relied on work done by appraisers and others who do not sign the certification, the signing appraiser is responsible for the decision to rely on their work.

  (i) The signing appraiser is required to have a reasonable basis for believing that those individuals performing the work are competent; and

  (ii) The signing appraiser must have no reason to doubt that the work of those individuals is credible.

*Comment*: Although a certification must contain the names of individuals providing significant personal property appraisal assistance, it is not required that a summary of the extent of their assistance be located in a certification. This disclosure may be in any part(s) of the report.

**STANDARDS RULE 8-4, ORAL APPRAISAL REPORT**
To the extent that it is both possible and appropriate, an oral personal property appraisal report must address the substantive matters set forth in Standards Rule 8-2(a).

*Comment*: See the RECORD KEEPING RULE for corresponding requirements.

---

[89] See Advisory Opinion 2, *Inspection of Subject Property*.
[90] See Advisory Opinion 31, *Assignments Involving More than One Appraiser*.

