## Project Summary: Marine Investigation - 6 Docket Items - DCA24FM049

Description: Contact

Mode: Marine

NTSB Number: DCA24FM049

Date of Accident: 06/15/2024

City: Chesapeake

State/Region: VA

Country: United States

Project Type: Investigation

## Docket Information

Creation Date: 02/24/2025

Last Modified: 09/26/2025 9:35 AM

Public Release Date & Time: 09/26/2025 12:00 PM

Docket Table of Contents

Docket Items: 6

| # | Title | Pgs | Photo | Type | File |
|---|---|---|---|---|---|
| 1 | 6 - INTERVIEW TRANSCRIPT WITNESS STATEMENTS CARVER MARINE TOWING - PORT CAPTAIN | 46 | 0 | Text/Image | View |
| 2 | 6 - INTERVIEW TRANSCRIPT WITNESS STATEMENTS CARVER MARINE TOWING - GENERAL MANAGER | 60 | 0 | Text/Image | View |
| 3 | 6 - INTERVIEW TRANSCRIPT WITNESS STATEMENTS MACKENZIE ROSE - MATE | 77 | 0 | Text/Image | View |
| 4 | 6 - INTERVIEW TRANSCRIPT WITNESS STATEMENTS MACKENZIE ROSE - ENGINEER | 35 | 0 | Text/Image | View |
| 5 | 6 - INTERVIEW TRANSCRIPT WITNESS STATEMENTS MACKENZIE ROSE - AB DECKHAND 1 | 39 | 0 | Text/Image | View |
| 6 | 6 - INTERVIEW TRANSCRIPT WITNESS STATEMENTS MACKENZIE ROSE - AB DECKHAND 2 | 24 | 0 | Text/Image | View |

Connect With Us:



 @NTSB

 @NTSB_Newsroom

NTSB Blog

