UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

In the Matter of COEYMANS
MARINE TOWING, LLC D/B/A
CARVER MARINE TOWING as Owner                    Civil No. 2:24cv490
and Operator of M/T Mackenzie
Rose (IMO No. 8968765), etc.

## ORDER

On February 6, 2026, Magistrate Judge Leonard ruled on various pretrial motions filed by Claimant Norfolk and Portsmouth Belt Line Railroad Company ("the Belt Line") and Petitioner Coeymans Marine Towing, LLC d/b/a Carver Marine Towing ("Carver"). ECF Nos. 169-75. On February 20, 2026, both the Belt Line and Carver filed objections to certain of those rulings, pursuant to Federal Rule of Civil Procedure 72. ECF Nos. 185-90.

To ensure due consideration of these objections prior to the commencement of trial, the Court **ORDERS** the parties to file any responses in opposition to such objections no later than **5:00 p.m. Eastern** on **Monday, March 2, 2026**.

The Clerk is **REQUESTED** to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

_____
/s/ Mark S. Davis
Mark S. Davis
UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
February 25 , 2026