# Exhibit A

| | |
|---|---|
| **DRPT** | **BILL NUMBER** 186 |
| | Month's Account Oct-24 |
| | Date Made 11/7/2024 |
| F09015 75524-11 | |

# NORFOLK and PORTSMOUTH BELT LINE RAILROAD COMPANY

REMITTANCE TO TREASURER, NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY

| | |
|---|---|
| Labor: | $0.00 |
| Material: | $0.00 |
| Contractor Charges: | $78,771.34 |
| **Total Amount Due:** | **$78,771.34** |

DISTRIBUTION

-

For further information contact:

Norfolk & Portsmouth Belt Line Railroad Co
1340 Truxton Street
Chesapeake, VA 23324

**NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY**
**RAIL PRESERVATION PROGRAM- FISCAL YEAR 2024**
**GRANT EXPENSE SHEET**

Project Number: 75524-11
NPBL AFE: F09015

|  | EXPENSES | DRPT 70% | GRANTEE'S 30% |
|---|---|---|---|
| **Materials:** | | | |
| NPBL Inventory: | $0.00 | $0.00 | $0.00 |
| Non-Inventory: | $0.00 | $0.00 | $0.00 |
| Total Materials: | $0.00 | $0.00 | $0.00 |
| **NPBL Labor** | | | |
| NPBL Payrolls | $0.00 | $0.00 | $0.00 |
| Total NPBL Labor | $0.00 | $0.00 | $0.00 |
| **Purchase Services** | | | |
| Hardesty and Hanover | $112,530.48 | $78,771.34 | $33,759.14 |
| Hardesty and Hanover | $0.00 | $0.00 | $0.00 |
| Hardesty and Hanover | $0.00 | $0.00 | $0.00 |
| Hardesty and Hanover | $0.00 | $0.00 | $0.00 |
| Total: | $112,530.48 | $78,771.34 | $33,759.14 |
| **Total for project:** | $112,530.48 | $78,771.34 | $33,759.14 |

| | | |
|---|---|---|
| **$38,092.00** billed to 75522-11 | F10118 | 22-8002 |
| **$250,000.00 billed to 75523-11** | F09015 | 24-8006 |
| $112,530.48 REMAINDER Billed to 75524-11 | F09015 | 24-8007 |
| $400,622.48 Total | | |

# NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY
## RAIL PRESERVATION PROGRAM- FISCAL YEAR 2024
## GRANT EXPENSE SHEET

*Original*

| | Project Number | 75522-11 | 75523-11 |
|---|---|---|---|
| | NPBL AFE | F10118 | F09015 |
| | EXPENSES | DRPT 70% | GRANTEE'S 30% |
| **Materials:** | | | |
| NPBL Inventory: | $0.00 | $0.00 | $0.00 |
| Non-Inventory: | $0.00 | $0.00 | $0.00 |
| Total Materials: | $0.00 | $0.00 | $0.00 |
| **NPBL Labor** | | | |
| NPBL Payrolls | $0.00 | $0.00 | $0.00 |
| Total NPBL Labor | $0.00 | $0.00 | $0.00 |
| **Purchase Services** | | | |
| Hardesty and Hanover | $4,788.00 | $3,351.60 | $1,436.40 |
| Hardesty and Hanover | $92,722.51 | $64,905.76 | $27,816.75 |
| Hardesty and Hanover | $133,454.00 | $93,417.80 | $40,036.20 |
| Hardesty and Hanover | $169,657.97 | $118,760.58 | $50,897.39 |
| Total: | $400,622.48 | $280,435.74 | $120,186.74 |
| Total for project: | $400,622.48 | $280,435.74 | $120,186.74 |

| | | |
|---|---|---|
| $38,092.00 | billed to 75522-11 | F10118 |
| $250,000.00 | billed to 75523-11 | F09015 |
| $112,530.48 | REMAINDER | |
| $400,622.48 | Total | |