# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division
In Admiralty

| | |
|---|---|
| In the Matter of COEYMANS MARINE TOWING, LLC D/B/A CARVER MARINE TOWING as Owner and Operator of M/T Mackenzie Rose, (IMO No. 8968765), *et al*. | Civil Action No. 2:24-cv-00490-MSD-LRL |

**SEVENTH SUPPLEMENTAL RESPONSES OF NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY TO PETITIONER'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS**

Claimant/Respondent Norfolk and Portsmouth Belt Line Railroad Company ("Belt Line"), by counsel, for its Seventh Supplemental Responses to the First Requests for Production of Documents propounded by Coeymans Marine Towing, LLC d/b/a Carver Marine Towing, Inc. ("Carver"), states as follows:

**Privilege and Materiality Objections**

The Belt Line does not waive the attorney-client, work product, trial preparation, or any other privilege or immunity from disclosure which may attach to information called for or responsive to Carver's requests. These responses are submitted by the Belt Line subject to, and without in any way waiving or intending to waive, but to the contrary, intending to reserve and reserving:

(a) All questions as to competency, relevancy, materiality, privilege, and admissibility as evidence for any purpose of any of the documents referred to or responses given, or the subject matter thereof, in the trial of this action or in any other action or proceeding;

(b) The right at any time to revise, correct, supplement or clarify any of these responses and any future responses.

# SEVENTH SUPPLEMENTAL RESPONSES TO
# REQUESTS FOR PRODUCTION OF DOCUMENTS

1. Any and all documents relating to the ownership and/or leasing of the Norfolk & Portsmouth Belt Line Railroad Company Main Line Railroad Bridge ("Railroad Bridge").

**RESPONSE:**

**Subject to and without waiving any objection, please see documents labeled NPBL 000213-000228.**

2. Any and all documents relating to the initial construction of the Railroad Bridge.

**OBJECTION:**

**The Belt Line objects to this request on grounds that it is overbroad and unduly burdensome. If the request can be narrowed or if Carver is open to discussion regarding this request, the Belt Line may be able to provide responsive documents. To the extent this request seeks plans and construction drawings, the Belt Line will search for those documents.**

**RESPONSE:**

**Subject to and without waiving any objection, please see attached drawings from May 7, 1962 (Sheets 1-39), labeled NPBL 000229-000268. See also response to Request No. 1. The Belt Line also has the following unscanned drawings, which are available for inspection or copying at Carver's expense: NPBL Mainline Bridge / Virginia Electrical & Power Co. 1962; and NPBL Mainline Bridge Machinery As-Constructed Revisions (Sheet 31) 1959.**

3. Any and all documents relating to modifications, repairs, and maintenance of the Railroad Bridge, and the accompanying tracks, from the date of construction up to and including the date of the incident.

2

**OBJECTION:**

The Belt Line objects to this request on grounds that it is overbroad and unduly burdensome as the Railroad Bridge was constructed in 1958. Producing all documents for maintenance and repairs to the Railroad Bridge from 1958 to present day would be disproportionate to the needs of the case. Additionally, this request seeks information that is irrelevant to the claims and defenses asserted by the parties. If the request can be narrowed or if Carver is open to discussion regarding this request, the Belt Line may be able to provide responsive documents.

**RESPONSE:**

Subject to and without waiving any objection, please see response to Request No. 2 and additional documents labeled NPBL 000995-000998 (Walkway Plans), NPBL 000268-000360 (Bridge Software), NPBL 000839-000994 (VFD Controls), NPBL 000361-000396 (Lift Controls), NPBL 000397-000838 (Motor Replacement), and NPBL 000999-001305 (Repairs and Maintenance). The Belt Line also has the following unscanned documents and drawings, which are available for inspection or copying at Carver's expense: NPBL Mainline Bridge Counterweight Cable Replacement 1983; NPBL Mainline Bridge Signal Prints 1984.

**04/02/2025 FIRST SUPPLEMENTAL RESPONSE:**

Subject to and without waiving any objection, see also NPBL 003540-3576 (2016 Inspection Report), NPBL 003707-003717 (2017 Inspection Report), and NPBL 005870-005965 (Eastern Metal Works Invoices).

4. Any and all documents relating to inspections, surveys, structural testing, and materials specifications and certifications, performed and/or occurring from the date of construction up to and including the date of the incident.

**OBJECTION:**

**The Belt Line objects to this request on grounds that "performed and/or occurring" and "the date of construction" are too vague to permit the Belt Line to answer. Assuming this request pertains to the Railroad Bridge, the Belt Line objects to this request on grounds that it is overbroad and unduly burdensome as the Railroad Bridge was constructed in 1958. Producing all documents for inspections and surveys of the Railroad Bridge from 1958 to present day would be disproportionate to the needs of the case. Additionally, this request seeks information that is irrelevant to the claims and defenses asserted by the parties.**

**RESPONSE:**

**Subject to and without waiving any objection, please see the documents labeled NPBL 001328-002213 (Inspection Reports), NPBL 002214-002215 (Settlement Readings), and NPBL 001306-001327 (Underwater Inspection).**

**05/05/2025 SECOND SUPPLEMENTAL RESPONSE:**

**Subject to and without waiving any objection, please see the documents labeled NPBL 006601-006667 (Bridge Management Plan).**

**05/20/2025 FOURTH SUPPLEMENTAL RESPONSE:**

**Subject to and without waiving any objection, please see the documents labeled NPBL 006778-006812 (2023 Bridge Management Plan), NPBL 006834-006837 (FRA Inspection Reports), NPBL 006942-7038 (Track Inspection Reports), and NPBL 006813-006827 (June 2024 H&H Inspection Draft Report).**

4

5. Any and all documents relating to the repairs of the Railroad Bridge as a result of the occurrence on the date of the incident, including, but not limited to, emergency repairs/stabilization, extra expenses, repair proposals, drawings, plans, engineering and architectural drawings, shop drawings, project documents, contracts, subcontracts, progress reports and progress photographs, reports on testing, surveying, inspections, and reports on specifications and/or certifications of all materials procured and utilized in the repair of the Railroad Bridge as a result of the occurrence on the date of the incident.

**OBJECTION:**

**The Belt Line objects to this request to the extent that the documents requested, specifically the contract documents, include proprietary or confidential information and fall under the proposed Protective Order circulated by the Belt Line for review and comment on February 12, 2025. Carver has not responded. If the Protective Order is agreed upon by March 14, 2025, the Belt Line can produce responsive documents; otherwise, the Belt Line will file a motion under Fed. R. Civ. P. 26(c) requesting a Protective Order be entered.**

**RESPONSE:**

**Subject to and without waiving any objection, please see previously produced documents labeled NPBL 000014-000015 (Proposed Repair Methodology), NPBL 000054-000056 (Bridge Plan Markups), NPBL 000095-000106 (Lidar Scans), NPBL 000107-000116 (H&H Contract Plans), NPBL 000117-000121 (Procedure for Repair), NPBL 000122-000127 (Emergency Repair Schedule). See also NPBL 002408-002531 (PCL Construction Meeting Notes), NPBL 002643-002753 (Progress Updates), NPBL 002304-002365 (H&H Emergency Inspection Report), and confidential documents labeled NPBL 002545-002642 and NPBL**

5

**002755-3539 (Contracts and Invoices). Photos and videos related to the allision and repairs are produced in response to Request No. 7.**

**04/02/2025 FIRST SUPPLEMENTAL RESPONSE:**

**Subject to and without waiving any objection, see also NPBL 003718-003872 (H&H Drawings), NPBL 003873-003895 (RFI – H&H Responses), NPBL 003896-003929 (RFI – PCL), NPBL003930-004831 (Submittals – H&H Response), NPBL004832-005869 (Submittals – PCL), NPBL 005966-005983 (Additional Invoices), and confidential documents labeled NPBL 005984-006545 (Confidential Invoices).**

**05/05/2025 SECOND SUPPLEMENTAL RESPONSE:**

**Subject to and without waiving any objection, see also NPBL 006546-006600 (Confidential March Repair Invoices) and NPBL 006668 (Updated Costs Spreadsheet).**

**05/14/2025 THIRD SUPPLEMENTAL RESPONSE:**

**Subject to and without waiving any objection, please see the documents labeled NPBL 006669-006676 (Additive Rate Approval).**

**05/20/2025 FOURTH SUPPLEMENTAL RESPONSE:**

**Subject to and without waiving any objection, please see the documents labeled NPBL 006823-006833 and NPBL 006838-006940 (April/May Confidential Invoices), and NPBL 006941 (Updated Costs Spreadsheet).**

**06/02/2025 FIFTH SUPPLEMENTAL RESPONSE:**

**Subject to and without waiving any objection, see also NPBL 007039 (Updated Spreadsheet of Costs).**

**07/01/2025 SIXTH SUPPLEMENTAL RESPONSE:**

**Subject to and without waiving any objection, see also NPBL 008037-008155**

6

(Updated Confidential Invoices) and NPBL 008156 (Updated Costs Spreadsheet).

**07/29/2025 SEVENTH SUPPLEMENTAL RESPONSE:**

**Subject to and without waiving any objection, see also NPBL 008164-008175 (Updated Confidential Invoices) and NPBL 008176 (07/29/2025 Costs Spreadsheet).**

6. Any and all documents relating to any alleged lost business claim, loss of income claim, extra expenses and/or fees relating to said claim(s); any and all spreadsheets, receipts, invoices, contracts, bills of lading, purchase orders, cancellation notices, re-routing documents, demurrage fees, storage fees, proof of delay, shunting fees, and any other costs and/or fees relating to said claim(s).

**RESPONSE:**

**Subject to and without waiving any objection, please see the previously produced documents labeled NPBL 000198-000200, which the Belt Line reserves the right to update. The Belt Line is still determining the extent of its lost business claim and will produce documents as claim information becomes available. To the extent the documents sought include proprietary or confidential information, the Belt Line will produce such documents once the Protective Order is entered.**

7. Any and all videos or photographs relating to said claim, including, but not limited to, video showing the alleged allision by Petitioner's tug and barge with the Railroad Bridge on the date of the alleged incident.

**RESPONSE:**

**Subject to and without waiving any objection, please see previously produced videos**

7

and photos labeled NPBL 00001-000013, 000016-000046, 000057-000086, 000089-000094, and 000128-000097.  See also additional video labeled NPBL 002754.

**05/14/2025 THIRD SUPPLEMENTAL RESPONSE:**

**Subject to and without waiving any objection, please see the video labeled NPBL 0066777 (Jordan Bridge Video).**


|  |  |
|---|---|
| Dated:  July 29, 2025 | NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY |
|  |  |
|  | By:  /s/Mackenzie R. Pensyl |
|  | James L. Chapman, IV, VSB No. 21983 |
|  | W. Ryan Snow, VSB No. 47423 |
|  | Mackenzie R. Pensyl, VSB No. 100012 |
|  | CRENSHAW, WARE & MARTIN, P.L.C. |
|  | 150 W. Main Street, Suite 1923 |
|  | Norfolk, Virginia 23510 |
|  | Telephone: (757) 623-3000 |
|  | Facsimile: (757) 623-5735 |
|  | jchapman@cwm-law.com |
|  | wrsnow@cwm-law.com |
|  | mpensyl@cmw-law.com |
|  | *Attorneys for Norfolk and Portsmouth Belt Line Railroad Company* |

## CERTIFICATE OF SERVICE

I certify that on this 29th day of July, 2025, I served the foregoing by electronic mail on the following:

James H. Rodgers, Esq. *(pro hac vice)*
CLYDE & CO US LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 702-6771
(212) 710-3950
*James.Rodgers@clydeco.us*

Harold L. Cohen. Esq.
CLYDE & CO US LLP
1221 Brickell Ave #1600
Miami, Florida 33131
(202) 747-5108
(202) 747-5150
*Harry.Cohen@clydeco.us*

Rachel Werner, Esq. *(pro hac vice)*
CLYDE & CO US LLP
One North Central Avenue, Suite 1030
Pheonix, Arizona 85004
(480) 746-4580
(480) 746-4569 Direct
(480) 746-4556 Fax
*Rachel.werner@clydeco.us*

Michael Roman, Esq. *(pro hac vice)*
Dawn Johnson, Esq. *(pro hac vice)*
Siobhan Murphy, Esq. *(pro hac vice)*
CLYDE & CO US LLP
30 S. Wacker Drive, Ste 2600
Chicago, IL 60606
Tel No.: (312) 635-6971
Fax No.: (312)635-6950
*Michael.Roman@clydeco.us*
*Dawn.Johnson@clydeco.us*
*Siobhan.murphy@clydeco.us*
*Attorneys for Coeymans Marine Towing, LLC, d/b/a Carver Marine Towing*

Mark C Nanavati, Esq. (VSB #38709)
G. Christopher Jones, Jr., Esq. (VSB #82260)
SINNOT, NUCKOLS & LOGAN, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
(804) 893-3866 (Nanavati)
(804) 893-3862 (Jones)
(804) 378-2610 (Fax)
*mnanavati@snllaw.com*
*cjones@snllaw.com*
*Counsel for Evanston Insurance Company, s/s/o Norfolk and Portsmouth Belt Line Railroad Company*

Zachary M. Jett, Esq. (VSB #93285)
BUTLER WEIHMULLER KATZ CRAIG LLP
11525 N. Community House Rd, Suite 300
Charlotte, North Carolina 28277
(704) 543-2321
(704) 543-2324 (Fax)
*zjett@butler.legal*
*Counsel for Evanston Insurance Company s/s/o Norfolk and Portsmouth Belt Line Railroad Company*

James Morrissey (via electronic mail)
4723 Baywood Drive
Lynnhaven, FL 32444
*jdmorrissey15@gmail.com*

        */s/Mackenzie R. Pensyl*