# Exhibit C

| Document Date | Name of offsetting account | Costs | Additive Rate | Total | Ref. document name | Reason |
|---|---|---|---|---|---|---|
| | Construction of access road to site | $7,918.12 | 272.34% | $29,482.33 | Labor Costs | An access road was built to allow repair contractors to access site, stage equipment and materials. Road was constructed with NPBL personnel, Photos attached |
| | | $10,444.69 | 5.00% | $10,966.92 | Vulcan Materials 42644587 $10,444.69 | Ballast, accounted for on NPBL road tab |
| | | $20,260.94 | 5.00% | $21,273.99 | Vulcan Materials 42657234 $20,260.94 | |
| | | | | | | |
| November | DIAMONDBACK SIGNAL | $6,761.02 | | $6,761.02 | Diamondback Signal #1068-24M | |
| December | DIAMONDBACK SIGNAL | $14,018.60 | | $14,018.60 | Diamondback Signal# 1068-25A | |
| January | DIAMONDBACK SIGNAL | $2,813.40 | | $2,813.40 | Diamondback Signal# 1068-25B | |
| February | DIAMONDBACK SIGNAL | $2,742.12 | | $2,742.12 | Diamondback Signal# 1068-25C | |
| | | | | | | |
| 1/31/2025 | DOREY ELECTRIC | $17,714.00 | | $17,714.00 | DOREY ELECTRIC | install new 4" conduit under the railway bridge |
| | | | | | | |
| 9/6/2024 | EASTERN METAL WORKS LLC | $1,323.00 | | $1,323.00 | Eastern Metal Works #3194 $1323 | Eastern Metal works is the bridge contractor we use for regular maintenance and trouble calls. Their assistance was required by PCL to disconnect several power lines around b |
| 11/10/2024 | EASTERN METAL WORKS LLC | $1,587.60 | | $1,587.60 | Eastern Metal Works #3244 $1587.60 | Contractor operating bridge in non-automation |
| 12/1/2024 | EASTERN METAL WORKS LLC | $7,814.20 | | $7,814.20 | Eastern Metal Works #3262  F09015 $7,814.20 | |
| 1/15/2025 | EASTERN METAL WORKS LLC | $9,757.91 | | $9,757.91 | Eastern Metal Works #3276  $9,757.91 | |
| 2/18/2025 | EASTERN METAL WORKS LLC | $13,990.76 | | $13,990.76 | Eastern Metal Works #3298 $13,990.76 | |
| | | | | | | |
| June | HARDESTY & HANOVER LLC | $169,657.97 | | $169,657.97 | Hardesty & Hanover 06498.01-01 $169.657.97 | Hardesty & Hanover are the Engineers overseeing repairs to our bridge. They are designing the permanent repairs and reviewing/approving the temporary design repairs submi |
| July | HARDESTY & HANOVER LLC | $133,454.00 | | $133,454.00 | Hardesty & Hanover 06498.01-02 $133,454.00 | |
| August | HARDESTY & HANOVER LLC | $92,722.51 | | $92,722.51 | Hardesty & Hanover 06498.01-03 $92,722.51 | |
| Sept | HARDESTY & HANOVER LLC | $50,985.41 | | $50,985.41 | Hardesty & Hanover 06498.01-04 $50,985.41 | |
| October | HARDESTY & HANOVER LLC | $44,825.96 | | $44,825.96 | Hardesty & Hanover 06498.01-05 $44,825.96 | |
| Nov. | HARDESTY & HANOVER LLC | $25,643.70 | | $25,643.70 | Hardesty & Hanover 06498.01-06 $25,643.70 | |
| 1130-01102025 | HARDESTY & HANOVER LLC | $5,425.03 | | $5,425.03 | Hardesty & Hanover 06498.01-07 $5,425.03 | |
| January | HARDESTY & HANOVER LLC | $6,176.00 | | $6,176.00 | Hardesty & Hanover 06498.01-08 $6,176.00 | |
| Feb | HARDESTY & HANOVER LLC | $4,707.79 | | $4,707.79 | Hardesty & Hanover 06498.01-09 $4,707.79 | |
| Mar | HARDESTY & HANOVER LLC | $879.50 | | $879.50 | Hardesty & Hanover 06498.01-10 $879.50 | |
| April/May | HARDESTY & HANOVER LLC | $660.00 | | $660.00 | Hardesty & Hanover 06498.01-11 $660.00 | |
| Jun | HARDESTY & HANOVER LLC | $941.50 | | $941.50 | Hardesty & Hanover #06498.01-12 $941.50 | |
| Jun | HARDESTY & HANOVER LLC | $4,055.00 | | $4,055.00 | Hardesty & Hanover 06498.00-02 $4,055.pdf | |
| Aug | HARDESTY & HANOVER LLC | $4,788.00 | | $4,788.00 | Hardesty & Hanover 06498.00-03 $4,788.pdf | |
| | | | | | | |
| June | PCL CIVIL CONSTRUCTORS INC | $271,780.34 | | $271,780.34 | PCL 5521002-41 $271,780.24 | PCL is the contractor doing repair work on bridge |
| June | PCL CIVIL CONSTRUCTORS INC | $29,217.28 | | $29,217.28 | PCL 5521002-49 $29,217.26 | |
| July | PCL CIVIL CONSTRUCTORS INC | $1,150,040.45 | | $1,150,040.45 | PCL 5521002-48 $1,150,040.45 | |
| Aug | PCL CIVIL CONSTRUCTORS INC | $1,200,865.67 | | $1,200,865.67 | PCL 5524004-004 $1,200,865.67 | |
| Sept | PCL CIVIL CONSTRUCTORS INC | $1,184,763.10 | | $1,184,763.10 | PCL 5524004-005 $1,184,763.10 | |
| Oct | PCL CIVIL CONSTRUCTORS INC | $4,581,044.35 | | $4,581,044.35 | PCL 5524004-006 $4,581,044.25 | |
| Nov | PCL CIVIL CONSTRUCTORS INC | $783,075.66 | | $783,075.66 | PCL 5524004-007 $783,075.66 | |
| Dec | PCL CIVIL CONSTRUCTORS INC | $1,074,252.56 | | $1,074,252.56 | PCL 5524004-008 | |
| Jan | PCL CIVIL CONSTRUCTORS INC | $1,632,440.06 | | $1,632,440.06 | PCL 5524004-009 | |
| Feb | PCL CIVIL CONSTRUCTORS INC | $719,259.08 | | $719,259.08 | PCL 5524004-010 | |
| Mar | PCL CIVIL CONSTRUCTORS INC | $480,846.87 | | $480,846.87 | PCL 5524004-011 | |
| Apr | PCL CIVIL CONSTRUCTORS INC | $345,137.06 | | $345,137.46 | PCL 5524004-012 | |
| May | PCL CIVIL CONSTRUCTORS INC | $76,661.00 | | $76,661.00 | PCL 5524004-013 | |
| | | | | | | |
| 8/26/2024 | Rail | $21,539.70 | 5.00% | $22,616.69 | Cliffs Rail 901137403 $21,1529 | Rail ordered to replace damage rail on mainline bridge |
| | | | | | | |
| 9/5/2024 | STELLA JONES CORPORATION | $81,550.64 | 5.00% | $85,628.17 | STELLA-JONES #90287358 $81,550.64 | Bridge Ties and side rails ordered to replace damaged ties and rails on bridge, ordered through parent company Norfolk Southern |
| | | | | | | |
| 11/21/2024 | Burnet & Sons, Inc. | $96,592.80 | | $96,592.80 | Burnett Construction $7523 $96,592.80 | Contractor hired to install rail and cross ties |
| 5/22/2025 | Burnett & Sons, Inc. | $24,763.20 | | $24,763.20 | Burnett Construction #9618 $24,763.20 | Contractor hired to install rail and cross ties |
| | | | | | | |
| 5/12/2025 | Custom Panel & Controls, LLC | $3,000.00 | | $3,000.00 | Invoice #11404: 1813-1 Berkley Signal Lo | For servies provided for bridge repair work - troubleshoot signals with Diamondback Signal - Feb 9-18, 2025 |
| | | | | | | |
| | Metro Wire Invoice | $8,169.40 | 5.00% | $8,577.87 | Metro Wire Invoice_1009494 F09015 $8,169.40 | Replacement of control wire, the 2 year old wire go hung up while operating the bridge in creep mode, which is required because repairs are not complete, at normally speed th |
| | | | | | | |
| | Train and Engine Employees | $128,121.81 | 185.01% | $365,159.97 | Attached Tain and Engine pay spreadsheet | Additional crew time used for all diversion trains and additional moves related to MLB incident |
| | | | | | | |
| | Yardmasters | $191,259.85 | 185.01% | $545,109.70 | Attached Yardmaster pay spreadsheet | |
| | | | | | | |
| | Maintenance of way employees | $47,502.57 | 272.34% | $176,871.05 | Attached MOW bridge op spreadsheet | Maintenance of Way additional crew time associated with MLB incident minus building the road |
| | | **$14,793,952.18** | | **$15,542,871.55** | | |