UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

In the Matter of COEYMANS
MARINE TOWING, LLC, D/B/A
CARVER MARINE TOWING as Owner                  Civil No. 2:24cv490
and Operator of M/T Mackenzie
Rose (IMO No. 8968765), etc.

## ORDER

This matter is before the Court on objections filed on February 26 and 27, 2026, by Petitioner Coeymans Marine Towing, LLC, d/b/a Carver Marine Towing ("Carver"), challenging the Magistrate Judge's "Ruling on Belt Line's Grant Money Records," ECF No. 192, and "Order Overruling Carver's Objections to NPBL's Exhibit 105," ECF No. 193. Ordinarily, parties are afforded fourteen days to respond to such objections. Fed. R. Civ. P. 72(a); Loc. Civ. Rs. 7(F)(1), 72. However, because trial in this matter is due to commence Tuesday, March 10, 2026, Claimant Norfolk and Portsmouth Belt Line Railroad Company is **ORDERED** to file any response in opposition to these objections no later than **2:00 p.m. Eastern on Friday, March 6, 2026.**

The Clerk is **REQUESTED** to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

/s/
Mark S. Davis
United States District Judge

Mark S. Davis
UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
March 4, 2026