| | |
|---|---|
| **From:** | Alonzo, Jennifer |
| **To:** | Mackenzie Pensyl; James Chapman; jdmorrissey15@gmail.com; Zach Jett; Mark Nanavati; Christopher Jones; Jennifer Huber; W. Ryan Snow |
| **Cc:** | Tressa Lucas; Nikki Ramshur; Harris, Tammy; Murphy, Siobhan; Roman, Michael; Rodgers, James; Alonzo, Jennifer; Holbert, Liset; Obiala, Matt; Adams, Christine; Pilon, Eliot; Docketing US; Johnson, Dawn; Keating, Lourdes |
| **Subject:** | [External] NPBL v. Carver - DRPT FOIA Response Documents (DRPT FOIA 000001-007334) |
| **Date:** | Thursday, February 26, 2026 6:47:14 PM |
| **Attachments:** | image001.png |

> CAUTION External Email: This email originated from outside of the CWM network. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Dear Counsel,

Please be advised that I will provide each of you with a secure Box link after this e-mail which contains the following production:

DPRT FOIA 000001-003999;
DRPT FOIA 004000-005999;
DRPT FOIA 6000-007334; and
Produced in Native Format.

Please confirm receipt of the Box link and that you have access to all the documents.

Thank you,

**Jennifer Alonzo**
Legal Assistant | Clyde & Co US LLP
**Direct Dial:** +1 312 635 6989

| | |
|---|---|
| [?] | 30 S Wacker Drive | Suite 2600 | Chicago | IL 60606 | USA<br>Main +1 312 635 7000 | Fax +1 312 635 6950 | **www.clydeco.us** |
| [?] | |

**If our account details change, we will notify these to you by letter, telephone or face-to-face and never by email.**

This email message and any attachments may contain legally privileged and/or confidential information intended solely for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution or copying of this message or its attachments is strictly prohibited. If you have received this email message in error, please immediately notify us by telephone, fax or email and delete the message and all attachments thereto. Thank you. Clyde & Co US LLP is a Delaware limited liability law partnership affiliated with Clyde & Co LLP, a multinational partnership regulated by The Law Society of England and Wales.

Disclosure: To ensure compliance with requirements imposed by the IRS in Circular 230, we

inform you that any tax advice contained in this communication (including any attachment that does not explicitly state otherwise) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click [here](#) to report this email as spam.

