# Exhibit A

```
              IN THE UNITED STATES DISTRICT COURT

           FOR THE EASTERN DISTRICT OF VIRGINIA

    ------------------------------------X
    IN THE MATTER OF COEYMANS MARINE
    TOWING, LLC D/B/A CARVER MARINE
    TOWING AS OWNER AND OPERATOR OF M/T
    MACKENZIE ROSE, (IMO NO. 8968765) HER
    CARGO, ENGINES, BOILERS, TACKLE, EQUIPMENT,
    APPAREL, AND APPURTENANCES, ETC., IN REM,
    ("M/T MACKENZIE ROSE"),

                                          CIVIL ACTION NO:
                                          2:24-CV-00490
    PETITIONING FOR EXONERATION FROM OR
    LIMITATION OF LIABILITY IN ALLISION WITH
    NORFOLK AND PORTSMOUTH BELT LINE RAILROAD
    COMPANY MAIN LINE RAILROAD BRIDGE
    (THE "BRIDGE") OCCURRING JUNE 15, 2024 IN
    AND ABOUT THE ELIZABETH RIVER, VIRGINIA.

    ------------------------------------X


                              April 29, 2025

                              10:18 a.m.

        AN IN PERSON VIDEOTAPED DEPOSITION of

    of Leonard Baldassare, a Defendant herein,

    taken by the respective parties, pursuant

    to Order, before Larin Kaywood, a Notary

    Public for and within the State of New

    York.




    JOB NO.: 112214
```

**LEONARD BALDASSARE**

April 29, 2025

```
                                                    Page 6
 1            THE REPORTER:  And your
 2      address, please?
 3            THE ADDRESS:  88 Shore Road,
 4      Lindenhurst, New York 11757.
 5   EXAMINATION BY
 6   MR. CHAPMAN:
 7       Q.   Good morning, Mr. Baldassare.
 8       A.   Good morning.
 9       Q.   My name is Jim Chapman, I
10   represent Norfolk and Portsmouth Belt Line
11   Railroad Company.  We are taking your
12   deposition today in connection with a
13   lawsuit, a limitation proceeding that was
14   filed by your former employer, Carver, to
15   limit its liability resulting from the
16   damage to the Belt Lines bridge back in
17   June of 2024.
18            Do you understand that?
19       A.   Yes, sir.
20       Q.   Could you tell me your date of
21   birth?
22       A.   4/26/1993.
23       Q.   I want to get a little
24   background, you know, what your work
25   experience has been and that sort of thing.
```

```
                                                    Page 7
 1            Who'd you work for before you
 2   went to work for Carver?
 3       A.   Center Line logistics.
 4       Q.   And how long were you at Center
 5   Line?
 6       A.   Four and a half years.
 7       Q.   Doing what?
 8       A.   Port Captain.
 9       Q.   Did you sail at all while you
10   were Port Captain?  Did you have any sail
11   time?
12       A.   While I was at Center Line?
13       Q.   Yeah.
14       A.   No, but I sailed previously.
15       Q.   Okay.  So who'd you work for
16   right before Center Line?
17       A.   Buchanan Marine.
18       Q.   Did you sail for Buchanan?
19       A.   I did, yes.
20       Q.   Were you the master of one of
21   their vessels?
22       A.   No, I was a mate.
23       Q.   How long were you with
24   Buchanan?
25       A.   A year and half.
```

```
                                                    Page 8
 1       Q.   Where did you sail out of with
 2   Buchanan?
 3       A.   Port Washington, New York.
 4       Q.   And prior to Buchanan, who were
 5   you with?
 6       A.   Vane Line Bunkering.
 7       Q.   How long with Vane Line?
 8       A.   Five years.
 9       Q.   All sailing?
10       A.   Yes.
11       Q.   Were you the master of any of
12   the towing vessels?
13       A.   No.
14       Q.   Mate?
15       A.   Mate.
16            THE REPORTER:  Just let him
17      finish his questions.
18            MR. CHAPMAN:  Okay, sure.
19            THE REPORTER:  Then give a
20      pause in between.
21            MR. CHAPMAN:  Sorry.
22            THE REPORTER:  Okay.
23       Q.   I should have said this at the
24   outset, but we'll try to exercise, kind of,
25   good radio discipline.  I'll -- let me
```

```
                                                    Page 9
 1   finish my question before you start your
 2   answer, and I'll do my best to not
 3   interrupt your answer.
 4       A.   Understood.
 5       Q.   Okay.  So before Vane Line, who
 6   were you with?
 7       A.   I was at SUNY Maritime College.
 8       Q.   I'm sorry, SUNY Maritime?
 9       A.   Yes.
10       Q.   What was your major?
11       A.   Marine operations.
12       Q.   When did you graduate?
13       A.   2015, sorry.
14       Q.   Four years?
15       A.   Two years.
16       Q.   Two years, okay.
17       A.   Yes.
18       Q.   Did you go somewhere else
19   before SUNY?
20       A.   Yes, community college.
21       Q.   Okay.  But you ended up with a
22   four year degree coming out of SUNY?
23       A.   No, I did two --
24       Q.   It's a two-year program?
25       A.   Yes.
```