# Exhibit B

Deponent:  Leonard Baldassare

Date:   April 29, 2025

Case:    In the Matter of COEYMANS MARINE TOWING, LLC D/B/A CARVER MARINE
         TOWING, as Owner and Operator of M/T Mackenzie Rose, (IMO No. 8968765), et al.,

Case #:  Civil Action No. 2:24-cv-00490-MSD-LRL

Jurisdiction:    IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN
                 DISTRICT OF VIRGINIA

| Page | Line | Extract | Notes |
|---|---|---|---|
| 10 | 4-6 | 4 A. When I graduated from SUNY, <br>5 took my license exam and got my MMC, so I <br>6 think it was February of '14. | |
| 10 | 7-8 | 7 Q. Are you currently licensed? <br>**8 A. Yes.** | |
| 13 | 9-11 | 9 Q. What position were you hired <br>10 into at Carver? <br>**11 A. Port Captain.** | |
| 14 | 23-24 | 23 Q. When did you leave Carver? <br>**24 A. January of 2025.** | |
| 15 | 3-7 | 3 Q. Why'd you leave? <br>**4 A. It was a mutual agreement.** <br>**5 They were looking for me to relocate up to** <br>**6 their port in Albany, and it just wasn't an** <br>**7 option for me at the time.** | |
| 16 - 17 | 22 - 4 | Page 16 <br>22 Q. When you were Port Captain for <br>23 Carver, tell us what your duties were? <br>**24 A. I was responsible for the** <br>**25 day-to-day operations of the tug fleet. So** <br>Page 17 <br>**1 I would make sure the tugs were crewed, I** <br>**2 would make sure that safety equipment was** <br>**3 up to snuff. Just basically be the liaison** <br>**4 between the boats and upper management.** <br>**1 I would make sure the tugs were crewed, I** <br>**2 would make sure that safety equipment was** <br>**3 up to snuff. Just basically be the liaison** <br>**4 between the boats and upper management.** | |
| 17 | 20-22 | 20 Q. As a Port Captain, who did you <br>21 report to? <br>**22 A. Brian Moore.** | |

| Page | Line | Extract | Notes |
|---|---|---|---|
| 18 | 19-23 | 19 Q. From your perspective, was<br>20 Brian Moore the guy that ran Carver Marine<br>21 Towing?<br>**22 A. Yes, he was the general**<br>**23 manager.** | |
| 30 | 17-23 | 17 Q. So you didn't make that<br>18 decision?<br>**19 A. I did not. It was made by**<br>**20 upper management.**<br>21 Q. And when you say "upper<br>22 management," do you mean Mr. Moore?<br>**23 A. Correct.** | |
| 36-37 | 21-10 | Page 36<br>21· · ·Did -- when you were Port Captain, was<br>22· · ·there any process for evaluating the<br>23· · ·capabilities of people that were currently<br>24· · ·employed?· Like you'd go out and watch them<br>25· · ·at work or review their daily logs or any<br>Page 37<br>1 of that sort of thing?<br>**2 A. Yes. So the captains were**<br>**3 responsible for evaluating their mates and**<br>**4 deck hands, the port engineers would be**<br>**5 responsibile for evaluating the engineers**<br>**6 on the boats, and then myself or Brian**<br>**7 would be responsibile for doing annual ride**<br>**8 alongs with the captains to just kind of**<br>**9 make sure that they were following policies**<br>**10 and procedures.** | |
| 37 | 11-13 | 11 Q. So how many ride alongs did you<br>12 do in the year that you worked for Carver?<br>**13 A. I would say at least five.** | |
| 37 | 14-16 | 14 Q. Was there anybody else that did<br>15 ride alongs?<br>**16 A. Brian Moore** | |
| 41 | 6-8 | 6 Q. So there's really two masters<br>7 in the Mackenzie Rose?<br>**8 A. Yes.** | |
| 42 | 6-9 | 6 Q. All right. So ordinarily, they<br>7 wouldn't be on the same cycle?<br>**8 A. No. They would technically**<br>**9 work opposite of each other.** | |
| 46 - 47 | 22-9 | Page 46<br>22 Q. All right. But never testified | |

| Page | Line | Extract | Notes |
|------|------|---------|-------|
|  |  | 23 at trial, a hearing, anything like that?<br>**24 A. The -- one with the Coast Guard**<br>**25 about this -- the MTSB meeting with the**<br>Page 47<br>**1 Coast Guard, which I believe you were on**<br>**2 also.**<br>3 Q. That was a Zoom meeting --<br>**4 A. Yes.**<br>5 Q. -- right?<br>**6 A. Correct.**<br>7 Q. So -- and I honestly don't know<br>8 whether the Coast Guard put you under oath.<br>**9 A. They did.** |  |
| 47-48 | 25-9 | Page 47<br>25 Q. Tell us how you first learned<br>Page 48<br>1 about the Mackenzie Rose eliding with the<br>2 Belt Line Bridge on June 15th, 2024?<br>**3 A. Captain Miller called me, told**<br>**4 me that they were coming through the**<br>**5 bridge, that Captain Morrissey got out of**<br>**6 shape, and landed on the fendering inside**<br>**7 of the bridge and slid through the bridge,**<br>**8 and that there was no damage to the bridge**<br>**9 or to the vessel or barge.** |  |
| 49 | 4-5 | 4 Q. More than one?<br>**5 A. Yes.** |  |
| 49 | 10-24 | 10 Q. Did you ask him to take a<br>11 photograph?<br>**12 A. I did.**<br>13 Q. In that first conversation?<br>**14 A. Yes.**<br>15 Q. All right. Did you<br>16 subsequently receive a photograph?<br>**17 A. I did.**<br>18 Q. Was it more than one?<br>**19 A. I believe it was four or five.**<br>20 Q. And did you receive them all at<br>21 the same time, or did you receive them in<br>22 groups or --<br>**23 A. I think they came in all at**<br>**24 once.** |  |
| 50 | 2-6 | 2 Q. And what do you recall the<br>3 photos being?<br>**4 A. There was a few of the bridge,** |  |

| Page | Line | Extract | Notes |
|------|------|---------|-------|
| | | **5 there was one of the barge, and then there**<br>**6 was one of the tug.** | |
| 50 | 7-11 | 7 Q. And when you had -- after you<br>8 first spoke to Captain Miller, took his<br>9 phone call and he told you this situation,<br>10 who did you contact?<br>**11 A. Brian Moore.** | |
| 50 | 16-24 | 16 Q. What did you tell him?<br>**17 A. Told him that Captain Miller**<br>**18 just called me, that Captain Morrissey was**<br>**19 coming through the bridge, got out of**<br>**20 shape, landed on the fendering. There was**<br>**21 no damage that anyone could see, and that**<br>**22 they were going to send me some photos and**<br>**23 then I would send him the photos once I got**<br>**24 them.** | |
| 50 | 20-21 | 20 There was<br>21 no damage that anyone could see . . . | |
| 50-51 | 25-8 | Page 50<br>25 Q. So when Captain Miller told you<br>Page 51<br>1 that Captain Morrissey had gotten out of<br>2 shape, is that -- is it -- does "getting<br>3 out of shape" have some meaning that you<br>4 can explain for us?<br>**5 A. If you are going through this**<br>**6 opening, and you're lining up to come**<br>**7 through the center, and you start sliding a**<br>**8 little bit, that's getting out of shape.** | |
| 52 | 11-20 | 11 Q. But getting out of shape to you<br>12 or what you understood Captain Miller to<br>13 say to involved the vessel moving in<br>14 some direction that it wasn't intended to<br>15 move?<br>**16 A. Correct.**<br>17 Q. Okay. And what causes a vessel<br>18 to get out of shape?<br>**19 A. Wind, current, tide, there**<br>**20 could be a few things of that nature.** | |
| 52 | 17-20 | 17 Q. Okay. And what causes a vessel<br>18 to get out of shape?<br>**19 A. Wind, current, tide, there**<br>**20 could be a few things of that nature.** | |
| 52 | 21-24 | 21 Q. In your first conversation with<br>22 Captain Miller, did you ask to talk to | |

4

| Page | Line | Extract | Notes |
|------|------|---------|-------|
|  |  | 23 Captain Morrissey?<br>**24 A. I did not.** |  |
| 56 | 8-11 | 8 Q. How soon after you talked to<br>9 Mr. Moore did those photos arrive?<br>**10 A. I don't really recall, but**<br>**11 within the hour. It was fairly quick.** |  |
| 57 | 14-17 | 14 Q. And what did you tell them?<br>**15 A. I told them that Brian and I**<br>**16 were going to review the photos and discuss**<br>**17 the course of action.** |  |
| 58 | 9-12 | 9 Q. That's your memory, okay. Then<br>10 once you got the photos, did you send them<br>11 to Brian?<br>**12 A. I did, yes.** |  |
| 60 | 1-4 | 1 Q. Now, I assume that you talked<br>2 to Mr. Moore again after you sent him the<br>3 photos?<br>**4 A. Yes.** |  |
| 60-61 | 23-4 | Page 60<br>23 Q. So in your conversation with<br>24 Mr. Moore after sending him the photos, was<br>25 there any discussion about the need to<br>Page 61<br>1 report the incident to the Coast Guard?<br>**2 A. No. We both felt at the time**<br>**3 that reporting it was not necessary because**<br>**4 there was no damage or anything to report.** |  |
| 62 | 6-14 | 6 Q. All right. And what did you<br>7 tell -- or what did you and Captain Miller<br>8 talk about?<br>**9 A. I told him that Brian and I had**<br>**10 discussed it. There was no damage to the**<br>**11 tug, there was no damage to the barge.**<br>**12 They told us from what they could see that**<br>**13 there was no damage to the bridge, so we**<br>**14 agreed that it would be okay to proceed.** |  |
| 62 – 63 | 20-1 | Page 62<br>20 Q. In any of -- you told us that<br>21 you didn't talk to Captain Morrissey in the<br>22 first conversation, but in any of the<br>23 conversations that you had with the<br>24 boat -- I'll call it, on June 15th, did you<br>25 talk to anybody other than Captain Miller?<br>Page 63<br>**1 A. No.** |  |

| Page | Line | Extract | Notes |
|------|------|---------|-------|
| 63 | 2-6 | 2 Q. Besides Mr. Moore, did you<br>3 speak -- and the -- and Captain Miller, did<br>4 you speak with anybody else with Carver<br>5 about the allision on June 15th, 2024?<br>**6 A. I did not, no.** | |
| 64-65 | 24-4 | Page 64<br>24 Q. So when did anybody on behalf<br>25 of Carver first notify the Coast Guard of<br>Page 65<br>1 the allision?<br>**2 A. Monday.**<br>3 Q. Monday, June 17th?<br>**4 A. Yes, sir.** | |
| 65 | 5-16 | 5 Q. Okay. And was that because<br>6 Carver contacted the Coast Guard, or was 7 because the Coast Guard contacted Carver?<br>**8 A. We contacted the Coast Guard.**<br>9 Q. Okay.<br>**10 A. Sector Norfolk, I believe it**<br>**11 was.**<br>12 Q. All right. And who made that<br>13 contact?<br>**14 A. I did.**<br>15 Q. Who'd you talk to?<br>**16 A. Lieutenant Palumbo.** | |
| 66 | 11-16 | 11 Q. What caused you to contact the<br>12 Coast Guard on June 17th?<br>**13 A. Brian Moore reached out to me**<br>**14 in the morning and said that we need to**<br>**15 call the Coast Guard to report the**<br>**16 allision.** | |
| 66 | 17-19 | 17 Q. And did he tell you how he had<br>18 come to that conclusion?<br>**19 A. He did not, no.** | |
| 67 | 9-11 | 9 Q. Did Brian Moore call you to<br>10 tell you to make that phone call?<br>**11 A. Yes, he did.** | |
| 67-68 | 24-7 | Page 67<br>24 Q. And when you talked to<br>25 Lieutenant Palumbo that day, what did you<br>Page 68<br>1 tell her?<br>**2 A. I told her that on Saturday, we**<br>**3 were coming through the bridge, we had** | |

| Page | Line | Extract | Notes |
|------|------|---------|-------|
| | | **4 touched up on the fendering and that I was**<br>**5 going to be reporting it. She then**<br>**6 instructed me to fill out the Coast Guard**<br>**7 2692, which I did that day.** | |
| 68 | 10-13 | 10 Q. And did you send a Coast Guard<br>11 2692 to the Coast Guard on June 17th?<br>**12 A. I sent it to Brian for review,**<br>**13 and I believe he was the one that sent it.** | |
| 68 | 14-16 | 14 Q. And did he copy you on the<br>15 submission to the Coast Guard?<br>**16 A. I believe so.** | |
| 68 | 17-20 | 17 Q. So to your memory, was it<br>18 e-mailed to the Coast Guard?<br>**19 A. Yes. Usually -- yes. That's**<br>**20 how it's sent to them. It's e-mailed** | |
| 69 | 3-8 | 3 Q. What was your e-mail address<br>4 when you were employed by Carver?<br>5 MR. RODGERS: Your work<br>6 address, right?<br>7 MR. CHAPMAN: Yeah.<br>**8 A. lbaldassare@carvercompanies.com** | |
| 71-72 | 22-13 | Page 71<br>22 Q. So tell us what you did after<br>23 June 15th.  It sounds like maybe it was<br>24 after June 17th, I don't know, but what you<br>25 did after June 15th to investigate this<br>Page 72<br>1 allision with the Belt Line Bridge?<br>**2 A. When the boat got to the yard**<br>**3 after this voyage, I went on the boat and**<br>**4 spoke to the crew about what happened, and**<br>**5 they all told me the same story that they**<br>**6 had told me on the phone.**<br>7 Q. Which was?<br>**8 A. That when they were coming**<br>**9 through the bridge, Captain Morrissey had**<br>**10 got out of shape. He landed on the**<br>**11 fendering inside the bridge and slipped**<br>**12 through on the fendering, and that there**<br>**13 was no visible damage.** | |
| 74-75 | 24-6 | Page 74<br>24 Q. When you went down to the<br>25 vessel, did you inspect it to see whether<br>Page 75<br>1 there was any damage to it? | |

| Page | Line | Extract | Notes |
|------|------|---------|-------|
| | | **2 A. Yes. Myself and Engineer**<br>**3 McGrath walked down the engine room, up**<br>**4 into the forward hold just to make sure**<br>**5 that there was no damage, and we did not**<br>**6 see any damage on the vessel.** | |
| 77-78 | 24-2 | Page 74<br>24 Q. Did you ever receive any type<br>25 of typed-up statement from members of the<br>Page 75<br>1 crew?<br>**2 A. No.** | |
| 89 | 1-10 | 1 Q. So in any of your conversations<br>2 with Captain Miller or the interviews of<br>3 the crew on the -- whatever day it was, was<br>4 there any mention of the autopilot somehow<br>5 being involved in this casualty?<br>**6 A. No, there was not.**<br>7 Q. Nobody said that?<br>**8 A. Nobody said that to me.**<br>9 Q. Did you ever ask --<br>**10 A. I did not.** | |
| 99 | 12-15 | 12 Q. Yes.<br>**13 A. No. This wasn't -- these**<br>**14 weren't -- no. This was after I had**<br>**15 already spoken to everyone.** | |
| 100-101 | 25-7 | Page 100<br>25 Q. Yeah. But my question is,<br>Page 101<br>1 before you went out on paternity leave, did<br>2 you ever sign a 2692 that was submitted to<br>3 the Coast Guard?<br>**4 A. I filled out the 2692 that we**<br>**5 discussed earlier that I sent to Brian,**<br>**6 that he was going to be reviewing and**<br>**7 sending to the Coast Guard.** | |
| 101 | 8-16 | 8 Q. So the original 2692 that you<br>9 sent to Mr. Moore, what did it say it<br>10 happened to the bridge?<br>**11 A. Exactly what the vessel told me**<br>**12 when they called me on Saturday that they**<br>**13 had gotten out of shape coming through,**<br>**14 that they landed on the fendering inside of**<br>**15 the bridge, slid along the fendering and**<br>**16 that there was no visible damage.** | |
| 102 | 6-16 | 6 Q. The first one is checked, | |

| Page | Line | Extract | Notes |
|------|------|---------|-------|
| | | 7 right?<br>**8 A. Yes, sir.**<br>9 Q. "Unintended grounding or an<br>10 unintended strike of (allision with) a<br>11 bridge," right?<br>**12 A. Yes.**<br>13 Q. The draft or form that you<br>14 filled out and sent to Mr. Moore, was that<br>15 box checked?<br>**16 A. I don't recall.** | |
| 105 | 14-19 | 14 Q. That -- so prior to you meeting<br>15 with the attorney for Carver today, you did<br>16 not know that this was the report that was<br>17 submitted to the Coast Guard in connection<br>18 with allision with the bridge?<br>**19 A. Correct, I did not know.** | |
| 106-107 | 23-16 | Page 106<br>23 Q. So if you turn to the next<br>24 page. This is Carver 0000114, and it's the<br>25 form 2692B regarding mandatory drug<br>Page 107<br>1 testing?<br>**2 A. Yep.**<br>3 Q. Right. Generally, any time<br>4 there is a marine casualty, marine incident<br>5 like this, the crew is supposed to be<br>6 tested for drugs and alcohol, right?<br>**7 A. Yes.**<br>8 Q. Okay. And there's a -- the<br>9 Coast Guard's laid out pretty narrow time<br>10 limits for getting that done, right?<br>**11 A. Yes.**<br>12 Q. So this report is basically<br>13 saying that there was no drug testing,<br>14 there was no alcohol testing,<br>15 post-incident, right?<br>**16 A. Correct.** | |
| 107-108 | 19-24 | Page 107<br>19 Q. So in Block 7, it says, "In the<br>20 incident in question from June 15th, 2024,<br>21 there was no evidence of loss of<br>22 propulsion, loss of steering or damage to<br>23 the vessel and its barge, and a drug and<br>24 alcohol test would only be administered if<br>25 the above incidents occurred." | |

| Page | Line | Extract | Notes |
|------|------|---------|-------|
|  |  | Page 108<br>1 Leaving aside whether that's a<br>2 correct interpretation or regulation, okay,<br>3 I'm not really worried about that, did you<br>4 draft that?<br>**5 A. I believe so, yes.**<br>6 Q. Okay. And I ask because it<br>7 appears to be signed by you digitally,<br>8 right?<br>**9 A. Yes.**<br>10 Q. Now, would a 2692B be submitted<br>11 without the 2692 form --<br>**12 A. No.**<br>13 Q. -- or would they go hand and<br>14 hand?<br>**15 A. They all get submitted**<br>**16 together.**<br>17 Q. Okay. So your digital<br>18 signature on here is dated June 19th, 2024?<br>**19 A. Yes.**<br>20 Q. Right? So does that in any way<br>21 refresh your recollection that you signed a<br>22 2692 form that was submitted on June 19th,<br>23 2024 to the Coast Guard?<br>**24 A. No.** |  |
| 113-<br>114 | 18-<br>25 | Page 113<br>18 Q. As part of your<br>19 responsibilities as Port Captain when you<br>20 were working for Carver, did you ever run<br>21 reports, I'll say in the Helm system to<br>22 look at specific things or to, kind of,<br>23 figure out what was going on?<br>**24 A. No, not daily. If there was an**<br>**25 incident or issue or something then, yeah,**<br>Page 114<br>**1 I would -- I could pull something up. But**<br>**2 it wasn't part of my daily tasks to run**<br>**3 reports.**<br>4 Q. Got you. Was it in any way in<br>5 your responsibility to like, I don't know,<br>6 review the daily logs that were submitted<br>7 by the vessel or that sort of thing? Maybe<br>8 weekly task, monthly task, anything like<br>9 that?<br>**10 A. Only if there was an issue with** |  |

| Page | Line | Extract | Notes |
|------|------|---------|-------|
| | | **11 something on the boat for billing purposes.**<br>12 Q. So it was all incident --<br>**13 A. Correct.**<br>14 Q. -- specific?<br>**15 A. Correct.** | |
| 119 | 11-14 | **1 I would -- I could pull something up. But**<br>**2 it wasn't part of my daily tasks to run**<br>**3 reports.**<br>4 Q. Got you. Was it in any way in<br>5 your responsibility to like, I don't know,<br>6 review the daily logs that were submitted<br>7 by the vessel or that sort of thing? Maybe<br>8 weekly task, monthly task, anything like<br>9 that?<br>**10 A. Only if there was an issue with**<br>**11 something on the boat for billing purposes.**<br>12 Q. So it was all incident --<br>**13 A. Correct.**<br>14 Q. -- specific?<br>**15 A. Correct.** | |
| 122 | 9-17 | **9 A. It's not final until they close**<br>**10 it out for the day. So they can leave it**<br>**11 open for a few hours, and then go back and**<br>**12 change or edit if they make a mistake on**<br>**13 something. It's mostly -- it's there so**<br>**14 that if they say, "Oh, we picked up the**<br>**15 weeks 282, but it was really the weeks**<br>**16 281," they can go back and make the**<br>**17 correction.** | |
| 122 | 20-23 | **20 A. No. Once they submit it for**<br>**21 the day, then that's it.**<br>22 Q. So it's -- at the end of the<br>23 day, it's closed? | |
| 123 | 16-25 | 16 Q. Let me pass over to you Exhibit<br>17 36. That was produced to us in this case,<br>18 and appears to be -- well, is it -- is some<br>19 kind of form titled "7.3 master's daily<br>20 vessel reporting?"<br>**21 A. Yes.**<br>22 Q. For the Mackenzie Rose, right?<br>**23 A. Yes, sir.** | |
| 123-<br>124 | 16-<br>1 | Page 123<br>16 Q. Let me pass over to you Exhibit<br>17 36. That was produced to us in this case, | |

| Page | Line | Extract | Notes |
|------|------|---------|-------|
| | | 18 and appears to be -- well, is it -- is some<br>19 kind of form titled "7.3 master's daily<br>20 vessel reporting?"<br>**21 A. Yes.**<br>22 Q. For the Mackenzie Rose, right?<br>**23 A. Yes, sir.**<br>24 Q. Right? So this is also a form<br>25 in the Helm system?<br>Page 124<br>**1 A. Yes.** | |
| 124 | 8-9 | **8 A. This is the master's daily form**<br>**9 that they fill out every day.** | |
| 125 | 19-21 | 19 Q. It's a journal, covers the<br>20 whole year, right?<br>**21 A. Yes.** | |
| 127 | 16-25 | 16 Q. Okay. It says, "At 16:30, a<br>17 co-captain reports steering went hard over<br>18 and he was backing in, we tapped the<br>19 northend P-B-L-R-R Bridge." Did I read<br>20 that correctly?<br>**21 A. Yes.**<br>22 Q. Okay. Do you recognize that<br>23 handwriting?<br>**24 A. No.** | |
| 128 | 18-25 | 18 Q. Were you aware of any<br>19 complaints involving either the steering<br>20 system or the autopilot system on the<br>21 Mackenzie Rose while you were Port Captain<br>22 at any time before the allision with the<br>23 bridge?<br>**24 A. No. Nothing was told to me**<br>**25 from the vessel that there was any issues.** | |
| 129 | 1-13 | 1 Q. Okay. So if there were<br>2 some -- I'll call it problem or concern<br>3 with navigation, the autopilot system, that<br>4 sort of thing, how would the crew get that<br>5 addressed or resolved, or at least<br>6 inspected?<br>**7 A. They would reach out to the**<br>**8 port engineer who would then set up either**<br>**9 a technician, go out to the vessel to make**<br>**10 a repair or talk to the engineer and see if**<br>**11 it's something that the engineer feels**<br>**12 comfortable repairing himself, depending on**<br>**13 the extent of the issue.** | |

| Page | Line | Extract | Notes |
|------|------|---------|-------|
| 135 | 10-18 | 10 Q. Would that have come to your<br>11 attention in some way or across your desk,<br>12 so to speak, in connection with your role<br>13 as Port Captain in 2024?<br>**14 A. No. Once again, this would go**<br>**15 to accounts payable. However, I was the**<br>**16 one that was instructed to set up the**<br>**17 technicians to come down and work on the**<br>**18 autopilot for the boat.** | |
| 136 | 3-4 | 3 Q. And they came out twice?<br>**4 A. Yes.** | |
| 140 | 4-9 | 4 Q. After you started working for<br>5 Carver, did you ever hear or come to learn<br>6 that Captain Morrissey, while piloting the<br>7 Mackenzie Rose, had hit a pier in<br>8 Charleston, South Carolina?<br>**9 A. No.** | |
| 140 | 10-15 | 10 Q. While you were employed by<br>11 Carver, was Captain Morrissey ever<br>12 disciplined or reprimanded or anything to<br>13 your knowledge?<br>**14 A. Not to my knowledge, and not by**<br>**15 me.** | |
| 140-<br>141 | 16-<br>8 | Page 140<br>16 Q. Have you had to discipline or<br>17 reprimand anybody during your employment by<br>18 Carver?<br>19 MR. RODGERS: You can --<br>**20 A. Yes.**<br>21 Q. Okay.<br>**22 A. I have, yeah.**<br>23 Q. Crew members?<br>**24 A. Correct.**<br>25 Q. All right. Anybody who was in<br>Page 141<br>1 the role of master of a tug?<br>**2 A. No. No.**<br>3 Q. Mate?<br>**4 A. Yes.**<br>5 Q. And more than once?<br>**6 A. Yeah. Not the same individual,**<br>**7 but on a few separate occasions, a few**<br>**8 mates needed to, you know, shape up.** | |
| 145 | 16-23 | 16 Q. Were you ever aware of any of<br>17 these near misses -- | |

| Page | Line | Extract | Notes |
|------|------|---------|-------|
|  |  | **18 A. No.**<br>19 Q. -- that were reported?<br>**20 A. No, I was not. As I stated**<br>**21 earlier, these -- when these were**<br>**22 submitted, they went directly to Brian as**<br>**23 he was the approver of the near misses** |  |
| 147 | 3-5 | 3 Q. Okay. Did he ever inform you<br>4 of these near miss reports?<br>**5 A. No, he did not.** |  |
| 149 | 1-21 | 1 Off the record.<br>2 (Whereupon, a short recess was<br>3 taken.)<br>4 THE VIDEOGRAPHER: Beginning<br>5 Media Number 3. We are back on the<br>6 record. The time is 1:59 p.m.<br>7 Q. Mr. Baldassare, I'm going to<br>8 pass over to you Exhibit 34. You can give<br>9 me 32, 33.<br>**10 A. 32, yeah.**<br>11 Q. Great. Thanks. That's a<br>12 document that was provided by Carver. It<br>13 appears to be a report of the voyage plan<br>14 out of the Helm system?<br>**15 A. Yep, yes.**<br>16 Q. At the top it says, "7.9 voyage<br>17 plan-outside New York Harbor for the<br>18 Mackenzie Rose."<br>**19 A. Right.**<br>20 Q. On June 15th, 2024?<br>**21 A. Yep.** |  |
| 153 | 13-23 | 13 Q. And how do you create that?<br>**14 A. It would be on the Rose Point**<br>**15 system on the boat. They would go in,**<br>**16 create a voyage plan and then they can**<br>**17 print it out.**<br>18 Q. So when you create a Rose Point<br>19 voyage plan, you put in where you start and<br>20 where you're going?<br>**21 A. Correct. With all your way**<br>**22 points along the way, security check-ins,**<br>**23 traffic check-ins, things of that nature.** |  |
| 158 | 12-25 | 12 Q. Mr. Baldassare, let me pass you<br>13 now, Exhibit 4, which we learned yesterday<br>14 from Mr. Moore our selected sections from<br>15 the safety management system? |  |

14

| Page | Line | Extract | Notes |
|------|------|---------|-------|
| | | 16  (Whereupon, Exhibit 4 was<br>17 marked for identification.)<br>**18 A. Mm-hmm.**<br>19 MR. RODGERS:· Objection to<br>20 form.<br>21  Q. If -- let's just start with<br>22 page -- they're numbered at the bottom,<br>23 Carver 0000148?<br>**24  A. This first page here?**<br>25 Q. Yeah. | |
| 159 | 1-24 | **1 A. Yep.**<br>2 Q. It says at the top, "5.1<br>3 Master's responsibility and authority?"<br>**4 A. Mm-hmm.**<br>5 Q. Do you know what the safety<br>6 management system is that Carver has for<br>7 marine operations?<br>**8 A. Yes.**<br>9 Q. And is it available in<br>10 electronic version?<br>**11 A. Yes, it's in Helm.**<br>12 Q. It's actually in the Helm<br>13 system?<br>**14 A. Yes. They can access it via**<br>**15 Helm.**<br>16 Q. Do you know -- is it like a PDF<br>17 document in Helm or is it a -- an<br>18 electronic document that just has a bunch<br>19 of sections in it?<br>**20 A. It's -- you could access it**<br>**21 both ways. You can access it**<br>**22 electronically in the helm system and then**<br>**23 you can also download the entire thing as a**<br>**24 PDF.** | |
| 160 | 11-25 | 11 Q. Okay. You had access to the<br>12 safety management system though while you<br>13 were Port Captain, right?<br>**14 A. Yes, sir.**<br>15 Q. And did you ever use it to look<br>16 things up or check on things?<br>**17 A. Yes.**<br>18 Q. Does it have like an index or<br>19 is it -- do you know?<br>**20 A. You could search it.· You could**<br>**21 do like Control S and a little tab would** | |

| Page | Line | Extract | Notes |
|------|------|---------|-------|
| | | **22 come up and you can search for just like**<br>**23 keywords. So if you're looking for health**<br>**24 and safety, you could just type in, "Health**<br>**25 and safety" and it would bring you to all** | |
| 161 | 1-11 | **1 the sections that include health and**<br>**2 safety.**<br>3 Q. And then you could just kind of<br>4 scroll through the document looking at<br>5 them?<br>**6 A. Yes.**<br>7 Q. Do you know whether it has like<br>8 a table of contents?<br>**9 A. I believe it does, but I'm not**<br>**10 100 percent sure. But I'm -- I believe it**<br>**11 does, yes.** | |
| 178 | 11-25 | 11 Q. If you could turn to Section<br>12 7.16 on lookouts. The number of that page<br>13 is Carver 000155, but it's -- it is towards<br>14 the end of the collection of sections --<br>**15 A. Oh, because it's not in order,**<br>**16 right?**<br>17 Q. Yeah.<br>**18 A. Okay. So zero -- what is it,**<br>**19 155?**<br>20  Q. Yeah. It's just one page, it<br>21 looks like this.<br>**22 A. Got it.**<br>23 Q. So this is the section of the<br>24 safety management system on the lookouts,<br>25 correct? | |
| 179 | 1-25 | **1 A. Yes, correct.**<br>2 Q. In the first part under<br>3 requirements for a look out it -- there's a<br>4 half a dozen bullets of things that should<br>5 be considered as relevant factors in<br>6 deciding whether they're supposed to<br>7 lookout, correct?<br>**8  A. Correct.**<br>9 Q. Okay. Weather visibility,<br>10 traffic density and then it says,<br>11 "Proximity of dangers to navigation." What<br>12  are dangers to navigation --<br>13<br>14<br>15 MR. RODGERS:· Objection to | |

| Page | Line | Extract | Notes |
|------|------|---------|-------|
|      |      | 16 form. | |
|      |      | 17 Q. -- that would require the | |
|      |      | 18 posting of a lookout? | |
|      |      | 19 MR. RODGERS:· Objection to | |
|      |      | 20 form. He's not here as an expert. | |
|      |      | **21 A. Yeah. I'm not sure what they** | |
|      |      | **22 would qualify as proximity to dangerous** | |
|      |      | **23 allegation.** | |
|      |      | 24 Q. Would a bridge transit? | |
|      |      | 25 MR. RODGERS: Objection to | |
| 180 | 1-9 | 1 form. | |
|      |      | **2 A. I'm not sure. Again, I'm** | |
|      |      | **3 not -- I didn't write this, so I don't** | |
|      |      | **4 know.** | |
|      |      | 5 Q. This is intended as guidance | |
|      |      | 6 though to the master or mate on watch | |
|      |      | 7 regarding considerations for posting a | |
|      |      | 8 lookout though, right? | |
|      |      | **9 A. Yes.** | |
| 181 | 3-8 | 3 Q. And then under procedures, it | |
|      |      | 4 says, "A look out should be added when | |
|      |      | 5 necessary to." And the second bullet is, | |
|      |      | 6 "To apprise the situation and the risk of | |
|      |      | 7 collision/ allision," right? | |
|      |      | **8 A. Yes.** | |
| 197 | 4-21 | 4 Q. And the SMS, how do you access | |
|      |      | 5 that on the Mackenzie Rose? | |
|      |      | **6 A. Like I said earlier, you would** | |
|      |      | **7 go onto the boat computer, go into Helm and** | |
|      |      | **8 then there would be a section to access the** | |
|      |      | **9 SMS electronically and also again, download** | |
|      |      | **10 the whole PDF, if you wanted to.** | |
|      |      | 11 Q. Okay. And do you know if | |
|      |      | 12 there's a copy of the SMS that is aboard | |
|      |      | 13 the Mackenzie Rose that is a, you know, | |
|      |      | 14 hard copy? | |
|      |      | **15 A. Just the electronic ones.** | |
|      |      | 16 Q. And that laptop, is it located | |
|      |      | 17 in the wheelhouse? | |
|      |      | **18 A. Yes.** | |
|      |      | 19 Q. But anybody can log into it and | |
|      |      | 20 look at the SMS? | |
|      |      | **21 A. Yes.** | |
| 200 | 10-21 | 10 Q. Are there any manuals regarding | |

| Page | Line | Extract | Notes |
|------|------|---------|-------|
|      |      | 11 the use of the autopilot system?<br>**12 A. Yes. There's manuals on board**<br>**13 the vessel.**<br>14 Q. Have you actually seen the<br>15 manual for the autopilot system on the<br>16 McKenzie Rose when you were employed by<br>17 Carver?<br>**18 A. Yes, I have. When the new**<br>**19 system was installed, the manual was left**<br>**20 on board for anyone to reference on the**<br>**21 boat.** |  |
| 202 | 17-24 | 17 Q. Mr. Baldassare, during the<br>18 course of your investigation between the<br>19 statements that you received and the<br>20 interviews you conducted of the crew, did<br>21 you learn that the captain was the only one<br>22 who was working as a lookout at the time of<br>23 the allision?<br>**24 A. Yes.** |  |
| 204 | 1-5 | 1 Q. On the boat, at the time of the<br>2 allision?<br>3 MR. RODGERS: You can answer.<br>**4 A. It was Captain Morrissey who**<br>**5 was on watch, yeah.** |  |
| 204 | 6-14 | 6 Q. Yeah. So he was on watch.<br>7 What I'm asking is whether there was a<br>8 second person that was providing any kind<br>9 of lookout with respect to the transit at<br>10 the time of the allision?<br>11 MR. RODGERS: As far as he<br>12 knows from his investigation.<br>13 MR. CHAPMAN: Yeah, exactly.<br>**14 A. As far as I know, no.** |  |
| 209 | 22-25 | 22 Q. So Mr. Baldassare, training of<br>23 the crew on any particular tug boat is done<br>24 by the captain, right?<br>**25 A. Yes, sir.** |  |
| 210 | 4-6 | 4 Q. And that would include any<br>5 training for lookouts, correct?<br>**6 A. Yes, sir.** |  |
| 210 | 11-17 | 11 Q Okay. And any instructions<br>12 that lookout or a particular watch that the<br>13 lookout is standing, would that generally<br>14 come from the captain?<br>**15 A. Yes.** |  |

| Page | Line | Extract | Notes |
|------|------|---------|-------|
| | | 16 Q. To your knowledge?<br>**17 A. To my knowledge, yes.** | |
| 211 | 7-11 | 7 Q. -- whether he was on the<br>8 steering bridge or the lower bridge, the<br>9 main bridge?<br>**10 A. I believe he was on the -- he**<br>**11 should have been in the upper wheelhouse.** | |
| 211 | 15 | 12 Q. Okay. And if -- is -- have you<br>13 ever been to the upper wheelhouse on that<br>14 vessel?<br>**15 A. Yes.** | |
| 211 – 212 | 1- 25 | Page 211<br>**1 A. What bridge on the vessel?**<br>2 Q. Yeah.<br>**3 A. I don't -- was not -- no. I**<br>**4 did not know. I would've -- I don't know.**<br>5 Q. You don't know --<br>**6 A. No.**<br>7 Q. -- whether he was on the<br>8 steering bridge or the lower bridge, the<br>9 main bridge?<br>**10 A. I believe he was on the -- he**<br>**11 should have been in the upper wheelhouse.**<br>12 Q. Okay. And if -- is -- have you<br>13 ever been to the upper wheelhouse on that<br>14 vessel?<br>**15 A. Yes.**<br>16 Q. The McKenzie Rose is --<br>17 THE REPORTER: Just give him a<br>18 minute to finish.<br>**19 THE WITNESS: Sorry.**<br>20 Q. And from that steering bridge,<br>21 upper wheelhouse the mate on watch can see<br>22 past the barge configured as it was<br>23 that -- on the day of the incident,<br>24 correct?<br>25 MR. CHAPMAN: Object to the<br>Page 212<br>1 form.<br>**2 A. Yes.**<br>3 Q. It's above the barge, correct?<br>**4 A. Yes, yes.**<br>5 Q. So is his view unobstructed --<br>6 MR. CHAPMAN: Object to the<br>7 form. | |

| Page | Line | Extract | Notes |
|------|------|---------|-------|
| | | **8 A. Yes.**<br>9 Q. -- as to what you understand<br>10 the load was?<br>**11 A. As to what I understand, yes.**<br>12 Q. And if he looks to the<br>13 starboard side, is it generally<br>14 unobstructed?<br>15 MR. CHAPMAN: Object to the<br>16 form.<br>**17 A. Yes.**<br>18 Q. How about the portside?<br>19 MR. CHAPMAN: Same objection.<br>**20 A. Yes.**<br>21 Q. And how about a Stern?<br>22 MR. CHAPMAN: Same objection.<br>**23 A. Yes.**<br>24 Q. If he turns around, obviously?<br>**25 A. Yes.** | |
| 212- | 21-25 | 21 Q. And how about a Stern?<br>22 MR. CHAPMAN: Same objection.<br>**23 A. Yes.**<br>24 Q. If he turns around, obviously?<br>**25 A. Yes.** | |
| 217 | 12-15 | 12 Q. At any time during that day,<br>13 June 15th, did you find out he had hit the<br>14 bridge?<br>**15 A. No.** | |
| 217 | 16-20 | 16 Q. And was it your understanding<br>17 that he had slid by the fendering system?<br>**18 A. Yes.**<br>19 Q. That's what he told you?<br>**20 A. Yes, that is what he told me.** | |