# Exhibit C



RE: Incident Report

Date: 15 JUNE 2024
Time of Incident: 1630
Name: James Morrisey
Position: Mate
Manager: Lenny Baldassare
Division: Carver Marine Towing

Description of incident in your own words:

I was on watch as we proceeded outbound of southern branch of the Elizabeth River, I had been steering through the straightaways with auto pilot as I had minimal 5kt southerly winds and not much current. As I approached the Beltline Railroad Bridge in Chesapeake, VA at approximately 1630 I switched over to hand steering to safely navigate through the bridge. Upon switching to hand steering, I did not make sure the auto pilot knob was completely in the "off" position. When I did look and realize it was not, I quickly flipped the knob to the correct position. At this time, I was on my approach and had gotten out of shape, I decided to slow the vessel down to correct my course. I made the decision to rest gently on the fendering of the bridge to safely maneuver through. During this event, I had full steering and propulsion. Upon inspection we did not note any damage done to the tug, tow, or bridge. We logged this event in our vessel electronic log.


James Morrisey
Mate- MACKENZIE ROSE
Carver Marine Towing

CARVER ESI 000947

| | |
|---|---|
| **Sent:** | 6/19/2024 9:59:11 AM |
| **From:** | Leonard Baldassare <lbaldassare@carvercompanies.com> |
| **To:** | "Brian Moore" "Thomas Feeney" |
| **Cc:** | |
| **Bcc:** | |
| **Importance:** | 3 (Normal) |
| **Subject:** | MACKROSE Reporting |
| **Attachments:** | LB Incident Review .docx , Miller Statement .docx , jarkeis M Statement.docx , Jason McGrath Statment .docx , Sharif Statment .docx |

Please see attached from the crew as well as my investigation.
thanks
Lenny Baldassare
Port Captain
Carver Marine Towing
(838) 207- 2960





RE: Shoreside Incident Report

Date: 19 JUNE 2024
Time of Incident: 1630 15 JUNE 2024
Name: Leonard N Baldassare
Position: Port Captain Carver Marine Towing
Manager: Brian Moore
Division: Carver Marine Towing

**Description of incident in your own words:**
At approximately 0950 18 June 2024 I spoke with LT Megan Polumba of USCG sector Virginia. She informed me that the tug MACKENZIE ROSE had "struck" the Beltline Railroad Bridge in Chesapeake, VA on Saturday 15 JUNE 2024 causing damage to the bridge as per the bridge tender. I informed her that the boat was in NY Harbor and that I would get onboard right away and speak to the crew directly. I interviewed each crew member and learned that there had been an issue with changing over to hand steering from auto pilot at 1630 on 15 June 2024 and that the vessel needed to lay on the bridge fendering to safely navigate through the bridge. They assured me that no damage was done to the bridge and that during this event they had full control of the tug and tow.

They described to me that when changing over from auto pilot to hand steering it is critical that the knob for the autopilot be clicked into the "off" position and that in this instance it was not. I instructed the crew that they need to post a more detailed changeover in the wheelhouse for going from auto pilot to hand steering. I also discussed in depth with both the Master and Mate on watch at the time of the incident that in accordance with both company policy and CFR 40.670 the auto pilot should not be used in areas of high traffic density, conditions of restricted visibility, or any other hazardous navigational situations such as the incident that occurred on 15 June 2024. They both understood and agreed that the auto pilot should not have been used. The mate will be issued a 6-month performance review in which the Master and myself will monitor and make sure no other incidents like this occur.

I also discussed with the crew the importance of reporting events directly to a supervisor they did not feel that the incident was reportable because there was never a loss of steering or propulsion and that they had full control throughout this event. I discussed with the crew that any such event should be reported to a direct supervisor. I reviewed the CMT TSMS - Section 9 - Non-Conformities & Reporting Procedures section 9.1 with the crew to insure this does not happen again.

Leonard N Baldassare
Port Captain
Carver Marine Towing



RE: Incident Report


Date: 15 JUNE 2024
Time of Incident: 1630
Name : Chris Miller
Position: Master
Manager: Lenny Baldassare
Division: Carver Marine Towing

Description of incident in your own words:

While off watch in my room I felt the vessel slow down and felt us sliding. I went up to the wheelhouse to check on the Mate and he informed me that he did not switch the hand steering over correctly from autopilot and had gotten out of shape upon his approach to the bridge. He was able to safely maneuver the tug and to through the bridge resting on some bridge fendering. I stayed up with him as we navigated through. The event was submitted into our log. There was no damage to the tug, tow, or bridge as we had full steering and propulsion coming through the bridge.

Christopher Miller
Master- MACKENZIE ROSE
Carver Marine Towing

CARVER ESI 000950



RE: Incident Report

Date: 15 JUNE 2024
Time of Incident: 1630
Name : Jarkeis Morrisey
Position: Deckhand
Manager: Lenny Baldassare
Division: Carver Marine Towing

Description of incident in your own words:

I was on watch preparing dinner for the crew when I felt the boat slow down. I went up to the wheelhouse and the Mate informed me that he had gotten out of shape and was going to need to land on the bridge fendering to safely navigate through the bridge. We were able to come through the bridge and continue. The Mate sent me out on the barge to inspect if there was any damage. I did not see any damage upon walking the barge.

Jarkeis Morrisey
Deckhand
Carver Marine Towing

CARVER ESI 000951



RE: Incident Report


Date: 15 JUNE 2024
Time of Incident: 1630
Name : Jason McGrath
Position: Engineer
Manager: Lenny Baldassare
Division: Carver Marine Towing

Description of incident in your own words:

At approximately 1630 I was in my room completing my engine room paperwork, I felt the boat slow down and shimmy. I went outside to look and saw that we had landed on the bridge fendering. I immediately went down in the engine room to make sure there was no issues. I then proceeded to the wheelhouse the mate informed me that he did not properly switch the hand steering over and had gotten out of shape and to safely navigate through the bridge he needed to land on the fenders.

Jason McGrath
Engineer
Carver Marine Towing

CARVER ESI 000952



RE: Incident Report


Date: 15 JUNE 2024
Time of Incident: 1630
Name : Sharif Porter
Position: AB Deckhand
Manager: Lenny Baldassare
Division: Carver Marine Towing

Description of incident in your own words:

At approximately 1630 I was off watch in my room. I felt the boat slide and thought we had popped a push gear. I put my gear on and headed out on deck to check the push gear however I noticed we had landed against the fenders of the bridge to slide through safely.

Sharif Porter
AB Deckhand
Carver Marine Towing

CARVER ESI 000953