*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF VIRGINIA*
Norfolk DIVISION

**Tuesday, March 10, 2026**

**MINUTES OF PROCEEDINGS IN** Open Court
**PRESENT:** THE HONORABLE Mark S. Davis, District Judge
Courtroom Deputy Clerk: J. Powell
Court Reporter: Paul McManus, OCR

| Set: 10:00 am | Started: 10:07 am | Ended: 5:22 pm |
|---|---|---|

| Recess: 11:33 am – 11:45 am (12 mins), 12:57 pm – 2:03 pm (1 hr, 6 mins, lunch), 3:44 pm – 3:56 pm (12 mins) |
|---|

| **Civil Case No. 2:24-CV-490** |
|---|
| **In the Matter of Coeymans Marine Towing, LLC, d/b/a Carver Marine Towing as Owner and Operator of M/T Mackenzie Rose, (IMO No. 8968768), etc.** |
| W. Ryan Snow, Mackenize Pensyl, and James Chapman, present on behalf of Claimant and Consolidated Plaintiff, Norfolk and Portsmouth Belt Line. Cannon Moss, Corporate Representative on behalf of Norfolk Portsmouth Belt Line. David Shaw, Corporate Representative on behalf of Traveler's Insurance. |
| James Rodgers, Michael Roman, and Matthew Obiala, present on behalf of Defendant Coeymans Marine Towing, LLC. Darryl Stoecklin, Corporate Representative. |
| |
| Matter came on for Bench Trial (Day 1). |
| Comments of Court. |
| Opening statements of counsel heard. |
| All Stipulations found in Final Pretrial Order[178], Section 1 are admitted into the record. |
| Evidence presented. |
| Oral Motion to Withdraw Beltline Exhibit 97 and replace with Beltline Exhibit 97-A is GRANTED. Beltline Exhibit 97 is withdrawn. Beltline Exhibit 97-A is admitted and replaces withdrawn exhibit. |
| |
| Counsel excused until Wednesday, March 11, 2026, at 9:30 am. |
| Court adjourned. |