*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF VIRGINIA*
Norfolk DIVISION

**Wednesday, March 11, 2026**

**MINUTES OF PROCEEDINGS IN** Open Court
**PRESENT**: THE HONORABLE Mark S. Davis, District Judge
Courtroom Deputy Clerk: J. Powell
Court Reporter: Paul McManus, OCR/Jody Stewart, OCR

| Set: 9:30 am | Started: 9:34 am | Ended: 5:22 pm |
|---|---|---|

| Recess: 11:04 am – 11:21 am (17 mins), 11:59 am – 1:06 pm (1 hr, 7 mins), 2:49 pm – 3:07 pm (18 mins) |
|---|

| **Civil Case No. 2:24-CV-490** |
|---|
| **In the Matter of Coeymans Marine Towing, LLC, d/b/a Carver Marine Towing as Owner and Operator of M/T Mackenzie Rose, (IMO No. 8968768), Her Cargo, Engines, Boilers, Tackle, Equipment, Apparel, and App** |
| |
| W. Ryan Snow, Mackenize Pensyl, and James Chapman, present on behalf of Claimant and Consolidated Plaintiff, Norfolk and Portsmouth Belt Line. Cannon Moss, Corporate Representative on behalf of Norfolk Portsmouth Belt Line. David Shaw, Corporate Representative on behalf of Traveler's Insurance. |
| James Rodgers, Michael Roman, and Matthew Obiala, present on behalf of Defendant Coeymans Marine Towing, LLC. Darryl Stoecklin, Corporate Representative. |
| Matter came on for Bench Trial (Day 2). |
| Evidence continued from Bench Trial (Day 1) Tuesday, March 11, 2026. |
| Objections heard and ruled on. |
| Claimant introduced BL Exhibit 133 – Photograph – Power Rails (see attachment), to which Defendants objected to. For reasons stated from the bench, the Court DENIES the Motion to Strike, the Court does not admit BL Exhibit 133 into evidence, the Court will rely only on witness testimony, and the Court will only rely on BL Exhibit 133 as an illustrative aid, pursuant to Fed. R. of Evid. 107(a). |
| |
| |
| Counsel excused until Thursday, March 12, 2026, at 9:30 am. |
| Court adjourned. |