*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF VIRGINIA*
Norfolk DIVISION

**Thursday, March 12, 2026**

**MINUTES OF PROCEEDINGS IN** Open Court
**PRESENT:** THE HONORABLE Mark S. Davis, District Judge
Courtroom Deputy Clerk: J. Powell
Court Reporter: Jody Stewart, OCR/Paul McManus, OCR

| Set: 9:30 am | Started: 9:33 am | Ended: 2:16 pm |
|---|---|---|

| Recess: 11:03 am – 11:18 am (15 mins), Lunch – 12:58 pm – 2:07 pm (1 hr, 9 mins) |
|---|

| **Civil Case No. 2:24-CV-490** |
|---|
| **In the Matter of Coeymans Marine Towing, LLC, d/b/a Carver Marine Towing as Owner and Operator of M/T Mackenzie Rose, (IMO No. 8968768), Her Cargo, Engines, Boilers, Tackle, Equipment, Apparel, and App** |
| |
| W. Ryan Snow, Mackenzie Pensyl, and James Chapman, present on behalf of Claimant and Consolidated Plaintiff, Norfolk and Portsmouth Belt Line. Cannon Moss, Corporate Representative. David Shaw, Corporate Representative on behalf of Traveler's Insurance. |
| James Rodgers, Michael Roman, and Matthew Obiala, present on behalf of Defendant Coeymans Marine Towing, LLC. Darryl Stoecklin, Corporate Representative. |
| |
| Matter came on for Bench Trial (Day 3). |
| Comments of the Court. |
| Plaintiff presented Joint Exhibit 73-A – Updated Damages Spreadsheet to move into evidence with no objection from Defense. The Court admitted Jt. Exhibit 73-A into evidence. |
| Evidence continued from Bench Trial (Day 2) Wednesday, March 11, 2026. |
| |
| |
| |
| Counsel excused until Friday, March 13, 2026, at 9:30 am. |
| Court adjourned. |