*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF VIRGINIA*
Norfolk DIVISION

**Friday, March 13, 2026**

**MINUTES OF PROCEEDINGS IN** Open Court
**PRESENT:** THE HONORABLE Mark S. Davis, District Judge
Courtroom Deputy Clerk: J. Powell
Court Reporter: Jody Stewart, OCR/Paul McManus, OCR

| Set: 9:30 am | Started: 10:23 am | Ended: 4:26 pm |
|---|---|---|

| Recess: 11:23 am – 11:35 am (12 mins), 12:57 pm – 2:06 pm (lunch, 1 hr, 9 mins) |
|---|

| Civil Case No. 2:24-CV-490 |
|---|
| In the Matter of Coeymans Marine Towing, LLC, d/b/a Carver Marine Towing as Owner and Operator of M/T Mackenzie Rose, (IMO No. 8968768), Her Cargo, Engines, Boilers, Tackle, Equipment, Apparel, and App |
|  |
| W. Ryan Snow, Mackenzie Pensyl, and James Chapman, present on behalf of Claimant and Consolidated Plaintiff, Norfolk and Portsmouth Belt Line. David Shaw, Corporate Representative on behalf of Traveler's Insurance. |
| James Rodgers, Michael Roman, and Matthew Obiala, present on behalf of Defendant Coeymans Marine Towing, LLC. |
|  |
| Matter came on for Bench Trial (Day 4). |
| Comments of the Court. |
| Stipulations presented to the Court. The Court accepts the Stipulations into the record and directs the Court to file Stipulation on the record. |
| Evidence continued from Bench Trial (Day 3) Thursday, March 12, 2026. |
| Objections heard and ruled on. |
|  |
|  |
|  |
|  |
| Counsel excused until Monday, March 16, 2026, at 9:30 am. |
| Court adjourned. |