IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division
In Admiralty

| | |
|---|---|
| In the Matter of COEYMANS MARINE TOWING, LLC D/B/A CARVER MARINE TOWING as Owner and Operator of M/T Mackenzie Rose, (IMO No. 8968765), *et al.* | Civil Action No. 2:24-cv-00490-MSD-LRL |

## STIPULATION OF THE PARTIES

Claimant Norfolk and Portsmouth Belt Line Railroad (the "Belt Line") and Petitioner Coeymans Marine Towing, LLC d/b/a Carver Marine Towing ("Carver"), hereby stipulate that the following transcripts from unsworn interviews conducted during the joint investigation of the United States Coast Guard and National Transportation Safety Board, regarding the June 15, 2024 allision of the M/T MACKENZIE ROSE with the Main Line Bridge, may be admitted as exhibits and considered as evidence in the trial of this matter:

1) Brian Moore dated July 18, 2024

2) Leonard Baldassare dated July 3, 2024

3) Jason McGrath dated June 25, 2024

4) James Morrissey dated June 26, 2024

5) Jarkeis Morrissey dated June 25, 2024

6) Sharif Porter dated July 3, 2024

WE SO STIPULATE:

/s/ *James L. Chapman, IV*
James L. Chapman, IV, VSB No. 21983
W. Ryan Snow, VSB No. 47423
Mackenzie R. Pensyl VSB No. 100012
Crenshaw, Ware & Martin, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
mpensyl@cmw-law.com
*Counsel for Norfolk and Portsmouth Belt line Railroad Company*

/s/ *Matthew J. Obiala*
Matthew J. Obiala, Esq. (VSB 100626)
Michael Roman, Esq. *(pro hac vice)*
Dawn Johnson, Esq. *(pro hac vice)*
Siobhan Murphy, Esq. *(pro hac vice)*
CLYDE & CO US LLP
30 S. Wacker Drive, Ste 2600
Chicago, IL 60606
Tel No.: (312) 635-6971
Fax No.: (312)635-6950
*Matt.obiala@clydeco.us*
*Michael.Roman@clydeco.us*
*Dawn.Johnson@clydeco.us*
*Siobhan.murphy@clydeco.us*

James H. Rodgers, Esq. *(pro hac vice)*
CLYDE & CO US LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 702-6771
(212) 710-3950
*James.Rodgers@clydeco.us*
*Counsel for Coeymans Marine Towing, LLC, d/b/a Carver Marine Towing*

2