*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF VIRGINIA*
Norfolk DIVISION

**Monday, March 16, 2026**

**MINUTES OF PROCEEDINGS IN** Open Court
**PRESENT:** THE HONORABLE Mark S. Davis, District Judge
Courtroom Deputy Clerk: J. Powell
Court Reporter: Paul McManus, OCR

| Set: 9:30 am | Started: 9:28 am | Ended: 12:49 pm |
|---|---|---|

| Recess: 10:54 am – 11:08 am (14 mins) |
|---|

| **Civil Case No. 2:24-CV-490** |
|---|
| **In the Matter of Coeymans Marine Towing, LLC, d/b/a Carver Marine Towing as Owner and Operator of M/T Mackenzie Rose, (IMO No. 8968768), Her Cargo, Engines, Boilers, Tackle, Equipment, Apparel, and App** |
| |
| W. Ryan Snow, Mackenzie Pensyl, and James Chapman, present on behalf of Claimant and Consolidated Plaintiff, Norfolk and Portsmouth Belt Line. David Shaw, Corporate Representative on behalf of Traveler's Insurance. |
| James Rodgers and Michael Roman, present on behalf of Defendant Coeymans Marine Towing, LLC. |
| |
| Matter came on for Bench Trial (Day 5). |
| Comments of the Court. |
| Plaintiff continues with evidence. Plaintiff rests. |
| Defendants Oral Motion for Rule 52(c). For reasons stated from the bench, the Court DENIES the Oral Motion for Rule 52(c). |
| Defendant presents evidence. |
| Objections heard and ruled on. |
| |
| |
| |
| Counsel excused until Thursday, March 19, 2026, at 9:30 am. |
| Court adjourned. |