***UNITED STATES DISTRICT COURT***
*EASTERN DISTRICT OF VIRGINIA*
<u>Norfolk</u> DIVISION

**<u>Wednesday, March 18, 2026</u>**

**MINUTES OF PROCEEDINGS IN** <u>Open Court</u>
**PRESENT:** THE HONORABLE <u>Mark S. Davis, District Judge</u>
Courtroom Deputy Clerk: <u>J. Powell</u>
Court Reporter: <u>Paul McManus, OCR</u>

| Set:<br>1:30 pm | Started:<br>1:32 pm | Ended:<br>4:40 pm |
|---|---|---|
| Recess:<br>2:16 pm – 2:50 pm (34 mins) | | |

| Civil Case No. 2:24-CV-490 |
|---|
| **In the Matter of Coeymans Marine Towing, LLC, d/b/a Carver Marine Towing as Owner and Operator of M/T Mackenzie Rose, (IMO No. 8968768), Her Cargo, Engines, Boilers, Tackle, Equipment, Apparel, and App** |
| |
| W. Ryan Snow, Mackenzie Pensyl, and James Chapman, present on behalf of Claimant and Consolidated Plaintiff, Norfolk and Portsmouth Belt Line. Cannon Moss, Corporate Representative. David Shaw, Corporate Representative on behalf of Traveler's Insurance. |
| James Rodgers, Michael Roman, and Matthew Obiala, present on behalf of Defendant Coeymans Marine Towing, LLC. |
| |
| Matter came on for Bench Trial (Day 6). |
| Defense continues presentation of evidence from Bench Trial (Day 5) Monday, March 16, 2026. |
| Objections re: expertise of Ward Nicholas "Nick" Marianos heard. The Court takes the matter under advisement. |
| |
| |
| |
| |
| |
| |
| Counsel excused until Thursday, March 19, 2026, at 9:30 am. |
| Court adjourned. |