*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF VIRGINIA*
Norfolk DIVISION

**Thursday, March 19, 2026**

**MINUTES OF PROCEEDINGS IN** Open Court
**PRESENT:** THE HONORABLE Mark S. Davis, District Judge
Courtroom Deputy Clerk: J. Powell
Court Reporter: Paul McManus, OCR

| Set: 9:30 am | Started: 9:35 am | Ended: 4:29 pm |
|---|---|---|

| Recess: 11:06 am – 11:25 am (19 mins), 12:25 pm – 1:34 pm (lunch – 1 hr, 9 mins) |
|---|

| Civil Case No. 2:24-CV-490 |
|---|
| **In the Matter of Coeymans Marine Towing, LLC, d/b/a Carver Marine Towing as Owner and Operator of M/T Mackenzie Rose, (IMO No. 8968768), Her Cargo, Engines, Boilers, Tackle, Equipment, Apparel, and App** |
| W. Ryan Snow, Mackenzie Pensyl, and James Chapman, present on behalf of Claimant and Consolidated Plaintiff, Norfolk and Portsmouth Belt Line. Cannon Moss, Corporate Representative. |
| James Rodgers, Michael Roman, and Matthew Obiala, present on behalf of Defendant Coeymans Marine Towing, LLC. Claire Stratton, Corporate Representative. |
| **Matter came on for Bench Trial (Day 7).** |
| Evidence continued from Bench Trial (Day 6) Wednesday, March 18, 2026. |
| Objections heard and the Court takes objections under advisement. |
| The Court does NOT admit Defense Exhibit 132 – Captain Sam Stephenson PowerPoint and Belt Line Exhibit 135 – Screenshots of Joint Exhibit 64 Exhibits as evidence, the Court will rely only on these exhibits as an illustrative aid pursuant to Fed. Rule of Evidence 107(a). |
| Defense rests. |
| No rebuttal evidence presented. |
| Further comments/questions by the Court. |
| Court DIRECTED counsel to file post-trial briefings and updated proposed findings of fact and conclusions of law not later than April 17, 2026. |
|  |
| Court takes the matter under advisement and will issue an opinion. |
| Court adjourned. |