From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

MACKROSE rudder got stuck hard over and they hit the bridge as they were coming through it. I'm assuming down in Baltimore somewhere.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/15/2024 4:36:14 PM(UTC-4) | | |

Status: Sent

6/15/2024 4:36:13 PM(UTC-4)

**Joint Exhibit 64 – texts between Baldassare & Moore**

CARVER ESI 001871

363

Beltline
Exh. 135

From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

I just seen this.

If there isn't any damage besides actual scrapes, just make it go away.

So retarded because it's 300' wide

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/15/2024 5:07:09 PM(UTC-4) | |

Status: Read

6/15/2024 5:07:01 PM(UTC-4)

**Joint Exhibit 64 – texts between Baldassare & Moore**

CARVER ESI 001872

364



From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

He wants to call the CG

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/15/2024 5:07:26 PM(UTC-4) | | |

Status: Sent

6/15/2024 5:07:25 PM(UTC-4)

**Joint Exhibit 64 – texts between Baldassare & Moore**

CARVER ESI 001872

364

From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

Ugh, was it a hard hit or did he lay up alongside it to go through?  Kinda like Newtown creek style.  Slow things down and lay alongside the fenders to safely pass through.

The last thing Baltimore wants is a bridge investigation.  If its a hard hit, then I can guarantee CG and TVIB will be all over their asses

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/15/2024 5:14:13 PM(UTC-4) | |

Status: Read

6/15/2024 5:10:16 PM(UTC-4)

**Joint Exhibit 64 – texts between Baldassare & Moore**

CARVER ESI 001873

From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

I can tell Chris I notified them and they will do an investigation and to keep going just to shut him up

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18455944410 Brian Moore | 6/15/2024 5:15:22 PM(UTC-4) | | |

Status: Sent

6/15/2024 5:15:22 PM(UTC-4)

**Joint Exhibit 64 – texts between Baldassare & Moore**

CARVER ESI 001873

365

From: +18455944410 Brian Moore
To: +18382072960 +18382072960 (owner)

Okay, CG will issue out an 835 for the rudder.  There is zero chance we can replicate the issue on the rudder so it won't be sailing any where for a while.

Did the rudder actually get stuck or just ship handling?

It's also a 250' barge that's hired out from weeks.

See how we can resolve the steering issue or they make it ship handing issue.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +18382072960 +18382072960 | | 6/15/2024 5:17:58 PM(UTC-4) | |

Status: Read

6/15/2024 5:17:45 PM(UTC-4)

**Joint Exhibit 64 – texts between Baldassare & Moore**

CARVER ESI 001874

366

From: +18382072960 Lenny  Baldassare
To: +15187084887 (owner)

I'm on with CG now. Continue on the slow bell I'll let you know what they wanna do shortly

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +15187084887 | | 6/15/2024 5:24:44 PM(UTC-4) | |

Status: Read

6/15/2024 5:24:34 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71C482 (Table: message, handle; Size: 26599424 bytes)

CARVER ESI 001889

**Joint Exhibit 65 – texts between Baldassare & Tug**

From: +18382072960 Lenny  Baldassare
To: +15187084887 (owner)

Okay I'm sending the CG statements and photos- they are allowing us to continue our voyage but will most likely need to board the vessel upon arrival to NYH they will survey the bridge tomorrow for any damage. Please proceed as planned. I will notify sector NY and TVIB.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +15187084887 | | 6/15/2024 5:28:43 PM(UTC-4) | |

Status: Read

6/15/2024 5:28:29 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71DCC3 (Table: message, handle; Size: 26599424 bytes)



From: +15187084887 (owner)

Ok

Status: Sent

6/15/2024 5:28:54 PM(UTC-4)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x71D66E (Table: message; Size: 26599424 bytes)

**Joint Exhibit 65 – texts between Baldassare & Tug**

CARVER ESI 001890

308



From: +18382072960 +18382072960 (owner)
To: +18455944410 Brian Moore

Taken care of.

| Participant | Delivered | Read | Opened |
| --- | --- | --- | --- |
| +18455944410 Brian Moore | 6/15/2024 5:29:21 PM(UTC-4) | | |

Status: Sent

6/15/2024 5:29:21 PM(UTC-4)

366

CARVER ESI 001874

Joint Exhibit 64 – texts between Baldassare & Moore