**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

|  |  |
|---|---|
| In the Matter of COEYMANS MARINE TOWING, LLC d/b/a CARVER MARINE TOWING, as Owner and Operator of the *M/T Mackenzie Rose*, (IMO No. 8968765), *et al.* | **Civil Action No. 2:24-cv-00490-MSD LRL** |

**JOINT MOTION TO EXTEND THE DEADLINE TO FILE POST-TRIAL
SUBMISSIONS AND FOR LEAVE TO FILE OVERSIZED BRIEFS**

Petitioner Coeymans Marine Towing, LLC d/b/a Carver Marine Towing ("Carver") and Claimant Norfolk and Portsmouth Railroad Company's ("Belt Line") jointly and respectfully move for a seven (7) day extension of time to submit their respective Amended Proposed Findings of Fact and Conclusions of Law and Briefs in Support regarding the bench trial. The parties also respectfully request leave to file Briefs with a 40-page limit instead of the standard 30-page limit. In support of its motion, the Parties states as follows:

1. The bench trial in this matter concluded on March 19, 2026. By Order of the Court, the Parties' Amended Proposed Findings of Fact and Conclusions of Law and Briefs in Support are due on April 17, 2026. ECF 218.

2. The Parties respectfully request that the deadline to submit their Proposed Findings and Briefs be extended to April 24, 2026. The Parties make this request due to unforeseen business matters that have arisen for Carver's counsel recently, including travel for a hearing in federal court in Missouri. The Parties respectfully request the extension so they may adequately prepare their submissions for the Court.

3. The Parties further request leave to file excess Briefs with a 40-page limit. See L.R. 7(F)(3). In preparing their respective Briefs, the Parties have found that addressing the issues

1

and voluminous record is likely to require additional space beyond the 30-page limit and thus request an additional 10 pages to adequately state their positions.

    4.    The Parties have conferred regarding this Motion and agree on the relief sought and request it jointly. This is the Parties' first request for an extension of time. No other changes to the Court's Orders are requested.

WHEREFORE, Petitioner Coeymans Marine Towing, LLC d/b/a Carver Marine Towing and Norfolk and Portsmouth Railroad Company's respectfully request the Court grant their Joint Motion to Extend the Deadline for Post-Trial Submissions and for Leave to File Excess Briefs, and enter an Order reflecting that the deadline for the Parties post-trial Amended Findings of Fact and Conclusions of Law be extended to April 24, 2026, and that the Parties are granted leave to file oversized Briefs up to and including 40-pages.

Dated: April 16, 2026

Jointly and respectfully submitted,

/s/ *James L. Chapman, IV*

James L. Chapman, IV, VSB No. 21983
W. Ryan Snow, VSB No. 47423
Mackenzie R. Pensyl VSB No. 100012
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
mpensyl@cwm-law.com
*Attorneys for Norfolk and Portsmouth Belt Line Railroad Company*

/s/ *Matthew J. Obiala*

Matthew J. Obiala (VSB No. 100626)
Michael J. Roman*
CLYDE & CO US LLP
30 S Wacker Dr., Ste. 2600
Chicago, Illinois
Tel: 305-446-2646
Fax: 305-441-2374
matt.obiala@clydeco.us
michael.roman@clydeco.us

James H. Rodgers*
CLYDE & CO US LLP
2 Grand Central Tower
150 E 45th Street, Suite 26A
New York, NY 10017
Ph: (212) 702-6771

James.rodgers@clydeco.us

*Counsel for Petitioner Coeymans Marine Towing, LLC*

*\*pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2026, a true and correct copy of the foregoing document was filed using the Court's CM/ECF system, which will serve all counsel of record by electronic mail.


_/s/ Matthew J. Obiala_