**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

| | |
|---|---|
| In the Matter of COEYMANS MARINE TOWING, LLC d/b/a CARVER MARINE TOWING, as Owner and Operator of the *M/T Mackenzie Rose*, (IMO No. 8968765), *et al.* | **Civil Action No. 2:24-cv-00490-MSD LRL** |

**ORDER**

This matter coming before the Court on the Parties' Joint Motion to Extend the Deadline for Post-Trial Submissions and for Leave to File Excess Briefs (ECF 231), the Court having reviewed the Motion and being fully advised in the premises, IT IS HEREBY ORDERED:

(1) The Motion is GRANTED.

(2) The deadline for the Parties to file Amended Proposed Findings of Fact and Conclusions of Law and Briefs in Support is hereby reset to April 24, 2026.

(3) The Parties are granted leave to file Briefs in excess of 30-pages, up to and including 40-pages.

*So ordered.*

Norfolk, Virginia
April ____, 2026

_____
Mark S. Davis
United States District Judge