**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**
**In Admiralty**

| | |
|---|---|
| In the Matter of COEYMANS MARINE TOWING, LLC D/B/A CARVER MARINE TOWING as Owner and Operator of M/T Mackenzie Rose, (IMO No. 8968765), *et al*. | **Civil Action No. 2:24-cv-00490-MSD-LRL** |

## <u>NOTICE OF SETTLEMENT</u>

Please take notice that Claimant Norfolk and Portsmouth Belt Line Railroad Company (the "Belt Line") and Petitioner Coeymans Marine Towing, LLC d/b/a Carver Marine Towing ("Carver"), have reached a settlement in the above-captioned matter and will be submitting a Stipulation of Dismissal with prejudice as soon as the Parties have finalized the necessary paperwork to effectuate their agreement.

Dated:  May 26, 2026

NORFOLK AND PORTSMOUTH BELT
LINE RAILROAD COMPANY

By:  _____*/s/ Mackenzie R. Pensyl*_____
James L. Chapman, IV, VSB No. 21983
W. Ryan Snow, VSB No. 47423
Mackenzie R. Pensyl, VSB No. 100012
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
mpensyl@cwm-law.com
*Counsel for Norfolk and Portsmouth Belt*
*Line Railroad Company*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 26th day of May 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all registered counsel of record, and mailed to:

James Morrissey
4723 Baywood Drive
Lynnhaven, FL 32444

By: _____*/s/ Mackenzie R. Pensyl*_____
Mackenzie R. Pensyl, VSB No. 100012
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
mpensyl@cwm-law.com
*Counsel for Norfolk and Portsmouth Belt*
*Line Railroad Company*

2