## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
#### Norfolk Division
#### In Admiralty

In the Matter of COEYMANS MARINE TOWING, LLC D/B/A CARVER MARINE TOWING as Owner and Operator of M/T Mackenzie Rose, (IMO No. 8968765), *et al.*

**Civil Action No. 2:24-cv-00490-MSD-LRL**

## AGREED ORDER

This matter comes to the Court on the request of Petitioner Coeymans Marine Towing, LLC d/b/a Carver Marine Towing ("Carver") and Claimant Norfolk and Portsmouth Belt Line Railroad Company ("Belt Line") to extend the deadline to file a Stipulation of Dismissal while they finalize their settlement agreement. Upon consideration thereof, the Court ORDERS that the parties shall have until June 12, 2026 to file a Stipulation of Dismissal.

/s/ _____

Mark S. Davis
United States District Judge

ENTERED:

June 5, 2026

Hon. Mark S. Davis
United States District Court