**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**
**In Admiralty**

| | |
|---|---|
| In the Matter of COEYMANS MARINE TOWING, LLC D/B/A CARVER MARINE TOWING as Owner and Operator of M/T Mackenzie Rose, (IMO No. 8968765), *et al*. | **Civil Action No. 2:24-cv-00490-MSD-LRL** |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Claimant Norfolk and Portsmouth Belt Line Railroad Company (the "Belt Line") and Petitioner Coeymans Marine Towing, LLC d/b/a Carver Marine Towing ("Carver"), by and through their undersigned counsel, hereby stipulate and agree that this civil action, including Carver's Complaint for Exoneration from or Limitation of Liability (ECF 1) and the Belt Line's Claim Under Supplemental Rule F (ECF 25), shall be DISMISSED WITH PREJUDICE with the Court retaining jurisdiction for the sole purpose of enforcing or resolving any disputes between the parties with respect to their settlement.

1

WE SO STIPULATE:

/s/    James L. Chapman, IV
James L. Chapman, IV, VSB No. 21983
W. Ryan Snow, VSB No. 47423
Mackenzie R. Pensyl VSB No. 100012
Crenshaw, Ware & Martin, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
wrsnow@cwm-law.com
mpensyl@cmw-law.com
*Counsel for Norfolk and Portsmouth Belt line Railroad Company*

/s/    Matthew J. Obiala
Matthew J. Obiala, Esq. (VSB 100626)
Michael Roman, Esq. *(pro hac vice)*
Dawn Johnson, Esq. *(pro hac vice)*
Siobhan Murphy, Esq. *(pro hac vice)*
CLYDE & CO US LLP
30 S. Wacker Drive, Ste 2600
Chicago, IL 60606
Tel No.: (312) 635-6971
Fax No.: (312)635-6950
*Matt.obiala@clydeco.us*
*Michael.Roman@clydeco.us*
*Dawn.Johnson@clydeco.us*
*Siobhan.murphy@clydeco.us*

EVANSTON INSURANCE COMPANY,
a/s/o NORFOLK AND PORTSMOUTH
BELT LINE RAILROAD COMPANY

/s/    Zachary M. Jett
Mark C. Nanavati, VSB No. 38709
G. Christopher Jones, Jr., VSB No. 82260
Sinnott, Nuckols & Logan, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
(804) 893-3866 (Nanavati)
(804) 378-2610 (Facsimile)
mnanavati@snllaw.com
cjones@snllaw.com

Zachary M. Jett, VSB No. 93285
Butler Weihmuller Katz Craig LLP
11525 N. Community House Road, Ste 300
Charlotte, North Carolina 28277
(704) 543-2321 (Telephone)
(704) 543-2324 (Facsimile)
zjett@butler.legal
*Counsel for Evanston Insurance Company, a/s/o Norfolk and Portsmouth Belt Line Railroad Company*

James H. Rodgers, Esq. *(pro hac vice)*
CLYDE & CO US LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 702-6771
(212) 710-3950
*James.Rodgers@clydeco.us*
*Counsel for Coeymans Marine Towing, LLC, d/b/a Carver Marine Towin*

2