## Mackenzie Pensyl

| | |
|---|---|
| **From:** | Mackenzie Pensyl |
| **Sent:** | Wednesday, October 7, 2026 5:06 PM |
| **To:** | jdmorrissey15@gmail.com |
| **Cc:** | James Chapman; W. Ryan Snow; Zach Jett; Mark Nanavati; Rodgers, James; Roman, Michael; maritimelaw@nyu.edu; Tressa Lucas |
| **Subject:** | RE: In the Matter of Coeymans Marine Towing, LLC/NPBL - 2:24-cv-00490 |

Mr. Morrissey,

Following up on the Stipulation of Dismissal sent September 30, 2026. If we do not receive a response by this Friday, **October 9, 2026**, we will proceed with filing. If you have any questions, please contact our office.

Thank you,
Mackenzie

**Mackenzie R. Pensyl, Esquire**

CRENSHAW, WARE & MARTIN, P.L.C.

CRENSHAW, WARE & MARTIN, PLC

150 W. Main Street, Suite 1923 | Norfolk, VA 23510
T (757) 623-3000 | F (757) 623-5735 | www.cwm-law.com | mpensyl@cwm-law.com

This communication is intended only for the recipient(s) named above and may be privileged or confidential. If you are not the intended recipient, any disclosure, distribution or other use is prohibited. If you received this communication in error, please notify Crenshaw, Ware & Martin, P.L.C. at (757) 623-3000 or by return email to mpensyl@cwm-law.com.

---

**From:** Mackenzie Pensyl
**Sent:** Wednesday, September 30, 2026 11:37 AM
**To:** jdmorrissey15@gmail.com
**Cc:** James Chapman <jchapman@cwm-law.com>; W. Ryan Snow <wrsnow@cwm-law.com>; Zach Jett <zjett@butler.legal>; Mark Nanavati <mnanavati@snllaw.com>; Rodgers, James <james.rodgers@clydeco.us>; Roman, Michael <michael.roman@clydeco.us>; maritimelaw@nyu.edu; Tressa Lucas <tlucas@cwm-law.com>
**Subject:** In the Matter of Coeymans Marine Towing, LLC/NPBL - 2:24-cv-00490

Mr. Morrissey,

Please see the attached Stipulation of Dismissal related to the above referenced matter. Please sign and return to our office for entry with the Court. If you have any questions, please contact our office.

Thank you,
Mackenzie

**Mackenzie R. Pensyl, Esquire**

CRENSHAW, WARE & MARTIN, P.L.C.

CRENSHAW, WARE & MARTIN, PLC

150 W. Main Street, Suite 1923 | Norfolk, VA 23510
T (757) 623-3000 | F (757) 623-5735 | www.cwm-law.com | mpensyl@cwm-law.com

EXHIBIT B

This communication is intended only for the recipient(s) named above and may be privileged or confidential. If you are not the intended recipient, any disclosure, distribution or other use is prohibited. If you received this communication in error, please notify Crenshaw, Ware & Martin, P.L.C. at (757) 623-3000 or by return email to mpensyl@cwm-law.com.