**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**
**In Admiralty**

| | |
|---|---|
| In the Matter of COEYMANS MARINE TOWING, LLC D/B/A CARVER MARINE TOWING as Owner and Operator of M/T Mackenzie Rose, (IMO No. 8968765), *et al.* | **Civil Action No. 2:24-cv-00490-MSD-LRL** |

**ORDER**

This matter comes to the Court on Claimant Norfolk and Portsmouth Belt Line Railroad Company's (the "Belt Line") Motion for Voluntary Dismissal. Upon consideration thereof, the motion is GRANTED and it is hereby ORDERED the Belt Line's Amended Complaint in Admiralty shall be DISMISSED WITHOUT PREJUDICE, with each party to bear its own attorneys' fees and costs.

/s/ MSD
**Mark S. Davis**
**United States District Judge**

Hon. Mark S. Davis
United States District Court

ENTERED:
October 30, 2026